**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, <br><br> Defendants. | No. 6:22-cv-00885-RRS-CBW |

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that JEAN LIN, U.S. Department of Justice, Civil Division, hereby enters her appearance on behalf of the Defendants.

Dated: April 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

<u>*/s/ Jean Lin*</u>
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3716
Email: jean.lin@usdoj.gov

*Counsel for Defendants*

1