# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THE STATE OF ARIZONA,
By and through its Attorney General, Mark
Brnovich, et al.,

THE STATE OF LOUISIANA,
By and through its Attorney General, JEFF
LANDRY,

THE STATE OF MISSOURI,
By and through its Attorney General, ERIC S.
SCHMITT, et al.;

CIVIL ACTION NO. 6:22-CV-00885-RRS-CBW

PLAINTIFFS,

v.

CENTERS FOR DISEASE CONTROL &
PREVENTION; et al.,

DEFENDANTS.

### DECLARATION OF JAMES K. ROGERS

I, James K. Rogers, declare as follows:

1.  I am over 18 years of age and am fully competent to make this declaration. I am Senior Litigation Counsel in the Solicitor General's Office at the Arizona Attorney General's Office, and I am admitted to practice law in the State of Arizona. My pro hac vice application in this matter is forthcoming. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the facts stated herein.

2.  Attached hereto are true and correct copies of the following exhibits, which are cited in Plaintiffs' Motion for Preliminary Injunction:

| Exhibit No. | Title |
|---|---|
| 1 | Bill Melugin, *62,000+ illegal immigrants got past Border Patrol agents in March: sources*, FOX NEWS (April 1, 2022), https://fxn.ws/37fqLNq. |

1

| 2 | Letter from Jon Tester, U.S. Senator for Montana, to Alejandro Mayorkas, Secretary of Homeland Security (Apr. 5, 2022), https://bit.ly/3NSoCId |
|---|---|
| 3 | Jonathan Swan and Stef W. Kight, *Scoop: Biden officials fear "mass migration event" if COVID policies end*, AXIOS, (Mar. 17, 2022), https://www.axios.com/biden-border-mexico-migrants-title-42-a91b6441-2197-463f-ab1f-2435824a9566.html |
| 4 | Catherine E. Shoichet, *We're expecting a big increase in migrants at the US-Mexico border. But this time is different*, CNN, (Apr. 1, 2022), https://www.cnn.com/2022/03/31/politics/border-title-42-whats-next-cec/index.html |
| 5 | Nick Miroff and Maria Sacchetti, *Biden officials bracing for unprecedented strains at Mexico border if pandemic restrictions lifted*, THE WASHINGTON POST, (Mar. 29, 2022). https://www.washingtonpost.com/national-security/2022/03/29/border-pandemic-title-42-immigration/ |
| 6 | Tim Hains, *Obama DHS Secretary Jeh Johnson: "We Are Truly In A Crisis" On Southern Border*, REAL CLEAR POLITICS (Mar. 29, 2019), https://www.realclearpolitics.com/video/2019/03/29/obama_dhs_secretary_jeh_johnson_we_are_truly_in_a_crisis_on_southern_border.html |
| 7 | CDC, *COVID-19 in Mexico*, last visited on Apr. 13, 2022 https://wwwnc.cdc.gov/travel/notices/covid-3/coronavirus-mexico |
| 8 | CDC, *COVID-19 Travel Recommendations by Destination*, last visited on Apr. 13, 2022, https://www.cdc.gov/coronavirus/2019-ncov/travelers/map-and-travel-notices.html |
| 9 | Maria Sacchetti and Nick Miroff, *Biden administration to lift pandemic border restrictions*, THE WASHINGTON POST (Mar. 30, 2022), https://www.washingtonpost.com/national-security/2022/03/30/title-42-border-restrictions-no-longer-needed-public-health-cdc-says/ |
| 10 | Kyle Morris, *Georgia Sen. Warnock, other vulnerable Democrats oppose ending Title 42 border policy*, FOX NEWS (Apr. 7, 2022), https://www.foxnews.com/politics/georgia-sen-warnock-vulnerable-democrats-oppose-ending-title-42-border |
| 11 | Mark Moore, *GOP, Dem senators back bill to postpone ending Title 42 at border: report*, NEW YORK POST (Apr. 7, 2022), https://nypost.com/2022/04/07/gop-dem-senators-back-bill-to-postpone-ending-title-42/ |
| 12 | Public Health and Border Security Act of 2022, S.----, 117th Cong. (2d. Sess. 2022) |
| 13 | Mark Kelly and Kyrsten Sinema, *Sens. Kelly and Sinema on the Biden Administration's Decision to End Title 42* (April 1, 2022), https://bit.ly/36MvE0g |

| 14 | Maggie Hassan, (@SenatorHassan), TWITTER, (Apr. 1, 2022, 9:53 AM), https://twitter.com/SenatorHassan/status/1509936999267983364 |
| 15 | Joe Manchin, Title 42 Must Stay In Place Until We Have Major Immigration Reforms (April 1, 2022) https://bit.ly/37azEI0 |
| 16 | Alexander Bolton, *Vulnerable Democrats brace for border surge*, THE HILL, (Apr. 5, 2022), https://thehill.com/news/3258941-vulnerable-democrats-brace-for-border-surge/ |
| 17 | Eileen Sullivan, *C.D.C. Confirms It Will Lift Public Health Order Restricting Immigration*, NEW YORK TIMES, (Apr. 1, 2022), https://www.nytimes.com/2022/04/01/us/politics/cdc-immigration-title-42.html |
| 18 | Tom Howell Jr., *CDC extends transportation mask rule for two weeks*, WASHINGTON TIMES, (Apr. 13, 2022), https://www.washingtontimes.com/news/2022/apr/13/cdc-extends-transportation-mask-rule-two-weeks/. |
| 19 | Zeke Miller, *CDC extends travel mask requirement to May 3 as COVID rises*, ASSOCIATED PRESS, (Apr. 13, 2022), https://apnews.com/article/covid-health-centers-for-disease-control-and-prevention-e603a9dfc361ad095733bc868ebeba74 |
| 20 | U.S. CUSTOMS AND BORDER PROTECTION, *Statement of U.S. Customs and Border Protection Commissioner Chris Magnus Concerning Title 42*, (Apr. 4, 2022), https://www.cbp.gov/newsroom/speeches-and-statements/statement-us-customs-and-border-protection-commissioner-chris |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was issued on April 13, 2022 in Mesa, Arizona.

James K. Rogers
Senior Litigation Counsel
Arizona Attorney General's Office

3

# EXHIBIT 1

Rogers Declaration



🖶 Print    ⊗ Close

# 62,000+ illegal immigrants got past Border Patrol agents in March: sources

By Bill Melugin, Adam Shaw

Published April 01, 2022

Fox News

More than 62,000 illegal immigrants evaded Border Patrol agents in March, averaging about 2,000 a day, according to multiple Customs and Border Protection (CBP) sources – showing the extent to which Border Patrol agents are already being overwhelmed by the massive number of migrants trying to get into the United States.

Per those same sources there have been more than 300,000 known "gotaways" -- migrants who were not apprehended or turned themselves in and who got past agents -- since fiscal year 2022 began on October 1st. For comparison, former Border Patrol Chief Rodney Scott said there had been approximately 400,000 gotaways in the entirety of FY 2021.

**BORDER PATROL AGENTS BRACING FOR NEW MIGRANT WAVE IF TITLE 42 LIFTS: 'WE ARE EXPECTING TO GET WRECKED'**



Dec. 7, 2021: Immigrant men from many countries are taken into custody by U.S. Border Patrol agents at the U.S.-Mexico border in Yuma, Arizona. (Photo by John Moore/Getty Images)

Known gotaways are migrants that are seen on cameras, sensors and other means but there is no manpower to get to. Agents will also used a method called "cutting sign" in which they use a chain link fence to smooth out the surface of a dirt road – coming back later to observe foot prints.

The sources point out that the true number of getaways is likely much higher, because these numbers only account for the ones they know about. The sources told Fox that Del Rio Sector has the most gotaways with about 700 a day, followed by Tucson Sector with over 500 a day.

The massive numbers are the latest indicator of a surging migrant crisis on track to eclipse last year, as the Biden administration reportedly moves to end Title 42 public health protections that allow agents to quickly expel migrants at the border. Title 42 was used to expel more than half of the more than 164,000 migrants encountered in February. The 164,973 encounters was up dramatically from 101,099 in Feb. 2021 – and the number is expected to rise in the months ahead.

Border Patrol Chief Raul Ortiz on Tuesday said that the U.S. is currently on track to hit one million migrant encounters so far in Fiscal Year 2022, compared to 1.7 million in all of FY 2021. Ortiz described a situation on the ground in which Border Patrol is short on staff, is facing additional challenges due to the ongoing COVID-19 pandemic and where "every sector is busier than they were back in '21." He also said that agents have encountered migrants from 157 different countries.



Case 6:22-cv-00885-RRS-CBW Document 1-3 Filed 04/14/22 Page 7 of 92 PageID #: 345

**DEM SENATORS SOUND ALARM OVER REPORTS BIDEN ADMINISTRATION WILL END TITLE 42 BORDER POLICY**

The Biden administration is reported to be planning to end Title 42 in May, which has led to fears within the administration and among lawmakers and Border Patrol agents that it will encourage even more migrants to try to get into the U.S.

Multiple Border Patrol officials have told Fox News that ending Title 42 would lead to what one agent described as a "surge on top of a surge" as word spreads among migrants that they will not be deported. There are also believed to be a considerable number of migrants waiting in Mexican cities waiting for Title 42 to drop.

"We are expecting to get wrecked," one Border Patrol agent told Fox News Digital.

Brandon Judd, head of the National Border Patrol Council, told Fox News Digital this week that busy parts of the border like Del Rio and Yuma Sectors are already seeing overcrowding to four times their capacity.

**CLICK HERE TO GET THE FOX NEWS APP**

The Border Patrol Union president warned that agents will have less than 50% of their resources in the field as agents will have to shift into administrative duties like processing and dealing with transports.

"This administration has created the most dangerous situation we have ever seen on the border," he said.

*Fox News' Peter Hasson contributed to this report.*

Bill Melugin currently serves as a national correspondent for FOX News Channel based out of the Los Angeles bureau.

Print | Close

**URL**

https://www.foxnews.com/politics/62000-illegal-immigrants-border-patrol-agents-march

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper. Do Not Sell my Personal Information - New Terms of Use - FAQ

# EXHIBIT 2

Rogers Declaration

Case 6:22-cv-00885-RRS-CBW Document 11-3 Filed 04/14/22 Page 9 of 92 PageID #: 347

JON TESTER
MONTANA

COMMITTEES
APPROPRIATIONS
BANKING
COMMERCE
INDIAN AFFAIRS
VETERANS' AFFAIRS

SENATE HART BUILDING
SUITE 311
WASHINGTON, DC 20510
202-224-2644

tester.senate.gov/contact

# United States Senate

April 5, 2022

The Honorable Alejandro Mayorkas
Secretary
U.S. Department of Homeland Security
3801 Nebraska Ave. N.E.
Washington, D.C. 20016

Secretary Mayorkas:

I write to raise concerns about the Department of Homeland Security's preparedness for ending Title 42. The White House recently announced it would terminate the program on May 23, 2022. Ending this policy without sufficient preparation risks undermining our national security. I urge the Department to provide Congress with a comprehensive plan on how it will address the increased strain on our immigration system and increased security needs before Title 42 is now set to expire next month.

Ending Title 42 is expected to cause a significant increase of migration to the United States and put more pressure on an already broken system. These problems do not only affect the southern border, but put more strain on those working to secure the northern border as well.

Reports indicate that the Department is developing contingency plans, but it has not provided sufficient information to Congress. The Department must provide additional information on how it is working with other federal, state, and local agencies to ensure that additional staffing, processing, humanitarian, and security resources are in place, and how it is prepared to address the increased numbers of encounters and asylum claims that are expected to follow.

Customs and Border Patrol's (CBP) own staffing models show a current shortage of more than 1,000 officers, and I continue to hear from officers that frequent reassignments to the southern border are negatively impacting security at the northern border, officer morale, and staffing levels. I also urge the Department to provide additional information about how it is working to address this staffing shortage, and improve recruitment and retention of CBP officers. The Department must also ensure that CBP officers from the northern border ports of entry will not be subject to frequent reassignments to the southern border and that the northern border will remain secure.

BILLINGS (406) 252-0550   BOZEMAN (406) 586-4450   BUTTE (406) 723-3277   MISSOULA (406) 728-3003   GREAT FALLS (406) 452-9585   HELENA (406) 449-5401   KALISPELL (406) 257-3360

Title 42 is an emergency order and should not stay in effect indefinitely, especially as we continue to make headway in combatting the COVID-19 pandemic. But we should not end this policy without ample preparation. I appreciate your work to ensure the Department provides Congress with a comprehensive plan that will safely ease immigration restrictions.

I stand ready to work with you on this matter.

Sincerely,

Jon Tester

# EXHIBIT 3

Rogers Declaration



🔍  ☰



A message from Ericsson

Consistent low latency is crucial in making 5G experiences a reality. Learn why.

Mar 17, 2022 - Politics & Policy

# Scoop: Biden officials fear "mass migration event" if COVID policies end

 Jonathan Swan, Stef W. Kight

   



Asylum-seeking migrants from Colombia, Cuba and Venezuela. Photo: Katie McTiernan/Anadolu Agency via Getty Images



emergency are ended, sources with direct knowledge of the
discussions tell Axios.

- **The response under way** includes a newly created — and
  previously unreported — Southwest Border Coordination Center
  (SBCC), essentially a war room to coordinate an interagency
  response.

**Why it matters:** Border officials have used Title 42 more than 1
million times to rapidly expel migrants at the southern border
without hearing asylum claims. But the Trump-era order wasn't set
up to be permanent, and senior Biden officials are preparing for its
end as the virus is brought under control.

- Department of Homeland Security intelligence estimates that
  perhaps 25,000 migrants already are waiting in Mexican shelters
  just south of the border for Title 42 to end.

- On Wednesday, DHS Deputy Secretary John Tien asked
  employees "to consider stepping forward to support the DHS
  Volunteer Force," citing large numbers of migrants at the
  southwest border, according to an email seen by Axios. The email
  seeks general support for U.S. Customs and Border Protection
  and help with data entry.

- Sources spoke to Axios on condition of anonymity to discuss
  sensitive internal conversations.

**What they're saying:** White House spokesperson Vedant Patel did
not confirm or dispute specifics of Axios' reporting but said in a
statement, "Of course the Administration is doing our due diligence
to prepare for potential changes at the border."





humanity to our immigration system and bring it into the 21st century."

**Behind the scenes:** Internal discussions have raised alarms that human trafficking networks throughout Mexico and Central America will exploit the situation to "generate a mass migration event."

- **Top Biden officials representing multiple agencies** have been meeting to discuss a whole-of-government plan to deal with the potentially record-breaking spring influx of migrants. DHS has branded it the Southwest Border Mass Irregular Migration Contingency Plan.

- **The plan is sweeping,** reflecting how serious the Biden administration believes the situation could soon become, worsening a border surge that has troubled it from the beginning.

**Details:** The SBCC will physically operate out of the DHS headquarters at St. Elizabeth's in the case of a border emergency and will be led by Border Patrol's Matthew Hudak, according to two sources familiar with the details.

- Although SBCC members have not been finalized yet, DHS is asking for senior officials to support the center from relevant agencies such as the departments of State, Justice, Defense and Health and Human Services.

- Meanwhile, DHS's modeling would trigger some extreme measures, many of which have been taken during past border surges such as in 2021 and 2019.

**The department could surge** hundreds or thousands of additional personnel from Customs and Border Protection, Immigration and





- DHS could request aircraft from the U.S. Marshals Service to help transfer migrants to other areas of the border, and call on additional air and ground transportation from the Department of Defense.

- Officials could also request dozens of buses from the Bureau of Prisons to transport migrants between DHS facilities.

- And they anticipate having to expand and even build new soft-sided facilities that can shelter up to 2,000 migrants apiece.

**Between the lines:** Border resources are already strained with unusually high numbers of people attempting to cross every month [for a year straight](#).

- Officials expect those numbers to climb even higher in coming months due both to seasonal trends and the expected end of Title 42.

**The backstory:** The CDC's Title 42 order, first issued under then-President Donald Trump in March of 2020, uses the pandemic as a reason for expelling migrants attempting to enter the U.S. — without the chance to seek asylum.

- Despite outcry from progressive Democrats and immigration advocates, the Biden administration has continued to rely on the policy to turn back migrant families and single adults.

- At the same time, the Biden administration has attempted to end Trump's "Remain in Mexico" policy, which forced migrants into dangerous situations by making them wait for asylum hearings in Mexico.





in a unanimous decision blocking the U.S. from expelling migrant
families to countries where they may face persecution or torture.

**What to watch:** Reuters recently reported that the administration is
leaning toward ending Title 42 itself.

- The CDC was recently forced by courts to again end the use of
  Title 42 for unaccompanied minors, and the order notes "CDC
  anticipates additional lifting of restrictions" as DHS becomes
  increasingly able to prevent the spread of COVID-19 in its
  facilities.

- CDC reassesses Title 42 every 60 days. The next deadline for
  renewal is in early April. "We continue to defer to the CDC on the
  use of Title 42 and how long it might remain in effect," a White
  House official told Axios.

- "As it stands right now — there are no changes: Title 42 is still in
  effect and anyone attempting to enter the country unlawfully
  will be subject to border restrictions — including potentially
  expulsion," the official added.

**In addition to preparations on the U.S. side** of the border, officials
are planning how to coordinate with Mexico and other Latin
American nations.

- Buzzfeed News recently reported on DHS planning to discuss
  with Mexico Title 42 ending as soon as April, and what that could
  mean for migration flows. DHS Secretary Mayorkas visited
  Mexico this week.

**The issue of immigration has plagued** President Biden since he
took office, opening him up to criticism from both the right and the
left.



admissions and the reimplementation of "Remain in Mexico" as ordered by a federal court.

- Meanwhile Republicans have pointed to record numbers at the border and reports of migrants being released into the U.S. by overwhelmed officials, saying Biden is creating "open borders."

**By the numbers:** After declining in January, the number of encounters with migrants at the border ticked up in February to 165,000, according to new data released on Tuesday.

- While the number is well below last year's peak of nearly 214,000 encounters in July, it is higher than last February's, which initially sparked concerns of a border crisis.

- Border patrol arrests reached an all-time high in fiscal year 2021 at nearly 1.7 million.

- Officials are projecting similar numbers for this fiscal year with the end of Title 42, according to sources familiar with the estimates. And some are concerned that reports of migrants being released into the U.S. in lieu of Title 42 could further encourage migration.

**Go deeper:** Migrant advocates fed up as Biden continues controversial Trump practices

   

# EXHIBIT 4

Rogers Declaration

# We're expecting a big increase in migrants at the US-Mexico border. But this time is different

By Catherine E. Shoichet, CNN

Updated 12:47 PM ET, Fri April 1, 2022

 politics                    ● **TV CHANNELS**      

**DHS officials warn of massive influx of migrants if Trump-era rule lifted** 03:13

**(CNN)** — More migrants are coming to the US-Mexico border, and officials say they expect the number to grow.

This is something we've seen many times before. But some key details are different this time around.

Here's a look at what's changing, why it's happening now and why it matters.

## There's a huge backlog of migrants waiting to cross

For two years, a pandemic public health order has been in place that stopped many migrants from crossing the border and seeking asylum in the United States. The policy is known as Title 42 for the US code invoked in its implementation, and its days are numbered.

Under that policy, authorities turned away migrants more than 1.7 million times, expelling them into Mexico or back to their home countries, according to Customs and Border Protection statistics.

Now there's a big bottleneck of people waiting to cross. And the rule that stood in their way is soon set to be lifted.





A migrant from Haiti stands near a border crossing bridge in Tijuana, Mexico, on March 22.

The Biden administration announced Friday that it's planning to end that public health policy on May 23.

Why wait until May? Officials appear to be giving themselves a cushion to plan for the possibility that the number of migrants at the border will significantly increase.

And for days now, they've been telling us it will.

The US Border Patrol chief told CNN about it last week, describing a record-breaking surge and estimating agents would be arresting about 8,000 people daily. And the White House also says officials are preparing for things to intensify.

"We have every expectation that when the CDC ultimately decides it's appropriate to lift Title 42, there will be an influx of people to the border," White House communications director Kate Bedingfield said on Wednesday. "And so we are doing a lot of work to plan for that contingency."

## Already the number of people arrested at the border is going up

The number of arrests at the US-Mexico border has already been on the rise. The Border Patrol made more than 158,000 arrests there in February, up from January when there were nearly 148,000 apprehensions.

 **politics**

• **TV CHANNELS**   

A US Customs and Border Protection officer directs migrants seeking asylum into vans before transferring them to temporary shelters in Yuma, Arizona, in February.

That increase isn't surprising. To some extent, migration is seasonal. And the number of people trying to cross the border tends to go up in the spring. Experts say the economic hardships of the pandemic have further intensified migration trends.

In the border city of Del Rio, Texas, Tiffany Burrow told CNN's Rosa Flores this week that she's been seeing the increase at the respite center she directs. More than 4,400 migrants have been dropped off there after being released from US Customs and Border Protection custody over the past month, she says -- more than twice the number in January. Asked whether she was ready for what could happen if Title 42 is lifted, Burrow said, "I don't think anyone can truly be prepared."

Val Verde County Sheriff Joe Frank Martinez told Flores he thinks back to last year, when thousands of migrants camped under a bridge in Del Rio, waiting for immigration authorities to process them.

"Last year we called it a crisis. This year, (if) we see the same thing here in Del Rio, you know, it's going to be a disaster," Martinez said.

At the national level, politicians and advocacy groups also appear to be bracing themselves for something big to happen.

Immigrant rights advocates who work along the border and leading Democratic lawmakers have been pushing the administration to end Title 42, arguing the public health restriction was merely a pretext for the US to stop vulnerable people from seeking asylum. Many have praised reports that the policy will be ending soon, while also criticizing the delay.

Meanwhile, Republican lawmakers have been lambasting the Biden administration for even considering lifting Title 42. And Stephen Miller, a senior adviser in the Trump administration, warned on Twitter that revoking the policy would be "one of history's most spectacular travesties" and "open the floodgates on a biblical scale."

 

• TV CHANNELS

Migrants and asylum seekers march in Tijuana to protest the Title 42 policy on March 21.

# This time, it will be hard for officials to claim they didn't see it coming

Time after time, in administration after administration, officials have seemed surprised when large numbers of migrants start showing up at the border -- even though there were many reasons they should have been prepared.

But this time, as an announcement over Title 42's future neared, administration officials repeatedly told reporters they were preparing for the possibility of a significant increase.

Between 30,000 to 60,000 people are estimated to be in northern Mexico waiting to cross the southern US border, according to a federal law enforcement official. Some of them could seek entry within hours if the CDC rule is repealed, the official said.

Three planning scenarios have been devised to trigger what resources might be needed. A planning document outlines three possibilities officials are preparing for as they assess what resources could be needed, with a worst-case scenario of up to 18,000 people trying to cross the border daily.

And officials issued a fact sheet outlining the many steps they said DHS had taken to prepare, including establishing a border coordination center, making plans to send more resources to the region and taking steps to adjudicate asylum claims more efficiently.



It's possible both to end Title 42 and process asylum seekers in an orderly fashion, says Erika Pinheiro, litigation and policy

**Related Video:** Biden officials bracing for mass migration if Covid policies end 05:52

director of Al Otro Lado, an organization that provides aid to migrants and refugees.

But Pinheiro told CNN last week she was concerned administration officials haven't done more to include advocates in their plans. Still, she says she's found hope in the Ukrainian families who have recently been allowed to cross the border.

"I feel angry on behalf of my clients who've been waiting for two years, but it also gives me a lot of hope that we can end Title 42 in a dignified and orderly way," she says.

 politics

● **TV CHANNELS**  

know about what will happen next.

Will officials be prepared as numbers increase? Or will we yet again see overcrowded facilities, an overwhelmed system and political debate over the border escalating to a fever pitch?

There are a lot of things that are different about the current moment at the border. But we could still see history repeat itself.

**Related Article:** As the US rolls out the welcome mat for Ukrainian refugees, some see a double standard at the border

We'll be watching what steps the administration takes in the coming months — and what happens at the border — closely.

*CNN's Priscilla Alvarez, Kaitlan Collins, Kevin Liptak, Brenda Goodman and Rosa Flores contributed to this report.*

Search CNN... 🔍

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

Travel

# EXHIBIT 5

Rogers Declaration

## The Washington Post

*Democracy Dies in Darkness*

# Biden officials bracing for unprecedented strains at Mexico border if pandemic restrictions li  ed

By Nick Miroff and Maria Sacchetti

March 29, 2022 at 6:30 p.m. EDT

 **Listen to article** 5 min

Biden administration officials who are coping with record numbers of migrants crossing the southern border said Tuesday they are making contingency plans for an even bigger surge if pandemic-related immigration restrictions are lifted in the coming days.

The Centers for Disease Control and Prevention is due to complete its review Wednesday of the Title 42 public health order that since March 2020 has allowed U.S. agents to rapidly "expel" most border crossers. Border authorities have used Title 42 to send at least 1.7 million migrants back to Mexico or their home countries, without giving them a chance to seek asylum under U.S. law.

In preparation for a possible post-Title 42 border rush, the Department of Homeland Security has enlisted Federal Emergency Management Administration (FEMA) officials to help prepare for as many as 18,000 migrants per day. That volume would be nearly three times the current pace of arrivals.

When U.S. agents ran out of capacity to hold and process migrants last year, DHS opted to release them from custody, with instructions to self-report to U.S. Immigration and Customs Enforcement later on.

"The nature and scope of migration has changed fundamentally," said one DHS official, who briefed reporters and spoke on the condition of anonymity under rules set by the department.

The official said an "unprecedented" 40 percent of the migrants being taken into custody are arriving from countries outside Mexico and the Northern Triangle of Guatemala, Honduras and El Salvador that have traditionally been the largest sources for migration.

Mexico and Haiti, along with Cuba, Venezuela and Nicaragua, account for a large share of the latest arrivals. Troubled relations between the latter three nations and the United States limit DHS's ability to return migrants to those countries.

The Title 42 order must be renewed every 60 days, and with the Biden administration easing pandemic restrictions elsewhere, the White House is under mounting pressure from Democratic lawmakers and advocacy groups demanding an end to the restrictions.

The DHS officials who briefed reporters said they did not know if Title 42 would be extended or allowed to lapse. But they described contingency planning for mass migration events similar to the one in Del Rio, Tex., last year that placed severe strains on U.S. agents, holding facilities, transportation networks, humanitarian shelters and border communities.

Officials said they established a "Southwest Border Coordination Center" in February, and DHS Secretary Alejandro Mayorkas appointed a FEMA regional administrator, MaryAnn Tierney, to run it on March 18. Officials are lining up additional buses and aircraft, while separately announcing they will implement long-delayed plans to provide coronavirus vaccines to migrants taken into custody by U.S. Customs and Border Protection.

CBP also has deployed approximately 400 agents from the northern and coastal borders to support the southwest operations.

"Transportation, medical service providers, law enforcement personnel, and holding facilities are all being strained to maintain current operations," officials said in a planning document, adding that lifting Title 42 "will likely cause a significant increase in arrivals along all United States (U.S.) borders — primarily along the Southwest Border."

CBP has made nearly 1 million detentions along the southern border through the first six months of the 2022 fiscal year, on pace to easily exceed the record 1.73 million taken into custody during the 2021 fiscal year, according to the latest government figures.

The volume of crossings has left some border sectors completely overwhelmed: the agency's Yuma sector is at nearly 300 percent of its holding capacity, according to the most recent figures obtained by The Washington Post. The Del Rio sector is also maxed out after weeks of mass crossings.

The influx of migrants, and the unpredictability of the coronavirus variants, have infuriated Republicans and rattled some Democrats who worry it may be too soon to return to pre-pandemic immigration rules at the border. The CDC has noted that 91 percent of the U.S. counties along the southwest border are classified as low- or medium-risk for the coronavirus.

Sens. Kyrsten Sinema and Mark Kelly, Democrats from the border state of Arizona, wrote President Biden on March 24 saying the administration's plans for lifting Title 42 were unclear and warned that it would be "premature" to end the public health order without coordinating first with nonprofits and local governments. While they said the order cannot go on "indefinitely" they expressed "great concern" that the government was not ready.

And in a bipartisan appeal Tuesday, members of the Texas congressional delegation urged the administration to keep the order in place until the number of apprehensions "drops to a manageable level." In a letter to the DHS and Health and Human Services secretaries, they said DHS "appears unprepared" to handle a massive influx at the border.

Homeland Security officials were planning to hold briefings Tuesday with lawmakers from both parties about their response to a variety of possible scenarios on the border in coming months, according to officials with knowledge of the meetings.

Leading Democrats such as Senate Majority Leader Charles E. Schumer (D-N.Y.) have said it is long past time for the administration to end Title 42 after Biden campaigned for president on promises to stop expelling migrants into dangerous border cities and allow them to apply for safe refuge in this country.

The Biden administration is also increasingly facing pressure from the federal courts over the program. The administration last year exempted unaccompanied minors from the expulsions and then, after a federal judge blocked the exemption this month, terminated the order as it applies to them entirely, citing improved conditions on the border.

A D.C. appeals court also ruled this month — in a lawsuit that sought to stop the expulsions of migrant families — that the government could not expel families to countries where they might face persecution. The decision has not yet taken effect.

Advocates for immigrants say those measures and other safeguards demonstrate the government can safely lift Title 42 and uphold asylum protections. They argue the United States should process vulnerable migrants at a time when nations such as Poland are welcoming millions of refugees from Ukraine.

# EXHIBIT 6

Rogers Declaration

## Obama DHS Secretary Jeh Johnson: "We Are Truly In A Crisis" On Southern Border

Posted By Tim Hains

On Date March 29, 2019



Jeh Johnson, who served as President Obama's Department of Homeland Security Secretary said "we are truly in a crisis" at the Mexican border Thursday on MSNBC's Morning Joe.

"When I was in office in Kirstjen Nielsen's job, at her desk, I'd get to work around 6:30 in the morning and there'd be my intelligence book sitting on my desk, the PDB, and also the apprehension numbers from the day before," Johnson said. "And I'd look at them every morning, it'd be the first thing I'd look at. And I probably got too close to the problem, and my staff will tell you if it was under 1,000 apprehensions the day before that was a relatively good number, and if it was above 1,000 it was a relatively bad number, and I was gonna be in a bad mood the whole day."

"On Tuesday, there were 4,000 apprehensions. I know that a thousand overwhelms the system. I cannot begin to imagine what 4,000 a day looks like, so we are truly in a crisis," Johnson explained.

Related Videos

# EXHIBIT 7

Rogers Declaration



CDC  Centers for Disease
Control and Prevention

# COVID-19 in Mexico

<div style="background:#e0492a">Level 3: High Level of COVID-19 in Mexico</div>

## Key Information for Travelers to Mexico

- **Make sure you are vaccinated and** up to date **with your COVID-19 vaccines before traveling to Mexico.**
- If you are not up to date with COVID-19 vaccines, avoid travel to Mexico.
- Even if you are up to date with your COVID-19 vaccines, you may still be at risk for getting and spreading COVID-19.
- Anyone 2 years or older should properly wear a well-fitting mask in indoor public spaces.
- Follow all requirements and recommendations in Mexico.



### COVID-19 Levels

- Level 4: Very High
- **Level 3: High**
- Level 2: Moderate
- Level 1: Low
- Level unknown

Learn more about COVID-19 levels.

See all COVID-19 travel notices.

### Land Travel

For information about COVID-19 requirements for land travel, visit the U.S. Department of Homeland Security's Fact Sheet: Guidance for Travelers to Enter the U.S. at Land Ports of Entry and Ferry Terminals ⬈.

## ALL TRAVELERS
## Before You Leave the United States

**Make sure to plan ahead:**

- Follow all airline requirements as well as any requirements at your destination ⬈, including mask wearing, proof of vaccination, testing, or quarantine.
- Requirements for travelers in other countries may differ from U.S. requirements. If you do not follow your destination's requirements, you may be denied entry and required to return to the United States.



### Testing

RECOMMENDED

- **If you are not vaccinated and** up to date **with your COVID-19 vaccines,** get tested with a viral test as close to the time of departure as possible (no more than 3 days) **before** your trip.
  - Find a U.S. COVID-19 testing location near you ⬈.

### Do NOT travel if...

- You are sick, even if you recovered from COVID-19 within the past 90 days or are up to date with your COVID-19 vaccines.
- You tested positive for COVID-19.

- Do not travel until a full 10 days after your symptoms started or the date your positive test was taken if you had no symptoms.
- You are waiting for results of a COVID-19 test.
- You had close contact with a person with COVID-19 and **are recommended** to quarantine.
  - Do not travel until a full 5 days after your last close contact with the person with COVID-19. It is best to avoid travel for a full 10 days after your last exposure.
  - If you must travel during days 6 through 10 after your last exposure:
    - Get tested at least 5 days after your last close contact. Make sure your test result is negative and you remain without symptoms before traveling. If you don't get tested, avoid travel until a full 10 days after your last close contact with a person with COVID-19.
    - Properly wear a well-fitting mask when you are around others for the entire duration of travel during days 6 through 10. If you are unable to wear a mask, you should not travel during the days 6 through 10.
- If your test comes back positive while you are at your destination, you will need to isolate and postpone your return until it's safe for you to end isolation. Your travel companions may need to quarantine.

**If you had close contact with a person with COVID-19 but are NOT recommended to quarantine...**

- Get tested at least 5 days after your last close contact. Make sure your test result is negative and you remain without symptoms before traveling.
  - If you had confirmed COVID-19 within the past 90 days, you do NOT need to get tested, but you should still follow all other recommendations (including if you develop COVID-19 symptoms).
- If you travel during the 10 days after your last exposure, properly wear a well-fitting mask when you are around others for the entire duration of travel during the 10 days. If you are unable to wear a mask, you should not travel during the 10 days.

# During Travel



## Masks

REQUIRED

- Wearing a mask over your nose and mouth is required in indoor areas of public transportation (including on airplanes) traveling into, within, or out of the United States and indoors in U.S. transportation hubs (including airports).



## Protect Yourself and Others

RECOMMENDED

- Follow all recommendations and requirements at your destination ↗.
- Anyone 2 years or older should properly wear a well-fitting mask in indoor public spaces.
- In areas with high numbers of COVID-19 cases, consider properly wearing a well-fitting mask in crowded outdoor settings and for activities with close contact with others who are not vaccinated and not up to date with their COVID-19 vaccines.
- Wash your hands often with soap and water or use hand sanitizer with at least 60% alcohol.

# Before Traveling to the United States



## Testing - ALL Travelers

REQUIRED

Before boarding a flight to the United States, you are required to show the following:

- A negative COVID-19 test result taken no more than 1 day before travel.

Children under 2 years old do not need to test. There is also an option for people who have documented recovery from COVID-19 in the past 90 days. Learn more about these requirements.



## Contact Information

REQUIRED

All air passengers to the United States are also required to provide contact information to airlines before boarding flights to the United States. This strengthens a travel process already in place to rapidly identify and contact people in the U.S. who may have been exposed to a communicable disease, such as COVID-19. Access to travelers' contact information will allow U.S. federal, state, and local health departments and agencies to share appropriate health and public health information necessary to help keep the public safe.

# After Arrival in the United States

You might have been exposed to COVID-19 on your travels, whether you traveled by air, land, or sea. You might feel well and not have any symptoms, but you can still be infected and spread the virus to others. For this reason, CDC recommends the following:



## If You are NOT Vaccinated and Up to Date with your COVID-19 Vaccines

RECOMMENDED

**In addition to the recommendations above**

- Stay home and self-quarantine for a full **5 days** after travel.
- Follow additional recommendations below for ALL travelers.



## All Travelers

RECOMMENDED

- Get tested with a COVID-19 viral test 3–5 days after travel.
  - Find a U.S. COVID-19 testing location ⧉ near you.
- Self-monitor for COVID-19 symptoms; isolate and get tested if you develop symptoms.
- Follow all state and local recommendations or requirements after travel.

ALL TRAVELERS
**If Your Test Result is Positive or you Develop COVID-19 Symptoms**

Isolate yourself to protect others from getting infected. Learn what to do and when it is safe to be around others.

# If You Recovered from COVID-19 Recently

If you recovered from a confirmed COVID-19 infection **within the past 90 days (regardless of vaccination status),** you do NOT need to get a test 3–5 days after travel. You also do not need to self-quarantine after travel. If you develop COVID-19 symptoms after travel, isolate and consult with a healthcare provider for testing recommendations.

# More Information

- How CDC Determines the Level of a Destination's COVID-19 Travel Health Notice
- US Department of State: Smart Traveler Enrollment Program (STEP) ⧉

- Frequently Asked Questions about Travel and COVID-19
- COVID-19 Travel Recommendations by Destination
- Health Information for International Destinations
- Domestic Travel During the COVID-19 Pandemic

Page last reviewed: March 07, 2022
Content source: National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Global Migration and Quarantine (DGMQ)

# EXHIBIT 8

Rogers Declaration



Centers for Disease
Control and Prevention



# COVID-19

# COVID-19 Travel Recommendations by Destination

Updated Apr. 4, 2022, 02:00 PM

< Return to Travel

Current Travel Notices



Find address or place

Esri, FAO, NOAA | Esri, FAO, NOAA

**Risk Assessment Level for COVID-19**



Level 4: COVID-19 Very High

Level 3: COVID-19 High

Level 2: COVID-19 Moderate

Level 1: COVID-19 Low

Level Unknown: COVID-19 Unknown

Level 4: COVID-19 Unknown

## Level 4: COVID-19 Very High

Avoid travel to these destinations. If you must travel to these destinations, make sure you are fully vaccinated before travel.

| | | |
|---|---|---|
| Andorra | Germany | Netherlands, The |
| Aruba | Gibraltar | New Zealand |
| Australia | Greece | North Macedonia |
| Austria | Guadeloupe | Norway |
| Bahrain | Guernsey | Papua New Guinea |
| Barbados | Haiti | Poland |
| Belarus | Hungary | Portugal |
| Belgium | Hong Kong SAR | Réunion |
| Bermuda | Iceland | Romania |
| Bhutan | Ireland | Russia |
| Bonaire | Isle of Man | Saint Barthelemy |
| Brazil | Israel | Saint Martin |
| Brunei | Italy | San Marino |
| Bulgaria | Japan | Saudi Arabia |
| Burma (Myanmar) | Jersey (part of the UK) | Serbia |
| Cayman Islands | Jordan | Seychelles |
| Central African Republic | Kuwait | Singapore |
| Chile | Latvia | Slovakia |
| Costa Rica | Lebanon | Slovenia |
| Croatia | Liechtenstein | Somalia |
| Curaçao | Lithuania | South Korea |
| Cyprus | Luxembourg | South Sudan |
| Czech Republic | Madagascar | Spain |
| Denmark | Malaysia | Sweden |
| Dominica | Maldives | Switzerland |
| Egypt | Malta | Thailand |
| Estonia | Martinique | Trinidad and Tobago |
| Faroe Islands | Mauritius | Tunisia |
| Finland | Moldova | Turkey |
| France | Monaco | United Kingdom |
| French Polynesia | Mongolia | Uruguay |
| Georgia | Montenegro | Vietnam |

## Level 3: COVID-19 High

Make sure you are fully vaccinated before traveling to these destinations. Unvaccinated travelers should avoid nonessential travel to these destinations.

| | | |
|---|---|---|
| Albania | Azerbaijan | Canada |
| Anguilla | Belize | Colombia |
| Antigua and Barbuda | Bolivia | Cuba |

| | | |
|---|---|---|
| Argentina | Bosnia and Herzegovina | Easter Island |
| Armenia | British Virgin Islands | Ecuador |
| El Salvador | Libya | Sint Eustatius |
| Fiji | Mexico | Sint Maarten |
| Grenada | Oman | Sri Lanka |
| Guatemala | Panama | Suriname |
| Guyana | Paraguay | Timor-Leste (East Timor) |
| Honduras | Peru | Turks and Caicos Islands (U.K.) |
| Indonesia | Qatar | United Arab Emirates |
| Iran | Saint Lucia | Zimbabwe |
| Kosovo | Saint Pierre and Miquelon | |
| Laos | Saint Vincent and the Grenadines | |

## Level 2: COVID-19 Moderate

Make sure you are fully vaccinated before traveling to these destinations. Unvaccinated travelers who are at increased risk for severe illness from COVID-19 should avoid nonessential travel to these destinations.

| | | |
|---|---|---|
| Bahamas, The | Guinea-Bissau | Saint Kitts and Nevis |
| Bangladesh | Iraq | South Africa |
| Botswana | Kyrgyzstan | Zambia |
| Dominican Republic | Montserrat | |
| Eswatini | Philippines | |

## Level 1: COVID-19 Low

Make sure you are fully vaccinated before travel to these destinations.

| | | |
|---|---|---|
| Angola | Falkland Islands | Mozambique |
| Benin | Gabon | Nepal |
| Burkina Faso | Gambia, The | Niger |
| Cameroon | Ghana | Nigeria |
| Cape Verde | Guinea | Namibia |
| Chad | India | Pakistan |
| China | Jamaica | Rwanda |
| Comoros | Kenya | Saba |
| Congo, Republic of the | Lesotho | São Tomé and Príncipe |
| Cote d'Ivoire (Ivory Coast) | Liberia | Senegal |
| Democratic Republic of the Congo | Malawi | Sierra Leone |
| Djibouti | Mali | Taiwan |
| Equatorial Guinea | Mauritania | Togo |
| Ethiopia | Morocco | Uganda |

## Level Unknown: COVID-19 Unknown

Avoid travel to these destinations. If you must travel to these destinations, make sure you are fully vaccinated before travel.

| | |
|---|---|
| Afghanistan | Norfolk Island |
| Algeria | North Korea |
| Antarctica | Pitcairn Islands (U.K.) |
| Azores | Saint Helena |
| Burundi | Samoa |
| Cambodia | Solomon Islands |
| Canary Islands | South Georgia and the South Sandwich Islands |
| Christmas Island | Sudan |
| Cocos (Keeling) Islands | Syria |
| Cook Islands | Tajikistan |
| Eritrea | Tanzania |
| French Guiana | Tokelau |
| Greenland | Tonga |
| Kazakhstan | Turkmenistan |
| Kiribati | Tuvalu |
| Macau SAR | Ukraine |
| Madeira Islands | Uzbekistan |
| Mayotte | Vanuatu |
| Nauru | Venezuela |
| New Caledonia | Wake Island |
| Nicaragua | Yemen |
| Niue | |

## More Information:

How CDC Determines the Level of a Destination's COVID-19 Travel Health Notice

Notices of Arrival Restrictions Due to Coronavirus, Department of Homeland Security 🔗

Communication Resources for Travelers

About Coronavirus Disease 2019 (COVID-19)

Frequently Asked Question and Answers about COVID-19

Last Updated Apr. 4, 2022, 02:00 PM

# EXHIBIT 9

Rogers Declaration

# The Washington Post

*Democracy Dies in Darkness*

# Biden administration to lift pandemic border restrictions

By <u>Maria Sacchetti</u> and <u>Nick Miroff</u>

March 30, 2022  |  Updated March 30, 2022 at 5:19 p.m. EDT

 **Listen to article**  7 min

The Biden administration is planning to lift the Title 42 border controls that authorities have relied upon during the past two years of the pandemic, but the restrictions will not end immediately, according to two officials familiar with the preparations.

The administration is expanding border facilities and migrant processing capacity with the goal of fully lifting the pandemic restrictions in May, according to one of the officials, who spoke on the condition of anonymity because they were not authorized to discuss the plans publicly. Biden officials have insisted they will defer to the Centers for Disease Control and Prevention, which is completing a review of the Title 42 restrictions and said it will announce its determination this week.

The Trump administration implemented the Title 42 order in March 2020, characterizing the measure as an emergency safeguard to prevent the spread of infection inside detention cells, border stations and other crowded settings. The order has allowed border authorities to bypass normal immigration screening procedures and rapidly expel border crossers to their home countries or to Mexico without affording them a chance to seek humanitarian protection under U.S. law.

U.S. Customs and Border Protection has carried out more than 1.7 million of these "expulsions" over the past 24 months, the majority under President Biden.

The decision to ease Title 42 carries political risks for Biden whose administration's border performance rates poorly in opinion polls. Arrests along the southern border reached an all-time high last year, and this year's pace is on track to go even higher. The border is a major campaign issue for Republicans aiming to take control of the House and Senate in the November midterm elections.

The administration's plan was first reported by the Associated Press.

A White House spokeswoman said Wednesday that lifting the order is the CDC's call and that the president and senior administration officials have not interfered with that decision-making process. But if the CDC rescinds Title 42, the official said the Biden administration expects even higher numbers of migrants at the border.

"We have every expectation that when the CDC ultimately decides it's appropriate to lift Title 42, there will be an influx of people to the border," White House Communications Director Kate Bedingfield said at a press briefing Wednesday. "And so we are doing a lot of work to plan for that contingency."

The most immediate challenge facing U.S. agents along the border is the soaring number of adult migrants they are taking into custody, particularly from Mexico. Over the past week, U.S. agents have made more than 7,000 arrests per day on average, and Homeland Security officials are making contingency plans for that number to increase sharply when Title 42 is lifted.

Their immediate concern is a repeat of the chaotic scenes witnessed last September in Del Rio, Tex., when thousands of mostly Haitian migrants waded across the Rio Grande, overwhelming U.S. capacity. Authorities responded to that incident by using the Title 42 order to carry out mass deportations to Haiti, measures denounced by leading Democrats.

Thousands more Haitian migrants are believed to be waiting in Mexico in anticipation of the end of Title 42, according to DHS officials familiar with the government's planning and preparations.

Republicans demanded Wednesday that the Biden administration keep Title 42 in place for public health reasons, noting that travelers are still wearing masks on airplanes and buses and that an even higher influx would overwhelm the Border Patrol and distract them from stopping drug and human smugglers. Admitting migrants into the United States will only add them to the massive backlogs in federal immigration courts, leaving cases unresolved, they said.

Sen. James Lankford (R-Okla.), a member of the Senate Committee on Homeland Security and Government Affairs, said he has been asking the Biden administration for months about its plan for a post-Title 42 scenario. He said he was disappointed by the administration's contingency work.

"Their plan is to move people into the country faster," Lankford said at the news conference. "That's their whole plan. What they have worked on, apparently for a year, is the way to expedite people crossing the border and moving into the interior at a faster rate."

DHS officials say they will deport migrants who do not qualify for protection under U.S. law. But during previous peaks of unauthorized border crossings, they have conducted mass releases, directing migrants to voluntarily report to authorities later on.

Biden officials said they are girding for the influx by expanding CBP holding capacity with temporary tent facilities, while scaling up their transportation networks and adding personnel who can support emergency operations at the border.

In an article in the New England Journal of Medicine last week, physicians and health advocates from medical schools and nonprofits argued that the rationale for the order is "unsupported by evidence" and in some cases, "blatantly false."

The authors said the policy has inflicted harm on migrants pushed back to dangerous homelands or crime-ridden border cities in Mexico, where some have been attacked.

"There is no evidence that noncitizens who lack documentation are more likely to transmit covid than are residents, citizens, or tourists entering the country," they wrote. "Asylum seekers represent a small fraction of the travelers who cross the border; in the same period in which 1 million asylum seekers were expelled, nearly 100 million other travelers were admitted at U.S. land borders."

Democratic leaders such as Senate Majority Leader Charles E. Schumer (N.Y.) and Sen. Robert Menendez (N.J.) have been urging the Biden administration to end the program, citing the dangers migrants face. Rep. Raul Ruiz (D-Calif.), a medical doctor and chair of the congressional Hispanic Caucus, said low transmission rates, quarantine programs and vaccines make the end an imperative. "Enough is enough," he said this week.

But others have been raising alarms, mainly Republicans but also some prominent Democrats, such as Sen. Joe Manchin III (W.Va.) and Sens. Kyrsten Sinema and Mark Kelly of the border state of Arizona who fear the administration is unprepared for an even larger influx at the southwest border.

Manchin wrote to CDC Director Rochelle Walensky on Tuesday urging her to keep the order in place, warning of rising border crossings and increasing covid-19 cases in parts of Europe and Asia. "Now is not the time to throw caution to the wind," he wrote.

The Biden administration has also been facing legal pressure to end Title 42.

After a federal judge in Texas ruled this month the government could no longer exempt unaccompanied minors from being expelled, the CDC officially terminated the policy for that group on March 11.

In that order, Walensky said CBP could mitigate covid transmission for children and teens traveling without a parent because they had a robust testing program and access to Health and Human Services shelters where the minors could recover.

But she said CBP told the CDC it could not offer the same to single adults and families.

"Due to operational and facility constraints, CBP reports that it is not able to replicate this robust coronavirus testing and isolation program for (single adults) and (family members) in its custody," Walensky wrote.

Further pressure to alter Title 42 came from an appeals court ruling this month that said the government could expel families, but not to nations where they might face persecution or torture. The court found the administration's claim that the policy slowed covid transmission "questionable." The ruling is expected to take effect in late April, according to the American Civil Liberties Union, which filed the lawsuit on behalf of migrant families.

"We are not cavalier about the risks of COVID-19," the D.C. appeals court wrote. "And we would be sensitive to declarations in the record by CDC officials testifying to the efficacy of (the restrictions). But there are none."

# EXHIBIT 10

Rogers Declaration



# Georgia Sen. Warnock, other vulnerable Democrats oppose ending Title 42 border policy

By Kyle Morris

Published April 07, 2022

Fox News

Several Democrats, many who are up for reelection in their states, are pushing back against the Biden administration's decision to terminate the use of Title 42 to expel migrants at the border.

Georgia Democrat Sen. Raphael Warnock, who won a 2021 special election and is now seeking a full term, is part of a growing list of Democrats who are speaking out against the decision to end the policy which gave the administration the ability to bar people from entering the country during a health crisis such as the COVID-19 pandemic.



Sen. Raphael Warnock, D-Ga., at the U.S. Capitol in Washington, June 15, 2021. (REUTERS/Evelyn Hockstein)

**OBAMA HOMELAND SEC. SAYS END OF TITLE 42 BORDER POLICY 'BIG NEWS' IN CENTRAL AMERICA, 'AMPLIFIED BY SMUGGLERS'**

Doubling down on prior remarks he made in opposition to ending Title 42, a spokesperson for Warnock said in a statement Thursday morning that he "does not support lifting Title 42 at this time" and recommended that the Biden administration release an outline for how it plans to deal with the crisis at the southern border once the policy is lifted.

"Senator Warnock believes in protecting the humanity of migrants at the border, but before this policy is rescinded, the Administration should present a plan for how it will ensure our border security has the manpower, infrastructure, humanitarian and legal resources they need to prevent this policy change from making an already dire humanitarian situation worse," the spokesperson said.

Sen. Jon Tester, D-Mont., has also spoken out against the move, saying the decision to end the policy "will only add to the strain on our broken immigration system."

"Ending Title 42 is expected to cause a significant increase of migration to the United States and put more pressure on an already broken system," wrote more than 20 Republican members of the House Judiciary Committee last week. "Their actions will not only affect the southern border, but put more strain on those working to secure the northern border as well."

Sen. Joe Manchin, D-W.Va., has <u>described the move</u> as a "frightening decision" and said last week that Title 42 has been "essential" in combating COVID-19 and controlling the migrant flows.



Sen. Joe Manchin, D-W.Va., speaks during a Senate Armed Services Committee hearing, Tuesday, Sept. 28, 2021, on Capitol Hill in Washington. (Stefani Reynolds/The New York Times via AP, Pool)

"We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy," Manchin said. "We are nowhere near prepared to deal with that influx."

Arizona Democrat Sens. Kyrsten Sinema and Mark Kelly have both written to and spoke with Mayorkas to express their concerns about the policy being lifted without proper planning. Sen. Maggie Hassan, D-N.H., meanwhile, said that ending the order "will likely lead to a migrant surge that the administration does not appear to be ready for."

Despite her willingness to sign onto letters calling for a reversal to the policy when it was used under former President Trump's administration, Sen. Catherine Cortez Masto, D-Nev., has now changed her tune.

"This is the wrong way to do this and it will leave the administration unprepared for a surge at the border," Cortez Masto said in a statement this week.

"We should be working to fix our immigration system by investing in border security and treating immigrant families with dignity," she added. "Instead, the administration is acting without a detailed plan."

Cortez Masto's comments come after a 2020 letter she – along with several other congressional Democrats – signed which referred to the policy as the "CDC asylum ban." The letter also said the policy was "designed to further an ongoing agenda to exclude asylum seekers."



Sen. Catherine Cortez Masto, D-Nev. (Bill Clark/CQ-Roll Call, Inc via Getty Images)

Cortez Masto's office said the senator signed the letter "condemning the Trump Administration for its harmful policies that have dismantled the United States' asylum system."

**CLICK HERE TO GET THE FOX NEWS APP**

The Centers for Disease Control (CDC) underlined announced on Friday that it will be ending Title 42, which has been used by both the Biden and Trump administrations to quickly expel migrants at the border due to the pandemic, on May 23.

"After considering current public health conditions and an increased availability of tools to fight COVID-19 (such as highly effective vaccines and therapeutics), the CDC Director has determined that an Order suspending the right to introduce migrants into the United States is no longer necessary," the Centers for Disease Control said in a statement.

*Fox News' Adam Shaw contributed to this article.*

Kyle Morris covers politics for Fox News. On Twitter: @RealKyleMorris.

Print    Close

**URL**
https://www.foxnews.com/politics/georgia-sen-warnock-vulnerable-democrats-oppose-ending-title-42-border

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ

# EXHIBIT 11

Rogers Declaration

## GOP, Dem senators back bill to postpone ending Title 42 at border: report

A bipartisan group of senators introduced a bill Thursday meant to force the Biden administration to delay ditching the Title 42 health policy next month, warning that suspending the order will unleash a humanitarian crisis as thousands of illegal immigrants flock to the southern border, according to a report.

The proposal, backed by five Democrats and six Republicans, would postpone the scheduled May 23 rescission of Title 42 by the Centers for Disease Control and Prevention until the administration comes up with a plan to counter the expected influx. The bill was first reported by Axios.

"Arizona communities bear the brunt of the federal government's failure at our border, so we're stepping in and protecting border communities by ensuring the Administration works hand-in-hand with local leaders, law enforcement, and nonprofits to put a comprehensive, workable plan in place before lifting Title 42," Sen. Kyrsten Sinema (D-Ariz.), who drafted the bill with Sen. James Lankford (R-Okla.), said in a statement. "I'll continue pushing for transparency and accountability from the Administration to help secure the border, keep Arizona communities safe, and ensure migrants are treated fairly and humanely."



Migrants expelled from the US and sent back to Mexico under Title 42, April 1, 2022.



Sen. James Lankford is the top Republican on the Senate Border Management Subcommittee.



An asylum seeker from Mexico waits outside the San Ysidro Port of Entry, which he hopes to cross to plead for asylum in the US, on March 22, 2022, in Tijuana, Mexico.

"The Biden Administration is declaring the pandemic over on our southern border but still active on our healthcare workers, military, and travelers," added Lankford, the top Republican on the Senate Border Management Subcommittee, which Sinema chairs. "Department of Homeland Security intel projections show that potentially a million people will illegally cross the moment Title 42 is lifted. But instead of a workable replacement plan, the only plan the Biden Administration seems to have is moving people faster into the interior of the country.

"They cannot have it both ways. If they think it's safe enough to lift Title 42 at the border, then it must be safe enough to lift the COVID-19 state of emergency on the whole country," Lankford added. "But when we drop Title 42 at the border, DHS must also implement a workable solution to expel migrants."



Sen. Joe Manchin has called the CDC's decision to rescind the policy "frightening."



Sen. Kyrsten Sinema drafted the bill with Sen. James Lankford.



Sen. Mark Kelly is one of the Democratic co-sponsors of the bill.

The CDC instituted Title 42 in March 2020, at the onset of the COVID-19 pandemic in the US. The public health order has allowed border officials to expel nearly 2 million migrants attempting to enter the US without hearing asylum claims.

Democratic co-sponsors of the bill include Sens. Mark Kelly of Arizona and Maggie Hassan of New Hampshire, both of whom face tough re-election fights this November. Fellow Democratic Sens. Joe Manchin of West Virginia and Jon Tester of Montana have also signed on.

Republicans on board with the bill include Sens. John Thune of South Dakota, John Cornyn of Texas, Thom Tillis of North Carolina, Shelley Moore Capito of West Virginia and Rob Portman of Ohio.



Asylum seekers from Central America pass their time at a migrant camp and now hope to be allowed into the US when Title 42 is lifted, in Reynosa, Mexico, April 1, 2022.



A Cuban woman and her daughter wait in line to be escorted to a Border Patrol van for processing in Yuma, Ariz., Feb. 6, 2022, hoping to remain in the United States to seek asylum.

Manchin, who represents a state that former President Donald Trump won by nearly 40 percentage points in 2020, has called the CDC's decision to rescind the policy "frightening."

"Title 42 has been an essential tool in combating the spread of COVID-19 and controlling the influx of migrants at our southern

border. We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy," Manchin said last week. "We are nowhere near prepared to deal with that influx."

Hassan, reacting after the CDC's April 1 announcement that Title 42 would be scrapped, warned of the consequences of canceling the policy.

"Ending Title 42 prematurely will likely lead to a migrant surge that the administration does not appear to be ready for. I'll keep pushing the administration to strengthen border security & look forward to hearing directly from border agents during my upcoming trip to the border," she said on Twitter.

The White House responded to Axios that lawmakers should approve the administration's request for $10 billion in new coronavirus-related funding.



The vast majority of people staying at Good Samaritan shelter are women and their children from Mexico and Central America who have been expelled under Title 42 authority or were still waiting to try for asylum.



Sen. John Cornyn speaks about the US-Mexico border during a press conference, March 30, 2022.

"On the president's first day in office, he sent an immigration bill to Congress that invests in smart solutions, effectively manages the border and addresses the root causes of migration. Those that are concerned about [the US] immigration system that [are] holding up COVID funding should pass it," the White House said in a statement.

Senate Republicans voted against the spending bill on Wednesday, demanding that it include an amendment keeping Title 42 in place.

At Wednesday's White House briefing, press secretary Jen Psaki said Title 42 is not an immigration policy, "it's a public health measure," and insisted the administration has a plan in place.



A woman embraces a child at the Good Samaritan shelter in Juarez, Mexico, Wednesday, March 30, 2022.



The bill is meant to force the Biden administration to delay ditching the Title 42 health policy next month.

"But as we're implementing this over the course of the next five weeks, if I'm doing my math correctly, we've also surged resources from the Department of Homeland Security. And we will continue to take additional steps to implement and make clear that this is not the time to come, that there are — there will still be significant measures put in place for anyone who tries to irregularly migrate to the United States," she said.

Federal officials estimate that as many as 170,000 migrants will head to the border once the Title 42 policy ends.

The number of illegal immigrants encountered at the southern border shot up 6.6% in February from January, Customs and Border Protection said.

# EXHIBIT 12

Rogers Declaration

BAI22187 072

S.L.C.

117TH CONGRESS
2D SESSION

# S. _____

To establish a procedure for terminating a determination by Surgeon General
to suspend certain entries and imports from designated places.

---

## IN THE SENATE OF THE UNITED STATES

---

Mr. LANKFORD (for himself, Ms. SINEMA, Mr. CORNYN, Mr. KELLY, Mr.
THUNE, Mr. MANCHIN, Mrs. CAPITO, Mr. TESTER, Mr. PORTMAN, Ms.
HASSAN, and Mr. TILLIS) introduced the following bill; which was read
twice and referred to the Committee on _____

---

# A BILL

To establish a procedure for terminating a determination
by Surgeon General to suspend certain entries and im-
ports from designated places.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4         This Act may be cited as the ''Public Health and Bor-

5    der Security Act of 2022''.

S.L.C.

2

1  **SEC. 2. TERMINATION OF SUSPENSION OF ENTRIES AND**

2          **IMPORTS FROM DESIGNATED PLACES RE-**

3          **LATED TO THE COVID–19 PANDEMIC.**

4      (a) IN GENERAL.—An order of suspension issued

5  under section 362 of the Public Health Service Act (42

6  U.S.C. 265) as a result of the public health emergency

7  relating to the Coronavirus Disease 2019 (COVID-19)

8  pandemic declared under section 319 of such Act (42

9  U.S.C. 247d) on January 31, 2020, and any continuation

10  of such declaration (including the continuation described

11  in Proclamation 9994 on February 24, 2021), shall be lift-

12  ed not earlier than 60 days after the date on which the

13  Surgeon General provides written notification to the ap-

14  propriate authorizing and appropriating committees of

15  Congress that such public health emergency declaration

16  (including the continuation described in Proclamation

17  9994 on February 24, 2021) have been terminated.

18      (b) PROCEDURES DURING 60-DAY TERMINATION

19  WINDOW.—

20          (1) PLAN.—Not later than 30 days after the

21          date on which a written notification is provided

22          under subsection (a) with respect to an order of sus-

23          pension, the Surgeon General, in consultation with

24          the Secretary of Homeland Security, and the head of

25          any other Federal agency, State, local or Tribal gov-

26          ernment, or nongovernmental organization that has

BAI22187 072                                                                  S.L.C.

3

1    a role in managing outcomes associated with the
2    suspension, as determined by the Surgeon General
3    (or the designee of the Surgeon General), shall de-
4    velop and submit to the appropriate committees of
5    Congress, a plan to address any possible influx of
6    entries or imports, as defined in such order of sus-
7    pension, related to the termination of such order.

8        (2) FAILURE TO SUBMIT.—If a plan under
9    paragraph (1) is not submitted to the appropriate
10   committees of Congress within the 30-day period de-
11   scribed in such paragraph, not later than 7 days
12   after the expiration of such 30-day period, the Sec-
13   retary shall notify the appropriate committees of
14   Congress, in writing, of the status of preparing such
15   a plan and the timing for submission as required
16   under paragraph (1). The termination of order re-
17   lated to such plan shall be delayed until that date
18   that is 30 days after the date on which such plan
19   is submitted to such committees.

# EXHIBIT 13

Rogers Declaration

## Sens. Kelly and Sinema on the Biden Administration's Decision to End Title 42 » Senator Mark Kelly

- April 1, 2022

Today, Arizona Senators Mark Kelly and Kyrsten Sinema issued the following statements regarding the Biden Administration's decision to announce an end to the Title 42 public health authority without first implementing a comprehensive response plan. Last week, Kelly and Sinema underscored to the Administration how Arizona communities, migrants, and public health could be harmed if a Title 42 end is not accompanied by proper planning, coordination, and resources.

"This is the wrong decision. It's unacceptable to end Title 42 without a plan and coordination in place to ensure a secure, orderly, and humane process at the border. From my numerous visits to the southern border and conversations with Arizona's law enforcement, community leaders, mayors, and non-profits, it's clear that this administration's lack of a plan to deal with this crisis will further strain our border communities. Despite this decision, I'm going to continue pushing for Arizona to get every additional resource that we can to assist at the border," **said Senator Kelly.**

"Prematurely ending Title 42 without a comprehensive, workable plan would put at risk the health and safety of Arizona communities and migrants. Today's decision to announce an end to Title 42 despite not yet having a comprehensive plan ready shows a lack of understanding about the crisis at our border. I'll continue pushing for transparency and accountability from the Administration to help secure the border, keep Arizona communities safe, and ensure migrants are treated fairly and humanely," **said Sinema, Chair of the Border Management Subcommittee.**

This week Kelly and Sinema spoke with U.S. Homeland Security Secretary Alejandro Mayorkas to discuss the Administration's Title 42

contingency plans. Both senators underscored how Arizona communities and migrants could be harmed if a Title 42 end is not accompanied by proper planning, coordination, and resources. Sinema also raised concerns she heard from her recent [virtual border roundtable with federal and non-governmental partners in Arizona](#), and other conversations she has had with Arizona DHS officials. Sinema called for DHS to launch an intergovernmental coordination effort to ensure communication between federal, state, local, and non-governmental partners to strengthen cooperation. Secretary Mayorkas agreed to move forward with that strategy across the country. Kelly emphasized the need for proactive engagement and clear communications between the Department of Homeland Security, Congressional offices, local officials, sheriffs, and local governments. He also asked Secretary Mayorkas for details on how the increased funding Kelly and Sinema secured in the omnibus for border management and security will be used, especially as Title 42 is lifted.

Recently, Kelly and Sinema sent a letter to President Biden expressing [concerns](#) that an abrupt end to Title 42 enforcement without a comprehensive response plan in place could harm Arizona communities and migrants and greatly increase the strain on Department of Homeland Security, and local nonprofits that are already near or at capacity due to the current border crisis. Kelly and Sinema's letter states that Title 42 authority should not be used indefinitely, but points out that migrants and Arizona communities could be harmed if an ending to Title 42 is not accompanied by proper planning, coordination, and resources.

Last June, Kelly and Sinema [asked](#) Department of Homeland Security Secretary Alejandro Mayorkas to proactively create a comprehensive plan in advance of an end to Title 42 and requested to be briefed on this plan. In their most recent letter, the Senators say they have not seen evidence that DHS has developed and implemented a sufficient plan. Recently, Kelly and Sinema [secured](#) critical federal funding to help Arizona manage the current migrant crisis, improve border security, and keep Arizona communities safe.

No related posts.

# EXHIBIT 14

Rogers Declaration

Tweet



**Sen. Maggie Hassan** ✔
@SenatorHassan

Ending Title 42 prematurely will likely lead to a migrant surge that the administration does not appear to be ready for. I'll keep pushing the administration to strengthen border security & look forward to hearing directly from border agents during my upcoming trip to the border.

9:53 AM · Apr 1, 2022 · Twitter for iPhone

**43** Retweets   **144** Quote Tweets   **184** Likes

         

# EXHIBIT 15

Rogers Declaration

American Rescue Plan: Learn More About Direct Funding For Recovery And Infrastructure In West Virginia
(/arp)

APRIL 01, 2022

# MANCHIN: TITLE 42 MUST STAY IN PLACE UNTIL WE HAVE MAJOR IMMIGRATION REFORMS

Washington, DC – Today, U.S. Senator Joe Manchin (D-WV) released the following statement on the Biden Administration's decision to end the Title 42 policy on May 23, 2022.

"Today's announcement by the CDC and the Biden Administration is a frightening decision," **said Senator Manchin.** "Title 42 has been an essential tool in combatting the spread of COVID-19 and controlling the influx of migrants at our southern border. We are already facing an unprecedented increase in migrants this year, and that will only get worse if the Administration ends the Title 42 policy. We are nowhere near prepared to deal with that influx. Until we have comprehensive, bipartisan immigration reform that commits to securing our borders and providing a pathway to citizenship for qualified immigrants, Title 42 must stay in place."

In Fiscal Year (FY) 2021, encounters with migrants reached an all-time high of 1.7 million people, which is four times higher than the 400,000 encounters reported the previous year, and the United States is on pace to set a new record again this year. Through the first five months of FY22, the Department of Homeland Security (DHS) reports that Customs and Border Patrol (CBP) has experienced more than 838,000 migrant encounters.

Earlier this week, Senator Manchin called on the Centers for Disease Control and Prevention (CDC) Director Rochelle Walensky to extend the Title 42 policy due to rising COVID-19 cases across the globe and surging migrant encounters.

# EXHIBIT 16

Rogers Declaration

# Vulnerable Democrats brace for border surge

by Alexander Bolton - 04/05/22 6:00 AM ET

Senate Democrats are bracing for a surge of migrants at the southern border in the wake of President Biden's decision to rescind a key restriction, creating yet another political headwind for Democratic candidates ahead of the midterm elections.

Vulnerable and centrist Democrats are scrambling to distance themselves from Biden's decision, which came under intense pressure from progressives and immigration advocates, to limit their own political liability.

Biden's decision to reverse the rule, known as Title 42, which the Trump administration implemented in 2020 and has been used to carry out 1.7 million deportations, is expected to spur huge new inflows of migrants.

Sen. Raphael Warnock (Ga.) on Monday became the latest vulnerable Senate Democrat to criticize Biden's decision.

"I think this is not the right time and we have not seen a detailed plan from the administration. We need assurances that we have security at the border and that we protect communities on this side of the border," he said. "I think this is the wrong time and I haven't seen a plan that gives me comfort."

He faces a tough race in a state that Biden narrowly won by 12,000 votes.

Democratic strategists say the Biden administration needs to be prepared to send federal resources to Arizona and other border areas to prevent local communities from being overwhelmed.

"When voters think that our party cares more about something else other than we care about the issues that matter in their everyday lives, we lose. And management of the border provides a really good

example of that fact," said John LaBombard, a former aide to Sen. Kyrsten Sinema (D-Ariz.), who last week criticized Biden's decision.

"It would be a mistake to underestimate the impact on these communities, these small towns whenever there's a surge in migrants attempting to cross the border. It's a really big deal," he added. "These communities have always felt, and Sen. Sinema often points this out, that they're not getting the support they need from the federal government and instead they're having to carry the water for decades, for multiple administrations' failures, as it relates to effectively managing the border."

Sinema says that "prematurely ending Title 42 without a comprehensive, workable plan" will put at risk the health and safety of Arizona communities.

It's a looming problem for Sen. Mark Kelly (D-Ariz.), who is running for reelection in a state where Biden's approval rating has dropped precipitously in recent months. One of Biden's biggest vulnerabilities in the state is his handling of immigration-related issues, according to a recent poll.

Kelly on Friday blasted the administration's order as "the wrong decision" and said "it's unacceptable to end Title 42 without a plan and coordination in place to ensure a secure, orderly and humane process at the border."

It's also a political headache in other Senate battlegrounds, where Republicans plan to use the southern border as a cudgel against Democratic candidates.

"If they're going to withdraw Title 42, they got to have something in its place and right now they have nothing, and it's going to be a human tsunami across the border and we're going to lose control, that's what the Border Patrol tells me," said Sen. John Cornyn (Texas), the senior Republican on the Senate Judiciary Committee's immigration subcommittee.

Sen. Maggie Hassan (D), who has a tough race in New Hampshire, warned that "ending Title 42 prematurely will likely lead to a migrant

surge that the administration does not appear to be ready for."

Case 6:22-cv-00885-RRS-CBW   Document 11-3   Filed 04/14/22   Page 73 of 92 PageID #:  411

Senate Minority Leader Mitch McConnell (R-Ky.) on Monday panned the administration's move as "an unbelievably bad decision."

"They're going to further cave to the far left that wants open borders. They're going to cancel Title 42 this spring with no real border security plan to replace it," he said on the floor. "This is such an absurd decision, such an unforced gaffe that even some of our Democratic colleagues have come out swinging."

Democratic strategists say it's smart for Warnock, Kelly and Hassan to ready their defenses in case Biden's decision invites new waves of migrants, negative media attention and Republican political attacks.

"I think it's probably inevitable that we're going to be facing down another big surge in migrants here at some point," LaBombard said.

"We know there's going to be challenges at the border, so the best case scenario is that there's a plan in place and the resources in place to support. … That should be shaped and guided by direct input from mayors, law enforcement, nonprofits," he added.

Steve Jarding, a Democratic strategist and former advisor to the Democratic Senatorial Campaign Committee, said vulnerable Democrats were going "to pay a price" for what's happening at the U.S.-Mexico border regardless of Biden's decision on Title 42. But he said the president's action likely makes the political problem worse.

"If you look at some of the polling that's come out … those issues are working" for Republicans, he said.

"It seems to add fuel to the fire and it puts some of these more middle-of-the-road Democrats in an awkward position, and all of that begs the question as to why you would do that," he added.

Lanae Erickson, senior vice president for social policy at Third Way, a centrist Democratic think tank, said the administration was under pressure to act because courts were likely to soon rule against the continued use of Title 42 to deny asylum claims.

"The courts were moving in direction of forcing the administration to act here. To the extent that the administration is now getting in front of that and setting up a plan to do this in an orderly fashion, I think that's great news," she said.

"It's also better that it's happening further away from the midterms because obviously immigration is a tricky subject for Democrats and one that divides swing voters from our base in a lot of circumstances," she explained. "We could not rely on this public safety measure indefinitely to keep people out of the country."

Morgan Jackson, a leading Democratic strategist based in North Carolina, a swing state, said he expects Republicans to come at Democratic candidates hard on border- and immigration-related issues.

"Obviously Republicans are going to try to make immigration a top issue. They have tried to do that for the last 10 years, almost every election," he said.

He said voters are more concerned about "pocketbook issues" such as the strength of the economy, inflation, rising gas prices and the cost of health care.

"I think what you'll see Democrats try to do is talk about issues that actually affect families in 2022. Based on where we are with the economy, based on the uncertainty where we are with Ukraine, I think people are looking for solutions and not just pointing at problems," he said.

At the same time, he says its smart for Democrats such as Warnock, Kelly and Hassan to distance themselves from Biden's Title 42

decision.

"You've got Democrats who are making smart decisions in tough races — Mark Kelly, Maggie Hassan — who say, 'Hey, I'm not going to let Republicans use this as a talking point on me,'" he said. "By issuing a criticism [of Biden's decision], they take this issue off the table for their races."

# EXHIBIT 17

Rogers Declaration

*The New York Times* | https://www.nytimes.com/2022/04/01/us/politics/cdc-immigration-title-42.html

# C.D.C. Confirms It Will Lift Public Health Order Restricting Immigration

The agency cited "current public health conditions and an increased availability of tools to fight Covid-19" as grounds for returning in late May to prepandemic policies for admitting migrants.

 **By Eileen Sullivan**

April 1, 2022

WASHINGTON — The Centers for Disease Control and Prevention announced on Friday that it would lift an emergency public health order that had restricted immigration at U.S. land borders since the beginning of the pandemic, citing "current public health conditions and an increased availability of tools to fight Covid-19."

Federal officials expect the policy change, which will go into effect on May 23, to draw thousands more migrants to the southwestern border every day, in addition to the already high number of people who have been arriving over the past year from Latin America and across the globe. Republicans, who have described the border situation as out of control under President Biden, immediately condemned the C.D.C.'s decision. The order has been used to expel migrants about 1.7 million times over the past two years.

"I hereby determine that the danger of further introduction, transmission or spread of Covid-19 into the United States from covered noncitizens, as defined in the August order, has ceased to be a serious danger to the public health," Dr. Rochelle P. Walensky, the C.D.C. director, wrote in her justification for ending the policy. She also said that she could issue a new order in the future "based on new findings, as dictated by public health needs."

The order, known as Title 42, gives officials the authority to turn away migrants at the border, including those seeking asylum. The process takes about 15 minutes, a factor that has helped the Border Patrol manage the sometimes overwhelming number of undocumented migrants gathering at the border.

Without the order in place, stations will be more overcrowded and backed up while officials go through the typical screening process, which can take more than an hour per person. Under the normal process, migrants who cannot provide a legal reason for why

they are in the United States are detained until they are deported. Those who request asylum are typically released, often with monitoring devices, while they away court dates.

The continuation of the public health order over the past two years thrust the typically apolitical C.D.C. into the heated immigration debate, even as the Biden administration has argued the order is not being used to manage illegal migration.

The agency had been under growing pressure from Democratic lawmakers, including Senator Chuck Schumer of New York, the majority leader, to not only end the rule but also provide justification for why it was necessary.

Public health experts have questioned the order's value in containing the coronavirus, especially at this point in the pandemic. The Biden administration began offering vaccinations to undocumented migrants at the border this week — about 2,000 a day along 11 areas of the border, the department said. In the next few weeks, that number will go up to 6,000 vaccinations a day at 27 locations.

"These measures, along with the current public health landscape where 97.1 percent of the U.S. population lives in a county identified as having 'low' Covid-19 community level, will sufficiently mitigate the Covid-19 risk for U.S. communities," the C.D.C. said in a statement.

News of the decision broke on Wednesday; it is expected to face legal challenges.

When the C.D.C. explained in August why it was extending the order, Covid-19 cases were averaging more than 60,000 a day, the highly transmissible Delta variant was causing more hospitalizations, and the number of deaths caused by the virus was increasing.

Now, case numbers have fallen sharply in most of the United States, and the C.D.C. has loosened many restrictions. The average number of cases on Thursday was less than 28,000 a day. An Omicron subvariant, BA.2, could cause another surge in the United States in the coming months, though it does not appear to be causing widespread severe illness in Europe, where caseloads are higher.

The White House and Department of Homeland Security have deflected questions about the policy in recent months to the C.D.C., which said little about its rationale for extending the order.

But unlike with other public health measures put in place during the pandemic, the C.D.C. never publicly disclosed scientific data that showed that undocumented migrants crossing the border were a major vector for the coronavirus.

"It's far from clear that the C.D.C.'s order serves any purpose," a panel of judges on the

U.S. Court of Appeals for the District of Columbia Circuit wrote in a ruling in March on a case about the public health rule.

Dr. Anthony S. Fauci, the nation's top infectious disease expert, has said immigrants were not a driving force in the spread of the coronavirus in the United States.

"Focusing on immigrants, expelling them or what have you, is not the solution to an outbreak," he said on CNN in October.

The order — which advocates say has put many people who were expelled under it in grave danger because of violence, poverty and instability in their home countries — has faced several lawsuits. Immigration advocates were under the impression that the Biden administration was working to lift the rule last summer for some migrants, but that never happened.

Some advocates said this week that waiting until late May to lift the order would further endanger the lives of vulnerable migrants seeking asylum.

"Given how long the administration has had to plan for the end of Title 42, the number of lives at stake daily and the court decisions finding Title 42 illegal, it is essential the administration immediately begins winding down Title 42 and not wait to do so until the end of May," said Lee Gelernt, a lawyer with the American Civil Liberties Union who has been one of the lead voices arguing that the rule should be lifted for migrant families.

Border officials enforce the order inconsistently, using it a little more than half the time they encounter migrants. This has led to great confusion for migrants about whether they should make the attempt.

Alejandro N. Mayorkas, the homeland security secretary, warned in a statement that smugglers offering transportation to areas just south of  the U.S. border "will spread misinformation to take advantage of vulnerable migrants."

He said, "Let me be clear: Those unable to establish a legal basis to remain in the United States will be removed."

Because border officials did not have to ask migrants whether they feared returning to their country under the public health order, officials expect the summer surge to include a significant number of asylum seekers. Those found eligible to apply for asylum typically spend years — sometimes a decade — waiting for their case to be heard, because the immigration court system is so backlogged.

Some critics have also said that the rule has fueled racist notions that immigrants carry infection into the United States and has been used more as a way to control immigration.

Even before the pandemic, the Trump administration tried to get the C.D.C. to use its authority to issue such an order to address an outbreak of mumps in immigration detention centers in six states, and separately when Border Patrol stations were hit with the flu. Those attempts were not successful, in part because other administration officials argued that there was no legal basis.

On Friday, Ronna McDaniel, the chairwoman of the Republican National Committee, criticized the administration for lifting the rule, repeating the Republican talking point that illegal immigration has spun out of control since Mr. Biden succeeded former President Donald J. Trump. Illegal immigration had spiked under Mr. Trump, as well, in 2019. But it declined in 2020 because of restrictions his administration put in place and the pandemic.

"By removing Title 42, Biden's doubling down on his commitment to actively worsening the crisis he created," Ms. McDaniel said in a statement.

# EXHIBIT 18

Rogers Declaration

# CDC extends transportation mask rule for two weeks

Agency cites the uncertain impact of BA.2 variant, as airlines seek relief



Travelers are lining up at O'Hare airport in Chicago, Friday, July 2, 2021. The federal requirement to wear face masks on airplanes and public transportation is scheduled to expire next week, and airline executives and Republican lawmakers are urging the ... more >

By Tom Howell Jr. - The Washington Times - **Updated:** 1:14 p.m. on Wednesday, April 13, 2022

The Biden administration will extend the federal mask mandate on public transportation for another two weeks because it wants time to evaluate the BA.2 variant and whether it will cause major problems.

The mask rule had been set to expire on April 18 but it will last until at least May 3.

The Centers for Disease Control and Prevention said the fast-moving variant, which now accounts for over 85% of cases in the U.S., is causing a noticeable uptick in infections.

"Since early April, there have been increases in the seven-day moving average of cases in the U.S. to assess the potential impact the rise of cases has on severe disease, including hospitalizations and deaths,

and health care system capacity, the CDC order will remain in place at this time," the CDC said in a written statement.

The Transportation Security Administration decided to accept the CDC recommendation and extend the mask rule, which requires face coverings on planes, trains and buses. It is one of the few remaining mandates in place as much of the country tries to let individuals manage their own risk from the coronavirus.



Top Articles



Republicans swiftly lambasted the extension.

Sen. Rand Paul, Kentucky Republican, said people should vote out the "petty tyrants" imposing mask rules.

Others said the extension was inconsistent with the CDC's move to lift Title 42, a pandemic order that allowed the U.S. to swiftly turn back migrants at the border.

"I bet masks aren't enforced for the illegal immigrants streaming across our southern border – just for Americans who simply want to go on vacation," tweeted Morgan Ortagus, a former State Department spokeswoman and GOP candidate for Congress in Tennessee.

While some passengers might feel safer because of the mandate, major airlines have lobbied President Biden to let the rule expire, citing the burden of enforcement and the fact the CDC does not recommend universal mask-wearing in much of the country.

Flight attendants have made similar arguments in lawsuits against the mandate and say it is difficult to wear masks for hours on end.

Daily case counts remain close to pandemic lows across the country but are slowly increasing and top 30,000 per day.

Hospitalizations have continued to decline and the daily average of patients sits below 15,000 as scientists point to a possible decoupling of cases and bad outcomes because of vaccines, boosters and available treatments.

White House COVID-19 Coordinator Ashish Jha told NBC's "Today" earlier in the week that CDC scientists will be taking the lead on the decision and are developing a scientific framework that guides the mandate.

"We'll make a decision collectively based on that," he said.

# EXHIBIT 19

Rogers Declaration

# CDC extends travel mask requirement to May 3 as COVID rises

By ZEKE MILLER and DAVID KOENIG

31 minutes ago



WASHINGTON (AP) — The Biden administration announced Wednesday that it is extending the nationwide mask requirement for airplanes and public transit for 15 days as it monitors an uptick in COVID-19 cases.

The Centers for Disease Control and Prevention said it was extending the order, which was set to expire on April 18, until May 3 to allow more time to study the BA.2 omicron subvariant that is now responsible for the vast majority of cases in the U.S.

"In order to assess the potential impact the rise of cases has on severe disease, including hospitalizations and deaths, and health care system capacity, the CDC order will remain in place at this time," the agency said in a statement.

When the Transportation Security Administration, which enforces the rule for planes, buses, trains and transit hubs, extended the requirement last month, it said the CDC had been hoping to roll out a

more flexible masking strategy that would have replaced the nationwide requirement.

ADVERTISEMENT

- 
- 

### Alabama health officer tests positive for COVID-19

The mask mandate is the most visible vestige of government restrictions to control the pandemic, and possibly the most controversial. A surge of abusive and sometimes violent incidents on airplanes has been attributed mostly to disputes over mask-wearing.

Airlines have lobbied for months to kill the requirement, arguing that effective air filters on modern planes make transmission of the virus during a flight highly unlikely. Republicans in Congress also fought to kill the mandate.

Critics have seized on the fact that states have rolled back rules requiring masks in restaurants, stores and other indoor settings, and yet COVID-19 cases have fallen sharply since the omicron variant peaked in mid-January.

"It is very difficult to understand why masks are still required on airplanes, but not needed in crowded bars and restaurants; in packed sports arenas; in schools full of children; or at large indoor political gatherings," Nicholas Calio, the CEO of industry trade group Airlines for America, said Wednesday in a letter to the heads of the CDC and the Health and Human Services Department. "Simply put, an extension of the mask mandate does not make sense."

There has been a slight increase in cases in recent weeks, with daily confirmed cases nationwide rising from about 25,000 per day to more than 30,000. More than 85% of those cases are the highly contagious BA.2 strain. Those figures could be an undercount since many people now test positive on at-home tests that are not reported to public health agencies.

ADVERTISEMENT

Severe illnesses and deaths tend to lag infections by several weeks. The CDC is awaiting indications of whether the increase in cases correlates to a rise in adverse outcomes before announcing a less restrictive mask policy for travel.

A poll in mid-March by the Kaiser Family Foundation found that Americans are evenly divided over keeping the mask rule for transportation.

The poll found that 51% wanted the mandate to expire and 48% said it should remain in place – in effect, a tie, given the poll's margin of error. Democrats overwhelmingly supported the rule, and Republicans were even more united in opposing it. Vaccinated people and those with chronic health conditions favored keeping the rule, but by smaller margins.

Airlines imposed their own mask mandates in 2020, when the Trump administration declined to take action. Unions representing flight attendants, which once backed mask rules, now decline to take a position because their members are divided over the issue.

It is unclear whether eliminating the rule would make people more or less likely to travel on planes or subways.

Ed Bastian, the CEO of Delta Air Lines, said that some people might start flying if they don't have to wear a mask, and others might stop flying if other passengers are unmasked. He called both groups "fringe," and he predicted that many people will continue to wear masks even if the rule is dropped.

——

David Koenig reported from Dallas. AP Health Writer Mike Stobbe in New York contributed to this report.

# EXHIBIT 20

Rogers Declaration

🇺🇸 Official website of the Department of Homeland Security



U.S. Customs and
Border Protection
(/)

# Statement of U.S. Customs and Border Protection Commissioner Chris Magnus Concerning Title 42

**Release Date:** April 4, 2022

**WASHINGTON**—U.S. Customs and Border Protection Commissioner Chris Magnus issued the following statement following Friday's announcement that Centers for Disease Control and Prevention's (CDC) will, effective May 23, 2022, terminate its Title 42 public health Order:

"The Centers for Disease Control and Prevention announced Friday that it will terminate its Title 42 public health order effective May 23, 2022. Pursuant to its Title 42 authority, the CDC has, since March 2020, required the expulsion of unauthorized single adults and family units arriving at the land borders in order to protect against the spread of COVID-19. The CDC's Title 42 order, implemented at the height of the pandemic, is not a border management authority.

"Throughout our agency's history we have capably managed immigration at the border utilizing the authorities under Title 8 of the US Code (traditional immigration management authorities). These authorities allow non-citizens appropriate access to make asylum claims and include a range of enforcement options to hold individuals accountable for entering the U.S. illegally. This means most individuals who cross the border without legal authorization will be promptly placed in removal proceedings.

"As a result of the CDC's termination of its Title 42 public health order, we will likely face an increase in encounters above the current high levels. There are a significant number of individuals who were unable to access the asylum system for the past two years, and who may decide that now is the time to come.

"We are doing everything we can to prepare for this increase, ensure we continue to process people humanely, and impose consequences on those who break the law. At the same time, we will continue to use all available resources to secure our borders. This includes the increased use of technology, on-ground monitoring, use of drones, and additional support personnel to supplement BP agents and free them up from processing duties whenever possible.

"I'd like to note that we are not in this alone. Specific actions being taken to address ongoing and potential future developments at the border include:

- Increasing our work with other governmental agencies, including Immigration and Customs Enforcement, the Federal Emergency Management Agency, the Department of Health and Human Services, U.S. Citizenship and Immigration Services, the Department of Justice, the U.S. Marshals Service, the Department of State and other federal entities to address potential increases in the number of migrants coming across the border.
  - Expanding coordination with various non-governmental agencies, including a range of non-profit organizations, faith-based entities, and others (both at and away from the border area) to help facilitate short-term-care and transportation for migrant asylum-seekers.
  - Shifting Border Patrol agents and CBP officers from other locations to assist at the border.
  - Increasing the number of ICE personnel working alongside CBP personnel to assist in processing migrants and enforcement actions along the border.
  - Activating other DHS personnel who have volunteered to temporarily work on the border assisting with data entry and the care and custody of migrants.
  - Increasing the number of (non-sworn) Border Patrol Processing Coordinators and contractors to assist with processing migrants.
  - Maximizing the use of air and ground transportation to move migrants from sectors that are over capacity to other CBP locations.
  - Shifting our processing of migrants to utilize the full range of options under Title 8 (traditional immigration authorities).
  - Increasing the investigation and prosecution of human smuggling networks responsible for illegal border crossings.
  - Increasing access to and efficiency of the asylum system by restarting normal asylum-seeker processing at ports of entry and working with other DHS partners to decrease the length of these processes *(this is being done, in part, by adopting a new rule to expedite processing by asylum officers)*.
  - Adding new short-term facilities at key border locations to reduce over-crowding.
  - More effectively tracking the movements of various migrant groups who may be headed towards the U.S. border.
  - Working closely with foreign governments to conduct joint enforcement operations.
  - Increasing repatriations under Title 8 *(returning migrants to their counties of origin)*.
  - Continuing work with foreign governments to increase economic opportunities and stem migration out of those countries.
  - Developing and utilizing new approaches in the use of social media to educate and warn migrants about the dangers of human smugglers (often associated with cartels) who facilitate travel to the U.S.

"Our nation has asked for much of the CBP team over the past several years. This challenging work is not done; we face demanding days ahead. I am continually impressed by the dedication of CBP personnel every day and honored to serve as CBP's Commissioner."

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's*

*borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.*

Last modified: April 4, 2022

Tags:   **Border Security,   COVID-19,   Office of Field Operations,   U.S. Border Patrol**

 Share This Page.

**(mailto:?subject=Statement of U.S. Customs and Border Protection Commissioner Chris Magnus Concerning Title 42&body=UNIURL)**