IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA,<br>By and through its Attorney General, Mark Brnovich, et al.,<br><br>                                PLAINTIFFS,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION; et al.,<br><br>                                DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

## ORDER

The Plaintiff States' and Federal Defendants' stipulation regarding scheduling and briefing is APPROVED. Briefing on the Plaintiff States' motion for a preliminary injunction shall be as follows:

Friday, April 29, 2022:   Federal Defendants' opposition brief, not to exceed 45 pages, absent relief from this Court, is due. Federal Defendants shall also produce the administrative record with their opposition brief.

Monday, May 9, 2002:   Plaintiff States' reply brief, not to exceed 25 pages, absent relief from this Court, is due at 10am CST.

A hearing on the Motion for Preliminary Injunction will be held on Friday, May 13, 2022 at 10:00 a.m.

SO ORDERED.

Dated: April 20, 2022

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE