# EXHIBIT C

**St. John, Joseph**

| | |
|---|---|
| **From:** | Ensign, Drew <Drew.Ensign@azag.gov> |
| **Sent:** | Thursday, April 21, 2022 10:55 AM |
| **To:** | Lin, Jean (CIV); Kossak, Jonathan (CIV) |
| **Cc:** | Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau |
| **Subject:** | Re: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.) |

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Thanks, Jean. We appreciate your quick work to gather information and talk to us. We have, however, decided to proceed with the TRO. You should get a copy from ECF as soon as it is filed, but we will also send a courtesy copy in an abundance of caution.

Drew

---

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Thursday, April 21, 2022 7:26 AM
**To:** Ensign, Drew; Kossak, Jonathan (CIV)
**Cc:** Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau
**Subject:** RE: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Yes, 11:15 a.m. Eastern.

**From:** Ensign, Drew <Drew.Ensign@azag.gov>
**Sent:** Thursday, April 21, 2022 10:25 AM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>
**Cc:** Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; 'John.Sauer@ago.mo.gov' <John.Sauer@ago.mo.gov>; Roysden, Beau <Beau.Roysden@azag.gov>
**Subject:** [EXTERNAL] Re: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Thanks, Jean. I think that should work for us. Just to confirm: 11:15am Eastern?

Drew

---

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Thursday, April 21, 2022 7:07 AM
**To:** Ensign, Drew; Kossak, Jonathan (CIV)
**Cc:** Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau
**Subject:** RE: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Drew, can we talk at 11:15?

Conference 8666639918

Passcode 8641006

---

**From:** Ensign, Drew <Drew.Ensign@azag.gov>
**Sent:** Thursday, April 21, 2022 1:14 AM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>
**Cc:** Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; 'John.Sauer@ago.mo.gov' <John.Sauer@ago.mo.gov>; Roysden, Beau <Beau.Roysden@azag.gov>
**Subject:** [EXTERNAL] Re: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Thanks, Jean. We can agree to hold off until noon EDT, although we reserve the right to tell the court that our intention was to file first thing Thursday morning and only held off doing so at Federal Defendants' explicit request. Absent a robust commitment to forbearance/suspension at that time, however, we will proceed with filing.

Drew

---

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Wednesday, April 20, 2022 8:32 PM
**To:** Ensign, Drew; Kossak, Jonathan (CIV)
**Cc:** Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau
**Subject:** RE: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Drew:  I expect to have information in the morning.  Can you hold off on filing until noon EST?

---

**From:** Ensign, Drew <Drew.Ensign@azag.gov>
**Sent:** Wednesday, April 20, 2022 11:26 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>
**Cc:** Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; 'John.Sauer@ago.mo.gov' <John.Sauer@ago.mo.gov>; Roysden, Beau <Beau.Roysden@azag.gov>
**Subject:** [EXTERNAL] Re: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

We are planning on filing around 9am CDT/10am Eastern to give the court full time to consider it.

Drew

---

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Wednesday, April 20, 2022 8:18 PM
**To:** Ensign, Drew; Kossak, Jonathan (CIV)
**Cc:** Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau
**Subject:** RE: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Drew, what time do you plan to file tomorrow morning?  I am still trying to track down information.

---

**From:** Ensign, Drew <Drew.Ensign@azag.gov>
**Sent:** Wednesday, April 20, 2022 10:00 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>

**Cc:** Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; 'John.Sauer@ago.mo.gov' <John.Sauer@ago.mo.gov>; Roysden, Beau <Beau.Roysden@azag.gov>
**Subject:** [EXTERNAL] Re: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Thanks, Jean.

---

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Wednesday, April 20, 2022 6:30 PM
**To:** Ensign, Drew; Kossak, Jonathan (CIV)
**Cc:** Murrill, Elizabeth; St. John, Joseph; 'John.Sauer@ago.mo.gov'; Roysden, Beau
**Subject:** RE: Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Drew: I'm checking with DHS now.

---

**From:** Ensign, Drew <Drew.Ensign@azag.gov>
**Sent:** Wednesday, April 20, 2022 9:23 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>
**Cc:** Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; St. John, Joseph <StJohnJ@ag.louisiana.gov>; 'John.Sauer@ago.mo.gov' <John.Sauer@ago.mo.gov>; Roysden, Beau <Beau.Roysden@azag.gov>
**Subject:** [EXTERNAL] Arizona v. CDC, No. 6:22-cv-00885 (W.D. La.)

Hi Jean and Jonathan,

We wanted to give you a heads up that we are planning on filing for a TRO tomorrow morning based on reporting that came out today. That reporting appears to indicate that DHS is effectively implementing the Title 42 Termination Order prematurely for migrants from the Northern Triangle countries and perhaps others. (*See, e.g.*, https://www.foxnews.com/politics/border-patrol-title-42-to-migrants-northern-triangle). The TRO will seek to restrain any implementation of the Title 42 Termination before its effective date, including what appears to be DHS's recent policy change of processing the bulk of migrants from Northern Triangle countries under Title 8, rather than Title 42 (thereby effectuating a de facto partial early termination).

We are not seeking your position (and would be quite frankly shocked if Federal Defendants would agree to the relief sought pre-filing). But we did want to give you some advanced warning since these sorts of matters have a tendency to hijack your day. (I know my day has certainly been hijacked by this for example.)

We are likely to ask for a highly expedited briefing schedule on the TRO, and also will be seeking to compel DHS to have file a declaration providing details about what DHS is doing exactly and producing relevant guidance/documents on an accelerated schedule.

We would be happy to extend your response deadline if DHS would agree to suspend its new policy/policies while the TRO is litigated. In that posture, the States would not be suffering irreparable harm from the suspended policy and we have no desire to impose highly expedited response deadlines on you gratuitously. But in the likely event that DHS intends to continue doing whatever it is they are suddenly doing here (in a time window that just so happens to coincide with the April 1 announcement to May 23 effective date), we intend to seek expedited relief preventing the resulting harms.

We would also be inclined to withdraw the TRO if DHS could supply convincing evidence that it is either (1) taking no actions of the sort described or (2) will suspend them until May 23. That, however, would need to

include actions that DHS may not itself characterize as early Title 42 Termination implementation, but nonetheless look, swim, and quack like early partial implementation. (DHS's comments in the article cited above suggest just such a position that would fail the duck test.)

We know this may jam you all, and are sorry for that. Certainly if DHS is willing to show some forbearance here, we would be happy to avoid imposing those burdens on you. But realistically speaking, it appears that DHS has put us all in personally-burdensome TRO land and it is doubtful that DHS would offer any restraint that might permit the Plaintiff States to forego seeking a TRO to prevent imminent and ongoing harms. I would be delighted to be pleasantly surprised here, but recognize that is not your or DOJ's call.

Sincerely,
Drew


Drew C. Ensign
Chief Counsel, Civil Appeals and Deputy Solicitor General



Office of the Attorney General
Appeals and Constitutional Litigation Division
2005 N. Central Ave., Phoenix, AZ 85004
Direct: 602-542-5252 | Fax: 602-542-4377
drew.ensign@azag.gov

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.