UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the Plaintiff States' Motion for a Temporary Restraining Order and to Compel Production of Information [ECF No. 24], and in order to avoid possible irreparable harm,

IT IS ORDERED THAT Defendants shall file a response to the Motion no later than Friday, April 22, 2022, at noon Central Time.

THUS DONE in Chambers on this 21st day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE