UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER**

Presently before the Court is the Plaintiff States' Motion for Temporary Restraining Order and to Compel Production of Information [ECF No. 24]. The Court has now received the opposition to the Motion filed by the Defendants. Based on the Court's review of the opposition,

IT IS ORDERED THAT if the Plaintiff States wish to respond to the Defendants' opposition, they shall file such response no later than noon Central Time on Monday, April 25, 2022;

IT IS FURTHER ORDERED THAT the parties are to promptly confer on an expedited discovery plan that addresses: (1) the discovery identified in the Plaintiff States' Motion for Temporary Restraining Order; and (2) any discovery in connection with the evidentiary hearing on the Motion for Preliminary Injunction; and

IT IS FURTHER ORDERED THAT the Court will hold a status conference with counsel for the parties on Monday, April 25, 2022 at 3:00 p.m. Central Time via Zoom. Only counsel of record for the parties will be permitted to attend the status conference.

THUS DONE in Chambers on this 22nd day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE