# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**PLAINTIFFS' MOTION FOR AN EXPANSION OF PAGES**

**MOTION FOR EXPANSION OF PAGES**

  Plaintiff States are a coalition of 21 sovereign states of the Union. They respectfully request leave to exceed the page limit set forth in Local Rule 7.8 and file a 17-page memorandum in support of their Motion for Temporary Restraining Order (Doc. 24). As good cause for this request, Plaintiff States represent:

  1. Plaintiff States filed this action alleging that the termination of the Title 42 Orders, which provide for expulsion of migrants entering the United States without authorization based on the Covid-19 pandemic. Under those Title 42 Orders, approximately 1.7 million aliens have been returned back across U.S. borders.

  2. Defendants' termination of the Title 42 Orders ("Termination Order") was putatively set to take effect on May 23, 2022, absent judicial intervention. Once it becomes effective, it is estimated that 18,000 migrants will enter the United States *per day* that would otherwise have been expelled under Title 42—*i.e.*, more than half a million migrants in the first month.

  3. To prevent the harms that would occur if the Termination Order were to be implemented, Plaintiff States filed a motion for a preliminary injunction and agreed with Federal Defendants upon a briefing schedule that would permit briefing, oral argument, and a decision to be reached *before* the May 23, 2022 effective date.

  4. After the States became aware that DHS may have been surreptitiously implementing the Title 42 Termination Order more than a month before its actual effective date, the States filed a motion for a temporary restraining order on April 21. That motion incorporated by reference the arguments made in the memorandum in support of the motion for a preliminary injunction (Doc. 11-2). This Court ordered Federal Defendants to file a response to the TRO motion on Friday, April 22 by noon CDT and Plaintiff States to file a reply by noon on Monday, April 25.

5. Federal Defendants filed a 17-page response to the States' TRO Motion (Doc. 27). In that response, Defendants raised a multitude of jurisdictional and other non-merits arguments, including arguments that: (a) the States lack Article III standing, (b) the States lack statutory standing/fall outside of outside zones of interest, (c) Section 8 U.S.C. 8 U.S.C. §1252 supposedly precluding jurisdiction, (d) lack of final agency action, (e) lack of a cognizable interest, (f) judicial review being unavailable as the relevant actions were "committed to agency discretion," and (g) that the States allegedly did not plead a claim for which they could receive relief in the form of a TRO. In addition to these non-merits arguments, Federal Defendants responded to the States' APA claims and addressed the other preliminary injunction factors.

6. To address the Federal Defendants" numerous jurisdictional/non-merits arguments, an expansion of the page limit is warranted. That is particularly appropriate as most of those arguments are directly contrary to controlling Fifth Circuit precedent including, *inter alia*, *Texas v. Biden*, 20 F.4th 928 (5th Cir. 2021) *cert. granted* 142 S. Ct. 1098 (2022).

7. The issues raised by this action are of extraordinary importance. Indeed, the severe negative consequences of Defendants' actions have prompted many Senators of the President's own party to criticize sharply the Termination Order, as well as the Department of Homeland Security's failure (in their view, which is shared by Plaintiffs) to plan for the resulting surge in immigration.

8. In order to adequately brief the issues raised by this case, Plaintiff States respectfully request leave to file the attached 17-page reply brief in support of their Motion for a Temporary Restraining Order. The additional pages would further the parties' and the Court's shared interest in ensuring that all legal issues presented by this case are adequately and thoroughly presented.

## CONCLUSION

For the foregoing reasons, this Court should grant Plaintiff States' motion for an expansion of pages for their reply memorandum in support of their Motion for a Temporary Restraining Order.

Dated: April 25, 2022

Respectfully submitted,

By: /s/ Joseph Scott St. John

MARK BRNOVICH
   Attorney General
BRUNN ("BEAU") W. ROYSDEN III*
   Solicitor General
DREW C. ENSIGN**
   Deputy Solicitor General
JAMES K. ROGERS*
   Senior Litigation Counsel
ANTHONY R. NAPOLITANO *
   Assistant Attorney General
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov

*Counsel for Plaintiff State of Arizona*

STEVE MARSHALL
   Alabama Attorney General
EDMUND G. LACOUR JR.*
   Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

ELIZABETH B. MURRILL (La #20685)
   Solicitor General
J. SCOTT ST. JOHN (La #36682)
   Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
   Attorney General
D. JOHN SAUER *
   Solicitor General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

TREG R. TAYLOR
   Attorney General of Alaska
CORI M. MILLS*
   Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON*
   Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov

*Counsel for Plaintiff State of Alaska*

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY*
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

DEREK SCHMIDT
  Attorney General
DWIGHT R. CARSWELL*
  Deputy Solicitor General
Office of the Kansas Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
4ebras.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
  Attorney General,
BRIAN KANE*
  Chief Deputy Attorney General
Office of the Idaho Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
  Attorney General of Kentucky
MARC MANLEY*
  Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

4

AUSTIN KNUDSEN
   Attorney General
DAVID M.S. DEWHIRST*
   Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
   Attorney General
JAMES A. CAMPBELL*
   Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

JOHN M. O'CONNOR
   Attorney General of Oklahoma
BRYAN CLEVELAND*
   Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

LYNN FITCH
   Attorney General of Mississippi
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DAVE YOST
   Ohio Attorney General
BENJAMIN M. FLOWERS*
   Solicitor General
Office of the Ohio Attorney General
30 E. Broad St., 17th Fl.
Columbus, OH 43215
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

ALAN WILSON
   South Carolina Attorney General
THOMAS T. HYDRICK*
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

HERBERT H. SLATERY III
   Attorney General and Reporter of Tennessee
ANDRÉE S. BLUMSTEIN
   Solicitor General
CLARK L. HILDABRAND*
BRANDON J. SMITH*
   Assistant Solicitors General
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov
Brandon.Smith@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

PATRICK MORRISEY
   Attorney General
LINDSAY SEE*
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

SEAN D. REYES
   Utah Attorney General
MELISSA HOLYOAK*
   Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS*
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

\* Pro hac vice application forthcoming
\*\* Pro hac vice application granted