IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

## [Proposed] Order

Plaintiff States' Motion for an Expansion of Pages for their reply memorandum in support of their Motion for a Temporary Restraining Order and to Compel Production of Information is GRANTED. Plaintiff States' Reply Memorandum is FILED.

Signed this ___ day of _____, 2022

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE