**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:          All Counsel of Record

Issued By:   Judge Robert R. Summerhays

Re:          State of Louisiana, et al v. CDC, et al
             Civil Action No. 6:22-885

Date:        April 25, 2022

## MINUTES FROM STATUS CONFERENCE[1]

The Court held a status conference via Zoom on April 25, 2022. Participating in the conference were Joseph St. John, Drew Ensign and John Sauer for the Plaintiffs; and Jean Lin, Erez Reuveni, John Robinson and Jonathan Kossak for Defendants.

The Court discussed the Motion for Temporary Restraining Order [ECF No. 24] filed by Plaintiffs. For the reasons stated on the record, the Court announced its intent to grant the motion. The parties will confer regarding the specific terms to be contained in the Temporary Restraining Order and attempt to reach agreement.

---

[1] Court time – 45 minutes; Court Reporter – LaRae Bourque