IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, <br><br> Defendants. | Civil Action No. 6:22-CV-00885-RRS-CBW |

**NOTICE OF FILING OF SECOND DECLARATION OF BLAS NUÑEZ-NETO**

Pursuant to the representations made by Defendants' counsel at the April 25, 2022 status conference, attached is the second declaration of Blas Nuñez-Neto, Acting Assistant Secretary for Border and Immigration Policy at the U.S. Department of Homeland Security, providing information sought by the Plaintiffs in connection with their emergency motion.

Dated: April 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

*/s/ JONATHAN D. KOSSAK*
JONATHAN D. KOSSAK (DC #991478)
JOHN ROBINSON (DC #1044072)
Trial Attorneys, Federal Program Branch
U.S. Department of Justice, Civil Division
1100 L St. N.W., Washington, DC 20530
(202) 514-3716
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

*Attorneys for Defendants*