# Attachment A

Non-final data

| Week | MEXIC | | | GUATE | | | CUBA | | |
|---|---|---|---|---|---|---|---|---|---|
| | T8 | T42 | Total | T8 | T42 | Total | T8 | T42 | Total |
| 11/5/2021 - 11/11/2021 | 1,365 | 12,188 | 13,553 | 1,526 | 3,194 | 4,720 | 1,526 | 4 | 1,530 |
| 11/12/2021 - 11/18/2021 | 1,794 | 13,964 | 15,758 | 1,600 | 3,204 | 4,804 | 1,648 | 4 | 1,652 |
| 11/19/2021 - 11/25/2021 | 1,614 | 14,048 | 15,662 | 1,782 | 3,052 | 4,834 | 1,492 | 6 | 1,498 |
| 11/26/2021 - 12/2/2021 | 1,574 | 13,448 | 15,022 | 2,083 | 3,147 | 5,230 | 1,652 | 4 | 1,656 |
| 12/3/2021 - 12/9/2021 | 1,591 | 11,737 | 13,328 | 1,885 | 3,835 | 5,720 | 2,228 | 15 | 2,243 |
| 12/10/2021 - 12/16/2021 | 1,451 | 11,457 | 12,908 | 1,842 | 3,666 | 5,508 | 1,548 | 8 | 1,556 |
| 12/17/2021 - 12/23/2021 | 1,459 | 10,215 | 11,674 | 1,765 | 3,248 | 5,013 | 1,536 | 4 | 1,540 |
| 12/24/2021 - 12/30/2021 | 1,010 | 6,587 | 7,597 | 605 | 1,989 | 2,594 | 1,718 | 2 | 1,720 |
| 12/31/2021 - 1/6/2022 | 1,135 | 7,194 | 8,329 | 300 | 1,872 | 2,172 | 1,587 | 3 | 1,590 |
| 1/7/2022 - 1/13/2022 | 1,557 | 11,239 | 12,796 | 444 | 1,945 | 2,389 | 1,903 | 2 | 1,905 |
| 1/14/2022 - 1/20/2022 | 1,572 | 13,778 | 15,350 | 1,370 | 2,393 | 3,763 | 1,996 | 1 | 1,997 |
| 1/21/2022 - 1/27/2022 | 1,584 | 14,059 | 15,643 | 1,101 | 2,660 | 3,761 | 2,665 | 6 | 2,671 |
| 1/28/2022 - 2/3/2022 | 1,799 | 15,299 | 17,098 | 1,081 | 2,930 | 4,011 | 3,309 | 25 | 3,334 |
| 2/4/2022 - 2/10/2022 | 1,728 | 14,603 | 16,331 | 1,470 | 3,268 | 4,738 | 3,559 | 10 | 3,569 |
| 2/11/2022 - 2/17/2022 | 2,039 | 16,252 | 18,291 | 1,544 | 3,189 | 4,733 | 4,336 | 11 | 4,347 |
| 2/18/2022 - 2/24/2022 | 2,071 | 16,928 | 18,999 | 1,276 | 3,026 | 4,302 | 4,561 | 16 | 4,577 |
| 2/25/2022 - 3/3/2022 | 1,963 | 17,337 | 19,300 | 1,471 | 3,329 | 4,800 | 4,472 | 297 | 4,769 |
| 3/4/2022 - 3/10/2022 | 2,192 | 17,933 | 20,125 | 1,406 | 3,177 | 4,583 | 6,508 | 200 | 6,708 |
| 3/11/2022 - 3/17/2022 | 2,258 | 17,037 | 19,295 | 1,378 | 3,383 | 4,761 | 7,334 | 37 | 7,371 |
| 3/18/2022 - 3/24/2022 | 2,463 | 16,296 | 18,759 | 1,423 | 3,176 | 4,599 | 8,565 | 14 | 8,579 |
| 3/25/2022 - 3/31/2022 | 2,764 | 17,661 | 20,425 | 1,493 | 3,601 | 5,094 | 7,255 | 29 | 7,284 |
| 4/1/2022 - 4/7/2022 | 2,912 | 17,805 | 20,717 | 1,390 | 3,912 | 5,302 | 7,737 | 37 | 7,774 |
| 4/8/2022 - 4/14/2022 | 2,905 | 17,352 | 20,257 | 1,451 | 3,565 | 5,016 | 9,645 | 42 | 9,687 |
| 4/15/2022 - 4/21/2022 | 2,696 | 13,889 | 16,585 | 2,696 | 1,594 | 4,290 | 7,652 | 71 | 7,723 |
| Nov 5 - April 22 Total | 45,496 | 338,306 | 383,802 | 34,382 | 72,355 | 106,737 | 96,432 | 848 | 97,280 |

Source: DHS Office of Immigration Statistics analysis of CBP Unified Immigration Portal Data

Non-final data

| Week | HONDU | | | NICAR | | | VENEZ | | |
|---|---|---|---|---|---|---|---|---|---|
| | T8 | T42 | Total | T8 | T42 | Total | T8 | T42 | Total |
| 11/5/2021 - 11/11/2021 | 1,807 | 2,810 | 4,617 | 3,091 | 148 | 3,239 | 5,091 | 23 | 5,114 |
| 11/12/2021 - 11/18/2021 | 1,787 | 3,029 | 4,816 | 3,038 | 320 | 3,358 | 5,327 | 22 | 5,349 |
| 11/19/2021 - 11/25/2021 | 1,648 | 3,102 | 4,750 | 3,174 | 206 | 3,380 | 3,767 | 26 | 3,793 |
| 11/26/2021 - 12/2/2021 | 1,615 | 2,896 | 4,511 | 2,617 | 292 | 2,909 | 5,631 | 22 | 5,653 |
| 12/3/2021 - 12/9/2021 | 1,810 | 3,266 | 5,076 | 3,705 | 167 | 3,872 | 5,999 | 15 | 6,014 |
| 12/10/2021 - 12/16/2021 | 1,125 | 2,804 | 3,929 | 3,813 | 99 | 3,912 | 5,097 | 8 | 5,105 |
| 12/17/2021 - 12/23/2021 | 1,540 | 2,596 | 4,136 | 3,448 | 117 | 3,565 | 5,542 | 13 | 5,555 |
| 12/24/2021 - 12/30/2021 | 836 | 2,180 | 3,016 | 2,622 | 64 | 2,686 | 5,665 | 7 | 5,672 |
| 12/31/2021 - 1/6/2022 | 337 | 1,998 | 2,335 | 1,675 | 49 | 1,724 | 3,373 | 15 | 3,388 |
| 1/7/2022 - 1/13/2022 | 429 | 1,761 | 2,190 | 1,961 | 47 | 2,008 | 3,637 | 6 | 3,643 |
| 1/14/2022 - 1/20/2022 | 941 | 1,846 | 2,787 | 2,981 | 41 | 3,022 | 8,394 | 12 | 8,406 |
| 1/21/2022 - 1/27/2022 | 971 | 2,371 | 3,342 | 3,000 | 41 | 3,041 | 6,859 | 15 | 6,874 |
| 1/28/2022 - 2/3/2022 | 1,082 | 2,336 | 3,418 | 3,606 | 29 | 3,635 | 1,730 | 16 | 1,746 |
| 2/4/2022 - 2/10/2022 | 973 | 2,374 | 3,347 | 3,096 | 23 | 3,119 | 648 | 10 | 658 |
| 2/11/2022 - 2/17/2022 | 1,152 | 2,597 | 3,749 | 3,400 | 13 | 3,413 | 635 | 5 | 640 |
| 2/18/2022 - 2/24/2022 | 1,045 | 2,484 | 3,529 | 3,449 | 10 | 3,459 | 810 | 11 | 821 |
| 2/25/2022 - 3/3/2022 | 1,127 | 2,568 | 3,695 | 3,232 | 189 | 3,421 | 710 | 3 | 713 |
| 3/4/2022 - 3/10/2022 | 1,200 | 2,481 | 3,681 | 3,224 | 85 | 3,309 | 771 | 1 | 772 |
| 3/11/2022 - 3/17/2022 | 1,160 | 2,297 | 3,457 | 3,859 | 18 | 3,877 | 903 | 2 | 905 |
| 3/18/2022 - 3/24/2022 | 1,076 | 2,235 | 3,311 | 3,845 | 15 | 3,860 | 1,362 | 3 | 1,365 |
| 3/25/2022 - 3/31/2022 | 1,292 | 2,537 | 3,829 | 3,305 | 12 | 3,317 | 684 | 12 | 696 |
| 4/1/2022 - 4/7/2022 | 1,112 | 2,678 | 3,790 | 3,022 | 24 | 3,046 | 964 | 1 | 965 |
| 4/8/2022 - 4/14/2022 | 1,481 | 2,616 | 4,097 | 3,036 | 11 | 3,047 | 1,041 | 10 | 1,051 |
| 4/15/2022 - 4/21/2022 | 2,417 | 1,108 | 3,525 | 2,484 | 3 | 2,487 | 668 | - | 668 |
| Nov 5 - April 22 Total | 29,963 | 58,970 | 88,933 | 74,683 | 2,023 | 76,706 | 75,308 | 258 | 75,566 |

Source: DHS Office of Immigration Statistics analysis of CBP Unified Immigration Portal Data

Non-final data

| Week | COLOM | | | ELSAL | | | UKRAI | | |
|---|---|---|---|---|---|---|---|---|---|
| | T8 | T42 | Total | T8 | T42 | Total | T8 | T42 | Total |
| 11/5/2021 - 11/11/2021 | 669 | 5 | 674 | 974 | 1,147 | 2,121 | 43 | 0 | 43 |
| 11/12/2021 - 11/18/2021 | 853 | 10 | 863 | 1,080 | 1,262 | 2,342 | 58 | 1 | 59 |
| 11/19/2021 - 11/25/2021 | 863 | 5 | 868 | 1,229 | 1,093 | 2,322 | 63 | 0 | 63 |
| 11/26/2021 - 12/2/2021 | 903 | 8 | 911 | 1,018 | 1,206 | 2,224 | 43 | 0 | 43 |
| 12/3/2021 - 12/9/2021 | 937 | 10 | 947 | 1,086 | 1,348 | 2,434 | 68 | 0 | 68 |
| 12/10/2021 - 12/16/2021 | 885 | 7 | 892 | 902 | 1,350 | 2,252 | 77 | 0 | 77 |
| 12/17/2021 - 12/23/2021 | 941 | 7 | 948 | 739 | 1,257 | 1,996 | 86 | 0 | 86 |
| 12/24/2021 - 12/30/2021 | 902 | 5 | 907 | 372 | 895 | 1,267 | 93 | 0 | 93 |
| 12/31/2021 - 1/6/2022 | 427 | 3 | 430 | 159 | 697 | 856 | 98 | 0 | 98 |
| 1/7/2022 - 1/13/2022 | 489 | 4 | 493 | 270 | 824 | 1,094 | 31 | 0 | 31 |
| 1/14/2022 - 1/20/2022 | 694 | 3 | 697 | 680 | 842 | 1,522 | 50 | 2 | 52 |
| 1/21/2022 - 1/27/2022 | 1,201 | 1 | 1,202 | 685 | 1,011 | 1,696 | 56 | 0 | 56 |
| 1/28/2022 - 2/3/2022 | 2,124 | 3 | 2,127 | 619 | 1,065 | 1,684 | 46 | - | 46 |
| 2/4/2022 - 2/10/2022 | 1,732 | 6 | 1,738 | 611 | 1,087 | 1,698 | 102 | - | 102 |
| 2/11/2022 - 2/17/2022 | 2,368 | 6 | 2,374 | 619 | 1,285 | 1,904 | 54 | - | 54 |
| 2/18/2022 - 2/24/2022 | 2,537 | 7 | 2,544 | 602 | 1,217 | 1,819 | 44 | - | 44 |
| 2/25/2022 - 3/3/2022 | 3,277 | 101 | 3,378 | 594 | 994 | 1,588 | 90 | 1 | 91 |
| 3/4/2022 - 3/10/2022 | 3,115 | 301 | 3,416 | 640 | 1,152 | 1,792 | 191 | 4 | 195 |
| 3/11/2022 - 3/17/2022 | 3,549 | 175 | 3,724 | 726 | 1,026 | 1,752 | 434 | - | 434 |
| 3/18/2022 - 3/24/2022 | 3,042 | 40 | 3,082 | 707 | 1,290 | 1,997 | 699 | - | 699 |
| 3/25/2022 - 3/31/2022 | 3,644 | 42 | 3,686 | 752 | 1,360 | 2,112 | 1,915 | - | 1,915 |
| 4/1/2022 - 4/7/2022 | 4,685 | 60 | 4,745 | 703 | 1,353 | 2,056 | 4,368 | - | 4,368 |
| 4/8/2022 - 4/14/2022 | 2,850 | 41 | 2,891 | 682 | 1,368 | 2,050 | 7,269 | - | 7,269 |
| 4/15/2022 - 4/21/2022 | 1,736 | 5 | 1,741 | 936 | 930 | 1,866 | 5,783 | 4 | 5,787 |
| Nov 5 - April 22 Total | 44,423 | 855 | 45,278 | 17,385 | 27,059 | 44,444 | 21,761 | 12 | 21,773 |

Source: DHS Office of Immigration Statistics analysis of CBP Unified Immigration Portal Data

Non-final data

| Week | BRAZI | | | Other | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | T8 | T42 | Total | T8 | T42 | Total | T8 | T42 | Total |
| 11/5/2021 - 11/11/2021 | 1,535 | 60 | 1,595 | 1,663 | 76 | 1,739 | 19,290 | 19,655 | 38,945 |
| 11/12/2021 - 11/18/2021 | 1,362 | 78 | 1,440 | 2,072 | 139 | 2,211 | 20,619 | 22,033 | 42,652 |
| 11/19/2021 - 11/25/2021 | 1,691 | 52 | 1,743 | 2,392 | 160 | 2,552 | 19,715 | 21,750 | 41,465 |
| 11/26/2021 - 12/2/2021 | 1,861 | 31 | 1,892 | 2,599 | 364 | 2,963 | 21,596 | 21,418 | 43,014 |
| 12/3/2021 - 12/9/2021 | 2,033 | 27 | 2,060 | 3,262 | 707 | 3,969 | 24,604 | 21,127 | 45,731 |
| 12/10/2021 - 12/16/2021 | 2,115 | 46 | 2,161 | 3,200 | 888 | 4,088 | 22,055 | 20,333 | 42,388 |
| 12/17/2021 - 12/23/2021 | 1,630 | 63 | 1,693 | 3,234 | 882 | 4,116 | 21,920 | 18,402 | 40,322 |
| 12/24/2021 - 12/30/2021 | 1,104 | 196 | 1,300 | 4,030 | 1,149 | 5,179 | 18,957 | 13,074 | 32,031 |
| 12/31/2021 - 1/6/2022 | 599 | 90 | 689 | 2,897 | 1,182 | 4,079 | 12,587 | 13,103 | 25,690 |
| 1/7/2022 - 1/13/2022 | 272 | 110 | 382 | 1,944 | 444 | 2,388 | 12,937 | 16,382 | 29,319 |
| 1/14/2022 - 1/20/2022 | 464 | 245 | 709 | 2,030 | 440 | 2,470 | 21,172 | 19,603 | 40,775 |
| 1/21/2022 - 1/27/2022 | 434 | 315 | 749 | 2,288 | 245 | 2,533 | 20,844 | 20,724 | 41,568 |
| 1/28/2022 - 2/3/2022 | 351 | 299 | 650 | 2,363 | 194 | 2,557 | 18,110 | 22,196 | 40,306 |
| 2/4/2022 - 2/10/2022 | 185 | 185 | 370 | 2,258 | 340 | 2,598 | 16,362 | 21,906 | 38,268 |
| 2/11/2022 - 2/17/2022 | 229 | 213 | 442 | 2,392 | 331 | 2,723 | 18,768 | 23,902 | 42,670 |
| 2/18/2022 - 2/24/2022 | 154 | 94 | 248 | 2,306 | 159 | 2,465 | 18,855 | 23,952 | 42,807 |
| 2/25/2022 - 3/3/2022 | 139 | 81 | 220 | 2,822 | 219 | 3,041 | 19,897 | 25,119 | 45,016 |
| 3/4/2022 - 3/10/2022 | 194 | 77 | 271 | 3,136 | 195 | 3,331 | 22,577 | 25,606 | 48,183 |
| 3/11/2022 - 3/17/2022 | 228 | 34 | 262 | 3,385 | 98 | 3,483 | 25,214 | 24,107 | 49,321 |
| 3/18/2022 - 3/24/2022 | 276 | 8 | 284 | 4,016 | 81 | 4,097 | 27,474 | 23,158 | 50,632 |
| 3/25/2022 - 3/31/2022 | 405 | 11 | 416 | 3,681 | 174 | 3,855 | 27,190 | 25,439 | 52,629 |
| 4/1/2022 - 4/7/2022 | 481 | 18 | 499 | 3,888 | 220 | 4,108 | 31,262 | 26,108 | 57,370 |
| 4/8/2022 - 4/14/2022 | 836 | 33 | 869 | 4,466 | 260 | 4,726 | 35,662 | 25,298 | 60,960 |
| 4/15/2022 - 4/21/2022 | 570 | 17 | 587 | 4,538 | 99 | 4,637 | 32,176 | 17,720 | 49,896 |
| Nov 5 - April 22 Total | 19,148 | 2,383 | 21,531 | 70,862 | 9,046 | 79,908 | 529,843 | 512,115 | 1,041,958 |

Source: DHS Office of Immigration Statistics analysis of CBP Unified Immigration Portal Data