# DHS Southwest Border Task Force Executive Leadership Report

## 26 MARCH 2022

Table of Contents

2. Encounters
3. Encounters: Recent Trends
4. Unaccompanied Children (UC) Dashboard
5. CBP Encounters & CBP in Custody
6. Unaccompanied Child Encounters & HHS in Care
7. Unaccompanied Children in Custody & CBP Transfers
8. Family Unit Individual Encounters & in Custody
9. Family Unit Individual CBP Book-out Dispositions
10. Single Adult Encounters & in Custody
11. Single Adult CBP Book-out Dispositions
12. Glossary

# Encounters

## DAILY ENCOUNTERS YESTERDAY

**6,613**

**Total Encounters**

Total includes accompanied minors.

▼ 11% vs. previous day

▲ 2% vs. last week's avg

| **446** | **1,117** | **5,042** |
|---|---|---|
| Unaccompanied Children | Family Unit Individuals | Single Adults |
| ▼ 26% vs. previous day | ▼ 18% vs. previous day | ▼ 8% vs. previous day |
| ▼ 1% vs. last week's avg | ▲ 7% vs. last week's avg | ▲ 1% vs. last week's avg |

## AVERAGE WEEKLY ENCOUNTERS BY SECTOR

Del Rio Sector — Rio Grande Valley Sector — Yuma Sector

| | 4-Feb | 11-Feb | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar |
|---|---|---|---|---|---|---|---|---|
| Del Rio | 923 | 979 | 1,175 | 1,239 | 1,242 | 1,185 | 1,342 | 1,438 |
| Rio Grd Vly | 1,163 | 1,173 | 1,225 | 1,204 | 1,317 | 1,482 | 1,303 | 1,362 |
| Yuma | 738 | 696 | 756 | 756 | 872 | 976 | 1,028 | 955 |
| All Other | 2,775 | 2,851 | 2,944 | 2,872 | 3,101 | 3,269 | 3,268 | 3,335 |

## AVERAGE WEEKLY ENCOUNTERS BY FAMILY STATUS

Unaccompanied Children — Family Unit Individuals — Single Adults

| | 4-Feb | 11-Feb | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar |
|---|---|---|---|---|---|---|---|---|
| UC | 394 | 435 | 433 | 435 | 434 | 474 | 446 | 440 |
| FM | 973 | 913 | 958 | 967 | 1,046 | 1,107 | 1,169 | 1,256 |
| SA | 4,224 | 4,344 | 4,704 | 4,659 | 5,046 | 5,324 | 5,318 | 5,384 |
| **Total** | **5,600** | **5,700** | **6,101** | **6,071** | **6,532** | **6,913** | **6,940** | **7,089** |

## AVERAGE WEEKLY ENCOUNTERS BY NATIONALITY

Northern Triangle
Mexico
Other

| | 4-Feb | 11-Feb | 18-Feb | 25-Feb | 4-Mar | 11-Mar | 18-Mar | 25-Mar |
|---|---|---|---|---|---|---|---|---|
| NT | 1,300 | 1,470 | 1,437 | 1,382 | 1,440 | 1,469 | 1,381 | 1,384 |
| Mex | 2,376 | 2,404 | 2,668 | 2,691 | 2,775 | 2,881 | 2,657 | 2,636 |
| Other | 1,923 | 1,826 | 1,996 | 1,998 | 2,318 | 2,562 | 2,903 | 3,070 |
| **Total** | **5,600** | **5,700** | **6,101** | **6,071** | **6,532** | **6,913** | **6,940** | **7,089** |

26 March 2022

# Encounters: Recent Trends

## DAILY ENCOUNTERS BY NATIONALITY

| | Mexico | Cuba | Guatemala | Nicaragua | Honduras | Colombia | El Salvador | Venezuela | Peru | Haiti |
|---|---|---|---|---|---|---|---|---|---|---|
| Average Daily Encounters | 2,636 | 1,200 | 640 | 543 | 461 | 415 | 283 | 186 | 76 | 58 |
| 7-Day Average UC | 90 | 4 | 176 | 7 | 99 | 2 | 51 | 0 | 1 | 2 |
| 7-Day Average FM | 77 | 291 | 71 | 88 | 114 | 159 | 62 | 57 | 37 | 30 |
| 7-Day Average SA | 2,460 | 905 | 394 | 448 | 247 | 254 | 169 | 129 | 38 | 26 |
| 12-Month Change | 37% | 461% | -39% | 744% | -63% | 8094% | -15% | 67% | 1834% | -41% |
| 3-Month Change | 67% | 300% | 0% | 6% | -14% | 258% | -9% | -83% | 92% | -75% |
| 1-Month Change | -2% | 91% | 0% | 18% | -8% | 6% | 17% | 58% | 36% | 5% |
| 1-Week Change | -1% | 11% | -4% | 2% | 0% | -18% | 14% | 36% | 22% | -3% |

Data valid as of March 25, 2022 05:45. Change percentages reflect the daily average compared to the daily average from the respective period.

## ENCOUNTERS: NORTHERN TRIANGLE

## ENCOUNTERS: OTHER TOP COUNTRIES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

26 March 2022

# UC Dashboard

The system is at 85% capacity
Covers data for yesterday Fri, Mar 25 (▲) or (▼) percentages compare:
1)Yesterday vs. previous day , and 2) Yesterday's 7-day avg compared to the 7-day avg one week prior
Based on Total in CBP holding & ORR care compared to Total beds (designated + available to designate)
Customs and Border Protection
Office of Refugee Resettlement
351*
All non-Mexicans and Mexicans 13 or younger on Fri, Mar 25
380 on 03/18
351* on 03/25
▼ 23% vs previous day
▲ 1% vs last week's avg
10,757
Total in CBP holding & ORR care as of Fri, Mar 25
10,707 on 03/18
10,757 on 03/25
▼ 0% vs previous day
▲ 1% vs last week's avg
459
Total discharged from ORR care on Fri, Mar 25
412 on 03/18
459 on 03/25
▲ 29% vs previous day
▲ 0% vs last week's avg
95*
Mexicans 14 or older most will be repatriated
▲ 6% vs previous day
▲ 8% vs last week's avg
556
Total in CBP Holding
▲ 6% vs previous day
▼ 17% vs last week's avg
314
Children transferred out of CBP in the last 24 hrs
▼ 12% vs previous day
▼ 0% vs last week's avg
10,201
Physically in ORR care
▼ 1% vs previous day
▲ 2% vs last week's avg
31
Average days in care for children discharged in last 7 days
▲ 4% vs previous day
▲ 0% vs last week's avg
DAILY ENCOUNTERS FORECAST, EXCLUDING CHILDREN FROM MEXICO
March 24 encounters**
48
457
505
Past 7 days average
359
March Daily projections
353
April Daily projections
487
May Daily projections
511
342
CBP Processing Complete
▲ 21% vs previous day
▲ 3% vs last week's avg
0
CBP holding > 72 hrs
▼ 100% vs previous day
▼ 35% vs last week's avg
23
Avg hrs in CBP holding
2,805
In ORR care > 35 Days
▼ 2% vs previous day
▲ 1% vs last week's avg
Beds designated to kids in care
10,257
Beds designated to kids who haven't arrived yet
302
Total beds designated
10,559
(84% of all beds)
Beds available for border designation or transfer
2,067
Total beds (designated + available to designate)
12,626
CHILDREN DISCHARGED IN LAST 7 DAYS & AVERAGE DAYS IN CARE
Sponsor
Children
Days
All Sponsor Categories
2,370
31
▲ 1% vs. last week's avg
1 Parents/ Guardians
807
19
▲ 7% vs. last week's avg
2 Immediate Relatives
1,154
27
▼ 4% vs. last week's avg
3 Unrelated /Distance
343
60
▲ 7% vs. last week's avg
4 No Sponsor
66
117
▲ 26% vs. last week's avg
NOTE: Daily reporting based on interim numbers; values reported today do not capture final data.

DHS Southwest Border Task Force Executive Leadership Report
4
AZT42AR0000505

# CBP Encounters & CBP in Custody

| Country of Citizenship | CBP Encounters | | | | | | CBP in Custody | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 7-Day Avg | 21-Day Avg | UC | FM | SA | Total | Avg TIC | < 72 hours | 72 =<120 hours | >= 120 hours |
| **Mexico** | **2,626** | **2,636** | **2,725** | **97** | **71** | **2,450** | **717** | **21** | **689** | **25** | **3** |
| Guatemala | 616 | 640 | 664 | 184 | 66 | 366 | 779 | 42 | 654 | 104 | 21 |
| Honduras | 415 | 461 | 485 | 97 | 88 | 230 | 853 | 60 | 579 | 211 | 63 |
| El Salvador | 273 | 283 | 263 | 43 | 58 | 172 | 275 | 64 | 190 | 48 | 37 |
| **NTC Total** | **1,304** | **1,384** | **1,411** | **324** | **212** | **768** | **1,907** | **53** | **1,423** | **363** | **121** |
| Cuba | 916 | 1,200 | 1,077 | 6 | 228 | 682 | 3,284 | 60 | 2,251 | 672 | 361 |
| Nicaragua | 435 | 543 | 523 | 6 | 46 | 383 | 2,163 | 85 | 1,175 | 451 | 537 |
| Colombia | 394 | 415 | 476 | 3 | 123 | 268 | 1,718 | 92 | 884 | 393 | 441 |
| Venezuela | 97 | 186 | 143 | 1 | 20 | 76 | 414 | 74 | 249 | 80 | 85 |
| Peru | 85 | 76 | 78 | 0 | 41 | 44 | 278 | 60 | 199 | 41 | 38 |
| Haiti | 94 | 58 | 57 | 4 | 42 | 48 | 222 | 74 | 148 | 26 | 48 |
| Other | 662 | 592 | 492 | 5 | 334 | 323 | 2,090 | 88 | 1,057 | 511 | 522 |
| **Other Total** | **2,683** | **3,070** | **2,845** | **25** | **834** | **1,824** | **10,169** | **77** | **5,963** | **2,174** | **2032** |
| **CBP Total** | **6,613** | **7,089** | **6,981** | **446** | **1,117** | **5,042** | **12,793** | **71** | **8,075** | **2,562** | **2,156** |

Data as of 3/26/22 05:38 describes previous day's total encounters and today's total in custody. OFO and CBP total rows also include accompanied minors encountered at ports of entry.

** NOTE: Data reports on all previous day's encounters by CBP; data valid as of 3/26/22 05:38. Daily reporting pulled from the live CBP system are based on interim numbers; values reported today do not capture final data. All Encounters mature by an average of 12 percent between next-day and end-of-month reporting.

26 March 2022

# Unaccompanied Child Encounters & HHS in Care

| | Encounters | | CBP Unaccompanied Children in Custody | | | | Transfers | |
|---|---|---|---|---|---|---|---|---|
| | Count | 21-Day Avg | In Custody | In Custody > 72 hours | Avg TIC (hours) | Processed Complete | TOT ERO | Mexican Returns |
| Non-Mexicans | 349 | 357 | 457 | 0 | 24 | 300 | 309 | 0 |
| Mexicans 13 and younger | 2 | 9 | 8 | 0 | 26 | 5 | 1 | 0 |
| Mexicans 14 and older | 95 | 88 | 91 | 0 | 16 | 37 | 4 | 116 |
| Total | 446 | 453 | 556 | 0 | 23 | 342 | 314 | 116 |

Data as of 3/26/22 05:38 describes previous day's unaccompanied child encounters and transfers by CBP, and today's unaccompanied children in custody.

## CBP Unaccompanied Child Encounters by Country

| Country of Citizenship | % of Total | Count | 1-day Change | 7-day Average | 1-week Change |
|---|---|---|---|---|---|
| Mexico | 22% | 97 | ▼ 6% | 90 | ▼ 7% |
| Guatemala | 41% | 184 | ▼ 19% | 176 | ▲ 2% |
| Honduras | 22% | 97 | ▼ 41% | 98 | ▼ 8% |
| El Salvador | 10% | 43 | ▼ 43% | 51 | ▲ 11% |
| NTC Total | 73% | 324 | ▼ 31% | 325 | - flat - |
| Cuba | 1% | 6 | ▲ 100% | 4 | ▼ 10% |
| Nicaragua | 1% | 6 | ▼ 40% | 7 | ▼ 9% |
| Colombia | 1% | 3 | N/A | 2 | ▼ 22% |
| Venezuela | 0% | 1 | N/A | 0 | ▼ 67% |
| Peru | 0% | 0 | ▼ 100% | 1 | ▼ 33% |
| Haiti | 1% | 4 | ▲ 100% | 2 | ▲ 60% |
| Other | 1% | 5 | ▼ 62% | 8 | ▲ 20% |
| Other Total | 6% | 25 | ▼ 14% | 24 | ▼ 2% |
| Total | | 446 | ▼ 26% | 440 | ▼ 1% |

Data as of 3/26/22 05:38 describes previous day's encounters by CBP.

## CBP Unaccompanied Child Encounters by Location

| USBP Sector / OFO Field Office | % of Total | Count | 1-Day Change | 7-day Average | 1-Week Change |
|---|---|---|---|---|---|
| Big Bend | 2% | 10 | ▲ 100% | 6 | ▼ 33% |
| Del Rio | 9% | 42 | ▲ 100% | 28 | ▼ 20% |
| El Centro | 0% | 2 | ▼ 50% | 3 | ▼ 29% |
| El Paso | 12% | 54 | ▼ 13% | 59 | ▼ 4% |
| Laredo | 5% | 22 | ▲ 69% | 17 | ▼ 18% |
| RGV | 39% | 176 | ▼ 52% | 215 | ▼ 5% |
| San Diego | 3% | 12 | ▼ 37% | 13 | ▼ 21% |
| Tucson | 22% | 98 | ▲ 29% | 70 | ▲ 45% |
| Yuma | 5% | 22 | ▲ 69% | 18 | ▲ 12% |
| USBP Total | 98% | 438 | ▼ 24% | 430 | ▼ 2% |
| El Paso FO | 0% | 0 | ▼ 100% | 3 | ▲ 533% |
| Laredo FO | 1% | 3 | ▲ 50% | 2 | ▼ 37% |
| San Diego FO | 0% | 1 | ▼ 89% | 3 | - flat - |
| Tucson FO | 1% | 4 | ▼ 20% | 2 | ▲ 183% |
| OFO Total | 2% | 8 | ▼ 65% | 10 | ▲ 39% |
| Total | | 446 | ▼ 26% | 440 | ▼ 1% |

Data as of 3/26/22 05:38 describes previous day's encounters by CBP.

## HHS ORR Unaccompanied Children in Care

| | Previous Day | 7-Day Avg | 21-Day Avg |
|---|---|---|---|
| UCs Referred from DHS | 404 | 378 | 367 |
| UCs Discharged from HHS | 459 | 339 | 346 |
| Total in Care | 10,201 | 10,130 | 9,914 |
| Operational Occupancy | 84% | 79% | 78% |
| Discharge Rate | 4.4% | 3.3% | 3.4% |

Data as of 3/26/22 05:00 describe unaccompanied children in care. Operational occupancy

## HHS ORR Unaccompanied Child Discharges by Sponsor Type

| | # Discharges | % Discharges | Avg Days |
|---|---|---|---|
| 1. Parent or Guardian | 807 | 34% | 19 |
| 2. Other Close Relative | 1,154 | 49% | 27 |
| 3. Other Sponsor | 343 | 14% | 60 |
| 4. No Sponsor | 66 | 3% | 117 |
| Total | 2,370 | | 31 |

Data as of 3/26/22 05:00 describe unaccompanied child discharges for week ending 3/25/22.

# Unaccompanied Children in Custody & CBP Transfers

| | CBP Unaccompanied Children in Custody | | | | | | | Transfers | |
|---|---|---|---|---|---|---|---|---|---|
| **USBP Sector / OFO Field Office** | **Count** | **1-Day Change** | **7-Day Average** | **1-Week Change** | **% Capacity** | **Avg TIC** | **Processed Complete** | **TOT ERO** | **Mexican Returns** |
| Big Bend | 7 | ▲ 250% | 3 | ▼ 27% | 3% | 12 | 1 | 0 | 4 |
| Del Rio | 39 | ▲ 26% | 43 | ▼ 23% | 8% | 18 | 18 | 16 | 17 |
| El Centro | 5 | ▼ 29% | 4 | ▼ 22% | 4% | 30 | 5 | 0 | 1 |
| El Paso | 80 | ▼ 8% | 90 | ▼ 6% | 9% | 23 | 38 | 51 | 18 |
| Laredo | 15 | ▲ 67% | 12 | ▼ 8% | 3% | 14 | 6 | 5 | 18 |
| Rio Grande Valley | 232 | ▼ 8% | 244 | ▼ 30% | 18% | 22 | 171 | 178 | 12 |
| San Diego | 15 | - flat - | 11 | ▼ 28% | 3% | 21 | 8 | 1 | 14 |
| Tucson | 129 | ▲ 30% | 94 | ▲ 29% | 26% | 28 | 82 | 46 | 29 |
| Yuma | 23 | ▲ 21% | 20 | ▲ 15% | 6% | 19 | 13 | 15 | 3 |
| **USBP Total** | **545** | **▲ 5%** | **520** | **▼ 17%** | **11%** | **23** | **342** | **312** | **116** |
| El Paso FO | 0 | - flat - | 0 | ▼ 80% | 0% | 3 | 0 | 2 | 0 |
| Laredo FO | 3 | N/A | 3 | ▲ 171% | 4% | 22 | 0 | 0 | 0 |
| San Diego FO | 4 | ▲ 33% | 4 | ▼ 37% | 4% | 12 | 0 | 0 | 0 |
| Tucson FO | 4 | N/A | 1 | ▲ 67% | 9% | 0 | 0 | 0 | 0 |
| **OFO Total** | **11** | **▲ 267%** | **7** | **▼ 9%** | **4%** | **13** | **0** | **2** | **0** |
| **Total** | **556** | **▲ 6%** | **528** | **▼ 17%** | **11%** | **23** | **342** | **314** | **116** |

Data as of 3/26/22 05:38 describes today's unaccompanied children in custody and previous day's unaccompanied child transfers by CBP.

# Family Unit Individual CBP Encounters & in Custody

**CBP Family Unit Individual Encounters by Location**

| USBP Sector / OFO Field Office | % of Total | Count | 1-day Change | 7-day Avg | 1-week Change |
|---|---|---|---|---|---|
| Big Bend | 1% | 8 | N/A | 4 | ▲ 71% |
| Del Rio | 19% | 212 | ▼ 18% | 326 | ▲ 25% |
| El Centro | 3% | 32 | ▲ 3% | 38 | ▲ 36% |
| El Paso | 8% | 88 | ▼ 11% | 87 | ▲ 14% |
| Laredo | 0% | 5 | ▼ 17% | 6 | ▼ 35% |
| RGV | 19% | 215 | ▼ 45% | 263 | ▼ 5% |
| San Diego | 4% | 40 | ▼ 52% | 57 | ▼ 2% |
| Tucson | 3% | 29 | ▼ 63% | 50 | ▲ 15% |
| Yuma | 25% | 281 | ▲ 18% | 285 | ▼ 11% |
| **USBP Total** | **81%** | **910** | ▼ 23% | **1,117** | ▲ 4% |
| El Paso FO | 1% | 10 | ▼ 17% | 9 | ▼ 19% |
| Laredo FO | 2% | 17 | ▼ 35% | 22 | ▲ 18% |
| San Diego FO | 16% | 178 | ▲ 35% | 104 | ▲ 69% |
| Tucson FO | 0% | 2 | ▼ 75% | 4 | ▲ 11% |
| **OFO Total** | **19%** | **207** | ▲ 16% | **139** | ▲ 46% |
| **Total** | | **1,117** | **▼ 18%** | **1,256** | **▲ 7%** |

Data reports on previous day's family unit individual encounters by CBP; data valid as of March 26, 2022 05:38.

**CBP Family Unit Individuals in Custody by Location**

| USBP Sector/ OFO Field Office | Count | 1-Day Chg | 7-Day Avg | 1-Wk Chg | % Capacity | Avg TIC |
|---|---|---|---|---|---|---|
| Big Bend | 8 | N/A | 3 | N/A | 3% | 9 |
| Del Rio | 242 | ▼ 42% | 525 | ▲ 39% | 52% | 30 |
| El Centro | 66 | ▲ 6% | 72 | ▲ 7% | 52% | 31 |
| El Paso | 239 | - flat - | 394 | - flat - | 28% | 55 |
| Laredo | 170 | ▼ 12% | 98 | ▲ 24% | 31% | 63 |
| RGV | 657 | ▼ 5% | 800 | ▼ 18% | 51% | 49 |
| San Diego | 145 | ▲ 39% | 90 | ▲ 15% | 25% | 43 |
| Tucson | 127 | ▲ 6% | 223 | ▼ 39% | 26% | 31 |
| Yuma | 740 | ▼ 11% | 927 | ▼ 27% | 209% | 45 |
| **USBP Total** | **2,394** | ▼ 10% | **3,132** | ▼ 13% | **48%** | **46** |
| El Paso FO | 0 | - flat - | 1 | ▼ 59% | 0% | 0 |
| Laredo FO | 0 | - flat - | 0 | ▼ 100% | 0% | 0 |
| San Diego FO | 39 | - flat - | 39 | ▲ 4% | 37% | 22 |
| Tucson FO | 0 | - flat - | 0 | ▼ 100% | 0% | 0 |
| **OFO Total** | **39** | **- flat -** | **40** | ▼ 3% | **14%** | **22** |
| **Total** | **2,433** | **▼ 10%** | **3,172** | **▼ 13%** | **47%** | **45** |

Data covers family unit individuals in custody as of March 26, 2022 05:38.

**CBP Family Unit Individual Encounters by Country**

| Country of Citizenship | % of Total | Count | 1-day Change | 7-day Average | 1-week Change |
|---|---|---|---|---|---|
| **Mexico** | **6%** | **71** | ▼ 24% | **77** | ▲ 5% |
| Guatemala | 6% | 66 | ▼ 16% | 71 | ▼ 2% |
| Honduras | 8% | 88 | ▼ 55% | 114 | ▼ 8% |
| El Salvador | 5% | 58 | ▼ 21% | 62 | ▲ 3% |
| **NTC Total** | **19%** | **212** | ▼ 39% | **247** | ▼ 3% |
| Cuba | 20% | 228 | ▼ 27% | 291 | ▲ 16% |
| Nicaragua | 4% | 46 | ▼ 49% | 88 | ▼ 4% |
| Colombia | 11% | 123 | ▼ 11% | 159 | ▼ 20% |
| Venezuela | 2% | 20 | ▼ 63% | 57 | ▲ 20% |
| Peru | 4% | 41 | ▼ 9% | 37 | ▲ 25% |
| Haiti | 4% | 42 | ▲ 62% | 30 | - flat - |
| Other | 30% | 334 | ▲ 29% | 270 | ▲ 40% |
| **Other Total** | **75%** | **834** | ▼ 10% | **932** | ▲ 11% |
| **Total** | | **1,117** | **▼ 18%** | **1,256** | **▲ 7%** |

Data reports on previous day's family unit individual encounters by CBP; data valid as of March 26, 2022 05:38.

# Family Unit Individual CBP Book-out Dispositions

| CBP Family Unit Individual Book-out Dispositions by Country of Citizenship | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Mexico** | **Guatemala** | **Honduras** | **El Salvador** | **Cuba** | **Nicaragua** | **Colombia** | **Venezuela** | **Peru** | **Haiti** | **Other** | **CBP Total** |
| Title 42 immediate | 29 | 9 | 12 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 53 |
| Title 42 delayed | 30 | 70 | 88 | 15 | 0 | 0 | 0 | 0 | 0 | 12 | 5 | 220 |
| Repatriations processed by CBP | 6 | 1 | 1 | 124 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 132 |
| Transfer to ICE for removal processing | 1 | 2 | 2 | 0 | 19 | 7 | 1 | 0 | 3 | 16 | 38 | 89 |
| Transfer to ICE for release with NTA | 0 | 4 | 18 | 2 | 4 | 9 | 6 | 21 | 7 | 0 | 67 | 138 |
| Release with NTA | 10 | 1 | 9 | 4 | 22 | 0 | 30 | 3 | 0 | 3 | 20 | 102 |
| Release with I-94 parole ATD | 3 | 0 | 7 | 0 | 274 | 86 | 160 | 57 | 30 | 3 | 80 | 700 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 137 | 137 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **79** | **87** | **137** | **147** | **320** | **102** | **197** | **81** | **40** | **34** | **347** | **1,571** |

| CBP Family Unit Individual Book-out Dispositions by USBP Sector | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Big Bend** | **Del Rio** | **El Centro** | **El Paso** | **Laredo** | **RGV** | **San Diego** | **Tucson** | **Yuma** | **USBP Total** |
| Title 42 immediate | 0 | 32 | 0 | 15 | 4 | 0 | 0 | 2 | 0 | 53 |
| Title 42 delayed | 0 | 8 | 0 | 2 | 2 | 178 | 0 | 19 | 11 | 220 |
| Repatriations processed by CBP | 0 | 0 | 0 | 0 | 0 | 126 | 0 | 2 | 0 | 128 |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 69 | 0 | 1 | 0 | 19 | 0 | 89 |
| Transfer to ICE for release with NTA | 0 | 0 | 0 | 0 | 42 | 34 | 0 | 18 | 0 | 94 |
| Release with NTA | 0 | 0 | 32 | 0 | 0 | 2 | 33 | 0 | 10 | 77 |
| Release with I-94 parole ATD | 0 | 283 | 0 | 0 | 0 | 82 | 0 | 22 | 313 | 700 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **0** | **323** | **32** | **86** | **48** | **423** | **33** | **82** | **334** | **1,361** |

| CBP Family Unit Individual Book-out Dispositions by OFO Field Office | | | | | |
|---|---|---|---|---|---|
| **Disposition Type** | **El Paso** | **Laredo** | **San Diego** | **Tucson** | **OFO Total** |
| Title 42 immediate | 0 | 0 | 0 | 0 | 0 |
| Title 42 delayed | 0 | 0 | 0 | 0 | 0 |
| Repatriations processed by CBP | 0 | 2 | 0 | 2 | 4 |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 0 | 0 |
| Transfer to ICE for release with NTA | 0 | 0 | 44 | 0 | 44 |
| Release with NTA | 10 | 15 | 0 | 0 | 25 |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | 0 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 0 | 0 | 137 | 0 | 137 |
| Other | 0 | 0 | 0 | 0 | 0 |
| **Total** | **10** | **17** | **181** | **2** | **210** |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of March 26, 2022 05:38 describes previous day's book-outs of family unit individuals.

26 March 2022

# Single Adult Encounters & in Custody

**CBP Single Adult Encounters by Location**

| USBP Sector/ OFO Field Office | % of Total | Count | 1-Day Change | 7-Day Average | 1-Week Change |
|---|---|---|---|---|---|
| Big Bend | 3% | 135 | ▲ 21% | 116 | ▼ 8% |
| Del Rio | 19% | 982 | ▲ 12% | 1,083 | ▲ 4% |
| El Centro | 4% | 200 | ▲ 24% | 212 | ▲ 1% |
| El Paso | 12% | 626 | ▲ 3% | 583 | ▼ 11% |
| Laredo | 8% | 402 | ▼ 20% | 418 | ▲ 6% |
| RGV | 15% | 748 | ▼ 37% | 883 | ▲ 10% |
| San Diego | 9% | 446 | ▼ 4% | 474 | ▲ 6% |
| Tucson | 14% | 719 | ▼ 14% | 734 | - flat - |
| Yuma | 10% | 501 | ▲ 2% | 651 | ▼ 6% |
| **USBP Total** | **94%** | **4,759** | ▼ 9% | **5,154** | ▲ 1% |
| El Paso FO | 0% | 25 | - flat - | 21 | ▲ 10% |
| Laredo FO | 2% | 91 | ▲ 12% | 80 | ▼ 1% |
| San Diego FO | 3% | 150 | ▲ 13% | 113 | ▲ 9% |
| Tucson FO | 0% | 17 | ▼ 6% | 17 | ▲ 21% |
| **OFO Total** | **6%** | **283** | ▲ 10% | **230** | ▲ 6% |
| **Total** | | **5,042** | **▼ 8%** | **5,384** | **▲ 1%** |

Data reports on previous day's encounters; data valid as of March 26, 2022 05:38.

**CBP Single Adults in Custody by Location**

| USBP Sector/ OFO Field Office | Count | 1-Day Change | 7-Day Avg | 1-Week Change | % Capacity | Avg TIC |
|---|---|---|---|---|---|---|
| Big Bend | 47 | ▼ 64% | 80 | ▲ 181% | 18% | 14 |
| Del Rio | 1,481 | ▼ 9% | 2,109 | - flat - | 318% | 75 |
| El Centro | 269 | ▼ 27% | 424 | ▲ 50% | 210% | 66 |
| El Paso | 1,427 | ▲ 3% | 1,280 | ▲ 1% | 166% | 93 |
| Laredo | 1,036 | ▼ 11% | 1,224 | ▼ 1% | 191% | 85 |
| RGV | 2,045 | ▼ 3% | 2,310 | ▼ 15% | 160% | 70 |
| San Diego | 841 | ▼ 19% | 1,016 | ▲ 8% | 148% | 99 |
| Tucson | 620 | ▼ 21% | 703 | ▲ 48% | 126% | 86 |
| Yuma | 1,778 | ▲ 6% | 2,091 | ▲ 19% | 502% | 76 |
| **USBP Total** | **9,544** | ▼ 7% | **11,236** | ▲ 4% | **193%** | **80** |
| El Paso FO | 10 | ▲ 43% | 7 | ▲ 9% | 22% | 6 |
| Laredo FO | 14 | ▲ 75% | 7 | - flat - | 19% | 73 |
| San Diego FO | 214 | ▲ 15% | 187 | ▼ 4% | 202% | 5 |
| Tucson FO | 3 | N/A | 3 | ▼ 14% | 7% | 0 |
| **OFO Total** | **241** | ▲ 20% | **204** | ▼ 4% | **90%** | **66** |
| **Total** | **9,785** | **▼ 7%** | **11,440** | **▲ 4%** | **187%** | **80** |

CBP custody data covers persons in custody as of March 26, 2022 05:38.

**CBP Single Adult Encounters by Country**

| Country of Citizenship | % of Total | Count | 1-Day Change | 7-Day Average | 1-Week Change |
|---|---|---|---|---|---|
| **Mexico** | **49%** | **2,450** | ▼ 7% | **2,460** | ▼ 1% |
| Guatemala | 7% | 366 | ▼ 25% | 394 | ▼ 7% |
| Honduras | 5% | 230 | ▲ 2% | 247 | ▲ 6% |
| El Salvador | 3% | 172 | ▲ 2% | 169 | ▲ 19% |
| **NTC Total** | **15%** | **768** | ▼ 13% | **810** | ▲ 1% |
| Cuba | 14% | 682 | ▼ 13% | 905 | ▲ 10% |
| Nicaragua | 8% | 383 | ▼ 32% | 448 | ▲ 4% |
| Colombia | 5% | 268 | ▲ 20% | 254 | ▼ 16% |
| Venezuela | 2% | 76 | ▼ 13% | 129 | ▲ 45% |
| Peru | 1% | 44 | ▼ 6% | 38 | ▲ 22% |
| Haiti | 1% | 48 | ▲ 78% | 26 | ▼ 9% |
| Other | 6% | 323 | ▲ 30% | 314 | ▼ 4% |
| **Other Total** | **36%** | **1,824** | ▼ 8% | **2,114** | ▲ 4% |
| **Total** | | **5,042** | **▼ 8%** | **5,384** | **▲ 1%** |

Data reports on previous day's single adult encounters; data valid as of March 26, 2022 05:38.

26 March 2022

# Single Adult CBP Book-out Dispositions

| CBP Single Adult Book-out Dispositions by Country of Citizenship | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Mexico** | **Guatemala** | **Honduras** | **El Salvador** | **Cuba** | **Nicaragua** | **Colombia** | **Venezuela** | **Peru** | **Haiti** | **Other** | **CBP Total** |
| Title 42 immediate | 1,509 | 201 | 98 | 116 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | **1,929** |
| Title 42 delayed | 685 | 206 | 35 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | **959** |
| Repatriations processed by CBP | 290 | 8 | 1 | 3 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **302** |
| Transfer to ICE for removal processing | 2 | 1 | 10 | 0 | 96 | 172 | 189 | 6 | 41 | 80 | 326 | **923** |
| Transfer to ICE for release with NTA | 4 | 0 | 2 | 5 | 139 | 66 | 46 | 13 | 1 | 0 | 25 | **301** |
| Release with NTA | 2 | 5 | 4 | 2 | 254 | 33 | 87 | 9 | 0 | 12 | 17 | **425** |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | 629 | 361 | 107 | 99 | 0 | 0 | 0 | **1,196** |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | **76** |
| Other | -74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **-74** |
| **Total** | **2,440** | **421** | **150** | **158** | **1,118** | **632** | **429** | **127** | **42** | **92** | **428** | **6,037** |

| CBP Single Adult Book-out Dispositions by USBP Sector | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Big Bend** | **Del Rio** | **El Centro** | **El Paso** | **Laredo** | **RGV** | **San Diego** | **Tucson** | **Yuma** | **USBP Total** |
| Title 42 immediate | 71 | 415 | 94 | 123 | 294 | 297 | 119 | 509 | 0 | **1,922** |
| Title 42 delayed | 0 | 15 | 0 | 301 | 59 | 294 | 201 | 148 | 33 | **1,051** |
| Repatriations processed by CBP | 4 | 15 | 17 | 5 | 63 | 25 | 7 | 89 | 22 | **247** |
| Transfer to ICE for removal processing | 0 | 89 | 111 | 256 | 57 | 36 | 1 | 139 | 139 | **828** |
| Transfer to ICE for release with NTA | 0 | 115 | 0 | 3 | 145 | 10 | 45 | 0 | 21 | **339** |
| Release with NTA | 1 | 84 | 41 | 2 | 1 | 3 | 195 | 3 | 25 | **355** |
| Release with I-94 parole ATD | 0 | 354 | 40 | 0 | 1 | 228 | 0 | 47 | 89 | **759** |
| Release with NTR | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | **1** |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **76** | **1,087** | **303** | **691** | **620** | **893** | **568** | **935** | **329** | **5,502** |

| CBP Single Adult Book-out Dispositions by OFO Field Office | | | | | |
|---|---|---|---|---|---|
| **Disposition Type** | **El Paso** | **Laredo** | **San Diego** | **Tucson** | **OFO Total** |
| Title 42 immediate | 4 | 33 | 32 | 6 | **75** |
| Title 42 delayed | 0 | 0 | 0 | 0 | **0** |
| Repatriations processed by CBP | 6 | 23 | 21 | 5 | **55** |
| Transfer to ICE for removal processing | 0 | 1 | 3 | 0 | **4** |
| Transfer to ICE for release with NTA | 7 | 2 | 19 | 0 | **28** |
| Release with NTA | 0 | 9 | 2 | 2 | **13** |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | **0** |
| Release with NTR | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 4 | 19 | 66 | 2 | **91** |
| Other | 0 | 0 | 0 | 0 | **0** |
| **Total** | **21** | **87** | **143** | **15** | **266** |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of March 26, 2022 05:38 describes previous day's book-outs of single adults.

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

| Term | Definition |
|---|---|
| **Accompanied Minor** | A child who has no lawful immigration status in the United States, is younger than 18 years old, and is traveling with a lawfully admissible adult. |
| **All non-Mexican UCs and Mexican UCs 13 or younger** | Refers to combined apprehensions/inadmissibles (under Title 8) processed under CBP's immigration authority. Under the Homeland Security Act (as amended by the Trafficking Victims Protection Reauthorization Act) non-Mexican UCs are admitted into ORR care; most Mexican UCs younger than 14 years-old are also transferred into ORR care. |
| **Alternatives to detention (ATD) enrollments with tech / without tech** | ICE program using technology and other tools to manage a noncitizen's compliance with release conditions while they are on the non-detained docket. |
| **Available beds for SW border transfer** | Operational metric based on field reporting used by ICE to describe the number of beds in interior facilities available to accept transfers from the border. |
| **Average days in care for children discharged in last 7 days** | The average number of days spent in ORR care by unaccompanied children who were discharged from ORR care over the past 7 days. |
| **Average length of stay (ICE detention)** | Calculated as time between book-in and book-out for noncitizens booked out of ICE custody. (Not calculated for noncitizens remaining in ICE custody). |
| **Beds available for border designation or transfer (UC Dashboard)** | The number of beds ostensibly available for ORR designation or transfer. This includes beds that are available for direct border placement, as well as beds that are technically available, but not necessarily for direct border placement. |
| **Capacity (CBP)** | Total short-term holding space in CBP border facilities, accounting for COVID-related restrictions. |
| **Capacity (ICE)** | Total funded ICE detention beds for single adults under current appropriations law, excluding beds that are unavailable due to litigation, COVID, and for operational or other reasons. |
| **CBP holding (UC Dashboard)** | Noncitizens held for processing in CBP border facilities. |
| **CBP processed complete** | Noncitizens in CBP facilities who have been completely processed and are awaiting transfer. |
| **Children discharged in last 7 days by individual sponsor category (UC Dashboard)** | The number of unaccompanied children who have been discharged in the last 7 days, divided into 1 of 4 sponsor categories: 1. Parent or legal guardian; 2. An immediate relative - a brother; sister; grandparent or other close relatives (aunt, uncle, first cousin) who either was or was not previously the UC's primary caregiver; 3. Other sponsor, such as distant relatives and unrelated adult individuals; 4. No sponsors identified. |

SW Border Executive Leadership Report Color Chart

| By Demographic – | By Citizenship – | By Agency – |
|---|---|---|
| Unaccompanied Child (UC) | Mexico (Mex) | Customs and Border Protection (CBP) |
| Single Adult (SA) | Northern Triangle Countries (NTC) | Health and Human Services (HHS) |
| Family Unit (FM) | Other | Immigration and Customs Enforcement (ICE) |

| Term | Definition |
|---|---|
| **Children transferred out of CBP custody (UC Dashboard)** | Unaccompanied children who are booked out of CBP custody for transfer to ORR care facilities. |
| **Encounter forecast – UC Dashboard** | CBP's projected number of daily encounters with unaccompanied children from countries other than Mexico. |
| **Encounters** | The sum of USBP Title 8 apprehensions, OFO Title 8 inadmissibles, and noncitizens processed for expulsions under Title 42 authority by USBP or OFO. |
| **Expulsions** | Noncitizens expelled under Title 42 authority (see Title 42). |
| **Family unit individuals (FM)** | Individuals processed by CBP who belong to a family unit, defined as one or more minors plus their parent(s) or legal guardian(s) with whom they are traveling; excludes minor children (under the age of 18) traveling with adult family members who are not their parents or legal guardians. All references to family units or FMs are to numbers of individuals in families, not to family groupings. |
| **Flight capacity (Ice Air)** | The percentage of seats occupied based on total number of seats per flight. |
| **I-94 parole-ATD (CBP book-out disposition)** | Noncitizens paroled into the United States by CBP and enrolled in an ICE alternatives to detention (ATD) program prior to their release. |
| **In CBP holding > 72 hours (UC Dashboard)** | The number of Unaccompanied Children (excluding those from Mexico) in CBP custody over 72 hours. With the exception of Mexican and Canadian children who are amenable to Voluntary Return (VR), the trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) requires CBP to transfer the child to ORR custody within 72 hours of determining they meet the Unaccompanied Child definition. |
| **In Detention (ICE)** | Noncitizens detained in ICE civil immigration detention system in furtherance of their removal proceedings or to affect their departure from the United States after a final order of removal from a federal immigration judge. |
| **In ORR Care > 35 days (UC Dashboard)** | Unaccompanied children who have been in ORR care over 35 days (excluding long term foster care) - an indicator that a child has been in ORR care for a long time, as the process of finding, vetting, and reunifying a sponsor with a child is ideally fewer than 35 days. |

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

| Term | Definition |
|---|---|
| **Mexicans 14 or older (UC Dashboard)** | Unaccompanied Children from Mexico may be repatriated by CBP if the following are true: ● The child has not been a victim of a severe form of trafficking in persons and there is no credible evidence that the minor is at risk of being trafficked upon return to his/her country of nationality or last habitual residence (as documented on CBP Form 93); ● The child does not have a fear of returning to his/her country of nationality or last habitual residence owing to a credible fear of persecution; and ● The child is able to decide independently to return voluntarily to his/her country of nationality or last habitual residence. |
| **Northern triangle countries (NTC)** | El Salvador, Guatemala, and Honduras. |
| **Notice to appear (NTA)** | The I-862 form, a document that instructs an individual to appear before an immigration judge. This is the first step in starting removal proceedings under Section 240 of the Immigration and Nationality Act. |
| **Other releases (FM and SA Dashboards)** | Persons released from CBP custody without being booked into ICE custody or enrolled in ATD. |
| **Parole (CBP)** | Discretionary permission granted to an otherwise inadmissible noncitizen to temporarily enter the United States due to an emergency and urgent humanitarian reason or significant public benefit |
| **Ports of entry** | Any location in the United States or its territories that is designated as a point of entry for noncitizens and U.S. citizens. |
| **Released ATD - no Tech (FM and SA Dashboards)** | Noncitizens released from CBP custody and immediately enrolled in ATD without some form of technology. |
| **Released ATD with Tech (FM and SA Dashboards)** | Noncitizens released from CBP custody and immediately enrolled in ATD with some form of technology. |
| **Repatriations** | The sum of Title 8 removals and returns to countries of citizenship. |
| **Room occupancy (FM Dashboard)** | Number of rooms housing family units in ICE custody divided by the number of total rooms available. |

| Term | Definition |
|---|---|
| **Single adults (SA)** | Individuals encountered by CBP who are at least 18 years of age and not part of a family unit. |
| **Time in custody (TIC)** | Elapsed time between a noncitizen's border encounter and the time at which TIC is calculated (applies to noncitizens who remain in CBP custody at the time of the report). |
| **Title 42 (T42)** | Title 42 of the United States Code, which includes provisions related to public health. Under a March 2020 CDC order, border encounters processed under Title 42 authority are expelled from the United States as expeditiously as possible in the interest of U.S. public health to prevent the spread of COVID-19. |
| **Title 42 delayed expulsions** | Noncitizens expelled under Title 42 authority following transfer from their encounter area of responsibility to another CBP area of responsibility or to ICE for expulsion by air. |
| **Title 42 immediate expulsions** | Noncitizens expelled under Title 42 authority by CBP from the area of responsibility of their encounter. |
| **Title 8 (T8)** | Title 8 of the United States Code, which includes most provisions for immigration enforcement. Encounters processed under Title 8 authority may be subject to removal from the United States. |
| **Total beds (UC Dashboard)** | The number of 'total beds designated' plus the number of 'beds available to designate' (see definitions of each term). |
| **Total beds designated (UC Dashboard)** | The number of beds designated to unaccompanied children based on the current census of children (includes those pending transfer from CBP, in transit, and physically in ORR's care). Total beds designated = beds designated to kids in care + beds designated to kids who haven't arrived yet. |
| **Total discharges from ORR care (UC Dashboard)** | The number of unaccompanied children who have exited ORR's care. |
| **Unaccompanied children (UC)** | Children who have no lawful immigration status in the United States, are younger than 18 years old, and either: 1. Do not have a parent or legal guardian in the U.S.; or 2. Do not have a parent or legal guardian in the U.S. who is able to provide care and physical custody. |
| **Unaccompanied children system capacity (UC Dashboard)** | A ratio (expressed as a percentage) that compares the total number of unaccompanied children in CBP and ORR care to the total number of ORR beds in use or available for initial ORR designations. |

# DHS Southwest Border Task Force Executive Leadership Report

28 MARCH 2022

Table of Contents

2. Encounters
3. Encounters: Recent Trends
4. Unaccompanied Children (UC) Dashboard
5. CBP Encounters & CBP in Custody
6. Unaccompanied Child Encounters & HHS in Care
7. Unaccompanied Children in Custody & CBP Transfers
8. Family Unit Individual Encounters & in Custody
9. Family Unit Individual CBP Book-out Dispositions
10. Single Adult Encounters & in Custody
11. Single Adult CBP Book-out Dispositions
12. Glossary

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 15 of 566 PageID #: 2423

28 March 2022

# Encounters

## DAILY ENCOUNTERS YESTERDAY

**6,293**

**Total Encounters**

Total includes accompanied minors.

▼ 3% vs. previous day

▲ 1% vs. last week's avg

**369**

Unaccompanied Children

▼ 20% vs. previous day

▲ 8% vs. last week's avg

**1,321**

Family Unit Individuals

▲ 10% vs. previous day

▲ 6% vs. last week's avg

**4,588**

Single Adults

▼ 5% vs. previous day

flat vs. last week's avg

## AVERAGE WEEKLY ENCOUNTERS BY SECTOR

| | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar |
|---|---|---|---|---|---|---|---|---|
| **Rio Grd Vly** | 1,180 | 1,218 | 1,135 | 1,252 | 1,372 | 1,434 | 1,278 | 1,447 |
| **Del Rio** | 892 | 1,047 | 1,249 | 1,195 | 1,255 | 1,233 | 1,356 | 1,396 |
| **Yuma** | 694 | 700 | 780 | 786 | 930 | 958 | 1,048 | 888 |
| **All Other** | 2,765 | 2,877 | 2,912 | 2,903 | 3,146 | 3,319 | 3,317 | 3,369 |

## AVERAGE WEEKLY ENCOUNTERS BY FAMILY STATUS

6,000
5,000
4,000
3,000
2,000
1,000
0
6-Feb 13-Feb 20-Feb 27-Feb 6-Mar 13-Mar 20-Mar 27-Mar

Unaccompanied Children — Family Unit Individuals — Single Adults

| | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar |
|---|---|---|---|---|---|---|---|---|
| **UC** | 426 | 427 | 429 | 429 | 442 | 470 | 424 | 459 |
| **FM** | 940 | 927 | 957 | 970 | 1,083 | 1,124 | 1,199 | 1,272 |
| **SA** | 4,156 | 4,482 | 4,684 | 4,725 | 5,173 | 5,343 | 5,365 | 5,359 |
| **Total** | **5,531** | **5,843** | **6,076** | **6,136** | **6,704** | **6,944** | **7,000** | **7,101** |

## AVERAGE WEEKLY ENCOUNTERS BY NATIONALITY

| | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar |
|---|---|---|---|---|---|---|---|---|
| **NT** | 1,346 | 1,509 | 1,376 | 1,392 | 1,439 | 1,472 | 1,324 | 1,467 |
| **Mex** | 2,317 | 2,490 | 2,670 | 2,730 | 2,762 | 2,858 | 2,684 | 2,637 |
| **Other** | 1,868 | 1,844 | 2,030 | 2,014 | 2,502 | 2,615 | 2,991 | 2,997 |
| **Total** | **5,531** | **5,843** | **6,076** | **6,136** | **6,704** | **6,944** | **7,000** | **7,101** |

AZT42AR0000516

28 March 2022

# Encounters: Recent Trends

## DAILY ENCOUNTERS BY NATIONALITY

| | Mexico | Cuba | Guatemala | Nicaragua | Honduras | Colombia | El Salvador | Venezuela | Peru | Haiti |
|---|---|---|---|---|---|---|---|---|---|---|
| **Average Daily Encounters** | 2,637 | 1,149 | 683 | 535 | 487 | 412 | 297 | 140 | 81 | 64 |
| **7-Day Average UC** | 93 | 3 | 181 | 7 | 108 | 3 | 53 | 0 | 1 | 2 |
| **7-Day Average FM** | 78 | 282 | 74 | 80 | 119 | 158 | 66 | 48 | 43 | 35 |
| **7-Day Average SA** | 2,458 | 863 | 428 | 448 | 259 | 251 | 178 | 92 | 37 | 27 |
| **12-Month Change** | 36% | 464% | -39% | 741% | -63% | 8107% | -15% | 61% | 1853% | -40% |
| **3-Month Change** | 65% | 303% | -1% | 6% | -15% | 259% | -9% | -83% | 94% | -74% |
| **1-Month Change** | -3% | 80% | 7% | 24% | -4% | -5% | 20% | 37% | 36% | 6% |
| **1-Week Change** | -2% | 1% | 7% | 3% | 11% | -14% | 19% | -16% | 38% | -1% |

Data valid as of March 27, 2022 05:45. Change percentages reflect the daily average compared to the daily average from the respective period.

## ENCOUNTERS: NORTHERN TRIANGLE

## ENCOUNTERS: OTHER TOP COUNTRIES



UNCLASSIFIED // FOR OFFICIAL USE ONLY

28 March 2022

# UC Dashboard

The system is at 85% capacity
Covers data for yesterday Sun, Mar 27 (▲) or (▼) percentages compare:
1)Yesterday vs. previous day , and 2) Yesterday's 7-day avg compared to the 7-day avg one week prior
Based on Total in CBP holding & ORR care compared to Total beds (designated + available to designate)
Customs and Border Protection
Office of Refugee Resettlement
287*
All non-Mexicans and Mexicans 13 or younger on Sun, Mar 27
276 on 03/20
287* on 03/27
▼ 25% vs previous day
▼ 2% vs last week's avg
10,582
Total in CBP holding & ORR care as of Sun, Mar 27
10,479 on 03/20
10,582 on 03/27
▼ 1% vs previous day
▲ 1% vs last week's avg
332
Total discharged from ORR care on Sun, Mar 27
279 on 03/20
332 on 03/27
▼ 34% vs previous day
▲ 6% vs last week's avg
82*
Mexicans 14 or older most will be repatriated
▲ 5% vs previous day
▼ 12% vs last week's avg
481
Total in CBP Holding
▼ 18% vs previous day
▼ 14% vs last week's avg
382
Children transferred out of CBP in the last 24 hrs
▼ 4% vs previous day
▲ 0% vs last week's avg
10,101
Physically in ORR care
▲ 0% vs previous day
▲ 2% vs last week's avg
30
Average days in care for children discharged in last 7 days
▼ 2% vs previous day
▼ 3% vs last week's avg
DAILY ENCOUNTERS FORECAST, EXCLUDING CHILDREN FROM MEXICO
March 26 encounters** 382
Past 7 days average 334
March Daily projections 353
April Daily projections 487
May Daily projections 511
333
CBP Processing Complete
▲ 0% vs previous day
▲ 6% vs last week's avg
3
CBP holding > 72 hrs
▲ 200% vs previous day
▼ 50% vs last week's avg
23
Avg hrs in CBP holding
2,761
In ORR care > 35 Days
▲ 0% vs previous day
▲ 0% vs last week's avg
Beds designated to kids in care 10,119
Beds designated to kids who haven't arrived yet 277
Total beds designated 10,396
(84% of all beds)
Beds available for border designation or transfer 2,023
Total beds (designated + available to designate) 12,419
CHILDREN DISCHARGED IN LAST 7 DAYS & AVERAGE DAYS IN CARE
Sponsor Children Days
All Sponsor Categories 2,525 30 ▼ 6% vs. last week's avg
1 Parents/ Guardians 872 19 ▲ 0% vs. last week's avg
2 Immediate Relatives 1,241 25 ▼ 12% vs. last week's avg
3 Unrelated /Distance 342 61 ▲ 8% vs. last week's avg
4 No Sponsor 70 102 ▼ 1% vs. last week's avg
NOTE: Daily reporting based on interim numbers; values reported today do not capture final data.

DHS Southwest Border Task Force Executive Leadership Report 4
AZT42AR0000518

28 March 2022

# CBP Encounters & CBP in Custody

| | CBP Encounters | | | | | | CBP in Custody | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Country of Citizenship** | **Total** | **7-Day Avg** | **21-Day Avg** | **UC** | **FM** | **SA** | **Total** | **Avg TIC** | **< 72 hours** | **72 =<120 hours** | **>= 120 hours** |
| **Mexico** | **2,150** | **2,637** | **2,726** | **87** | **49** | **2,011** | **686** | **29** | **599** | **79** | **8** |
| Guatemala | 474 | 683 | 668 | 124 | 46 | 304 | 940 | 83 | 554 | 267 | 119 |
| Honduras | 359 | 487 | 484 | 95 | 105 | 159 | 932 | 71 | 483 | 317 | 132 |
| El Salvador | 211 | 297 | 269 | 38 | 54 | 119 | 332 | 83 | 205 | 46 | 81 |
| **NTC Total** | **1,044** | **1,467** | **1,421** | **257** | **205** | **582** | **2,204** | **78** | **1,242** | **630** | **332** |
| Cuba | 1,216 | 1,149 | 1,078 | 4 | 292 | 917 | 3,298 | 56 | 2,485 | 450 | 363 |
| Nicaragua | 467 | 535 | 525 | 6 | 89 | 372 | 2,140 | 87 | 1,192 | 459 | 489 |
| Colombia | 476 | 412 | 467 | 4 | 211 | 261 | 2,096 | 86 | 1,226 | 336 | 534 |
| Venezuela | 85 | 140 | 137 | 0 | 25 | 53 | 249 | 69 | 169 | 43 | 37 |
| Peru | 53 | 81 | 78 | 0 | 33 | 20 | 272 | 64 | 201 | 43 | 28 |
| Haiti | 101 | 64 | 60 | 1 | 61 | 39 | 298 | 81 | 195 | 37 | 66 |
| Other | 701 | 614 | 522 | 10 | 356 | 333 | 2,033 | 90 | 1,096 | 391 | 546 |
| **Other Total** | **3,099** | **2,997** | **2,868** | **25** | **1,067** | **1,995** | **10,386** | **76** | **6,564** | **1,759** | **2063** |
| **CBP Total** | **6,293** | **7,101** | **7,015** | **369** | **1,321** | **4,588** | **13,276** | **74** | **8,405** | **2,468** | **2,403** |

Data as of 3/28/22 05:38 describes previous day's total encounters and today's total in custody. OFO and CBP total rows also include accompanied minors encountered at ports of entry.

** **NOTE: Data reports on all previous day's encounters by CBP; data valid as of 3/28/22 05:38. Daily reporting pulled from the live CBP system are based on interim numbers; values reported today do not capture final data. All Encounters mature by an average of 12 percent between next-day and end-of-month reporting.**

# Unaccompanied Child Encounters & HHS in Care

| | Encounters | | CBP Unaccompanied Children in Custody | | | | Transfers | |
|---|---|---|---|---|---|---|---|---|
| | Count | 21-Day Avg | In Custody | In Custody > 72 hours | Avg TIC (hours) | Processed Complete | TOT ERO | Mexican Returns |
| Non-Mexicans | 282 | 355 | 396 | 2 | 24 | 296 | 380 | 0 |
| Mexicans 13 and younger | 5 | 9 | 12 | 1 | 36 | 4 | 2 | 3 |
| Mexicans 14 and older | 82 | 88 | 73 | 0 | 15 | 33 | 0 | 81 |
| **Total** | **369** | **451** | **481** | **3** | **23** | **333** | **382** | **84** |

Data as of 3/28/22 05:38 describes previous day's unaccompanied child encounters and transfers by CBP, and today's unaccompanied children in custody.

## CBP Unaccompanied Child Encounters by Country

| Country of Citizenship | % of Total | Count | 1-day Change | 7-day Average | 1-week Change |
|---|---|---|---|---|---|
| **Mexico** | **24%** | **87** | **▼ 1%** | **93** | **- flat -** |
| Guatemala | 34% | 124 | ▼ 24% | 181 | ▲ 8% |
| Honduras | 26% | 95 | ▼ 25% | 108 | ▲ 13% |
| El Salvador | 10% | 38 | ▼ 40% | 53 | ▲ 16% |
| **NTC Total** | **70%** | **257** | **▼ 27%** | **343** | **▲ 11%** |
| Cuba | 1% | 4 | ▲ 100% | 3 | ▼ 34% |
| Nicaragua | 2% | 6 | ▼ 33% | 7 | ▲ 13% |
| Colombia | 1% | 4 | ▲ 100% | 3 | ▲ 90% |
| Venezuela | 0% | 0 | - flat - | 0 | ▼ 50% |
| Peru | 0% | 0 | ▼ 100% | 1 | - flat - |
| Haiti | 0% | 1 | N/A | 2 | ▲ 17% |
| Other | 3% | 10 | ▲ 400% | 7 | ▲ 7% |
| **Other Total** | **7%** | **25** | **▲ 39%** | **24** | **▲ 4%** |
| **Total** | | **369** | **▼ 20%** | **459** | **▲ 8%** |

Data as of 3/28/22 05:38 describes previous day's encounters by CBP.

## CBP Unaccompanied Child Encounters by Location

| USBP Sector / OFO Field Office | % of Total | Count | 1-Day Change | 7-day Average | 1-Week Change |
|---|---|---|---|---|---|
| Big Bend | 1% | 3 | ▼ 25% | 5 | ▼ 42% |
| Del Rio | 10% | 37 | ▲ 3% | 31 | ▼ 1% |
| El Centro | 2% | 6 | ▲ 20% | 4 | - flat - |
| El Paso | 14% | 52 | ▼ 40% | 64 | ▲ 10% |
| Laredo | 2% | 7 | ▼ 42% | 15 | ▼ 21% |
| RGV | 56% | 207 | ▼ 13% | 232 | ▲ 9% |
| San Diego | 3% | 12 | - flat - | 14 | - flat - |
| Tucson | 7% | 26 | ▼ 21% | 67 | ▲ 33% |
| Yuma | 3% | 11 | ▼ 45% | 16 | ▼ 2% |
| **USBP Total** | **98%** | **361** | **▼ 19%** | **449** | **▲ 8%** |
| El Paso FO | 1% | 3 | ▲ 200% | 3 | ▲ 233% |
| Laredo FO | 1% | 2 | ▲ 100% | 2 | ▼ 20% |
| San Diego FO | 1% | 3 | ▼ 67% | 4 | ▲ 17% |
| Tucson FO | 0% | 0 | - flat - | 2 | ▲ 9% |
| **OFO Total** | **2%** | **8** | **▼ 27%** | **10** | **▲ 29%** |
| **Total** | | **369** | **▼ 20%** | **459** | **▲ 8%** |

Data as of 3/28/22 05:38 describes previous day's encounters by CBP.

## HHS ORR Unaccompanied Children in Care

| | Previous Day | 7-Day Avg | 21-Day Avg |
|---|---|---|---|
| UCs Referred from DHS | 402 | 376 | 372 |
| UCs Discharged from HHS | 332 | 361 | 351 |
| Total in Care | 10,101 | 10,171 | 9,957 |
| Operational Occupancy | 84% | 80% | 78% |
| Discharge Rate | 3.2% | 3.5% | 3.5% |

Data as of 3/28/22 05:00 describe unaccompanied children in care. Operational occupancy

## HHS ORR Unaccompanied Child Discharges by Sponsor Type

| | # Discharges | % Discharges | Avg Days |
|---|---|---|---|
| 1. Parent or Guardian | 872 | 35% | 19 |
| 2. Other Close Relative | 1,241 | 49% | 25 |
| 3. Other Sponsor | 342 | 14% | 61 |
| 4. No Sponsor | 70 | 3% | 102 |
| **Total** | **2,525** | | **30** |

Data as of 3/28/22 05:00 describe unaccompanied child discharges for week ending 3/27/22.

28 March 2022

# Unaccompanied Children in Custody & CBP Transfers

| | CBP Unaccompanied Children in Custody | | | | | | | Transfers | |
|---|---|---|---|---|---|---|---|---|---|
| **USBP Sector / OFO Field Office** | **Count** | **1-Day Change** | **7-Day Average** | **1-Week Change** | **% Capacity** | **Avg TIC** | **Processed Complete** | **TOT ERO** | **Mexican Returns** |
| Big Bend | 2 | ▲ 100% | 3 | ▼ 31% | 1% | 18 | 0 | 0 | 1 |
| Del Rio | 47 | ▲ 2% | 43 | ▼ 18% | 10% | 23 | 33 | 14 | 30 |
| El Centro | 6 | ▼ 14% | 5 | ▲ 13% | 5% | 20 | 4 | 3 | 3 |
| El Paso | 86 | ▼ 26% | 95 | ▲ 13% | 10% | 28 | 59 | 71 | 16 |
| Laredo | 4 | ▼ 33% | 11 | ▼ 16% | 1% | 11 | 1 | 4 | 3 |
| Rio Grande Valley | 254 | ▼ 6% | 233 | ▼ 29% | 20% | 21 | 200 | 216 | 3 |
| San Diego | 14 | ▲ 75% | 11 | ▼ 12% | 2% | 18 | 5 | 2 | 5 |
| Tucson | 43 | ▼ 49% | 93 | ▲ 20% | 9% | 30 | 22 | 45 | 17 |
| Yuma | 16 | ▼ 53% | 20 | ▲ 6% | 5% | 25 | 9 | 27 | 4 |
| **USBP Total** | **472** | **▼ 18%** | **515** | **▼ 14%** | **10%** | **23** | **333** | **382** | **82** |
| El Paso FO | 0 | - flat - | 0 | ▼ 80% | 0% | 10 | 0 | 0 | 0 |
| Laredo FO | 2 | N/A | 2 | ▼ 21% | 3% | 24 | 0 | 0 | 1 |
| San Diego FO | 7 | ▼ 30% | 5 | ▼ 27% | 7% | 0 | 0 | 0 | 1 |
| Tucson FO | 0 | - flat - | 1 | ▲ 67% | 0% | 0 | 0 | 0 | 0 |
| **OFO Total** | **9** | **▼ 10%** | **7** | **▼ 26%** | **3%** | **21** | **0** | **0** | **2** |
| **Total** | **481** | **▼ 18%** | **522** | **▼ 14%** | **9%** | **23** | **333** | **382** | **84** |

Data as of 3/28/22 05:38 describes today's unaccompanied children in custody and previous day's unaccompanied child transfers by CBP.

28 March 2022

# Family Unit Individual CBP Encounters & in Custody

| CBP Family Unit Individual Encounters by Location | | | | | |
|---|---|---|---|---|---|
| **USBP Sector / OFO Field Office** | **% of Total** | **Count** | **1-day Change** | **7-day Avg** | **1-week Change** |
| Big Bend | 0% | 2 | ▼ 83% | 4 | - flat - |
| Del Rio | 23% | 304 | ▲ 59% | 300 | ▲ 4% |
| El Centro | 2% | 22 | ▼ 8% | 30 | ▼ 9% |
| El Paso | 9% | 121 | ▼ 5% | 93 | ▲ 12% |
| Laredo | 0% | 1 | ▼ 88% | 6 | ▼ 30% |
| RGV | 20% | 260 | ▼ 9% | 280 | ▲ 9% |
| San Diego | 7% | 87 | ▲ 40% | 62 | ▲ 19% |
| Tucson | 3% | 40 | ▼ 5% | 52 | ▲ 15% |
| Yuma | 25% | 329 | ▼ 3% | 292 | ▼ 9% |
| **USBP Total** | **88%** | **1,166** | ▲ 7% | **1,120** | ▲ 2% |
| El Paso FO | 1% | 7 | ▲ 250% | 10 | ▼ 13% |
| Laredo FO | 1% | 12 | ▲ 9% | 22 | ▲ 5% |
| San Diego FO | 10% | 136 | ▲ 40% | 115 | ▲ 67% |
| Tucson FO | 0% | 0 | - flat - | 4 | ▲ 12% |
| **OFO Total** | **12%** | **155** | ▲ 41% | **151** | ▲ 44% |
| **Total** | | **1,321** | **▲ 10%** | **1,272** | **▲ 6%** |

Data reports on previous day's family unit individual encounters by CBP; data valid as of March 28, 2022 05:38.

| CBP Family Unit Individuals in Custody by Location | | | | | | |
|---|---|---|---|---|---|---|
| **USBP Sector/ OFO Field Office** | **Count** | **1-Day Chg** | **7-Day Avg** | **1-Wk Chg** | **% Capacity** | **Avg TIC** |
| Big Bend | 2 | N/A | 2 | ▲ 150% | 1% | 12 |
| Del Rio | 292 | ▼ 5% | 445 | ▼ 3% | 63% | 21 |
| El Centro | 37 | ▼ 40% | 66 | ▼ 1% | 29% | 31 |
| El Paso | 341 | ▲ 17% | 366 | ▼ 13% | 40% | 61 |
| Laredo | 155 | ▲ 3% | 135 | ▲ 158% | 29% | 93 |
| RGV | 940 | ▲ 19% | 791 | ▼ 16% | 74% | 66 |
| San Diego | 212 | ▲ 25% | 125 | ▲ 84% | 37% | 47 |
| Tucson | 181 | ▲ 1% | 186 | ▼ 46% | 37% | 49 |
| Yuma | 900 | ▲ 21% | 878 | ▼ 28% | 254% | 41 |
| **USBP Total** | **3,060** | ▲ 14% | **2,995** | ▼ 16% | **62%** | **53** |
| El Paso FO | 5 | ▲ 150% | 2 | ▼ 20% | 11% | 16 |
| Laredo FO | 1 | - flat - | 0 | N/A | 1% | 52 |
| San Diego FO | 30 | ▲ 150% | 38 | ▲ 16% | 28% | 20 |
| Tucson FO | 0 | - flat - | 0 | ▼ 100% | 0% | 0 |
| **OFO Total** | **36** | ▲ 140% | **41** | ▲ 12% | **13%** | **20** |
| **Total** | **3,096** | **▲ 15%** | **3,035** | **▼ 16%** | **59%** | **52** |

Data covers family unit individuals in custody as of March 28, 2022 05:38.

| CBP Family Unit Individual Encounters by Country | | | | | |
|---|---|---|---|---|---|
| **Country of Citizenship** | **% of Total** | **Count** | **1-day Change** | **7-day Average** | **1-week Change** |
| **Mexico** | **4%** | **49** | ▼ 35% | **78** | ▲ 6% |
| Guatemala | 3% | 46 | ▼ 39% | 74 | ▲ 10% |
| Honduras | 8% | 105 | ▲ 1% | 119 | ▲ 3% |
| El Salvador | 4% | 54 | ▼ 31% | 66 | ▲ 13% |
| **NTC Total** | **16%** | **205** | ▼ 20% | **259** | ▲ 8% |
| Cuba | 22% | 292 | ▲ 13% | 282 | ▲ 4% |
| Nicaragua | 7% | 89 | ▲ 46% | 80 | ▼ 11% |
| Colombia | 16% | 211 | ▲ 28% | 158 | ▼ 18% |
| Venezuela | 2% | 25 | - flat - | 48 | ▼ 2% |
| Peru | 2% | 33 | ▼ 52% | 43 | ▲ 62% |
| Haiti | 5% | 61 | ▲ 69% | 35 | ▲ 3% |
| Other | 27% | 356 | ▲ 40% | 288 | ▲ 31% |
| **Other Total** | **81%** | **1,067** | ▲ 23% | **935** | ▲ 6% |
| **Total** | | **1,321** | **▲ 10%** | **1,272** | **▲ 6%** |

Data reports on previous day's family unit individual encounters by CBP; data valid as of March 28, 2022 05:38.

28 March 2022

# Family Unit Individual CBP Book-out Dispositions

| CBP Family Unit Individual Book-out Dispositions by Country of Citizenship | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Mexico** | **Guatemala** | **Honduras** | **El Salvador** | **Cuba** | **Nicaragua** | **Colombia** | **Venezuela** | **Peru** | **Haiti** | **Other** | **CBP Total** |
| Title 42 immediate | 11 | 5 | 33 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **53** |
| Title 42 delayed | 9 | 0 | 8 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **29** |
| Repatriations processed by CBP | 4 | 1 | 0 | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **5** |
| Transfer to ICE for removal processing | 1 | 0 | 0 | 0 | 0 | 10 | 8 | 0 | 0 | 11 | 3 | **33** |
| Transfer to ICE for release with NTA | 2 | 18 | 9 | 6 | 6 | 3 | 0 | 11 | 22 | 0 | 45 | **122** |
| Release with NTA | 0 | 0 | 6 | 3 | 44 | 3 | 14 | 0 | 0 | 5 | 31 | **106** |
| Release with I-94 parole ATD | 0 | 0 | 3 | 0 | 194 | 55 | 116 | 21 | 18 | 1 | 67 | **475** |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 114 | **114** |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **27** | **24** | **59** | **25** | **244** | **71** | **138** | **32** | **40** | **17** | **260** | **937** |

| CBP Family Unit Individual Book-out Dispositions by USBP Sector | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Big Bend** | **Del Rio** | **El Centro** | **El Paso** | **Laredo** | **RGV** | **San Diego** | **Tucson** | **Yuma** | **USBP Total** |
| Title 42 immediate | 0 | 34 | 0 | 15 | 0 | 0 | 0 | 4 | 0 | **53** |
| Title 42 delayed | 0 | 0 | 6 | 0 | 3 | 10 | 2 | 4 | 4 | **29** |
| Repatriations processed by CBP | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | **3** |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 33 | 0 | 0 | 0 | 0 | 0 | **33** |
| Transfer to ICE for release with NTA | 0 | 4 | 0 | 0 | 19 | 62 | 0 | 8 | 0 | **93** |
| Release with NTA | 0 | 9 | 43 | 0 | 0 | 0 | 41 | 0 | 10 | **103** |
| Release with I-94 parole ATD | 0 | 222 | 0 | 0 | 0 | 46 | 0 | 62 | 145 | **475** |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **0** | **269** | **49** | **49** | **22** | **119** | **43** | **79** | **159** | **789** |

| CBP Family Unit Individual Book-out Dispositions by OFO Field Office | | | | | |
|---|---|---|---|---|---|
| **Disposition Type** | **El Paso** | **Laredo** | **San Diego** | **Tucson** | **OFO Total** |
| Title 42 immediate | 0 | 0 | 0 | 0 | **0** |
| Title 42 delayed | 0 | 0 | 0 | 0 | **0** |
| Repatriations processed by CBP | 0 | 2 | 0 | 0 | **2** |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 0 | **0** |
| Transfer to ICE for release with NTA | 2 | 0 | 27 | 0 | **29** |
| Release with NTA | 0 | 3 | 0 | 0 | **3** |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | **0** |
| Release with NTR | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 0 | 6 | 108 | 0 | **114** |
| Other | 0 | 0 | 0 | 0 | **0** |
| **Total** | **2** | **11** | **135** | **0** | **148** |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of March 28, 2022 05:38 describes previous day's book-outs of family unit individuals.

28 March 2022

# Single Adult Encounters & in Custody

| CBP Single Adult Encounters by Location | | | | | |
|---|---|---|---|---|---|
| **USBP Sector/ OFO Field Office** | **% of Total** | **Count** | **1-Day Change** | **7-Day Average** | **1-Week Change** |
| Big Bend | 2% | 106 | ▲ 83% | 103 | ▼ 25% |
| Del Rio | 22% | 1,015 | ▲ 14% | 1,065 | ▲ 3% |
| El Centro | 5% | 238 | ▲ 27% | 203 | ▼ 12% |
| El Paso | 13% | 575 | ▼ 10% | 625 | ▼ 1% |
| Laredo | 6% | 286 | ▼ 14% | 432 | ▲ 7% |
| RGV | 15% | 702 | ▼ 22% | 935 | ▲ 16% |
| San Diego | 8% | 352 | ▲ 11% | 417 | ▼ 11% |
| Tucson | 11% | 506 | ▼ 23% | 749 | ▲ 5% |
| Yuma | 12% | 533 | ▼ 6% | 580 | ▼ 18% |
| **USBP Total** | **94%** | **4,313** | ▼ 5% | **5,109** | ▼ 1% |
| El Paso FO | 1% | 29 | ▲ 71% | 24 | ▲ 32% |
| Laredo FO | 2% | 77 | ▲ 7% | 80 | ▼ 2% |
| San Diego FO | 3% | 159 | ▼ 6% | 131 | ▲ 18% |
| Tucson FO | 0% | 10 | ▼ 50% | 16 | ▲ 2% |
| **OFO Total** | **6%** | **275** | ▼ 1% | **250** | ▲ 11% |
| **Total** | | **4,588** | **▼ 5%** | **5,359** | **- flat -** |

Data reports on previous day's encounters; data valid as of March 28, 2022 05:38.

| CBP Single Adults in Custody by Location | | | | | | |
|---|---|---|---|---|---|---|
| **USBP Sector/ OFO Field Office** | **Count** | **1-Day Change** | **7-Day Avg** | **1-Week Change** | **% Capacity** | **Avg TIC** |
| Big Bend | 70 | - flat - | 82 | ▲ 103% | 26% | 10 |
| Del Rio | 1,170 | ▲ 13% | 1,789 | ▼ 20% | 252% | 58 |
| El Centro | 237 | ▲ 9% | 361 | ▲ 1% | 185% | 46 |
| El Paso | 1,444 | ▲ 10% | 1,337 | ▲ 6% | 168% | 89 |
| Laredo | 1,052 | ▼ 7% | 1,181 | ▼ 5% | 194% | 120 |
| RGV | 2,196 | ▼ 3% | 2,207 | ▼ 16% | 172% | 85 |
| San Diego | 955 | ▲ 17% | 992 | ▲ 5% | 168% | 112 |
| Tucson | 457 | ▼ 11% | 656 | ▲ 15% | 93% | 97 |
| Yuma | 1,907 | ▼ 4% | 1,954 | ▼ 1% | 539% | 65 |
| **USBP Total** | **9,488** | ▲ 2% | **10,558** | ▼ 6% | **191%** | **84** |
| El Paso FO | 7 | ▲ 40% | 8 | ▲ 35% | 16% | 16 |
| Laredo FO | 7 | ▲ 75% | 7 | ▲ 19% | 9% | 91 |
| San Diego FO | 172 | ▼ 2% | 184 | ▼ 7% | 162% | 11 |
| Tucson FO | 5 | ▲ 400% | 3 | ▼ 10% | 12% | 0 |
| **OFO Total** | **191** | ▲ 3% | **202** | ▼ 5% | **71%** | **83** |
| **Total** | **9,679** | **▲ 2%** | **10,760** | **▼ 6%** | **185%** | **84** |

CBP custody data covers persons in custody as of March 28, 2022 05:38.

| CBP Single Adult Encounters by Country | | | | | |
|---|---|---|---|---|---|
| **Country of Citizenship** | **% of Total** | **Count** | **1-Day Change** | **7-Day Average** | **1-Week Change** |
| **Mexico** | **44%** | **2,011** | ▼ 5% | **2,458** | ▼ 2% |
| Guatemala | 7% | 304 | ▼ 21% | 428 | ▲ 7% |
| Honduras | 3% | 159 | ▼ 44% | 259 | ▲ 14% |
| El Salvador | 3% | 119 | ▼ 18% | 178 | ▲ 23% |
| **NTC Total** | **13%** | **582** | ▼ 29% | **865** | ▲ 12% |
| Cuba | 20% | 917 | ▲ 26% | 863 | ▲ 1% |
| Nicaragua | 8% | 372 | ▼ 21% | 448 | ▲ 6% |
| Colombia | 6% | 261 | ▼ 10% | 251 | ▼ 10% |
| Venezuela | 1% | 53 | ▲ 29% | 92 | ▼ 22% |
| Peru | 0% | 20 | ▼ 58% | 37 | ▲ 19% |
| Haiti | 1% | 39 | ▲ 144% | 27 | ▼ 5% |
| Other | 7% | 333 | ▲ 13% | 319 | ▼ 7% |
| **Other Total** | **43%** | **1,995** | ▲ 6% | **2,037** | ▼ 2% |
| **Total** | | **4,588** | **▼ 5%** | **5,359** | **- flat -** |

Data reports on previous day's single adult encounters; data valid as of March 28, 2022 05:38.

# Single Adult CBP Book-out Dispositions

| CBP Single Adult Book-out Dispositions by Country of Citizenship | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Mexico** | **Guatemala** | **Honduras** | **El Salvador** | **Cuba** | **Nicaragua** | **Colombia** | **Venezuela** | **Peru** | **Haiti** | **Other** | **CBP Total** |
| Title 42 immediate | 1,357 | 158 | 84 | 91 | 12 | 0 | 0 | 5 | 0 | 0 | 1 | **1,708** |
| Title 42 delayed | 315 | 72 | 27 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **437** |
| Repatriations processed by CBP | 228 | 5 | 6 | 5 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **244** |
| Transfer to ICE for removal processing | 1 | 0 | 1 | 2 | 80 | 71 | 66 | 18 | 19 | 0 | 124 | **382** |
| Transfer to ICE for release with NTA | 3 | 4 | 12 | 4 | 88 | 22 | 40 | 8 | 4 | 1 | 52 | **238** |
| Release with NTA | 1 | 0 | 0 | 0 | 107 | 24 | 75 | 2 | 12 | 18 | 50 | **289** |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | 605 | 296 | 12 | 68 | 2 | 2 | 1 | **986** |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | **101** |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **1,930** | **239** | **130** | **125** | **892** | **413** | **193** | **101** | **37** | **21** | **304** | **4,385** |

| CBP Single Adult Book-out Dispositions by USBP Sector | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Disposition Type** | **Big Bend** | **Del Rio** | **El Centro** | **El Paso** | **Laredo** | **RGV** | **San Diego** | **Tucson** | **Yuma** | **USBP Total** |
| Title 42 immediate | 54 | 410 | 84 | 192 | 211 | 286 | 81 | 314 | 0 | **1,632** |
| Title 42 delayed | 0 | 0 | 0 | 154 | 28 | 20 | 107 | 122 | 6 | **437** |
| Repatriations processed by CBP | 6 | 14 | 12 | 1 | 64 | 21 | 7 | 63 | 6 | **194** |
| Transfer to ICE for removal processing | 0 | 16 | 72 | 186 | 59 | 11 | 9 | 11 | 6 | **370** |
| Transfer to ICE for release with NTA | 0 | 21 | 0 | 1 | 89 | 43 | 6 | 0 | 37 | **197** |
| Release with NTA | 1 | 78 | 4 | 1 | 0 | 3 | 43 | 19 | 139 | **288** |
| Release with I-94 parole ATD | 0 | 336 | 42 | 0 | 138 | 224 | 0 | 43 | 203 | **986** |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | **61** | **875** | **214** | **535** | **589** | **608** | **253** | **572** | **397** | **4,104** |

| CBP Single Adult Book-out Dispositions by OFO Field Office | | | | | |
|---|---|---|---|---|---|
| **Disposition Type** | **El Paso** | **Laredo** | **San Diego** | **Tucson** | **OFO Total** |
| Title 42 immediate | 3 | 46 | 24 | 3 | **76** |
| Title 42 delayed | 0 | 0 | 0 | 0 | **0** |
| Repatriations processed by CBP | 11 | 15 | 22 | 2 | **50** |
| Transfer to ICE for removal processing | 0 | 0 | 12 | 0 | **12** |
| Transfer to ICE for release with NTA | 5 | 1 | 34 | 1 | **41** |
| Release with NTA | 0 | 0 | 1 | 0 | **1** |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | **0** |
| Release with NTR | 0 | 0 | 0 | 0 | **0** |
| Release OFO parole | 7 | 11 | 81 | 2 | **101** |
| Other | 0 | 0 | 0 | 0 | **0** |
| **Total** | **26** | **73** | **174** | **8** | **281** |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of March 28, 2022 05:38 describes previous day's book-outs of single adults.

| By Demographic – | By Citizenship – | By Agency – |
|---|---|---|
| Unaccompanied Child (UC) | Mexico (Mex) | Customs and Border Protection (CBP) |
| Single Adult (SA) | Northern Triangle Countries (NTC) | Health and Human Services (HHS) |
| Family Unit (FM) | Other | Immigration and Customs Enforcement (ICE) |

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

| Term | Definition |
|---|---|
| **Accompanied Minor** | A child who has no lawful immigration status in the United States, is younger than 18 years old, and is traveling with a lawfully admissible adult. |
| **All non-Mexican UCs and Mexican UCs 13 or younger** | Refers to combined apprehensions/inadmissibles (under Title 8) processed under CBP's immigration authority. Under the Homeland Security Act (as amended by the Trafficking Victims Protection Reauthorization Act) non-Mexican UCs are admitted into ORR care; most Mexican UCs younger than 14 years-old are also transferred into ORR care. |
| **Alternatives to detention (ATD) enrollments with tech / without tech** | ICE program using technology and other tools to manage a noncitizen's compliance with release conditions while they are on the non-detained docket. |
| **Available beds for SW border transfer** | Operational metric based on field reporting used by ICE to describe the number of beds in interior facilities available to accept transfers from the border. |
| **Average days in care for children discharged in last 7 days** | The average number of days spent in ORR care by unaccompanied children who were discharged from ORR care over the past 7 days. |
| **Average length of stay (ICE detention)** | Calculated as time between book-in and book-out for noncitizens booked out of ICE custody. (Not calculated for noncitizens remaining in ICE custody). |
| **Beds available for border designation or transfer (UC Dashboard)** | The number of beds ostensibly available for ORR designation or transfer. This includes beds that are available for direct border placement, as well as beds that are technically available, but not necessarily for direct border placement. |
| **Capacity (CBP)** | Total short-term holding space in CBP border facilities, accounting for COVID-related restrictions. |
| **Capacity (ICE)** | Total funded ICE detention beds for single adults under current appropriations law, excluding beds that are unavailable due to litigation, COVID, and for operational or other reasons. |
| **CBP holding (UC Dashboard)** | Noncitizens held for processing in CBP border facilities. |
| **CBP processed complete** | Noncitizens in CBP facilities who have been completely processed and are awaiting transfer. |
| **Children discharged in last 7 days by individual sponsor category (UC Dashboard)** | The number of unaccompanied children who have been discharged in the last 7 days, divided into 1 of 4 sponsor categories: 1. Parent or legal guardian; 2. An immediate relative - a brother; sister; grandparent or other close relatives (aunt, uncle, first cousin) who either was or was not previously the UC's primary caregiver; 3. Other sponsor, such as distant relatives and unrelated adult individuals; 4. No sponsors identified. |

| Term | Definition |
|---|---|
| **Children transferred out of CBP custody (UC Dashboard)** | Unaccompanied children who are booked out of CBP custody for transfer to ORR care facilities. |
| **Encounter forecast – UC Dashboard** | CBP's projected number of daily encounters with unaccompanied children from countries other than Mexico. |
| **Encounters** | The sum of USBP Title 8 apprehensions, OFO Title 8 inadmissibles, and noncitizens processed for expulsions under Title 42 authority by USBP or OFO. |
| **Expulsions** | Noncitizens expelled under Title 42 authority (see Title 42). |
| **Family unit individuals (FM)** | Individuals processed by CBP who belong to a family unit, defined as one or more minors plus their parent(s) or legal guardian(s) with whom they are traveling; excludes minor children (under the age of 18) traveling with adult family members who are not their parents or legal guardians. All references to family units or FMs are to numbers of individuals in families, not to family groupings. |
| **Flight capacity (Ice Air)** | The percentage of seats occupied based on total number of seats per flight. |
| **I-94 parole-ATD (CBP book-out disposition)** | Noncitizens paroled into the United States by CBP and enrolled in an ICE alternatives to detention (ATD) program prior to their release. |
| **In CBP holding > 72 hours (UC Dashboard)** | The number of Unaccompanied Children (excluding those from Mexico) in CBP custody over 72 hours. With the exception of Mexican and Canadian children who are amenable to Voluntary Return (VR), the trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) requires CBP to transfer the child to ORR custody within 72 hours of determining they meet the Unaccompanied Child definition. |
| **In Detention (ICE)** | Noncitizens detained in ICE civil immigration detention system in furtherance of their removal proceedings or to affect their departure from the United States after a final order of removal from a federal immigration judge. |
| **In ORR Care > 35 days (UC Dashboard)** | Unaccompanied children who have been in ORR care over 35 days (excluding long term foster care) - an indicator that a child has been in ORR care for a long time, as the process of finding, vetting, and reunifying a sponsor with a child is ideally fewer than 35 days. |

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

| Term | Definition |
|---|---|
| **Mexicans 14 or older (UC Dashboard)** | Unaccompanied Children from Mexico may be repatriated by CBP if the following are true: • The child has not been a victim of a severe form of trafficking in persons and there is no credible evidence that the minor is at risk of being trafficked upon return to his/her country of nationality or last habitual residence (as documented on CBP Form 93); • The child does not have a fear of returning to his/her country of nationality or last habitual residence owing to a credible fear of persecution; and • The child is able to decide independently to return voluntarily to his/her country of nationality or last habitual residence. |
| **Northern triangle countries (NTC)** | El Salvador, Guatemala, and Honduras. |
| **Notice to appear (NTA)** | The I-862 form, a document that instructs an individual to appear before an immigration judge. This is the first step in starting removal proceedings under Section 240 of the Immigration and Nationality Act. |
| **Other releases (FM and SA Dashboards)** | Persons released from CBP custody without being booked into ICE custody or enrolled in ATD. |
| **Parole (CBP)** | Discretionary permission granted to an otherwise inadmissible noncitizen to temporarily enter the United States due to an emergency and urgent humanitarian reason or significant public benefit |
| **Ports of entry** | Any location in the United States or its territories that is designated as a point of entry for noncitizens and U.S. citizens. |
| **Released ATD - no Tech (FM and SA Dashboards)** | Noncitizens released from CBP custody and immediately enrolled in ATD without some form of technology. |
| **Released ATD with Tech (FM and SA Dashboards)** | Noncitizens released from CBP custody and immediately enrolled in ATD with some form of technology. |
| **Repatriations** | The sum of Title 8 removals and returns to countries of citizenship. |
| **Room occupancy (FM Dashboard)** | Number of rooms housing family units in ICE custody divided by the number of total rooms available. |

| Term | Definition |
|---|---|
| **Single adults (SA)** | Individuals encountered by CBP who are at least 18 years of age and not part of a family unit. |
| **Time in custody (TIC)** | Elapsed time between a noncitizen's border encounter and the time at which TIC is calculated (applies to noncitizens who remain in CBP custody at the time of the report). |
| **Title 42 (T42)** | Title 42 of the United States Code, which includes provisions related to public health. Under a March 2020 CDC order, border encounters processed under Title 42 authority are expelled from the United States as expeditiously as possible in the interest of U.S. public health to prevent the spread of COVID-19. |
| **Title 42 delayed expulsions** | Noncitizens expelled under Title 42 authority following transfer from their encounter area of responsibility to another CBP area of responsibility or to ICE for expulsion by air. |
| **Title 42 immediate expulsions** | Noncitizens expelled under Title 42 authority by CBP from the area of responsibility of their encounter. |
| **Title 8 (T8)** | Title 8 of the United States Code, which includes most provisions for immigration enforcement. Encounters processed under Title 8 authority may be subject to removal from the United States. |
| **Total beds (UC Dashboard)** | The number of 'total beds designated' plus the number of 'beds available to designate' (see definitions of each term). |
| **Total beds designated (UC Dashboard)** | The number of beds designated to unaccompanied children based on the current census of children (includes those pending transfer from CBP, in transit, and physically in ORR's care). Total beds designated = beds designated to kids in care + beds designated to kids who haven't arrived yet. |
| **Total discharges from ORR care (UC Dashboard)** | The number of unaccompanied children who have exited ORR's care. |
| **Unaccompanied children (UC)** | Children who have no lawful immigration status in the United States, are younger than 18 years old, and either: 1. Do not have a parent or legal guardian in the U.S.; or 2. Do not have a parent or legal guardian in the U.S. who is able to provide care and physical custody. |
| **Unaccompanied children system capacity (UC Dashboard)** | A ratio (expressed as a percentage) that compares the total number of unaccompanied children in CBP and ORR care to the total number of ORR beds in use or available for initial ORR designations. |

# CDC COVID-19 Response Update Report DIRECTOR'S EXECUTIVE SUMMARY[1] Thursday, March 10, 2022

US Department of Health and Human Services
Centers for Disease Control and Prevention

## COVID-19 Summary

| | Cumulative Total | Daily | 7-Day Daily Average | Change from Prior 7-Day Period | Cumulative 7-Day Rate per 100K |
|---|---|---|---|---|---|
| **Cases[2]** | 79,198,539 | 31,692 | 37,879 | -31.2% | 79.9 |
| **Hospital Admissions[3]** | 4,556,066 | 2,298 | 3,280 | -27.4% | 6.9 |
| **Deaths[2]** | 959,533 | 1,692 | 1,161 | -31.0% | 2.4 |
| **Test Volume[4]** | 827,637,923 | N/A | 954,901 | -10.0% | 1,670.5 |
| **Test Positivity[4]** | 9.4% | N/A | 2.9% | -30.6% | N/A |

Source: HHS Protect. Additional information available on COVID Data Tracker and in the CDC COVID-19 Response Update

## COVID-19 Vaccinations in the United States[5]

**Nearly 254.3 million people or 76.6% of the population have received at least 1 dose.**

| Age Group | Received at Least 1 Dose | Fully Vaccinated | Received a Booster/Additional Dose |
|---|---|---|---|
| US Overall | 76.6% (N = 254,299,172) | 65.2% (N = 216,355,844) | 44.1% (N = 95,499,589) |
| 5-11 Years of Age | 33.5% (N = 9,629,875) | 26.5% (N = 7,618,393) | N/A |
| 12-17 Years of Age | 67.9% (N = 17,180,538) | 57.9% (N = 14,650,664) | N/A |
| ≥5 Years of Age | 81.4% (N = 254,219,068) | 69.3% (N = 216,328,999) | N/A |
| ≥12 Years of Age | 86.3% (N = 244,589,193) | 73.6% (N = 208,710,606) | 45.7% (N = 95,481,156) |
| ≥18 Years of Age | 88.1% (N = 227,408,655) | 75.1% (N = 194,059,942) | 47.5% (N = 92,253,537) |
| ≥65 Years of Age | 95.0% (N = 56,173,837) | 88.8% (N = 48,676,530) | 66.6% (N = 32,434,811) |

| | Cumulative Total | Daily (% of Doses Administered)[6] | Current 7-Day Daily Average | Prior 7-Day Daily Average | Change from Prior 7-Day Period |
|---|---|---|---|---|---|
| **Doses Administered** | 555,897,985 | 302,567 (N/A) | 302,787 | 343,741 | -11.9% |
| **First Dose** | 254,299,172 | 93,716 (31.0%) | 78,070 | 81,898 | -4.7% |
| **Fully Vaccinated** | 216,355,844 | 82,212 (27.2%) | 82,857 | 92,344 | -10.3% |
| **Additional Doses** | 95,499,589 | 116,012 (38.3%) | 135,347 | 160,579 | -15.7% |

Data as of Mar 09, 2022, 06:00 ET
Sources: Data Monitoring and Reporting Section, Vaccine Task Force; CDC COVID Tracker

[1] Formerly the Director's Brief.
[2] Time Period: Jan 22, 2020 – Mar 08, 2022; confirmed and probable cases and deaths. *Number of jurisdictions reporting: 52 of 60.* Aggregate case and death data are updated Mon – Sat. The total of new cases/deaths in the last 24 hours and 7-day averages do not include historical cases/deaths reported retroactively; historical cases/deaths are pending assignment to the appropriate dates. Of 457,051 historical cases reported retroactively, 972 were reported on the most recent submission date; 5,837 in the current week; and 27,211 in the prior week. Of 20,882 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.
[3] Time period: Aug 01, 2020 – Mar 07, 2022
[4] Time period: Mar 01, 2020 – Mar 06, 2022; Time period for test volume 7-day average and percent change: Feb 17, 2022 – Mar 02, 2022
[5] Includes data for US States, DC, US Territories, federal entities, and pharmacies (see table on last page for breakdown)
[6] Due to the inclusion of single dose vaccines in both First Dose and Fully Vaccinated counts, and because some doses lack information on dose type (First Dose, Fully Vaccinated, Additional Dose), the sum of the percentages may not equal 100%.



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Interactive charts available on the* CPR DEO Situational Public Health Science Team COVID-19 Response Dashboard

## National Trends Compared to Winter 2020-21 Peak

October 01, 2020 – March 07, 2022

Cases relative to peak (7-day avg)
Hospital Admissions relative to peak (7-day avg)
Deaths relative to peak (7-day avg)
Weekly Value as a Percentage of Winter 2020-21 Peak
300%
250%
200%
150%
100%
50%
0%
Oct 2020
Nov 2020
Dec 2020
Jan 2021
Feb 2021
Mar 2021
Apr 2021
May 2021
Jun 2021
Jul 2021
Aug 2021
Sep 2021
Oct 2021
Nov 2021
Dec 2021
Jan 2022
Feb 2022
Mar 2022

**Source:** CDC State-Reported Data, Unified Hospital Dataset. The peak value and associated date is calculated independently for cases, deaths, and hospital admissions, as the highest 7-day average value between Nov 1, 2020 and Feb 28, 2021. The date and value of peaks may change slightly if data are backfilled. Peaks are 250,295 cases on 1/11/2021; 16,497 hospital admissions on 1/9/2021; and 3,420 deaths on 1/13/2021.

Last Updated: Mar 09, 2022 Source: Covid Daily Update

## Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 08, 2022

79,198,539
Total Cases Reported
31,692
New Cases Reported**
37,879
Current 7-Day Average**
Mar 02, 2022 - Mar 08, 2022
55,018
Prior 7-Day Average**
Feb 23, 2022 - Mar 01, 2022
-31.2%
Change in 7-Day Average
New Cases
1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
New Cases
7-Day Average: New Cases**

Peaks in Single Day and 7-Day Average of New Cases**

| Peak | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| | Cases | Date | Cases | Date | % Change vs Current Avg |
| 1st Peak | 34,900 | 24-Apr-20 | 31,301 | 10-Apr-20 | 21.0% |
| 2nd Peak | 77,054 | 17-Jul-20 | 67,558 | 23-Jul-20 | -43.9% |
| 3rd Peak | 293,767 | 08-Jan-21 | 250,294 | 11-Jan-21 | -84.9% |
| 4th Peak | 78,408 | 17-Apr-21 | 69,635 | 13-Apr-21 | -45.6% |
| 5th Peak | 198,752 | 01-Sep-21 | 164,480 | 01-Sep-21 | -77.0% |
| Latest Peak | 1,302,179 | 10-Jan-22 | 809,345 | 15-Jan-22 | -95.3% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 457,051 historical cases reported retroactively, 972 were reported on the most recent submission date; 5,837 in the current week; and 27,211 in the prior week.

Last Updated: Mar 09, 2022, 11:03

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CC CPR DEO Situational Awareness Public Health Science Team*

*Restricted Use/Recipients Only* Page **2** of **10**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* ***eocsaanalyst@cdc.gov***

AZT42AR0000529

## COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change)

February 06, 2022 – March 08, 2022

| Legend | | Distribution of Jurisdictions (n =56) | |
|---|---|---|---|
| Incidence rate in the last 7 days per 100,000 (Color of histogram) | | No. | % |
| Low: <10 cases per 100,000 | | 0 | 0.0 |
| Moderate: 10–49 cases per 100,000 | | 8 | 14.3 |
| 6Substantial: 50–99 cases per 100,000 | | 34 | 60.7 |
| High: >=100 cases per 100,000 | | 14 | 25.0 |
| Percent change in cases from last 7 days compared to previous 7 days | | | |
| High decrease: ≤ -20% change | ↓ | 42 | 75.1 |
| Moderate decrease: > -20% change and < -10% change | ↘ | 5 | 8.9 |
| Stable: ≥ -10% change and < 10% change | → | 5 | 8.9 |
| Moderate increase: ≥ 10% change and < 20% change | ↗ | 0 | 0.0 |
| High increase: ≥ 20% change | ↑ | 4 | 7.1 |

Trend lines represent the last 30 days.
Last Updated: Mar 09, 2022

*Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect*

## New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 07, 2022

**4,556,066**
Total New Admissions
Aug 01, 2020 – Mar 07, 2022

**2,298**
New Admissions
Mar 07, 2022

**3,280**
Current 7-Day Average
Mar 01, 2022 – Mar 07, 2022

**4,517**
Prior 7-Day Average
Feb 22, 2022 – Feb 28, 2022

**-27.4%**
Change in 7-Day Average

Peak in New Admissions and Highest 7-Day Moving Average*

| Peak | Single Day New Admissions | Single Day Date | 7-Day Average New Admissions | 7-Day Average Date |
|---|---|---|---|---|
| 1st Peak | 17,965 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 23,061 | Jan 12, 2022 | 21,622 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 09, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*




## Average 7-Day Admissions of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change

February 21, 2022 – March 06, 2022

| Legend | | Distribution No. | % |
|---|---|---|---|
| 7-day average confirmed COVID-19 admissions (per 100,000 population) | | No. | % |
| Low: <2 | | 52 | 94.5% |
| Moderate: ≥2 and <4 | | 1 | 1.8% |
| Substantial: ≥4 and <6 | | 0 | 0% |
| High: ≥6 | | 0 | 0% |
| Percent change in 7-day average confirmed COVID-19 admissions (per 100,000 population) | | | |
| Decreasing by 10% or more | ↓ | 49 | 89.1% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 2 | 3.6% |
| Stable: >-5% and <5% | — | 1 | 1.8% |
| Moderately increasing: ≥5% and <10% | ↗ | 0 | 0% |
| Increasing by 10% or more | ↑ | 1 | 1.8% |

HHS Regions

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) are not displayed on this graph due to incomplete data for the Feb 28 – Mar 6, 2022 reporting period
14 days of data are included in this analysis.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/06/22, 4,720 (89%) of hospitals submitted data for this report, and 17 (30%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 08, 2022

*Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup*

## Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19

June 07, 2020 – March 05, 2022

*Indicates end date for each weekly data point.

| Patient Age (years) | Percent Change Oct 30 - Mar 05, 2022+ |
|---|---|
| 75+ | -49% |
| 65-74 | -63% |
| 50-64 | -74% |
| 40-49 | -79% |
| 25-39 | -77% |
| 18-24 | -60% |
| 16-17 | -66% |
| 12-15 | -69% |
| <12 | -34% |

+Change in weekly percentage of ED patients with diagnosed COVID-19 from week of Oct 30, 2021 - Mar 05, 2022

‡The dashed vertical line marks the week of October 24th - October 30th, when national ED visits for patients diagnosed with COVID-19 recently began to rebound. The percent change for each age group compares the most recent complete MMWR week to this reference period.

Last Updated: Mar 09, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*



## Daily Change in COVID-19 Deaths, United States

January 22, 2020* - March 08, 2022

**959,533**
Total Deaths Reported

**1,692**
New Deaths Reported**

**1,161**
Current 7-Day Average**
Mar 02, 2022 - Mar 08, 2022

**1,684**
Prior 7-Day Average**
Feb 23, 2022 - Mar 01, 2022

**-31.0%**
Change in 7-Day Average

| Peak | Single Day Deaths | Single Day Date | 7-Day Average Deaths | 7-Day Average Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 2,705 | 15-Apr-20 | 2,296 | 21-Apr-20 | -49.4% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | -1.0% |
| 3rd Peak | 4,070 | 13-Jan-21 | 3,420 | 13-Jan-21 | -66.0% |
| 4th Peak | 2,427 | 14-Sep-21 | 1,929 | 15-Sep-21 | -39.8% |
| Latest Peak | 4,137 | 01-Feb-22 | 2,642 | 02-Feb-22 | -56.0% |

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,882 historical deaths reported retroactively, none were reported on the most recent submission date, none in the current week, and in the prior week.

Last Updated: Mar 09, 2022, 13:02

Data Source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States

March 01, 2020 – March 06, 2022

**827,637,923**
Total Test Volume

**954,901**
Current 7-Day Avg. Daily Test Volume
Feb 24, 2022 – Mar 02, 2022

**1,060,493**
Prior 7-Day Avg. Daily Test Volume
Feb 17, 2022 – Feb 23, 2022

**-10.0%**
Percent Change in 7-Day Avg.

**2.9%**
Current 7-Day Avg. % Positivity
Feb 28, 2022 – Mar 06, 2022

**4.1%**
Prior 7-Day Avg. % Positivity
Feb 21, 2022 – Feb 27, 2022

**-30.6%**
Percent Change in 7-Day Avg.

**-1.27**
Percentage Point Difference in 7-Day Averages

Peaks in Single Day and 7-Day Average Percent Positivity

| Peak | Single Day % Positivity | Single Day Date | 7-Day Average % Positivity | 7-Day Average Date | % Change vs Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-08-20 | -72.7% |
| 2nd Peak | 15.0% | Jan-03-21 | 15.0% | Jan-03-21 | -80.9% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -47.8% |
| Latest | 30.9% | Jan-02-22 | 29.4% | Jan-07-22 | -90.3% |

Peaks in Single Day and 7-Day Average Test Volume

| Peak | Single Day Test Vol | Single Day Date | 7-Day Average Test Vol | 7-Day Average Date | % Change vs Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 1,109,990 | Jul-22-20 | 977,785 | Jul-24-20 | -2.3% |
| 2nd Peak | 2,339,131 | Jan-06-21 | 1,911,208 | Nov-25-20 | -50.0% |
| 3rd Peak | 1,676,519 | Apr-14-21 | 1,282,098 | Apr-14-21 | -25.5% |
| Latest | 3,138,620 | Jan-05-22 | 2,562,948 | Jan-09-22 | -62.7% |

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 09, 2022, 09:34

HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Week-on-Week Changes

Cases/Deaths: March 01, 2022 – March 07, 2022 | Hospital Admits: February 28, 2022 – March 06, 2022 | Tests: February 27, 2022 – March 05, 2022

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ■ Stable Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▼ | ▼ | ▲ | ▼ |
| AL | ▼ | ▼ | ▲ | ▼ |
| AR | ▼ | ▼ | ▼ | ▼ |
| AS | ▲ | ▲ | ■ | ■ |
| AZ | ▼ | ▼ | ▼ | ▼ |
| CA | ▼ | ▼ | ▼ | ■ |
| CO | ▼ | ▼ | ▼ | ▼ |
| CT | ▲ | ▼ | ▼ | ■ |
| DC | ▼ | ■ | ▼ | ■ |
| DE | ■ | ■ | ▲ | ■ |
| FL | ▼ | ▼ | ▼ | ▼ |
| GA | ▼ | ▼ | ▼ | ▼ |
| GU | ▼ | ■ | ▼ | ▲ |
| HI | ▼ | ▼ | ▼ | ▼ |
| IA | ▼ | ▼ | ▼ | ■ |
| ID | ▼ | ▼ | ▼ | ▼ |
| IL | ▼ | ▼ | ▼ | ▼ |
| IN | ▼ | ▼ | ▼ | ▼ |
| KS | ▼ | ▼ | ▲ | ▼ |
| KY | ■ | ▼ | ▲ | ▼ |
| LA | ▼ | ▼ | ▲ | ▼ |
| MA | ▼ | ▼ | ▼ | ■ |
| MD | ▼ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ME | ▲ | ■ | ▼ | ▼ |
| MI | ▼ | ▼ | ▼ | ▼ |
| MN | ▼ | ▼ | ▼ | ▼ |
| MO | ▼ | ▼ | ▼ | ▼ |
| MS | ▼ | ▼ | ▼ | ▼ |
| MT | ■ | ▼ | ▼ | ▼ |
| NC | ▼ | ▼ | ▼ | ▼ |
| ND | ▼ | ▼ | ■ | ▼ |
| NE | ▼ | ▼ | ▼ | ▼ |
| NH | ▼ | ▼ | ▼ | ▼ |
| NJ | ■ | ▼ | ▼ | ▼ |
| NM | ■ | ▼ | ▼ | ▼ |
| NV | ▼ | ▼ | ▼ | ▼ |
| NY | ▼ | ▼ | ▼ | ▼ |
| OH | ▼ | ▼ | ▼ | ▼ |
| OK | ▼ | ▼ | ▼ | ▼ |
| OR | ▼ | ▼ | ▼ | ▼ |
| PA | ▼ | ▼ | ■ | ▼ |
| PR | ▼ | ▼ | ▼ | ▼ |
| RI | ■ | ▼ | ▼ | ■ |
| SC | ▼ | ▼ | ▲ | ▼ |
| SD | ▼ | ▼ | ▼ | ▼ |
| TN | ▼ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| TX | ▼ | ▼ | ▼ | ▼ |
| UT | ▼ | ▼ | ■ | ▼ |
| VA | ▼ | ▼ | ▼ | ▼ |
| VI | ▼ | ■ | ▼ | ▼ |
| VT | ■ | ▼ | ▼ | ▼ |
| WA | ▼ | ▼ | ▼ | ▼ |
| WI | ▼ | ▼ | ■ | ▼ |
| WV | ▼ | ▼ | ■ | ▼ |
| WY | ▼ | ▼ | ▼ | ▼ |

Summary of States' Week-on-Week Changes

| | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ▲ | 3 (5%) | 1 (2%) | 7 (13%) | 1 (2%) |
| ■ | 7 (13%) | 5 (9%) | 6 (11%) | 10 (18%) |
| ▼ | 45 (82%) | 49 (89%) | 42 (76%) | 44 (80%) |

Weekly change indicators

- ▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity
- ■ -10% – 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity
- ▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

Last Updated: Mar 09, 2022 *Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect, Unified Hospital Dataset, Unified Testing Dataset; Visualizations: APL/DSEW*

## Areas of Concern

AOC Category
Low or Moderate Burden
Emerging Hotspot
Hotspot
Sustained Hotspot
High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are **7 possible** AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

Counties by AOC Category over time

Last Updated: Mar 09, 2022 *Visualizations: APL/DSEW*

*Restricted Use/Recipients Only* Page **6** of **10**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000533



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Learning Modalities by School District

Number of Districts Included: 14,105 (represents 95.5% of K-12 students)
% Offering Remote-Only Learning: 0.1%
% Offering Hybrid Learning: 0.6%
% Offering In-Person Learning: 99.3%
Date: 3/4/2022
Source: Combined HMM Model
Learning Modality
by School District - 04MAR2022
Learning Modality
Full-time in-person
Hybrid in-person
Remote only
No data

**Source:** HMM model (learning modalities)
**Source Notes:** The combined model is generated using a Hidden Markov Model (HMM) that infers weekly learning modality classifications (in person, hybrid, remote). The transition probabilities between learning modalities and dataset specific model parameters for the HMM were estimated using K-12 school data from Burbio, MCH Strategic Data, Return to Learn, and State Dashboards collected during the 2020-2021 school year between 8/1/2020 and 7/31/2021. Inferred learning modalities for the 2021-2022 school year are based on data collected since 8/1/2021 from Burbio, MCH Strategic Data, and State Dashboards. Data from Return to Learn are not included in the HMM for the 2021-2022 school year due to discontinued data collection. Only district-weeks where the estimated probability for the predicted modality is greater than 0.6 are reported.
**Data Notes:** Learning modalities estimated using data from August 1, 2021-March 4, 2022. Total U.S. K-12 enrollment is approximately 50.8M and includes the 17,376 districts with an LEA district type of 1, 2, or 7 and an NCES enrollment greater than 0.

Last Updated: Mar 04, 2022

*Sources: HMM Model (learning modalities), MCH Strategic Data (social distancing policies), COVID-19 School Data Team, Community Profile Report*

***Restricted Use/Recipients Only*** **Page 7 of 10**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000534

**COVID-19 Vaccine Distribution and Administration Reported to the CDC[7]**

| State/Territory[8] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
|---|---|---|---|---|---|---|---|---|
| | Total[9] | Rate/100K Population | Total[9] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Alabama | 9,308,040 | 189,837 | 6,119,910 | 124,815 | 2,972,252 | 60.6% | 2,470,363 | 50.4% |
| Alaska | 1,456,365 | 199,081 | 1,105,378 | 151,102 | 503,910 | 68.9% | 448,686 | 61.3% |
| Arizona | 14,154,220 | 194,460 | 11,609,402 | 159,498 | 5,344,834 | 73.4% | 4,392,894 | 60.4% |
| Arkansas | 5,908,020 | 195,772 | 4,104,490 | 136,009 | 1,965,292 | 65.1% | 1,619,514 | 53.7% |
| California | 86,404,825 | 218,679 | 71,931,208 | 182,048 | 32,224,821 | 81.6% | 27,929,973 | 70.7% |
| Colorado | 11,934,075 | 207,234 | 10,363,575 | 179,963 | 4,512,183 | 78.4% | 3,997,381 | 69.4% |
| Connecticut | 8,350,135 | 234,207 | 7,324,849 | 205,449 | 3,347,946 | 93.9% | 2,781,278 | 78.0% |
| Delaware | 2,238,555 | 229,887 | 1,741,678 | 178,860 | 813,737 | 83.6% | 661,150 | 67.9% |
| Florida | 45,903,745 | 213,727 | 36,272,804 | 168,886 | 16,969,699 | 79.0% | 14,203,378 | 66.1% |
| Georgia | 20,779,995 | 195,716 | 14,429,495 | 135,904 | 6,760,586 | 63.7% | 5,716,542 | 53.8% |
| Hawaii | 3,330,280 | 235,211 | 2,818,493 | 199,064 | 1,223,575 | 86.4% | 1,096,934 | 77.5% |
| Idaho | 3,236,290 | 181,095 | 2,375,705 | 132,939 | 1,068,550 | 59.8% | 952,184 | 53.3% |
| Illinois | 26,312,045 | 207,642 | 21,889,900 | 172,745 | 9,534,150 | 75.2% | 8,592,000 | 67.8% |
| Indiana | 12,692,680 | 188,536 | 9,238,538 | 137,229 | 4,088,294 | 60.7% | 3,649,165 | 54.2% |
| Iowa | 6,276,755 | 198,942 | 4,942,614 | 156,656 | 2,124,630 | 67.3% | 1,933,298 | 61.3% |
| Kansas | 5,771,615 | 198,112 | 4,464,567 | 153,247 | 2,094,274 | 71.9% | 1,761,955 | 60.5% |
| Kentucky | 8,451,375 | 189,167 | 6,343,798 | 141,993 | 2,888,796 | 64.7% | 2,529,678 | 56.6% |
| Louisiana | 7,938,890 | 170,773 | 6,078,577 | 130,756 | 2,818,335 | 60.6% | 2,450,456 | 52.7% |
| Maine | 3,205,550 | 238,471 | 2,713,108 | 201,836 | 1,193,351 | 88.8% | 1,055,730 | 78.5% |
| Maryland | 15,101,910 | 249,797 | 11,573,727 | 191,438 | 5,077,101 | 84.0% | 4,491,904 | 74.3% |
| Massachusetts | 16,267,490 | 236,017 | 14,335,625 | 207,989 | 6,619,960 | 96.0% | 5,365,335 | 77.8% |
| Michigan | 20,159,430 | 201,860 | 15,357,930 | 153,781 | 6,470,646 | 64.8% | 5,941,285 | 59.5% |
| Minnesota | 12,032,270 | 213,352 | 9,945,044 | 176,342 | 4,181,752 | 74.1% | 3,859,831 | 68.4% |
| Mississippi | 5,324,735 | 178,914 | 3,776,683 | 126,898 | 1,738,344 | 58.4% | 1,521,149 | 51.1% |
| Missouri | 11,124,845 | 181,262 | 8,691,796 | 141,620 | 4,031,809 | 65.7% | 3,394,251 | 55.3% |
| Montana | 1,890,095 | 176,846 | 1,540,606 | 144,146 | 689,621 | 64.5% | 599,564 | 56.1% |
| Nebraska | 3,789,510 | 195,900 | 3,093,913 | 159,941 | 1,333,990 | 69.0% | 1,212,578 | 62.7% |
| Nevada | 5,698,710 | 185,014 | 4,732,614 | 153,649 | 2,305,593 | 74.9% | 1,845,304 | 59.9% |
| New Hampshire | 3,311,530 | 243,547 | 2,540,121 | 186,813 | 1,370,934 | 100.8% | 946,432 | 69.6% |
| New Jersey | 21,102,635 | 237,584 | 16,653,771 | 187,496 | 7,691,376 | 86.6% | 6,619,180 | 74.5% |
| New Mexico | 4,272,345 | 203,753 | 3,787,068 | 180,609 | 1,736,141 | 82.8% | 1,465,546 | 69.9% |
| New York | 44,262,845 | 227,531 | 38,035,493 | 195,519 | 17,303,631 | 88.9% | 14,738,823 | 75.8% |
| North Carolina | 21,016,900 | 200,388 | 16,191,201 | 154,377 | 8,736,967 | 83.3% | 6,243,422 | 59.5% |
| North Dakota | 1,316,800 | 172,794 | 1,065,205 | 139,779 | 502,641 | 66.0% | 415,448 | 54.5% |
| Ohio | 22,066,455 | 188,778 | 17,290,315 | 147,918 | 7,409,344 | 63.4% | 6,751,605 | 57.8% |
| Oklahoma | 7,016,130 | 177,311 | 5,740,465 | 145,072 | 2,795,078 | 70.6% | 2,223,510 | 56.2% |
| Oregon | 9,575,385 | 227,027 | 7,476,091 | 177,254 | 3,247,738 | 77.0% | 2,903,946 | 68.9% |
| Pennsylvania | 29,017,925 | 226,667 | 22,180,705 | 173,260 | 10,706,731 | 83.6% | 8,603,607 | 67.2% |
| Rhode Island | 2,499,925 | 235,984 | 2,140,229 | 202,030 | 949,294 | 89.6% | 857,860 | 81.0% |
| South Carolina | 10,057,975 | 195,349 | 7,312,221 | 142,020 | 3,443,494 | 66.9% | 2,889,753 | 56.1% |
| South Dakota | 1,772,965 | 200,412 | 1,361,178 | 153,865 | 659,778 | 74.6% | 531,883 | 60.1% |
| Tennessee | 12,317,430 | 180,365 | 9,638,988 | 141,144 | 4,280,878 | 62.7% | 3,670,790 | 53.8% |
| Texas | 59,201,895 | 204,173 | 44,661,265 | 154,026 | 21,348,355 | 73.6% | 17,486,305 | 60.3% |
| Utah | 6,023,450 | 187,883 | 5,079,864 | 158,451 | 2,301,604 | 71.8% | 2,033,012 | 63.4% |
| Vermont | 1,707,750 | 273,683 | 1,351,752 | 216,631 | 587,151 | 94.1% | 501,541 | 80.4% |
| Virginia | 18,841,005 | 220,736 | 15,945,172 | 186,810 | 7,173,352 | 84.0% | 6,162,477 | 72.2% |
| Washington | 16,975,795 | 222,929 | 13,921,494 | 182,819 | 6,012,044 | 79.0% | 5,457,927 | 71.7% |
| West Virginia | 3,877,485 | 216,360 | 2,644,394 | 147,555 | 1,152,832 | 64.3% | 1,019,963 | 56.9% |
| Wisconsin | 11,120,245 | 190,990 | 9,905,439 | 170,125 | 4,153,599 | 71.3% | 3,771,502 | 64.8% |
| Wyoming | 939,085 | 162,258 | 733,410 | 126,721 | 337,686 | 58.3% | 293,793 | 50.8% |
| American Samoa | 105,710 | 223,055 | 92,238 | 194,628 | 43,084 | 90.9% | 38,817 | 81.9% |
| CNMI | 122,630 | 236,505 | 106,749 | 205,876 | 45,132 | 87.0% | 43,023 | 83.0% |
| District of Columbia | 1,789,305 | 253,533 | 1,428,112 | 202,354 | 722,344 | 102.4% | 507,132 | 71.9% |
| FSM | 151,100 | 147,674 | 109,432 | 106,951 | 60,842 | 59.5% | 50,712 | 49.6% |

[7] Green shading indicates higher rates of vaccine delivery or administration relative to other jurisdictions. Rates were calculated based on 2019 US Census data for US States, DC, and Puerto Rico; and based on 2020 US Census data for all other US territories.
[8] CNMI = Commonwealth of the Northern Mariana Islands, FEMA = Federal Emergency Management Agency, FSM = Federated States of Micronesia, HRSA = Health Resources and Services Administration, RMI = Republic of Marshall Islands, and USVI = US Virgin Islands
[9] Doses delivered to and administered in each jurisdiction include doses that were delivered to and administered by federal entities and retail pharmacies. Revisions to delivery data from providers may occur on occasion, resulting in a decrease in doses delivered.

| COVID-19 Vaccine Distribution and Administration Reported to the CDC[7] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[8] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[9] | Rate/100K Population | Total[9] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Guam | 318,660 | 189,128 | 335,306 | 199,008 | 150,807 | 89.5% | 136,027 | 80.7% |
| Marshall Islands | 90,480 | 116,386 | 57,853 | 74,418 | 30,058 | 38.7% | 24,915 | 32.0% |
| Palau | 43,990 | 204,301 | 46,730 | 217,026 | 20,119 | 93.4% | 17,962 | 83.4% |
| Puerto Rico | 7,303,690 | 228,691 | 6,994,072 | 218,996 | 3,039,364 | 95.2% | 2,611,530 | 81.8% |
| US Virgin Islands | 146,560 | 137,887 | 140,690 | 132,364 | 69,646 | 65.5% | 56,136 | 52.8% |
| Unspecified[10] | 880,205 | N/A | 2,014,935 | N/A | 1,319,097 | N/A | 807,505 | N/A |
| USA[11] | 694,288,735 | 209,118 | 555,897,985 | 167,435 | 254,299,172 | 76.6% | 216,355,844 | 65.2% |

N/A=Not available (no data)

Data as of Mar 09, 2022, 06:00 ET; Sources: Data Monitoring and Reporting Section, Vaccine Task Force; COVID Tracker; US Census

[10] Unspecified entities include doses delivered or administered by federal agencies outside the US or in unspecified jurisdictions.

[11] The total doses allocated includes data from federal agencies and pharmacies. The total doses delivered or administered by a jurisdiction includes doses delivered to or administered by federal agencies. The US total also includes doses delivered to or administered by federal agencies where the jurisdiction was not specified.

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

# Regional Trends

U.S. Department of Health & Human Services
Regions
10
8
5
2
9
7
3
6
4

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 3/7/2022.

Cases
Deaths
NAAT Positivity

Last updated: Mar 09, 2022

*Restricted Use/Recipients Only*

For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov

Page **10** of **10**

AZT42AR0000537

# CDC COVID-19 Response Update Report DIRECTOR'S EXECUTIVE SUMMARY Thursday, March 31, 2022

US Department of Health and Human Services
Centers for Disease Control and Prevention

## COVID-19 Summary

| | Cumulative Total | Daily | 7-Day Daily Average | Change from Prior 7-Day Period | Cumulative 7-Day Rate per 100K |
|---|---|---|---|---|---|
| Cases[1] | 79,853,683 | 22,006 | 25,219 | -5.5% | 53.2 |
| Hospital Admissions[2] | 4,590,568 | 1,250 | 1,598 | -17.0% | 3.4 |
| Deaths[2] | 976,229 | 683 | 644 | -14.7% | 1.4 |
| Test Volume[3] | 846,418,834 | N/A | 844,199 | -2.7% | 1,588.6 |
| Test Positivity[3] | 9.2% | N/A | 2.3% | +8.9% | N/A |

Source: HHS Protect. Additional information available on COVID Data Tracker and in the CDC COVID-19 Response Update

## COVID-19 Vaccinations in the United States[4]

**Nearly 255.4 million people or 76.9% of the population have received at least 1 dose.**

| Age Group | Received at Least 1 Dose | Fully Vaccinated | Received a Booster/Additional Dose |
|---|---|---|---|
| US Overall | 76.9% (N = 255,428,475) | 65.5% (N = 217,556,439) | 44.8% (N = 97,495,673) |
| 5-11 Years of Age | 34.3% (N = 9,870,039) | 27.6% (N = 7,936,330) | N/A |
| 12-17 Years of Age | 68.4% (N = 17,314,010) | 58.4% (N = 14,780,907) | N/A |
| ≥5 Years of Age | 81.8% (N = 255,336,490) | 69.7% (N = 217,520,272) | N/A |
| ≥12 Years of Age | 86.6% (N = 245,466,451) | 73.9% (N = 209,583,942) | 46.5% (N = 97,471,247) |
| ≥18 Years of Age | 88.3% (N = 228,152,441) | 75.4% (N = 194,803,035) | 48.3% (N = 94,026,166) |
| ≥65 Years of Age | 95.0% (N = 56,215,914) | 89.0% (N = 48,768,894) | 67.3% (N = 32,800,225) |

| | Cumulative Total | Daily (% of Doses Administered)[5] | Current 7-Day Daily Average | Prior 7-Day Daily Average[6] | Change from Prior 7-Day Period |
|---|---|---|---|---|---|
| **Doses Administered** | 560,419,082 | 237,291 (N/A) | 214,405 | 181,945 | 17.8% |
| **First Dose** | 255,428,475 | 66,025 (27.8%) | 61,021 | 35,814 | 70.4% |
| **Fully Vaccinated** | 217,556,439 | 57,472 (24.2%) | 53,081 | 50,719 | 4.7% |
| **Additional Doses** | 97,495,673 | 98,290 (41.4%) | 88,732 | 91,682 | -3.2% |

Data as of Mar 30, 2022, 06:00 ET
Sources: Data Monitoring and Reporting Section, Vaccine Task Force; CDC COVID Tracker

[1] Time Period: Jan 22, 2020 – Mar 29, 2022; confirmed and probable cases and deaths. *Number of jurisdictions reporting: 47 of 60.* Aggregate case and death data are updated Mon – Sat. The total of new cases/deaths in the last 24 hours and 7-day averages do not include historical cases/deaths reported retroactively; historical cases/deaths are pending assignment to the appropriate dates. Of 500,514 historical cases reported retroactively, 3,191 were reported on the most recent submission date; 24,119 in the current week; and 825 in the prior week. Of 20,744 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.
[2] Time period: Aug 01, 2020 – Mar 28, 2022
[3] Time period: Mar 01, 2020 – Mar 27, 2022; Time period for test volume 7-day average and percent change: Mar 10, 2022 – Mar 23, 2022
[4] Includes data for US States, DC, US Territories, federal entities, and pharmacies (see table on last page for breakdown)
[5] Due to the inclusion of single dose vaccines in both First Dose and Fully Vaccinated counts, and because some doses lack information on dose type (First Dose, Fully Vaccinated, Additional Dose), the sum of the percentages may not equal 100%.
[6] On March 22, 2022, data review and reporting adjustments resulted in a decrease of 246,029 for the number of vaccine doses administered for New Hampshire since December 14, 2020. The adjustment is the result of updates to how pharmacies report data to CDC and/or the jurisdictions.



***Interactive charts available on the*** CPR DEO Situational Public Health Science Team COVID-19 Response Dashboard

## County-level COVID-19 Community Levels

March 24, 2022

More than 99% of the U.S. population is in a location with **low** or **medium** COVID-19 Community Level

| | % of Counties | % of Pop |
|---|---|---|
| Low | 91.1% | 95.5% |
| Medium | 7.2% | 4.2% |
| High | 1.7% | 0.3% |

Last Updated: Mar 25, 2022

*Data source: CDC Aggregate County-level COVID-19 Case Data; Visualization: COVID Data Tracker*

## National Trends Compared to Winter 2020-21 Peak

October 01, 2020 – March 28, 2022

**Source:** CDC State-Reported Data, Unified Hospital Dataset. The peak value and associated date is calculated independently for cases, deaths, and hospital admissions, as the highest 7-day average value between Nov 1, 2020 and Feb 28, 2021. The date and value of peaks may change slightly if data are backfilled. Peaks are 250,330 cases on 1/11/2021; 16,497 hospital admissions on 1/9/2021; and 3,421 deaths on 1/13/2021.

Last Updated: Mar 30, 2022

Source: Covid Daily Update

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 29, 2022

79,853,683
Total Cases Reported
22,006
New Cases Reported**
25,219
Current 7-Day Average**
Mar 23, 2022 - Mar 29, 2022
26,682
Prior 7-Day Average**
Mar 16, 2022 - Mar 22, 2022
-5.5%
Change in 7-Day Average
New Cases
1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
New Cases
7-Day Average: New Cases**

Peaks in Single Day and 7-Day Average of New Cases**

| Peak | Single Day Cases | Single Day Date | 7-Day Average Cases | 7-Day Average Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 34,903 | 24-Apr-20 | 31,304 | 10-Apr-20 | -19.4% |
| 2nd Peak | 77,099 | 17-Jul-20 | 67,569 | 23-Jul-20 | -62.7% |
| 3rd Peak | 293,325 | 08-Jan-21 | 250,324 | 11-Jan-21 | -89.9% |
| 4th Peak | 78,478 | 17-Apr-21 | 69,527 | 13-Apr-21 | -63.8% |
| 5th Peak | 198,357 | 01-Sep-21 | 164,523 | 01-Sep-21 | -84.7% |
| Latest Peak | 1,259,915 | 10-Jan-22 | 806,486 | 15-Jan-22 | -96.9% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 500,514 historical cases reported retroactively, 3,191 were reported on the most recent submission date; 24,119 in the current week; and 825 in the prior week.

Last Updated: Mar 30, 2022, 12:01

*Data Source: CDC Case Surveillance; state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change)

February 27, 2022 – March 29, 2022

AK
GU
MP
HI
VT
NH
ME
NYC
NY
CT
MA
WA
MT
ND
SD
MN
WI
MI
PA
NJ
RI
OR
ID
WY
NE
IA
IL
IN
OH
DC
MD
DE
NV
UT
CO
KS
MO
TN
KY
WV
VA
NC
CA
AZ
NM
OK
AR
MS
AL
GA
SC
TX
LA
FL
PR
VI

| Legend | | Distribution of Jurisdictions (n=50) | |
|---|---|---|---|
| **Incidence rate in the last 7 days per 100,000** | | **No.** | **%** |
| Low: < 10 cases per 100,000 | | 0 | 0.0% |
| Moderate: 10–49 cases per 100,000 | | 27 | 54.0% |
| Substantial: 50–99 cases per 100,000 | | 14 | 28.0% |
| High: ≥ 100 cases per 100,000 | | 9 | 18.0% |
| **Percent change in cases from last 7 days compared with previous 7 days** | | | |
| High decrease: ≤ -20% change | ↓ | 15 | 30.0% |
| Moderate decrease: > -20% change and < -10% change | ↘ | 14 | 28.0% |
| Stable: ≥ -10% change and < 10% change | → | 12 | 24.0% |
| Moderate increase: ≥ 10% change and < 20% change | ↗ | 3 | 6.0% |
| High increase: ≥ 20% change | ↑ | 6 | 12.0% |

*DE and NC were removed from trajectory and burden analyses due to historical reconciliation. NV and OH were removed from trajectory and burden analyses due to a change in reporting cadence. AL and NE were removed from trajectory and burden analyses due to a backlog of cases.*

Last Updated: Mar 30, 2022

*Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect*

**Restricted Use/Recipients Only** Page 3 of 10

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000540



## New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 28, 2022

4,590,568
Total New Admissions
Aug 01, 2020 – Mar 28, 2022

1,250
New Admissions
Mar 28, 2022

1,598
Current 7-Day Average
Mar 22, 2022 – Mar 28, 2022

1,925
Prior 7-Day Average
Mar 15, 2022 – Mar 21, 2022

-17.0%
Change in 7-Day Average

Peak in New Admissions and Highest 7-Day Moving Average*

| Peak | Single Day New Admissions | Single Day Date | 7-Day Average New Admissions | 7-Day Average Date |
|---|---|---|---|---|
| 1st Peak | 17,965 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 22,920 | Jan 12, 2022 | 21,523 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 30, 2022

Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team

## Average 7-Day Admissions of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change

March 12, 2022 – March 25, 2022

| Legend | | Distribution No. | Distribution % |
|---|---|---|---|
| 7-day average confirmed COVID-19 admissions (per 100,000 population) | | No. | % |
| Low: <2 | | 53 | 98.4% |
| Moderate: ≥2 and <4 | | 0 | 0% |
| Substantial: ≥4 and <6 | | 0 | 0% |
| High: ≥6 | | 0 | 0% |
| Percent change in 7-day average confirmed COVID-19 admissions (per 100,000 population) | | | |
| Decreasing by 10% or more | ↓ | 41 | 74.5% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 3 | 5.5% |
| Stable: >-5% and <5% | — | 4 | 7.3% |
| Moderately increasing: ≥5% and <10% | ↗ | 1 | 1.8% |
| Increasing by 10% or more | ↑ | 4 | 7.3% |

HHS Regions

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) and American Samoa (AS) are not displayed in this graph due to incomplete data for the Mar 19 – Mar 25, 2022, reporting period.
14 days of data are included in this analysis.
Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/25/22, 4,246 (80%) of hospitals submitted data for this report, and 30 (54%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 27, 2022

Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19

June 07, 2020 – March 26, 2022

15
10
5
0
Percent of ED Visits of Patients Diagnosed with COVID-19
‡
Jun 13
Jul 11
Aug 08
Sep 05
Oct 03
Oct 31
Nov 28
Dec 26
Jan 23
Feb 20
Mar 20
Apr 17
May 15
Jun 12
Jul 10
Aug 07
Sep 04
Oct 02
Oct 30
Nov 27
Dec 25
Jan 22
Feb 19
Mar 19
Week of ED Visit*

*Indicates end date for each weekly data point.

| Patient Age (years) | Percent Change Jan 08 - Mar 26, 2022+ |
|---|---|
| 75+ | -94% |
| 65-74 | -95% |
| 50-64 | -97% |
| 40-49 | -97% |
| 25-39 | -97% |
| 18-24 | -97% |
| 16-17 | -98% |
| 12-15 | -98% |
| <12 | -97% |

+Change in weekly percentage of ED patients with diagnosed COVID-19 from week of Jan 08, 2022 - Mar 26, 2022

‡The dashed vertical line marks the week of January 2nd - January 8th, when national ED visits for patients diagnosed with COVID-19 began to decrease. The percent change for each age group compares the most recent complete MMWR week to this reference period.

Last Updated: Mar 30, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

## Daily Change in COVID-19 Deaths, United States

January 22, 2020* - March 29, 2022

**976,229**
Total Deaths Reported

**683**
New Deaths Reported**

**644**
Current 7-Day Average**
Mar 23, 2022 - Mar 29, 2022

**755**
Prior 7-Day Average**
Mar 16, 2022 - Mar 22, 2022

**-14.7%**
Change in 7-Day Average

**Peaks in Single Day and 7-Day Average of New Deaths****

| Peak | Single Day Deaths | Single Day Date | 7-Day Average Deaths | 7-Day Average Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 2,703 | 15-Apr-20 | 2,296 | 21-Apr-20 | -72.0% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | -45.1% |
| 3rd Peak | 4,071 | 13-Jan-21 | 3,421 | 13-Jan-21 | -81.2% |
| 4th Peak | 2,433 | 05-May-20 | 1,933 | 15-Sep-21 | -66.7% |
| Latest Peak | 4,178 | 01-Feb-22 | 2,672 | 02-Feb-22 | -75.9% |

4,000
3,000
2,000
1,000
0
New Deaths
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
● New Deaths —— 7-Day Moving Average: New Deaths**

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,744 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.

Last Updated: Mar 30, 2022, 12:01

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

*Restricted Use/Recipients Only* **Page 5 of 10**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000542



## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States

March 01, 2020 – March 27, 2022

846,418,834
Total Test Volume

844,199
Current 7-Day Avg. Daily Test Volume
Mar 17, 2022 – Mar 23, 2022

867,912
Prior 7-Day Avg. Daily Test Volume
Mar 10, 2022 – Mar 16, 2022

-2.7%
Percent Change in 7-Day Avg.

2.3%
Current 7-Day Avg. % Positivity
Mar 21, 2022 – Mar 27, 2022

2.1%
Prior 7-Day Avg. % Positivity
Mar 14, 2022 – Mar 20, 2022

+8.9%
Percent Change in 7-Day Avg.

+0.19
Percentage Point Difference in 7-Day Averages

**Peaks in Single Day and 7-Day Average Percent Positivity**

| Peak | Single Day % Positivity | Single Day Date | 7-Day Average % Positivity | 7-Day Average Date | % Change vs. Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-08-20 | -77.9% |
| 2nd Peak | 16.0% | Jan-03-21 | 15.0% | Jan-03-21 | -84.5% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -57.7% |
| Latest | 30.9% | Jan-02-22 | 29.5% | Jan-07-22 | -92.1% |

**Peaks in Single Day and 7-Day Average Test Volume**

| Peak | Single Day Test Vol | Single Day Date | 7-Day Average Test Vol | 7-Day Average Date | % Change vs. Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 1,110,047 | Jul-22-20 | 977,828 | Jul-24-20 | -13.7% |
| 2nd Peak | 2,340,687 | Jan-06-21 | 1,911,715 | Nov-25-20 | -55.8% |
| 3rd Peak | 1,676,932 | Apr-14-21 | 1,282,776 | Apr-14-21 | -34.2% |
| Latest | 3,139,662 | Jan-05-22 | 2,569,873 | Jan-09-22 | -67.2% |

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-CoV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 30, 2022, 08:07 *HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Week-on-Week Changes

Cases/Deaths: March 22, 2022 – March 28, 2022 | Hospital Admits: March 21, 2022 – March 27, 2022 | Tests: March 20, 2022 – March 26, 2022

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ■ Stable Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▼ | ■ | ▲ | ■ |
| AL | ▲ | ▼ | ▲ | ▼ |
| AR | ▼ | ▼ | ▼ | ■ |
| AS | ▲ | ▲ | ■ | ■ |
| AZ | ▼ | ■ | ▼ | ■ |
| CA | ▼ | ▼ | ▼ | ■ |
| CO | ▼ | ▼ | ▲ | ▲ |
| CT | ▲ | ▼ | ▼ | ▲ |
| DC | ■ | ▼ | ▼ | ■ |
| DE | ▲ | ■ | ▼ | ■ |
| FL | ▲ | ▼ | ▼ | ▲ |
| GA | ▼ | ▼ | ▼ | ■ |
| GU | ▼ | ▼ | ▲ | ▼ |
| HI | ▼ | ▼ | ▼ | ▼ |
| IA | ▼ | ▼ | ▼ | ■ |
| ID | ▼ | ▼ | ▲ | ▼ |
| IL | ■ | ▼ | ■ | ■ |
| IN | ▼ | ▼ | ▼ | ▼ |
| KS | ■ | ▼ | ▼ | ■ |
| KY | ▼ | ▼ | ▼ | ▼ |
| LA | ▼ | ▼ | ▼ | ■ |
| MA | ▲ | ▲ | ▼ | ■ |
| MD | ■ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ME | ■ | ▲ | ▼ | ■ |
| MI | ■ | ▼ | ▼ | ■ |
| MN | ■ | ■ | ■ | ■ |
| MO | ■ | ■ | ▼ | ■ |
| MS | ▼ | ▼ | ▼ | ■ |
| MT | ▼ | ■ | ▼ | ▼ |
| NC | ▲ | ▼ | ▲ | ■ |
| ND | ▼ | ▼ | ▲ | ■ |
| NE | ▲ | ▼ | ▲ | ▼ |
| NH | ■ | ▼ | ▼ | ■ |
| NJ | ■ | ▼ | ▼ | ■ |
| NM | ■ | ▼ | ▼ | ▼ |
| NV | ▲ | ■ | ▼ | ■ |
| NY | ▲ | ■ | ▼ | ▲ |
| OH | ▲ | ▼ | ■ | ■ |
| OK | ▼ | ▼ | ■ | ■ |
| OR | ▼ | ▼ | ■ | ■ |
| PA | ▼ | ▼ | ▼ | ■ |
| PR | ▲ | ▼ | ▲ | ▲ |
| RI | ■ | ▼ | ▲ | ■ |
| SC | ■ | ▼ | ▼ | ■ |
| SD | ▼ | ▼ | ▼ | ■ |
| TN | ▼ | ▼ | ▼ | ▼ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| TX | ■ | ▼ | ▼ | ■ |
| UT | ▼ | ▼ | ▲ | ■ |
| VA | ▼ | ▼ | ▼ | ▼ |
| VI | ▲ | ▲ | ■ | ▼ |
| VT | ■ | ▼ | ▲ | ■ |
| WA | ■ | ▼ | ▼ | ■ |
| WI | ■ | ▼ | ▲ | ■ |
| WV | ▼ | ■ | ■ | ▼ |
| WY | ■ | ▼ | ▼ | ■ |

**Summary of States' Week-on-Week Changes**

| | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ▲ | 13 (24%) | 4 (7%) | 13 (24%) | 5 (9%) |
| ■ | 18 (33%) | 9 (16%) | 8 (15%) | 37 (67%) |
| ▼ | 24 (44%) | 42 (76%) | 34 (62%) | 13 (24%) |

**Weekly change indicators**

- ▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity
- ■ -10% – 10% change in cases, deaths, confirmed COVID admissions; -0.5% – 0.5% change in positivity
- ▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

Last Updated: Mar 30, 2022 *Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect, Unified Hospital Dataset, Unified Testing Dataset; Visualizations: APL/DSEW*

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Areas of Concern

As of 3/29/22, 78 counties (2.5%) are emerging hotspots, a 0.7 pct. pts. increase from the previous week

WA
OR
ID
MT
ND
SD
WY
NV
CA
UT
CO
NE
KS
OK
NM
AZ
TX
MN
IA
MO
AR
LA
WI
MI
IL
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
NJ
DE
MD
NH
VT
ME
MA
RI
AK
HI
AOC Category
Emerging Hotspot
Low or Moderate Burden
Hotspot
Sustained Hotspot
High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

Counties by AOC Category over time

Last Updated: Mar 30, 2022

*Visualizations: APL/DSEW*

## Learning Modalities by School District

Number of Districts Included: 14,201 (represents 95.7% of K-12 students)
% Offering Remote-Only Learning: 0.1%
% Offering Hybrid Learning: 0.5%
% Offering In-Person Learning: 99.4%
Learning Modality
by School District - 25MAR2022
Learning Modality

**Source:** HMM model (learning modalities)
**Source Notes:** The combined model is generated using a Hidden Markov Model (HMM) that infers weekly learning modality classifications (in person, hybrid, remote). The transition probabilities between learning modalities and dataset specific model parameters for the HMM were estimated using K-12 school data from Burbio, MCH Strategic Data, Return to Learn, and State Dashboards collected during the 2020-2021 school year between 8/1/2020 and 7/31/2021. Inferred learning modalities for the 2020-2021 school year are based on data collected since 8/1/2020 from Burbio, MCH Strategic Data, and State Dashboards. Data from Return to Learn are not included in the HMM for the 2021-2022 school year due to discontinued data collection. When inferring the modality in a given week, the reported modalities during that week as well as the previous and subsequent weeks have the greatest impact. Only district-weeks where the estimated probability for the predicted modality is greater than 0.6 are reported.
**Data Notes:** Estimates for current modalities are based on reported modalities between August 1, 2021-March 25, 2022. Total U.S. K-12 enrollment is approximately 50.8M and includes the 17,376 districts with an LEA district type of 1, 2, or 7 and an NCES enrollment greater than 0.

Last Updated: Mar 25, 2022

Sources: HMM Model (learning modalities), MCH Strategic Data (social distancing policies), COVID-19 School Data Team, *Community Profile Report*

*Restricted Use/Recipients Only*

**Page 7 of 10**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000544

| COVID-19 Vaccine Distribution and Administration Reported to the CDC[7] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[8] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[9] | Rate/100K Population | Total[9] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Alabama | 9,408,940 | 191,894 | 6,159,241 | 125,617 | 2,984,016 | 60.9% | 2,483,057 | 50.6% |
| Alaska | 1,484,765 | 202,963 | 1,114,829 | 152,394 | 506,612 | 69.3% | 451,128 | 61.7% |
| Arizona | 14,320,220 | 196,741 | 11,756,616 | 161,520 | 5,387,169 | 74.0% | 4,432,643 | 60.9% |
| Arkansas | 5,955,880 | 197,358 | 4,134,916 | 137,017 | 1,973,876 | 65.4% | 1,628,241 | 54.0% |
| California | 87,339,285 | 221,044 | 72,578,129 | 183,685 | 32,408,992 | 82.0% | 28,085,991 | 71.1% |
| Colorado | 12,063,575 | 209,483 | 10,438,916 | 181,271 | 4,528,237 | 78.6% | 4,015,799 | 69.7% |
| Connecticut | 8,448,025 | 236,952 | 7,387,685 | 207,212 | 3,362,534 | 94.3% | 2,794,654 | 78.4% |
| Delaware | 2,266,455 | 232,752 | 1,754,908 | 180,219 | 817,245 | 83.9% | 665,219 | 68.3% |
| Florida | 46,415,085 | 216,108 | 36,533,381 | 170,099 | 17,048,057 | 79.4% | 14,268,442 | 66.4% |
| Georgia | 21,027,895 | 198,051 | 14,563,133 | 137,163 | 6,798,394 | 64.0% | 5,754,897 | 54.2% |
| Hawaii | 3,353,880 | 236,877 | 2,837,952 | 200,438 | 1,228,843 | 86.8% | 1,100,976 | 77.8% |
| Idaho | 3,276,790 | 183,362 | 2,394,304 | 133,980 | 1,073,063 | 60.0% | 957,944 | 53.6% |
| Illinois | 26,561,245 | 209,609 | 22,057,972 | 174,071 | 9,554,428 | 75.4% | 8,642,870 | 68.2% |
| Indiana | 12,912,680 | 191,804 | 9,312,198 | 138,323 | 4,105,289 | 61.0% | 3,668,527 | 54.5% |
| Iowa | 6,364,155 | 201,712 | 4,972,344 | 157,599 | 2,131,386 | 67.6% | 1,941,400 | 61.5% |
| Kansas | 5,843,315 | 200,573 | 4,499,032 | 154,430 | 2,102,891 | 72.2% | 1,771,171 | 60.8% |
| Kentucky | 8,582,175 | 192,095 | 6,396,841 | 143,181 | 2,902,788 | 65.0% | 2,545,862 | 57.0% |
| Louisiana | 8,022,850 | 172,579 | 6,142,166 | 132,124 | 2,836,891 | 61.0% | 2,471,432 | 53.2% |
| Maine | 3,252,250 | 241,945 | 2,730,713 | 203,146 | 1,196,965 | 89.0% | 1,058,874 | 78.8% |
| Maryland | 15,294,270 | 252,978 | 11,701,167 | 193,546 | 5,108,653 | 84.5% | 4,526,119 | 74.9% |
| Massachusetts | 16,430,010 | 238,375 | 14,433,455 | 209,408 | 6,650,806 | 96.5% | 5,385,972 | 78.1% |
| Michigan | 20,404,410 | 204,313 | 15,455,717 | 154,761 | 6,491,169 | 65.0% | 5,966,478 | 59.7% |
| Minnesota | 12,140,930 | 215,279 | 10,010,588 | 177,504 | 4,194,235 | 74.4% | 3,875,728 | 68.7% |
| Mississippi | 5,387,615 | 181,026 | 3,806,340 | 127,895 | 1,746,490 | 58.7% | 1,531,375 | 51.5% |
| Missouri | 11,238,405 | 183,113 | 8,748,681 | 142,546 | 4,047,041 | 65.9% | 3,410,435 | 55.6% |
| Montana | 1,909,795 | 178,690 | 1,549,860 | 145,012 | 691,810 | 64.7% | 602,263 | 56.4% |
| Nebraska | 3,833,810 | 198,190 | 3,134,548 | 162,042 | 1,341,582 | 69.4% | 1,221,432 | 63.1% |
| Nevada | 5,768,510 | 187,280 | 4,786,943 | 155,412 | 2,316,820 | 75.2% | 1,855,221 | 60.2% |
| New Hampshire | 3,361,430 | 247,217 | 2,364,205 | 173,876 | 1,203,420 | 88.5% | 929,453 | 68.4% |
| New Jersey | 21,326,355 | 240,102 | 16,784,084 | 188,963 | 7,725,201 | 87.0% | 6,653,846 | 74.9% |
| New Mexico | 4,307,145 | 205,412 | 3,821,386 | 182,246 | 1,745,870 | 83.3% | 1,474,390 | 70.3% |
| New York | 44,708,145 | 229,820 | 38,309,963 | 196,930 | 17,373,822 | 89.3% | 14,814,869 | 76.2% |
| North Carolina | 21,274,600 | 202,845 | 16,318,216 | 155,588 | 8,788,353 | 83.8% | 6,278,473 | 59.9% |
| North Dakota | 1,332,600 | 174,868 | 1,067,462 | 140,075 | 503,442 | 66.1% | 416,344 | 54.6% |
| Ohio | 22,360,055 | 191,290 | 17,404,620 | 148,896 | 7,434,474 | 63.6% | 6,783,581 | 58.0% |
| Oklahoma | 7,076,730 | 178,842 | 5,784,281 | 146,180 | 2,808,093 | 71.0% | 2,237,419 | 56.5% |
| Oregon | 9,673,585 | 229,355 | 7,534,423 | 178,637 | 3,260,570 | 77.3% | 2,916,209 | 69.1% |
| Pennsylvania | 29,378,125 | 229,481 | 22,357,701 | 174,642 | 10,765,735 | 84.1% | 8,651,206 | 67.6% |
| Rhode Island | 2,521,025 | 237,976 | 2,157,555 | 203,666 | 953,313 | 90.0% | 863,821 | 81.5% |
| South Carolina | 10,176,475 | 197,651 | 7,372,162 | 143,185 | 3,460,566 | 67.2% | 2,910,479 | 56.5% |
| South Dakota | 1,799,165 | 203,374 | 1,373,393 | 155,245 | 663,728 | 75.0% | 535,051 | 60.5% |
| Tennessee | 12,469,330 | 182,589 | 9,714,188 | 142,245 | 4,298,368 | 62.9% | 3,688,955 | 54.0% |
| Texas | 59,959,135 | 206,785 | 45,197,271 | 155,875 | 21,557,245 | 74.3% | 17,622,693 | 60.8% |
| Utah | 6,091,150 | 189,995 | 5,121,659 | 159,754 | 2,311,647 | 72.1% | 2,044,520 | 63.8% |
| Vermont | 1,728,550 | 277,016 | 1,360,149 | 217,976 | 589,119 | 94.4% | 502,645 | 80.6% |
| Virginia | 19,063,885 | 223,348 | 16,064,392 | 188,206 | 7,200,394 | 84.4% | 6,190,952 | 72.5% |
| Washington | 17,168,595 | 225,461 | 14,041,205 | 184,391 | 6,036,311 | 79.3% | 5,486,067 | 72.0% |
| West Virginia | 3,925,145 | 219,019 | 2,659,677 | 148,407 | 1,156,806 | 64.5% | 1,024,327 | 57.2% |
| Wisconsin | 11,214,045 | 192,601 | 9,974,930 | 171,319 | 4,166,655 | 71.6% | 3,788,693 | 65.1% |
| Wyoming | 947,685 | 163,744 | 738,861 | 127,663 | 338,922 | 58.6% | 295,443 | 51.0% |
| American Samoa | 114,610 | 241,834 | 103,883 | 219,199 | 44,448 | 93.8% | 40,437 | 85.3% |
| CNMI | 123,230 | 237,662 | 107,728 | 207,765 | 45,269 | 87.3% | 43,147 | 83.2% |
| District of Columbia | 1,809,705 | 256,423 | 1,457,054 | 206,455 | 730,817 | 103.6% | 513,929 | 72.8% |

[7] Green shading indicates higher rates of vaccine delivery or administration relative to other jurisdictions. Rates were calculated based on 2019 US Census data for US States, DC, and Puerto Rico; and based on 2020 US Census data for all other US territories.

[8] CNMI = Commonwealth of the Northern Mariana Islands, FEMA = Federal Emergency Management Agency, FSM = Federated States of Micronesia, HRSA = Health Resources and Services Administration, RMI = Republic of Marshall Islands, and USVI = US Virgin Islands

[9] Doses delivered to and administered in each jurisdiction include doses that were delivered to and administered by federal entities and retail pharmacies. Revisions to delivery data from providers may occur on occasion, resulting in a decrease in doses delivered.

| COVID-19 Vaccine Distribution and Administration Reported to the CDC[7] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[8] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[9] | Rate/100K Population | Total[9] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| FSM | 152,900 | 149,433 | 116,858 | 114,208 | 63,435 | 62.0% | 53,505 | 52.3% |
| Guam | 320,060 | 189,959 | 343,495 | 203,868 | 152,819 | 90.7% | 138,303 | 82.1% |
| Marshall Islands | 93,280 | 119,988 | 58,513 | 75,267 | 30,430 | 39.1% | 25,083 | 32.3% |
| Palau | 43,990 | 204,301 | 47,052 | 218,521 | 20,195 | 93.8% | 18,070 | 83.9% |
| Puerto Rico | 7,324,850 | 229,354 | 7,083,158 | 221,786 | 3,052,359 | 95.6% | 2,624,422 | 82.2% |
| US Virgin Islands | 147,060 | 138,357 | 141,527 | 133,152 | 69,986 | 65.8% | 56,414 | 53.1% |
| Unspecified[10] | 881,605 | N/A | 2,045,456 | N/A | 1,340,381 | N/A | 819,543 | N/A |
| USA[11] | 702,181,465 | 211,495 | 560,419,082 | 168,796 | 255,428,475 | 76.9% | 217,556,439 | 65.5% |

N/A=Not available (no data)

Data as of Mar 30, 2022, 06:00 ET; Sources: Data Monitoring and Reporting Section, Vaccine Task Force; COVID Tracker; US Census

[10] Unspecified entities include doses delivered or administered by federal agencies outside the US or in unspecified jurisdictions.

[11] The total doses allocated includes data from federal agencies and pharmacies. The total doses delivered or administered by a jurisdiction includes doses delivered to or administered by federal agencies. The US total also includes doses delivered to or administered by federal agencies where the jurisdiction was not specified.

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

# Regional Trends

U.S. Department of Health & Human Services
Regions

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 3/28/2022.

Cases
Confirmed COVID-19 Hospital Admissions
Deaths
NAAT Positivity

Last updated: Mar 30, 2022

***Restricted Use/Recipients Only***

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **10** of **10**

AZT42AR0000547

# CDC COVID-19 Response Update Report Thursday, March 10, 2022

INTERNAL – NOT FOR FURTHER DISTRIBUTION

Contents

**Summary Report** .... 4
Cases and Deaths by Jurisdiction .... 4
Compilation of US Case Counts .... 5
Trends and Vaccination .... 6
Daily change in COVID-19 Cases, United States .... 6
New Admissions of Patients with Confirmed COVID-19, United States .... 6
Daily Change in COVID-19 Deaths, United States .... 7
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States .... 7
SARS-CoV-2 Variants Circulating in the United States .... 8
Regional Trends in COVID-19 Cases, Hospitalization, Deaths, and SARS-CoV-2 Percent Test Positivity, United States 8
COVID-19 Vaccine Distribution and Administration Reported to the CDC .... 9
Map: Percentage of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States .... 10
Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States .... 11
Percent of People Receiving COVID-19 Vaccine Sex and Date Administered, United State Vaccine .... 11
Percent of People Receiving COVID-19 Vaccine by Age Group and Date Administered, United States .... 12
**Domestic Overview** .... 13
COVID-19 Cases .... 13
Daily Change in COVID-19 Cases, United States .... 13
COVID-19 Cases by HHS Region, United States .... 13
New Cases per 100,000 Population in the Past 7 Days and 7-Day Percent Change .... 14
Geofacet: COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change) .... 14
Map: COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County .... 15
Demographic Distribution of COVID-19 Cases .... 15
COVID-19 Weekly Cases per 100,000 Population by Sex, United States .... 16
COVID-19 Weekly Cases per 100,000 Population by Age Group, United States .... 16
COVID-19 Weekly Cases per 100,000 Population by Age Group and HHS Region, United States .... 17
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States .... 17
COVID-19 Weekly Cases per 100,000 by Race/Ethnicity and HHS Regions, United States .... 18
Proportion of COVID-19 Weekly Cases by Age Group and Race/Ethnicity, United States .... 18
Proportion of COVID-19 Weekly Cases in 18-24 Age Group by Race/Ethnicity and HHS Region, United States .... 19
COVID-19 Weekly Cases per 100,00 Population by Urbanicity, United States .... 19
COVID-19 Weekly Cases per 100,000 Population by Urbanicity and HHS Regions, United States .... 20
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity and Urbanicity, United States .... 20
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, Urbanicity, and HHS Regions, United States .... 21
Map: Cumulative COVID-19 Cases per 100,000 Population by County .... 21
COVID-19 Hospital Data .... 22
New Admissions of Patients with Confirmed COVID-19, United States .... 22
Prevalent Hospitalization of Patients with Confirmed COVID-19, United States .... 22
Rates of New Admissions of Patients with Confirmed COVID-19 by State .... 23
Geofacet: Cumulative 7-Day Admission of Patients with Confirmed COVID-19 per 100 Beds and Percent Change .... 23
Geofacet: Average 7-Day Admission of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change .... 24

*Restricted Use/Recipients Only* Page **1** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000548

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

Map: New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change from Previous Week ..... 24
Map: COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ..... 25
Map: COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ..... 25
New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States ..... 26
New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States ..... 26
COVID-NET: Laboratory Confirmed COVID-19-Associated Hospitalizations by Race/Ethnicity ..... 27
Map: Inpatient Bed Occupancy by State ..... 27
Map: ICU Bed Occupancy by State ..... 28
Outpatient/Emergency Department Visits ..... 28
Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19 ..... 28
COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Room Visits ..... 29
National COVID-19 Activity Indicators ..... 29
Geofacet: Emergency Department Visits for COVID-19 Discharge Diagnosis by State ..... 30
COVID-19 Deaths ..... 30
Daily Change in COVID-19 Deaths, United States ..... 30
COVID-19 Deaths by HHS Region, United States ..... 31
Map: COVID-19 Mortality Rate in the Last 7 Days and Comparison to the Previous 7 Days by County ..... 31
Demographic Distribution of COVID-19 Deaths ..... 32
COVID-19 Weekly Deaths per 100,000 Population by Sex, United States ..... 32
COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States ..... 33
COVID-19 Weekly Deaths per 100,000 Population by Age Group and HHS Regions, United States ..... 33
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States ..... 34
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and HHS Region, United States ..... 34
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity by Age Group, United States ..... 35
COVID-19 Weekly Proportion of Deaths by Age Group and Race/Ethnicity, United States ..... 35
COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States ..... 36
COVID-19 Weekly Deaths per 100,000 Population by Urbanicity and HHS Region, United States ..... 36
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and Urbanicity, United States ..... 37
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per Urbanicity and HHS Region, United States37
Map: Cumulative COVID-19 Deaths per 100,000 Population by County ..... 38
COVID-19 Testing ..... 38
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States ..... 38
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Results Reported by HHS Region, United States ..... 39
SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction ..... 39
Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days and 7-Day Difference ..... 40
Geofacet: 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages ..... 40
Map: Viral (RT-PCR) Lab Test Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County ..... 41
SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing ..... 41
Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume ..... 42
Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region ..... 42
COVID-19 Cases, Deaths, and Laboratory Testing Overview by Jurisdiction, United States ..... 43
Cases and Deaths in Skilled Nursing Facilities (SNFs) ..... 43
COVID-19 Cases Among Staff in SNFs ..... 43
COVID-19 Cases Among Residents in SNFs ..... 44
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in SNFs ..... 44
COVID-19 Deaths Among Staff in SNFs ..... 45

Restricted Use/Recipients Only Page 2 of 66
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov
AZT42AR0000549

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

COVID-19 Deaths Among Residents in SNFs ... 45
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in SNFs ... 46
Map: COVID-19 Cases Among Residents in SNFs, Percent of SNFs with ≥1 Confirmed Cases, Last 4 Weeks ... 46
Excess Deaths ... 47
Pneumonia, Influenza, and COVID-19 (PIC) Mortality ... 47
Weekly Number of Deaths – Comparing Excess Deaths Including and Excluding COVID-19 ... 48
Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States ... 48
COVID-19 National Forecasts ... 49
New COVID-19 Cases per 100,000 Population ... 49
Estimated New COVID-19 Cases ... 49
New COVID-19 Hospitalizations per 100,000 Population ... 50
New and Cumulative COVID-19 Deaths per 100,000 Population ... 50
Estimated New COVID-19 Deaths ... 51
**Special Populations ... 51**
COVID-19 Cases and Deaths in US Healthcare Workers ... 51
Multisystem Inflammatory Syndrome in Children (MIS-C) in the United States ... 52
Map: Reported MIS-C Case Ranges by Jurisdiction ... 52
Daily MIS-C Cases and COVID-19 Cases Reported to CDC (7-Day Moving Average) ... 52
Characteristics of Reported MIS-C Patients ... 53
COVID-19 Among Pregnant Women in the US ... 53
Cases and Deaths in US Correctional and Detention Facilities ... 54
COVID-19 Related School Closures and Policies ... 55
Map: School Closures – Past 4 Weeks, United States ... 55
School Closures by State, 2021-22 School Year ... 55
School Closures by Reason, 2021-22 School Year ... 56
Map: Learning Modalities by School District ... 56
**International Summary ... 57**
WHO COVID-19 Global Cases and Deaths ... 57
Weekly COVID-19 International Situation Update ... 57
Global Vaccinations Summary ... 61
COVID-19 Variants of Concern ... 62
**CDC Response by the Numbers and Deployment Summary ... 63**
COVID-19 Response by the Numbers ... 63
Current CDC COVID-19 Domestic Deployments by State ... 63
Health Department and High-Risk Settings Deployments ... 64
**CDC Website Updates – COVID-19 Response ... 64**
**Appendix: Reporting Frequencies by Jurisdiction ... 65**

***Restricted Use/Recipients Only***
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*
Page **3** of **66**
AZT42AR0000550



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Summary Report

## Cases and Deaths by Jurisdiction

*Note: Aggregate case and death data are updated Monday through Saturday.*

*The CDC numbers have been reviewed and approved by states and are suitable for use in all official communications.*[1]

*Data Through: Mar 09, 2022 Last Updated: Mar 10, 2022, 10:30*

Number of jurisdictions reporting (not including Navajo Nation): 55 of 60

**COVID-19 Cases and Deaths by Jurisdiction**[2]

| Area[3] | Cases | | | | | | Deaths | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Latest 30-Day CFR[6] | Deaths per Pop |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
| AK | 234,865 | 1,471 | 376 | 32,105 | 201 | 51 | 1,168 | 10 | 1 | 160 | 1.4 | 0.2 | 0.7% | 1 in 626 |
| AL[7, 8] | 1,288,460 | 481 | 460 | 26,278 | 10 | 9 | 18,766 | - | 1 | 383 | - | 0.0 | 1.6% | 1 in 261 |
| AR | 824,469 | 543 | 462 | 27,320 | 18 | 15 | 10,799 | 39 | 27 | 358 | 1.3 | 0.9 | 3.2% | 1 in 279 |
| AZ | 1,987,318 | 6,549 | 936 | 27,303 | 90 | 13 | 28,090 | 382 | 55 | 386 | 5.2 | 0.7 | 2.6% | 1 in 259 |
| CA | 9,007,008 | 4,985 | 5,503 | 22,795 | 13 | 14 | 86,025 | 171 | 157 | 218 | 0.4 | 0.4 | 1.6% | 1 in 459 |
| CO | 1,322,637 | 1,135 | 987 | 22,967 | 20 | 17 | 11,835 | 6 | 5 | 206 | 0.1 | 0.1 | 0.9% | 1 in 487 |
| CT[9] | 729,063 | 330 | 295 | 20,449 | 9 | 8 | 10,609 | 18 | 14 | 298 | 0.5 | 0.4 | 2.6% | 1 in 336 |
| DE | 257,438 | 71 | 98 | 26,437 | 7 | 10 | 2,752 | - | 6 | 283 | - | 0.6 | 3.3% | 1 in 354 |
| FL[8] | 5,823,350 | 1,511 | 1,553 | 27,113 | 7 | 7 | 71,474 | - | 2 | 333 | - | 0.0 | 1.8% | 1 in 300 |
| GA | 2,474,277 | 1,221 | 908 | 23,304 | 11 | 9 | 36,026 | 80 | 61 | 339 | 0.8 | 0.6 | 4.2% | 1 in 295 |
| HI | 231,844 | 122 | 161 | 16,375 | 9 | 11 | 1,342 | - | 2 | 95 | - | 0.1 | 1.3% | 1 in 1,055 |
| IA | 756,359 | 102 | 191 | 23,973 | 3 | 6 | 9,262 | - | 13 | 294 | - | 0.4 | 3.2% | 1 in 341 |
| ID | 436,033 | 1,052 | 937 | 24,399 | 59 | 52 | 4,807 | 11 | 5 | 269 | 0.6 | 0.3 | 0.7% | 1 in 372 |
| IL | 3,042,495 | 1,634 | 1,113 | 24,010 | 13 | 9 | 37,214 | 34 | 29 | 294 | 0.3 | 0.2 | 2.6% | 1 in 341 |
| IN | 1,685,997 | 465 | 476 | 25,044 | 7 | 7 | 23,115 | 77 | 27 | 343 | 1.1 | 0.4 | 3.8% | 1 in 291 |
| KS | 768,422 | 552 | 208 | 26,376 | 19 | 7 | 8,003 | 15 | 4 | 275 | 0.5 | 0.1 | 1.4% | 1 in 364 |
| KY | 1,292,832 | 1,835 | 1,488 | 28,937 | 41 | 33 | 14,218 | 46 | 40 | 318 | 1.0 | 0.9 | 0.7% | 1 in 314 |
| LA | 1,165,736 | 363 | 275 | 25,076 | 8 | 6 | 16,832 | 19 | 22 | 362 | 0.4 | 0.5 | 3.4% | 1 in 276 |
| MA | 1,679,034 | 787 | 775 | 24,360 | 11 | 11 | 23,708 | 29 | 26 | 344 | 0.4 | 0.4 | 3.0% | 1 in 291 |
| MD | 1,005,716 | 383 | 315 | 16,635 | 6 | 5 | 14,229 | 11 | 10 | 235 | 0.2 | 0.2 | 2.8% | 1 in 425 |
| ME | 231,758 | 471 | 355 | 17,241 | 35 | 26 | 2,140 | 2 | 9 | 159 | 0.1 | 0.7 | 2.7% | 1 in 628 |
| MI | 2,369,853 | 1,112 | 905 | 23,730 | 11 | 9 | 35,135 | 128 | 53 | 352 | 1.3 | 0.5 | 3.5% | 1 in 284 |
| MN | 1,420,720 | 571 | 647 | 25,192 | 10 | 11 | 12,428 | 17 | 14 | 220 | 0.3 | 0.2 | 1.2% | 1 in 454 |
| MO | 1,402,202 | 566 | 573 | 22,847 | 9 | 9 | 19,344 | 7 | 37 | 315 | 0.1 | 0.6 | 4.0% | 1 in 317 |
| MS | 792,129 | 163 | 216 | 26,616 | 5 | 7 | 12,228 | 22 | 16 | 411 | 0.7 | 0.5 | 4.0% | 1 in 243 |
| MT | 271,464 | 128 | 481 | 25,399 | 12 | 45 | 3,211 | 2 | 3 | 300 | 0.2 | 0.3 | 0.9% | 1 in 333 |
| NC | 2,604,971 | 1,833 | 1,002 | 24,837 | 17 | 10 | 22,864 | 47 | 11 | 218 | 0.4 | 0.1 | 1.1% | 1 in 459 |
| ND | 238,955 | 92 | 86 | 31,356 | 12 | 11 | 2,218 | 4 | 3 | 291 | 0.5 | 0.4 | 1.1% | 1 in 344 |
| NE | 476,806 | 117 | 114 | 24,649 | 6 | 6 | 4,025 | 3 | 3 | 208 | 0.2 | 0.2 | 3.6% | 1 in 481 |
| NH | 299,873 | 124 | 152 | 22,054 | 9 | 11 | 2,408 | - | 2 | 177 | - | 0.1 | 0.9% | 1 in 565 |
| NJ | 2,177,598 | 965 | 1,077 | 24,516 | 11 | 12 | 33,054 | 4 | 13 | 372 | 0.0 | 0.1 | 2.3% | 1 in 269 |
| NM | 514,511 | 341 | 280 | 24,538 | 16 | 13 | 7,026 | 16 | 12 | 335 | 0.8 | 0.6 | 2.3% | 1 in 298 |
| NV | 686,806 | 570 | 338 | 22,298 | 19 | 11 | 9,875 | 31 | 17 | 321 | 1.0 | 0.6 | 3.7% | 1 in 312 |
| NYC[10] | 2,284,672 | 875 | 675 | 27,203 | 10 | 8 | 39,914 | (1) | 8 | 475 | NA | 0.1 | 3.0% | 1 in 210 |
| NY | 2,640,378 | 1,161 | 1,085 | 23,884 | 11 | 10 | 27,081 | 18 | 12 | 245 | 0.2 | 0.1 | 1.4% | 1 in 408 |
| OH | 2,661,557 | 829 | 771 | 22,770 | 7 | 7 | 37,212 | - | 56 | 318 | - | 0.5 | 6.1% | 1 in 314 |
| OK | 1,027,136 | 1,064 | 540 | 25,958 | 27 | 14 | 13,513 | 235 | 34 | 341 | 5.9 | 0.8 | 3.8% | 1 in 293 |

[1] Aggregated cases and deaths may include probable cases and/or deaths based on reporting practices that differ by jurisdiction. Jurisdictions may submit data directly to CDC which may differ from data reported on their official websites. See About CDC COVID-19 Data on the CDC Webpage. Totals for new cases and new deaths reported in the last 24 hours and the 7-day averages do not include historical cases or deaths reported retroactively. Historical cases and deaths are still reflected in the cumulative totals, nationally and by jurisdiction. See the footnotes for historical cases and deaths reported in the past week per jurisdiction, if any.
[2] Darker shading in columns corresponds to higher values.
[3] AS = American Samoa; CNMI = Commonwealth of Northern Mariana Islands; DC = District of Columbia; FSM = Federated States of Micronesia; GU = Guam; NN = Navajo Nation; PR = Puerto Rico; PW = Palau; RMI = Republic of the Marshall Islands; USVI = US Virgin Islands.
[4] These data represent new cases and deaths reported since the last update. Counts may have decreased from the previous report due to reclassification of cases to other case classifications (e.g., probable to confirmed) by jurisdictions.
[5] Population denominators are based on 2019 US Census data for states, PR, & DC; 2020 US Census data for all other US territories; and 2018 US Census data for NYC.
[6] Percent change in cases, deaths, and case fatality rates (CFR) were not calculated when the denominator was less than five.
[7] Alabama reported historical cases on Mar 04, 2022 (2,654).
[8] Updated time series data - assigned retroactively reported historical cases / deaths to the appropriate date.
[9] Connecticut reported historical cases on Mar 07, 2022 (2,211) and Mar 08, 2022 (972).
[10] New York City reported one fewer death than yesterday.

*Restricted Use/Recipients Only* Page **4** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000551

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

**COVID-19 Cases and Deaths by Jurisdiction[2]**

| Area[3] | Cases | | | | | | Deaths | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Latest 30-Day CFR[6] | Deaths per Pop |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
| OR | 698,564 | 437 | 463 | 16,563 | 10 | 11 | 6,800 | 28 | 21 | 161 | 0.7 | 0.5 | 1.5% | 1 in 620 |
| PA | 2,766,270 | 1,219 | 982 | 21,608 | 10 | 8 | 43,730 | 38 | 44 | 342 | 0.3 | 0.3 | 3.2% | 1 in 293 |
| RI | 339,762 | 165 | 148 | 32,072 | 16 | 14 | 3,419 | - | 1 | 323 | - | 0.1 | 0.7% | 1 in 310 |
| SC | 1,464,132 | 212 | 293 | 28,437 | 4 | 6 | 17,251 | 30 | 45 | 335 | 0.6 | 0.9 | 3.4% | 1 in 298 |
| SD | 236,503 | 71 | 53 | 26,734 | 8 | 6 | 2,844 | 1 | 4 | 321 | 0.1 | 0.5 | 3.1% | 1 in 311 |
| TN | 2,014,649 | 701 | 669 | 29,501 | 10 | 10 | 24,804 | 72 | 24 | 363 | 1.1 | 0.3 | 1.9% | 1 in 275 |
| TX | 6,583,747 | 5,191 | 3,733 | 22,706 | 18 | 13 | 84,645 | 132 | 107 | 292 | 0.5 | 0.4 | 2.6% | 1 in 343 |
| UT | 925,089 | 198 | 214 | 28,855 | 6 | 7 | 4,494 | 9 | 8 | 140 | 0.3 | 0.3 | 1.4% | 1 in 713 |
| VA | 1,651,954 | 1,659 | 1,037 | 19,354 | 19 | 12 | 19,165 | 35 | 37 | 225 | 0.4 | 0.4 | 3.1% | 1 in 445 |
| VT | 105,365 | 188 | 124 | 16,886 | 30 | 20 | 578 | - | 1 | 93 | - | 0.1 | 0.8% | 1 in 1,080 |
| WA | 1,434,783 | 1,531 | 1,171 | 18,842 | 20 | 15 | 12,133 | 28 | 26 | 159 | 0.4 | 0.3 | 1.3% | 1 in 628 |
| WI | 1,576,701 | 573 | 463 | 27,080 | 10 | 8 | 13,620 | 58 | 32 | 234 | 1.0 | 0.5 | 2.8% | 1 in 427 |
| WV | 494,030 | 377 | 427 | 27,566 | 21 | 24 | 6,488 | 18 | 15 | 362 | 1.0 | 0.9 | 2.1% | 1 in 276 |
| WY | 155,629 | 71 | 50 | 26,890 | 12 | 9 | 1,749 | - | 1 | 302 | - | 0.2 | 2.0% | 1 in 331 |
| AS | 352 | 48 | 29 | 743 | 101 | 62 | - | - | - | - | - | - | - | N/A |
| CNMI | 10,326 | 42 | 58 | 19,915 | 81 | 111 | 30 | - | - | 58 | - | - | 0.2% | 1 in 1,728 |
| DC[11] | 135,086 | - | 58 | 19,141 | - | 8 | 1,324 | - | 0 | 188 | - | 0.1 | 0.7% | 1 in 533 |
| FSM[11] | 7 | - | - | 7 | - | - | - | - | - | - | - | - | - | N/A |
| GU[11] | 46,000 | - | 108 | 27,301 | - | 64 | 335 | - | 1 | 199 | - | 0.3 | 0.4% | 1 in 503 |
| PR | 475,379 | 449 | 239 | 14,885 | 14 | 7 | 4,146 | 6 | 3 | 130 | 0.2 | 0.1 | 2.0% | 1 in 770 |
| PW[11] | 3,888 | - | 9 | 18,057 | - | 43 | 6 | - | - | 28 | - | - | 0.6% | 1 in 3,589 |
| RMI[11] | 4 | - | - | 5 | - | - | - | - | - | - | - | - | - | N/A |
| USVI | 15,444 | 4 | 5 | 14,530 | 4 | 5 | 109 | - | - | 103 | - | - | 1.5% | 1 in 975 |
| **Total** | **79,248,406** | **49,710** | **37,147** | **23,869** | **15** | **11** | **961,620** | **1,938** | **1,180** | **290** | **0.6** | **0.4** | **2.3%** | **1 in 345** |
| | | | | | | | | | | | | | | |
| NN[12] | 52,673 | 10 | 23 | 14,759 | 3 | 7 | 1,655 | 1 | 1 | 464 | 0.3 | 0.2 | 0.5% | 1 in 216 |

*See appendix for additional notes on jurisdictions' reporting frequencies.*

*Compilation of US Case Counts*

| Reporting Source[13] | Data as of (EST) | Cases | New Cases | Deaths | New Deaths |
|---|---|---|---|---|---|
| Official sources (see table above) | Mar 10, 10:30 | 79,248,406 | 49,710 | 961,620 | 1,938 |
| 1Point3Acres | Mar 10, 09:01 | 79,667,174 | 49,713 | 976,408 | 3,398 |
| Johns Hopkins | Mar 10, 08:21 | 79,406,602 | 34,737 | 963,819 | 1,745 |
| New York Times | Mar 10, NA | 79,315,498 | 47,421 | 962,498 | 1,811 |
| WorldoMeter | Mar 10, 08:52 | 81,064,103 | 51,148 | 989,473 | 1,858 |

[11] Jurisdiction did not provide an update.

[12] Cases in the Navajo Nation were likely also reported by Arizona, New Mexico, and Utah.

[13] Data from other organizations were not reviewed of validated by CDC and may include data derived from open media sources not represented on official state public health department websites. New cases and new deaths may include retroactively reported events. USAFacts has been removed as a reporting source due to lags that affect timeliness of reporting.

**Restricted Use/Recipients Only** Page **5** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000552

## Trends and Vaccination

### Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 09, 2022

79,248,406
Total Cases Reported

49,710
New Cases Reported**

37,147
Current 7-Day Average**
Mar 03, 2022 - Mar 09, 2022

52,156
Prior 7-Day Average**
Feb 24, 2022 - Mar 02, 2022

-28.8%
Change in 7-Day Average

Peaks in Single Day and 7-Day Average of New Cases**

| Peak | Single Day: Cases | Single Day: Date | 7-Day Average: Cases | 7-Day Average: Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 34,900 | 24-Apr-20 | 31,301 | 10-Apr-20 | 18.7% |
| 2nd Peak | 77,054 | 17-Jul-20 | 67,558 | 23-Jul-20 | -45.0% |
| 3rd Peak | 293,767 | 08-Jan-21 | 250,294 | 11-Jan-21 | -85.2% |
| 4th Peak | 78,408 | 17-Apr-21 | 69,635 | 13-Apr-21 | -46.7% |
| 5th Peak | 198,752 | 01-Sep-21 | 164,479 | 01-Sep-21 | -77.4% |
| Latest Peak | 1,302,179 | 10-Jan-22 | 809,346 | 15-Jan-22 | -95.4% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 457,051 historical cases reported retroactively, none were reported on the most recent submission date; 5,837 in the current week; and 27,211 in the prior week.

Last Updated: Mar 10, 2022, 10:37

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CC CPR DEO Situational Awareness Public Health Science Team*

### New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 08, 2022

4,558,964
Total New Admissions
Aug 01, 2020 – Mar 08, 2022

2,779
New Admissions
Mar 08, 2022

3,113
Current 7-Day Average
Mar 02, 2022 – Mar 08, 2022

4,293
Prior 7-Day Average
Feb 23, 2022 – Mar 01, 2022

-27.5%
Change in 7-Day Average

Peak in New Admissions and Highest 7-Day Moving Average*

| Peak | Single Day: New Admissions | Single Day: Date | 7-Day Average: New Admissions | 7-Day Average: Date |
|---|---|---|---|---|
| 1st Peak | 17,965 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 23,061 | Jan 12, 2022 | 21,622 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,251). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Daily Change in COVID-19 Deaths, United States

January 22, 2020* - March 09, 2022

961,620
Total Deaths Reported
1,938
New Deaths Reported**
1,180
Current 7-Day Average**
Mar 03, 2022 - Mar 09, 2022
1,572
Prior 7-Day Average**
Feb 24, 2022 - Mar 02, 2022
-25.0%
Change in 7-Day Average
New Deaths
4,000
3,000
2,000
1,000
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
New Deaths
7-Day Moving Average, New Deaths**

Peaks in Single Day and 7-Day Average of New Deaths**

| Peak | Single Day Deaths | Single Day Date | 7-Day Average Deaths | 7-Day Average Date | % Change vs. Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 2,703 | 15-Apr-20 | 2,296 | 21-Apr-20 | -48.6% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | 0.6% |
| 3rd Peak | 4,070 | 13-Jan-21 | 3,420 | 13-Jan-21 | -65.5% |
| 4th Peak | 2,427 | 14-Sep-21 | 1,929 | 15-Sep-21 | -38.9% |
| Latest Peak | 4,139 | 01-Feb-22 | 2,646 | 02-Feb-22 | -55.4% |

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,882 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.

Last Updated: Mar 10, 2022, 10:37

*Data Source: CDC Case Surveillance; state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States

March 01, 2020 – March 07, 2022

828,231,438
Total Test Volume

948,207
Current 7-Day Avg. Daily Test Volume
Feb 25, 2022 – Mar 03, 2022

1,019,890
Prior 7-Day Avg. Daily Test Volume
Feb 18, 2022 – Feb 24, 2022

-7.0%
Percent Change in 7-Day Avg.

2.8%
Current 7-Day Avg. % Positivity
Mar 01, 2022 – Mar 07, 2022

3.9%
Prior 7-Day Avg. % Positivity
Feb 22, 2022 – Feb 28, 2022

-28.4%
Percent Change in 7-Day Avg.

-1.10
Percentage Point Difference in 7-Day Averages

Peaks in Single Day and 7-Day Average Percent Positivity

| Peak | Single Day % Positivity | Single Day Date | 7-Day Average % Positivity | 7-Day Average Date | % Change vs. Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-08-20 | -73.7% |
| 2nd Peak | 16.0% | Jan-03-21 | 15.0% | Jan-03-21 | -81.6% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -49.7% |
| Latest | 30.9% | Jan-02-22 | 29.4% | Jan-07-22 | -90.6% |

Peaks in Single Day and 7-Day Average Test Volume

| Peak | Single Day Test Vol | Single Day Date | 7-Day Average Test Vol | 7-Day Average Date | % Change vs. Current 7-Day Average |
|---|---|---|---|---|---|
| 1st Peak | 1,109,590 | Jul-22-20 | 977,785 | Jul-24-20 | -3.0% |
| 2nd Peak | 2,339,162 | Jan-06-21 | 1,911,211 | Nov-25-20 | -50.4% |
| 3rd Peak | 1,676,519 | Apr-14-21 | 1,282,496 | Apr-14-21 | -26.1% |
| Latest | 3,133,938 | Jan-05-22 | 2,568,082 | Jan-09-22 | -63.0% |

3.0M
2.5M
2.0M
1.5M
1.0M
0.5M
0.0M
Daily Test Volume
30%
20%
10%
0%
7-Day Avg. Percent Positivity
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Date Reported
Daily Test Volume
7-day Avg Daily Test Volume
7-Day Avg. Percent Positivity

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 10, 2022, 08:49

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 7 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000554



**_COVID-19 Response Update Thursday, Mar 10, 2022_** _INTERNAL – NOT FOR FURTHER DISTRIBUTION_

## SARS-CoV-2 Variants Circulating in the United States

November 28, 2021 – March 05, 2022

% Viral Lineages Among Infections
Collection date, week ending

USA

| WHO label | Lineage # | US Class | %Total | 95%PI |
|---|---|---|---|---|
| Omicron | BA.1.1 | VOC | 73.7% | 70.1-77.0% |
| | B.1.1.529 | VOC | 14.7% | 12.4-17.4% |
| | BA.2 | VOC | 11.6% | 9.8-13.6% |
| Delta | B.1.617.2 | VOC | 0.0% | 0.0-0.0% |
| Other | Other* | | 0.0% | 0.0-0.0% |

* Enumerated lineages are US VOC and lineages circulating above 1% nationally in at least one week period. "Other" represents the aggregation of lineages which are circulating <1% nationally during all weeks displayed.
** These data include Nowcast estimates, which are modeled projections that may differ from weighted estimates generated at later dates
\# AY.1-AY.133 and their sublineages are aggregated with B.1.617.2. BA.1 and BA.3 are aggregated with B.1.1.529. For regional data, BA.1.1 is also aggregated with B.1.1.529, as it currently cannot be reliably called in each region.

Data shows estimated biweekly prevalence of the most common SARS-COV-2 lineages circulating in the United States based on >40,000 sequences collected since Dec 20, 2020. Data are subject to change over time and will be updated as more data become available. Variant proportions in Figure 1 are adjusted using statistical weighting to correct for the non-random sampling of sequencing data over time and across states and to provide more representative national estimates. Estimated weights come from laboratory data providing the number of reverse transcription polymerase chain reaction (RT-PCR) tests and number of positive RT-PCR test results stratified by state, specimen collection date, and by genomic surveillance data source, using a survey-design-based approach. COVID-19 laboratory data sources include commercial and reference laboratories, public health laboratories, hospital laboratories, and other testing locations.

Last Updated: Mar 09, 2022

_Source: CDC National Genomic Surveillance Program_

## Regional Trends in COVID-19 Cases, Hospitalizations, Deaths, and SARS-CoV-2 Percent Test Positivity, United States

March 1, 2020 - March 7, 2022

The trend line is based on a 7-day rolling average of new cases and new deaths (excluding historical counts), percent viral lab positivity, or new hospital admissions. Numbers shown are the current 7-day average and change in average since the previous 7-day period. Change was measured by percent difference (P1 - P0) in percent change for viral lab positivity and percent change ((N1 - N0)/N0) for cases, deaths, and hospitalization.
* Hospitals reported minimal data to HHS prior to Aug 1, 2020.
** Lab data may be delayed up to two weeks and should be interpreted with caution.

REGION 1
REGION 2
REGION 3
REGION 4
REGION 5
REGION 6
REGION 7
REGION 8
REGION 9
REGION 10
NEW CASES
200K
100K
0K
2,231 (-27%)
3,142 (-11%)
3,050 (-35%)
7,627 (-33%)
4,804 (-45%)
5,320 (-24%)
1,211 (-44%)
2,144 (-39%)
6,004 (-50%)
3,215 (-45%)
HOSPITAL ADMISSIONS*
4K
2K
0K
96 (-27%)
242 (-19%)
300 (-26%)
672 (-30%)
470 (-27%)
505 (-26%)
152 (-31%)
125 (-21%)
600 (-17%)
136 (-22%)
NEW DEATHS
2000
1000
0
54 (-35%)
50 (-35%)
132 (-26%)
208 (-32%)
210 (-45%)
186 (-31%)
56 (-40%)
20 (-35%)
184 (-46%)
58 (-21%)
VIRAL (NAAT) LAB POSITIVITY**
100%
50%
0%
2% (-1%)
2% (0%)
3% (-2%)
4% (-2%)
3% (-1%)
4% (-2%)
4% (-2%)
4% (-1%)
3% (-1%)
4% (-1%)
Last Updated: Mar 10, 2022
Data Sources: HHS Protect; JCC DSEW; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

**_Restricted Use/Recipients Only_** **Page 8 of 66**
_For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov_

AZT42AR0000555

| COVID-19 Vaccine Distribution and Administration Reported to the CDC[14] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[15] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[16] | Rate/100K Population | Total[16] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Alabama | 9,315,840 | 189,996 | 6,124,293 | 124,904 | 2,973,643 | 60.6% | 2,471,885 | 50.4% |
| Alaska | 1,458,665 | 199,395 | 1,106,099 | 151,200 | 504,099 | 68.9% | 448,898 | 61.4% |
| Arizona | 14,166,920 | 194,635 | 11,617,378 | 159,607 | 5,346,969 | 73.5% | 4,394,704 | 60.4% |
| Arkansas | 5,909,420 | 195,819 | 4,104,598 | 136,013 | 1,965,331 | 65.1% | 1,619,551 | 53.7% |
| California | 86,472,725 | 218,851 | 71,979,632 | 182,171 | 32,239,730 | 81.6% | 27,941,666 | 70.7% |
| Colorado | 11,940,175 | 207,340 | 10,368,780 | 180,053 | 4,513,391 | 78.4% | 3,998,681 | 69.4% |
| Connecticut | 8,352,535 | 234,274 | 7,328,468 | 205,551 | 3,348,795 | 93.9% | 2,782,071 | 78.0% |
| Delaware | 2,239,255 | 229,959 | 1,742,565 | 178,951 | 813,968 | 83.6% | 661,447 | 67.9% |
| Florida | 45,931,345 | 213,856 | 36,287,516 | 168,954 | 16,973,753 | 79.0% | 14,207,223 | 66.1% |
| Georgia | 20,791,595 | 195,825 | 14,441,599 | 136,018 | 6,764,507 | 63.7% | 5,720,015 | 53.9% |
| Hawaii | 3,331,580 | 235,302 | 2,819,420 | 199,130 | 1,223,934 | 86.4% | 1,097,154 | 77.5% |
| Idaho | 3,238,990 | 181,246 | 2,377,374 | 133,032 | 1,068,926 | 59.8% | 952,719 | 53.3% |
| Illinois | 26,320,045 | 207,705 | 21,906,684 | 172,877 | 9,539,962 | 75.3% | 8,597,474 | 67.8% |
| Indiana | 12,712,080 | 188,825 | 9,243,373 | 137,301 | 4,089,560 | 60.7% | 3,650,556 | 54.2% |
| Iowa | 6,278,355 | 198,993 | 4,944,249 | 156,708 | 2,125,171 | 67.4% | 1,933,694 | 61.3% |
| Kansas | 5,778,215 | 198,338 | 4,470,240 | 153,442 | 2,095,158 | 71.9% | 1,763,080 | 60.5% |
| Kentucky | 8,458,875 | 189,335 | 6,347,335 | 142,073 | 2,889,750 | 64.7% | 2,530,690 | 56.6% |
| Louisiana | 7,943,190 | 170,866 | 6,089,784 | 130,997 | 2,823,165 | 60.7% | 2,453,890 | 52.8% |
| Maine | 3,209,050 | 238,731 | 2,714,243 | 201,921 | 1,193,586 | 88.8% | 1,056,034 | 78.6% |
| Maryland | 15,110,610 | 249,941 | 11,579,870 | 191,540 | 5,078,619 | 84.0% | 4,493,417 | 74.3% |
| Massachusetts | 16,279,190 | 236,187 | 14,342,533 | 208,089 | 6,622,131 | 96.1% | 5,367,438 | 77.9% |
| Michigan | 20,174,130 | 202,007 | 15,363,600 | 153,838 | 6,471,868 | 64.8% | 5,942,850 | 59.5% |
| Minnesota | 12,040,470 | 213,497 | 9,949,570 | 176,422 | 4,182,661 | 74.2% | 3,860,960 | 68.5% |
| Mississippi | 5,328,135 | 179,028 | 3,778,600 | 126,963 | 1,738,883 | 58.4% | 1,521,806 | 51.1% |
| Missouri | 11,130,145 | 181,349 | 8,695,633 | 141,682 | 4,032,782 | 65.7% | 3,395,307 | 55.3% |
| Montana | 1,892,195 | 177,043 | 1,541,224 | 144,204 | 689,764 | 64.5% | 599,747 | 56.1% |
| Nebraska | 3,791,110 | 195,983 | 3,095,065 | 160,001 | 1,334,191 | 69.0% | 1,212,894 | 62.7% |
| Nevada | 5,701,910 | 185,118 | 4,745,377 | 154,063 | 2,306,493 | 74.9% | 1,846,071 | 59.9% |
| New Hampshire | 3,312,730 | 243,635 | 2,557,868 | 188,119 | 1,376,904 | 101.3% | 948,862 | 69.8% |
| New Jersey | 21,110,735 | 237,675 | 16,662,231 | 187,591 | 7,693,680 | 86.6% | 6,621,570 | 74.5% |
| New Mexico | 4,274,445 | 203,853 | 3,789,313 | 180,716 | 1,736,717 | 82.8% | 1,466,191 | 69.9% |
| New York | 44,285,145 | 227,645 | 38,051,819 | 195,603 | 17,308,059 | 89.0% | 14,743,692 | 75.8% |
| North Carolina | 21,026,800 | 200,483 | 16,201,828 | 154,478 | 8,740,855 | 83.3% | 6,246,270 | 59.6% |
| North Dakota | 1,316,900 | 172,807 | 1,065,336 | 139,796 | 502,680 | 66.0% | 415,495 | 54.5% |
| Ohio | 22,078,055 | 188,877 | 17,297,241 | 147,978 | 7,410,971 | 63.4% | 6,753,624 | 57.8% |
| Oklahoma | 7,024,530 | 177,523 | 5,745,840 | 145,208 | 2,796,555 | 70.7% | 2,225,298 | 56.2% |
| Oregon | 9,580,785 | 227,155 | 7,479,579 | 177,336 | 3,248,457 | 77.0% | 2,904,737 | 68.9% |
| Pennsylvania | 29,038,225 | 226,826 | 22,192,408 | 173,351 | 10,710,588 | 83.7% | 8,606,988 | 67.2% |
| Rhode Island | 2,500,425 | 236,031 | 2,141,380 | 202,139 | 949,590 | 89.6% | 858,254 | 81.0% |
| South Carolina | 10,062,975 | 195,446 | 7,328,492 | 142,336 | 3,447,803 | 67.0% | 2,897,171 | 56.3% |
| South Dakota | 1,774,165 | 200,548 | 1,361,824 | 153,938 | 659,952 | 74.6% | 532,109 | 60.1% |
| Tennessee | 12,323,330 | 180,451 | 9,644,453 | 141,224 | 4,282,218 | 62.7% | 3,672,213 | 53.8% |
| Texas | 59,247,995 | 204,332 | 44,693,438 | 154,137 | 21,362,554 | 73.7% | 17,494,744 | 60.3% |
| Utah | 6,027,350 | 188,005 | 5,079,891 | 158,452 | 2,301,610 | 71.8% | 2,033,030 | 63.4% |
| Vermont | 1,708,950 | 273,875 | 1,352,416 | 216,737 | 587,307 | 94.1% | 501,669 | 80.4% |
| Virginia | 18,851,205 | 220,856 | 15,951,612 | 186,885 | 7,174,965 | 84.1% | 6,164,151 | 72.2% |
| Washington | 16,981,095 | 222,998 | 13,929,146 | 182,920 | 6,013,647 | 79.0% | 5,459,733 | 71.7% |
| West Virginia | 3,881,685 | 216,594 | 2,645,509 | 147,617 | 1,153,120 | 64.3% | 1,020,458 | 56.9% |
| Wisconsin | 11,123,645 | 191,048 | 9,909,880 | 170,202 | 4,154,447 | 71.4% | 3,772,654 | 64.8% |
| Wyoming | 939,685 | 162,362 | 733,464 | 126,730 | 337,703 | 58.3% | 293,820 | 50.8% |
| American Samoa | 107,710 | 227,275 | 93,864 | 198,059 | 43,332 | 91.4% | 39,008 | 82.3% |
| CNMI | 122,630 | 236,505 | 106,791 | 205,957 | 45,145 | 87.1% | 43,030 | 83.0% |
| District of Columbia | 1,791,305 | 253,816 | 1,429,546 | 202,557 | 722,943 | 102.4% | 507,547 | 71.9% |
| FSM | 151,100 | 147,674 | 109,822 | 107,332 | 61,040 | 59.7% | 50,799 | 49.6% |

[14] Green shading indicates higher rates of vaccine delivery or administration relative to other jurisdictions. Rates were calculated based on 2019 US Census data for US States, DC, and Puerto Rico; and based on 2020 US Census data for all other US territories.
[15] CNMI = Commonwealth of the Northern Mariana Islands, FEMA = Federal Emergency Management Agency, FSM = Federated States of Micronesia, HRSA = Health Resources and Services Administration, RMI = Republic of Marshall Islands, and USVI = US Virgin Islands
[16] Doses delivered to and administered in each jurisdiction include doses that were delivered to and administered by federal entities and retail pharmacies. Revisions to delivery data from providers may occur on occasion, resulting in a decrease in doses delivered.



| COVID-19 Vaccine Distribution and Administration Reported to the CDC[14] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[15] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[16] | Rate/100K Population | Total[16] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| **Guam** | 318,660 | 189,128 | 335,810 | 199,307 | 150,900 | 89.6% | 136,173 | 80.8% |
| **Marshall Islands** | 90,480 | 116,386 | 57,853 | 74,418 | 30,058 | 38.7% | 24,915 | 32.0% |
| **Palau** | 43,990 | 204,301 | 46,730 | 217,026 | 20,119 | 93.4% | 17,962 | 83.4% |
| **Puerto Rico** | 7,304,890 | 228,729 | 6,994,077 | 218,996 | 3,039,368 | 95.2% | 2,611,538 | 81.8% |
| **US Virgin Islands** | 146,560 | 137,887 | 140,729 | 132,401 | 69,652 | 65.5% | 56,152 | 52.8% |
| **Unspecified[17]** | 880,205 | N/A | 2,017,474 | N/A | 1,320,694 | N/A | 808,031 | N/A |
| **USA[18]** | **694,725,135** | **209,249** | **556,252,766** | **167,542** | **254,404,423** | **76.6%** | **216,449,810** | **65.2%** |

N/A = Not available (no data)

Data as Mar 10, 2022, 06:00 ET; Sources: Data Monitoring and Reporting Section, Vaccine Task Force; COVID Tracker; US Census

Percent of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States

March 10, 2022

Percent of Population Fully Vaccinated

- 0.0% – 39.9%
- 40.0% – 49.9%
- 50.0% – 59.9%
- 60.0% – 69.9%
- 70.0% & Above

In total, 65.2% of the US population (216.4M) has been fully vaccinated.

*Total population count used as denominator. Currently, few persons under age 18 are being vaccinated; this group represents ~22% of the US population.

Last Updated: Mar. 10, 2022

*Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census 2019 for all states and PR, and U.S. Census 2020 for all other territories; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

[17] Unspecified entities include doses delivered or administered by federal agencies outside the US or in unspecified jurisdictions.

[18] The total doses allocated includes data from federal agencies and pharmacies. The total doses delivered or administered by a jurisdiction includes doses delivered to or administered by federal agencies. The US total also includes doses delivered to or administered by federal agencies where the jurisdiction was not specified.

## Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States

December 14, 2020 – March 10, 2022

| | AI/AN, NH | Asian, NH | Black, NH | Hispanic/Latino | NHOPI, NH | White, NH |
|---|---|---|---|---|---|---|
| At Least One Dose | 71.1% | 66.4% | 47.1% | 61.2% | 64.9% | 53.0% |
| Fully Vaccinated | 58.9% | 60.1% | 41.0% | 52.1% | 58.5% | 47.9% |

Race/Ethnicity data were available for 74.3% of people receiving at least one dose and 77.6% of people fully vaccinated.

*AI/AN = American Indian/Alaska Native; NH = Non-Hispanic/Latino; NHOPI = Native Hawaiian or Other Pacific Islander; People receiving at least one dose: total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated: total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. Beginning November 18, 2021, these figures include demographic data from Texas.*

**On August 31, 2021, CDC updated its algorithm for assigning a race/ethnicity category for vaccine recipients to align with U.S. Census Bureau race/ethnicity classifications. As a result, approximately 4.5 million vaccine recipients where a valid race was reported in conjunction with "other" race who were previously categorized as "Non-Hispanic Multiracial" are now categorized into a single race/ethnicity group. **October 26, 2021: New Mexico made updates to data previously submitted to CDC that resulted in a decrease of 179,565 administered doses.*

Last Updated: Mar 10, 2022 *Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Percent of People Receiving COVID-19 Vaccine by Sex and Date Administered, United States

December 14, 2020 – March 10, 2022

| | Female | Male |
|---|---|---|
| At Least One Dose | 78.1% | 73.7% |
| Fully Vaccinated | 66.8% | 62.6% |

Sex data were available for 99.1% of people receiving at least one dose and 99.3% of people fully vaccinated.

*People receiving at least one dose: total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated: total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. Beginning November 18, 2021, these figures include demographic data from Texas.*

Last Updated: Mar 10, 2022 *Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Percent of People Receiving COVID-19 Vaccine by Age Group and Date Administered, United States

December 14, 2020 – March 10, 2022

| | 5-11 yrs | 12-17 yrs | 18-24 yrs | 25-39 yrs | 40-49 yrs | 50-64 yrs | 65-74 yrs | 75+ yrs |
|---|---|---|---|---|---|---|---|---|
| At Least One Dose | 33.6% | 67.9% | 76.9% | 79.0% | 85.8% | 92.3% | 95.0% | 95.0% |
| Fully Vaccinated | 26.6% | 57.9% | 62.4% | 66.0% | 73.8% | 80.3% | 91.2% | 85.5% |

Age data were available for 99.9% of vaccinations.

*People receiving at least one dose: total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated: total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. CDC has capped estimates of vaccination coverage at 95%. This cap helps address potential overestimates of vaccination coverage due to first, second, and booster doses that were not linked. Other reasons for overestimates of vaccination coverage include census denominator data not including part-time residents or potential data reporting errors. Beginning November 18, 2021, these figures include demographic data from Texas.*

Last Updated: Mar 10, 2022

*Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*



COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Domestic Overview

## COVID-19 Cases

### Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 09, 2022

79,248,406
Total Cases Reported
49,710
New Cases Reported**

37,147
Current 7-Day Average**
Mar 03, 2022 - Mar 09, 2022

52,156
Prior 7-Day Average**
Feb 24, 2022 - Mar 02, 2022

-28.8%
Change in 7-Day Average

1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
New Cases
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
New Cases 7-Day Average: New Cases**

Peaks in Single Day and 7-Day Average of New Cases**

| Peak | Single Day Cases | Single Day Date | 7-Day Average Cases | 7-Day Average Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 34,900 | 24-Apr-20 | 31,301 | 10-Apr-20 | 18.7% |
| 2nd Peak | 77,054 | 17-Jul-20 | 67,558 | 23-Jul-20 | -45.0% |
| 3rd Peak | 293,767 | 08-Jan-21 | 250,294 | 11-Jan-21 | -85.2% |
| 4th Peak | 78,408 | 17-Apr-21 | 69,635 | 13-Apr-21 | -46.7% |
| 5th Peak | 198,752 | 01-Sep-21 | 164,479 | 01-Sep-21 | -77.4% |
| Latest Peak | 1,302,179 | 10-Jan-22 | 809,346 | 15-Jan-22 | -95.4% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.
** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 457,051 historical cases reported retroactively, none were reported on the most recent submission date; 5,837 in the current week; and 27,211 in the prior week.

Last Updated: Mar 10, 2022, 10:37    Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CC CPR DEO Situational Awareness Public Health Science Team

### COVID-19 Cases by HHS Region, United States New Cases and 7-Day Moving Average

March 01, 2020 - March 09, 2022

HHS Region Number: 7-Day Moving Average (Percent Change Since Prior 7-Day Moving Average)
Region 10: 2,947 (-41.1%)
Region 8: 1,871 (-18.6%)
Region 7: 1,086 (-32.5%)
Region 5: 4,374 (-35.1%)
Region 2: 3,080 (-7.9%)
Region 1: 1,850 (-26.7%)
Region 9: 7,143 (-31.5%)
Region 6: 5,289 (-16.9%)
Region 4: 6,589 (-31.7%)
Region 3: 2,917 (-30.5%)
400,000
300,000
200,000
100,000
0
New Cases
2021
2022
Submission Date
US Department of Health & Human Services Regions

Histograms and 7-day averages exclude historical cases reported retroactively.

Last Updated: Mar 10, 2022, 10:37    Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

Restricted Use/Recipients Only
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov
Page 13 of 66

AZT42AR0000560

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## New Cases per 100,000 Population in the Past 7 Days & 7-Day Percent Change

February 24 - March 02, 2022 to March 03 - March 09, 2022

HHS Region Map*
New Cases per 100,000 Population (7-Day Total)
Percent Change in Cumulative Weekly Cases per 100K since Last Week
100+ per 100K
51 - 100 per 100K
10 - 50 per 100K
0 - 10 per 100K
-100%
-50%
0%
50%
GU
ID
PW
MT
AK
KY
ME
WV
VT
CO
NYC
DE
NE
PR
USVI

Thresholds for community transmission levels of SARS-CoV-2 measured by new cases/100,000 population in the past 7 days: low (<10), moderate (10-50), substantial (51-100), high (>100).

* US Territories are in HHS Region 2 (Puerto Rico, US Virgin Islands) and Region 9 (American Samoa, Federated States of Micronesia, Guam, Northern Marianas Islands, Republic of Marshall Islands). Data for AS, FSM, and PW are not shown.

Last Updated: Mar 10, 2022, 10:37

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change)

February 07, 2022 – March 09, 2022

AK
GU
MP
HI
VT
NH
ME
NYC
NY
CT
MA
WA
MT
ND
SD
MN
WI
MI
PA
NJ
RI
OR
ID
WY
NE
IA
IL
IN
OH
DC
MD
DE
NV
UT
CO
KS
MO
TN
KY
WV
VA
NC
CA
AZ
NM
OK
AR
MS
AL
GA
SC
TX
LA
FL
PR
VI

| Legend | | Distribution of Jurisdictions (n =52) | |
|---|---|---|---|
| | | No. | % |
| **Incidence rate in the last 7 days per 100,000 (Color of histogram)** | | | |
| Low: <10 cases per 100,000 | | 0 | 0.0 |
| Moderate: 10–49 cases per 100,000 | | 9 | 17.3 |
| Substantial: 50–99 cases per 100,000 | | 33 | 63.5 |
| High: >=100 cases per 100,000 | | 10 | 19.2 |
| **Percent change in cases from last 7 days compared to previous 7 days** | | | |
| High decrease: ≤ -20% change | ↓ | 39 | 75.0 |
| Moderate decrease: > -20% change and < -10% change | ↘ | 10 | 19.2 |
| Stable: ≥ -10% change and < 10% change | → | 3 | 5.8 |
| Moderate increase: ≥ 10% change and < 20% change | ↗ | 0 | 0.0 |
| High increase: ≥ 20% change | ↑ | 0 | 0.0 |

*AK, KY, NE, PR were removed from trajectory and burden analyses due to a backlog of reported cases, historical reconciliation, data cleaning and a reporting anomaly, respectively.*

Trend lines represent the last 30 days.
Last Updated: Mar 10, 2022

*Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect*

***Restricted Use/Recipients Only***

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **14** of **66**

AZT42AR0000561



## COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County

As of 03/04/2022, ME has been processing a backlog of positive test results, causing increases in recently reported cases.
VT allocated historical cases to their respective counties, causing an increase in county-level cases.

Last Updated: Mar 09, 2022

*Source(s): CDC aggregate county dataset; CDC state-reported data used for territories*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

## Demographic Distribution of COVID-19 Cases

January 21, 2020 - March 09, 2022

Last Updated: Mar 09, 2022

*Data Source: CDC COVID Data Tracker; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*



## COVID-19 Weekly Cases per 100,000 Population by Sex, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting sex by date - 98.21%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect: Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Age Group, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting age by date - 99.96%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect: Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*


## COVID-19 Weekly Cases per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting age by date - 99.96%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race by date - 62.76%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - March 12, 2022*

Region 10
Region 8
Region 7
Region 5
Region 2
Region 1
Region 9
Region 6
Region 4
Region 3
Cases per 100,000 Population
3000
2000
1000
Aug 07, 2021^
2021
2022
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race by date - 62.76%.

US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Exclude cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

^Case and death rates during the week ending 08/07/2021 are reflective of a data reporting artifact. Surveillance data are provisional, and as additional clinical date data becomes available the case rates over time are subject to change.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## Proportion of COVID-19 Weekly Cases by Race/Ethnicity per Age Group, United States

March 07, 2020 - March 12, 2022*

Overall
0 - 4 Years
5 - 11 Years
12 - 15 Years
16 - 17 Years
18 - 29 Years
30 - 39 Years
40 - 49 Years
50 - 64 Years
65 - 74 Years
75+ Years
100%
80%
60%
40%
20%
2021
2022
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race and age by date - 62.14%.

US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** Page **18** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000565

## Proportion of COVID-19 Weekly Cases in 18-29 Age Group by Race/Ethnicity per HHS Region, United States

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race and age by date - 62.14%.

US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Urbanicity, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting urbanicity by date - 96.93%.

US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.

*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Cases per 100,000 Population by Urbanicity per HHS Region, United States

March 01, 2020 - March 12, 2022*

Region 10
Region 8
Region 7
Region 5
Region 2
Region 1
Region 9
Region 6
Region 4
Region 3
Cases per 100,000 Population
3000
2000
1000
Aug 07, 2021^
2021
2022
Urbanicity
Metro Counties
Non-metro Counties

Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting urbanicity by date - 96.93%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - March 12, 2022*

Metro counties
Non-metro counties
All counties
Cases per 100K
2000
1500
1000
500
0
Aug 07, 2021^
2021
2022
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH

Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race and urbanicity by date - 61.18%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 20 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000567

## COVID-19 Weekly Cases per 100,000 Population by Race/Ethincity per Urbanicity & HHS Region, United States

March 01, 2020 - March 12, 2022*

Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of cases reporting race and urbenicity by date - 61.18%.

US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.

*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## Cumulative Number of COVID-19 Cases per 100,000 Population by County

January 22, 2020 – March 07, 2022

Updated Mar 09, 2022, 08:00 Data sources: HHS Protect; US Census Bureau 2019 Population Estimates CDC/CPR/DEO Situational Awareness Branch



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Hospital Data

### New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 08, 2022

4,558,964
Total New Admissions
Aug 01, 2020 – Mar 08, 2022

2,779
New Admissions
Mar 08, 2022

3,113
Current 7-Day Average
Mar 02, 2022 – Mar 08, 2022

4,293
Prior 7-Day Average
Feb 23, 2022 – Mar 01, 2022

-27.5%
Change in 7-Day Average

25000
20000
15000
10000
5000
0
New Admissions of Patients with Confirmed COVID-19
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Date of Report
Daily Admission of Patients with Confirmed COVID-19
7-Day Moving Average

Peak in New Admissions and Highest 7-Day Moving Average*

| | Single Day | | 7-Day Average | |
|---|---|---|---|---|
| Peak | New Admissions | Date | New Admissions | Date |
| 1st Peak | 17,955 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 23,061 | Jan 12, 2022 | 21,622 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

### Prevalent Hospitalizations of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 08, 2022

22,769
Hospitalized Patients
Mar 08, 2022

26,655
Current 7-Day Average
Mar 02, 2022 – Mar 08, 2022

38,581
Prior 7-Day Average
Feb 23, 2022 – Mar 01, 2022

-30.9%
Change in 7-Day Average

150000
100000
50000
0
Prevalent Hospitalizations of Patients with Confirmed COVID-19
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Date of Report
Prevalent Hospitalizations of Patients with Confirmed COVID-19
7-Day Moving Average

Peak in Hospitalized Patients and Highest 7-Day Moving Average*

| | Single Day | | 7-Day Average | |
|---|---|---|---|---|
| Peak | Hospitalized Patients | Date | Hospitalized Patients | Date |
| 1st Peak | 125,277 | Jan 06, 2021 | 124,031 | Jan 11, 2021 |
| 2nd Peak | 94,630 | Sep 02, 2021 | 93,604 | Sep 03, 2021 |
| Latest Peak | 149,011 | Jan 18, 2022 | 146,534 | Jan 20, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

***Restricted Use/Recipients Only*** **Page 22 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000569

## Rates of New Admissions of Patients with Confirmed COVID-19 by State

February 22, 2022 – February 28, 2022, and March 01, 2022 – March 07, 2022

Guam (GU) and American Samoa (AS) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
States are displayed in increasing order of percent change in 7-day average rates of new admissions of patients with confirmed COVID-19 between Feb 22-Feb 28, 2022 and Mar 01-Mar 07, 2022.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/07/22, 4,809 (91%) of hospitals submitted data for this report, and 9 (16%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 09, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect White House COVID-19 Team, Data Strategy and Execution Workgroup*

## Cumulative 7-Day Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change

February 22, 2021 – March 07, 2022

| Legend | | Distribution | |
|---|---|---|---|
| 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | No. | % |
| Low: <5 | | 49 | 89.1% |
| Moderate: ≥5 and <10 | | 4 | 7.3% |
| Substantial: ≥10 and <15 | | 0 | 0% |
| High: ≥15 | | 0 | 0% |
| Percent change in 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | | |
| Decreasing by 10% or more | ↓ | 48 | 87.3% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 1 | 1.8% |
| Stable: >-5% and <5% | — | 2 | 3.6% |
| Moderately increasing: ≥5% and <10% | ↗ | 1 | 1.8% |
| Increasing by 10% or more | ↑ | 1 | 1.8% |

HHS Regions

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) are not displayed on this graph due to incomplete data for the Mar 01 – Mar 07, 2022 reporting period.
14 days of data are included in this analysis.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/07/22, 4,809 (91%) of hospitals submitted data for this report, and 9 (16%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 09, 2022

*Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup*



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Average 7-Day Admissions of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change

February 22, 2022 – March 07, 2022

| Legend | | Distribution | |
|---|---|---|---|
| 7-day average confirmed COVID-19 admissions (per 100,000 population) | | No. | % |
| Low: <2 | | 52 | 94.5% |
| Moderate: ≥2 and <4 | | 1 | 1.8% |
| Substantial: ≥4 and <6 | | 0 | 0% |
| High: ≥6 | | 0 | 0% |
| Percent change in 7-day average confirmed COVID-19 admissions (per 100,000 population) | | | |
| Decreasing by 10% or more | ↓ | 48 | 87.3% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 3 | 5.5% |
| Stable: >-5% and <5% | — | 0 | 0% |
| Moderately increasing: ≥5% and <10% | ↗ | 1 | 1.8% |
| Increasing by 10% or more | ↑ | 1 | 1.8% |

HHS Regions

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) are not displayed on this graph due to incomplete data for the Mar 01 – Mar 07, 2022 reporting period.
14 days of data are included in this analysis.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/07/22, 4,809 (91%) of hospitals submitted data for this report, and 9 (16%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 09, 2022

*Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup*

## New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change Compared to the Previous 7 Days

February 23, 2022 - March 08, 2022

Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds
Mar 02, 2022 – Mar 08, 2022
Total Admissions per 100 Beds
<1
1 to <5
5 to <10
10 to <15
15+
Percent Change in Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds
Feb 23, 2022 – Mar 01, 2022 vs. Mar 02, 2022 – Mar 08, 2022
Percent Change
20%+ decrease
0 to <20% decrease
0 to <20% increase
20 to <40% increase
40 to <60% increase
60 to <80% increase
80 to <100% increase
100%+ increase

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup, Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

***Restricted Use/Recipients Only***
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **24** of **66**

AZT42AR0000571




**_COVID-19 Response Update Thursday, Mar 10, 2022_** _INTERNAL – NOT FOR FURTHER DISTRIBUTION_

## COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)

Total Confirmed COVID-19 Hospital Admissions in Last 7 Days: 22,957
Percent Change from Previous 7 Days: -27.4%
Confirmed COVID-19 Hospital Admissions per 100 Beds by County in the Week 01MAR2022-07MAR2022
Percent Change in Confirmed COVID-19 Admissions per 100 Beds by County from 22FEB-28FEB2022 to 01MAR-07MAR2022
COVID Admissions per 100 Beds
No Data
Percent Change in COVID Admissions per 100 Beds
Little Change
No Data

Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. Denominator of per 100 beds calculation is the sum of average staffed inpatient bed count reported by hospitals within the geographic region and time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care.

_Source(s): Unified Hospital Dataset_

_White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report_

Last Updated: Mar 09, 2022

## COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)

Average Daily COVID-19 Hospital Inpatients over Last 7 Days: 29,269
Percent Change from Previous 7 Days: -28.7%
Hospital Inpatient COVID-19 Utilization by County in the Week 01MAR2022-07MAR2022
Absolute Change in Hospital Inpatient COVID-19 Utilization by County from 22FEB-28FEB2022 to 01MAR-07MAR2022
Inpatient COVID Utilization
No Data
Absolute Change in Inpatient COVID Utilization
No Data

Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

_Source(s): Unified Hospital Dataset_

_White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report_

Last Updated: Mar 09, 2022

**_Restricted Use/Recipients Only_** **Page 25 of 66**
_For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov_

AZT42AR0000572

## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States

August 01, 2020 – March 08, 2022

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

Last Updated: Mar 10, 2022 *Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States

August 01, 2020 – March 08, 2022

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

Last Updated: Mar 10, 2022 *Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

## COVID-19-Associated Hospitalization Surveillance Network (COVID-NET)

Laboratory-Confirmed COVID-19 Associated Hospitalizations by Race/Ethnicity

March 07, 2020 – February 26, 2022

COVID-NET conducts population-based surveillance for laboratory-confirmed COVID-19-associated hospitalizations in children (less than 18 years of age) and adults. COVID-NET covers nearly 100 counties in the 10 Emerging Infections Program (EIP) states (CA, CO, CT, GA, MD, MN, NM, NY, OR, TN) and four Influenza Hospitalization Surveillance Project (IHSP) states (IA, MI, OH, and UT). Incidence rates (per 100,000 population) are calculated using the National Center for Health Statistics' (NCHS) vintage 2019 bridged-race postcensal population estimates for the counties included in the surveillance catchment area. The rates provided are likely to be underestimated as COVID-19 hospitalizations might be missed due to test availability and provider or facility testing practices.

Last Updated: Mar 07, 2022

*Source: CDC COVID-NET*

## Inpatient Bed Occupancy by State

February 23, 2022 - March 08, 2022

**Percentage of hospitals with ≥80% of inpatient beds in use by all patients**

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Feb 23, 2022 – Mar 01, 2022 | 30.38% |
| Mar 02, 2022 – Mar 08, 2022 | 28.96% |

Change in 7-Day Average: -4.67%

**Percentage of hospitals with ≥30% of inpatient beds in use by COVID-19 patients**

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Feb 23, 2022 – Mar 01, 2022 | 0.62% |
| Mar 02, 2022 – Mar 08, 2022 | 0.43% |

Change in 7-Day Average: -31.30%

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*




**COVID-19 Response Update Thursday, Mar 10, 2022** *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

ICU Bed Occupancy by State
February 23, 2022 - March 08, 2022

Feb 23, 2022 – Mar 01, 2022
Percentage of hospitals with ≥80% of ICU beds in use by all patients
Mar 02, 2022 – Mar 08, 2022
National 7-Day Average
0%
>0 to <10%
10 to <20%
20 to <30%
30% or more

| Dates | 7-Day Average |
|---|---|
| Feb 23, 2022 – Mar 01, 2022 | 24.72% |
| Mar 02, 2022 – Mar 08, 2022 | 22.78% |

Change in 7-Day Average: -7.82%

Percentage of hospitals with ≥15% of ICU beds in use by COVID-19 patients
Feb 23, 2022 – Mar 01, 2022
Mar 02, 2022 – Mar 08, 2022
National 7-Day Average
0%
>0 to <10%
10 to <20%
20 to <30%
30 to <40%
40% or more

| Dates | 7-Day Average |
|---|---|
| Feb 23, 2022 – Mar 01, 2022 | 16.94% |
| Mar 02, 2022 – Mar 08, 2022 | 10.33% |

Change in 7-Day Average: -39.00%

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 10, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

## Outpatient/Emergency Department Visits

### Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19

June 07, 2020 – March 05, 2022

Percent of ED Visits of Patients Diagnosed with COVID-19
15
10
5
0
‡
Jun 13
Jul 11
Aug 08
Sep 05
Oct 03
Oct 31
Nov 28
Dec 26
Jan 23
Feb 20
Mar 20
Apr 17
May 15
Jun 12
Jul 10
Aug 07
Sep 04
Oct 02
Oct 30
Nov 27
Dec 25
Jan 22
Feb 19
Week of ED Visit*
*Indicates end date for each weekly data point

| Patient Age (years) | Percent Change Oct 30 - Mar 05, 2022+ |
|---|---|
| 75+ | -48% |
| 65-74 | -62% |
| 50-64 | -73% |
| 40-49 | -79% |
| 25-39 | -76% |
| 18-24 | -67% |
| 16-17 | -65% |
| 12-15 | -68% |
| <12 | -32% |

+Change in weekly percentage of ED patients with diagnosed COVID-19 from week of Oct 30, 2021 - Mar 05, 2022

‡The dashed vertical line marks the week of October 24th - October 30th, when national ED visits for patients diagnosed with COVID-19 recently began to rebound. The percent change for each age group compares the most recent complete MMWR week to this reference period.

ast Updated: Mar 10, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

***Restricted Use/Recipients Only*** **Page 28 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000575

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Department Visits

August 22, 2021 – March 05, 2022

Percent of ED Visits
0
1
2
3
4
5
6
7
Aug 22
Sep 19
Oct 17
Nov 14
Dec 12
Jan 09
Feb 06
Mar 06
Week End Date
COVID-19 Aug 2021-Mar 2022
Influenza Aug 2021-Mar 2022

Data in shaded area may be incomplete due to reporting delays.

Data in shaded area may be incomplete due to reporting delays

Last Updated: March 09, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

## National COVID-19 Activity Indicators

March 01, 2020 - March 05, 2022

% Positive Lab Tests
Hospitalization Rate (COVID-Net)
% Deaths due to PIC (NCHS)
% CLI ED Visits* (NSSP)
% ILI Visits (ILINet)
Percent Positive, Percent Deaths due to PIC, and Hospitalization Rate
0%
5%
10%
15%
20%
25%
30%
35%
Percent CLI and Percent ILI
5%
10%
15%
20%
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Week Ending

Grey bar indicates two-week lag. CLI = COVID-like illness, ED = emergency department, PIC = pneumonia, influenza, or COVID-19

* NSSP measure includes ED visits of patients diagnosed with COVID-19 or with CLI.

Last Update: Mar 10, 2022

Sources: COVID-Net, HHS Protect, NSSP, ILINet, NCHS; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

***Restricted Use/Recipients Only***

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

**Page 29 of 66**

AZT42AR0000576

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

Trajectory in Percent of Emergency Department (ED) Visits with COVID-19-Specific Discharge Diagnoses
February 05, 2022 – March 06, 2022
7-day Average, Percent of ED Visits
USA and HHS Regions
USA
Last Updated: Mar 10, 2022
Data Source: National Syndromic Surveillance Program (NSSP); Visualization: CDC COVID-19 Data, Analytics, & Visualization Task Force

## COVID-19 Deaths

Daily Change in COVID-19 Deaths, United States
January 22, 2020* - March 09, 2022
961,620
Total Deaths Reported
1,938
New Deaths Reported**
1,180
Current 7-Day Average**
Mar 03, 2022 - Mar 09, 2022
1,572
Prior 7-Day Average**
Feb 24, 2022 - Mar 02, 2022
-25.0%
Change in 7-Day Average
New Deaths
Submission Date
New Deaths
7-Day Moving Average: New Deaths**

Peaks in Single Day and 7-Day Average of New Deaths**

| Peak | Single Day Deaths | Single Day Date | 7-Day Average Deaths | 7-Day Average Date | % Change vs. Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 2,703 | 15-Apr-20 | 2,296 | 21-Apr-20 | -48.6% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | 0.6% |
| 3rd Peak | 4,070 | 13-Jan-21 | 3,420 | 13-Jan-21 | -65.5% |
| 4th Peak | 2,427 | 14-Sep-21 | 1,929 | 15-Sep-21 | -38.9% |
| Latest Peak | 4,139 | 01-Feb-22 | 2,646 | 02-Feb-22 | -55.4% |

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,882 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.

Last Updated: Mar 10, 2022; 10:37

Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases; HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

Restricted Use/Recipients Only
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov
Page 30 of 66

AZT42AR0000577



COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

COVID-19 Deaths by HHS Region, United States
New Deaths and 7-Day Moving Average
March 01, 2020 - March 09, 2022
HHS Region Number: 7-Day Moving Average (Percent Change Since Prior 7-Day Moving Average)
Region 10: 53 (-15.5%)
Region 8: 24 (-24.2%)
Region 7: 58 (-54.2%)
Region 5: 210 (-25.4%)
Region 2: 37 (-44.1%)
Region 1: 52 (-9.6%)
Region 9: 231 (-7.2%)
Region 6: 202 (-20.6%)
Region 4: 201 (-29.7%)
Region 3: 113 (-29.1%)
New Deaths
Submission Date
US Department of Health & Human Services Regions
Histograms and 7-day averages exclude historical deaths reported retroactively.

## COVID-19 Mortality Rate in the Last 7 Days and Comparison to the Previous 7 Days by County

Mortality Rate in the Last 7 Days: 2.4 deaths per 100,000

Percent Change from Previous 7 Days: -31.0%

Deaths per 100K by County in the Week 02MAR2022-08MAR2022
Percent Change in Deaths per 100K by County in the Week 02MAR2022-08MAR2022
Date: 3/9/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)

Due to data delays, IA county-level cases and deaths data have not been reported in the last week.

Last Updated: Mar 09, 2022

Source(s): CDC aggregate county dataset; CDC state-reported data used for territories
White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report

Restricted Use/Recipients Only
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov

Page 31 of 66

AZT42AR0000578

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting sex by date - 59.47%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, NHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States

March 01, 2020 - March 12, 2022*

Incident Deaths per 100,000 Population
80
60
40
20
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Case Earliest Date by End of Week*
Age Group
Years
0 - 4 Years
5 - 11 Years
12 - 15 Years
16 - 17 Years
18 - 29 Years
30 - 39 Years
40 - 49 Years
50 - 64 Years
65 - 74 Years
75+ Years

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting age by date - 99.96%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Deaths per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - March 12, 2022*

Region 10
Region 8
Region 7
Region 5
Region 2
Region 1
Region 9
Region 6
Region 4
Region 3
Deaths per 100,000 Population
150
100
50
0
300
200
100
2021
2022
Age Group
0-4 Years
5-11 Years
12-15 Years
16-17 Years
18-29 Years
30-39 Years
40-49 Years
50-64 Years
65-74 Years
75+ Years
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting age by date - 99.96%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 33 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000580

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting race by date - 82.82%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect: Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - March 12, 2022*

Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting race by date - 82.82%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Exclude cases with unknown or multiple races. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 08, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect: Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*



## COVID-19 Weekly Deaths per 100,000 Population by Age Group and Race/Ethnicity, United States

Includes data for US States and the District of Columbia. Excludes data for cases where race was unknown or not further specified. The grey bar represents the average period of lag, up to two weeks. The provisional counts for COVID-19 deaths are based on a current flow of mortality data in the National Vital Statistics System. Death counts for earlier weeks are continually revised and may increase or decrease as new and updated death certificate data are received from states.

Last Updated: Mar 10, 2022

*Sources: CDC National Center for Health Statistics - Provisional Weekly Deaths by Region, Race, Age, 2019 US Census Population Estimate; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Proportion of Deaths

Includes data for US States and the District of Columbia. Excludes data for cases where race was unknown or not further specified. The grey bar represents the average period of lag, up to two weeks. The provisional counts for COVID-19 deaths are based on a current flow of mortality data in the National Vital Statistics System. Death counts for earlier weeks are continually revised and may increase or decrease as new and updated death certificate data are received from states.

Last Updated: Mar 10, 2022

*Sources: CDC National Center for Health Statistics - Provisional Weekly Deaths by Region, Race, Age, 2019 US Census Population Estimate; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting urbanicity by date - 97.78%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Urbanicity per HHS Region, United States

March 01, 2020 - March 12, 2022*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting urbanicity by date - 97.78%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Weekly Deaths per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - March 12, 2022*

Metro counties
Non-metro counties
All counties
Incident Deaths per 100,000 Population
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting race and urbanicity by date - 81.37%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 08, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethincity per Urbanicity & HHS Region, United States

March 01, 2020 - March 12, 2022*

Region 10 - Metro counties
Region 8 - Metro counties
Region 7 - Metro counties
Region 5 - Metro counties
Region 2 - Metro counties
Region 1 - Metro counties
Region 10 - Non-metro counties
Region 8 - Non-metro counties
Region 7 - Non-metro counties
Region 5 - Non-metro counties
Region 2 - Non-metro counties
Region 1 - Non-metro counties
Region 9 - Metro counties
Region 6 - Metro counties
Region 4 - Metro counties
Region 3 - Metro counties
Region 9 - Non-metro counties
Region 6 - Non-metro counties
Region 4 - Non-metro counties
Region 3 - Non-metro counties
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 12, 2022. Percentage of deaths among reported cases - 1.26%. Percentage of deaths reporting race and urbanicity by date - 81.37%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
Regions 1 and 2 Metro counties are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 08, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

Restricted Use/Recipients Only
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov

Page 37 of 66

AZT42AR0000584

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

Cumulative Number of COVID-19 Deaths per 100,000 Population by County
January 22, 2020 – March 07, 2022
Cumulative Deaths per 100k Population
No deaths reported
1
50
100
250
500
Updated Mar 09, 2022, 08:00
Data sources: HHS Protect; US Census Bureau 2019 Population Estimates
CDC/CPR/DEO Situational Awareness Branch

## COVID-19 Testing

### Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States

March 01, 2020 – March 07, 2022

828,231,438
Total Test Volume

948,207
Current 7-Day Avg. Daily Test Volume
Feb 25, 2022 – Mar 03, 2022

1,019,890
Prior 7-Day Avg. Daily Test Volume
Feb 18, 2022 – Feb 24, 2022

-7.0%
Percent Change in 7-Day Avg.

2.8%
Current 7-Day Avg. % Positivity
Mar 01, 2022 – Mar 07, 2022

3.9%
Prior 7-Day Avg. % Positivity
Feb 22, 2022 – Feb 28, 2022

-28.4%
Percent Change in 7-Day Avg.

-1.10
Percentage Point Difference in 7-Day Averages

Peaks in Single Day and 7-Day Average Percent Positivity

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | % Positivity | Date | % Positivity | Date | % Change vs. Current 7-Day Average |
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-08-20 | -73.7% |
| 2nd Peak | 16.0% | Jan-03-21 | 15.0% | Jan-03-21 | -81.6% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -49.7% |
| Latest | 30.9% | Jan-02-22 | 29.4% | Jan-07-22 | -90.6% |

Peaks in Single Day and 7-Day Average Test Volume

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | Test Vol | Date | Test Vol | Date | % Change vs. Current 7-Day Average |
| 1st Peak | 1,109,990 | Jul-22-20 | 977,785 | Jul-24-20 | -3.0% |
| 2nd Peak | 2,339,182 | Jan-06-21 | 1,911,211 | Nov-25-20 | -50.4% |
| 3rd Peak | 1,676,519 | Apr-14-21 | 1,282,496 | Apr-14-21 | -26.1% |
| Latest | 3,133,938 | Jan-05-22 | 2,563,082 | Jan-09-22 | -63.0% |

3.0M
2.5M
2.0M
1.5M
1.0M
0.5M
0.0M
Daily Test Volume
30%
20%
10%
0%
7-Day Avg. Percent Positivity
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Date Reported
Daily Test Volume
7-day Avg Daily Test Volume
7-Day Avg. Percent Positivity

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 10, 2022, 08:49

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** Page **38** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000585



## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume by HHS Region, United States

March 01, 2020 – March 07, 2022

NAAT remains the "gold standard" for clinical diagnostic detection of SARS-CoV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). Data for the most recent four days may be incomplete and should be interpreted with caution. Data unavailable for American Samoa, Commonwealth of Northern Marianas Islands, Palau, and Federated States of Micronesia. IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 10, 2022, 08:49

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction, United States

February 6, 2022 – March 7, 2022

A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-CoV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). Gray horizontal lines at 5%, 8%, and 10% positivity align with the Level of Community Transmission indicator for percentage of positive diagnostic and screening nucleic acid amplification tests (NAAT) during the last 7 days, where cumulative NAAT percent test positivity <5% is low, 5% – <8% is moderate, 8% – <10% is substantial, and ≥10% is high. Data for the most recent four days may be incomplete and should be interpreted with caution. IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity. Data are unavailable for AS, CNMI, IA, FSM, PW, RMI, and WA.

Last Updated: Mar 10, 2022, 08:49

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days & 7-Day Difference

February 22 - February 28, 2022 to March 01 - March 07, 2022

Thresholds for community transmission levels of SARS-CoV-2 measured by percentage of positive SARS-CoV-2 tests in the past 7 days: low (<5.0%), moderate (5.0%-7.9%), substantial (8.0%-10.0%), high (>10.0%)
* US Territories are in HHS Region 2 (Puerto Rico, US Virgin Islands) and Region 9 (American Samoa, Federated States of Micronesia, Guam, Northern Marianas Islands, Republic of Marshall Islands). Data for IA, GU, and WA are not shown.

Last Updated: Mar 10, 2022, 10:37

*Data Source: HHS Protect Unified Laboratory Testing Dataset; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages

February 06, 2022 – March 07, 2022

| Legend | | Distribution of Jurisdictions | |
|---|---|---|---|
| SARS-CoV-2 average percent positivity for last 7 days (Color of histogram) | | No. (51) | %* |
| Very low: < 3% | | 11 | 21.6% |
| Low: 3% – 4.9% | | 28 | 54.9% |
| Moderate: 5% – 7.9% | | 10 | 19.6% |
| Substantial: 8% – 9.9% | | 1 | 2.0% |
| High: >= 10% | | 1 | 2.0% |
| Percent change in average 7-day percent positivity compared to previous 7 days | | No. (51) | %* |
| %Pos below threshold (<5%) | | 39 | 76.5% |
| High decrease: <= -20% change | ↓ | 8 | 15.7% |
| Moderate decrease: > -20% change and < -10% change | ↘ | 2 | 3.9% |
| Stable: >= -10% change and < 10% change | → | 1 | 2.0% |
| Moderate increase: >= 10% change and < 20% change | ↗ | 0 | 0.0% |
| High increase: >= 20% change | ↑ | 1 | 2.0% |

*Total percentage shown = 100.1% due to rounding

Data from the unified dataset (a combination of CELR line-level, CELR aggregate, and federal direct report data feeds). Jurisdictions with out-of-date data are featured in Gray. WA and IA data excluded because of issues with pipeline (delays in sending negatives). Percent change in average 7-day percent positivity compared to previous 7 days is only shown for jurisdictions with moderate, substantial, or high percent positivity (>= 5%). Trend was assessed using percent change. For example, a jurisdiction which decreased 1 percentage point from 10% positivity last week to 9% positivity this week has a -10% change in 7-day percent positivity.

Last Updated: Mar 10, 2022

*Data Source: HHS Protect Unified Laboratory Testing Dataset - Data, Analytics, & Visualization Task Force*

## NAAT Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County

As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.
TN testing data has at least 7 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

Last Updated: Mar 09, 2022

*Source(s): Unified Testing Dataset; White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

## SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing

June 01, 2020 – March 08, 2022

Due to reporting lags, data for the most recent four days may be underrepresented.
Data from 8 jurisdictions are currently under validation and have been excluded: ME, MO, OK, OH, PR, USVI, WA, and WY.

*Data Source: HHS Protect Unified Laboratory Testing Dataset*
*Data, Analytics, & Visualization Task Force*

Last Updated: Mar 09, 2022

## Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume

March 01, 2020 – March 07, 2022

Test positivity data from September 30, 2020, has been excluded due to invalid data submission from one jurisdiction.
The test volume graph (bottom) contains data through four days before the maximum date listed in the title;
this larger time lag is to allow more time for tests to be backfilled.

Last Updated: Mar 10, 2022

*Data Source: HHS Protect Unified Laboratory Testing Dataset*
*Data, Analytics, & Visualization Task Force*

## Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region

January 12, 2022 – March 09, 2022

Last Updated: Mar 09, 2022

*Source(s): COVID-19 Electronic Lab Reporting (CELR) and Federal Direct Report Testing Data*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Case, Death, and Laboratory Testing Overview By Jurisdiction, United States

DATA AS OF Mar 07, 2022

**CDC/CPR/DEO Situational Awareness Branch** **Data: HHS Protect**

*Laboratory testing data for previous days may be updated retrospectively by states as it becomes available. Lab data unavailable for American Samoa, Commonwealth of Northern Mariana Islands, Guam, Palau, and Federated States of Micronesia. ^Value for 7-Day moving average. *Calculation for omitted where the number of total new tests was less than five.*

| State | Cases/100K | Deaths/100K | Total Tests | Tot Tests/100K | New Tests^ | New Tests/100K^ | Total Pos Tests | New Pos Tests^ | % Total Pos Tests | % New Pos Tests** |
|---|---|---|---|---|---|---|---|---|---|---|
| AK | [illegible] | [illegible] | 4,122,852 | [illegible] | 459 | 61.9 | 308,999 | 27 | [illegible] | 5.9% |
| AL | [illegible] | [illegible] | 7,993,595 | 160,440.5 | 3,718 | 156.2 | 1,350,050 | 273 | [illegible] | 4.7% |
| AR | [illegible] | [illegible] | 4,410,785 | 152,949.9 | 3,509 | 116.8 | 493,660 | 148 | [illegible] | 4.2% |
| AZ | [illegible] | [illegible] | 14,275,732 | 192,301.0 | 12,318 | 168.2 | 1,523,954 | 598 | [illegible] | 4.8% |
| CA | [illegible] | [illegible] | 128,066,969 | 325,000 | 142,981 | 362.2 | 9,498,352 | 2,942 | 8.7% | 2.1% |
| CO | [illegible] | [illegible] | 15,231,184 | 262,257.6 | 14,437 | 248.5 | 1,419,879 | 459 | [illegible] | 3.1% |
| CT | [illegible] | [illegible] | 14,000,603 | [illegible] | 13,323 | [illegible] | 848,512 | 318 | 6.1% | 2.6% |
| DE | [illegible] | [illegible] | 3,539,536 | [illegible] | 2,815 | 285.3 | 381,768 | 68 | [illegible] | 3.3% |
| FL | [illegible] | [illegible] | 54,517,829 | 253,824.5 | 47,467 | 220.3 | 6,872,959 | 1,553 | [illegible] | 3.2% |
| GA | [illegible] | [illegible] | 15,676,095 | 146,358.4 | 17,637 | 166.7 | 1,316,589 | 351 | [illegible] | 2.2% |
| HI | [illegible] | [illegible] | 3,386,640 | [illegible] | 3,309 | 221.5 | 309,772 | 508 | [illegible] | 3.1% |
| ID | [illegible] | [illegible] | 3,068,471 | [illegible] | 2,868 | 160.4 | 479,452 | 171 | [illegible] | 6.0% |
| IL | [illegible] | [illegible] | 42,997,435 | [illegible] | 78,259 | 590.2 | 2,810,983 | 842 | [illegible] | 1.3% |
| IN | [illegible] | [illegible] | 13,360,022 | 200,740.9 | 8,973 | 132.8 | 1,271,285 | 412 | [illegible] | 4.8% |
| KS | [illegible] | [illegible] | 5,673,686 | 187,711.1 | 4,168 | 199.9 | 846,474 | 174 | [illegible] | 4.0% |
| KY | [illegible] | [illegible] | 8,775,532 | 196,302.7 | 10,467 | 333.4 | 1,140,958 | 414 | [illegible] | 6.2% |
| LA | [illegible] | [illegible] | 18,214,930 | [illegible] | 8,788 | 148.1 | 320,858 | 128 | [illegible] | 1.6% |
| MA | [illegible] | [illegible] | 38,503,823 | [illegible] | 48,363 | 701.3 | 1,672,512 | 798 | 4.2% | 1.0% |
| MD | [illegible] | [illegible] | 15,747,548 | [illegible] | 22,579 | 373.9 | 1,752,098 | 337 | [illegible] | 1.5% |
| ME | [illegible] | [illegible] | 3,815,947 | [illegible] | 4,156 | 347.9 | 216,596 | 144 | 5.1% | 1.6% |
| MI | [illegible] | [illegible] | 23,442,687 | 237,328.3 | 22,247 | 223.2 | 2,531,488 | 808 | [illegible] | 3.8% |
| MN | [illegible] | [illegible] | 21,616,056 | [illegible] | 17,766 | 314.8 | 1,901,888 | 613 | [illegible] | 3.5% |
| MO | [illegible] | [illegible] | 11,737,692 | 190,798.5 | 12,557 | 205.4 | 1,307,509 | 499 | [illegible] | 3.9% |
| MS | [illegible] | [illegible] | 2,468,560 | 89,418.4 | 2,389 | 86.1 | 456,300 | 137 | [illegible] | 5.5% |
| MT | [illegible] | [illegible] | 1,958,222 | 181,238.0 | 1,378 | 127.5 | 253,814 | 63 | [illegible] | 4.4% |
| NC | [illegible] | [illegible] | 23,334,193 | 301,590.8 | 28,427 | 193.7 | 2,354,208 | 314 | [illegible] | 4.0% |

| State | Cases/100K | Deaths/100K | Total Tests | Tot Tests/100K | New Tests^ | New Tests/100K^ | Total Pos Tests | New Pos Tests^ | % Total Pos Tests | % New Pos Tests** |
|---|---|---|---|---|---|---|---|---|---|---|
| RI | [illegible] | [illegible] | 6,575,151 | [illegible] | 3,079 | 400.4 | 348,944 | 128 | [illegible] | 2.5% |
| ND | [illegible] | [illegible] | 2,278,146 | [illegible] | 3,390 | 164.4 | 271,981 | 58 | [illegible] | 4.5% |
| TN | [illegible] | [illegible] | 19,274,857 | 149,224.7 | 387 | 5.4 | 1,367,084 | 48 | [illegible] | 7.7% |
| UT | [illegible] | [illegible] | 7,081,944 | 217,469.4 | 6,132 | 188.7 | 960,028 | 212 | [illegible] | 5.1% |
| SC | [illegible] | [illegible] | 12,424,823 | 238,978.5 | 9,329 | 178.9 | 1,477,284 | 237 | [illegible] | 2.5% |
| WV | [illegible] | [illegible] | 4,981,767 | 278,027.1 | 5,984 | 335.3 | 508,987 | 409 | [illegible] | 6.7% |
| WI | [illegible] | [illegible] | 15,730,227 | 269,960.6 | 12,789 | 219.2 | 1,548,725 | 413 | [illegible] | 3.2% |
| WY | [illegible] | [illegible] | 1,276,491 | 220,377.3 | 1,266 | 220.8 | 119,369 | 59 | [illegible] | 3.9% |
| SD | [illegible] | [illegible] | 1,076,317 | 120,531.6 | 724 | 81.1 | 154,447 | 37 | [illegible] | 5.0% |
| OK | [illegible] | [illegible] | 4,042,839 | 101,914.9 | 2,879 | 72.7 | 868,049 | 117 | [illegible] | 4.2% |
| NE | [illegible] | [illegible] | 2,722,736 | 140,594.4 | 1,046 | 54.0 | 375,813 | 19 | [illegible] | 6.8% |
| NM | [illegible] | [illegible] | 3,966,531 | 189,170.4 | 5,659 | 266.1 | 1,064,024 | 519 | [illegible] | 9.3% |
| NJ | [illegible] | [illegible] | 34,722,737 | 378,704.8 | 25,475 | 286.8 | 2,382,654 | 585 | [illegible] | 2.2% |
| NY | [illegible] | [illegible] | 82,180,838 | [illegible] | 101,233 | 520.7 | 5,594,436 | 1,852 | [illegible] | 1.8% |
| OH | [illegible] | [illegible] | 21,044,170 | 179,986.8 | 17,097 | 146.3 | 2,566,781 | 569 | [illegible] | 3.1% |
| TX | [illegible] | [illegible] | 48,171,993 | 166,279.8 | 37,149 | 128.1 | 6,461,085 | 1,706 | [illegible] | 1.2% |
| NV | [illegible] | [illegible] | 5,358,512 | 183,909.8 | 3,275 | 106.3 | 863,774 | 233 | [illegible] | 4.5% |
| NH | [illegible] | [illegible] | 3,055,555 | 215,597.7 | 3,087 | 203.9 | 244,732 | 122 | [illegible] | 3.3% |
| PA | [illegible] | [illegible] | 25,189,529 | 196,760.8 | 22,089 | 172.8 | 2,572,089 | 817 | [illegible] | 3.7% |
| VA | [illegible] | [illegible] | 14,090,616 | 164,030.4 | 12,365 | 144.2 | 1,813,734 | 477 | [illegible] | 5.5% |
| VT | [illegible] | [illegible] | 3,825,858 | [illegible] | 5,087 | 813.2 | 150,130 | 167 | 4.1% | 3.3% |
| OR | [illegible] | [illegible] | 7,062,582 | 170,242.5 | 11,646 | 279.1 | 815,577 | 459 | [illegible] | 3.7% |
| DC | [illegible] | [illegible] | 4,591,206 | [illegible] | 3,594 | [illegible] | 209,615 | 99 | [illegible] | 1.8% |
| GU | [illegible] | [illegible] | 281,586 | 169,339.6 | 234 | 141.2 | 53,091 | 69 | [illegible] | [illegible] |
| PR | [illegible] | [illegible] | 3,574,203 | 91,542.4 | 2,446 | 77.4 | 357,368 | 109 | [illegible] | 4.3% |

*This table also summarizes official CDC US case counts for COVID-19, reviewed and validated by states and territories, posted daily on the CDC COVID-19 webpage (https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html). Data for IA and WA not available at this time.*

Last Updated: Mar 10, 2022, 10:37

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Cases and Deaths in Skilled Nursing Facilities (SNFs)

COVID-19 Cases Among Staff^ in Skilled Nursing Facilities (SNF)
June 06, 2021 – February 27, 2022
Number of facilities* = 15,337
Count of COVID-19 Confirmed Cases
COVID-19 Confirmed Case per 1,000 Resident-Weeks
70000 65000 60000 55000 50000 45000 40000 35000 30000 25000 20000 15000 10000 5000 0
65 60 55 50 45 40 35 30 25 20 15 10 5 0
6/6 6/13 6/20 6/27 7/4 7/11 7/18 7/25 8/1 8/8 8/15 8/22 8/29 9/5 9/12 9/19 9/26 10/3 10/10 10/17 10/24 10/31 11/7 11/14 11/21 11/28 12/5 12/12 12/19 12/26 1/2 1/9 1/16 1/23 1/30 2/6 2/13 2/20 2/27**
Cases 781 691 502 629 763 926 1675 2530 3864 5074 6705 7221 7584 7561 7063 6706 5570 5064 4655 4034 3597 3481 3597 4726 4930 4629 5708 5405 6019 13520 43249 69721 69879 61514 43285 25571 14866 8746 4713
Rate 0.7 0.6 0.4 0.5 0.7 0.8 1.5 2.2 3.3 4.5 5.8 6.2 6.6 6.6 6.2 5.8 4.8 4.4 4 3.5 3.1 3 3.1 3.6 4.2 4 4.9 4.7 5.2 11.7 37.7 60.5 60.9 53.7 37.7 22.2 12.9 7.6 4.3

Last Updated: Feb 28, 2022

*CDC COVID-19 Healthcare Systems and Worker Safety Task Force*

***Restricted Use/Recipients Only***

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **43** of **66**

AZT42AR0000590

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF)
June 06, 2021 – February 27, 2022
Number of facilities* = 15,339
4-week change in incidence: Decrease
Count of COVID-19 Confirmed Cases
COVID-19 Confirmed Case per 1,000 Resident-Weeks
6/6 6/13 6/20 6/27 7/4 7/11 7/18 7/25 8/1 8/8 8/15 8/22 8/29 9/5 9/12 9/19 9/26 10/3 10/10 10/17 10/24 10/31 11/7 11/14 11/21 11/28 12/5 12/12 12/19 12/26 1/2 1/9 1/16 1/23 1/30 2/6 2/13 2/20 2/27**
Cases 462 420 344 341 490 515 853 1520 2348 3360 4146 4792 5352 5331 5419 5306 4677 4129 4049 3672 3194 3087 3371 3912 4298 4513 4785 4686 4375 6442 18649 38585 49301 49867 38429 25407 16493 10116 5408
Rates 0.4 0.4 0.3 0.3 0.4 0.4 0.7 1.3 2 2.9 3.6 4.1 4.6 4.6 4.7 4.6 4.1 3.6 3.5 3.2 2.8 2.7 2.9 3.4 3.7 3.9 4.1 4 3.8 5.6 16.3 33.7 43.1 43.5 33.5 22 14.3 8.8 4.9
7.6
4-Wk Change Definition (apply to the last 4 weeks after excluding the most recent week to account for lag in facilities reporting)
Increase: meet both: (1) rate for week 4 was greater than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant increase.
Decrease: meet both: (1) rate for week 4 was lower than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant decrease.
Note: Mid-p (1-tailed) method was used to test a statistical significance
Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded.
*Number of facilities reporting may vary from week to week. **Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.
CONFIRMED CASES Definition (As of Nov 23rd) Total Confirmed COVID-19 cases (computed variable) = (Total positive tests – Ag positive test and PCR negative confirmatory test)
Dashed line and red number indicate the projected trajectory and are being shown to address any lag in facilities updating data
Last Updated: Feb 28, 2022
CDC COVID-19 Healthcare Systems and Worker Safety Task Force

## Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in Skilled Nursing Facilities

January 30, 2022 – February 27, 2022*

AK GU MP HI
VT NH ME
NY CT MA
WA MT ND SD MN WI MI PA NJ RI
OR ID WY NE IA IL IN OH DC MD DE
NV UT CO KS MO TN KY WV VA NC
CA AZ NM OK AR MS AL GA SC
TX LA FL PR VI
Change in incidence over 4 weeks
Decrease
Increase
Stable

* Excluding the most recent week due to reporting lag

The methodology used to statistically identify 4-week rate trends differ from the methodology used for case surveillance trend analyses. States that have been labeled as "stable" do not denote "stable increasing" and "stable decreasing".

Last Updated: Feb 28, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

*Restricted Use/Recipients Only* **Page 44 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000591



## COVID-19 Deaths Among Staff in Skilled Nursing Facilities (SNF)

June 06, 2021 – February 27, 2022

| | 6/6 | 6/13 | 6/20 | 6/27 | 7/4 | 7/11 | 7/18 | 7/25 | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deaths | 2 | 3 | 3 | 6 | 3 | 3 | 1 | 12 | 5 | 6 | 22 | 25 | 24 | 18 | 14 | 30 | 23 | 14 | 14 |
| Death Rate | 0 | 0 | 0 | 0.01 | 0.01 | 0 | 0 | 0.01 | 0.01 | 0.01 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 | 0.03 | 0.02 | 0.01 | 0.02 |

| | 10/17 | 10/24 | 10/31 | 11/7 | 11/14 | 11/21 | 11/28 | 12/5 | 12/12 | 12/19 | 12/26 | 1/2 | 1/9 | 1/16 | 1/23 | 1/30 | 2/6 | 2/13 | 2/20 | 2/27** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deaths | 12 | 12 | 10 | 7 | 9 | 13 | 15 | 11 | 12 | 16 | 15 | 21 | 16 | 19 | 30 | 29 | 18 | 14 | 15 | 11 |
| Death Rate | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.02 | 0.01 | 0.02 | 0.03 | 0.03 | 0.02 | 0.01 | 0.01 | 0.02 |

**Inferred Data:** For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: Feb 28, 2022 *CDC COVID-19 Healthcare Systems and Worker Safety Task Force*

## COVID-19 Deaths Among Residents in Skilled Nursing Facilities (SNF)

June 06, 2021 – February 27, 2022

| | 6/6 | 6/13 | 6/20 | 6/27 | 7/4 | 7/11 | 7/18 | 7/25 | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deaths | 354 | 126 | 96 | 72 | 55 | 113 | 97 | 101 | 171 | 251 | 376 | 431 | 528 | 555 | 579 | 644 | 584 | 565 | 532 |
| Death rate | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.5 | 0.5 | 0.5 |

| | 10/17 | 10/24 | 10/31 | 11/7 | 11/14 | 11/21 | 11/28 | 12/5 | 12/12 | 12/19 | 12/26 | 1/2 | 1/9 | 1/16 | 1/23 | 1/30 | 2/6 | 2/13 | 2/20 | 2/27** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deaths | 515 | 421 | 402 | 409 | 435 | 375 | 451 | 490 | 441 | 476 | 397 | 499 | 706 | 1226 | 1554 | 1444 | 1265 | 880 | 684 | 403 |
| Death rate | 0.4 | 0.4 | 0.3 | 0.4 | 0.4 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 | 0.7 | 1.1 | 1.4 | 1.3 | 1.1 | 0.8 | 0.6 | 0.4 |

**Inferred Data:** For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: Feb 28, 2022 *CDC COVID-19 Healthcare Systems and Worker Safety Task Force*



*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in Skilled Nursing Facilities

January 30, 2022 – February 27, 2022*

AK
GU
MP
HI
VT
NH
ME
NY
CT
MA
WA
MT
ND
SD
MN
WI
MI
PA
NJ
RI
OR
ID
WY
NE
IA
IL
IN
OH
DC
MD
DE
NV
UT
CO
KS
MO
TN
KY
WV
VA
NC
CA
AZ
NM
OK
AR
MS
AL
GA
SC
TX
LA
FL
PR
VI
Change in incidence over 4 weeks
Decrease
Increase
Stable

* Excluding the most recent week due to reporting lag

Last Updated: Feb 28, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

## COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF) Percent of SNFs with ≥ 1 Confirmed Cases, Last 4 Weeks

January 30, 2022 – February 27, 2022

Jan 31 – Feb 6
N = 14,989 (41%)
Feb 7 – Feb 13
N = 14,962 (30%)
Feb 14 – Feb 20
N = 14,926 (22%)
Feb 21 – Feb 27
N = 14,231 (13%)
Percent of facilities
0
>0-15
>15-30
>30-45
>45-60
More than 60

Last Updated Feb 28, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

*Restricted Use/Recipients Only*
Page **46** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

AZT42AR0000593

## Excess Deaths

Pneumonia, Influenza, and COVID-19 (PIC) Mortality
October 10, 2016 – March 03, 2022
Pneumonia, Influenza, and COVID-19 Mortality from the National Center for Health Statistics Mortality Surveillance System
Data as of March 3, 2022
Number of Influenza Coded Deaths
Number of COVID-19 Coded Deaths
% of Deaths Due to PIC
Baseline
Threshold
Epidemic Threshold
Seasonal Baseline
% of All Deaths Due to PIC
Number of Deaths
MMWR Week
Last Updated: Mar 04, 2022
Data Source: National Center for Health Statistics Mortality Surveillance System

- CDC National Center for Health Statistics (NCHS) Mortality Surveillance[19,20]
  Based on NCHS mortality surveillance data available on March 3, 2022, 16.7% of the deaths that occurred during the week ending February 26, 2022 (week 8), were due to pneumonia, influenza, and/or COVID-19 (PIC). This percentage is above the epidemic threshold of 7.2% for this week. Among the 3,075 PIC deaths reported for this week, 2,274 had COVID-19 listed as an underlying or contributing cause of death on the death certificate, and 12 listed influenza, indicating that current PIC mortality is due primarily to COVID-19 and not influenza. The data presented are preliminary and may change as more data are received and processed.

[19] Data during recent weeks are incomplete because of the lag in time between when death occurred and when the death certificate is completed, submitted to NCHS, and processed for reporting purposes. Additional NCHS mortality information: Surveillance Methods and Provisional Death Count Totals for COVID-19.
[20] MMWR Week is the week of the epidemiologic year for which the National Notifiable Diseases Surveillance System (NNDSS) disease report is assigned by the reporting local or state health department for the purposes of MMWR disease incidence reporting and publishing.



**Weekly Number of Deaths**
**Comparing Excess Deaths Including and Excluding COVID-19**
December 30, 2017 – February 26, 2022

Indicates observed count above threshold
Predicted number of deaths from all causes, including COVID-19
Predicted number of deaths from all causes, excluding COVID-19
Threshold for excess deaths

Number of Deaths
Month/Year

Number of deaths above threshold are indicated by red plus sign. Certain weeks have more than one red plus sign when the predicted number of deaths including COVID-19 (blue bars) and the predicted number of deaths excluding COVID-19 (green bars) both exceed the threshold.

Last Updated: Mar 09, 2022 *Data Source: National Center for Health Statistics (NCHS)*

## Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States

March 1, 2020 - February 26, 2022

| Month | Observed Number | Upper Bound Threshold | Average Expected Count | Excess Estimate |
|---|---|---|---|---|
| Mar 2020 | 240,632 | 250,077 | 242,069 | 3,342 |
| Apr 2020 | 302,127 | 240,265 | 232,188 | 69,939 |
| May 2020 | 321,921 | 287,308 | 277,412 | 44,509 |
| Jun 2020 | 233,462 | 223,221 | 215,404 | 18,058 |
| Jul 2020 | 249,210 | 220,986 | 213,165 | 36,045 |
| Aug 2020 | 315,289 | 273,628 | 264,057 | 51,232 |
| Sep 2020 | 240,274 | 220,417 | 212,657 | 27,617 |
| Oct 2020 | 307,862 | 281,634 | 271,829 | 36,033 |
| Nov 2020 | 281,416 | 231,902 | 224,043 | 57,373 |
| Dec 2020 | 326,762 | 241,456 | 233,269 | 93,493 |
| Jan 2021 | 424,400 | 316,827 | 306,819 | 117,581 |
| Feb 2021 | 284,232 | 253,323 | 245,702 | 38,530 |
| Mar 2021 | 246,707 | 247,588 | 239,998 | 6,709 |
| Apr 2021 | 239,097 | 239,306 | 231,941 | 7,306 |
| May 2021 | 293,264 | 286,221 | 277,191 | 16,073 |
| Jun 2021 | 228,621 | 223,691 | 216,812 | 11,809 |
| Jul 2021 | 290,383 | 276,966 | 268,390 | 21,993 |
| Aug 2021 | 272,502 | 220,176 | 213,365 | 59,137 |
| Sep 2021 | 291,482 | 221,882 | 214,903 | 76,579 |
| Oct 2021 | 340,868 | 283,993 | 275,158 | 65,710 |
| Nov 2021 | 267,133 | 234,351 | 227,048 | 40,085 |
| Dec 2021 | 283,675 | 242,257 | 234,824 | 48,851 |
| **Total** | **6,281,319** | **5,517,475** | **5,338,244** | **948,004** |

Last Updated: Mar 10, 2022

Source: National Center for Health Statistics (NCHS), Excess Deaths Associated with COVID-19; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 National Forecasts

**Forecasts of New COVID-19 Cases per 100,000 Population**

Recent case forecasts have shown low reliability, with more reported cases than expected falling outside the forecast prediction intervals for 1-, 2-, 3-, and 4-week ahead case forecasts. Therefore, **case forecasts will be updated once sustained improvements in performance are observed.**

Last Updated: Jan 05, 2022

*CDC COVID-19 Mathematical Modeling Group*

**Source:** CDC Forecasts

**Estimated New COVID-19 Cases**

Weekly Reported COVID-19 Cases, as of March 05, 2022

Incident weekly cases
0
1M
2M
3M
4M
5M
Apr 2020
Jul 2020
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Apr 2022
Date

Last Updated: Mar 09, 2022

*COVID-19 Forecast Hub*

**Source:** https://viz.covid19forecasthub.org/

***Restricted Use/Recipients Only***

**Page 49 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000596

**Forecasts of New COVID-19 Hospitalizations per 100,000 Population**

Data: December 28, 2021 – February 28, 2022

Forecasts Through April 01, 2022

This week, CDC received forecasts of new reported COVID-19 cases over the next 4 weeks from 14 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that new daily confirmed COVID-19 hospital admissions will likely decrease over the next 4 weeks, with **300 to 6,300 new confirmed COVID-19 hospital admissions likely reported on April 1, 2022.**

Last Updated: Mar 09, 2022 CDC COVID-19 Mathematical Modeling Group

Source: CDC Forecasts

**Forecasts of New and Cumulative COVID-19 Deaths per 100,000 Population**

Data: January 01, 2022 – March 05, 2022

Forecasts Through April 02, 2022

This week, CDC received forecasts of new reported COVID-19 deaths over the next 4 weeks from 25 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that the number of newly reported COVID-19 deaths will likely decrease over the next 4 weeks, with **2,500 to 6,100 new deaths likely reported in the week ending April 2, 2022.**

Last Updated: Mar 09, 2022 CDC COVID-19 Mathematical Modeling Group

Source: CDC Forecasts



COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

Estimated New COVID-19 Deaths
Weekly Reported COVID-19 Deaths, as of March 05, 2022
Incident weekly deaths
20k
15k
10k
5k
0
Apr 2020
Jul 2020
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Apr 2022
Date
Last Updated: Mar 09, 2022
COVID-19 Forecast Hub

Source: https://viz.covid19forecasthub.org/

## Special Populations

## COVID-19 Cases and Deaths in US Healthcare Workers

*Data as of Mar 10, 2022 9:02 EST*

- Cases: 1,011,076 (+1,071)
- Deaths: 4,052 (+1)
  - 1881 in KY
  - 632 in CA
  - 229 in IL
  - 171 in NJ
  - 167 in OH
  - 118 in NV
  - 90 in TN
  - 86 in NC
  - 84 in AR
  - 78 in MI
  - 78 in PA
  - 67 in MN
  - 43 in PR
  - 40 in MA
  - 36 in MO
  - 36 in WA
  - 35 in KS
  - 34 in NY
  - 29 in LA
  - 26 in ID
  - 24 in VA
  - 17 in UT
  - 15 in IA
  - 11 in WY
  - 10 in NH
  - 5 in CO
  - 5 in DC
  - 3 in GU
  - 1 in AK
  - 1 in VT

*Restricted Use/Recipients Only* Page 51 of 66
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000598

## Multisystem Inflammatory Syndrome in Children (MIS-C) in the United States

Reported MIS-C Case Ranges by Jurisdiction*
Data as of March 01, 2022
Reported MIS-C Cases
No case reported
1-49 cases
50-99 cases
100-199 cases
200-299 cases
300-399 cases
400+ cases
*CDC defers to jurisdictions to release additional information on patients
AS
FSM
GU
MP
PW
RMI
VI
Last Updated: Mar 07, 2022
Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

Daily MIS-C Cases and COVID-19 Cases Reported to CDC (7-Day Moving Average)
January 22, 2020 – March 01, 2022 (N=7,459*)
MIS-C
COVID-19
Daily MIS-C Cases (7-day Moving Average)
Daily COVID-19 Cases (7-day Moving Average)
Date of Onset

The grayed-out area on the right side of the figure represents the most recent 6 weeks of data, for which reporting of MIS-C cases is still incomplete. The actual number of MIS-C cases during this period is likely larger, and these numbers are expected to increase as additional case reports are incorporated.

*Date of onset was missing for 1 of the 7,459 cases.

Last Updated: Mar 07, 2022

Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

**COVID-19 Response Update Thursday, Mar 10, 2022** *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

Characteristics of Reported MIS-C Patients
Data as of March 01, 2022 (N=7,459)
MIS-C Patients By Sex
MIS-C Patients By Age Group
60%
40%
20%
0%
Percentage
<1
1-4
5-11
12-15
16-20
Age
MIS-C Patients by Race/Ethnicity
40%
30%
20%
10%
0%
Percentage
White, Non-Hispanic
Black, Non-Hispanic
Hispanic/Latino
Other, Non-Hispanic
Asian, Non-Hispanic
American Indian/Alaska Native*
Multiple Race, Non-Hispanic
Native Hawaiian/Other Pacific Islander*
Race/Ethnicity
Out of 7,459 patients, race/ethnicity was not reported for 437 patients, gender for 10 patients, and age group for 3 patients.
*Values are less than 1%
Last Updated: Mar 07, 2022
Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

## COVID-19 Among Pregnant Women in the US

### Weekly COVID-19 Pregnancy Data Summary

January 22, 2020 – March 07, 2022

187,751 (100.0%)
Cases with Known Age
162,589 (86.6%)
Cases with Known Race/Ethnicity

| Cases | Deaths | Hospitalizations | | |
|---|---|---|---|---|
| | | Hospitalizations | Admitted to ICU | Required Mechanical Ventilation |
| 187,751 | 293 | 30,327 | 689 | 139 |

60,000
40,000
20,000
0
Cases
455 (0.2%)
9,478 (5.%)
37,631 (20.%)
55,236 (29.4%)
50,277 (26.8%)
25,867 (13.8%)
6,736 (3.6%)
1,289 (0.7%)
762 (0.4%)
< 15
15-19
20-24
25-29
30-34
35-39
40-44
45-49
50-54
Age Group
Last Updated: Mar 07, 2022

80,000
60,000
40,000
20,000
0
Cases
5,276 (3.2%)
23,527 (14.5%)
60,415 (37.2%)
8,205 (5.0%)
65,166 (40.1%)
Asian, Non-Hispanic
Black, Non-Hispanic
Hispanic/Latino
Multiple, Other Non-Hispanic
White, Non-Hispanic
Race / Ethnicity
Data Source: CDC COVID Data Tracker; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

***Restricted Use/Recipients Only*** **Page 53 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000600

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Cases and Deaths in US Correctional and Detention Facilities

### Cumulative Confirmed COVID-19 Cases and Deaths in US Correctional and Detention Facilities By State

| Total Cases | Total Resident Cases | Total Staff Cases | Total Deaths | Total Resident Deaths | Total Staff Deaths |
|---|---|---|---|---|---|
| 794,891 | 593,920 | 200,971 | 3,362 | 3,057 | 305 |

| Data From | Data Through | Last Update |
|---|---|---|
| 31-Mar-20 | 07-Mar-22 | 10-Mar-22 |

WA 38 (17,999; 20)
OR 17 (7,528; 47)
CA 86 (120,177; 328)
MT 16 (1,757; 6)
ID 24 (7,352; 6)
NV 22 (7,999; 54)
WY 5 (1,213; 8)
UT 10 (7,005; 22)
AZ 29 (28,234; 88)
ND 9 (2,805; 3)
SD 10 (3,501; 8)
NE 3 (1,253; 14)
CO 24 (21,733; 38)
NM 52 (6,360; 29)
KS 13 (10,543; 26)
OK 6 (10,179; 68)
TX 143 (93,599; 469)
MN 23 (12,964; 14)
IA 15 (7,167; 24)
MO 45 (13,819; 87)
AR 1 (14,921; 58)
LA 26 (10,473; 52)
WI 44 (21,427; 33)
IL 50 (38,209; 93)
MS 23 (4,523; 31)
MI 46 (41,644; 174)
IN 24 (9,360; 68)
OH 33 (20,414; 165)
KY 20 (11,965; 74)
TN 20 (11,302; 74)
AL 35 (5,745; 86)
GA 116 (10,073; 107)
FL 13 (28,451; 245)
SC 46 (9,712; 78)
NC 68 (19,153; 109)
VA 45 (19,602; 68)
WV 45 (8,422; 29)
PA 46 (30,491; 169)
NY 57 (24,035; 63)
VT 19 (1,341; 0)
NH 8 (1,461; 3)
ME 7 (747; 0)
MA 21 (4,585; 34)
RI 7 (4,429; 7)
CT 15 (10,951; 29)
NJ 34 (20,377; 62)
DE 5 (3,874; 14)
MD 37 (11,880; 44)
AK 14 (5,969; 7)
HI 10 (5,144; 9)

**Map Label**
\# of Facilities with Reported Cases
(Cases; Deaths)

**Case Breaks**
- B: 101-1,000
- C: 1,001-5,000
- D: 5,001-9,999
- E: 10,000+

| State | Cases | Deaths |
|---|---|---|
| DC | 29 | 0 |
| Puerto Rico | 137 | [illegible] |
| Not Available | [illegible] | [illegible] |

Cases and deaths are reported by state Department of Corrections, the Federal Bureau of Prisons, and Immigration and Customs Enforcement. Data contain cumulative confirmed COVID-19 counts in U.S. correctional and detention facilities, separately for staff and residents, starting from March 31, 2020. Citation: UCLA Law COVID Behind Bars Data Project, https://uclacovidbehindbars.org/

*For questions or comments, contact CDC CPR DEO Public Health Science Team at eocsaanalyst@cdc.gov.*

***Restricted Use/Recipients Only***

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **54** of **66**

AZT42AR0000601

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Related School Closures and Policies

### Outbreak-Related School Closures – Past 4 Weeks, United States

February 05, 2022 – March 04, 2022

Date: 3/4/2022
Source: Burbio
Known Schools Closed due to Outbreak in Past 28 Days by District
1 - 5
6 - 10
11 - 50
>50
County Borders

Of 1,226 known school closures in the last 28 days, **283** schools reported reasons related to **COVID-19 outbreaks** (avg days closed=4.1).

| Top 10 States<br>Represent ~98% of known schools closed due to outbreaks in the past 4 weeks | |
|---|---|
| NE: 54% | IL: 4% |
| MI: 14% | TN: 3% |
| OH: 7% | MD: 1% |
| NM: 5% | WA: 1% |
| AZ: 5% | KY: 1% |

Source: Burbio
Notes: Totals for known school closures include the number of unique schools that were closed for at least one day from February 3-March 2, 2022, either as an individual school or district-wide closure. Outbreak related closures include those due to COVID-19 case outbreaks within the school or surrounding community as reported by the school district.

Last Updated: Mar 04, 2022

*Sources: : Compiled data by Burbio from public federal, state, and local school districts.*

### 2021-2022 School Year Closures by State, United States

7 states experiencing active closures: MI, OR, VA, PA, UT, NM, BI
17 states with future planned closures: GA, MD, MN, MO, NC, OH, OK, OR, VA, CO, UT, DE, NM, IA, AZ, NH, BI
Top 10 states account for ~48% of past closures: NC, TX, IL, GA, OH, NJ, MA, PR, MO, MD
Future (1,023 nationally)
Active (127 nationally)
Past (20,851 nationally)
Unique Schools Closed
1,600
1,400
1,200
1,000
800
600
400
200
0
CT MA ME NH NJ NY *PA RI VT IA IL IN KS *MI MN MO ND NE OH SD WI AL AR DC DE FL GA KY LA MD MS NC OK SC TN TX *VA WV AK AZ CA CO HI ID MT *NM NV *OR *UT WA WY *BI PR
Northeast
Midwest
South
West

School Closures: Compiled data by Burbio from public federal, state, and local school districts. Known school closure totals include the number of unique schools closed (for at least one day) per status (future, active, past) since August 1, 2021, either as an individual school or district-wide known closure. Active closures include closures with a known end date after 3/3/2022. States with at least one active closure are denoted with *. Future planned closures include known closures scheduled later in the school year and are typically comprised of mental health days or staff planning/training days for COVID-19-related reasons. See https://cai.burbio.com/school-opening-tracker/ for more information.
School Districts: A school district is considered eligible if it has a LEA district type of 1, 2, or 7 and has an NCES enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.0M. "BI" is the state designation for schools that fall under the Bureau of Indian Education.

Last Updated: Mar 04, 2022

*Sources: : Compiled data by Burbio from public federal, state, and local school districts.*

*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **55** of **66**

AZT42AR0000602

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Closures by Reason - 2021-2022 School Year, United States

Peak schools closed: 6,867 on 01/14/2022
Peak schools closed due to Mental Health: 1,389 on 11/12/2021
Peak schools closed due to Outbreaks: 5,857 on 1/14/2022
Other/Reason Unknown
Mental Health
Staffing Issue
Outbreak Related
Daily cases (7-day average)
Upcoming 14 days
Unique Schools Closed
Cases
7,000
6,000
5,000
4,000
3,000
2,000
1,000
0
800k
700k
600k
500k
400k
300k
200k
100k
0k
8/2/2021
8/9/2021
8/16/2021
8/23/2021
8/30/2021
9/6/2021
9/13/2021
9/20/2021
9/27/2021
10/4/2021
10/11/2021
10/18/2021
10/25/2021
11/1/2021
11/8/2021
11/15/2021
11/22/2021
11/29/2021
12/6/2021
12/13/2021
12/20/2021
12/27/2021
1/3/2022
1/10/2022
1/17/2022
1/24/2022
1/31/2022
2/7/2022
2/14/2022
2/21/2022
2/28/2022
3/7/2022
3/14/2022

**School Closures:** Compiled data by Burbio from public federal, state, and local school districts, and CDC Cases and Deaths. Known closures include the number of unique schools closed per day since August 1, 2021, either as an individual school or district-wide closure. Outbreak related closure events include those due to COVID-19 outbreaks within the school or surrounding community as reported by the district. Mental health closures related to COVID-19 include giving staff and students time off to take care of themselves and their families; often listed as "kindness day". Staffing issue closures include any staffing shortages or absences due to COVID-19. Burbio did not start collecting reasons for closures until 9/23/2021, therefore all closures before then are labeled as Other/Reason Unknown. See https://cai.burbio.com/school-opening-tracker/ for more information. Plot only shows school day (Monday-Friday) closures, weekend days (Saturday and Sunday) are excluded. Cases data through March 3, 2022.
**School Districts:** A school district is considered eligible if it has a LEA district type of 1, 2, or 7 and has an NCES enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M. "BI" is the state designation for schools that fall under the Bureau of Indian Education.

Last Updated: Mar 04, 2022 *Sources: : Compiled data by Burbio from public federal, state, and local school districts*

## Learning Modalities by School District

Number of Districts Included: 14,105 (represents 95.5% of K-12 students)
% Offering Remote-Only Learning: 0.1%
% Offering Hybrid Learning: 0.6%
% Offering In-Person Learning: 99.3%
Date: 3/4/2022
Source: Combined HMM Model
Learning Modality
by School District - 04MAR2022
Learning Modality
Full-time in-person
Hybrid in-person
Remote only
No data

**Source:** HMM model (learning modalities)
**Source Notes:** The combined model is generated using a Hidden Markov Model (HMM) that infers weekly learning modality classifications (in person, hybrid, remote). The transition probabilities between learning modalities and dataset specific model parameters for the HMM were estimated using K-12 school data from Burbio, MCH Strategic Data, Return to Learn, and State Dashboards collected during the 2020-2021 school year between 8/1/2020 and 7/31/2021. Inferred learning modalities for the 2021-2022 school year are based on data collected since 8/1/2021 from Burbio, MCH Strategic Data, and State Dashboards. Data from Return to Learn are not included in the HMM for the 2021-2022 school year due to discontinued data collection. Only district-weeks where the estimated probability for the predicted modality is greater than 0.6 are reported.
**Data Notes:** Learning modalities estimated using data from August 1, 2021-March 4, 2022. Total U.S. K-12 enrollment is approximately 50.8M and includes the 17,376 districts with an LEA district type of 1, 2, or 7 and an NCES enrollment greater than 0.

Last Updated: Mar 04, 2022 Sources: HMM Model (learning modalities), MCH Strategic Data (social distancing policies), COVID-19 School Data Team, *Community Profile Report*

***Restricted Use/Recipients Only*** Page **56** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

AZT42AR0000603

## International Summary

### WHO COVID-19 Global Cases and Deaths

*Jan 02, 2020 – Mar 10, 2022*

| Cases | | Deaths | |
|---|---|---|---|
| Cumulative | Last 7 Days | Cumulative | Last 7 Days |
| 448,313,293 | 10,698,759 | 6,011,482 | 45,780 |

Source: WHO COVID-19 Dashboard

### Weekly COVID-19 International Situation Update

*CDC International Task Force*

*Data as of Mar 06, 2022* *Last Updated: Mar 09, 2022*

*Summary*

- Epidemiology:
  - Cases continue to increase in the Western Pacific. Cases continue to decrease in the Americas, in Europe, in Southeast Asia, in Eastern Mediterranean, and in Africa.
  - Global deaths decreased by 7.1% from last week to this week.
  - Countries reporting the highest case counts in the last week are Korea (South), Germany, and Viet Nam.
  - Greatest percent increase in cases in the last week were in Viet Nam, Mexico, and Somalia.
- Vaccination:
  - Vaccination is reported in at least 218 countries or territories.
  - As of March 06, a total of 10,806,820,483 vaccine doses have been administered globally, of which 1,419,397,113 have been booster doses.
- Variants of Concern (as of Mar 07, 2022):
  - Alpha (B.1.1.7) has been identified in 203 countries, 0 more since last week.
  - Beta (B.1.351) has been identified in 154 countries, 0 more since last week.
  - Gamma (P.1) has been identified in 113 countries, 0 more since last week.
  - Delta (B.1.617.2) has been identified in 208 countries, 0 more since last week.
  - Omicron (B.1.1.529) has been identified in 195 countries, 1 more since last week.

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

*Epidemic Curve of Confirmed COVID-19 Cases by Week of Report and WHO Region*

Confirmed COVID-19 Cases by Week of Report and WHO Region
January 3, 2020 - March 6, 2022
WHO Region
Americas
Europe
Southeast Asia
Eastern Mediterranean
Africa
Western Pacific
Weekly Cases
20,000,000
15,000,000
10,000,000
5,000,000
0
30 Dec
27 Jan
24 Feb
23 Mar
20 Apr
18 May
15 Jun
13 Jul
10 Aug
7 Sep
5 Oct
2 Nov
30 Nov
28 Dec
25 Jan
22 Feb
22 Mar
19 Apr
17 May
14 Jun
12 Jul
9 Aug
6 Sep
4 Oct
1 Nov
29 Nov
27 Dec
24 Jan
21 Feb
Week of Reporting

*Map: Average Daily Incidence Over the Last 7 Days per 100,000 Population, International*

***Mar 06, 2022*** **Data Source:** *COVID-19 Data Repository CSSE (JHU)*

Average
Daily
Incidence
(past 7 days)
per 100,000
0- <1
1- <10
10- <25
25+

**Restricted Use/Recipients Only** Page **58** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000605

*Map: Percent Change in Cases, Most Recent 7-Day Period Compared to Previous 7-Day Period, International*

***Mar 06, 2022*** **Data Source:** *COVID-19 Data Repository CSSE (JHU)*

Percent Change From Previous Week
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase
NA

*Countries with Most New Cases and Highest Growth in New Cases*

**10 Countries/ Areas with Most New Cases**

| Country/ Area | New Cases This Week | % Change Last Week[1] |
|---|---|---|
| Korea (South) | 1,461,431 | 41.6 |
| Germany | 1,106,231 | -1.0 |
| Viet Nam | 1,013,343 | 111.6 |
| Russia | 650,540 | -29.3 |
| Japan | 452,763 | -4.4 |
| Brazil | 395,152 | -24.0 |
| Turkey | 350,828 | -35.2 |
| France | 347,688 | -13.3 |
| United States of America | 343,145 | -28.5 |
| Netherlands | 335,330 | 29.1 |

[1] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 06, 2022

% Change [1]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

**10 Countries/ Areas with Highest Incidence**

| Country/ Area | Incidence Per 100,000[1] | % Change Last Week[2] |
|---|---|---|
| Brunei Darussalam | 949.9 | 27.8 |
| Iceland | 652.3 | -32.0 |
| Hong Kong | 568.0 | 153.5 |
| Liechtenstein | 426.5 | 76.2 |
| Latvia | 409.2 | -17.6 |
| Korea (South) | 406.9 | 41.6 |
| New Zealand | 400.6 | 147.2 |
| Austria | 332.7 | 10.9 |
| Denmark | 298.4 | -32.3 |
| Singapore | 298.0 | 2.3 |

[1] Average daily incidence per 100,000 in past 7 days
[2] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 06, 2022

Average Daily Incidence (past 7 days) per 100K [1]
0- <1
1- <10
10- <25
25+

% Change [2]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

Note: Incidence threshold categories are based on Harvard Global Health Institute Key Metrics for COVID Suppression Framework.

**10 Countries/ Areas with Highest Percent Change Last Week**

| Country/ Area | % Change Last Week[1] | % Change 4 Weeks[2] |
|---|---|---|
| Viet Nam | 111.6 | 971.5 |
| Mexico | 70.5 | -66.7 |
| Somalia | 64.2 | -87.2 |
| Korea (South) | 41.6 | 707.2 |
| Niger | 33.3 | -52.9 |
| Netherlands | 29.1 | -40.3 |
| China | 26.7 | 440.2 |
| South Sudan | 25.0 | -26.2 |
| Zimbabwe | 24.7 | 249.6 |
| Bolivia | 15.4 | -90.4 |

[1] Percent change in cases of most recent 7 days to 7 days prior
[2] Percent change in cases of most recent 7 days to 4 weeks prior
Note: Countries with population size less than 10 million were excluded
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 06, 2022

% Change [1, 2]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

*COVID-19 Response Update Thursday, Mar 10, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

Risk Matrix: Average Daily Incidence per 100,000 Population in the Past 7 Days and 7-Day Percent Change

*Data Source: COVID-19 Data Repository CSSE (JHU)*

Burden and Recent Trends
Average daily incidence per 100,000 population and 7-day percent change, by new cases in past 7 days
February 21, 2022 - February 27, 2022 to February 28, 2022 - March 06, 2022
Average Daily Incidence per 100,000
% Change in Weekly Cases
Korea (South)
Netherlands
Germany
Greece
Chile
France
Portugal
Australia
Russia
Malaysia
Turkey
Japan
Brazil
Canada
Bolivia
Zimbabwe
Mexico
Viet Nam
United States of America
Uganda
China
WHO Region
Americas
Europe
Southeast Asia
Eastern Mediterranean
Africa
Western Pacific
Weekly Cases
1,000
10,000
100,000
250,000
500,000
750,000

Notes:
- Includes countries with a population greater than 10 million people and more than 100 cases in the last week
- Countries with a population over 10 million are labeled if they are among the top ten highest countries for cases, incidence, or weekly percent change in cases.

**Highest risk is in countries with both a positive percent change in weekly cases and high daily incidence**

*Data Source: WHO Coronavirus Disease (COVID-19) Dashboard*
*Note: For the purpose of this report the Island of Taiwan is presented separately from mainland China, both using data from the COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)*

*Restricted Use/Recipients Only* Page 60 of 66
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000607

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Global Vaccinations Summary

Vaccination is reported in at least 218 countries.

*Total Number of Vaccine Doses Administered per 100 People[21]*

***Data as of Mar 06, 2022*** ***Data Source: Our World in Data***

People Fully Vaccinated per 100 People
<3
3- <10
10- <20
20- <30
30- <40
40- <60
60- <70
70+
NA

Note:
-Countries in white do not have data reported for fully vaccinated
-Vaccine data are incomplete and data may be out of date
-People vaccinated per 100 people represents total population (all ages)
-Fully vaccinated means a person has received all recommended doses in their primary series of COVID-19 vaccine

*People Vaccinated per 100 People by WHO Region*

People Fully Vaccinated per 100 people by WHO Region, March 06, 2022
WPRO
AFRO
EMRO
SEARO
EURO
AMRO
Singapore
Japan
Pitcairn Islands
Viet Nam
China
Brunei Darussalam
South Africa
Seychelles
Nigeria
Rwanda
Mauritius
Egypt
Qatar
United Arab Emirates
Pakistan
Iran
Kuwait
Indonesia
Maldives
Bhutan
Bangladesh
India
Thailand
Turkey
Malta
Gibraltar
Russia
Germany
Portugal
Mexico
Brazil
Chile
United States of America
Cuba
Cayman Islands
0
25
50
75
100
125
People Fully Vaccinated per 100
Total vaccine doses administered
1,000,000
50,000,000
300,000,000
750,000,000
WHO Region
Western Pacific
Africa
Eastern Mediterranean
Southeast Asia
Europe
Americas

Notes:
- Total vaccine doses administered: total doses given, does not represent number of people fully vaccinated
- Countries are labeled such that within each group, labeled countries are those that are the top 3 ranking countries for people fully vaccinated per 100 and the top 3 ranking countries for total vaccine doses administered
- Vaccine data are incomplete and data may be out of date

[21] Total number of vaccine doses administered are counted as single doses and may not equal the total number of people vaccinated, as some vaccines require multiple doses.

*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **61** of **66**

AZT42AR0000608

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Variants of Concern

These maps show which countries have reported notable variants of SARS-CoV-2, as defined by the World Health Organization (WHO). Country specific designations of notable variants may differ. Because of differences in detection and reporting, variants could be present in some countries that have not yet reported them. The lack of reporting does not indicate the absence of the variant in a country. Variant names are according to the dynamic nomenclature guidelines implemented in Pango. Names assigned by WHO are presented in parentheses. Data are from the World Health Organization (WHO) Variant Tracker.

### Omicron (B.1.1.529)

First reported: **South Africa**
Number of countries reporting: **195**
Change since previous week: **1**

On November 26, WHO designated SARS-CoV-2 variant lineage B.1.1.529 as a variant of concern named Omicron.

The countries on this map reflect reporting to WHO and may differ from media or other sources of data.

Countries reporting Omicron (B.1.1.529) variant
Verified by WHO
Reported from other sources

### Delta (B.1.617.2)

First reported: **India**
Number of countries reporting: **208**
Change since previous week: **0**

Countries reporting Delta (B.1.617.2) variant
Verified by WHO
Reported from other sources

### Alpha (B.1.1.7)

First reported: **United Kingdom**
Number of countries reporting: **203**
Change since previous week: **0**

### Beta (B.1.351)

First reported: **South Africa**
Number of countries reporting: **154**
Change since previous week: **0**

### Gamma (P.1)

First reported: **Japan/Brazil**
Number of countries reporting: **113**
Change since previous week: **0**

*Restricted Use/Recipients Only* Page **62** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

AZT42AR0000609

## CDC Response by the Numbers and Deployment Summary

### COVID-19 Response by the Numbers

# COVID-19 RESPONSE BY THE NUMBERS
## As of March 7, 2022

| | |
|---|---|
| **10,219** CDC personnel supporting the outbreak response | **60.80+ million** Times people have used CDC's online Coronavirus Self-Checker |
| **1,912** CDC deployers who have conducted 4,548 deployments to 241 cities across the United States and abroad | **1.6+ million** Calls and emails to CDC-INFO |
| **424** COVID-19 studies published in CDC's Morbidity and Mortality Weekly Report (MMWR) | **3.9+ billion** Times people have looked for information on CDC websites |
| **10,227** Documents providing information and guidance for government agencies, businesses, and the public | **4.9+ billion** Social media impressions on 20,492 CDC response-related posts |
| **824+ million** COVID-19 tests conducted by public and private laboratories in the United States | **101,648+** Inquiries from doctors, nurses, or other clinical staff and health departments received by CDC |
| **254+ million** People who have received at least one dose of a COVID-19 vaccine | **216+ million** People who have been fully vaccinated with a COVID-19 vaccine |

**cdc.gov/coronavirus**

### Current CDC COVID-19 Domestic Deployments by State

| Current # States/Territories | Total Current Deployments | Total Completed Deployments | Cumulative Deployments | Pending Deployments |
|---|---|---|---|---|
| 12 | 32 | 4,402 | 4,434 | 50 |

Current CDC COVID-19 Deployments by State

Territory Current
DC 2
PR 1
CNMI 0
GU 0
USVI 0
Current Deployments
0 Deployments
1-10 Deployments
Thursday, March 10, 2022
Data as of*
Last Refresh
3/10/2022 5:13:40 AM

## Health Department and High-Risk Settings Deployments

*As of Mar 07, 2022*

| Summary of Health Department Support Teams[22,23] | | |
|---|---|---|
| **Description** | **Teams** | **Staff** |
| **Currently Deployed[24]** | **6** | **8** |
| Field | 4 | 4 |
| Remote | 2 | 4 |
| **Returned[25]** | **656** | **3225** |
| Field | 585 | 2854 |
| Remote | 195 | 504 |
| **Cumulative[26]** | **662** | **3233** |
| Field | 589 | 2858 |
| Remote | 199 | 508 |

| Teams and Staff by Support Category | | |
|---|---|---|
| Status | Teams | Staff |
| Currently Deployed | 6 | 8 |
| State Support | 5 | 6 |
| Territory Support | 1 | 2 |

| Subset of Deployment Teams Addressing Transmission in High-Risk and Congregate Settings | Number of Teams[27] | | |
|---|---|---|---|
| | **Deployed** | **Returned** | **Total** |
| Corrections/prisons/detention centers | 0 | 21 | 21 |
| Cruise ships | 0 | 14 | 14 |
| Early childhood education | 1 | 2 | 3 |
| Entertainment venues (Inside and outside) | 0 | 1 | 1 |
| Faith-based institutions | 0 | 4 | 4 |
| Food processing | 0 | 29 | 29 |
| Food service | 0 | 3 | 3 |
| Healthcare settings (other than LTCF) | 1 | 22 | 23 |
| Institutes of higher education | 1 | 24 | 25 |
| K-12 schools | 1 | 58 | 59 |
| Long-term care facilities (LTCF) | 0 | 121 | 121 |
| Migrant holding facilities | 1 | 17 | 18 |
| None | 2 | 375 | 377 |
| Other | 0 | 10 | 10 |
| Recreational facilities and camps | 0 | 3 | 3 |
| Shelters, Homeless | 0 | 15 | 15 |
| Sports venue (Inside and outside) | 0 | 2 | 2 |
| Total[28] | 6 | 656 | 662 |

## CDC Website Updates – COVID-19 Response

*Feb 28, 2021 – Mar 04, 2022[29]*

*MMWR Publications*

- Disparities in COVID-19 Vaccination Coverage Between Urban and Rural Counties — United States, December 14, 2020–January 31, 2022
- SARS-CoV-2 B.1.1.529 (Omicron) Variant Transmission Within Households — Four U.S. Jurisdictions, November 2021–February 2022
- Safety Monitoring of COVID-19 Vaccine Booster Doses Among Persons Aged 12–17 Years — United States, December 9, 2021–February 20, 2022
- Effectiveness of COVID-19 Pfizer-BioNTech BNT162b2 mRNA Vaccination in Preventing COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Nonimmunocompromised Children and Adolescents Aged 5–17 Years — VISION Network, 10 States, April 2021–January 2022

[22] Field Staff and Remote Staff counts are current number of deployed staff of each type.
[23] These data represent deployed CDC field teams focusing on supporting health departments in state, tribal, local, and territorial jurisdictions. These health department deployments are a subset of the deployments represented in the graphic above. Each team aligns to a specific mission. The number of deployed staff per team may fluctuate throughout each mission. These data come from CDC Health Department Task Force records of teams deployed since Apr 03, 2020.
[24] Includes teams with both field and remote staff.
[25] Includes 124 teams with both field and remote staff.
[26] Includes 126 teams with both field and remote staff.
[27] Systematic collection of information began on Apr 03, 2020.
[28] Total may differ from the sum of high-risk settings due to some teams working in multiple high-risk settings.
[29] Updated each Monday. See additional resources at CDC COVID-19 What's New and CDC MMWR Novel Coronavirus Reports.

*Data and Visualizations*

- COVID Data Tracker[30]
- COVID Data Tracker Weekly Review
- COVID-19 Science Update
- COVID-19 Forecasts: Cases
- COVID-19 Forecasts: Deaths
- COVID-19 Forecasts: Hospitalizations
- Health Equity Data
- COVID-19 Vaccinations in U.S.

## Appendix: Reporting Frequencies by Jurisdiction

| Jurisdiction | Reporting Frequency | | | CELR[31] Onboarding Status | Notes |
|---|---|---|---|---|---|
| | Aggregate Case/Death Data[32] | Hospital Data | Laboratory Testing Data | | |
| AK | Mon/Wed/Fri | Daily | Daily | Y | Updated historical aggregate case/death data on Apr 27, 2021. |
| AL | Sun – Fri | Daily | Daily | Y | Updated historical aggregate case/death data each Mon and Thurs. |
| AR | Daily | Daily | Daily | Y | |
| AZ | Daily | Daily | Daily | Y | Updated historical aggregate case data on May 19, 2021. |
| CA | Mon – Fri | Daily | Mon & Thurs; Thurs - antigen | Y | Updated historical aggregate case data on Oct 29, 2021. |
| CO | Mon – Fri | Daily | | Y | Updated historical aggregate case data on Sep 29, 2021. |
| CT | Mon – Fri | Daily | Daily | Y | |
| DE | Daily | Daily | About 4x/week | Y | Updated historical aggregate case data on Jun 02, 2021. |
| FL | Mon – Sat | Daily | Daily | Y | Updates historical aggregate case/death data Mon – Sat. |
| GA | Mon – Fri | Daily | Daily | Y | |
| HI | Mon – Sat | Daily | Daily | Y | Opted to exclude probable cases from total. |
| IA | Mon/Wed/Fri | Daily | Daily | Y | Switched to a new process using vital records data to count deaths on Dec 07, 2020. At this time, all deaths are assumed to be at least probable. |
| ID | Mon – Fri | Mon – Fri | Daily | Y | |
| IL | Mon – Fri | Daily | Daily | Y | |
| IN | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Thurs. |
| KS | Mon/Wed/Fri | Daily | Daily | Y | |
| KY | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Wed. |
| LA | Mon – Fri | Daily | Daily | Y | |
| MA | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case data on May 10, 2021. Updated historical aggregate death data on May 12, 2021. Deaths are reported by date of death, not date of report. |
| MD | Sun – Fri | Daily | 5x/week | Y | Updated historical aggregate death data on Jun 01, 2021. |
| ME | Mon – Sat | Daily | | Y | Updated historical aggregate death data on Mar 01, 2021. |
| MI | Mon – Fri | Daily | | Y | Updates historical aggregate case/death biweekly on Wed. |
| MN | Mon – Fri | Daily | Daily | Y | |
| MO | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case data on Apr 19, 2021. Updated historical aggregate death data on May 19, 2021. |
| MS | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case/death data on Jul 08, 2021. |
| MT | Mon – Fri | Daily | 5x/week | Y | |
| NC | Mon – Fri | Daily | About 3-4x/week; weekdays | Y | Updates historical aggregate case/death data biweekly on Wed. |
| ND | Daily | Daily | | Y | Opted to exclude probable deaths from total. |
| NE | Sporadic | Daily | 5x/week | Y | As of Mar 02, 2022, deaths are reported on a weekly basis with a 4-week lag. Updated historical aggregate case/death data on Sep 08, 2021. |
| NH | Mon – Fri | Daily | Daily | Y | |
| NJ | Daily | Daily | Daily | Y | |
| NM | Mon – Fri | Daily | Daily | Y | Updates historical aggregate death data on biweekly on Tues. |
| NV | Mon – Fri | Daily | Daily | Y | |
| NYC | Sun – Thurs | Daily | Daily | N/A | Updated historical aggregate case/death data on Jun 07, 2021. |
| NY | Daily | Daily | Daily | Y | Does not include data from NYC for cases and deaths. |
| OH | Daily | Daily | Daily | Y | |
| OK | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case/death data on May 26, 2021. |

[30] COVID Data Tracker is CDC's home for COVID-19 data. Data are updated daily, and new features are added every week.
[31] CELR = COVID-19 Electronic Laboratory Reporting. Data for each state is sourced from either data submitted directly by the state health department via COVID-19 electronic laboratory reporting (CELR), or a combination of commercial labs, public health labs, and in-house hospital labs. Data is taken from CELR for states that either submit line level data or submit aggregate counts which do not include serology tests. Last updated Oct 07, 2021.
[32] This schedule is updated every Tues. Updates collected from jurisdictions' department of health websites are available in this report the following day (e.g., data released Mon is published in this report on Tues). Jurisdictions may also report aggregate case and death data directly to CDC. As of Jun 22, 2021, CDC updates aggregate case data Mon – Sat.

COVID-19 Response Update Thursday, Mar 10, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

| Jurisdiction | Reporting Frequency | | | CELR[31] Onboarding Status | Notes |
|---|---|---|---|---|---|
| | Aggregate Case/Death Data[32] | Hospital Data | Laboratory Testing Data | | |
| OR | Mon – Fri | Daily | N/A | Y | |
| PA | Daily | Daily | Daily | Y | Updated historical aggregate case data on Aug 31, 2021. |
| RI | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Fri. |
| SC | Mon – Fri | Daily | Daily (one data feed); about 3x/week (other data feed) | Y | Updates historical aggregate case/death data biweekly on Tues. |
| SD | Mon – Fri | Daily | Daily | Y | |
| TN | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Tues. |
| TX | Daily | Daily | Daily | Y | Updated historical aggregate case/death data on Jul 14, 2021. |
| UT | Mon – Fri | Daily | Daily | Y | |
| VA | Mon – Fri | Daily | Daily | Y | |
| VT | Sun – Fri | Daily | 5x/week | Y | Updated historical aggregate case/death data on Jun 30, 2021. |
| WA | Mon/Wed/Fri | Daily | Daily | Y | Updated historical aggregate case data on Jun 01, 2021. |
| WI | Mon – Fri | Daily | Daily | Y | |
| WV | Mon – Fri | Daily | Daily | Y | |
| WY | Mon – Fri | Daily | Daily | Y | |
| AS | Sporadic | N/A | Daily | N/A | |
| CNMI | Sporadic | Daily | Daily | Y | Updated historical aggregate case/death data on Sep 07, 2021. |
| DC | Sporadic | Daily | Daily | Y | |
| FSM | Sporadic | N/A | Daily | N/A | |
| GU | Daily | Daily | N/A | Y | |
| PR | Mon – Sat | Daily | Thurs | Y | |
| PW | Sporadic | N/A | Daily | N/A | |
| RMI | Sporadic | N/A | N/A | Y | |
| USVI | Mon – Sat | Daily | Daily | Y | |
| NN | Daily | Daily | Daily | N/A | |

Restricted Use/Recipients Only
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov
Page 66 of 66
AZT42AR0000613

# CDC COVID-19 Response Update Report Thursday, March 31, 2022

INTERNAL – NOT FOR FURTHER DISTRIBUTION

Contents

**Summary Report** .......... 4
Cases and Deaths by Jurisdiction .......... 4
Compilation of US Case Counts .......... 5
Trends and Vaccination .......... 6
Daily change in COVID-19 Cases, United States .......... 6
New Admissions of Patients with Confirmed COVID-19, United States .......... 6
Daily Change in COVID-19 Deaths, United States .......... 7
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States .......... 7
SARS-CoV-2 Variants Circulating in the United States .......... 8
Regional Trends in COVID-19 Cases, Hospitalization, Deaths, and SARS-CoV-2 Percent Test Positivity, United States 8
COVID-19 Vaccine Distribution and Administration Reported to the CDC .......... 9
Map: Percentage of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States .......... 10
Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States .......... 11
Percent of People Receiving COVID-19 Vaccine Sex and Date Administered, United State Vaccine .......... 11
Percent of People Receiving COVID-19 Vaccine by Age Group and Date Administered, United States .......... 12
**Domestic Overview** .......... 13
COVID-19 Cases .......... 13
Daily Change in COVID-19 Cases, United States .......... 13
COVID-19 Cases by HHS Region, United States .......... 13
New Cases per 100,000 Population in the Past 7 Days and 7-Day Percent Change .......... 14
Geofacet: COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change) .......... 14
Map: COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County .......... 15
Demographic Distribution of COVID-19 Cases .......... 15
COVID-19 Weekly Cases per 100,000 Population by Sex, United States .......... 16
COVID-19 Weekly Cases per 100,000 Population by Age Group, United States .......... 16
COVID-19 Weekly Cases per 100,000 Population by Age Group and HHS Region, United States .......... 17
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States .......... 17
COVID-19 Weekly Cases per 100,000 by Race/Ethnicity and HHS Regions, United States .......... 18
Proportion of COVID-19 Weekly Cases by Age Group and Race/Ethnicity, United States .......... 18
Proportion of COVID-19 Weekly Cases in 18-29 Age Group by Race/Ethnicity and HHS Region, United States .......... 19
COVID-19 Weekly Cases per 100,00 Population by Urbanicity, United States .......... 19
COVID-19 Weekly Cases per 100,000 Population by Urbanicity and HHS Regions, United States .......... 20
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity and Urbanicity, United States .......... 20
COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, Urbanicity, and HHS Regions, United States .......... 21
Map: Cumulative COVID-19 Cases per 100,000 Population by County .......... 21
COVID-19 Hospital Data .......... 22
New Admissions of Patients with Confirmed COVID-19, United States .......... 22
Prevalent Hospitalization of Patients with Confirmed COVID-19, United States .......... 22
Rates of New Admissions of Patients with Confirmed COVID-19 by State .......... 23
Geofacet: Cumulative 7-Day Admission of Patients with Confirmed COVID-19 per 100 Beds and Percent Change .......... 23
Geofacet: Average 7-Day Admission of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change .......... 24

Map: New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change from Previous Week ..... 24
Map: COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ..... 25
Map: COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA) ..... 25
New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States ..... 26
New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States ..... 26
COVID-NET: Laboratory Confirmed COVID-19-Associated Hospitalizations by Race/Ethnicity ..... 27
Map: Inpatient Bed Occupancy by State ..... 27
Map: ICU Bed Occupancy by State ..... 28
Outpatient/Emergency Department Visits ..... 28
Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19 ..... 28
COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Room Visits ..... 29
National COVID-19 Activity Indicators ..... 29
Geofacet: Emergency Department Visits for COVID-19 Discharge Diagnosis by State ..... 30
COVID-19 Deaths ..... 30
Daily Change in COVID-19 Deaths, United States ..... 30
COVID-19 Deaths by HHS Region, United States ..... 31
Map: COVID-19 Mortality Rate in the Last 7 Days and Comparison to the Previous 7 Days by County ..... 31
Demographic Distribution of COVID-19 Deaths ..... 32
COVID-19 Weekly Deaths per 100,000 Population by Sex, United States ..... 32
COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States ..... 33
COVID-19 Weekly Deaths per 100,000 Population by Age Group and HHS Regions, United States ..... 33
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States ..... 34
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and HHS Region, United States ..... 34
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity by Age Group, United States ..... 35
COVID-19 Weekly Proportion of Deaths by Age Group and Race/Ethnicity, United States ..... 35
COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States ..... 36
COVID-19 Weekly Deaths per 100,000 Population by Urbanicity and HHS Region, United States ..... 36
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity and Urbanicity, United States ..... 37
COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per Urbanicity and HHS Region, United States37
Map: Cumulative COVID-19 Deaths per 100,000 Population by County ..... 38
COVID-19 Testing ..... 38
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States ..... 38
Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Results Reported by HHS Region, United States ..... 39
SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction ..... 39
Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days and 7-Day Difference ..... 40
Geofacet: 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages ..... 40
Map: Viral (RT-PCR) Lab Test Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County ..... 41
SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing ..... 41
Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume ..... 42
Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region ..... 42
COVID-19 Cases, Deaths, and Laboratory Testing Overview by Jurisdiction, United States ..... 43
Cases and Deaths in Skilled Nursing Facilities (SNFs) ..... 43
COVID-19 Cases Among Staff in SNFs ..... 43
COVID-19 Cases Among Residents in SNFs ..... 44
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in SNFs ..... 44
COVID-19 Deaths Among Staff in SNFs ..... 45

COVID-19 Deaths Among Residents in SNFs ..... 45
Geofacet: Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in SNFs ..... 46
Map: COVID-19 Cases Among Residents in SNFs, Percent of SNFs with ≥1 Confirmed Cases, Last 4 Weeks ..... 46
Excess Deaths ..... 47
Pneumonia, Influenza, and COVID-19 (PIC) Mortality ..... 47
Weekly Number of Deaths – Comparing Excess Deaths Including and Excluding COVID-19 ..... 48
Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States ..... 48
COVID-19 National Forecasts ..... 49
New COVID-19 Cases per 100,000 Population ..... 49
Estimated New COVID-19 Cases ..... 49
New COVID-19 Hospitalizations per 100,000 Population ..... 50
New and Cumulative COVID-19 Deaths per 100,000 Population ..... 50
Estimated New COVID-19 Deaths ..... 51
**Special Populations ..... 51**
COVID-19 Cases and Deaths in US Healthcare Workers ..... 51
Multisystem Inflammatory Syndrome in Children (MIS-C) in the United States ..... 52
Map: Reported MIS-C Case Ranges by Jurisdiction ..... 52
Daily MIS-C Cases and COVID-19 Cases Reported to CDC (7-Day Moving Average) ..... 52
Characteristics of Reported MIS-C Patients ..... 53
COVID-19 Among Pregnant Women in the US ..... 53
Cases and Deaths in US Correctional and Detention Facilities ..... 54
COVID-19 Related School Closures and Policies ..... 55
Map: School Closures – Past 4 Weeks, United States ..... 55
School Closures by State, 2021-22 School Year ..... 55
School Closures by Reason, 2021-22 School Year ..... 56
Map: Learning Modalities by School District ..... 56
**International Summary ..... 57**
WHO COVID-19 Global Cases and Deaths ..... 57
Weekly COVID-19 International Situation Update ..... 57
Global Vaccinations Summary ..... 61
COVID-19 Variants of Concern ..... 62
**CDC Response by the Numbers and Deployment Summary ..... 63**
COVID-19 Response by the Numbers ..... 63
Current CDC COVID-19 Domestic Deployments by State ..... 63
Health Department and High-Risk Settings Deployments ..... 64
**CDC Website Updates – COVID-19 Response ..... 64**
**Appendix: Reporting Frequencies by Jurisdiction ..... 65**

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Summary Report

## Cases and Deaths by Jurisdiction

*Note: Aggregate case and death data are updated Monday through Saturday.*

*The CDC numbers have been reviewed and approved by states and are suitable for use in all official communications.[1]*

*Data Through: Mar 30, 2022 Last Updated: Mar 31, 2022, 10:30*

Number of jurisdictions reporting (not including Navajo Nation): 52 of 60

**COVID-19 Cases and Deaths by Jurisdiction[2]**

| Area[3] | Cases | | | | | | Deaths | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Latest 30-Day CFR[6] | Deaths per Pop |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
| AK | 239,233 | 813 | 193 | 32,702 | 111 | 26 | 1,195 | 6 | 1 | 163 | 0.8 | 0.1 | 1.0% | 1 in 612 |
| AL[7] | 1,295,333 | 281 | 436 | 26,418 | 6 | 9 | 19,290 | - | 0 | 393 | - | 0.0 | 1.7% | 1 in 254 |
| AR | 832,815 | 97 | 124 | 27,597 | 3 | 4 | 11,218 | 7 | 9 | 372 | 0.2 | 0.3 | 5.4% | 1 in 269 |
| AZ | 2,007,180 | 10,143 | 1,449 | 27,576 | 139 | 20 | 29,268 | 385 | 55 | 402 | 5.3 | 0.8 | 5.2% | 1 in 249 |
| CA | 9,084,834 | 2,761 | 2,656 | 22,992 | 7 | 7 | 88,043 | 87 | 65 | 223 | 0.2 | 0.2 | 2.7% | 1 in 449 |
| CO[7] | 1,345,099 | 277 | 280 | 23,358 | 5 | 5 | 11,968 | 2 | 4 | 208 | 0.0 | 0.1 | 1.7% | 1 in 481 |
| CT | 736,033 | 458 | 386 | 20,644 | 13 | 11 | 10,779 | - | 6 | 302 | - | 0.2 | 3.3% | 1 in 331 |
| DE | 259,539 | 86 | 105 | 26,653 | 9 | 11 | 2,846 | - | 2 | 292 | - | 0.2 | 5.6% | 1 in 342 |
| FL[7] | 5,849,949 | 2,366 | 1,424 | 27,237 | 11 | 7 | 73,244 | - | 4 | 341 | - | 0.0 | 2.3% | 1 in 293 |
| GA[8] | 2,496,503 | 539 | 517 | 23,513 | 5 | 5 | 36,923 | 55 | 38 | 348 | 0.5 | 0.4 | 6.6% | 1 in 288 |
| HI | 234,659 | 1,090 | 156 | 16,573 | 77 | 11 | 1,367 | 6 | 1 | 97 | 0.4 | 0.1 | 1.1% | 1 in 1,036 |
| IA[9] | 758,463 | - | 57 | 24,039 | - | 2 | 9,445 | - | 6 | 299 | - | 0.2 | 8.2% | 1 in 334 |
| ID | 443,930 | 138 | 89 | 24,841 | 8 | 5 | 4,873 | 3 | 2 | 273 | 0.2 | 0.1 | 0.7% | 1 in 367 |
| IL | 3,066,645 | 1,324 | 1,208 | 24,201 | 10 | 10 | 37,645 | 14 | 13 | 297 | 0.1 | 0.1 | 2.1% | 1 in 337 |
| IN | 1,691,050 | 227 | 198 | 25,119 | 3 | 3 | 23,404 | 31 | 10 | 348 | 0.5 | 0.1 | 6.0% | 1 in 288 |
| KS | 770,082 | 232 | 69 | 26,433 | 8 | 2 | 8,294 | 72 | 14 | 285 | 2.5 | 0.5 | 8.6% | 1 in 351 |
| KY[10] | 1,314,490 | 833 | 288 | 29,422 | 19 | 6 | 14,949 | 21 | 3 | 335 | 0.5 | 0.1 | 1.2% | 1 in 299 |
| LA | 1,168,329 | 115 | 90 | 25,132 | 2 | 2 | 17,117 | 13 | 10 | 368 | 0.3 | 0.2 | 8.8% | 1 in 272 |
| MA | 1,697,165 | 1,415 | 1,059 | 24,623 | 21 | 15 | 20,098 | 1 | 6 | 292 | 0.0 | 0.1 | 1.8% | 1 in 343 |
| MD | 1,011,919 | 421 | 316 | 16,738 | 7 | 5 | 14,345 | 2 | 4 | 237 | 0.0 | 0.1 | 2.3% | 1 in 421 |
| ME | 235,790 | 206 | 197 | 17,541 | 15 | 15 | 2,202 | 1 | 1 | 164 | 0.1 | 0.1 | 1.6% | 1 in 610 |
| MI | 2,387,521 | 1,049 | 761 | 23,907 | 11 | 8 | 35,662 | 40 | 18 | 357 | 0.4 | 0.2 | 4.4% | 1 in 280 |
| MN | 1,429,051 | 347 | 389 | 25,339 | 6 | 7 | 12,621 | 11 | 8 | 224 | 0.2 | 0.1 | 2.1% | 1 in 447 |
| MO | 1,411,136 | 607 | 421 | 22,992 | 10 | 7 | 19,990 | 4 | 17 | 326 | 0.1 | 0.3 | 7.9% | 1 in 307 |
| MS | 794,427 | 135 | 80 | 26,693 | 5 | 3 | 12,396 | - | 4 | 417 | - | 0.1 | 8.0% | 1 in 240 |
| MT | 272,543 | 34 | 33 | 25,500 | 3 | 3 | 3,246 | - | 1 | 304 | - | 0.1 | 1.4% | 1 in 329 |
| NC | 2,628,287 | 1,067 | 928 | 25,060 | 10 | 9 | 23,203 | 9 | 10 | 221 | 0.1 | 0.1 | 1.4% | 1 in 452 |
| ND | 239,780 | 34 | 26 | 31,465 | 4 | 3 | 2,245 | - | 1 | 295 | - | 0.1 | 3.1% | 1 in 339 |
| NE[11] | 477,760 | (70) | 83 | 24,698 | N/A | 4 | 4,161 | 17 | 15 | 215 | 0.9 | 0.8 | 8.5% | 1 in 465 |
| NH | 302,383 | 130 | 121 | 22,239 | 10 | 9 | 2,452 | 1 | 1 | 180 | 0.1 | 0.1 | 1.9% | 1 in 555 |
| NJ | 2,198,339 | 1,369 | 1,085 | 24,750 | 15 | 12 | 33,230 | 5 | 5 | 374 | 0.1 | 0.1 | 1.0% | 1 in 267 |
| NM | 517,742 | 134 | 126 | 24,692 | 6 | 6 | 7,255 | 21 | 11 | 346 | 1.0 | 0.5 | 5.3% | 1 in 289 |
| NV | 713,129 | 146 | 167 | 23,152 | 5 | 5 | 10,091 | 33 | 9 | 328 | 1.1 | 0.3 | 5.8% | 1 in 305 |
| NYC | 2,308,618 | 2,485 | 1,427 | 27,488 | 30 | 17 | 40,080 | 3 | 5 | 477 | 0.0 | 0.1 | 0.9% | 1 in 210 |
| NY | 2,668,642 | 1,955 | 1,670 | 24,140 | 18 | 15 | 27,230 | 4 | 5 | 246 | 0.0 | 0.0 | 0.7% | 1 in 406 |
| OH[9] | 2,669,698 | - | 524 | 22,839 | - | 4 | 37,793 | - | 26 | 323 | - | 0.2 | 7.7% | 1 in 309 |

[1] Aggregated cases and deaths may include probable cases and/or deaths based on reporting practices that differ by jurisdiction. Jurisdictions may submit data directly to CDC which may differ from data reported on their official websites. See About CDC COVID-19 Data on the CDC Webpage. Totals for new cases and new deaths reported in the last 24 hours and the 7-day averages do not include historical cases or deaths reported retroactively. Historical cases and deaths are still reflected in the cumulative totals, nationally and by jurisdiction. See the footnotes for historical cases and deaths reported in the past week per jurisdiction, if any.

[2] Darker shading in columns corresponds to higher values.

[3] AS = American Samoa; CNMI = Commonwealth of Northern Mariana Islands; DC = District of Columbia; FSM = Federated States of Micronesia; GU = Guam; NN = Navajo Nation; PR = Puerto Rico; PW = Palau; RMI = Republic of the Marshall Islands; USVI = US Virgin Islands.

[4] These data represent new cases and deaths reported since the last update. Counts may have decreased from the previous report due to reclassification of cases to other case classifications (e.g., probable to confirmed) by jurisdictions.

[5] Population denominators are based on 2019 US Census data for states, PR, & DC; 2020 US Census data for all other US territories; and 2018 US Census data for NYC.

[6] Percent change in cases, deaths, and case fatality rates (CFR) were not calculated when the denominator was less than five.

[7] Updated time series data - assigned retroactively reported historical cases / deaths to the appropriate date.

[8] Georgia reported historical cases on Mar 30, 2022 (8,500).

[9] Jurisdiction did not provide an update.

[10] Kentucky reported historical cases on Mar 29, 2022 (147).

[11] Nebraska reported 70 fewer cases than yesterday.

*Restricted Use/Recipients Only* Page 4 of 66

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000617

| COVID-19 Cases and Deaths by Jurisdiction[2] | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Area[3] | Cases | | | | | | Deaths | | | | | | | |
| | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Total | Last 24 Hrs[4] | 7-Day Avg | Incidence per 100K[5] | | | Latest 30-Day CFR[6] | Deaths per Pop |
| | | | | Total | Last 24 Hrs | 7-Day Avg | | | | Total | Last 24 Hrs | 7-Day Avg | | |
| OK | 1,033,848 | 592 | 279 | 26,127 | 15 | 7 | 14,010 | 121 | 17 | 354 | 3.1 | 0.4 | 6.1% | 1 in 282 |
| OR | 703,838 | 373 | 221 | 16,688 | 9 | 5 | 7,139 | 24 | 18 | 169 | 0.6 | 0.4 | 5.2% | 1 in 591 |
| PA | 2,780,481 | 560 | 597 | 21,719 | 4 | 5 | 44,260 | 22 | 24 | 346 | 0.2 | 0.2 | 4.5% | 1 in 289 |
| RI | 343,093 | 206 | 161 | 32,387 | 19 | 15 | 3,522 | - | 13 | 332 | - | 1.2 | 2.2% | 1 in 301 |
| SC[9] | 1,468,140 | - | 118 | 28,515 | - | 2 | 17,591 | - | 13 | 342 | - | 0.2 | 11.9% | 1 in 293 |
| SD | 237,109 | 154 | 22 | 26,802 | 17 | 2 | 2,883 | 3 | 0 | 326 | 0.3 | 0.0 | 6.4% | 1 in 307 |
| TN | 2,020,500 | 238 | 222 | 29,586 | 3 | 3 | 25,599 | 9 | 17 | 375 | 0.1 | 0.2 | 7.7% | 1 in 267 |
| TX[12] | 6,663,137 | 1,934 | 2,023 | 22,980 | 7 | 7 | 85,946 | 43 | 44 | 296 | 0.1 | 0.2 | 2.5% | 1 in 337 |
| UT | 927,782 | 133 | 110 | 28,939 | 4 | 3 | 4,714 | 3 | 10 | 147 | 0.1 | 0.3 | 6.1% | 1 in 680 |
| VA | 1,668,904 | 816 | 687 | 19,552 | 10 | 8 | 19,692 | 18 | 15 | 231 | 0.2 | 0.2 | 3.2% | 1 in 433 |
| VT | 108,077 | 205 | 132 | 17,320 | 33 | 21 | 587 | - | 0 | 94 | - | 0.1 | 0.5% | 1 in 1,063 |
| WA | 1,454,772 | 947 | 864 | 19,104 | 12 | 11 | 12,478 | 18 | 12 | 164 | 0.2 | 0.2 | 1.9% | 1 in 610 |
| WI | 1,584,731 | 574 | 398 | 27,218 | 10 | 7 | 14,296 | 5 | 28 | 246 | 0.1 | 0.5 | 7.8% | 1 in 407 |
| WV | 497,681 | 128 | 100 | 27,770 | 7 | 6 | 6,823 | 29 | 20 | 381 | 1.6 | 1.1 | 6.7% | 1 in 263 |
| WY[9] | 156,112 | - | 18 | 26,974 | - | 3 | 1,791 | - | 1 | 309 | - | 0.2 | 7.2% | 1 in 323 |
| AS[9] | 3,483 | - | 213 | 7,349 | - | 449 | 3 | - | 0 | 6 | - | 0.9 | - | 1 in 15,797 |
| CNMI[9] | 11,065 | - | 11 | 21,340 | - | 22 | 33 | - | 0 | 64 | - | 0.6 | 0.2% | 1 in 1,571 |
| DC[9] | 136,598 | - | 77 | 19,355 | - | 11 | 1,331 | - | 0 | 189 | - | 0.0 | 0.6% | 1 in 530 |
| FSM[9] | 7 | - | - | 7 | - | - | - | - | - | - | - | - | - | N/A |
| GU | 47,265 | 45 | 37 | 28,052 | 27 | 22 | 346 | 2 | 1 | 205 | 1.2 | 0.5 | 0.7% | 1 in 487 |
| PR | 480,081 | 405 | 292 | 15,032 | 13 | 9 | 4,166 | 3 | 1 | 130 | 0.1 | 0.0 | 0.8% | 1 in 767 |
| PW | 4,024 | 10 | 7 | 18,688 | 46 | 32 | 6 | - | - | 28 | - | - | - | 1 in 3,589 |
| RMI[13] | 4 | - | - | 5 | - | - | - | - | - | - | - | - | - | N/A |
| USVI | 15,636 | 4 | 6 | 14,711 | 4 | 5 | 111 | - | 0 | 104 | - | 0.1 | 1.5% | 1 in 958 |
| Total | 79,904,464 | 40,568 | 25,732 | 24,067 | 12 | 8 | 977,495 | 1,154 | 627 | 294 | 0.3 | 0.2 | 3.2% | 1 in 340 |
| | | | | | | | | | | | | | | |
| NN[14] | 53,023 | 90 | 26 | 14,857 | 25 | 7 | 1,728 | - | 10 | 484 | - | 2.7 | 13.5% | 1 in 207 |

*See appendix for additional notes on jurisdictions' reporting frequencies.*

*Compilation of US Case Counts*

| Reporting Source[15] | Data as of (EST) | Cases | New Cases | Deaths | New Deaths |
|---|---|---|---|---|---|
| Official sources (see table above) | Mar 31, 10:30 | 79,904,464 | 40,568 | 977,495 | 1,154 |
| 1Point3Acres | Mar 30, 22:30 | 80,289,347 | 19,256 | 994,462 | 362 |
| Johns Hopkins | Mar 31, 09:20 | 80,057,528 | 38,400 | 979,873 | 1,225 |
| New York Times | Mar 31, NA | 79,969,941 | 49,503 | 978,387 | 1,208 |
| WorldoMeter | Mar 31, 09:36 | 81,740,722 | 54,094 | 1,006,445 | 1,389 |

[12] Texas reported historical cases on Mar 24, 2022 (3,339); Mar 25, 2022 (1,025); Mar 26, 2022 (3,085); Mar 29, 2022 (1,951); and Mar 30, 2022(563).
[13] Jurisdiction reported zero new cases and zero new deaths.
[14] Cases in the Navajo Nation were likely also reported by Arizona, New Mexico, and Utah.
[15] Data from other organizations were not reviewed of validated by CDC and may include data derived from open media sources not represented on official state public health department websites. New cases and new deaths may include retroactively reported events. USAFacts has been removed as a reporting source due to lags that affect timeliness of reporting.



*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Trends and Vaccination

### Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 30, 2022

79,904,464
Total Cases Reported

40,568
New Cases Reported**

25,732
Current 7-Day Average**
Mar 24, 2022 - Mar 30, 2022

26,518
Prior 7-Day Average**
Mar 17, 2022 - Mar 23, 2022

-3.0%
Change in 7-Day Average

New Cases
1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Submission Date
New Cases
7-Day Average: New Cases**

Peaks in Single Day and 7-Day Average of New Cases**

| Peak | Single Day Cases | Single Day Date | 7-Day Average Cases | 7-Day Average Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 34,903 | 24-Apr-20 | 31,304 | 10-Apr-20 | -17.8% |
| 2nd Peak | 77,100 | 17-Jul-20 | 67,569 | 23-Jul-20 | -61.9% |
| 3rd Peak | 293,325 | 08-Jan-21 | 250,324 | 11-Jan-21 | -89.7% |
| 4th Peak | 78,480 | 17-Apr-21 | 69,627 | 13-Apr-21 | -63.0% |
| 5th Peak | 198,857 | 01-Sep-21 | 164,522 | 01-Sep-21 | -84.4% |
| Latest Peak | 1,259,946 | 10-Jan-22 | 806,574 | 15-Jan-22 | -96.8% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 504,648 historical cases reported retroactively, 9,063 were reported on the most recent submission date; 18,610 in the current week; and 10,468 in the prior week.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CC CPR DEO Situational Awareness Public Health Science Team*

### New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 29, 2022

4,592,164
Total New Admissions
Aug 01, 2020 – Mar 29, 2022

1,589
New Admissions
Mar 29, 2022

1,564
Current 7-Day Average
Mar 23, 2022 – Mar 29, 2022

1,858
Prior 7-Day Average
Mar 16, 2022 – Mar 22, 2022

-15.8%
Change in 7-Day Average

New Admissions of Patients with Confirmed COVID-19
25000
20000
15000
10000
5000
0
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Date of Report
Daily Admission of Patients with Confirmed COVID-19
7-Day Moving Average

Peak in New Admissions and Highest 7-Day Moving Average*

| Peak | Single Day New Admissions | Single Day Date | 7-Day Average New Admissions | 7-Day Average Date |
|---|---|---|---|---|
| 1st Peak | 17,965 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 22,920 | Jan 12, 2022 | 21,523 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

***Restricted Use/Recipients Only***

**Page 6 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000619

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Daily Change in COVID-19 Deaths, United States

January 22, 2020* - March 30, 2022

977,495
Total Deaths Reported
1,154
New Deaths Reported**
627
Current 7-Day Average**
Mar 24, 2022 - Mar 30, 2022
732
Prior 7-Day Average**
Mar 17, 2022 - Mar 23, 2022
-14.4%
Change in 7-Day Average
New Deaths
4,000
3,000
2,000
1,000
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022

Peaks in Single Day and 7-Day Average of New Deaths**

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | Deaths | Date | Deaths | Date | % Change vs Current Avg. |
| 1st Peak | 2,703 | 15-Apr-20 | 2,296 | 21-Apr-20 | -72.7% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | -46.6% |
| 3rd Peak | 4,071 | 13-Jan-21 | 3,421 | 13-Jan-21 | -81.7% |
| 4th Peak | 2,433 | 05-May-20 | 1,933 | 15-Sep-21 | -67.6% |
| Latest Peak | 4,179 | 01-Feb-22 | 2,672 | 02-Feb-22 | -76.5% |

Submission Date

● New Deaths —— 7-Day Moving Average: New Deaths**

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020.
** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,744 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States

March 01, 2020 – March 28, 2022

847,101,104
Total Test Volume

828,775
Current 7-Day Avg. Daily Test Volume
Mar 18, 2022 – Mar 24, 2022

880,869
Prior 7-Day Avg. Daily Test Volume
Mar 11, 2022 – Mar 17, 2022

-5.9%
Percent Change in 7-Day Avg.

2.4%
Current 7-Day Avg. % Positivity
Mar 22, 2022 – Mar 28, 2022

2.2%
Prior 7-Day Avg. % Positivity
Mar 15, 2022 – Mar 21, 2022

+10.8%
Percent Change in 7-Day Avg.

+0.23
Percentage Point Difference in 7-Day Averages

Peaks in Single Day and 7-Day Average Percent Positivity

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | % Positivity | Date | % Positivity | Date | % Change vs Current 7-Day Average |
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-09-20 | -77.3% |
| 2nd Peak | 16.0% | Jan-03-21 | 15.0% | Jan-03-21 | -84.1% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -56.5% |
| Latest | 30.9% | Jan-02-22 | 29.5% | Jan-07-22 | -91.9% |

Peaks in Single Day and 7-Day Average Test Volume

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | Test Vol | Date | Test Vol | Date | % Change vs Current 7-Day Average |
| 1st Peak | 1,110,051 | Jul-22-20 | 977,829 | Jul-24-20 | -15.2% |
| 2nd Peak | 2,340,696 | Jan-06-21 | 1,911,717 | Nov-25-20 | -56.6% |
| 3rd Peak | 1,676,935 | Apr-14-21 | 1,282,778 | Apr-14-21 | -35.4% |
| Latest | 3,141,564 | Jan-05-22 | 2,572,752 | Jan-09-22 | -67.8% |

3.0M
2.5M
2.0M
1.5M
1.0M
0.5M
0.0M
Daily Test Volume
Jul 2020
Jan 2021
Jul 2021
Jan 2022
30%
20%
10%
0%
7-Day Avg. Percent Positivity

Date Reported

● Daily Test Volume — 7-day Avg Daily Test Volume — 7-Day Avg. Percent Positivity

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 31, 2022, 08:17

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 7 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000620

*COVID-19 Response Update Thursday, Mar 31, 2022* | *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## SARS-CoV-2 Variants Circulating in the United States

December 19, 2021 – March 26, 2022

% Viral Lineages Among Infections
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
BA.1.1
B.1.1.529
BA.2
12/25/21
1/1/22
1/8/22
1/15/22
1/22/22
1/29/22
2/5/22
2/12/22
2/19/22
2/26/22
3/5/22
3/12/22
3/19/22
3/26/22
Collection date, week ending
USA

| WHO label | Lineage # | US Class | %Total | 95%PI |
|---|---|---|---|---|
| Omicron | BA.2 | VOC | 54.9% | 50.6-59.1% |
| | BA.1.1 | VOC | 40.4% | 36.4-44.5% |
| | B.1.1.529 | VOC | 4.7% | 3.8-5.7% |
| Delta | B.1.617.2 | VOC | 0.0% | 0.0-0.0% |
| Other | Other* | | 0.0% | 0.0-0.0% |

* Enumerated lineages are US VOC and lineages circulating above 1% nationally in at least one week period. "Other" represents the aggregation of lineages which are circulating <1% nationally during all weeks displayed.

** These data include Nowcast estimates, which are modeled projections that may differ from weighted estimates generated at later dates.

# AY.1-AY.133 and their sublineages are aggregated with B.1.617.2. BA.1 and BA.3 are aggregated with B.1.1.529. For regional data, BA.1.1 is also aggregated with B.1.1.529, as it currently cannot be reliably called in each region.

Data shows estimated biweekly prevalence of the most common SARS-COV-2 lineages circulating in the United States based on >40,000 sequences collected since Dec 20, 2020. Data are subject to change over time and will be updated as more data become available. Variant proportions in Figure 1 are adjusted using statistical weighting to correct for the non-random sampling of sequencing data over time and across states and to provide more representative national estimates. Estimated weights come from laboratory data providing the number of reverse transcription polymerase chain reaction (RT-PCR) tests and number of positive RT-PCR test results stratified by state, specimen collection date, and by genomic surveillance data source, using a survey-design-based approach. COVID-19 laboratory data sources include commercial and reference laboratories, public health laboratories, hospital laboratories, and other testing locations.

Last Updated: Mar 30, 2022

*Source: CDC National Genomic Surveillance Program*

## Regional Trends in COVID-19 Cases, Hospitalizations, Deaths, and SARS-CoV-2 Percent Test Positivity, United States

March 1, 2020 - March 28, 2022

The trend line is based on a 7-day rolling average of new cases and new deaths (excluding historical counts), percent viral lab positivity, or new hospital admissions. Numbers shown are the current 7-day average and change in average since the previous 7-day period. Change was measured by percent difference (P1 - P0) in percent change for viral lab positivity and percent change ((N1 - N0)/N0) for cases, deaths, and hospitalization.

* Hospitals reported minimal data to HHS prior to Aug 1, 2020.

** Lab data may be delayed up to two weeks and should be interpreted with caution.

REGION 1
REGION 2
REGION 3
REGION 4
REGION 5
REGION 6
REGION 7
REGION 8
REGION 9
REGION 10
NEW CASES
200K
100K
0K
2,015 (+26%)
4,298 (+29%)
1,921 (-14%)
3,975 (+6%)
3,408 (+3%)
3,183 (-19%)
667 (+6%)
510 (-21%)
6,269 (-21%)
1,422 (-22%)
HOSPITAL ADMISSIONS*
4K
2K
0K
76 (-6%)
157 (-7%)
128 (-22%)
298 (-21%)
250 (-19%)
236 (-15%)
74 (-11%)
47 (-27%)
203 (-15%)
55 (-20%)
NEW DEATHS
2000
1000
0
28 (-4%)
10 (-31%)
58 (-25%)
89 (-36%)
126 (-7%)
106 (-8%)
51 (-41%)
36 (+127%)
122 (-31%)
36 (+6%)
VIRAL (NAAT) LAB POSITIVITY**
100%
50%
0%
3% (+0%)
3% (+1%)
3% (0%)
3% (+0%)
2% (+0%)
2% (0%)
3% (+0%)
3% (+0%)
2% (+1%)
3% (+0%)
Last Updated: Mar 31, 2022
Data Sources: HHS Protect, ICC OSEW; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

***Restricted Use/Recipients Only*** **Page 8 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000621

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

| COVID-19 Vaccine Distribution and Administration Reported to the CDC[16] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State/Territory[17] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
| | Total[18] | Rate/100K Population | Total[17] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Alabama | 9,416,240 | 192,043 | 6,163,615 | 125,706 | 2,985,141 | 62.3% | 2,484,171 | 50.7% |
| Alaska | 1,486,365 | 203,182 | 1,115,657 | 152,507 | 506,794 | 69.2% | 451,313 | 61.7% |
| Arizona | 14,346,920 | 197,108 | 11,762,910 | 161,607 | 5,388,811 | 72.3% | 4,434,102 | 60.9% |
| Arkansas | 5,957,280 | 197,404 | 4,134,976 | 137,019 | 1,973,905 | 66.2% | 1,628,268 | 54.0% |
| California | 87,453,685 | 221,333 | 72,651,052 | 183,870 | 32,426,340 | 82.5% | 28,100,914 | 71.1% |
| Colorado | 12,073,475 | 209,655 | 10,444,612 | 181,370 | 4,529,113 | 78.8% | 4,016,838 | 69.8% |
| Connecticut | 8,455,925 | 237,174 | 7,391,071 | 207,306 | 3,363,230 | 94.6% | 2,795,202 | 78.4% |
| Delaware | 2,271,455 | 233,265 | 1,755,500 | 180,280 | 817,387 | 82.4% | 665,413 | 68.3% |
| Florida | 46,455,485 | 216,296 | 36,547,754 | 170,166 | 17,052,969 | 78.6% | 14,271,700 | 66.4% |
| Georgia | 21,051,395 | 198,272 | 14,571,162 | 137,238 | 6,800,665 | 64.9% | 5,757,080 | 54.2% |
| Hawaii | 3,354,880 | 236,948 | 2,838,807 | 200,499 | 1,228,966 | 87.0% | 1,101,128 | 77.8% |
| Idaho | 3,287,390 | 183,955 | 2,395,288 | 134,035 | 1,073,284 | 60.7% | 958,184 | 53.6% |
| Illinois | 26,582,145 | 209,774 | 22,070,985 | 174,174 | 9,558,879 | 76.5% | 8,646,386 | 68.2% |
| Indiana | 12,959,880 | 192,505 | 9,315,557 | 138,373 | 4,106,082 | 61.1% | 3,669,304 | 54.5% |
| Iowa | 6,367,855 | 201,829 | 4,974,109 | 157,654 | 2,131,715 | 67.6% | 1,941,797 | 61.5% |
| Kansas | 5,845,615 | 200,652 | 4,500,522 | 154,481 | 2,103,285 | 74.0% | 1,771,520 | 60.8% |
| Kentucky | 8,586,875 | 192,200 | 6,398,743 | 143,223 | 2,903,288 | 65.8% | 2,546,322 | 57.0% |
| Louisiana | 8,028,550 | 172,702 | 6,144,459 | 132,173 | 2,837,482 | 60.7% | 2,472,079 | 53.2% |
| Maine | 3,259,050 | 242,451 | 2,731,764 | 203,224 | 1,197,160 | 89.5% | 1,059,244 | 78.8% |
| Maryland | 15,312,470 | 253,280 | 11,716,639 | 193,802 | 5,112,569 | 85.8% | 4,530,532 | 74.9% |
| Massachusetts | 16,442,110 | 238,551 | 14,438,178 | 209,477 | 6,652,296 | 95.0% | 5,387,612 | 78.2% |
| Michigan | 20,455,410 | 204,823 | 15,460,686 | 154,810 | 6,492,199 | 66.6% | 5,967,627 | 59.8% |
| Minnesota | 12,153,930 | 215,509 | 10,014,874 | 177,580 | 4,195,037 | 74.7% | 3,876,632 | 68.7% |
| Mississippi | 5,391,715 | 181,164 | 3,806,383 | 127,896 | 1,746,505 | 59.2% | 1,531,437 | 51.5% |
| Missouri | 11,245,205 | 183,223 | 8,751,523 | 142,593 | 4,047,816 | 65.8% | 3,411,127 | 55.6% |
| Montana | 1,912,995 | 178,989 | 1,551,938 | 145,207 | 692,262 | 64.9% | 602,765 | 56.4% |
| Nebraska | 3,837,910 | 198,402 | 3,134,556 | 162,042 | 1,341,584 | 69.9% | 1,221,452 | 63.1% |
| Nevada | 5,771,710 | 187,384 | 4,788,614 | 155,467 | 2,317,349 | 74.6% | 1,855,611 | 60.2% |
| New Hampshire | 3,364,730 | 247,459 | 2,472,010 | 181,804 | 1,232,679 | 90.1% | 942,592 | 69.3% |
| New Jersey | 21,350,355 | 240,373 | 16,793,453 | 189,069 | 7,726,921 | 89.7% | 6,655,799 | 74.9% |
| New Mexico | 4,309,145 | 205,508 | 3,823,262 | 182,335 | 1,746,473 | 86.8% | 1,474,951 | 70.3% |
| New York | 44,745,245 | 230,011 | 38,328,575 | 197,026 | 17,377,853 | 89.6% | 14,818,932 | 76.2% |
| North Carolina | 21,285,900 | 202,953 | 16,325,759 | 155,660 | 8,791,185 | 83.1% | 6,281,123 | 59.9% |
| North Dakota | 1,336,200 | 175,340 | 1,067,553 | 140,087 | 503,486 | 64.7% | 416,375 | 54.6% |
| Ohio | 22,387,755 | 191,527 | 17,410,001 | 148,942 | 7,435,597 | 63.2% | 6,784,882 | 58.0% |
| Oklahoma | 7,080,930 | 178,948 | 5,788,524 | 146,287 | 2,809,352 | 70.5% | 2,238,842 | 56.6% |
| Oregon | 9,683,185 | 229,582 | 7,537,264 | 178,704 | 3,261,120 | 77.4% | 2,916,841 | 69.2% |
| Pennsylvania | 29,434,625 | 229,922 | 22,367,634 | 174,720 | 10,769,185 | 84.0% | 8,653,952 | 67.6% |
| Rhode Island | 2,523,425 | 238,203 | 2,158,485 | 203,753 | 953,525 | 95.0% | 864,131 | 81.6% |
| South Carolina | 10,179,875 | 197,717 | 7,372,274 | 143,187 | 3,460,610 | 67.1% | 2,910,580 | 56.5% |
| South Dakota | 1,801,465 | 203,634 | 1,374,021 | 155,316 | 663,931 | 75.6% | 535,202 | 60.5% |
| Tennessee | 12,477,030 | 182,702 | 9,718,206 | 142,304 | 4,299,276 | 61.7% | 3,689,874 | 54.0% |
| Texas | 60,011,735 | 206,966 | 45,230,513 | 155,989 | 21,566,730 | 72.1% | 17,629,456 | 60.8% |
| Utah | 6,094,550 | 190,101 | 5,121,680 | 159,755 | 2,311,656 | 71.6% | 2,044,536 | 63.8% |
| Vermont | 1,730,650 | 277,353 | 1,360,538 | 218,039 | 589,203 | 93.0% | 502,896 | 80.6% |
| Virginia | 19,085,585 | 223,602 | 16,069,714 | 188,269 | 7,201,589 | 85.0% | 6,192,134 | 72.5% |
| Washington | 17,198,595 | 225,855 | 14,046,824 | 184,465 | 6,037,479 | 80.3% | 5,487,268 | 72.1% |
| West Virginia | 3,927,545 | 219,153 | 2,660,404 | 148,448 | 1,156,999 | 64.6% | 1,024,540 | 57.2% |
| Wisconsin | 11,219,245 | 192,690 | 9,978,467 | 171,380 | 4,167,285 | 71.4% | 3,789,564 | 65.1% |
| Wyoming | 948,185 | 163,831 | 739,155 | 127,714 | 338,971 | 58.4% | 295,522 | 51.1% |
| American Samoa | 114,610 | 241,834 | 104,022 | 219,493 | 44,460 | 94.4% | 40,484 | 85.4% |
| CNMI | 123,230 | 237,662 | 107,876 | 208,050 | 45,277 | 87.5% | 43,165 | 83.2% |
| District of Columbia | 1,812,505 | 256,820 | 1,457,927 | 206,579 | 731,062 | 95.0% | 514,135 | 72.8% |
| FSM | 152,900 | 149,433 | 116,858 | 114,208 | 63,435 | 62.6% | 53,510 | 52.3% |

[16] Green shading indicates higher rates of vaccine delivery or administration relative to other jurisdictions. Rates were calculated based on 2019 US Census data for US States, DC, and Puerto Rico; and based on 2020 US Census data for all other US territories.
[17] CNMI = Commonwealth of the Northern Mariana Islands, FEMA = Federal Emergency Management Agency, FSM = Federated States of Micronesia, HRSA = Health Resources and Services Administration, RMI = Republic of Marshall Islands, and USVI = US Virgin Islands
[18] Doses delivered to and administered in each jurisdiction include doses that were delivered to and administered by federal entities and retail pharmacies. Revisions to delivery data from providers may occur on occasion, resulting in a decrease in doses delivered.

Restricted Use/Recipients Only
Page 9 of 66
For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov
AZT42AR0000622



COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

| State/Territory[17] | Doses Delivered | | Doses Administered | | People Receiving ≥1 Dose | | People Fully Vaccinated | |
|---|---|---|---|---|---|---|---|---|
| | Total[18] | Rate/100K Population | Total[17] | Rate/100K Population | Total | % of Pop. | Total | % of Pop. |
| Guam | 320,060 | 189,959 | 343,500 | 203,871 | 152,820 | 90.6% | 138,305 | 82.1% |
| Marshall Islands | 93,280 | 119,988 | 58,513 | 75,267 | 30,430 | 39.2% | 25,083 | 32.3% |
| Palau | 43,990 | 204,301 | 47,052 | 218,521 | 20,195 | 94.6% | 18,070 | 83.9% |
| Puerto Rico | 7,327,550 | 229,438 | 7,083,170 | 221,786 | 3,052,360 | 95.0% | 2,624,435 | 82.2% |
| US Virgin Islands | 147,160 | 138,451 | 141,614 | 133,234 | 70,037 | 64.2% | 56,429 | 53.1% |
| Unspecified[19] | 882105 | N/A | 2046947 | N/A | 1341456 | N/A | 820067 | N/A |
| USA[20] | 702,957,265 | 211,728 | 560,823,729 | 168,918 | 255,534,750 | 77.0% | 217,639,435 | 65.6% |

Table title: COVID-19 Vaccine Distribution and Administration Reported to the CDC[16]

N/A = Not available (no data)

Data as Mar 31, 2022, 06:00 ET; Sources: Data Monitoring and Reporting Section, Vaccine Task Force; COVID Tracker; US Census

## Percent of People Fully Vaccinated with any COVID-19 Vaccine by State or Territory, United States

March 31, 2022

Guam
Northern Mariana Islands
Federated States of Micronesia
Marshall Islands
American Samoa
Puerto Rico
Virgin Islands
District of Columbia

Percent of Population Fully Vaccinated

- 0.0% – 39.9%
- 40.0% – 49.9%
- 50.0% – 59.9%
- 60.0% – 69.9%
- 70.0% & Above

In total, 65.6% of the US population (217.6M) has been fully vaccinated.

*Total population count used as denominator. Currently, few persons under age 18 are being vaccinated; this group represents ~22% of the US population.*

Last Updated: Mar 31, 2022

*Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census 2019 for all states and PR, and U.S. Census 2020 for all other territories; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

[19] Unspecified entities include doses delivered or administered by federal agencies outside the US or in unspecified jurisdictions.

[20] The total doses allocated includes data from federal agencies and pharmacies. The total doses delivered or administered by a jurisdiction includes doses delivered to or administered by federal agencies. The US total also includes doses delivered to or administered by federal agencies where the jurisdiction was not specified.

*Restricted Use/Recipients Only* Page 10 of 66

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000623

## Percent of People Receiving COVID-19 Vaccine by Race/Ethnicity and Date Administered, United States

December 14, 2020 – March 31, 2022

| | AI/AN, NH | Asian, NH | Black, NH | Hispanic/Latino | NHOPI, NH | White, NH |
|---|---|---|---|---|---|---|
| At Least One Dose | 71.6% | 66.8% | 47.4% | 61.8% | 65.4% | 53.1% |
| Fully Vaccinated | 59.4% | 60.4% | 41.4% | 52.6% | 59.0% | 48.1% |

Race/Ethnicity data were available for 74.4% of people receiving at least one dose and 77.7% of people fully vaccinated.

Date Administered

AI/AN = American Indian/Alaska Native; NH = Non-Hispanic/Latino; NHOPI = Native Hawaiian or Other Pacific Islander; People receiving at least one dose; total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated; total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. Beginning November 18, 2021, these figures include demographic data from Texas.

*On August 31, 2021, CDC updated its algorithm for assigning a race/ethnicity category for vaccine recipients to align with U.S. Census Bureau race/ethnicity classifications. As a result, approximately 4.5 million vaccine recipients where a valid race was reported in conjunction with "other" race who were previously categorized as "Non-Hispanic Multiracial" are now categorized into a single race/ethnicity group. **October 26, 2021: New Mexico made updates to data previously submitted to CDC that resulted in a decrease of 179,365 administered doses.

Last Updated: Mar 31, 2022 Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

## Percent of People Receiving COVID-19 Vaccine by Sex and Date Administered, United States

December 14, 2020 – March 31, 2022

| | Female | Male |
|---|---|---|
| At Least One Dose | 78.4% | 74.1% |
| Fully Vaccinated | 67.2% | 62.9% |

Sex data were available for 99.1% of people receiving at least one dose and 99.3% of people fully vaccinated.

People receiving at least one dose; total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated; total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. Beginning November 18, 2021, these figures include demographic data from Texas.

Last Updated: Mar 31, 2022 Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team



## Percent of People Receiving COVID-19 Vaccine by Age Group and Date Administered, United States

December 14, 2020 – March 31, 2022

| | 5-11 yrs | 12-17 yrs | 18-24 yrs | 25-39 yrs | 40-49 yrs | 50-64 yrs | 65-74 yrs | 75+ yrs |
|---|---|---|---|---|---|---|---|---|
| At Least One Dose | 34.4% | 68.5% | 77.4% | 79.4% | 86.1% | 92.5% | 95.0% | 95.0% |
| Fully Vaccinated | 27.7% | 58.4% | 62.8% | 66.4% | 74.1% | 80.5% | 91.4% | 85.7% |

Age data were available for 99.9% of vaccinations.

*People receiving at least one dose; total count represents the total number of people who received at least one dose of COVID-19 vaccine. People fully vaccinated; total count represents the number of people who have received a dose of a single-shot COVID-19 vaccine or the second dose in a 2-dose COVID-19 vaccine series. Due to the time between vaccine administration and when reported to CDC, vaccinations administered during the last 5 days may not yet be reported. This reporting lag is represented by the gray, shaded box. CDC has capped estimates of vaccination coverage at 95%. This cap helps address potential overestimates of vaccination coverage due to first, second, and booster doses that were not linked. Other reasons for overestimates of vaccination coverage include census denominator data not including part-time residents or potential data reporting errors. Beginning November 18, 2021, these figures include demographic data from Texas.*

Last Updated: Mar 31, 2022

*Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*



## Domestic Overview

## COVID-19 Cases

### Daily Change in COVID-19 Cases, United States

January 22, 2020* - March 30, 2022

79,904,464
Total Cases Reported

40,568
New Cases Reported**

25,732
Current 7-Day Average**
Mar 24, 2022 - Mar 30, 2022

26,518
Prior 7-Day Average**
Mar 17, 2022 - Mar 23, 2022

-3.0%
Change in 7-Day Average

**Peaks in Single Day and 7-Day Average of New Cases****

| Peak | Single Day: Cases | Single Day: Date | 7-Day Average: Cases | 7-Day Average: Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 34,903 | 24-Apr-20 | 31,304 | 10-Apr-20 | -17.6% |
| 2nd Peak | 77,100 | 17-Jul-20 | 67,569 | 23-Jul-20 | -61.9% |
| 3rd Peak | 293,325 | 08-Jan-21 | 250,324 | 11-Jan-21 | -89.7% |
| 4th Peak | 78,480 | 17-Apr-21 | 69,627 | 13-Apr-21 | -63.0% |
| 5th Peak | 198,857 | 01-Sep-21 | 164,522 | 01-Sep-21 | -84.4% |
| Latest Peak | 1,259,946 | 10-Jan-22 | 806,574 | 15-Jan-22 | -96.8% |

*Graph displays data for Mar 01, 2020, to date. The totals include cases reported since Jan 22, 2020.

** The histogram, total of new cases in the last 24 hours, and 7-day averages do not include historical cases retroactively that are not yet attributed to the correct date of report. Of 504,648 historical cases reported retroactively, 9,063 were reported on the most recent submission date; 18,610 in the current week; and 10,468 in the prior week.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

### COVID-19 Cases by HHS Region, United States
### New Cases and 7-Day Moving Average

March 01, 2020 - March 30, 2022

Histograms and 7-day averages exclude historical cases reported retroactively.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## New Cases per 100,000 Population in the Past 7 Days & 7-Day Percent Change

March 17 - March 23, 2022 to March 24 - March 30, 2022

Thresholds for community transmission levels of SARS-CoV-2 measured by new cases/100,000 population in the past 7 days: low (<10), moderate (10-50), substantial (51-100), high (>100).

* US Territories are in HHS Region 2 (Puerto Rico, US Virgin Islands) and Region 9 (American Samoa, Federated States of Micronesia, Guam, Northern Marianas Islands, Republic of Marshall Islands). Data for AS, GC, FSM, NE, and PW are not shown.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Case Incidence (7-Day Cumulative) and Trend (Week-to-Week Percent Change)

February 28, 2022 – March 30, 2022

| Legend | | Distribution of Jurisdictions (n =52) | |
|---|---|---|---|
| Incidence rate in the last 7 days per 100,000 (Color of histogram) | | No. | % |
| Low: <10 cases per 100,000 | | 0 | 0.0 |
| Moderate: 10–49 cases per 100,000 | | 32 | 61.6 |
| Substantial: 50–99 cases per 100,000 | | 10 | 19.2 |
| High: >=100 cases per 100,000 | | 10 | 19.2 |
| Percent change in cases from last 7 days compared to previous 7 days | | | |
| High decrease: ≤ -20% change | ↓ | 17 | 32.7 |
| Moderate decrease: > -20% change and < -10% change | ↘ | 9 | 17.3 |
| Stable: ≥ -10% change and < 10% change | → | 13 | 25.0 |
| Moderate increase: ≥ 10% change and < 20% change | ↗ | 5 | 9.6 |
| High increase: ≥ 20% change | ↑ | 8 | 15.4 |

*Trend lines represent the last 30 days. DF and AC were removed from trajectory and burden analyses due to historical reconciliation. OH was removed from trajectory and burden analyses due to a change in reporting cadence. AL was removed from trajectory and burden analyses due to a backlog of cases.*

Last Updated: Mar 31, 2022

*Data source: CDC case surveillance, state-level aggregated COVID-19 cases, HHS Protect*

## COVID-19 Case Incidence in the Last 7 Days and Comparison to the Previous 7 Days by County

**Incidence Rate in the Last 7 Days:** 53.2 per 100,000

**Percent Change from Previous 7 Days:** -5.5%

Last Updated: Mar 30, 2022

*Source(s): CDC aggregate county dataset; CDC state-reported data used for territories*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

## Demographic Distribution of COVID-19 Cases

January 21, 2020 – March 30, 2022

Last Updated: Mar 30, 2022

*Data Source: CDC COVID Data Tracker; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Sex, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting sex by date - 98.21%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Age Group, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting age by date - 99.92%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*



# COVID-19 Weekly Cases per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting age by date - 99.92%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

# COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race by date - 62.51%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Weekly Cases per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - March 26, 2022*

Region 10
Region 8
Region 7
Region 5
Region 2
Region 1
Region 9
Region 6
Region 4
Region 3
Cases per 100,000 Population
Aug 07, 2021^
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race by date - 62.51%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Exclude cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case and death rates during the week ending 08/07/2021 are reflective of a data reporting artifact. Surveillance data are provisional, and as additional clinical date data becomes available the case rates over time are subject to change.
Last Updated: Mar 29, 2022
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## Proportion of COVID-19 Weekly Cases by Race/Ethnicity per Age Group, United States

March 07, 2020 - March 26, 2022*

Overall
0 - 4 Years
5 - 11 Years
12 - 15 Years
16 - 17 Years
18 - 29 Years
30 - 39 Years
40 - 49 Years
50 - 64 Years
65 - 74 Years
75+ Years
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race and age by date - 61.90%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Mar 29, 2022
Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

*Restricted Use/Recipients Only*
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*
Page **18** of **66**

AZT42AR0000631

## Proportion of COVID-19 Weekly Cases in 18-29 Age Group by Race/Ethnicity per HHS Region, United States

March 07, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race and age by date - 61.90%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races. *Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Urbanicity, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting urbanicity by date - 96.72%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*



## COVID-19 Weekly Cases per 100,000 Population by Urbanicity per HHS Region, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting urbanicity by date - 96.72%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Cases per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race and urbanicity by date - 60.81%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022
*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*



## COVID-19 Weekly Cases per 100,000 Population by Race/Ethincity per Urbanicity & HHS Region, United States

March 01, 2020 - March 26, 2022*

Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of cases reporting race and urbanicity by date - 60.81%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
^Case rates during the week ending Aug 07, 2021 are reflective of a data reporting artifact from South Dakota. Surveillance data are provisional, and as additional clinical date data becomes available, the case rates over time are subject to change.
Last Updated: Mar 29, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## Cumulative Number of COVID-19 Cases per 100,000 Population by County

January 22, 2020 – March 28, 2022

Cumulative Cases per 100k Population
No cases reported
3,000
10,000
20,000
30,000

Updated Mar 30, 2022, 08:00 Data sources: HHS Protect; US Census Bureau 2019 Population Estimates CDC/CPR/DEO Situational Awareness Branch

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Hospital Data

### New Admissions of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 29, 2022

4,592,164
Total New Admissions
Aug 01, 2020 – Mar 29, 2022

1,589
New Admissions
Mar 29, 2022

1,564
Current 7-Day Average
Mar 23, 2022 – Mar 29, 2022

1,858
Prior 7-Day Average
Mar 16, 2022 – Mar 22, 2022

-15.8%
Change in 7-Day Average

New Admissions of Patients with Confirmed COVID-19
25000
20000
15000
10000
5000
0
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Date of Report
Daily Admission of Patients with Confirmed COVID-19
7-Day Moving Average

Peak in New Admissions and Highest 7-Day Moving Average*

| Peak | Single Day: New Admissions | Single Day: Date | 7-Day Average: New Admissions | 7-Day Average: Date |
|---|---|---|---|---|
| 1st Peak | 17,965 | Jan 05, 2021 | 16,497 | Jan 09, 2021 |
| 2nd Peak | 12,961 | Aug 24, 2021 | 12,285 | Aug 27, 2021 |
| Latest Peak | 22,920 | Jan 12, 2022 | 21,523 | Jan 15, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

### Prevalent Hospitalizations of Patients with Confirmed COVID-19, United States

August 01, 2020 – March 29, 2022

11,060
Hospitalized Patients
Mar 29, 2022

12,243
Current 7-Day Average
Mar 23, 2022 – Mar 29, 2022

15,482
Prior 7-Day Average
Mar 16, 2022 – Mar 22, 2022

-20.9%
Change in 7-Day Average

Prevalent Hospitalizations of Patients with Confirmed COVID-19
150000
100000
50000
0
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Date of Report
Prevalent Hospitalizations of Patients with Confirmed COVID-19
7-Day Moving Average

Peak in Hospitalized Patients and Highest 7-Day Moving Average*

| Peak | Single Day: Hospitalized Patients | Single Day: Date | 7-Day Average: Hospitalized Patients | 7-Day Average: Date |
|---|---|---|---|---|
| 1st Peak | 125,277 | Jan 06, 2021 | 124,031 | Jan 11, 2021 |
| 2nd Peak | 94,630 | Sep 02, 2021 | 93,604 | Sep 03, 2021 |
| Latest Peak | 149,011 | Jan 18, 2022 | 146,535 | Jan 20, 2022 |

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.
*Small shifts in historic data may occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

***Restricted Use/Recipients Only*** **Page 22 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000635

**Rates of New Admissions of Patients with Confirmed COVID-19 by State**

March 15, 2022 – March 21, 2022, and March 22, 2022 – March 28, 2022

Guam (GU) is not displayed in this graphic due to potential reporting inconsistencies pending resolution. States are displayed in increasing order of percent change in 7-day average rates of new admissions of patients with confirmed COVID-19 between Mar 15 – Mar 21, 2022 and Mar 22 – Mar 28, 2022.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/28/22, 5,005 (95%) of hospitals submitted data for this report, and 14 (25%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 30, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect*
*White House COVID-19 Team, Data Strategy and Execution Workgroup*

**Cumulative 7-Day Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change**

March 15, 2021 – March 28, 2022

| Legend | | Distribution | |
|---|---|---|---|
| 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | No. | % |
| Low: <5 | | 53 | 96.4% |
| Moderate: ≥5 and <10 | | 1 | 1.8% |
| Substantial: ≥10 and <15 | | 0 | 0% |
| High: ≥15 | | 0 | 0% |
| Percent change in 7-day cumulative confirmed COVID-19 admissions (per 100 beds) | | | |
| Decreasing by 10% or more | ↓ | 35 | 63.6% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 6 | 10.9% |
| Stable: >-5% and <5% | — | 8 | 14.5% |
| Moderately increasing: ≥5% and <10% | ↗ | 2 | 3.6% |
| Increasing by 10% or more | ↑ | 3 | 5.5% |

**HHS Regions**

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) are not displayed in this graph due to incomplete data for the Mar 22 – Mar 28, 2022, reporting period.
14 days of data are included in this analysis.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/28/22, 5,005 (95%) of hospitals submitted data for this report, and 14 (25%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 30, 2022

*Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup*



## Average 7-Day Admissions of Patients with Confirmed COVID-19 per 100,000 Population and Percent Change

March 15, 2022 – March 28, 2022

USA

| Legend | | Distribution No. | % |
|---|---|---|---|
| 7-day average confirmed COVID-19 admissions (per 100,000 population) | | | |
| Low: <2 | | 53 | 96.4% |
| Moderate: ≥2 and <4 | | 1 | 1.8% |
| Substantial: ≥4 and <6 | | 0 | 0% |
| High: ≥6 | | 0 | 0% |
| Percent change in 7-day average confirmed COVID-19 admissions (per 100,000 population) | | | |
| Decreasing by 10% or more | ↓ | 36 | 65.5% |
| Moderately decreasing: >-10% and ≤-5% | ↘ | 8 | 14.5% |
| Stable: >-5% and <5% | — | 6 | 10.9% |
| Moderately increasing: ≥5% and <10% | ↗ | 1 | 1.8% |
| Increasing by 10% or more | ↑ | 3 | 5.5% |

**HHS Regions**

*Data for Guam (GU) are not displayed in this graphic due to potential reporting inconsistencies pending resolution.
^Data for the Northern Mariana Islands (MP) are not displayed in this graph due to incomplete data for the Mar 22 – Mar 28, 2022, reporting period.
14 days of data are included in this analysis.

Source: Unified Hospital Timeseries Dataset, based on reporting from all hospitals (N = 5,291). On 03/28/22, 5,005 (95%) of hospitals submitted data for this report, and 14 (25%) of jurisdictions submitted incomplete data (<90% of hospitals reporting).

Last Updated: Mar 30, 2022

*Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup*

## New Admissions of Patients with Confirmed COVID-19 per 100 Beds and Percent Change Compared to the Previous 7 Days

March 16, 2022 - March 29, 2022

Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds

Mar 23, 2022 – Mar 29, 2022

Total Admissions per 100 Beds
<1
1 to <5
5 to <10
10 to <15
15+

Percent Change in Total New Admissions of Patients with Confirmed COVID-19 per 100 Beds

Mar 16, 2022 – Mar 22, 2022 vs. Mar 23, 2022 – Mar 29, 2022

Percent Change
20%+ decrease
0 to <20% decrease
0 to <20% increase
20 to <40% increase
40 to <60% increase
60 to <80% increase
80 to <100% increase
100%+ increase

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

## COVID-19 Hospital Admissions in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)

Total Confirmed COVID-19 Hospital Admissions in Last 7 Days: 11,188

Percent Change from Previous 7 Days: -17.0%

Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care.

Last Updated: Mar 30, 2022

*Source(s): Unified Hospital Dataset*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

## COVID-19 Hospital Inpatient Utilization in the Last 7 Days and Comparison to the Previous 7 Days by Hospital Service Area (HSA)

Average Daily COVID-19 Hospital Inpatients over Last 7 Days: 12,767

Percent Change from Previous 7 Days: -20.8%

Source: Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

Last Updated: Mar 30, 2022

*Source(s): Unified Hospital Dataset*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*



## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group, United States

August 01, 2020 – March 29, 2022

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

## New Admissions of Patients with Confirmed COVID-19 per 100,000 Population by Age Group and HHS Region, United States

August 01, 2020 – March 29, 2022

Based on reporting from all hospitals (N=5,291). Due to potential reporting delays, data reported in the most recent 7 days (as represented by the shaded bar) should be interpreted with caution. Data reported prior to Aug 01, 2020 are unavailable.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect, White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19-Associated Hospitalization Surveillance Network (COVID-NET)

Laboratory-Confirmed COVID-19 Associated Hospitalizations by Race/Ethnicity
March 07, 2020 – March 19, 2022

Rates per 100,000 population
Calendar Week Ending (MMWR Week No.)
Year: 2021-22
Week Ending: Mar 19, 2022
MMWR Week: 11
Overall: 1.8
White: 1.8
Black: 1.8
Hispanic/Latino: 1.6
Asian/Pacific Islander: 0.9
American Indian/Alaska Native: 4.6
per 100,000 population

COVID-NET conducts population-based surveillance for laboratory-confirmed COVID-19-associated hospitalizations in children (less than 18 years of age) and adults. COVID-NET covers nearly 100 counties in the 10 Emerging Infections Program (EIP) states (CA, CO, CT, GA, MD, MN, NM, NY, OR, TN) and four Influenza Hospitalization Surveillance Project (IHSP) states (IA, MI, OH, and UT). Incidence rates (per 100,000 population) are calculated using the National Center for Health Statistics' (NCHS) vintage 2019 bridged-race postcensal population estimates for the counties included in the surveillance catchment area. The rates provided are likely to be underestimated as COVID-19 hospitalizations might be missed due to test availability and provider or facility testing practices.

Last Updated: Mar 28, 2022 *Source: CDC COVID-NET*

## Inpatient Bed Occupancy by State

March 16, 2022 - March 29, 2022

**Percentage of hospitals with ≥80% of inpatient beds in use by all patients**

Mar 16, 2022 – Mar 22, 2022
Mar 23, 2022 – Mar 29, 2022
0%
>0 to <10%
10 to <20%
20 to <30%
30% or more

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Mar 16, 2022 – Mar 22, 2022 | 28.29% |
| Mar 23, 2022 – Mar 29, 2022 | 27.44% |

Change in 7-Day Average: -2.99%

**Percentage of hospitals with ≥30% of inpatient beds in use by COVID-19 patients**

Mar 16, 2022 – Mar 22, 2022
Mar 23, 2022 – Mar 29, 2022
0%
>0 to <5%
5 to <10%
10 to <15%
15% or more

**National 7-Day Average**

| Dates | 7-Day Average |
|---|---|
| Mar 16, 2022 – Mar 22, 2022 | 0.14% |
| Mar 23, 2022 – Mar 29, 2022 | 0.14% |

Change in 7-Day Average: +2.00%

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team*

***Restricted Use/Recipients Only***
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **27** of **66**

AZT42AR0000640



## ICU Bed Occupancy by State

March 16, 2022 - March 29, 2022

Mar 16, 2022 – Mar 22, 2022
Percentage of hospitals with ≥80% of ICU beds in use by all patients
Mar 23, 2022 – Mar 29, 2022
National 7-Day Average
0%
>0 to <10%
10 to <20%
20 to <30%
30% or more
Change in 7-Day Average: -3.61%

| Dates | 7-Day Average |
|---|---|
| Mar 16, 2022 – Mar 22, 2022 | 21.84% |
| Mar 23, 2022 – Mar 29, 2022 | 21.05% |

Percentage of hospitals with ≥15% of ICU beds in use by COVID-19 patients
Mar 16, 2022 – Mar 22, 2022
Mar 23, 2022 – Mar 29, 2022
National 7-Day Average
0%
>0 to <10%
10 to <20%
20 to <30%
30 to <40%
40% or more
Change in 7-Day Average: -41.29%

| Dates | 7-Day Average |
|---|---|
| Mar 16, 2022 – Mar 22, 2022 | 4.36% |
| Mar 23, 2022 – Mar 29, 2022 | 2.56% |

Based on reporting from all hospitals (N=5,291).

Due to potential reporting delays, data reported in the most recent 7 days should be interpreted with caution.

Last Updated: Mar 31, 2022

*Data Source: Unified Hospital Timeseries Dataset, HHS Protect; White House COVID-19 Team, Data Strategy and Execution Workgroup; Visualization: CDC CPR DEO Situational Awareness Public Health Scientist Team.*

## Outpatient/Emergency Department Visits

### Weekly Percentage of Emergency Department (ED) Visits of Patients Diagnosed with COVID-19

June 07, 2020 – March 26, 2022

Percent of ED Visits of Patients Diagnosed with COVID-19
15
10
5
0
†
Jun 13
Jul 11
Aug 08
Sep 05
Oct 03
Oct 31
Nov 28
Dec 26
Jan 23
Feb 20
Mar 20
Apr 17
May 15
Jun 12
Jul 10
Aug 07
Sep 04
Oct 02
Oct 30
Nov 27
Dec 25
Jan 22
Feb 19
Mar 19
Week of ED Visit*

*Indicates end date for each weekly data point.

| | Patient Age (years) | Percent Change Jan 08 - Mar 26, 2022+ |
|---|---|---|
| | 75+ | -94% |
| | 65-74 | -95% |
| | 50-64 | -97% |
| | 40-49 | -97% |
| | 25-39 | -97% |
| | 18-24 | -97% |
| | 16-17 | -98% |
| | 12-15 | -98% |
| | <12 | -97% |

+Change in weekly percentage of ED patients with diagnosed COVID-19 from week of Jan 08, 2022 - Mar 26, 2022

†The dashed vertical line marks the week of January 2nd - January 8th, when national ED visits for patients diagnosed with COVID-19 began to decrease. The percent change for each age group compares the most recent complete MMWR week to this reference period.

Last Updated: Mar 31, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

COVID-19 and Influenza Discharge Diagnosis as Percentage of Emergency Department Visits
September 12, 2021 – March 26, 2022
Percent of ED Visits
Sep 12
Oct 10
Nov 07
Dec 05
Jan 02
Jan 30
Feb 27
Mar 27
Week End Date
COVID-19 Sep 2021-Mar 2022
Influenza Sep 2021-Mar 2022
Data in shaded area may be incomplete due to reporting delays.

Data in shaded area may be incomplete due to reporting delays

Last Updated: March 30, 2022

*Data Source: CDC National Syndromic Surveillance Program (NSSP)*

National COVID-19 Activity Indicators
March 01, 2020 - March 26, 2022
% Positive Lab Tests
Hospitalization Rate (COVID-Net)
% Deaths due to PIC (NCHS)
% CLI ED Visits* (NSSP)
% ILI Visits (ILINet)
Percent Positive, Percent Deaths due to PIC, and Hospitalization Rate
Percent CLI and Percent ILI
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Week Ending

Grey bar indicates two-week lag. CLI = COVID-like illness, ED = emergency department, PIC = pneumonia, influenza, or COVID-19
* NSSP measure includes ED visits of patients diagnosed with COVID-19 or with CLI.

Last Update: Mar 31, 2022

Sources: COVID-Net, HHS Protect, NSSP, ILINet, NCHS; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

***Restricted Use/Recipients Only*** Page **29** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000642

## Trajectory in Percent of Emergency Department (ED) Visits with COVID-19-Specific Discharge Diagnoses

February 26, 2022 – March 27, 2022

Last Updated: Mar 31, 2022

*Data Source: National Syndromic Surveillance Program (NSSP); Visualization: CDC COVID-19 Data, Analytics, & Visualization Task Force*

## COVID-19 Deaths

### Daily Change in COVID-19 Deaths, United States

January 22, 2020* - March 30, 2022

Peaks in Single Day and 7-Day Average of New Deaths**

| Peak | Single Day: Deaths | Single Day: Date | 7-Day Average: Deaths | 7-Day Average: Date | % Change vs Current Avg |
|---|---|---|---|---|---|
| 1st Peak | 2,703 | 15-Apr-20 | 2,256 | 21-Apr-20 | -72.7% |
| 2nd Peak | 1,421 | 30-Jul-20 | 1,173 | 31-Jul-20 | -45.6% |
| 3rd Peak | 4,071 | 13-Jan-21 | 3,421 | 13-Jan-21 | -81.7% |
| 4th Peak | 2,433 | 05-May-20 | 1,933 | 15-Sep-21 | -67.6% |
| Latest Peak | 4,179 | 01-Feb-22 | 2,672 | 02-Feb-22 | -76.5% |

*Graph displays data starting on Mar 01, 2020. The totals include deaths reported since Jan 22, 2020

** The histogram, total of new deaths in the last 24 hours, and 7-day averages do not include historical deaths reported retroactively. Historical deaths are still reflected in the cumulative national total. Of 20,744 historical deaths reported retroactively, none were reported on the most recent submission date; none in the current week; and none in the prior week.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Deaths by HHS Region, United States
## New Deaths and 7-Day Moving Average

March 01, 2020 - March 30, 2022

*HHS Region Number: 7-Day Moving Average (Percent Change Since Prior 7-Day Moving Average)*

Region 10:
33 (-6.9%)
Region 8:
17 (-41.7%)
Region 7:
53 (19.5%)
Region 5:
104 (-19.3%)
Region 2:
16 (-17.9%)
Region 1:
27 (17.4%)
Region 9:
131 (-15.7%)
Region 6:
91 (-28.3%)
Region 4:
89 (-21.0%)
Region 3:
66 (15.5%)
New Deaths
Submission Date
US Department of Health & Human Services Regions

Histograms and 7-day averages exclude historical deaths reported retroactively.

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance, state-level aggregated COVID-19 Cases, HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Mortality Rate in the Last 7 Days and Comparison to the Previous 7 Days by County

**Mortality Rate in the Last 7 Days:** 1.4 deaths per 100,000 **Percent Change from Previous 7 Days:** -14.7%

Date: 3/30/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Deaths per 100K by County in the Week 23MAR2022-29MAR2022
Percent Change in Deaths per 100K by County in the Week 23MAR2022-29MAR2022
Deaths per 100K
Percent Change in Deaths per 100K

Last Updated: Mar 30, 2022

*Source(s): CDC aggregate county dataset; CDC state-reported data used for territories*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

**Restricted Use/Recipients Only** Page 31 of 66
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000644





COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

Demographic Distribution of COVID-19 Deaths
January 21, 2020 - March 30, 2022
795,657
Total Deaths Reported
671,794 (84.4%)
Deaths With Race/Ethnicity Reported
789,868 (99.4%)
Deaths With Sex Reported
794,871 (99.90%)
Deaths With Age Reported
Deaths
400,000
200,000
0
7,723 (1.1%)
American Indian / Alaska Native, Non-Hispanic
22,642 (3.4%)
Asian, Non-Hispanic
90,841 (13.5%)
Black, Non-Hispanic
115,853 (17.2%)
Hispanic/Latino
14,984 (2.2%)
Multiple/Other, Non-Hispanic
1,600 (0.2%)
Native Hawaiian / Other Pacific Islander, Non-Hispanic
418,151 (62.2%)
White, Non-Hispanic
Race
354,920 - 354,929 (44.9%)
Female
435,900 - 435,909 (55.1%)
Male
0 - 9 (<0.1%)
Other
Sex
100,000
426 (<0.1%)
0 - 4 Years
337 (<0.1%)
5 - 11 Years
356 (<0.1%)
12 - 15 Years
298 (<0.1%)
16 - 17 Years
5,671 (0.7%)
18 - 29 Years
14,075 (1.8%)
30 - 39 Years
32,614 (4.1%)
40 - 49 Years
144,058 (18.1%)
50 - 64 Years
179,910 (22.6%)
65 - 74 Years
206,052 (25.9%)
75 - 84 Years
211,070 (26.6%)
85+ Years
Age Group
Last Updated: Mar 30, 2022

COVID-19 Weekly Deaths per 100,000 Population by Sex, United States
March 01, 2020 - March 26, 2022*
Incident Deaths per 100,000 Population
8
6
4
2
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Case Earliest Date by End of Week*
Sex
Female
Male

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting sex by date - 99.40%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

**Restricted Use/Recipients Only** Page 32 of 66
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000645

## COVID-19 Weekly Deaths per 100,000 Population by Age Group, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting age by date - 99.92%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Age Group per HHS Region, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting age by date - 99.92%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting race by date - 82.42%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Excludes cases with unknown or multiple races.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 29, 2022 *Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per HHS Region, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting race by date - 82.42%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. AI = American Indian, AN = Alaska Native, NH = Non-Hispanic, PI = Pacific Islander. Exclude cases with unknown or multiple races. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 29, 2022 *Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Weekly Deaths per 100,000 Population by Age Group and Race/Ethnicity, United States

March 01, 2020 - March 26, 2022

American Indian/Alaska Native, Non-Hispanic
Asian/Pacific Islander, Non-Hispanic
Black/African American, Non-Hispanic
Hispanic
White, Non-Hispanic
COVID-19 Deaths per 100K
150
100
50
0
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Week Ending Date
Age Group
0-4 years
5-17 years
18-29 years
30-39 years
40-49 years
50-64 years
65-74 years
75-84 years
85 years and over

Includes data for US States and the District of Columbia. Excludes data for cases where race was unknown or not further specified. The grey bar represents the average period of lag, up to two weeks. The provisional counts for COVID-19 deaths are based on a current flow of mortality data in the National Vital Statistics System. Death counts for earlier weeks are continually revised and may increase or decrease as new and updated death certificate data are received from states.

Last Updated: Mar 31, 2022 *Sources: CDC National Center for Health Statistics - Provisional Weekly Deaths by Region, Race, Age, 2019 US Census Population Estimate; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Proportion of Deaths by Age Group and Race/Ethnicity, United States

March 01, 2020 - March 26, 2022

American Indian/Alaska Native, Non-Hispanic
Asian/Pacific Islander, Non-Hispanic
Black/African American, Non-Hispanic
Hispanic
White, Non-Hispanic
Death Proportion
100%
50%
0%
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Week Ending Date
Age Group
0-4 years
5-17 years
18-29 years
30-39 years
40-49 years
50-64 years
65-74 years
75-84 years
85 years and over

Includes data for US States and the District of Columbia. Excludes data for cases where race was unknown or not further specified. The grey bar represents the average period of lag, up to two weeks. The provisional counts for COVID-19 deaths are based on a current flow of mortality data in the National Vital Statistics System. Death counts for earlier weeks are continually revised and may increase or decrease as new and updated death certificate data are received from states.

Last Updated: Mar 31, 2022 *Sources: CDC National Center for Health Statistics - Provisional Weekly Deaths by Region, Race, Age, 2019 US Census Population Estimate; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 35 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000648

## COVID-19 Weekly Deaths per 100,000 Population by Urbanicity, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting urbanicity by date - 97.62%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

Source: CDC COVID-19 Case Line-Level Data; 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

## COVID-19 Weekly Deaths per 100,000 Population by Urbanicity per HHS Region, United States

March 01, 2020 - March 26, 2022*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting urbanicity by date - 97.62%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. Regions 1 and 2 are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## COVID-19 Weekly Deaths per 100,000 Population by Race per Urbanicity, United States

March 01, 2020 - March 26, 2022*

Metro counties
Non-metro counties
All counties
Incident Deaths per 100,000 Population
10
8
6
4
2
0
2021
2022
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting race and urbanicity by date - 80.86%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.

Last Updated: Mar 29, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

## COVID-19 Weekly Deaths per 100,000 Population by Race/Ethnicity per Urbanicity & HHS Region, United States

March 01, 2020 - March 26, 2022*

Region 10 - Metro counties
Region 8 - Metro counties
Region 7 - Metro counties
Region 5 - Metro counties
Region 2 - Metro counties
Region 1 - Metro counties
Region 10 - Non-metro counties
Region 8 - Non-metro counties
Region 7 - Non-metro counties
Region 5 - Non-metro counties
Region 2 - Non-metro counties
Region 1 - Non-metro counties
Region 9 - Metro counties
Region 6 - Metro counties
Region 4 - Metro counties
Region 3 - Metro counties
Region 9 - Non-metro counties
Region 6 - Non-metro counties
Region 4 - Non-metro counties
Region 3 - Non-metro counties
40
20
0
100
50
Race/Ethnicity
AI/AN, NH
Asian/PI, NH
Black, NH
Hispanic
White, NH
Case Earliest Date by End of Week*

US: The most recent line level case record was reported during the week ending on Mar 26, 2022. Percentage of deaths among reported cases - 1.14%. Percentage of deaths reporting race and urbanicity by date - 80.86%.
US territories are included in case and death counts but not in population counts. Potential six-week delay in case reporting to CDC denoted by gray bars. The rate for "All Counties" includes records that do not indicate urbanicity.
Regions 1 and 2 Metro counties are shown on an increased scale.
*Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the Date Received by CDC. The date for the current week extends through Saturday.
Last Updated: Mar 29, 2022

*Source: CDC COVID-19 Case Line-Level Data, 2019 US Census, HHS Protect; Visualization: Data, Analytics & Visualization Task Force and CDC CPR DEO Situational Awareness Public Health Science Team*

**Restricted Use/Recipients Only** Page **37** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000650

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

**Cumulative Number of COVID-19 Deaths per 100,000 Population by County**
January 22, 2020 – March 28, 2022

Cumulative Deaths per 100k Population
No deaths reported
1
50
100
250
500

Updated Mar 30, 2022, 08:00 Data sources: HHS Protect; US Census Bureau 2019 Population Estimates CDC/CPR/DEO Situational Awareness Branch

## COVID-19 Testing

**Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume, United States**
March 01, 2020 – March 28, 2022

847,101,104
Total Test Volume

828,775
Current 7-Day Avg. Daily Test Volume
Mar 18, 2022 – Mar 24, 2022

880,869
Prior 7-Day Avg. Daily Test Volume
Mar 11, 2022 – Mar 17, 2022

-5.9%
Percent Change in 7-Day Avg.

2.4%
Current 7-Day Avg. % Positivity
Mar 22, 2022 – Mar 28, 2022

2.2%
Prior 7-Day Avg. % Positivity
Mar 15, 2022 – Mar 21, 2022

+10.8%
Percent Change in 7-Day Avg.

+0.23
Percentage Point Difference in 7-Day Averages

**Peaks in Single Day and 7-Day Average Percent Positivity**

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | % Positivity | Date | % Positivity | Date | % Change vs. Current 7-Day Average |
| 1st Peak | 11.3% | Jul-05-20 | 10.5% | Jul-08-20 | -77.3% |
| 2nd Peak | 16.0% | Jan-03-21 | 15.0% | Jan-03-21 | -84.1% |
| 3rd Peak | 7.8% | Apr-04-21 | 5.5% | Apr-12-21 | -56.5% |
| Latest | 30.9% | Jan-02-22 | 29.5% | Jan-07-22 | -91.9% |

**Peaks in Single Day and 7-Day Average Test Volume**

| | Single Day | | 7-Day Average | | |
|---|---|---|---|---|---|
| Peak | Test Vol | Date | Test Vol | Date | % Change vs. Current 7-Day Average |
| 1st Peak | 1,110,051 | Jul-22-20 | 977,829 | Jul-24-20 | -15.2% |
| 2nd Peak | 2,340,696 | Jan-06-21 | 1,911,717 | Nov-25-20 | -56.6% |
| 3rd Peak | 1,676,935 | Apr-14-21 | 1,282,778 | Apr-14-21 | -35.4% |
| Latest | 3,141,564 | Jan-05-22 | 2,572,752 | Jan-09-22 | -67.8% |

3.0M
2.5M
2.0M
1.5M
1.0M
0.5M
0.0M
Daily Test Volume
30%
20%
10%
0%
7-Day Avg. Percent Positivity
Jul 2020
Jan 2021
Jul 2021
Jan 2022
Date Reported
Daily Test Volume
7-day Avg Daily Test Volume
7-Day Avg. Percent Positivity

Data (shaded) for the most recent four days may be incomplete. 7-Day average test volume line ends before the gray shaded area to reduce the influence of incomplete data in the most recent four days. A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 31, 2022, 08:17 HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

***Restricted Use/Recipients Only*** **Page 38 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000651

## Daily SARS-CoV-2 NAAT Percent Test Positivity and Test Volume by HHS Region, United States

March 01, 2020 – March 28, 2022

NAAT remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). Data for the most recent four days may be incomplete and should be interpreted with caution. Data unavailable for American Samoa, Commonwealth of Northern Marianas Islands, Palau, and Federated States of Micronesia. IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity.

Last Updated: Mar 31, 2022, 08:17

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## SARS-CoV-2 NAAT Test Volume per 100,000 Population, Percent Test Positivity, and Comparison to Previous Week by Jurisdiction, United States

February 27, 2022 – March 28, 2022

A nucleic acid amplification test (NAAT) remains the "gold standard" for clinical diagnostic detection of SARS-COV-2 and includes viral testing such as real-time reverse transcription polymerase chain reaction (RT-PCR). Gray horizontal lines at 5%, 8%, and 10% positivity align with the Level of Community Transmission indicator for percentage of positive diagnostic and screening nucleic acid amplification tests (NAAT) during the last 7 days, where cumulative NAAT percent test positivity <5% is low, 5% – <8% is moderate, 8% – <10% is substantial, and ≥10% is high. Data for the most recent four days may be incomplete and should be interpreted with caution. IA's data were excluded Feb 17, 2022 onward due to incomplete negative test result data, impacting testing volumes and percent positivity. Data are unavailable for AS, CNMI, IA, FSM, PW, RMI, and WA.

Last Updated: Mar 31, 2022, 08:17

*HHS Protect Unified Laboratory Testing Dataset; Data, Analytics, & Visualization Task Force; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Percentage of Positive SARS-CoV-2 Tests in the Past 7 Days & 7-Day Difference

March 15 - March 21, 2022 to March 22 - March 28, 2022

Thresholds for community transmission levels of SARS-CoV-2 measured by percentage of positive SARS-CoV-2 tests in the past 7 days: low (<5.0%), moderate (5.0%-7.9%), substantial (8.0%-10.0%), high (>10.0%)

* US Territories are in HHS Region 2 (Puerto Rico, US Virgin Islands) and Region 9 (American Samoa, Federated States of Micronesia, Guam, Northern Marianas Islands, Republic of Marshall Islands). Data for IA, GU, and WA are not shown.

Last Updated: Mar 31, 2022 11:54

*Data Source: HHS Protect Unified Laboratory Testing Dataset; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## 30-Day Histograms of SARS-CoV-2 NAAT Percent Positivity 7-Day Moving Averages

February 27, 2022 – March 28, 2022

| Legend | Distribution of Jurisdictions | |
|---|---|---|
| SARS-CoV-2 average percent positivity for last 7 days (Color of histogram) | No. (50) | % |
| Very low: < 3% | 29 | 58.0% |
| Low: 3% – 4.9% | 18 | 36.0% |
| Moderate: 5% – 7.9% | 3 | 6.0% |
| Substantial: 8% – 9.9% | 0 | 0.0% |
| High: >= 10% | 0 | 0.0% |
| Percent change in average 7-day percent positivity compared to previous 7 days | No. (50) | % |
| %Pos below threshold (<5%) | 47 | 94.0% |
| High decrease: <= -20% change | 1 | 2.0% |
| Moderate decrease: > -20% change and < -10% change | 0 | 0.0% |
| Stable: >= -10% change and < 10% change | 1 | 2.0% |
| Moderate increase: >= 10% change and < 20% change | 0 | 0.0% |
| High increase: >= 20% change | 1 | 2.0% |

Data from the unified dataset (a combination of CELR line-level, CELR aggregate, and federal direct report data feeds). Percent change in average 7-day percent positivity compared to previous 7 days is only shown for jurisdictions with moderate, substantial, or high percent positivity (>= 5%). Trend was assessed using percent change. For example, a jurisdiction which decreased 1 percentage point from 10% positivity last week to 9% positivity this week has a -10% change in 7-day percent positivity.

Last Updated: Mar 31, 2022

*Data Source: HHS Protect Unified Laboratory Testing Dataset - Data, Analytics, & Visualization Task Force*

## NAAT Positivity in the Last 7 Days and Comparison to the Previous 7 Days by County

As of 2/17/2022, IA is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.
AK and HI testing data have at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

Last Updated: Mar 30, 2022

*Source(s): Unified Testing Dataset; White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

## SARS-CoV-2 Laboratory Test Results Comparison of Percent Test Positivity: NAAT and Antigen Testing

June 01, 2020 – March 27, 2022

Due to reporting lags, data for the most recent four days may be underrepresented.
Data from 8 jurisdictions are currently under validation and have been excluded: ME, MO, OK, OH, PR, USVI, WA, and WY.

Last Updated: Mar 28, 2022

*Data Source: HHS Protect Unified Laboratory Testing Dataset*
*Data, Analytics, & Visualization Task Force*

## Viral (NAAT) Lab Test Positivity by Age Group, Test Volume by Age Group, and Total Test Volume

March 01, 2020 – March 28, 2022

Test positivity data from September 30, 2020, has been excluded due to invalid data submission from one jurisdiction.
The test volume graph (bottom) contains data through four days before the maximum date listed in the title; this larger time lag is to allow more time for tests to be backfilled.

*Data Source: HHS Protect Unified Laboratory Testing Dataset*
*Data, Analytics, & Visualization Task Force*

Last Updated: Mar 31, 2022

## Trends in Viral (RT-PCR) Lab Test Positivity by Age Group and Region

February 02, 2022 – March 30, 2022

<5 · 5-11 · 12-17 · 18-24 · 25-44 · 45-64 · 65+ · Average

NAAT Positivity (7-day average)

FEMA Region 1 · FEMA Region 2 · FEMA Region 3 · FEMA Region 4 · FEMA Region 5 · FEMA Region 6 · FEMA Region 7 · FEMA Region 8 · FEMA Region 9 · FEMA Region 10

Incomplete Reporting

0% · 5% · 10% · 15% · 20% · 25% · 30% · 35% · 40%

02-02 · 02-09 · 02-16 · 02-23 · 03-02 · 03-09 · 03-16 · 03-23 · 03-30

Last Updated: Mar 30, 2022

*Source(s): COVID-19 Electronic Lab Reporting (CELR) and Federal Direct Report Testing Data*
*White House COVID-19 Team, Data Strategy and Execution Workgroup, Community Profile Report*

**COVID-19 Response Update Thursday, Mar 31, 2022** *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Case, Death, and Laboratory Testing Overview By Jurisdiction, United States

DATA AS OF Mar 28, 2022

**CDC/CPR/DEO Situational Awareness Branch** **Data: HHS Protect**

*Laboratory testing data for previous days may be updated retrospectively by states as it becomes available. Lab data unavailable for American Samoa, Commonwealth of Northern Marianas Islands, Guam, Palau, and Federated States of Micronesia. ^Value for 7-Day moving average. *Calculation for omitted where the number of total new tests was less than five.*

| State | Cases/ 100K | Deaths/ 100K | Total Tests | Tot. Tests/ 100K | New Tests^ | New Tests/ 100K^ | Total Pos Tests | New Pos Tests^ | % Total Pos Tests | % New Pos Tests^* |
|---|---|---|---|---|---|---|---|---|---|---|
| AK | [illegible] | 162.5 | 4,133,012 | 565,269.3 | 432 | 59.1 | 308,706 | 27 | 7.5% | 6.2% |
| AL | [illegible] | [illegible] | 7,456,401 | 151,505.7 | 4,345 | 88.3 | 1,070,423 | 107 | 14.4% | 2.5% |
| AR | [illegible] | [illegible] | 4,668,674 | 154,055.1 | 2,241 | 74.0 | 494,184 | 54 | 10.6% | 2.4% |
| AZ | [illegible] | [illegible] | 14,541,452 | 195,930.4 | 9,804 | 132.1 | 1,943,316 | 272 | 13.4% | 2.8% |
| CA | 22,983.6 | [illegible] | 130,256,850 | 330,869.2 | 194,816 | 494.9 | 8,525,890 | 2,576 | 6.5% | 1.3% |
| CO | 23,348.0 | 207.8 | 15,485,455 | 266,635.7 | 10,436 | 179.7 | 1,430,399 | 337 | 9.2% | 3.2% |
| CT | 20,621.3 | [illegible] | 14,223,833 | 399,802.2 | 9,769 | 274.6 | 855,624 | 367 | 6.0% | 3.8% |
| DE | [illegible] | [illegible] | 3,593,012 | 364,104.1 | 2,362 | 239.3 | 285,251 | 62 | 7.9% | 2.6% |
| FL | [illegible] | [illegible] | 55,895,080 | 257,186.2 | 37,866 | 174.2 | 6,700,351 | 1,224 | 12.0% | 3.2% |
| GA | 25,422.5 | [illegible] | 16,087,165 | 150,206.7 | 11,027 | 103.0 | 1,947,120 | 207 | 12.1% | 1.9% |
| HI | 16,455.5 | 96.1 | 3,327,441 | 236,490.9 | 584 | 41.5 | 211,783 | 49 | 6.4% | 8.4% |
| ID | [illegible] | [illegible] | 3,159,107 | 172,920.5 | 2,214 | 121.2 | 585,416 | 44 | 18.5% | 2.0% |
| IL | [illegible] | [illegible] | 43,905,851 | 348,804.3 | 57,902 | 460.0 | 2,830,167 | 928 | 6.4% | 1.6% |
| IN | [illegible] | [illegible] | 13,718,670 | 203,090.5 | 6,460 | 95.6 | 1,679,477 | 159 | 12.2% | 2.5% |
| KS | [illegible] | [illegible] | 5,388,834 | 184,941.5 | 2,912 | 99.9 | 642,590 | 83 | 11.9% | 2.8% |
| KY | [illegible] | [illegible] | 8,947,488 | 199,843.3 | 7,579 | 169.3 | 1,152,319 | 182 | 12.9% | 2.4% |
| LA | [illegible] | [illegible] | 10,426,729 | 224,456.7 | 8,170 | 175.9 | 924,199 | 61 | 8.9% | 0.7% |
| MA | 24,509.0 | [illegible] | 40,827,572 | 592,255.6 | 44,680 | 648.1 | 1,689,940 | 985 | 4.1% | 2.2% |
| MD | 16,724.2 | [illegible] | 20,187,663 | 333,360.7 | 19,502 | 322.0 | 1,739,228 | 277 | 8.6% | 1.4% |
| ME | 17,204.2 | 103.7 | 3,886,166 | 287,834.1 | 2,868 | 212.4 | 219,617 | 119 | 5.7% | 4.2% |
| MI | [illegible] | [illegible] | 24,085,844 | 241,666.7 | 19,784 | 198.5 | 2,549,001 | 696 | 10.8% | 3.5% |
| MN | [illegible] | [illegible] | 21,945,364 | 387,909.4 | 13,525 | 239.1 | 1,912,065 | 415 | 8.7% | 3.1% |
| MO | 22,975.5 | [illegible] | 11,958,963 | 194,405.7 | 8,081 | 131.4 | 1,516,124 | 222 | 12.7% | 2.8% |
| MS | [illegible] | [illegible] | 2,710,425 | 91,359.0 | 1,655 | 55.8 | 459,966 | 41 | 17.0% | 2.5% |
| MT | [illegible] | [illegible] | 1,983,676 | 183,575.6 | 1,077 | 99.7 | 252,970 | 24 | 12.8% | 2.3% |
| NC | [illegible] | [illegible] | 21,895,415 | 206,553.9 | 16,456 | 155.2 | 2,370,411 | 369 | 10.8% | 2.2% |
| RI | [illegible] | [illegible] | 6,712,024 | 634,931.9 | 4,278 | 404.7 | 370,733 | 124 | 5.5% | 2.9% |
| ND | [illegible] | [illegible] | 2,297,320 | 300,182.0 | 822 | 107.4 | 171,840 | 16 | 7.5% | 1.9% |
| TN | [illegible] | [illegible] | 10,508,747 | 152,591.8 | 7,460 | 108.3 | 1,378,385 | 121 | 13.1% | 1.6% |
| UT | [illegible] | 146.8 | 7,158,246 | 220,261.9 | 4,009 | 123.4 | 969,283 | 131 | 13.5% | 3.3% |
| SC | [illegible] | [illegible] | 12,580,711 | 241,100.3 | 5,972 | 114.4 | 1,481,390 | 118 | 11.8% | 2.0% |
| WV | [illegible] | [illegible] | 5,056,300 | 283,299.9 | 3,862 | 216.4 | 512,919 | 106 | 10.1% | 2.7% |
| WI | [illegible] | [illegible] | 15,972,008 | 273,837.7 | 10,864 | 186.3 | 1,538,191 | 338 | 9.6% | 3.1% |
| WY | [illegible] | [illegible] | 1,396,013 | 239,729.7 | 881 | 151.3 | 119,777 | 17 | 8.6% | 1.9% |
| SD | [illegible] | [illegible] | 1,088,801 | 121,964.9 | 503 | 56.3 | 154,834 | 16 | 14.2% | 3.2% |
| OK | [illegible] | [illegible] | 4,096,903 | 102,917.0 | 2,411 | 60.6 | 870,823 | 52 | 21.3% | 2.2% |
| NJ | [illegible] | [illegible] | 25,329,574 | 285,166.8 | 23,719 | 267.0 | 2,089,881 | 771 | 8.3% | 3.2% |
| NE | 24,701.6 | 214.2 | 2,737,833 | 141,303.7 | 746 | 38.5 | 372,476 | 26 | 13.6% | 3.5% |
| NM | 24,601.1 | [illegible] | 6,069,950 | 288,178.1 | 4,646 | 220.6 | 1,072,607 | 222 | 17.7% | 4.8% |
| NY | 24,104.4 | [illegible] | 84,112,980 | 434,989.7 | 93,067 | 481.3 | 5,246,450 | 2,836 | 6.2% | 3.0% |
| NV | 23,126.4 | [illegible] | 5,856,939 | 186,630.2 | 4,054 | 129.2 | 874,419 | 162 | 14.9% | 4.0% |
| TX | 22,953.0 | [illegible] | 49,406,470 | 168,273.8 | 33,794 | 115.1 | 6,782,696 | 784 | 13.7% | 2.3% |
| OH | 22,839.2 | [illegible] | 21,333,710 | 182,445.2 | 14,092 | 120.5 | 2,175,229 | 302 | 10.2% | 2.1% |
| NH | 22,223.9 | 180.0 | 3,771,784 | 276,063.3 | 3,328 | 243.6 | 245,042 | 104 | 6.5% | 3.1% |
| PA | 21,710.1 | [illegible] | 25,567,430 | 200,007.2 | 17,149 | 134.2 | 2,584,915 | 500 | 10.1% | 2.9% |
| VA | 19,533.7 | [illegible] | 14,345,952 | 166,996.6 | 10,861 | 126.4 | 1,837,601 | 364 | 12.8% | 3.4% |
| VT | 17,273.5 | 93.8 | 3,696,297 | 592,975.8 | 2,653 | 425.6 | 152,873 | 99 | 4.1% | 3.7% |
| OR | 16,670.8 | 167.7 | 7,789,928 | 183,659.4 | 6,807 | 160.5 | 610,362 | 172 | 7.8% | 2.5% |
| DC | [illegible] | 388.6 | 4,769,817 | 669,151.2 | 8,090 | 1135.0 | 211,884 | 129 | 4.4% | 1.6% |
| PR | [illegible] | 130.4 | 2,628,644 | 83,202.2 | 1,983 | 62.8 | 259,987 | 126 | 9.9% | 6.3% |
| GU | [illegible] | 303.6 | 275,591 | 166,432.0 | 542 | 327.2 | 35,113 | 35 | 12.7% | 6.5% |

*This table also summarizes official CDC US case counts for COVID-19, reviewed and validated by states and territories, posted daily on the CDC COVID-19 webpage (https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html). Data for IA and WA not available at this time.*

Last Updated: Mar 31, 2022, 11:54

*Data Source: CDC Case Surveillance; state-level aggregated COVID-19 Cases; HHS Protect; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

## Cases and Deaths in Skilled Nursing Facilities (SNFs)

COVID-19 Cases Among Staff^ in Skilled Nursing Facilities (SNF)
June 06, 2021 – March 20, 2022
Number of facilities* = 15,255
4-week change in incidence: Decrease
Count of COVID-19 Confirmed Cases
COVID-19 Confirmed Case per 1,000 Resident-Weeks
Cases
Rate
^Staff may work at multiple facilities and therefore be reported for each of their facilities
4-Wk Change Definition (apply to the last 4 weeks after excluding the most recent week to account for lag in facilities reporting)
Increase: meet both: (1) rate for week 4 was greater than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant increase.
Decrease: meet both: (1) rate for week 4 was lower than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant decrease.
Note: Mid-p (1-tailed) method was used to test a statistical significance
Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded.
*Number of facilities reporting may vary from week to week. **Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.
CONFIRMED CASES Definition (As of Nov 23rd) Total Confirmed COVID-19 cases (computed variable) = (Total positive tests – Ag positive test and PCR negative confirmatory test)
Dashed line and red number indicate the projected trajectory and are being shown to address any lag in facilities updating data
Last Updated: Mar 21, 2022
CDC COVID-19 Healthcare Systems and Worker Safety Task Force

*Restricted Use/Recipients Only* Page **43** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000656

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF)
June 06, 2021 – March 20, 2022
Number of facilities* = 15,255
4-week change in incidence: Decrease
Count of COVID-19 Confirmed Cases
COVID-19 Confirmed Case per 1,000 Resident-Weeks
4-Wk Change Definition (apply to the last 4 weeks after excluding the most recent week to account for lag in facilities reporting)
Increase: meet both: (1) rate for week 4 was greater than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant increase.
Decrease: meet both: (1) rate for week 4 was lower than week 1; (2) at least two out of three paired consecutive rate comparisons showed a significant decrease.
Note: Mid-p (1-tailed) method was used to test a statistical significance
Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded.
*Number of facilities reporting may vary from week to week. **Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.
CONFIRMED CASES Definition (As of Nov 23rd) Total Confirmed COVID-19 cases (computed variable) = (Total positive tests – Ag positive test and PCR negative confirmatory test)
Dashed line and red number indicate the projected trajectory and are being shown to address any lag in facilities updating data
Last Updated: Mar 21, 2022
CDC COVID-19 Healthcare Systems and Worker Safety Task Force

| | 6/6 | 6/13 | 6/20 | 6/27 | 7/4 | 7/11 | 7/18 | 7/25 | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cases | 462 | 420 | 344 | 342 | 450 | 515 | 851 | 1520 | 2348 | 3360 | 4149 | 4808 | 5364 | 5331 | 5419 | 5306 | 4677 | 4129 | 4050 | 3672 | 3205 |
| Rates | 0.4 | 0.4 | 0.3 | 0.3 | 0.4 | 0.4 | 0.7 | 1.3 | 2 | 2.9 | 3.6 | 4.2 | 4.6 | 4.6 | 4.7 | 4.6 | 4.1 | 3.6 | 3.5 | 3.2 | 2.8 |

| | 10/31 | 11/7 | 11/14 | 11/21 | 11/28 | 12/5 | 12/12 | 12/19 | 12/26 | 1/2 | 1/9 | 1/16 | 1/23 | 1/30 | 2/6 | 2/13 | 2/20 | 2/27 | 3/6 | 3/13 | 3/20** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cases | 3086 | 3372 | 3915 | 4256 | 4510 | 4777 | 4684 | 4376 | 6444 | 18670 | 38695 | 49412 | 49895 | 38466 | 25438 | 16520 | 10179 | 6197 | 3817 | 2646 | 1606 |
| Rates | 2.7 | 2.9 | 3.4 | 3.7 | 3.9 | 4.1 | 4 | 3.8 | 5.6 | 16.3 | 33.7 | 43.1 | 43.5 | 33.5 | 22 | 14.3 | 8.8 | 5.3 | 3.3 | 2.3 | 1.4 |

**Change in Incidence Rates of Confirmed COVID-19 Cases Among Residents in Skilled Nursing Facilities**

February 20, 2022 – March 20, 2022*

AK VT NH ME
GU NY CT MA
MP WA MT ND SD MN WI MI PA NJ RI
HI OR ID WY NE IA IL IN OH DC MD DE
NV UT CO KS MO TN KY WV VA NC
CA AZ NM OK AR MS AL GA SC
TX LA FL PR VI

**Change in incidence over 4 weeks**

- Decrease
- Increase
- Stable

* Excluding the most recent week due to reporting lag

The methodology used to statistically identify 4-week rate trends differ from the methodology used for case surveillance trend analyses. States that have been labeled as "stable" do not denote "stable increasing" and "stable decreasing".

Last Updated: Mar 21, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

***Restricted Use/Recipients Only*** **Page 44 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000657

## COVID-19 Deaths Among Staff in Skilled Nursing Facilities (SNF)

June 06, 2021 – March 20, 2022

Number of
facilities* = 15,255
Count of COVID-19 Deaths
COVID-19 Deaths per 1,000 Resident-Weeks
Deaths
Death Rate
Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: Mar 21, 2022

*CDC COVID-19 Healthcare Systems and Worker Safety Task Force*

## COVID-19 Deaths Among Residents in Skilled Nursing Facilities (SNF)

June 06, 2021 – March 20, 2022

Number of
facilities* = 15,255
Count of COVID-19 Deaths
COVID-19 Deaths per 1,000 Resident-Weeks
Deaths
Death rate
Inferred Data: For the purpose of best epidemiological understanding, data that fail quality checks or appear inconsistent with surveillance protocols are assigned a value based on their patterns of data-entry or excluded. Effective December 7, 2020, exclusion criteria were updated across the entire dataset/all time points.

*Number of facilities reporting may vary from week to week. ** Patterned fill represents data is likely still accruing, all data can be modified week-to-week by facilities.

Last Updated: Mar 21, 2022

*CDC COVID-19 Healthcare Systems and Worker Safety Task Force*



*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Change in Incidence Rates of Confirmed COVID-19 Deaths Among Residents in Skilled Nursing Facilities

February 20, 2022 – March 20, 2022*

AK
GU
MP
HI
VT
NH
ME
NY
CT
MA
WA
MT
ND
SD
MN
WI
MI
PA
NJ
RI
OR
ID
WY
NE
IA
IL
IN
OH
DC
MD
DE
NV
UT
CO
KS
MO
TN
KY
WV
VA
NC
CA
AZ
NM
OK
AR
MS
AL
GA
SC
TX
LA
FL
PR
VI
Change in incidence over 4 weeks
Decrease
Increase
Stable

* Excluding the most recent week due to reporting lag

The methodology used to statistically identify 4-week rate trends differ from the methodology used for case surveillance trend analyses. States that have been labeled as "stable" do not denote "stable increasing" and "stable decreasing".

Last Updated: Mar 21, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

## COVID-19 Cases Among Residents in Skilled Nursing Facilities (SNF)
## Percent of SNFs with ≥ 1 Confirmed Cases, Last 4 Weeks

February 20, 2022 – March 20, 2022

Feb 21 – Feb 27
N = 14,969 (14%)
Feb 28 – Mar 6
N = 14,974 (9%)
Mar 7 – Mar 13
N = 14,899 (6%)
Mar 14 – Mar 20
N = 14,269 (4%)
Percent of facilities
0
>0-5
>5-10
>10-20
>20-30
More than 30

Last Updated Mar 21, 2022

CDC COVID-19 Healthcare Systems and Worker Safety Task Force

**Restricted Use/Recipients Only**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

Page **46** of **66**

AZT42AR0000659

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Excess Deaths

Pneumonia, Influenza, and COVID-19 (PIC) Mortality
October 10, 2016 – March 24, 2022

Number of Influenza Coded Deaths
Number of COVID-19 Coded Deaths
% of Deaths Due to PIC
Baseline
Threshold
Epidemic Threshold
Seasonal Baseline
% of All Deaths Due to PIC
Number of Deaths
MMWR Week
2018
2019
2020
2021
2022

Last Updated: Mar 25, 2022

*Data Source: National Center for Health Statistics Mortality Surveillance System*

- CDC National Center for Health Statistics (NCHS) Mortality Surveillance[21,22]
  Based on NCHS mortality surveillance data available on March 24, 2022, 9.1% of the deaths that occurred during the week ending March 19, 2022 (week 11), were due to pneumonia, influenza, and/or COVID-19 (PIC). This percentage is above the epidemic threshold of 7.1% for this week. Among the 1,788 PIC deaths reported for this week, 928 had COVID-19 listed as an underlying or contributing cause of death on the death certificate, and 17 listed influenza, indicating that current PIC mortality is due primarily to COVID-19 and not influenza. The data presented are preliminary and may change as more data are received and processed.

[21] Data during recent weeks are incomplete because of the lag in time between when death occurred and when the death certificate is completed, submitted to NCHS, and processed for reporting purposes. Additional NCHS mortality information: Surveillance Methods and Provisional Death Count Totals for COVID-19.
[22] MMWR Week is the week of the epidemiologic year for which the National Notifiable Diseases Surveillance System (NNDSS) disease report is assigned by the reporting local or state health department for the purposes of MMWR disease incidence reporting and publishing.

***Restricted Use/Recipients Only*** Page **47** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000660



**Weekly Number of Deaths**
**Comparing Excess Deaths Including and Excluding COVID-19**
December 30, 2017 – March 19, 2022

+ Indicates observed count above threshold
Predicted number of deaths from all causes, including COVID-19
Predicted number of deaths from all causes, excluding COVID-19
Threshold for excess deaths
Number of Deaths
Month/Year

Number of deaths above threshold are indicated by red plus sign. Certain weeks have more than one red plus sign when the predicted number of deaths including COVID-19 (blue bars) and the predicted number of deaths excluding COVID-19 (green bars) both exceed the threshold.

Last Updated: Mar 30, 2022

*Data Source: National Center for Health Statistics (NCHS)*

## Number of Estimated Excess Deaths Associated with COVID-19 by Month, United States

March 1, 2020 - March 19, 2022

| Month | Observed Number | Upper Bound Threshold | Average Expected Count | Excess Estimate |
|---|---|---|---|---|
| Mar 2020 | 240,632 | 250,739 | 242,700 | 3,188 |
| Apr 2020 | 302,127 | 240,618 | 232,487 | 69,640 |
| May 2020 | 321,921 | 287,642 | 277,668 | 44,253 |
| Jun 2020 | 233,462 | 223,754 | 215,891 | 17,571 |
| Jul 2020 | 249,210 | 221,132 | 213,253 | 35,957 |
| Aug 2020 | 315,289 | 274,227 | 264,524 | 50,765 |
| Sep 2020 | 240,274 | 221,171 | 213,366 | 26,908 |
| Oct 2020 | 307,862 | 282,529 | 272,720 | 35,142 |
| Nov 2020 | 281,416 | 232,723 | 224,683 | 56,733 |
| Dec 2020 | 326,762 | 243,016 | 234,699 | 92,063 |
| Jan 2021 | 424,416 | 319,779 | 309,876 | 114,540 |
| Feb 2021 | 284,243 | 254,646 | 247,105 | 37,138 |
| Mar 2021 | 246,760 | 247,755 | 240,062 | 6,698 |
| Apr 2021 | 239,105 | 238,957 | 231,561 | 7,608 |
| May 2021 | 293,312 | 285,948 | 276,870 | 16,442 |
| Jun 2021 | 228,712 | 223,124 | 216,228 | 12,404 |
| Jul 2021 | 290,575 | 276,764 | 268,129 | 22,446 |
| Aug 2021 | 272,680 | 220,369 | 213,507 | 59,173 |
| Sep 2021 | 292,177 | 222,507 | 215,487 | 76,690 |
| Oct 2021 | 341,953 | 284,682 | 275,750 | 66,203 |
| Nov 2021 | 269,859 | 234,436 | 227,088 | 42,771 |
| Dec 2021 | 286,258 | 242,650 | 235,172 | 51,086 |
| **Total** | **6,289,005** | **5,529,168** | **5,348,826** | **945,499** |

Last Updated: Mar 31, 2022

Source: National Center for Health Statistics (NCHS), Excess Deaths Associated with COVID-19; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 National Forecasts

### Forecasts of New COVID-19 Cases per 100,000 Population

Recent case forecasts have shown low reliability, with more reported cases than expected falling outside the forecast prediction intervals for 1-, 2-, 3-, and 4-week ahead case forecasts. Therefore, **case forecasts will be updated once sustained improvements in performance are observed.**

Last Updated: Jan 05, 2022 *CDC COVID-19 Mathematical Modeling Group*

**Source:** CDC Forecasts

Estimated New COVID-19 Cases
Weekly Reported COVID-19 Cases, as of March 26, 2022
Incident weekly cases
5M
4M
3M
2M
1M
0
Apr 2020
Jul 2020
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Apr 2022
Last Updated: Mar 30, 2022
COVID-19 Forecast Hub

**Source:** https://viz.covid19forecasthub.org/

***Restricted Use/Recipients Only*** Page **49** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

AZT42AR0000662

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

### Forecasts of New COVID-19 Hospitalizations per 100,000 Population

Data: January 18, 2022 – March 21, 2022
Forecasts Through April 22, 2022

This week, CDC received forecasts of new reported COVID-19 cases over the next 4 weeks from 15 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that new daily confirmed COVID-19 hospital admissions will likely decrease over the next 4 weeks, with **300 to 3,500 new confirmed COVID-19 hospital admissions likely reported on April 22, 2022.**

National Forecast
New Hospital Admissions
0
1,000
2,000
3,000
4,000
5,000
Jan-15
Feb-01
Feb-15
Mar-01
Mar-15
Apr-01
Apr-15
May-01
Reported
Ensemble
Inner Bands: 50% Prediction Intervals
Outer Bands: 95% Prediction Intervals

Last Updated: Mar 30, 2022 CDC COVID-19 Mathematical Modeling Group

**Source:** CDC Forecasts

### Forecasts of New and Cumulative COVID-19 Deaths per 100,000 Population

Data: January 22, 2022 – March 26, 2022
Forecasts Through April 23, 2022

This week, CDC received forecasts of new reported COVID-19 deaths over the next 4 weeks from 24 modeling groups included in the ensemble forecasts. This week's national ensemble predicts that the number of newly reported COVID-19 deaths will likely decrease over the next 4 weeks, with **1,300 to 3,600 new deaths likely reported in the week ending April 23, 2022.**

National Forecast
Combined Forecast
Reported
Ensemble
New Weekly Deaths
0
2,000
4,000
6,000
8,000
Total Deaths
900,000
950,000
1,050,000
Jan-15
Feb-01
Feb-15
Mar-01
Mar-15
Apr-01
Apr-15
May-01
Inner Bands: 50% Prediction Intervals
Outer Bands: 95% Prediction Intervals

Last Updated: Mar 30, 2022 CDC COVID-19 Mathematical Modeling Group

**Source:** CDC Forecasts

*Restricted Use/Recipients Only* Page **50** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000663



COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

Estimated New COVID-19 Deaths
Weekly Reported COVID-19 Deaths, as of March 26, 2022
Incident weekly deaths
20k
15k
10k
5k
0
Apr 2020
Jul 2020
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022
Apr 2022
Date
Last Updated: Mar 30, 2022
COVID-19 Forecast Hub

Source: https://viz.covid19forecasthub.org/

## Special Populations

## COVID-19 Cases and Deaths in US Healthcare Workers

*Data as of Mar 31, 2022 08:18 EST*

- Cases: 1,072,834 (+703)
- Deaths: 4,111 (+7)
  - 2068 in KY
  - 586 in CA
  - 190 in IL
  - 172 in NJ
  - 156 in OH
  - 122 in NV
  - 91 in TN
  - 87 in NC
  - 78 in PA
  - 76 in MI
  - 67 in MN
  - 44 in AR
  - 43 in PR
  - 38 in MO
  - 38 in WA
  - 35 in KS
  - 34 in NY
  - 32 in MA
  - 29 in LA
  - 29 in VA
  - 27 in ID
  - 17 in UT
  - 15 in IA
  - 12 in WY
  - 10 in NH
  - 5 in CO
  - 5 in DC
  - 3 in GU
  - 1 in AK
  - 1 in VT

*Restricted Use/Recipients Only* Page 51 of 66
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000664

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Multisystem Inflammatory Syndrome in Children (MIS-C) in the United States

### Reported MIS-C Case Ranges by Jurisdiction*

Data as of March 01, 2022

Reported MIS-C Cases
No case reported
1-49 cases
50-99 cases
100-199 cases
200-299 cases
300-399 cases
400+ cases
AS
FSM
GU
MP
PW
RMI
VI

*CDC defers to jurisdictions to release additional information on patients

Last Updated: Mar 07, 2022

Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

### Daily MIS-C Cases and COVID-19 Cases Reported to CDC (7-Day Moving Average)

January 22, 2020 – March 01, 2022 (N=7,459*)

MIS-C
COVID-19
Daily MIS-C Cases (7-day Moving Average)
Daily COVID-19 Cases (7-day Moving Average)
Date of Onset
Jan 22, '20
Mar 3, '20
Apr 13, '20
May 24, '20
Jul 4, '20
Aug 14, '20
Sep 24, '20
Nov 4, '20
Dec 15, '20
Jan 25, '21
Mar 7, '21
Apr 17, '21
May 28, '21
Jul 8, '21
Aug 18, '21
Sep 28, '21
Nov 8, '21
Dec 19, '21
Jan 29, '22
Mar 1, '22

The grayed-out area on the right side of the figure represents the most recent 6 weeks of data, for which reporting of MIS-C cases is still incomplete. The actual number of MIS-C cases during this period is likely larger, and these numbers are expected to increase as additional case reports are incorporated.

*Date of onset was missing for 1 of the 7,459 cases.

Last Updated: Mar 07, 2022

Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

Restricted Use/Recipients Only

For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov

Page 52 of 66

AZT42AR0000665

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

Characteristics of Reported MIS-C Patients
Data as of March 01, 2022 (N=7,459)
MIS-C Patients By Sex
MIS-C Patients By Age Group
60%
40%
20%
0%
Percentage
<1
1-4
5-11
12-15
16-20
Age
MIS-C Patients by Race/Ethnicity
40%
30%
20%
10%
0%
Percentage
White, Non-Hispanic
Black, Non-Hispanic
Hispanic/Latino
Other, Non-Hispanic
Asian, Non-Hispanic
American Indian/Alaska Native*
Multiple Race, Non-Hispanic
Native Hawaiian/Other Pacific Islander*
Race/Ethnicity
Out of 7,459 patients, race/ethnicity was not reported for 437 patients, gender for 10 patients, and age group for 3 patients.
*Values are less than 1%
Last Updated: Mar 07, 2022
Source: COVID Tracker; National Center for Immunization and Respiratory Diseases

## COVID-19 Among Pregnant Women in the US

### Weekly COVID-19 Pregnancy Data Summary

January 22, 2020 – March 28, 2022

195,125 (100.0%)
Cases with Known Age

168,176 (86.2%)
Cases with Known Race/Ethnicity

| Cases | Deaths | Hospitalizations: Hospitalizations | Hospitalizations: Admitted to ICU | Hospitalizations: Required Mechanical Ventilation |
|---|---|---|---|---|
| 195,125 | 273 | 31,404 | 706 | 141 |

60,000
40,000
20,000
0
Cases
463 (0.2%)
9,756 (5.%)
38,676 (19.8%)
57,344 (29.4%)
52,631 (27.%)
27,174 (13.9%)
7,032 (3.6%)
1,295 (0.7%)
754 (0.4%)
< 15
15-19
20-24
25-29
30-34
35-39
40-44
45-49
50-54
Age Group

80,000
60,000
40,000
20,000
0
Cases
5,580 (3.3%)
24,405 (14.5%)
62,902 (37.4%)
8,084 (4.8%)
67,205 (40.0%)
Asian, Non-Hispanic
Black, Non-Hispanic
Hispanic/Latino
Multiple, Other Non-Hispanic
White, Non-Hispanic
Race / Ethnicity

Last Updated: Mar 28, 2022

*Data Source: CDC COVID Data Tracker; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team*

***Restricted Use/Recipients Only*** **Page 53 of 66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000666

## Cases and Deaths in US Correctional and Detention Facilities

### Cumulative Confirmed COVID-19 Cases and Deaths in US Correctional and Detention Facilities By State

| Total Cases | Total Resident Cases | Total Staff Cases | Total Deaths | Total Resident Deaths | Total Staff Deaths |
|---|---|---|---|---|---|
| 801,547 | 598,753 | 202,794 | 3,381 | 3,075 | 306 |

| Data From | Data Through | Last Update |
|---|---|---|
| 31-Mar-20 | 28-Mar-22 | 31-Mar-22 |

WA 38 (18,382; 21)
OR 17 (7,566; 47)
ID 24 (7,389; 6)
MT 16 (1,757; 6)
ND 9 (2,850; 3)
MN 23 (13,415; 16)
WI 44 (21,503; 33)
MI 46 (41,725; 174)
NY 56 (24,152; 63)
VT 19 (1,367; 0)
NH 8 (1,461; 3)
ME 7 (751; 0)
MA 21 (4,585; 34)
RI 7 (4,447; 7)
CT 15 (10,992; 30)
NJ 34 (20,432; 62)
DE 4 (4,109; 14)
MD 37 (11,901; 44)
PA 46 (30,724; 170)
OH 33 (20,488; 165)
WV 45 (8,474; 29)
VA 45 (19,654; 68)
NC 68 (19,173; 110)
SC 46 (9,729; 78)
GA 115 (10,117; 107)
FL 13 (28,460; 246)
AL 35 (5,768; 86)
MS 23 (4,525; 31)
TN 20 (11,302; 75)
KY 20 (11,965; 74)
IN 24 (9,360; 68)
IL 50 (38,379; 93)
IA 15 (7,167; 24)
MO 45 (13,854; 87)
AR 1 (14,975; 58)
LA 26 (10,538; 52)
TX 143 (94,235; 477)
OK 7 (10,179; 68)
KS 12 (10,553; 26)
NE 3 (1,253; 14)
SD 10 (3,504; 8)
WY 4 (1,213; 9)
CO 24 (21,859; 38)
NM 52 (6,625; 29)
AZ 29 (28,344; 88)
UT 10 (7,160; 22)
NV 22 (9,988; 55)
CA 86 (121,049; 328)
AK 14 (6,031; 7)
HI 10 (5,144; 10)

**Map Label**
*# of Facilities with Reported Cases (Cases; Deaths)*

**Case Breaks**
- B: 101-1,000
- C: 1,001-5,000
- D: 5,001-9,999
- E: 10,000+

| State | Cases | Deaths |
|---|---|---|
| DC | [illegible] | [illegible] |
| Puerto Rico | [illegible] | [illegible] |
| Not Available | [illegible] | [illegible] |

Cases and deaths are reported by state Department of Corrections, the Federal Bureau of Prisons, and Immigration and Customs Enforcement. Data contain cumulative confirmed COVID-19 counts in U.S. correctional and detention facilities, separately for staff and residents, starting from March 31, 2020. Citation: UCLA Law COVID Behind Bars Data Project, https://uclacovidbehindbars.org/

*For questions or comments, contact CDC CPR DEO Public Health Science Team at eocsaanalyst@cdc.gov.*



*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## COVID-19 Related School Closures and Policies

### Outbreak-Related School Closures – Past 4 Weeks, United States

February 26, 2022 – March 25, 2022

Date: 3/25/2022
Source: Burbio
Known Schools Closed due to Outbreak in Past 28 Days by District
1 - 5
6 - 10
11 - 50
>50
County Borders

Of 582 known school closures in the last 28 days, 6 schools reported reasons related to **COVID 19 outbreaks** (avg days closed=7.5).

**Top 3 States**
*Represent ~100% of known schools closed due to outbreaks in the past 4 weeks*

AZ: 66.7%

PA: 16.7%

BI: 16.7%

**School Closures:** Burbio has recorded closures for 2,213 districts as of March 24, 2022. Compiled data by Burbio from public federal, state, and local school districts. Totals for known school closures include the number of unique schools that were closed for at least one day from February 25-March 24, 2022, either as an individual school or district-wide closure. Outbreak related closures include those due to outbreaks in the school, district, or community. See https://cai.burbio.com/school-opening-tracker/ for more information.
**School Districts:** A school district is considered eligible if it has a LEA district type of 1, 2, or 7 and has an NCES enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M. "BI" is the state designation for schools that fall under the Bureau of Indian Education. Closures for these schools will appear on the map within the state where they are geographically located.

Last Updated: Mar 25, 2022

*Sources: : Compiled data by Burbio from public federal, state, and local school districts.*

### 2021-2022 School Year Closures by State, United States

**4 states experiencing active closures:** MI, NC, UT, BI

**16 states with future planned closures:** CO, GA, MD, MN, MO, OH, OK, VA, NC, OR, UT, DE, NM, IA, NH, BI
**Top 10 states account for ~48% of past closures:** NC, TX, IL, GA, OH, NJ, MI, PA, MO, MD

Future (1008 nationally)
Active (64 nationally)
Past (20960 nationally)
Unique Schools Closed
0
200
400
600
800
1,000
1,200
1,400
CT MA ME NH NJ NY PA RI VT IA IL IN KS *MI MN MO ND NE OH SD WI AL AR DC DE FL GA KY LA MD MS *NC OK SC TN TX VA WV AK AZ CA CO HI ID MT NM NV OR *UT WA WY *BI PR
Northeast
Midwest
South
West

**School Closures:** Burbio has recorded closures for 2,213 districts as of March 24, 2022. Compiled data by Burbio from public federal, state, and local school districts. Known school closure totals include the number of unique schools closed (for at least one day) per status (future, active, past) since August 1, 2021, either as an individual school or district-wide known closure. Active closures include closures with a known end date after 3/24/2022. States with at least one active closure are denoted with *. Future planned closures include known closures scheduled later in the school year and are typically comprised of mental health days or staff planning/training days for COVID-19-related reasons. See https://cai.burbio.com/school-opening-tracker/ for more information.
**School Districts:** A school district is considered eligible if it has a LEA district type of 1, 2, or 7 and has an NCES enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M. "BI" is the state designation for schools that fall under the Bureau of Indian Education.

Last Updated: Mar 25, 2022

*Sources: : Compiled data by Burbio from public federal, state, and local school districts.*

***Restricted Use/Recipients Only*** **Page 55 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000668

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## Closures by Reason - 2021-2022 School Year, United States

Peak schools closed: 6867 on 01/14/2022
Peak schools closed due to Mental Health: 1889 on 11/12/2021
Peak schools closed due to Outbreaks: 5852 on 1/14/2022
Other/Reason Unknown
Mental Health
Staffing Issue
Outbreak Related
Daily cases (7-day average)
Upcoming 14 days
Unique Schools Closed
Cases
7,000
6,000
5,000
4,000
3,000
2,000
1,000
0
800k
700k
600k
500k
400k
300k
200k
100k
0k
8/2/2021
8/9/2021
8/16/2021
8/23/2021
8/30/2021
9/6/2021
9/13/2021
9/20/2021
9/27/2021
10/4/2021
10/11/2021
10/18/2021
10/25/2021
11/1/2021
11/8/2021
11/15/2021
11/22/2021
11/29/2021
12/6/2021
12/13/2021
12/20/2021
12/27/2021
1/3/2022
1/10/2022
1/17/2022
1/24/2022
1/31/2022
2/7/2022
2/14/2022
2/21/2022
2/28/2022
3/7/2022
3/14/2022
3/21/2022
3/28/2022
4/4/2022

**School Closures:** Burbio has recorded closures for 2,213 districts as of March 24, 2022. Compiled data by Burbio from public federal, state, and local school districts, and CDC Cases and Deaths. Known closures include the number of unique schools closed per day since August 1, 2021, either as an individual school or district-wide closure. Outbreak related closure events include those due to COVID-19 outbreaks within the school or surrounding community as reported by the district. Mental health closures related to COVID-19 include giving staff and students time off to take care of themselves and their families; often listed as "kindness day". Staffing issue closures include any staffing shortages or absences due to COVID-19. Burbio did not start collecting reasons for closures until 9/23/2021, therefore all closures before then are labeled as Other/Reason Unknown. See https://cai.burbio.com/school-opening-tracker/ for more information. Plot only shows school day (Monday-Friday) closures, weekend days (Saturday and Sunday) are excluded. Cases data through March 24, 2022.
**School Districts:** A school district is considered eligible if it has a LEA district type of 1, 2, or 7 and has an NCES enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M. "BI" is the state designation for schools that fall under the Bureau of Indian Education.

Last Updated: Mar 25, 2022

*Sources: : Compiled data by Burbio from public federal, state, and local school districts*

## Learning Modalities by School District

Number of Districts Included: 14,201 (represents 95.7% of K-12 students)
% Offering Remote-Only Learning: 0.1%
% Offering Hybrid Learning: 0.5%
% Offering In-Person Learning: 99.4%
Date: 3/28/2022
Source: Combined HMM Model
Learning Modality
by School District - 25MAR2022
Learning Modality
Full-time in-person
Hybrid in-person
Remote only
No data

**Source:** HMM model (learning modalities)
**Source Notes:** The combined model is generated using a Hidden Markov Model (HMM) that infers weekly learning modality classifications (in person, hybrid, remote). The transition probabilities between learning modalities and dataset specific model parameters for the HMM were estimated using K-12 school data from Burbio, MCH Strategic Data, Return to Learn, and State Dashboards collected during the 2020-2021 school year between 8/1/2020 and 7/31/2021. Inferred learning modalities for the 2020-2021 school year are based on data collected since 8/1/2020 from Burbio, MCH Strategic Data, and State Dashboards. Data from Return to Learn are not included in the HMM for the 2021-2022 school year due to discontinued data collection. When inferring the modality in a given week, the reported modalities during that week as well as the previous and subsequent weeks have the greatest impact. Only district-weeks where the estimated probability for the predicted modality is greater than 0.6 are reported.
**Data Notes:** Estimates for current modalities are based on reported modalities between August 1, 2021-March 25, 2022. Total U.S. K-12 enrollment is approximately 50.8M and includes the 17,376 districts with an LEA district type of 1, 2, or 7 and an NCES enrollment greater than 0.

Last Updated: Mar 25, 2022

Sources: HMM Model (learning modalities), MCH Strategic Data (social distancing policies), COVID-19 School Data Team, *Community Profile Report*

***Restricted Use/Recipients Only*** **Page 56 of 66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000669

## International Summary

### WHO COVID-19 Global Cases and Deaths

*Jan 02, 2020 – Mar 31, 2022*

| Cases | | Deaths | |
|---|---|---|---|
| Cumulative | Last 7 Days | Cumulative | Last 7 Days |
| 483,556,595 | 10,530,098 | 6,132,461 | 31,661 |

Source: WHO COVID-19 Dashboard

### Weekly COVID-19 International Situation Update

*CDC International Task Force*

*Data as of Mar 27, 2022* *Last Updated: Mar 30, 2022*

*Summary*

- Epidemiology:
  - Cases continue to decrease in the Americas, in Southeast Asia, in Eastern Mediterranean, and in Africa; began to decrease in Europe and in the Western Pacific.
  - Global deaths increased by 43.0% from last week to this week.
  - Countries reporting the highest case counts in the last week are Korea (South), Germany, and Viet Nam.
  - Greatest percent increase in cases in the last week were in Tunisia, Chad, and Niger.
- Vaccination:
  - Vaccination is reported in at least 218 countries or territories.
  - As of March 27, a total of 11,195,466,893 vaccine doses have been administered globally, of which 1,633,119,013 have been booster doses.
- Variants of Concern (as of Mar 29, 2022):
  - Alpha (B.1.1.7) has been identified in 203 countries, 0 more since last week.
  - Beta (B.1.351) has been identified in 154 countries, 0 more since last week.
  - Gamma (P.1) has been identified in 113 countries, 0 more since last week.
  - Delta (B.1.617.2) has been identified in 208 countries, 0 more since last week.
  - Omicron (B.1.1.529) has been identified in 199 countries, 2 more since last week.

**COVID-19 Response Update Thursday, Mar 31, 2022** *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Epidemic Curve of Confirmed COVID-19 Cases by Week of Report and WHO Region*

Confirmed COVID-19 Cases by Week of Report and WHO Region
January 3, 2020 - March 27, 2022
WHO Region
Americas
Europe
Southeast Asia
Eastern Mediterranean
Africa
Western Pacific
Weekly Cases
20,000,000
15,000,000
10,000,000
5,000,000
0
30 Dec
27 Jan
24 Feb
23 Mar
20 Apr
18 May
15 Jun
13 Jul
10 Aug
7 Sep
5 Oct
2 Nov
30 Nov
28 Dec
25 Jan
22 Feb
22 Mar
19 Apr
17 May
14 Jun
12 Jul
9 Aug
6 Sep
4 Oct
1 Nov
29 Nov
27 Dec
24 Jan
21 Feb
21 Mar
Week of Reporting

*Map: Average Daily Incidence Over the Last 7 Days per 100,000 Population, International*

***Mar 27, 2022*** ***Data Source:*** *COVID-19 Data Repository CSSE (JHU)*

Average
Daily
Incidence
(past 7 days)
per 100,000
0- <1
1- <10
10- <25
25+
NA

***Restricted Use/Recipients Only*** Page **58** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000671

**COVID-19 Response Update Thursday, Mar 31, 2022** *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

*Map: Percent Change in Cases, Most Recent 7-Day Period Compared to Previous 7-Day Period, International*

**Mar 27, 2022** **Data Source:** COVID-19 Data Repository CSSE (JHU)

Percent Change From Previous Week
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase
NA

*Countries with Most New Cases and Highest Growth in New Cases*

**10 Countries/ Areas with Most New Cases**

| Country/ Area | New Cases This Week | % Change Last Week[1] |
|---|---|---|
| Korea (South) | 2,442,195 | -13.3 |
| Germany | 1,576,261 | 2.4 |
| Viet Nam | 1,127,716 | -40.3 |
| France | 845,119 | 45.1 |
| United Kingdom | 596,721 | 3.0 |
| Italy | 503,932 | 5.6 |
| Australia | 368,028 | -28.3 |
| Austria | 276,053 | -14.5 |
| Japan | 272,215 | -20.3 |
| Netherlands | 252,340 | -29.7 |

[1] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 27, 2022

% Change [1]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

**10 Countries/ Areas with Highest Incidence**

| Country/ Area | Incidence Per 100,000[1] | % Change Last Week[2] |
|---|---|---|
| Saint Pierre and Miquelon | 1,428.3 | 93.6 |
| Korea (South) | 680.0 | -13.3 |
| Guernsey | 622.9 | 41.4 |
| Cook Islands | 450.4 | 55.2 |
| Austria | 436.1 | -14.5 |
| Cyprus | 376.6 | 39.5 |
| New Zealand | 336.0 | -5.5 |
| American Samoa | 312.1 | 94.2 |
| Jersey | 293.7 | -3.4 |
| Tonga | 281.9 | 45.8 |

[1] Average daily incidence per 100,000 in past 7 days
[2] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 27, 2022

Average Daily Incidence (past 7 days) per 100K [1]
0- <1
1- <10
10- <25
25+

% Change [2]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

Note: Incidence threshold categories are based on Harvard Global Health Institute Key Metrics for COVID Suppression Framework.

**10 Countries/ Areas with Highest Percent Change Last Week**

| Country/ Area | % Change Last Week[1] | % Change 4 Weeks[2] |
|---|---|---|
| Tunisia | 643.3 | -73.7 |
| Chad | 111.1 | -40.6 |
| Niger | 62.5 | 8.3 |
| Rwanda | 47.9 | -38.8 |
| Honduras | 47.7 | -46.5 |
| France | 45.1 | 111.9 |
| Cameroon | 41.3 | -25.3 |
| Taiwan | 40.0 | 102.8 |
| Madagascar | 39.7 | -64.2 |
| Ghana | 36.7 | -85.2 |

[1] Percent change in cases of most recent 7 days to 7 days prior
[2] Percent change in cases of most recent 7 days to 4 weeks prior
Note: Countries with population size less than 10 million were excluded
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 27, 2022

% Change [1, 2]
>=50% decrease
0 - <50% decrease
>0 - <=50% increase
>50 - <=100% increase
>100 - <=200% increase
>200% increase

**Restricted Use/Recipients Only** Page **59** of **66**
*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at* eocsaanalyst@cdc.gov

AZT42AR0000672

Risk Matrix: Average Daily Incidence per 100,000 Population in the Past 7 Days and 7-Day Percent Change

*Data Source: COVID-19 Data Repository CSSE (JHU)*

Burden and Recent Trends
Average daily incidence per 100,000 population and 7-day percent change, by new cases in past 7 days
March 14, 2022 - March 20, 2022 to March 21, 2022 - March 27, 2022
Average Daily Incidence per 100,000
% Change in Weekly Cases
Korea (South)
Germany
Netherlands
Australia
France
Viet Nam
Greece
Italy
United Kingdom
Belgium
Japan
Brazil
Tunisia
WHO Region
Americas
Europe
Southeast Asia
Eastern Mediterranean
Africa
Western Pacific
Weekly Cases
1,000
10,000
100,000
250,000
500,000
750,000
Notes:
- Includes countries with a population greater than 10 million people and more than 100 cases in the last week
- Countries with a population over 10 million are labeled if they are among the top ten highest countries for cases, incidence, or weekly percent change in cases.

**Highest risk is in countries with both a positive percent change in weekly cases and high daily incidence**

*Data Source: WHO Coronavirus Disease (COVID-19) Dashboard*
*Note: For the purpose of this report the Island of Taiwan is presented separately from mainland China, both using data from the COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)*

## Global Vaccinations Summary

**Vaccination is reported in at least 218 countries.**

*Total Number of Vaccine Doses Administered per 100 People*[23]

***Data as of Mar 27, 2022*** ***Data Source: Our World in Data***

Note:
-Countries in white do not have data reported for fully vaccinated
-Vaccine data are incomplete and data may be out of date
-People vaccinated per 100 people represents total population (all ages)
-Fully vaccinated means a person has received all recommended doses in their primary series of COVID-19 vaccine

*People Vaccinated per 100 People by WHO Region*

Notes:
- Total vaccine doses administered: total doses given, does not represent number of people fully vaccinated
- Countries are labeled such that within each group, labeled countries are those that are the top 3 ranking countries for people fully vaccinated per 100 and the top 3 ranking countries for total vaccine doses administered
- Vaccine data are incomplete and data may be out of date

[23] Total number of vaccine doses administered are counted as single doses and may not equal the total number of people vaccinated, as some vaccines require multiple doses.

## COVID-19 Variants of Concern

These maps show which countries have reported notable variants of SARS-CoV-2, as defined by the World Health Organization (WHO). Country specific designations of notable variants may differ. Because of differences in detection and reporting, variants could be present in some countries that have not yet reported them. The lack of reporting does not indicate the absence of the variant in a country. Variant names are according to the dynamic nomenclature guidelines implemented in Pango. Names assigned by WHO are presented in parentheses. Data are from the World Health Organization (WHO) Variant Tracker.

### Omicron (B.1.1.529)

First reported: **South Africa**
Number of countries reporting: **199**
Change since previous week: **2**

On November 26, WHO designated SARS-CoV-2 variant lineage B.1.1.529 as a variant of concern named Omicron.

The countries on this map reflect reporting to WHO and may differ from media or other sources of data.

### Delta (B.1.617.2)

First reported: **India**
Number of countries reporting: **208**
Change since previous week: **0**

### Alpha (B.1.1.7)

First reported: **United Kingdom**
Number of countries reporting: **203**
Change since previous week: **0**

### Beta (B.1.351)

First reported: **South Africa**
Number of countries reporting: **154**
Change since previous week: **0**

### Gamma (P.1)

First reported: **Japan/Brazil**
Number of countries reporting: **113**
Change since previous week: **0**

*COVID-19 Response Update Thursday, Mar 31, 2022* *INTERNAL – NOT FOR FURTHER DISTRIBUTION*

## CDC Response by the Numbers and Deployment Summary

### COVID-19 Response by the Numbers

# COVID-19 RESPONSE BY THE NUMBERS
# As of March 28, 2022

| | |
|---|---|
| **10,265** CDC personnel supporting the outbreak response | **61.11+ million** Times people have used CDC's online Coronavirus Self-Checker |
| **1,920** CDC deployers who have conducted 4,512 deployments to 365 cities across the United States and abroad | **1.7+ million** Calls and emails to CDC-INFO |
| **433** COVID-19 studies published in CDC's Morbidity and Mortality Weekly Report (MMWR) | **3.9+ billion** Times people have looked for information on CDC websites |
| **10,476** Documents providing information and guidance for government agencies, businesses, and the public | **5.0+ billion** Social media impressions on 20,850 CDC response-related posts |
| **844+ million** COVID-19 tests conducted by public and private laboratories in the United States | **102,607+** Inquiries from doctors, nurses, or other clinical staff and health departments received by CDC |
| **255+ million** People who have received at least one dose of a COVID-19 vaccine | **217+ million** People who have been fully vaccinated with a COVID-19 vaccine |

cdc.gov/coronavirus

### Current CDC COVID-19 Domestic Deployments by State

| Current # States/Territories | Total Current Deployments | Total Completed Deployments | Cumulative Deployments | Pending Deployments |
|---|---|---|---|---|
| 12 | 28 | 4,444 | 4,472 | 48 |

Current CDC COVID-19 Deployments by State
Territory Current
DC 2
PR 1
CNMI 0
GU 0
USVI 0
Current Deployments
0 Deployments
1-10 Deployments
Thursday, March 31, 2022
Data as of*
Last Refresh
3/31/2022 8:00:14 AM

***Restricted Use/Recipients Only*** Page **63** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000676

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

## Health Department and High-Risk Settings Deployments

*As of Mar 28, 2022*

| Summary of Health Department Support Teams[24,25] | | |
|---|---|---|
| **Description** | **Teams** | **Staff** |
| **Currently Deployed[26]** | **6** | **13** |
| Field | 2 | 1 |
| Remote | 4 | 12 |
| **Returned[27]** | **667** | **3351** |
| Field | 596 | 2979 |
| Remote | 196 | 505 |
| **Cumulative[28]** | **673** | **3364** |
| Field | 598 | 2980 |
| Remote | 201 | 517 |

| Teams and Staff by Support Category | | |
|---|---|---|
| Status | Teams | Staff |
| Currently Deployed | 6 | 13 |
| State Support | 6 | 13 |

| Subset of Deployment Teams Addressing Transmission in High-Risk and Congregate Settings | Number of Teams[29] | | |
|---|---|---|---|
| | **Deployed** | **Returned** | **Total** |
| Corrections/prisons/detention centers | 0 | 21 | 21 |
| Cruise ships | 0 | 16 | 16 |
| Early childhood education | 2 | 2 | 4 |
| Entertainment venues (Inside and outside) | 0 | 1 | 1 |
| Faith-based institutions | 0 | 4 | 4 |
| Food processing | 0 | 29 | 29 |
| Food service | 0 | 3 | 3 |
| Healthcare settings (other than LTCF) | 0 | 23 | 23 |
| Institutes of higher education | 1 | 24 | 25 |
| K-12 schools | 2 | 58 | 60 |
| Long-term care facilities (LTCF) | 0 | 121 | 121 |
| Migrant holding facilities | 0 | 18 | 18 |
| None | 2 | 376 | 378 |
| Other | 0 | 16 | 16 |
| Recreational facilities and camps | 0 | 3 | 3 |
| Shelters, Homeless | 0 | 15 | 15 |
| Sports venue (Inside and outside) | 0 | 2 | 2 |
| Total[30] | 6 | 667 | 673 |

## CDC Website Updates – COVID-19 Response

*Mar 21, 2021 – Mar 25, 2022[31]*

*MMWR Early Release*

- Use of At-Home COVID-19 Tests — United States, August 23, 2021–March 12, 2022

*MMWR Publications*

- Effectiveness of mRNA Vaccination in Preventing COVID-19–Associated Invasive Mechanical Ventilation and Death — United States, March 2021–January 2022
- COVID-19–Associated Hospitalizations Among Adults During SARS-CoV-2 Delta and Omicron Variant Predominance, by Race/Ethnicity and Vaccination Status — COVID-NET, 14 States, July 2021–January 2022

[24] Field Staff and Remote Staff counts are current number of deployed staff of each type.
[25] These data represent deployed CDC field teams focusing on supporting health departments in state, tribal, local, and territorial jurisdictions. These health department deployments are a subset of the deployments represented in the graphic above. Each team aligns to a specific mission. The number of deployed staff per team may fluctuate throughout each mission. These data come from CDC Health Department Task Force records of teams deployed since Apr 03, 2020.
[26] Includes teams with both field and remote staff.
[27] Includes 125 teams with both field and remote staff.
[28] Includes 126 teams with both field and remote staff.
[29] Systematic collection of information began on Apr 03, 2020.
[30] Total may differ from the sum of high-risk settings due to some teams working in multiple high-risk settings.
[31] Updated each Monday. See additional resources at CDC COVID-19 What's New and CDC MMWR Novel Coronavirus Reports.

*Restricted Use/Recipients Only* Page **64** of **66**

*For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov*

AZT42AR0000677

*Data and Visualizations*

- COVID Data Tracker[32]
- COVID Data Tracker Weekly Review
- COVID-19 Science Update
- COVID-19 Forecasts: Cases
- COVID-19 Forecasts: Deaths
- COVID-19 Forecasts: Hospitalizations
- Health Equity Data
- COVID-19 Vaccinations in U.S.

## Appendix: Reporting Frequencies by Jurisdiction

| Jurisdiction | Reporting Frequency | | | CELR[33] Onboarding Status | Notes |
|---|---|---|---|---|---|
| | Aggregate Case/Death Data[34] | Hospital Data | Laboratory Testing Data | | |
| AK | Mon/Wed/Fri | Daily | Daily | Y | Updated historical aggregate case/death data on Apr 27, 2021. |
| AL | Sun – Fri | Daily | Daily | Y | Updated historical aggregate case/death data each Mon and Thurs. |
| AR | Daily | Daily | Daily | Y | |
| AZ | Wed | Daily | Daily | Y | Updated historical aggregate case data on May 19, 2021. |
| CA | Mon – Fri | Daily | Mon & Thurs; Thurs - antigen | Y | Updated historical aggregate case data on Oct 29, 2021. |
| CO | Mon – Fri | Daily | | Y | Updated historical aggregate case data on Sep 29, 2021. |
| CT | Mon – Fri | Daily | Daily | Y | |
| DE | Daily | Daily | About 4x/week | Y | Updated historical aggregate case data on Jun 02, 2021. |
| FL | Mon – Sat | Daily | Daily | Y | Updates historical aggregate case/death data Mon – Sat. |
| GA | Mon – Fri | Daily | Daily | Y | |
| HI | Wed | Daily | Daily | Y | Opted to exclude probable cases from total. |
| IA | Mon/Wed/Fri | Daily | Daily | Y | Switched to a new process using vital records data to count deaths on Dec 07, 2020. At this time, all deaths are assumed to be at least probable. |
| ID | Mon – Fri | Mon – Fri | Daily | Y | |
| IL | Mon – Fri | Daily | Daily | Y | |
| IN | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Thurs. |
| KS | Mon/Wed/Fri | Daily | Daily | Y | |
| KY | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Wed. |
| LA | Mon – Fri | Daily | Daily | Y | |
| MA | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case data on May 10, 2021. Updated historical aggregate death data on May 12, 2021. Deaths are reported by date of death, not date of report. |
| MD | Sun – Fri | Daily | 5x/week | Y | Updated historical aggregate death data on Jun 01, 2021. |
| ME | Mon – Sat | Daily | | Y | Updated historical aggregate death data on Mar 01, 2021. |
| MI | Mon – Fri | Daily | | Y | Updates historical aggregate case/death biweekly on Wed. |
| MN | Mon – Fri | Daily | Daily | Y | |
| MO | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case data on Apr 19, 2021. Updated historical aggregate death data on May 19, 2021. |
| MS | Mon – Fri | Daily | Daily | Y | Updated historical aggregate case/death data on Jul 08, 2021. |
| MT | Mon – Fri | Daily | 5x/week | Y | |
| NC | Mon – Fri | Daily | About 3-4x/week; weekdays | Y | Updates historical aggregate case/death data biweekly on Wed. |
| ND | Daily | Daily | | Y | Opted to exclude probable deaths from total. |
| NE | Mon - Fri | Daily | 5x/week | Y | As of Mar 02, 2022, deaths are reported on a weekly basis with a 4-week lag. Updated historical aggregate case/death data on Sep 08, 2021. |
| NH | Mon – Fri | Daily | Daily | Y | |
| NJ | Daily | Daily | Daily | Y | |
| NM | Mon – Fri | Daily | Daily | Y | Updates historical aggregate death data on biweekly on Tues. |
| NV | Mon – Fri | Daily | Daily | Y | |
| NYC | Sun – Thurs | Daily | Daily | N/A | Updated historical aggregate case/death data on Jun 07, 2021. |
| NY | Daily | Daily | Daily | Y | Does not include data from NYC for cases and deaths. |
| OH | Daily | Daily | Daily | Y | |
| OK | Mon/Wed/Fri | Daily | Daily | Y | Updated historical aggregate case/death data on May 26, 2021. |

[32] COVID Data Tracker is CDC's home for COVID-19 data. Data are updated daily, and new features are added every week.
[33] CELR = COVID-19 Electronic Laboratory Reporting. Data for each state is sourced from either data submitted directly by the state health department via COVID-19 electronic laboratory reporting (CELR), or a combination of commercial labs, public health labs, and in-house hospital labs. Data is taken from CELR for states that either submit line level data or submit aggregate counts which do not include serology tests. Last updated Oct 07, 2021.
[34] This schedule is updated every Tues. Updates collected from jurisdictions' department of health websites are available in this report the following day (e.g., data released Mon is published in this report on Tues). Jurisdictions may also report aggregate case and death data directly to CDC. As of Jun 22, 2021, CDC updates aggregate case data Mon – Sat.

COVID-19 Response Update Thursday, Mar 31, 2022 INTERNAL – NOT FOR FURTHER DISTRIBUTION

| Jurisdiction | Reporting Frequency | | | CELR[33] Onboarding Status | Notes |
|---|---|---|---|---|---|
| | Aggregate Case/Death Data[34] | Hospital Data | Laboratory Testing Data | | |
| OR | Mon – Fri | Daily | N/A | Y | |
| PA | Daily | Daily | Daily | Y | Updated historical aggregate case data on Aug 31, 2021. |
| RI | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Fri. |
| SC | Mon – Fri | Daily | Daily (one data feed); about 3x/week (other data feed) | Y | Updates historical aggregate case/death data biweekly on Tues. |
| SD | Mon – Fri | Daily | Daily | Y | |
| TN | Mon – Fri | Daily | Daily | Y | Updates historical aggregate case/death data biweekly on Tues. |
| TX | Daily | Daily | Daily | Y | Updated historical aggregate case/death data on Jul 14, 2021. |
| UT | Mon – Fri | Daily | Daily | Y | |
| VA | Mon – Fri | Daily | Daily | Y | |
| VT | Sun – Fri | Daily | 5x/week | Y | Updated historical aggregate case/death data on Jun 30, 2021. |
| WA | Mon - Fri | Daily | Daily | Y | Updated historical aggregate case data on Jun 01, 2021. |
| WI | Mon – Fri | Daily | Daily | Y | |
| WV | Mon – Fri | Daily | Daily | Y | |
| WY | Mon – Fri | Daily | Daily | Y | |
| AS | Mon – Fri | N/A | Daily | N/A | |
| CNMI | Sporadic | Daily | Daily | Y | Updated historical aggregate case/death data on Sep 07, 2021. |
| DC | Sporadic | Daily | Daily | Y | |
| FSM | Sporadic | N/A | Daily | N/A | |
| GU | Daily | Daily | N/A | Y | |
| PR | Mon – Sat | Daily | Thurs | Y | |
| PW | Sporadic | N/A | Daily | N/A | |
| RMI | Sporadic | N/A | N/A | Y | |
| USVI | Sporadic | Daily | Daily | Y | |
| NN | Mon – Fri | Daily | Daily | N/A | |

Restricted Use/Recipients Only

Page 66 of 66

For questions or comments, please contact CDC/CPR/DEO IMS SA Public Health Scientists at eocsaanalyst@cdc.gov

AZT42AR0000679

Morbidity and Mortality Weekly Report

# Effectiveness of a Third Dose of mRNA Vaccines Against COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance — VISION Network, 10 States, August 2021–January 2022

Mark G. Thompson, PhD[1]; Karthik Natarajan, PhD[2,3]; Stephanie A. Irving, MHS[4]; Elizabeth A. Rowley, DrPH[5]; Eric P. Griggs, MPH[1]; Manjusha Gaglani, MBBS[6,7]; Nicola P. Klein, MD[8]; Shaun J. Grannis, MD[9,10]; Malini B. DeSilva, MD[11]; Edward Stenehjem, MD[12]; Sarah E. Reese, PhD[5]; Monica Dickerson[1]; Allison L. Naleway, PhD[4]; Jungmi Han[2]; Deepika Konatham[6]; Charlene McEvoy, MD[11]; Suchitra Rao, MBBS[13]; Brian E. Dixon, PhD[9,14]; Kristin Dascomb, MD[12]; Ned Lewis, MPH[8]; Matthew E. Levy, PhD[5]; Palak Patel, MBBS[1]; I-Chia Liao, MPH[6]; Anupam B. Kharbanda, MD[15]; Michelle A. Barron, MD[13]; William F. Fadel, PhD[9,14]; Nancy Grisel, MPP[12]; Kristin Goddard, MPH[8]; Duck-Hye Yang, PhD[5]; Mehiret H. Wondimu, MPH[1]; Kempapura Murthy, MPH[6]; Nimish R. Valvi, DrPH[9]; Julie Arndorfer, MPH[12]; Bruce Fireman, MA[8]; Margaret M. Dunne, MSc[5]; Peter Embi, MD[9,16]; Eduardo Azziz-Baumgartner, MD[1]; Ousseny Zerbo, PhD[8]; Catherine H. Bozio, PhD[1]; Sue Reynolds, PhD[1]; Jill Ferdinands, PhD[1]; Jeremiah Williams, MPH[1]; Ruth Link-Gelles, PhD[1]; Stephanie J. Schrag, DPhil[1]; Jennifer R. Verani, MD[1]; Sarah Ball, ScD[4]; Toan C. Ong, PhD[13]

*On January 21, 2022, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Estimates of COVID-19 mRNA vaccine effectiveness (VE) have declined in recent months (*1*,*2*) because of waning vaccine induced immunity over time,* possible increased immune evasion by SARS-CoV-2 variants (*3*), or a combination of these and other factors. CDC recommends that all persons aged ≥12 years receive a third dose (booster) of an mRNA vaccine ≥5 months after receipt of the second mRNA vaccine dose and that immunocompromised individuals receive a third primary dose.† A third dose of BNT162b2 (Pfizer-BioNTech) COVID-19 vaccine increases neutralizing antibody levels (*4*), and three recent studies from Israel have shown improved effectiveness of a third dose in preventing COVID-19 associated with infections with the SARS-CoV-2 B.1.617.2 (Delta) variant (*5*–*7*). Yet, data are limited on the real-world effectiveness of third doses of COVID-19 mRNA vaccine in the United States, especially since the SARS-CoV-2 B.1.1.529 (Omicron) variant became predominant in mid-December 2021. The VISION Network§ examined VE by analyzing 222,772 encounters from 383 emergency departments (EDs) and urgent care (UC) clinics and 87,904 hospitalizations from 259 hospitals among adults aged ≥18 years across 10 states from August 26, 2021¶ to January 5, 2022. Analyses were stratified by the period before and after the Omicron variant became the predominant strain (>50% of sequenced viruses) at each study site. During the period of Delta predominance across study sites in the United States (August–mid-December 2021), VE against laboratory-confirmed COVID-19–associated ED and UC encounters was 86% 14–179 days after dose 2, 76% ≥180 days after dose 2, and 94% ≥14 days after dose 3. Estimates of VE for the same intervals after vaccination during Omicron variant predominance were 52%, 38%, and 82%, respectively. During the period of Delta variant predominance, VE against laboratory-confirmed COVID-19–associated hospitalizations was 90% 14–179 days after dose 2, 81% ≥180 days after dose 2, and 94% ≥14 days after dose 3. During Omicron variant predominance, VE estimates for the same intervals after vaccination were 81%, 57%, and 90%, respectively. The highest estimates of VE against COVID-19–associated ED and UC encounters or hospitalizations during both Delta- and Omicron-predominant periods were among adults who received a third dose of mRNA vaccine. All unvaccinated persons should get vaccinated as soon as possible. All adults who have received mRNA vaccines during their primary COVID-19 vaccination series should receive a third dose when eligible, and eligible persons should stay up to date with COVID-19 vaccinations.

VISION Network methods have been previously published (*1*,*8*,*9*). In brief, eligible medical encounters were defined as those among adults aged ≥18 years with a COVID-19–like illness diagnosis** who had received molecular testing (primarily reverse transcription–polymerase chain reaction assay) for

* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3961378

† CDC initially recommended a third dose of mRNA vaccine for all adults 6 months after receipt of the second mRNA COVID-19 vaccine dose. On January 4, 2022, CDC amended the interval to 5 months after receipt of the second dose for recipients of the BNT162b2 (Pfizer-BioNTech) vaccine. On January 7, 2022, CDC amended the interval to 5 months for recipients of the mRNA-1273 (Moderna) vaccine. CDC recommends the Pfizer-BioNTech booster at 5 months, and an additional primary dose for certain immunocompromised persons aged ≥5 years (https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/immuno.html). CDC recommends the Moderna booster at 5 months. https://www.cdc.gov/media/releases/2022/s0107-moderna-booster.html

§ Funded by CDC, the VISION Network includes Baylor Scott & White Health (Texas), Columbia University Irving Medical Center (New York), HealthPartners (Minnesota and Wisconsin), Intermountain Healthcare (Utah), Kaiser Permanente Northern California (California), Kaiser Permanente Northwest (Oregon and Washington), Regenstrief Institute (Indiana), and University of Colorado (Colorado).

¶ The study period at Baylor Scott & White Health began on September 11, 2021.

** COVID-19–like illness diagnoses included acute respiratory illness (e.g., COVID-19, respiratory failure, or pneumonia) or related signs or symptoms (cough, fever, dyspnea, vomiting, or diarrhea) using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and *International Classification of Diseases, Tenth Revision.*

AZT42AR0000680

SARS-CoV-2 (the virus that causes COVID-19) within 14 days before or 72 hours after the admission or encounter. The study period began on August 26, 2021, 14 days after the first U.S. recommendation for a third mRNA COVID-19 primary vaccine dose in immunocompromised persons.[††] The date when the Omicron variant became predominant was determined for each study site based on state and national surveillance data. Recipients of Ad26.COV2 (Janssen [Johnson & Johnson]), 1 or >3 doses of an mRNA vaccine, and those for whom 1–13 days had elapsed since receipt of any dose were excluded. Immunocompromised patients were identified by previously published diagnosis codes[§§] (*9*).

VE was estimated using a test-negative design, comparing the odds of a positive SARS-CoV-2 test result between vaccinated and unvaccinated patients using multivariable logistic regression models, as previously described[¶¶] (*1,8,9*). Vaccination status was categorized based on the number of vaccine doses received and number of days from vaccination to the index medical encounter date.[***] Potential effect modification by vaccine product, age group (aged 18–64 years versus ≥65 years), and immunocompromised status (for whom a third dose is the last dose in their primary series) was assessed by adding interaction terms for vaccination by these covariates to the regression model. Effect modification was only examined for medical encounters during the Delta period of predominance, given relatively sparse data during the Omicron period. A statistically significant difference was indicated by a p-value <0.01 for an interaction term, 95% CI that did not overlap, or standardized mean or proportion differences ≥0.2 indicating nonnegligible difference in distributions of vaccination or infection status (*9*). This study was reviewed and approved by the institutional review boards at participating sites or under a reliance agreement with the Westat, Inc. institutional review board.[†††]

[††] https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-additional-vaccine-dose-certain-immunocompromised

[§§] Immunocompromising conditions were derived from lists used in previous studies of large hospital-based or administrative databases and included the following conditions: 1) solid malignancies, 2) hematologic malignancies, 3) rheumatologic or inflammatory disorders, 4) other intrinsic immune conditions or immunodeficiencies, and 5) organ or stem cell transplants.

[¶¶] With a test-negative design, vaccine performance is assessed by comparing the odds of antecedent vaccination among case-patients with acute laboratory-confirmed COVID-19 and control-patients without acute COVID-19. This odds ratio was adjusted for age, geographic region, calendar time (days from August 26, 2021), and local virus circulation in the community and weighted for inverse propensity to be vaccinated or unvaccinated (calculated separately for each vaccine exposure group).

[***] Index test date was defined as the date of respiratory specimen collection associated with the most recent positive or negative SARS-CoV-2 test result before the hospitalization or the hospitalization date if testing only occurred after admission.

[†††] 45 C.F.R. part 46; 21 C.F.R. part 56.

Among 222,772 eligible ED or UC encounters, 204,745 (92%) and 18,027 (8%) occurred during the Delta- and Omicron-predominant periods, respectively (Table 1). A higher percentage of Hispanic, non-Hispanic Black, persons of unknown race/ethnicity, and adults aged <65 years were unvaccinated or had not received a third COVID-19 vaccine dose; adults aged <65 years were more likely to have received a positive SARS-CoV-2 test result. Among persons with COVID-19–like illness seeking care at ED or UC facilities who had received the second dose <180 days earlier and ≥180 days earlier, the median interval since receipt of the second dose was 137 days and 223 days, respectively. Among those who had received the third dose ≥14 days earlier, the median interval since receipt of that dose was 44 days. During the Delta-predominant period, VE against laboratory-confirmed COVID-19–associated ED and UC encounters was significantly lower among patients who had received the second vaccine dose ≥180 days earlier (76%) than it was among those who had received the dose 14–179 days earlier (86%); VE among those who had received the third mRNA COVID-19 vaccine dose was 94% (Table 2). VE after receipt of the third dose was lower among the 4% of patients with immunocompromised status (74%; 95% CI = 65%–80%) versus those without (95%; 95% CI = 94%–95%) (p<0.001) (CDC, unpublished data, 2022). During the period of Omicron predominance, the pattern was similar, although all VE estimates were significantly lower. VE against COVID-19–associated ED and UC encounters 14–179 days after receipt of dose 2 was 52%, and at ≥180 days after dose 2 was 38%. VE after receipt of 3 vaccine doses among all adults was 82%.

Among 87,904 eligible hospitalizations, 86,327 (98%) and 1,577 (2%) occurred during the Delta- and Omicron-predominant periods, respectively (Table 3). Hospitalized adults aged <65 years or who were Hispanic, non-Hispanic Black, unknown race/ethnicity, or who did not have chronic nonrespiratory medical conditions were more likely to be unvaccinated or, if vaccinated, less likely to have received a third vaccine dose. In addition, adults aged <65 years and those without chronic nonrespiratory conditions were more likely to have received a positive SARS-CoV-2 test result. Among persons hospitalized with COVID-19–like illness who had received the second mRNA COVID-19 vaccine dose <180 days earlier and ≥180 days earlier, the median interval since receipt of the second dose was 144 days and 222 days, respectively. Among those who had received the third dose ≥14 days earlier, the median interval since receipt of that dose was 41 days. During Delta predominance, VE against laboratory-confirmed COVID-19–associated hospitalization was 90% among persons who had received the second dose 14–179 days earlier, 81% among those who had received it ≥180 days earlier, and

AZT42AR0000681

94% among persons who had received a third dose ≥14 days earlier (Table 2). VE after receipt of the third dose was lower among the 21% of patients with immunocompromised status (83%; 95% CI = 78%–87%) versus among those without (96%; 95% CI = 95%–97%) (p = 0.001) (CDC, unpublished data, 2022). During Omicron predominance, VE against COVID-19–associated hospitalization was 81% among 2-dose recipients who had received the second dose 14–179 days earlier, 57% among those who had received it ≥180 days earlier, and 90% at ≥14 days after receipt of a third dose. VE estimates for patients who received dose 2 ≥180 days earlier significantly declined during Omicron predominance compared with estimates during Delta predominance.

## Discussion

In a multistate analysis of 222,772 ED and UC encounters and 87,904 hospitalizations among adults with COVID-19–like illness during August 26, 2021–January 5, 2022, estimates of VE against laboratory-confirmed COVID-19 declined during the Omicron-predominant period compared with VE during the Delta-predominant period. During both periods, VE was significantly lower among patients who received their second mRNA COVID-19 vaccine dose ≥180 days before the medical

**TABLE 1. Characteristics of emergency department and urgent care encounters among adults with COVID-19–like illness,* by mRNA COVID-19 vaccination status† and SARS-CoV-2 test result — 10 states, August 2021–January 2022§**

| | | mRNA COVID-19 vaccination status, no. (row %) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Characteristic** | **Total no. (column %)** | **Unvaccinated** | **2 doses (<180 days earlier)** | **2 doses (≥180 days earlier)** | **3 doses¶** | **SMD**** | **Positive SARS-CoV-2 test result, no. (row %)** | **SMD**** |
| **All ED/UC events** | **222,772 (100)** | **105,083 (47)** | **41,375 (19)** | **57,915 (26)** | **18,399 (8)** | **—** | **53,719 (24)** | **—** |
| **Variant predominance period** | | | | | | | | |
| B.1.617.2 (Delta) | **204,745 (92)** | 98,087 (48) | 39,629 (19) | 52,506 (26) | 14,523 (7) | 0.10 | 47,173 (23) | 0.18 |
| B.1.1.529 (Omicron) | **18,027 (8)** | 6,996 (39) | 1,746 (10) | 5,409 (30) | 3,876 (22) | | 6,546 (36) | |
| **Sites** | | | | | | | | |
| Baylor Scott & White Health | **34,143 (15)** | 19,787 (58) | 4,476 (13) | 8,179 (24) | 1,701 (5) | 0.57 | 7,854 (23) | 0.27 |
| Columbia University | **4,608 (2)** | 2,500 (54) | 921 (20) | 1,031 (22) | 156 (3) | | 803 (17) | |
| HealthPartners | **5,347 (2)** | 1,536 (29) | 1,832 (34) | 1,689 (32) | 290 (5) | | 873 (16) | |
| Intermountain Healthcare | **62,740 (28)** | 28,837 (46) | 12,210 (19) | 16,615 (26) | 5,078 (8) | | 15,593 (25) | |
| Kaiser Permanente Northern California | **42,919 (19)** | 11,027 (26) | 9,418 (22) | 15,341 (36) | 7,133 (17) | | 8,564 (20) | |
| Kaiser Permanente Northwest | **15,813 (7)** | 6,028 (38) | 4,168 (26) | 4,075 (26) | 1,542 (10) | | 2,958 (19) | |
| Regenstrief Institute | **35,233 (16)** | 23,110 (66) | 4,986 (14) | 5,895 (17) | 1,242 (4) | | 12,174 (35) | |
| University of Colorado | **21,969 (10)** | 12,258 (56) | 3,364 (15) | 5,090 (23) | 1,257 (6) | | 4,900 (22) | |
| **Age group, yrs** | | | | | | | | |
| 18–49 | **117,000 (53)** | 68,469 (59) | 23,268 (20) | 21,492 (18) | 3,771 (3) | 0.56 | 29,494 (25) | 0.20 |
| 50–64 | **45,056 (20)** | 19,966 (44) | 9,671 (21) | 12,118 (27) | 3,301 (7) | | 12,435 (28) | |
| 65–74 | **28,858 (13)** | 9,187 (32) | 4,625 (16) | 10,140 (35) | 4,906 (17) | | 6,492 (22) | |
| 75–84 | **21,175 (10)** | 5,103 (24) | 2,699 (13) | 9,033 (43) | 4,340 (20) | | 3,723 (18) | |
| ≥85 | **10,683 (5)** | 2,358 (22) | 1,112 (10) | 5,132 (48) | 2,081 (19) | | 1,575 (15) | |
| **Sex** | | | | | | | | |
| Male†† | **90,372 (41)** | 44,951 (50) | 15,490 (17) | 22,252 (25) | 7,679 (8) | 0.09 | 24,497 (27) | −0.13 |
| Female | **132,400 (59)** | 60,132 (45) | 25,885 (20) | 35,663 (27) | 10,720 (8) | | 29,222 (22) | |
| **Race/Ethnicity** | | | | | | | | |
| White, non-Hispanic | **140,967 (63)** | 63,794 (45) | 25,190 (18) | 38,952 (28) | 13,031 (9) | 0.25 | 33,054 (23) | 0.10 |
| Black, non-Hispanic | **21,020 (9)** | 12,294 (58) | 3,864 (18) | 3,853 (18) | 1,009 (5) | | 5,241 (25) | |
| Hispanic | **34,791 (16)** | 17,426 (50) | 7,147 (21) | 8,130 (23) | 2,088 (6) | | 8,765 (25) | |
| Other, non-Hispanic§§ | **13,469 (6)** | 4,266 (32) | 3,041 (23) | 4425 (33) | 1,737 (13) | | 2,790 (21) | |
| Unknown | **12,525 (6)** | 7,303 (58) | 2,133 (17) | 2,555 (20) | 534 (4) | | 3,869 (31) | |
| **Chronic respiratory condition¶¶** | | | | | | | | |
| Yes†† | **42,449 (19)** | 19,111 (45) | 7,333 (17) | 11,875 (28) | 4,130 (10) | −0.04 | 8,110 (19) | 0.14 |
| No | **180,323 (81)** | 85,972 (48) | 34,042 (19) | 46,040 (26) | 14,269 (8) | | 45,609 (25) | |
| **Chronic nonrespiratory condition***** | | | | | | | | |
| Yes†† | **59,223 (27)** | 25,123 (42) | 10,380 (18) | 17,654 (30) | 6,066 (10) | −0.12 | 12,232 (21) | 0.12 |
| No | **163,549 (73)** | 79,960 (49) | 30,995 (19) | 40,261 (25) | 12,333 (8) | | 41,487 (25) | |
| **Vaccine product** | | | | | | | | |
| Moderna | **44,287 (38)** | — | 14,227 (32) | 24,489 (55) | 5,571 (13) | — | 4,464 (10) | 0.14 |
| Pfizer-BioNTech | **72,307 (61)** | — | 27,045 (37) | 33,344 (46) | 11,918 (16) | | 9,244 (13) | |
| Combination of mRNA products | **1,095 (1)** | — | 103 (9) | 82 (7) | 910 (83) | | 71 (6) | |

See table footnotes on the next page.

AZT42AR0000682

**TABLE 1. (*Continued*) Characteristics of emergency department and urgent care encounters among adults with COVID-19–like illness,* by mRNA COVID-19 vaccination status† and SARS-CoV-2 test result — 10 states, August 2021–January 2022§**

**Abbreviations:** ED = emergency department; SMD = standardized mean or proportion difference; UC = urgent care.

* Medical events with a discharge code consistent with COVID-19–like illness were included. COVID-19–like illness diagnoses included acute respiratory illness (e.g., COVID-19, respiratory failure, or pneumonia) or related signs or symptoms (cough, fever, dyspnea, vomiting, or diarrhea) using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and *International Classification of Diseases, Tenth Revision*. Clinician-ordered molecular assays (e.g., real-time reverse transcription–polymerase chain reaction) for SARS-CoV-2 occurring ≤14 days before to <72 hours after the encounter date were included. Recipients of Janssen, 1 or >3 doses of an mRNA vaccine, and those for whom 1–13 days had elapsed since receipt of any dose were excluded.

† Vaccination was defined as having received the listed number of doses of an mRNA-based COVID-19 vaccine ≥14 days before the medical event index date, which was the date of respiratory specimen collection associated with the most recent positive or negative SARS-CoV-2 test result before the medical event or the admission date if testing only occurred after the admission.

§ Partners contributing data on medical events and estimated dates of Omicron predominance were in California (December 21), Colorado (December 19), Indiana (December 26), Minnesota and Wisconsin (December 25), New York (December 18), Oregon (December 24), Texas (December 16), Utah (December 24), and Washington (December 24). The study period began in September 2021 for partners located in Texas.

¶ The "3 doses" category includes persons who have received a third dose in their primary series or have received an additional dose following their 2-dose primary series; this includes the reduced-dosage Moderna booster.

** An absolute standardized mean or proportion difference ≥0.20 indicates a nonnegligible difference in variable distributions between medical events for vaccinated versus unvaccinated patients; single SMD calculated by averaging pairwise comparisons of each vaccinated category versus unvaccinated and separately for patients with SARS-CoV-2–positive versus SARS-CoV-2–negative test results. For example, the age SMD calculation comparing unvaccinated versus different vaccinated categories was generated by averaging the pairwise SMD calculations for unvaccinated and 2 doses (<180 days earlier), unvaccinated and 2 doses (≥180 days earlier), and unvaccinated and 3 doses.

†† Indicates the reference group used for standardized mean or proportion difference calculations for dichotomous variables.

§§ Other race includes Asian, Hawaiian or Other Pacific islander, American Indian or Alaska Native, Other not listed, and multiple races.

¶¶ Chronic respiratory condition was defined as the presence of discharge code for asthma, chronic obstructive pulmonary disease, or other lung disease using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and the *International Classification of Diseases, Tenth Revision*.

*** Chronic nonrespiratory condition was defined as the presence of discharge code for heart failure, ischemic heart disease, hypertension, other heart disease, stroke, other cerebrovascular disease, diabetes type I or II, other diabetes, metabolic disease, clinical obesity, clinically underweight, renal disease, liver disease, blood disorder, immunosuppression, organ transplant, cancer, dementia, neurologic disorder, musculoskeletal disorder, or Down syndrome using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and the *International Classification of Diseases, Tenth Revision*.

encounters compared with those vaccinated more recently. VE increased following a third dose and was highly effective during both the Delta- and Omicron-predominant periods at preventing COVID-19–associated ED and UC encounters (94% and 82%, respectively) and preventing COVID-19–associated hospitalizations (94% and 90%, respectively).

Estimates of VE for 2 doses of an mRNA vaccine were higher against COVID-19–associated hospitalizations than against COVID-19–associated ED or UC encounters, especially during the Omicron period, which is consistent with possible vaccine attenuation of severity of COVID-19 disease but was not observed in this network previously (*1*,*8*). This study also found that immunocompromised adults had lower third dose VE against COVID-19–associated ED and UC encounters and hospitalization, which is consistent with trends observed for VE following a second dose (*9*) and is consistent with recommendations for a booster dose for this group 5 months after the additional primary dose.§§§

The findings in this report are subject to at least seven limitations. First, VE estimates from this study do not include COVID-19-associated outpatient visits or non-medically attended COVID-19. Second, the median interval from receipt of dose 3 to medical encounters was 41–44 days; thus, the observed performance of dose 3 is limited to a relatively short period after vaccination. Third, the reasons for the decline in VE during the Omicron period are unclear; however, the drop in VE during a short period suggests increased immune evasion by the variant. Fourth, limited data during the Omicron period reduced the precision of the VE estimates and precluded tests for effect modification. Fifth, despite adjustments to balance the differences between unvaccinated and vaccinated adults, unmeasured and residual confounding (e.g., wearing a mask and close contact with persons with COVID-19) in this observational study might have biased the estimates. Sixth, genetic characterization of patients' viruses was not available, and analyses therefore relied on dates when the Omicron variant became predominant based on surveillance data. The Omicron period of predominance in this study likely includes medical encounters associated with the Delta variant. If VE is reduced against medical care associated with Omicron variant, this study likely overestimated VE. Finally, although the facilities in this study serve heterogeneous populations in 10 states, the findings might not be generalizable to the U.S. population.

These findings underscore the importance of receiving a third dose of mRNA COVID-19 vaccine to prevent both moderately severe and severe COVID-19, especially while the Omicron variant is the predominant circulating variant and when the effectiveness of 2 doses of mRNA vaccines is significantly reduced against this variant. All unvaccinated persons should get vaccinated as soon as possible. All adults who have received mRNA vaccines during their primary COVID-19 vaccination series should receive a third dose when eligible, and eligible persons should stay up to date with COVID-19 vaccinations.

§§§ CDC recommends that all immunocompromised persons receive a booster dose of either Pfizer-BioNTech or Moderna COVID-19 vaccines 5 months after completing their 3-dose primary series. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/immuno.html

AZT42AR0000683

**TABLE 2. mRNA COVID-19 vaccine effectiveness* against laboratory-confirmed COVID-19–associated† emergency department and urgent care encounters and hospitalizations among adults aged ≥18 years, by number and timing of vaccine doses§ and vaccine product received — VISION Network, 10 states, August 2021–January 2022¶**

| Encounter/Predominant variant period/Vaccination status | Total | SARS-CoV-2 positive test result, no. (%) | VE, %* (95% CI) |
|---|---|---|---|
| **ED or UC encounters** | | | |
| **Delta predominant** | | | |
| Unvaccinated (Ref) | **98,087** | 36,542 (37.2) | — |
| **Any mRNA vaccine** | | | |
| 2 doses (14–179 days earlier) | **39,629** | 3,269 (8.2) | 86 (85–87) |
| 2 doses (≥180 days earlier) | **52,506** | 6,893 (13.1) | 76 (75–77) |
| 3 doses | **14,523** | 469 (3.2) | 94 (93–94) |
| **Omicron predominant** | | | |
| Unvaccinated (Ref) | **6,996** | 3,398 (48.6) | — |
| **Any mRNA vaccine** | | | |
| 2 doses (14–179 days earlier) | **1,746** | 591 (33.9) | 52 (46–58) |
| 2 doses (≥180 days earlier) | **5,409** | 2,037 (37.7) | 38 (32–43) |
| 3 doses | **3,876** | 520 (13.4) | 82 (79–84) |
| **Hospitalizations** | | | |
| **Delta predominant** | | | |
| Unvaccinated (Ref) | **37,400** | 14,272 (38.2) | — |
| **Any mRNA vaccine** | | | |
| 2 doses (14–179 days earlier) | **14,645** | 895 (6.1) | 90 (89–90) |
| 2 doses (≥180 days earlier) | **26,190** | 2,563 (9.8) | 81 (80–82) |
| 3 doses | **8,092** | 209 (2.6) | 94 (93–95) |
| **Omicron predominant** | | | |
| Unvaccinated (Ref) | **460** | 174 (37.8) | — |
| **Any mRNA vaccine** | | | |
| 2 doses (14–179 days earlier) | **115** | 14 (12.2) | 81 (65–90) |
| 2 doses (≥180 days earlier) | **488** | 86 (17.6) | 57 (39–70) |
| 3 doses | **514** | 24 (4.7) | 90 (80–94) |

**Abbreviations:** ED = emergency department; Ref = reference group; UC = urgent care; VE = vaccine effectiveness.

* VE was calculated as ([1−odds ratio] x 100%), estimated using a test-negative design, adjusted for age, geographic region, calendar time (days since August 26, 2021), and local virus circulation (percentage of SARS-CoV-2–positive results from testing within the counties surrounding the facility on the date of the encounter) and weighted for inverse propensity to be vaccinated or unvaccinated (calculated separately for each VE estimate). Generalized boosted regression trees were used to estimate the propensity to be vaccinated based on sociodemographic characteristics, underlying medical conditions, and facility characteristics.

† Medical events with a discharge code consistent with COVID-19–like illness were included. COVID-19–like illness diagnoses included acute respiratory illness (e.g., COVID-19, respiratory failure, or pneumonia) or related signs or symptoms (cough, fever, dyspnea, vomiting, or diarrhea) using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and *International Classification of Diseases, Tenth Revision*. Clinician-ordered molecular assays (e.g., real-time reverse transcription–polymerase chain reaction) for SARS-CoV-2 occurring ≤14 days before to <72 hours after admission were included. Recipients of Janssen, 1 or >3 doses of an mRNA vaccine, and those for whom 1–13 days had elapsed since receipt of any dose were excluded.

§ Vaccination status was documented in electronic health records and immunization registries and was defined as having received the listed number of doses of an mRNA-based COVID-19 vaccine ≥14 days before the medical event index date. Index date was defined as the date of respiratory specimen collection associated with the most recent positive or negative SARS-CoV-2 test result before the medical event or the admission date if testing only occurred after the admission. Three-dose recipients include persons who received a third dose in their primary series or received an additional (booster) dose after their 2-dose primary series; this includes the reduced-dosage Moderna booster.

¶ Partners contributing data on medical events and estimated dates of Omicron predominance were in California (December 21), Colorado (December 19), Indiana (December 26), Minnesota and Wisconsin (December 25), New York (December 18), Oregon (December 24), Texas (December 16), Utah (December 24), and Washington (December 24). The study period began in September 2021 for partners located in Texas.

Corresponding author: Mark G. Thompson, isq8@cdc.gov.

[1]CDC COVID-19 Response Team; [2]Department of Biomedical Informatics, Columbia University Irving Medical Center, New York, New York; [3] New York Presbyterian Hospital, New York, New York; [4]Center for Health Research, Kaiser Permanente Northwest, Portland, Oregon; [5]Westat, Rockville, Maryland; [6]Baylor Scott & White Health, Temple, Texas; [7]Texas A&M University College of Medicine, Temple, Texas; [8]Kaiser Permanente Vaccine Study Center, Kaiser Permanente Northern California, Oakland, California; [9]Center for Biomedical Informatics, Regenstrief Institute, Indianapolis, Indiana; [10]Indiana University School of Medicine, Indianapolis, Indiana; [11]HealthPartners Institute, Minneapolis, Minnesota; [12]Division of Infectious Diseases and Clinical Epidemiology, Intermountain Healthcare, Salt Lake City, Utah; [13]Department of Medicine, University of Colorado, Anschutz Medical Campus, Aurora, Colorado; [14]Fairbanks School of Public Health, Indiana University, Indianapolis, Indiana; [15]Children's Minnesota, Minneapolis, Minnesota; [16]Vanderbilt University, Nashville, Tennessee.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Stephanie A. Irving reports institutional support from Westat. Nicola P. Klein reports institutional support from Pfizer, Merck, GlaxoSmithKline, Sanofi Pasteur, and Protein Scient (unrelated to the current work), and institutional support from Pfizer for COVID-19 vaccine clinical trials. Allison L. Naleway reports institutional support from Pfizer for a study of meningococcal B vaccine safety during pregnancy (unrelated to the current work). Charlene McEvoy reports institutional support from AztraZeneca for an AZD1222 COVID-19 vaccine trial. Suchitra Rao reports grant support from GlaxoSmithKline, Biofire Diagnostics. No other potential conflicts of interest were disclosed.

AZT42AR0000684

**TABLE 3. Characteristics of hospitalizations with COVID-19–like illness,* by mRNA COVID-19 vaccination status† and SARS-CoV-2 test result — 10 states, August 2021–January 2022§**

| Characteristic | Total, no. (column %) | mRNA COVID-19 vaccination status, no. (row %): Unvaccinated | 2 doses (<180 days earlier) | 2 doses (≥180 days earlier) | 3 doses¶ | SMD** | Positive SARS-CoV-2 test result, no. (row %) | SMD** |
|---|---|---|---|---|---|---|---|---|
| **All hospitalizations** | **87,904 (100)** | **37,860 (43)** | **14,760 (17)** | **26,678 (30)** | **8,606 (10)** | **—** | **18,237 (21)** | **—** |
| **Variant predominance period** | | | | | | | | |
| B.1.617.2 (Delta) | **86,327 (98)** | 37,400 (43) | 14,645 (17) | 26,190 (30) | 8,092 (9) | 0.08 | 17,939 (21) | −0.02 |
| B.1.1.529 (Omicron) | **1,577 (2)** | 460 (29) | 115 (7) | 488 (31) | 514 (33) | | 298 (19) | |
| **Sites** | | | | | | | | |
| Baylor Scott & White Health | **15,226 (17)** | 7,730 (51) | 2,180 (14) | 4,372 (29) | 944 (6) | 0.56 | 2,462 (16) | 0.51 |
| Columbia University | **3,254 (4)** | 1,372 (42) | 696 (21) | 975 (30) | 211 (6) | | 331 (10) | |
| HealthPartners | **1,159 (1)** | 265 (23) | 374 (32) | 450 (39) | 70 (6) | | 133 (11) | |
| Intermountain Healthcare | **8435 (10)** | 4283 (51) | 1158 (14) | 2201 (26) | 793 (9) | | 3117 (37) | |
| Kaiser Permanente Northern California | **22,181 (25)** | 4,891 (22) | 4,691 (21) | 8,591 (39) | 4,008 (18) | | 2,716 (12) | |
| Kaiser Permanente Northwest | **3,879 (4)** | 1,628 (42) | 927 (24) | 961 (25) | 363 (9) | | 740 (19) | |
| Regenstrief Institute | **23,370 (27)** | 12,641 (54) | 3,134 (13) | 6,274 (27) | 1,321 (6) | | 6,686 (29) | |
| University of Colorado | **10,400 (12)** | 5,050 (49) | 1,600 (15) | 2,854 (27) | 896 (9) | | 2,052 (20) | |
| **Age group, yrs** | | | | | | | | |
| 18–49 | **21,128 (24)** | 13,609 (64) | 3,980 (19) | 2,780 (13) | 759 (4) | 0.63 | 5,523 (26) | 0.31 |
| 50–64 | **20,193 (23)** | 10,204 (51) | 4,407 (22) | 4,407 (22) | 1,175 (6) | | 5,132 (25) | |
| 65–74 | **19,798 (23)** | 6,952 (35) | 3,283 (17) | 7,052 (36) | 2,511 (13) | | 3,684 (19) | |
| 75–84 | **17,052 (19)** | 4,647 (27) | 2,122 (12) | 7,609 (45) | 2,674 (16) | | 2,626 (15) | |
| ≥85 | **9,733 (11)** | 2,448 (25) | 968 (10) | 4,830 (50) | 1,487 (15) | | 1,272 (13) | |
| **Sex** | | | | | | | | |
| Male†† | **39,602 (45)** | 17,468 (44) | 6,131 (15) | 11,969 (30) | 4,034 (10) | 0.04 | 9,252 (23) | −0.14 |
| Female | **48,302 (55)** | 20,392 (42) | 8,629 (18) | 14,709 (30) | 4,572 (9) | | 8,985 (19) | |
| **Race/Ethnicity** | | | | | | | | |
| White, non-Hispanic | **56,669 (64)** | 23,297 (41) | 8,855 (16) | 18,333 (32) | 6,184 (11) | 0.25 | 11,743 (21) | 0.17 |
| Black, non-Hispanic | **9,628 (11)** | 5,026 (52) | 1835 (19) | 2,240 (23) | 527 (5) | | 1,707 (18) | |
| Hispanic | **11,304 (13)** | 5,337 (47) | 2,171 (19) | 2,955 (26) | 841 (7) | | 2,585 (23) | |
| Other, non-Hispanic§§ | **5,488 (6)** | 1,524 (28) | 1,232 (22) | 1,940 (35) | 792 (14) | | 808 (15) | |
| Unknown | **4,815 (5)** | 2,676 (56) | 667 (14) | 1,210 (25) | 262 (5) | | 1,394 (29) | |

See table footnotes on the next page.

**Summary**

What is already known about this topic?

COVID-19 mRNA vaccine effectiveness (VE) in preventing COVID-19 might decline because of waning of vaccine-induced immunity or variant immune evasion.

What is added by this report?

VE was significantly higher among patients who received their second mRNA COVID-19 vaccine dose <180 days before medical encounters compared with those vaccinated ≥180 days earlier. During both Delta- and Omicron-predominant periods, receipt of a third vaccine dose was highly effective at preventing COVID-19–associated emergency department and urgent care encounters (94% and 82%, respectively) and preventing COVID-19–associated hospitalizations (94% and 90%, respectively).

What are the implications for public health practice?

All unvaccinated persons should start vaccination as soon as possible. All adults who have received mRNA vaccines during their primary COVID-19 vaccination series should receive a third dose when eligible, and eligible persons should stay up to date with COVID-19 vaccinations.

## References

1. Grannis SJ, Rowley EA, Ong TC, et al.; VISION Network. VISION Network. Interim estimates of COVID-19 vaccine effectiveness against COVID-19–associated emergency department or urgent care clinic encounters and hospitalizations among adults during SARS-CoV-2 B.1.617.2 (Delta) variant predominance—nine states, June–August 2021. MMWR Morb Mortal Wkly Rep 2021;70:1291–3. PMID:34529642 https://doi.org/10.15585/mmwr.mm7037e2
2. Fowlkes A, Gaglani M, Groover K, Thiese MS, Tyner H, Ellingson K; HEROES-RECOVER Cohorts. Effectiveness of COVID-19 vaccines in preventing SARS-CoV-2 infection among frontline workers before and during B.1.617.2 (Delta) variant predominance—eight U.S. locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep 2021;70:1167–9. PMID:34437521 https://doi.org/10.15585/mmwr.mm7034e4
3. Wall EC, Wu M, Harvey R, et al. Neutralising antibody activity against SARS-CoV-2 VOCs B.1.617.2 and B.1.351 by BNT162b2 vaccination. Lancet 2021;397:2331–3. PMID:34090624 https://doi.org/10.1016/S0140-6736(21)01290-3
4. Falsey AR, Frenck RW Jr, Walsh EE, et al. SARS-CoV-2 neutralization with BNT162b2 vaccine dose 3. N Engl J Med 2021;385:1627–9. PMID:34525276 https://doi.org/10.1056/NEJMc2113468

AZT42AR0000685

**TABLE 3. (Continued) Characteristics of hospitalizations with COVID-19–like illness,* by mRNA COVID-19 vaccination status† and SARS-CoV-2 test result — 10 states, August 2021–January 2022§**

| Characteristic | Total, no. (column %) | mRNA COVID-19 vaccination status, no. (row %) Unvaccinated | 2 doses (<180 days earlier) | 2 doses (≥180 days earlier) | 3 doses¶ | SMD** | Positive SARS-CoV-2 test result, no. (row %) | SMD** |
|---|---|---|---|---|---|---|---|---|
| **Chronic respiratory condition¶¶** | | | | | | | | |
| Yes†† | **57,225 (65)** | 24,037 (42) | 9,549 (17) | 17,693 (31) | 5,946 (10) | −0.06 | 11,648 (20) | 0.03 |
| No | **30,679 (35)** | 13,823 (45) | 5,211 (17) | 8,985 (29) | 2,660 (9) | | 6,589 (21) | |
| **Chronic nonrespiratory condition*** ** | | | | | | | | |
| Yes†† | **74,943 (85)** | 29,810 (40) | 12,787 (17) | 24,270 (32) | 8,076 (11) | −0.32 | 13,924 (19) | 0.30 |
| No | **12,961 (15)** | 8,050 (62) | 1,973 (15) | 2,408 (19) | 530 (4) | | 4,313 (33) | |
| **Vaccine product** | | | | | | | | |
| Moderna | **20,236 (40)** | — | 5,690 (28) | 11,903 (59) | 2,643 (13) | — | 1,294 (6) | 0.15 |
| Pfizer-BioNTech | **29,418 (59)** | — | 9,023 (31) | 14,740 (50) | 5,655 (19) | | 2,480 (8) | |
| Combination of mRNA products | **390 (1)** | — | 47 (12) | 35 (9) | 308 (79) | | 17 (4) | |

**Abbreviations:** ED = emergency department; SMD = standardized mean or proportion difference; UC = urgent care.

* Medical events with a discharge code consistent with COVID-19–like illness were included. COVID-19–like illness diagnoses included acute respiratory illness (e.g., COVID-19, respiratory failure, or pneumonia) or related signs or symptoms (cough, fever, dyspnea, vomiting, or diarrhea) using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and *International Classification of Diseases, Tenth Revision.* Clinician-ordered molecular assays (e.g., real-time reverse transcription–polymerase chain reaction) for SARS-CoV-2 occurring ≤14 days before to <72 hours after admission were included. Recipients of Janssen, 1 or >3 dose of an mRNA vaccine, and those for whom 1–13 days had elapsed since receipt of any dose were excluded.

† Vaccination was defined as having received the listed number of doses of an mRNA-based COVID-19 vaccine ≥14 days before the medical event index date, which was the date of respiratory specimen collection associated with the most recent positive or negative SARS-CoV-2 test result before the medical event or the admission date if testing only occurred after the admission.

§ Partners contributing data on medical events and estimated dates of Omicron predominance were in California (December 21), Colorado (December 19), Indiana (December 26), Minnesota and Wisconsin (December 25), New York (December 18), Oregon (December 24), Texas (December 16), Utah (December 24), and Washington (December 24). The study period began in September 2021 for partners located in Texas.

¶ The "3 doses" category includes persons who have received a third dose in their primary series or received an additional dose following their 2-dose primary series; this includes the reduced-dosage Moderna booster.

** An absolute standardized mean or proportion difference ≥0.20 indicates a nonnegligible difference in variable distributions between medical events for vaccinated versus unvaccinated patients. First, a single SMD was calculated by averaging pairwise comparisons of each vaccinated category versus unvaccinated, and then, a second SMD was calculated separately for SARS-CoV-2–positive versus SARS-CoV-2–negative patients. For example, the age SMD calculation comparing unvaccinated versus different vaccinated categories was generated by averaging the pairwise SMD calculations for unvaccinated and 2 doses (<180 days earlier), unvaccinated and 2 doses (≥180 days earlier), and unvaccinated and 3 doses.

†† Indicates the reference group used for standardized mean or proportion difference calculations for dichotomous variables.

§§ Other race includes Asian, Hawaiian or Other Pacific Islander, American Indian or Alaska Native, Other not listed, and multiple races.

¶¶ Chronic respiratory condition was defined as the presence of discharge code for asthma, chronic obstructive pulmonary disease, or other lung disease using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and the *International Classification of Diseases, Tenth Revision.*

*** Chronic nonrespiratory condition was defined as the presence of discharge code for heart failure, ischemic heart disease, hypertension, other heart disease, stroke, other cerebrovascular disease, diabetes type I or II, other diabetes, metabolic disease, clinical obesity, clinically underweight, renal disease, liver disease, blood disorder, immunosuppression, organ transplant, cancer, dementia, neurologic disorder, musculoskeletal disorder, or Down syndrome using diagnosis codes from the *International Classification of Diseases, Ninth Revision* and the *International Classification of Diseases, Tenth Revision.*

5. Patalon T, Gazit S, Pitzer VE, Prunas O, Warren JL, Weinberger DM. Odds of testing positive for SARS-CoV-2 following receipt of 3 vs 2 doses of the BNT162b2 mRNA vaccine. JAMA Intern Med 2021;30:e217382. PMID:34846533 https://doi.org/10.1001/jamainternmed.2021.7382
6. Bar-On YM, Goldberg Y, Mandel M, et al. Protection of BNT162b2 vaccine booster against Covid-19 in Israel. N Engl J Med 2021;385:1393–400. PMID:34525275 https://doi.org/10.1056/NEJMoa2114255
7. Barda N, Dagan N, Cohen C, et al. Effectiveness of a third dose of the BNT162b2 mRNA COVID-19 vaccine for preventing severe outcomes in Israel: an observational study. Lancet 2021;398:2093–100. PMID:34756184 https://doi.org/10.1016/S0140-6736(21)02249-2
8. Thompson MG, Stenehjem E, Grannis S, et al. Effectiveness of COVID-19 vaccines in ambulatory and inpatient care settings. N Engl J Med 2021;385:1355–71. PMID:34496194 https://doi.org/10.1056/NEJMoa2110362
9. Embi PJ, Levy ME, Naleway AL, et al. Effectiveness of 2-dose vaccination with mRNA COVID-19 vaccines against COVID-19–associated hospitalizations among immunocompromised adults—nine states, January–September 2021. MMWR Morb Mortal Wkly Rep 2021;70:1553–9. PMID:34735426 https://doi.org/10.15585/mmwr.mm7044e3

AZT42AR0000686

# COVID-19 Vaccination Coverage Among Adolescents Aged 12–17 Years — United States, December 14, 2020–July 31, 2021

Bhavini Patel Murthy, MD[1,2]; Elizabeth Zell, MStat[1,2,3]; Ryan Saelee, MPH[1,2]; Neil Murthy, MD[1,2]; Lu Meng, PhD[2]; Seth Meador, MPH[1,2]; Kirsten Reed, MPH[2]; Lauren Shaw, MS[1,2]; Lynn Gibbs-Scharf, MPH[1,2]; A.D. McNaghten, PhD[2]; Anita Patel, PharmD[2]; Shannon Stokley, DrPH[1,2]; Stephen Flores, PhD[2]; Jonathan S. Yoder, MPH[2]; Carla L. Black, PhD[1,2]; LaTreace Q. Harris, MPH[1,2]

*On August 27, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Although severe COVID-19 illness and hospitalization are more common among adults, these outcomes can occur in adolescents (*1*). Nearly one third of adolescents aged 12–17 years hospitalized with COVID-19 during March 2020–April 2021 required intensive care, and 5% of those hospitalized required endotracheal intubation and mechanical ventilation (*2*). On December 11, 2020, the Food and Drug Administration (FDA) issued Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID-19 vaccine for adolescents aged 16–17 years; on May 10, 2021, the EUA was expanded to include adolescents aged 12–15 years; and on August 23, 2021, FDA granted approval of the vaccine for persons aged ≥16 years. To assess progress in adolescent COVID-19 vaccination in the United States, CDC assessed coverage with ≥1 dose* and completion of the 2-dose vaccination series[†] among adolescents aged 12–17 years using vaccine administration data for 49 U.S. states (all except Idaho) and the District of Columbia (DC) during December 14, 2020–July 31, 2021. As of July 31, 2021, COVID-19 vaccination coverage among U.S. adolescents aged 12–17 years was 42.4% for ≥1 dose and 31.9% for series completion. Vaccination coverage with ≥1 dose varied by state (range = 20.2% [Mississippi] to 70.1% [Vermont]) and for series completion (range = 10.7% [Mississippi] to 60.3% [Vermont]). By age group, 36.0%, 40.9%, and 50.6% of adolescents aged 12–13, 14–15, and 16–17 years, respectively, received ≥1 dose; 25.4%, 30.5%, and 40.3%, respectively, completed the vaccine series. Improving vaccination coverage and implementing COVID-19 prevention strategies are crucial to reduce COVID-19–associated morbidity and mortality among adolescents and to facilitate safer reopening of schools for in-person learning.

Data on COVID-19 vaccine administration in the United States are reported to CDC by jurisdictions, pharmacies, and federal entities through immunization information systems (IISs),[§] the Vaccine Administration Management System (VAMS),[¶] or direct data submission.** Adolescents aged 12–17 years with valid residence in one of 49 states or DC who received ≥1 dose of a COVID-19 vaccine during December 14, 2020–July 31, 2021, and whose data were reported to CDC by August 11, 2021, were included in this analysis.[††] COVID-19 vaccine doses administered to persons residing in Idaho were excluded because the state has data-sharing restrictions on information reported to CDC.

Receipt of ≥1 COVID-19 vaccine dose and series completion among adolescents aged 12–17 years was calculated overall and stratified by age (12–13, 14–15, and 16–17 years), sex, and jurisdiction (49 states and DC). As of August 17, 2021, only the Pfizer-BioNTech vaccine had been authorized for use among adolescents aged 12–17 years in the United States. Moderna and Janssen (Johnson & Johnson) COVID-19 vaccines were not authorized under emergency use for this age group during the analysis period; however, for reasons that are

* Receipt of ≥1 COVID-19 vaccine dose is defined as having received either ≥1 of the 2 Pfizer-BioNTech or Moderna vaccine doses, or a single dose of the Janssen (Johnson & Johnson) vaccine. As of August 17, 2021, only the Pfizer-BioNTech vaccine had been authorized for use among adolescents aged 12–17 years. Moderna and Janssen COVID-19 vaccines were not authorized under emergency use for this age group during December 14, 2020–July 31, 2021. However, doses of these vaccines administered to persons aged 12–17 years were included in this analysis. During February 27, 2021–July 31, 2021, a total of 21,919 adolescents aged 12–17 years were reported to have received 1 dose of the Janssen COVID-19 vaccine. During December 14, 2021–July 31, 2021, a total of 27,226 adolescents aged 12–17 years were reported to have received only the first dose of the Moderna COVID-19 vaccine; 66,032 adolescents aged 12–17 years were reported to have received both doses of the Moderna COVID-19 vaccine; 2,190 were reported to have received Pfizer-BioNTech for the first dose but Moderna for the second dose; and 5,726 were reported to receive Moderna for the first dose but Pfizer-BioNTech for the second dose.

† Series completion was defined as receipt of either both doses of the Pfizer-BioNTech or Moderna vaccines, including those that might have received mismatched products between the first and second dose (i.e., Pfizer-BioNTech for the first dose and Moderna for the second dose or vice versa) or a single dose of the Janssen vaccine.

§ IISs are confidential, computerized, population-based systems that collect and consolidate vaccination data from providers in 64 public health jurisdictions and can be used to track administered vaccines and measure vaccination coverage. The 64 IIS jurisdictions comprise the 50 U.S. states, eight U.S. territories and freely associated states (Puerto Rico, U.S. Virgin Islands, American Samoa, Commonwealth of the Northern Mariana Islands, Guam, Marshall Islands, Palau, and the Federated States of Micronesia), and six local jurisdictions (Chicago, IL; Houston, TX; San Antonio, TX; Philadelphia, PA; New York City, NY; and Washington, DC).

¶ https://www.cdc.gov/vaccines/covid-19/reporting/vams/program-information.html

** https://www.cdc.gov/vaccines/covid-19/reporting/overview/IT-systems.html

†† Providers are required to document vaccination in their medical records within 24 hours of administration and submit these data to their jurisdiction's IIS within 72 hours of administration.

not known, many adolescents were reported to have received these vaccines, and doses administered to adolescents were included in this analysis. Vaccination coverage by race and ethnicity was not calculated because of high rates of missing data. Population size by age group and sex was obtained from the U.S. Census Bureau's 2019 Population Estimates Program (*3*). Second dose completion was calculated among adolescents who received ≥1 dose of a 2-dose COVID-19 vaccination series and for whom sufficient time to receive a second dose during the analysis period had elapsed.[§§] Among adolescents who received the first dose of a 2-dose COVID-19 vaccination series, the proportions of adolescents who had already received the second dose, of those who had not received the second dose but were still within the recommended time interval to receive the second dose, and of those who had not received and were overdue for the second dose were calculated. Tests for statistical significance were not conducted because these data are reflective of the U.S. population (excluding Idaho) and were not based on population samples. All analyses were conducted using SAS software (version 9.4; SAS Institute). This activity was reviewed by CDC and was conducted consistent with applicable federal law and CDC policy.[¶¶]

As of July 31, 2021, 42.4% of adolescents aged 12–17 years had received ≥1 dose of a COVID-19 vaccine (Table 1), and 31.9% had completed the vaccination series (Table 2). Adolescent COVID-19 vaccination coverage with ≥1 dose varied by state (range = 20.2% [Mississippi] to 70.1% [Vermont]), as it did for series completion (range = 10.7% [Mississippi] to 60.3% [Vermont]), with higher vaccination coverage in the Northeast and on the West Coast and lower vaccination coverage in the South (Figure). Coverage was higher among adolescents aged 16–17 years (50.6% for ≥1 dose; 40.3% for series completion) than among those aged 12–13 years (36.0% for ≥1 dose; 25.4% for series completion) and 14–15 years (40.9% for ≥1 dose; 30.5% for series completion). Vaccination coverage was similar among males and females across all age groups.

Overall, 86.8% of adolescents aged 12–17 years who received the first dose of a 2-dose COVID-19 vaccination series[***] received the second dose within the recommended interval. A total of 2.4% had not received the second dose but were within the allowable interval, and 10.8% were overdue for the second dose (i.e., >42 days since receipt of the first dose) (Supplementary Table, https://stacks.cdc.gov/view/cdc/109000).

### Discussion

Among all U.S. adolescents aged 12–17 years who received the first dose of a 2-dose COVID-19 vaccine series, the vast majority received the second dose, indicating high adherence to completing the COVID-19 vaccine series. However, as of July 31, 2021, only 42.4% of adolescents had received ≥1 dose of a COVID-19 vaccine, and fewer than one third (31.9%) had completed the vaccination series. Further, vaccination coverage varied widely by state, with those in the Northeast and on the West Coast reporting the highest COVID-19 vaccination coverage among adolescents. Vaccination coverage also varied widely by age group, with reported coverage higher among those aged 16–17 years compared with those aged 12–15 years. This is likely because the older age group has been vaccine-eligible for a longer period (i.e., since December 2020).

After the start of the COVID-19 pandemic, many schools shifted to virtual or hybrid learning. Because in-person learning fosters social and emotional development,[†††] safely returning to schools for in-person learning remains a goal. However, given the rapid emergence and spread of the highly transmissible B.1.617.2 (Delta) variant of SARS-CoV-2, the virus that causes COVID-19, and the increase in cases and hospitalizations among children and adolescents (*1*), ensuring high adolescent vaccination coverage is crucial to a safer return to the classroom. Unvaccinated or undervaccinated adolescents can become ill with COVID-19 and spread the SARS-CoV-2 virus in schools, and by extension, in local communities, placing other populations at risk. School systems can consider implementing layered prevention strategies consistent with CDC's guidance for COVID-19 prevention in schools, including universal indoor masking regardless of vaccination status, improving ventilation, screening testing, physical distancing where feasible, and contact tracing in combination with quarantine and isolation. As the 2021–22 school year begins, concerted public health efforts are needed to increase

[§§] Although the recommended interval between doses is 21 days for the Pfizer-BioNTech vaccine, adolescents whose second doses were administered as early as 17 days after the first dose or >21 days after the first dose were considered to have completed the vaccination series. As of August 17, 2021, the Moderna COVID-19 vaccine had not been authorized for use among adolescents. However, the interval between the 2 Moderna COVID-19 vaccine doses was assessed in the analysis. Although the recommended interval between doses is 28 days for the Moderna vaccine, second doses received as early as 24 days after the first dose or >28 days after the first dose were considered to complete the vaccine series.

[¶¶] 45 C.F.R. part 46.102(l)(2); 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.

[***] Among persons who received their first dose on or before July 6, 2021, for Pfizer-BioNTech (i.e., >25 days between the first dose and July 31, 2021) or June 29, 2021, for Moderna (i.e., >32 days between the first dose and July 31, 2021). Percentages might not sum to 100% because persons who were not yet due for the second dose were excluded from this analysis.

[†††] https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html#anchor_1625661937509

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 188 of 566 PageID #: 2596

**TABLE 1. Receipt of ≥1 COVID-19 vaccine dose by adolescents aged 12–17 years,* by age group and sex† — United States,§ December 14, 2020–July 31, 2021**

| Jurisdiction | Age group and sex, no. (%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12–17 yrs | | | 12–13 yrs | | | 14–15 yrs | | | 16–17 yrs | | |
| | Total | Female | Male | Total | Female | Male | Total | Female | Male | Total | Female | Male |
| **United States** | **10,677,934 (42.4)** | **5,425,265 (44.1)** | **5,216,450 (40.5)** | **3,094,245 (36.0)** | **1,543,152 (36.8)** | **1,541,710 (35.0)** | **3,454,771 (40.9)** | **1,750,329 (42.2)** | **1,693,216 (39.5)** | **4,128,918 (50.6)** | **2,131,784 (53.9)** | **1,981,524 (47.1)** |
| Alabama | **77,773 (20.6)** | 40,050 (22.4) | 37,692 (19.0) | **127,065 (17.5)** | 11,189 (18.7) | 11,094 (16.5) | **25,257 (19.6)** | 12,996 (20.3) | 12,256 (18.9) | **30,221 (24.8)** | 15,865 (28.7) | 14,342 (21.6) |
| Alaska | **23,706 (46.4)** | 11,621 (50.6) | 11,788 (41.9) | **14,859 (46.0)** | 3,279 (38.2) | 3,480 (55.5) | **7,627 (37.0)** | 3,755 (42.5) | 3,789 (32.1) | **9,241 (59.2)** | 4,587 (82.9) | 4,519 (44.8) |
| Arizona | **224,638 (38.9)** | 114,136 (40.9) | 109,744 (36.8) | **201,971 (32.3)** | 32,501 (32.7) | 32,543 (31.7) | **72,338 (37.3)** | 36,750 (38.9) | 35,297 (35.5) | **87,023 (48.1)** | 44,885 (52.7) | 41,904 (43.7) |
| Arkansas | **73,861 (30.3)** | 37,256 (31.6) | 35,813 (28.6) | **80,882 (25.0)** | 9,905 (24.7) | 10,097 (24.8) | **24,873 (31.2)** | 12,407 (30.4) | 12,209 (31.5) | **28,754 (34.7)** | 14,944 (40.3) | 13,507 (29.5) |
| California | **1,642,427 (53.2)** | 836,970 (55.5) | 801,906 (50.8) | **1,054,889 (44.3)** | 233,673 (45.3) | 232,862 (43.2) | **541,389 (52.3)** | 275,356 (54.7) | 264,914 (49.9) | **633,560 (63.6)** | 327,941 (67.2) | 304,130 (59.8) |
| Colorado | **222,780 (50.3)** | 113,015 (53.3) | 109,520 (47.6) | **147,908 (45.0)** | 33,118 (48.3) | 33,343 (42.0) | **73,879 (48.7)** | 37,316 (51.5) | 36,481 (46.1) | **82,383 (57.6)** | 42,581 (59.8) | 39,696 (55.3) |
| Connecticut | **166,941 (62.3)** | 84,333 (64.6) | 82,242 (59.9) | **87,364 (55.1)** | 23,935 (55.1) | 24,047 (54.7) | **53,242 (58.7)** | 27,015 (62.4) | 26,116 (55.1) | **65,592 (72.9)** | 33,383 (76.0) | 32,079 (69.7) |
| Delaware | **32,169 (45.2)** | 16,559 (49.0) | 15,560 (41.6) | **21,190 (44.0)** | 4,614 (50.5) | 4,698 (39.0) | **10,526 (37.8)** | 5,428 (34.9) | 5,080 (41.2) | **12,319 (55.7)** | 6,517 (71.3) | 5,782 (44.6) |
| District of Columbia | **17,256 (52.3)** | 8,872 (53.3) | 8,325 (50.9) | **11,514 (49.8)** | 2,965 (56.6) | 2,741 (43.7) | **5,356 (46.0)** | 2,700 (38.3) | 2,637 (57.5) | **6,168 (62.6)** | 3,207 (73.4) | 2,947 (53.7) |
| Florida | **558,957 (37.6)** | 286,050 (39.4) | 272,548 (35.9) | **514,351 (31.0)** | 80,517 (32.9) | 78,894 (29.3) | **183,765 (37.2)** | 93,750 (37.6) | 89,911 (36.8) | **215,683 (45.3)** | 111,783 (48.4) | 103,743 (42.3) |
| Georgia | **271,600 (30.7)** | 138,608 (32.6) | 132,222 (28.8) | **307,972 (25.5)** | 39,194 (26.1) | 39,086 (24.8) | **87,107 (29.1)** | 44,308 (30.9) | 42,597 (27.3) | **105,965 (38.3)** | 55,106 (41.8) | 50,539 (34.9) |
| Hawaii | **60,457 (63.7)** | 30,251 (67.7) | 30,035 (59.8) | **33,044 (52.3)** | 8,501 (54.1) | 8,725 (50.4) | **19,774 (64.0)** | 9,869 (74.0) | 9,857 (56.0) | **23,409 (75.7)** | 11,881 (76.0) | 11,453 (74.8) |
| Illinois | **527,953 (53.2)** | 268,107 (54.1) | 257,707 (52.0) | **331,413 (45.4)** | 75,084 (44.8) | 74,889 (45.7) | **175,184 (52.1)** | 88,684 (52.1) | 85,790 (51.7) | **202,272 (62.4)** | 104,339 (65.9) | 97,028 (58.5) |
| Indiana | **164,717 (29.8)** | 84,039 (31.5) | 79,638 (28.0) | **194,055 (24.6)** | 23,834 (25.1) | 23,786 (24.0) | **52,778 (29.8)** | 26,775 (31.6) | 25,704 (27.9) | **64,144 (35.4)** | 33,430 (38.2) | 30,148 (32.2) |
| Iowa | **88,317 (36.7)** | 45,436 (38.6) | 42,643 (34.8) | **83,053 (31.8)** | 13,341 (32.8) | 13,058 (30.8) | **28,451 (36.9)** | 14,440 (36.2) | 13,970 (37.5) | **33,421 (41.6)** | 17,655 (47.3) | 15,615 (36.4) |
| Kansas | **88,601 (36.4)** | 45,509 (38.0) | 42,995 (34.9) | **84,150 (31.6)** | 13,211 (30.7) | 13,352 (32.5) | **27,907 (34.8)** | 14,328 (40.8) | 13,557 (30.1) | **34,100 (43.3)** | 17,970 (43.1) | 16,086 (43.3) |
| Kentucky | **115,204 (32.7)** | 59,363 (34.5) | 55,723 (31.0) | **122,071 (27.8)** | 17,009 (27.7) | 16,927 (27.9) | **37,571 (33.0)** | 19,163 (35.5) | 18,375 (30.6) | **43,680 (37.6)** | 23,191 (40.7) | 20,421 (34.4) |
| Louisiana | **81,272 (21.9)** | 41,478 (23.4) | 39,560 (20.3) | **131,531 (17.7)** | 11,736 (19.3) | 11,536 (16.3) | **26,369 (21.6)** | 13,273 (22.2) | 13,019 (20.9) | **31,616 (26.7)** | 16,469 (29.1) | 15,005 (24.4) |
| Maine | **48,729 (55.1)** | 24,474 (59.0) | 23,874 (50.9) | **27,699 (53.3)** | 7,247 (64.3) | 7,370 (44.9) | **16,031 (52.4)** | 8,004 (54.5) | 7,858 (49.4) | **17,937 (59.6)** | 9,223 (59.6) | 8,646 (59.2) |
| Maryland | **263,433 (56.3)** | 132,880 (57.8) | 130,206 (54.7) | **163,386 (49.1)** | 39,948 (51.2) | 40,174 (47.1) | **84,806 (53.6)** | 42,484 (52.7) | 42,206 (54.4) | **98,420 (67.4)** | 50,448 (70.9) | 47,826 (63.8) |
| Massachusetts | **319,741 (65.7)** | 161,726 (68.5) | 157,494 (62.9) | **158,110 (59.9)** | 47,185 (62.7) | 47,336 (57.1) | **105,067 (65.2)** | 53,176 (64.4) | 51,711 (65.7) | **120,042 (71.7)** | 61,365 (78.3) | 58,447 (65.7) |
| Michigan | **273,071 (36.0)** | 139,194 (38.1) | 133,776 (34.1) | **254,314 (30.6)** | 39,045 (31.8) | 38,746 (29.5) | **86,078 (34.7)** | 43,910 (36.8) | 42,132 (32.7) | **109,164 (42.7)** | 56,239 (45.5) | 52,898 (40.0) |
| Minnesota | **198,287 (44.3)** | 101,571 (45.8) | 95,698 (42.4) | **149,301 (40.8)** | 30,696 (39.3) | 30,025 (42.1) | **60,068 (38.7)** | 30,610 (40.9) | 29,257 (36.4) | **77,289 (54.1)** | 40,265 (58.4) | 36,416 (49.3) |
| Mississippi | **49,940 (20.2)** | 25,444 (21.0) | 24,454 (19.3) | **86,695 (16.7)** | 7,162 (17.7) | 7,272 (15.7) | **16,559 (21.4)** | 8,298 (20.3) | 8,245 (22.7) | **18,931 (22.6)** | 9,984 (25.0) | 8,937 (20.4) |
| Missouri | **152,486 (32.4)** | 77,515 (33.0) | 74,807 (31.7) | **158,781 (28.9)** | 22,844 (29.3) | 23,025 (28.5) | **49,384 (31.0)** | 25,006 (31.7) | 24,325 (30.2) | **57,185 (37.5)** | 29,665 (38.0) | 27,457 (37.0) |
| Montana | **23,962 (30.3)** | 12,105 (31.5) | 11,683 (28.8) | **25,348 (28.9)** | 3,579 (28.1) | 3,669 (29.1) | **7,428 (28.9)** | 3,730 (28.5) | 3,638 (28.9) | **9,209 (32.9)** | 4,796 (38.0) | 4,376 (28.5) |
| Nebraska | **62,131 (39.2)** | 31,723 (39.8) | 30,292 (38.5) | **56,881 (33.1)** | 9,447 (31.5) | 9,343 (34.7) | **19,599 (37.1)** | 9,928 (40.0) | 9,649 (34.5) | **23,719 (48.7)** | 12,348 (49.6) | 11,300 (47.5) |
| Nevada | **89,835 (37.2)** | 46,021 (37.7) | 43,775 (36.6) | **85,434 (29.8)** | 12,717 (30.8) | 12,723 (28.8) | **29,148 (36.3)** | 14,933 (34.9) | 14,202 (37.8) | **35,241 (46.5)** | 18,371 (48.4) | 16,850 (44.6) |
| New Hampshire | **48,188 (49.5)** | 24,264 (49.9) | 23,250 (47.7) | **34,943 (38.1)** | 6,575 (38.3) | 6,609 (37.2) | **15,129 (51.1)** | 7,567 (47.1) | 7,332 (54.2) | **19,747 (60.1)** | 10,122 (65.7) | 9,309 (53.3) |
| New Jersey | **357,267 (52.5)** | 180,504 (54.7) | 175,521 (50.0) | **232,003 (43.8)** | 50,304 (42.3) | 51,137 (45.2) | **113,832 (50.9)** | 57,509 (54.3) | 55,960 (47.5) | **141,702 (62.9)** | 72,691 (69.2) | 68,424 (56.9) |
| New Mexico | **92,891 (55.1)** | 46,824 (55.5) | 44,864 (53.1) | **57,115 (49.5)** | 13,992 (49.8) | 13,800 (47.6) | **29,505 (50.9)** | 14,745 (49.8) | 14,367 (50.7) | **35,137 (65.5)** | 18,087 (68.0) | 16,697 (61.6) |
| New York | **651,562 (46.6)** | 328,743 (48.5) | 319,985 (44.5) | **471,237 (39.3)** | 91,375 (39.4) | 93,069 (38.9) | **205,664 (44.3)** | 103,529 (46.5) | 101,489 (42.0) | **260,904 (56.6)** | 133,839 (60.1) | 125,427 (52.6) |
| North Carolina | **288,722 (35.4)** | 147,723 (35.7) | 139,514 (34.8) | **280,592 (29.4)** | 41,310 (28.5) | 40,939 (30.1) | **95,543 (35.3)** | 48,666 (35.0) | 46,473 (35.3) | **110,577 (42.0)** | 57,747 (44.3) | 52,102 (39.1) |

See table footnotes on the next page.

AZT42AR0000689

**TABLE 1. (*Continued*) Receipt of ≥1 COVID-19 vaccine dose by adolescents aged 12–17 years,* by age group and sex† — United States,§ December 14, 2020–July 31, 2021**

| | Age group and sex, no. (%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12–17 yrs | | | 12–13 yrs | | | 14–15 yrs | | | 16–17 yrs | | |
| Jurisdiction | Total | Female | Male | Total | Female | Male | Total | Female | Male | Total | Female | Male |
| North Dakota | **13,910 (26.3)** | 7,084 (25.4) | 6,613 (26.5) | **18,993 (20.2)** | 1,888 (20.4) | 1,894 (19.5) | **4,533 (27.4)** | 2,290 (24.1) | 2,175 (30.8) | **5,535 (32.0)** | 2,906 (31.8) | 2,544 (31.3) |
| Ohio | **284,374 (31.9)** | 145,410 (33.8) | 138,167 (29.9) | **300,214 (27.1)** | 40,975 (28.2) | 40,302 (26.0) | **89,895 (29.9)** | 45,960 (31.6) | 43,719 (28.2) | **113,035 (38.8)** | 58,475 (42.1) | 54,146 (35.5) |
| Oklahoma | **92,409 (29.1)** | 47,313 (31.4) | 44,973 (27.1) | **113,915 (23.4)** | 13,242 (25.7) | 13,346 (21.4) | **29,283 (29.1)** | 15,020 (30.0) | 14,228 (28.2) | **36,505 (35.5)** | 19,051 (38.7) | 17,399 (32.5) |
| Oregon | **147,476 (49.3)** | 74,896 (49.7) | 72,231 (48.8) | **100,819 (43.5)** | 21,971 (44.0) | 21,828 (42.9) | **48,739 (48.1)** | 24,714 (47.6) | 23,927 (48.3) | **54,859 (56.8)** | 28,211 (57.6) | 26,476 (55.5) |
| Pennsylvania | **437,303 (47.7)** | 219,211 (48.7) | 209,686 (44.8) | **308,332 (41.3)** | 62,448 (41.8) | 62,623 (39.4) | **140,842 (45.2)** | 70,283 (46.6) | 67,547 (42.1) | **168,972 (56.7)** | 86,480 (57.7) | 79,516 (53.7) |
| Rhode Island | **42,660 (55.4)** | 21,683 (60.8) | 20,919 (50.6) | **25,863 (48.2)** | 6,167 (45.7) | 6,290 (50.9) | **13,645 (51.2)** | 7,024 (61.9) | 6,595 (43.1) | **16,544 (67.4)** | 8,492 (78.4) | 8,034 (58.6) |
| South Carolina | **100,830 (25.8)** | 51,820 (26.7) | 48,946 (24.9) | **135,830 (19.9)** | 13,591 (20.5) | 13,384 (19.2) | **33,001 (24.6)** | 17,005 (25.3) | 15,977 (23.9) | **40,842 (33.7)** | 21,224 (34.9) | 19,585 (32.5) |
| South Dakota | **24,848 (34.4)** | 12,468 (34.6) | 11,989 (33.1) | **24,483 (30.1)** | 3,612 (32.6) | 3,661 (27.3) | **8,051 (30.9)** | 4,073 (29.1) | 3,850 (31.9) | **9,439 (43.5)** | 4,783 (43.5) | 4,478 (41.8) |
| Tennessee | **126,159 (24.3)** | 65,267 (26.1) | 60,591 (22.6) | **185,246 (19.6)** | 18,164 (20.1) | 18,156 (19.2) | **40,295 (24.0)** | 20,848 (24.2) | 19,407 (23.8) | **49,495 (29.9)** | 26,255 (35.8) | 23,028 (24.9) |
| Texas | **1,028,789 (40.6)** | 521,461 (42.2) | 506,643 (39.0) | **854,580 (34.6)** | 147,957 (35.6) | 147,505 (33.6) | **330,444 (38.5)** | 167,302 (39.9) | 162,971 (37.1) | **402,745 (49.1)** | 206,202 (51.6) | 196,167 (46.6) |
| Utah | **129,559 (41.9)** | 65,495 (43.8) | 63,818 (40.0) | **106,783 (34.6)** | 18,393 (34.5) | 18,549 (34.7) | **39,977 (38.8)** | 20,029 (41.4) | 19,925 (36.5) | **52,615 (53.1)** | 27,073 (56.6) | 25,344 (49.3) |
| Vermont | **28,904 (70.1)** | 14,332 (74.4) | 14,474 (65.9) | **11,732 (75.0)** | 4,306 (83.5) | 4,464 (67.9) | **9,454 (70.3)** | 4,790 (91.7) | 4,627 (56.3) | **10,649 (66.3)** | 5,236 (58.9) | 5,383 (75.1) |
| Virginia | **342,958 (53.7)** | 173,904 (56.1) | 168,793 (51.3) | **222,929 (45.3)** | 50,509 (46.5) | 50,461 (44.1) | **113,259 (53.0)** | 57,040 (54.8) | 56,153 (51.2) | **128,655 (63.6)** | 66,355 (68.2) | 62,179 (59.2) |
| Washington | **296,782 (53.1)** | 149,501 (53.6) | 145,592 (52.0) | **192,800 (48.7)** | 46,631 (49.0) | 46,691 (47.8) | **95,740 (50.0)** | 47,895 (48.3) | 47,255 (51.2) | **107,187 (61.3)** | 54,975 (64.9) | 51,646 (57.3) |
| West Virginia | **38,159 (30.2)** | 19,127 (31.5) | 18,459 (28.2) | **44,298 (23.8)** | 5,126 (24.7) | 5,263 (22.3) | **12,061 (30.2)** | 6,090 (32.4) | 5,782 (27.3) | **15,564 (37.1)** | 7,911 (37.2) | 7,414 (35.8) |
| Wisconsin | **174,211 (39.9)** | 88,947 (41.5) | 84,996 (38.2) | **142,836 (35.8)** | 25,720 (38.3) | 25,427 (33.6) | **55,260 (36.8)** | 28,010 (37.0) | 27,178 (36.4) | **67,750 (47.1)** | 35,217 (49.2) | 32,391 (44.9) |
| Wyoming | **9,729 (20.4)** | 4,982 (21.7) | 4,706 (19.0) | **18,337 (15.8)** | 1,420 (16.5) | 1,471 (15.2) | **3,058 (20.9)** | 1,548 (19.9) | 1,497 (21.8) | **3,772 (25.7)** | 2,014 (30.8) | 1,738 (21.4) |

* Receipt of ≥1 COVID-19 vaccine dose is defined either as receiving at least one of the 2 doses of the Pfizer-BioNTech or Moderna vaccines or a single dose of the Janssen (Johnson & Johnson) vaccine. As of August 17, 2021, only the Pfizer-BioNTech vaccine had been authorized for use among adolescents aged 12–17 years. Moderna and Janssen COVID-19 vaccines were not authorized under emergency use for this age group during the analysis period; however, these vaccinations were included in this analysis.

† Fewer than 0.5% of the records were missing information on sex.

§ COVID-19 vaccine doses administered to adolescents residing in Idaho were excluded because the state has data-sharing restrictions on information reported to CDC.

COVID-19 vaccination coverage among adolescents in addition to implementing COVID-19 prevention strategies based on community transmission.

Public health practitioners can use various measures to increase adolescent COVID-19 vaccination coverage. Building on lessons from the public-private partnership between CDC and retail pharmacies in the Federal Retail Pharmacy Partnership§§§ regarding vaccination clinics offered for selected population groups at different times throughout the response (*4*), local public health agencies and pharmacies could partner with school districts and school systems to provide COVID-19 vaccinations to students at schools. Vaccine administration on site at schools is an effective, evidence-based intervention that improves childhood and adolescent vaccination rates for routinely recommended vaccines (*5*). State and local governments, school administrators, community leaders, health care professionals, and public health practitioners can facilitate safer return to schools and improve equity among sociodemographic groups by prioritizing COVID-19 vaccination among adolescents and incorporating on-site school vaccinations for eligible students (*6*,*7*). In addition, on-site vaccination clinics might also be planned in coordination with other school-based vaccination programs, such as those for seasonal influenza and routine adolescent vaccination.

Concerted outreach can help inform adolescents and their parents about the importance of COVID-19 vaccination. Effective outreach with tailored communication could help improve vaccine confidence, acceptance, and coverage among adolescents and their parents. In a recent report, only 56% of parents of unvaccinated adolescents aged 12–17 years expressed intent for their adolescent to receive a COVID-19 vaccine (*8*). Given that parental vaccination status is a marker

§§§ https://www.cdc.gov/vaccines/covid-19/retail-pharmacy-program/index.html

AZT42AR0000690

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 190 of 566 PageID #: 2598

**TABLE 2. COVID-19 vaccination coverage among adolescents aged 12–17 years who completed the vaccine series,* by age group and sex† — United States,§ December 14, 2020–July 31, 2021**

| | Age group and sex, no. (%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12–17 yrs | | | 12–13 yrs | | | 14–15 yrs | | | 16–17 yrs | | |
| Jurisdiction | Total | Female | Male | Total | Female | Male | Total | Female | Male | Total | Female | Male |
| United States | 8,045,685 (31.9) | 4,117,404 (33.5) | 3,905,344 (30.3) | 2,183,597 (25.4) | 1,093,057 (26.0) | 1,085,039 (24.7) | 2,570,498 (30.5) | 1,311,724 (31.6) | 1,251,765 (29.2) | 3,291,590 (40.3) | 1,712,623 (43.3) | 1,568,540 (37.3) |
| Alabama | 40,925 (10.8) | 21,303 (11.9) | 19,606 (9.9) | 10,360 (8.2) | 5,234 (8.7) | 5,118 (7.6) | 12,421 (9.6) | 6,452 (10.1) | 5,969 (9.2) | 18,144 (14.9) | 9,617 (17.4) | 8,519 (12.8) |
| Alaska | 18,394 (36.0) | 9,066 (39.5) | 9,148 (32.5) | 4,947 (33.3) | 2,384 (27.7) | 2,522 (40.2) | 5,678 (27.5) | 2,778 (31.4) | 2,847 (24.1) | 7,769 (49.7) | 3,904 (70.6) | 3,779 (37.4) |
| Arizona | 167,297 (29.0) | 85,471 (30.6) | 81,203 (27.3) | 44,661 (22.1) | 22,273 (22.4) | 22,209 (21.7) | 52,639 (27.1) | 26,854 (28.4) | 25,546 (25.7) | 69,997 (38.7) | 36,344 (42.6) | 33,448 (34.9) |
| Arkansas | 41,891 (17.2) | 21,742 (18.4) | 19,956 (15.9) | 10,494 (13.0) | 5,259 (13.1) | 5,194 (12.7) | 13,552 (17.0) | 6,945 (17.0) | 6,551 (16.9) | 17,845 (21.5) | 9,538 (25.7) | 8,211 (17.9) |
| California | 1,271,593 (41.2) | 652,802 (43.3) | 616,318 (39.0) | 344,509 (32.7) | 172,803 (33.5) | 171,083 (31.7) | 416,508 (40.3) | 213,322 (42.4) | 202,396 (38.1) | 510,576 (51.2) | 266,677 (54.6) | 242,839 (47.7) |
| Colorado | 185,447 (41.9) | 94,420 (44.5) | 90,901 (39.5) | 52,056 (35.2) | 25,885 (37.8) | 26,150 (32.9) | 61,301 (40.4) | 31,074 (42.9) | 30,191 (38.2) | 72,090 (50.4) | 37,461 (52.6) | 34,560 (48.1) |
| Connecticut | 136,730 (51.0) | 69,481 (53.2) | 66,983 (48.8) | 36,973 (42.3) | 18,513 (42.6) | 18,368 (41.8) | 43,625 (48.1) | 22,287 (51.5) | 21,253 (44.8) | 56,132 (62.4) | 28,681 (65.3) | 27,362 (59.5) |
| Delaware | 25,675 (36.1) | 13,313 (39.4) | 12,334 (33.0) | 7,027 (33.2) | 3,496 (38.2) | 3,524 (29.3) | 8,378 (30.1) | 4,378 (28.2) | 3,990 (32.3) | 10,270 (46.4) | 5,439 (59.5) | 4,820 (37.2) |
| District of Columbia | 11,239 (34.1) | 5,818 (34.9) | 5,393 (33.0) | 3,574 (31.0) | 1,847 (35.2) | 1,716 (27.4) | 3,607 (31.0) | 1,849 (26.2) | 1,748 (38.1) | 4,058 (41.2) | 2,122 (48.6) | 1,929 (35.1) |
| Florida | 377,443 (25.4) | 194,735 (26.8) | 182,570 (24.0) | 98,344 (19.1) | 49,892 (20.4) | 48,418 (18.0) | 120,847 (24.5) | 62,121 (24.9) | 58,694 (24.0) | 158,252 (33.2) | 82,722 (35.8) | 75,458 (30.7) |
| Georgia | 166,329 (18.8) | 85,830 (20.2) | 80,219 (17.5) | 41,215 (13.4) | 20,691 (13.8) | 20,437 (13.0) | 48,426 (16.2) | 24,922 (17.4) | 23,455 (15.0) | 76,688 (27.7) | 40,217 (30.5) | 36,327 (25.1) |
| Hawaii | 35,203 (37.1) | 17,549 (39.3) | 17,546 (34.9) | 9,931 (30.1) | 4,831 (30.7) | 5,072 (29.3) | 11,450 (37.0) | 5,705 (42.8) | 5,715 (32.5) | 13,822 (44.7) | 7,013 (44.9) | 6,759 (44.2) |
| Illinois | 348,478 (35.1) | 179,085 (36.1) | 168,328 (33.9) | 95,818 (28.9) | 48,301 (28.8) | 47,255 (28.8) | 113,863 (33.9) | 58,356 (34.3) | 55,143 (33.2) | 138,797 (42.8) | 72,428 (45.8) | 65,930 (39.7) |
| Indiana | 131,406 (23.8) | 67,329 (25.2) | 63,257 (22.2) | 35,025 (18.0) | 17,450 (18.4) | 17,450 (17.6) | 41,394 (23.4) | 21,124 (24.9) | 20,030 (21.7) | 54,987 (30.4) | 28,755 (32.8) | 25,777 (27.6) |
| Iowa | 70,809 (29.4) | 36,654 (31.1) | 34,002 (27.7) | 19,670 (23.7) | 9,953 (24.5) | 9,692 (22.8) | 22,623 (29.3) | 11,540 (28.9) | 11,059 (29.7) | 28,516 (35.5) | 15,161 (40.6) | 13,251 (30.9) |
| Kansas | 61,300 (25.2) | 31,698 (26.4) | 29,559 (24.0) | 16,594 (19.7) | 8,240 (19.2) | 8,339 (20.3) | 18,868 (23.5) | 9,778 (27.8) | 9,082 (20.2) | 25,838 (32.8) | 13,680 (32.8) | 12,138 (32.7) |
| Kentucky | 81,664 (23.2) | 42,709 (24.8) | 38,895 (21.6) | 22,107 (18.1) | 11,199 (18.2) | 10,903 (18.0) | 26,034 (22.8) | 13,521 (25.1) | 12,500 (20.8) | 33,523 (28.8) | 17,989 (31.6) | 15,492 (26.1) |
| Louisiana | 46,411 (12.5) | 24,126 (13.6) | 22,181 (11.4) | 11,607 (8.8) | 5,905 (9.7) | 5,695 (8.0) | 13,932 (11.4) | 7,128 (11.9) | 6,772 (10.9) | 20,872 (17.6) | 11,093 (19.6) | 9,714 (15.8) |
| Maine | 42,857 (48.5) | 21,496 (51.9) | 21,044 (44.8) | 12,259 (44.3) | 5,993 (53.1) | 6,149 (37.4) | 14,157 (46.2) | 7,069 (48.1) | 6,953 (43.7) | 16,441 (54.7) | 8,434 (54.5) | 7,942 (54.4) |
| Maryland | 218,233 (46.7) | 110,698 (48.2) | 107,376 (45.1) | 62,420 (38.2) | 31,169 (39.9) | 31,214 (36.6) | 70,372 (44.5) | 35,469 (44.0) | 34,851 (44.9) | 85,441 (58.5) | 44,060 (61.9) | 41,311 (55.1) |
| Massachusetts | 263,919 (54.2) | 134,332 (56.9) | 129,099 (51.5) | 74,471 (47.1) | 37,267 (49.5) | 37,081 (44.7) | 86,063 (53.4) | 43,839 (53.1) | 42,066 (53.5) | 103,385 (61.8) | 53,226 (67.9) | 49,952 (56.2) |
| Michigan | 229,551 (30.3) | 117,541 (32.1) | 111,939 (28.5) | 61,506 (24.2) | 30,932 (25.2) | 30,548 (23.3) | 72,163 (29.1) | 36,968 (31.0) | 35,175 (27.3) | 95,882 (37.5) | 49,641 (40.2) | 46,216 (34.9) |
| Minnesota | 174,700 (39.0) | 89,821 (40.5) | 84,347 (37.4) | 50,776 (34.0) | 25,668 (32.9) | 25,006 (35.1) | 56,104 (36.1) | 28,844 (38.5) | 27,156 (33.8) | 67,820 (47.4) | 35,309 (51.2) | 32,185 (43.5) |
| Mississippi | 26,576 (10.7) | 13,709 (11.3) | 12,846 (10.2) | 6,393 (7.4) | 3,182 (7.9) | 3,204 (6.9) | 8,134 (10.5) | 4,094 (10.0) | 4,033 (11.1) | 12,049 (14.4) | 6,433 (16.1) | 5,609 (12.8) |
| Missouri | 104,029 (22.1) | 53,410 (22.7) | 50,568 (21.4) | 28,825 (18.2) | 14,385 (18.5) | 14,432 (17.8) | 32,843 (20.6) | 16,854 (21.4) | 15,979 (19.8) | 42,361 (27.8) | 22,171 (28.4) | 20,157 (27.1) |
| Montana | 18,046 (22.8) | 9,197 (23.9) | 8,794 (21.7) | 5,167 (20.4) | 2,551 (20.0) | 2,598 (20.6) | 5,430 (21.2) | 2,784 (21.3) | 2,626 (20.9) | 7,449 (26.6) | 3,862 (30.6) | 3,570 (23.2) |
| Nebraska | 48,472 (30.6) | 25,035 (31.4) | 23,394 (29.8) | 13,509 (23.7) | 6,854 (22.9) | 6,647 (24.7) | 15,152 (28.7) | 7,759 (31.3) | 7,384 (26.4) | 19,811 (40.7) | 10,422 (41.9) | 9,363 (39.4) |
| Nevada | 55,558 (23.0) | 28,686 (23.5) | 26,854 (22.5) | 14,043 (16.4) | 7,011 (17.0) | 7,030 (15.9) | 17,412 (21.7) | 8,995 (21.0) | 8,411 (22.4) | 24,103 (31.8) | 12,680 (33.4) | 11,413 (30.2) |
| New Hampshire | 39,480 (40.5) | 19,952 (41.0) | 18,996 (38.9) | 10,267 (29.4) | 5,083 (29.6) | 5,094 (28.7) | 12,290 (41.5) | 6,173 (38.4) | 5,945 (43.9) | 16,923 (51.5) | 8,696 (56.4) | 7,957 (45.5) |
| New Jersey | 289,682 (42.5) | 146,961 (44.6) | 141,715 (40.3) | 77,253 (33.3) | 38,290 (32.2) | 38,734 (34.3) | 92,001 (41.1) | 46,666 (44.1) | 45,052 (38.2) | 120,428 (53.4) | 62,005 (59.0) | 57,929 (48.2) |
| New Mexico | 72,669 (43.1) | 37,085 (44.0) | 35,178 (41.7) | 20,417 (35.7) | 10,265 (36.5) | 10,012 (34.5) | 22,917 (39.6) | 11,613 (39.2) | 11,184 (39.5) | 29,335 (54.6) | 15,207 (57.2) | 13,982 (51.6) |
| New York | 537,956 (38.5) | 272,326 (40.2) | 263,665 (36.6) | 143,966 (30.6) | 71,259 (30.7) | 72,385 (30.2) | 169,430 (36.5) | 85,566 (38.4) | 83,440 (34.5) | 224,560 (48.7) | 115,501 (51.9) | 107,840 (45.2) |

See table footnotes on the next page.

**TABLE 2. (*Continued*) COVID-19 vaccination coverage among adolescents aged 12–17 years who completed the vaccine series,* by age group and sex[†] — United States,[§] December 14, 2020–July 31, 2021**

| | Age group and sex, no. (%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12–17 yrs | | | 12–13 yrs | | | 14–15 yrs | | | 16–17 yrs | | |
| **Jurisdiction** | **Total** | **Female** | **Male** | **Total** | **Female** | **Male** | **Total** | **Female** | **Male** | **Total** | **Female** | **Male** |
| North Carolina | **210,162 (25.8)** | 108,311 (26.2) | 100,839 (25.2) | **55,824 (19.9)** | 28,001 (19.3) | 27,612 (20.3) | **68,736 (25.4)** | 35,229 (25.3) | 33,228 (25.2) | **85,602 (32.5)** | 45,081 (34.6) | 39,999 (30.0) |
| North Dakota | **10,254 (19.4)** | 5,257 (18.9) | 4,842 (19.4) | **2,516 (13.2)** | 1,259 (13.6) | 1,219 (12.5) | **3,234 (19.5)** | 1,628 (17.2) | 1,556 (22.1) | **4,504 (26.1)** | 2,370 (26.0) | 2,067 (25.4) |
| Ohio | **239,023 (26.8)** | 122,890 (28.6) | 115,636 (25.0) | **63,374 (21.1)** | 32,046 (22.0) | 31,238 (20.2) | **74,684 (24.8)** | 38,484 (26.4) | 36,083 (23.3) | **100,965 (34.7)** | 52,360 (37.7) | 48,315 (31.7) |
| Oklahoma | **61,250 (19.3)** | 31,546 (20.9) | 29,633 (17.8) | **15,691 (13.8)** | 7,764 (15.0) | 7,913 (12.7) | **18,709 (18.6)** | 9,633 (19.2) | 9,056 (18.0) | **26,850 (26.1)** | 14,149 (28.8) | 12,664 (23.7) |
| Oregon | **126,346 (42.3)** | 64,593 (42.8) | 61,618 (41.6) | **36,145 (35.9)** | 18,188 (36.4) | 17,937 (35.3) | **41,459 (40.9)** | 21,114 (40.7) | 20,319 (41.0) | **48,742 (50.4)** | 25,291 (51.7) | 23,362 (49.0) |
| Pennsylvania | **303,836 (33.1)** | 153,011 (34.0) | 145,168 (31.0) | **84,516 (27.4)** | 41,529 (27.8) | 41,414 (26.0) | **98,297 (31.6)** | 49,226 (32.6) | 47,005 (29.3) | **121,023 (40.6)** | 62,256 (41.5) | 56,749 (38.3) |
| Rhode Island | **35,520 (46.1)** | 18,100 (50.7) | 17,380 (42.0) | **9,733 (37.6)** | 4,786 (35.4) | 4,938 (40.0) | **11,386 (42.7)** | 5,862 (51.6) | 5,508 (36.0) | **14,401 (58.7)** | 7,452 (68.8) | 6,934 (50.6) |
| South Carolina | **72,130 (18.4)** | 37,476 (19.3) | 34,621 (17.6) | **17,802 (13.1)** | 8,967 (13.5) | 8,831 (12.7) | **22,947 (17.1)** | 11,939 (17.7) | 10,996 (16.4) | **31,381 (25.9)** | 16,570 (27.3) | 14,794 (24.5) |
| South Dakota | **16,383 (22.7)** | 8,318 (23.1) | 7,813 (21.6) | **4,264 (17.4)** | 2,113 (19.1) | 2,108 (15.7) | **5,037 (19.3)** | 2,585 (18.5) | 2,374 (19.7) | **7,082 (32.6)** | 3,620 (32.9) | 3,331 (31.1) |
| Tennessee | **87,019 (16.8)** | 45,491 (18.2) | 41,307 (15.4) | **22,260 (12.0)** | 11,200 (12.4) | 11,035 (11.6) | **26,342 (15.7)** | 13,724 (15.9) | 12,597 (15.4) | **38,417 (23.2)** | 20,567 (28.0) | 17,675 (19.1) |
| Texas | **718,918 (28.4)** | 369,600 (29.9) | 348,945 (26.9) | **193,523 (22.6)** | 97,354 (23.4) | 96,096 (21.9) | **225,520 (26.2)** | 115,724 (27.6) | 109,695 (24.9) | **299,875 (36.5)** | 156,522 (39.1) | 143,154 (34.0) |
| Utah | **96,759 (31.3)** | 49,212 (32.9) | 47,466 (29.8) | **25,119 (23.5)** | 12,578 (23.6) | 12,530 (23.4) | **29,095 (28.3)** | 14,641 (30.3) | 14,449 (26.4) | **42,545 (42.9)** | 21,993 (46.0) | 20,487 (39.9) |
| Vermont | **24,881 (60.3)** | 12,395 (64.3) | 12,437 (56.6) | **7,388 (63.0)** | 3,657 (70.9) | 3,720 (56.6) | **8,118 (60.4)** | 4,095 (78.4) | 4,006 (48.8) | **9,375 (58.4)** | 4,643 (52.2) | 4,711 (65.7) |
| Virginia | **283,385 (44.3)** | 144,360 (46.6) | 138,878 (42.2) | **79,268 (35.6)** | 39,685 (36.5) | 39,546 (34.6) | **93,389 (43.7)** | 47,282 (45.5) | 46,077 (42.0) | **110,728 (54.7)** | 57,393 (59.0) | 53,255 (50.7) |
| Washington | **245,243 (43.9)** | 124,122 (44.5) | 119,901 (42.8) | **73,427 (38.1)** | 36,514 (38.4) | 36,573 (37.4) | **79,630 (41.6)** | 40,075 (40.4) | 39,149 (42.5) | **92,186 (52.7)** | 47,533 (56.1) | 44,179 (49.0) |
| West Virginia | **27,203 (21.6)** | 13,567 (22.3) | 13,174 (20.1) | **6,953 (15.7)** | 3,372 (16.3) | 3,453 (14.6) | **8,505 (21.3)** | 4,299 (22.9) | 4,066 (19.2) | **11,745 (28.0)** | 5,896 (27.7) | 5,655 (27.3) |
| Wisconsin | **140,545 (32.2)** | 72,235 (33.7) | 68,167 (30.6) | **37,736 (26.4)** | 19,067 (28.4) | 18,641 (24.6) | **43,634 (29.0)** | 22,269 (29.4) | 21,335 (28.6) | **59,175 (41.2)** | 30,899 (43.1) | 28,191 (39.1) |
| Wyoming | **6,866 (14.4)** | 3,540 (15.4) | 3,305 (13.4) | **1,874 (10.2)** | 912 (10.6) | 956 (9.8) | **2,162 (14.8)** | 1,088 (14.0) | 1,070 (15.6) | **2,830 (19.3)** | 1,540 (23.6) | 1,279 (15.7) |

* Vaccine series completion was defined as receiving either both doses of the Pfizer-BioNTech or Moderna vaccines, including mismatched products between the first and second dose (i.e., Pfizer-BioNTech for the first dose and Moderna for the second dose or vice versa) or a single dose for the Janssen (Johnson & Johnson) vaccine. As of August 17, 2021, only the Pfizer-BioNTech vaccine had been authorized for use among adolescents aged 12–17 years. Moderna and Janssen COVID-19 vaccines were not authorized under emergency use for this age group during the analysis period; however, these vaccinations were included in this analysis.

† Fewer than 0.5% of the records were missing information on sex.

§ COVID-19 vaccine doses administered to adolescents residing in Idaho were excluded because the state has data-sharing restrictions on information reported to CDC.

for adolescent vaccination status,[¶¶¶] vaccine hesitancy or anti-vaccination sentiments among parents might directly lead to missed opportunities to vaccinate adolescents (*9*). Among adolescents and their parents who were surveyed about their intent to receive a COVID-19 vaccine, many reported that having more information about the safety and efficacy of COVID-19 vaccines would increase their likelihood of receiving a vaccine (*8*). Public health practitioners can use multimodal outreach efforts involving a variety of traditional and social media platforms to engage adolescents and their parents to improve vaccination acceptance and coverage. Further, state and local governments can consider strategies that encourage receipt by adolescents of all vaccines recommended by the Advisory Committee on Immunization Practices, especially given the declines in routine childhood and adolescent vaccinations during the pandemic (*10*).

The findings in this report are subject to at least five limitations. First, vaccination coverage rates were aggregated and analyzed only at the state level. Calculating coverage at more specific levels (e.g., by county or urban-rural classification) could potentially identify geographic areas with low vaccination coverage rates. Second, because Idaho was excluded from the analysis, the findings are not representative of the entire United States. Third, adolescents who received COVID-19 vaccines from different entities that used different methods for submitting data (e.g., if the first dose was administered at a pharmacy and the second dose was given at a mass vaccination site) might not have their first and second doses linked,

¶¶¶ https://www.kff.org/coronavirus-covid-19/poll-finding/kff-covid-19-vaccine-monitor-parents-and-the-pandemic

AZT42AR0000692

**FIGURE. Percentage of adolescents aged 12–17 years who completed the COVID-19 vaccination series*,† — United States,§ December 14, 2020–July 31, 2021**

DC
>50.0
40.1–50.0
30.1–40.0
20.1–30.0
≤20.0
Not available

**Abbreviation:** DC = District of Columbia.

* As of August 17, 2021, only the Pfizer-BioNTech vaccine had been authorized for use among adolescents aged 12–17 years. Moderna and Janssen (Johnson & Johnson) COVID-19 vaccines were not authorized under emergency use for this age group during the analysis period; however, many adolescents had documentation of receipt of these vaccines. Thus, these vaccine doses were included in this analysis if they were administered to adolescents aged 12–17 years.

† Series completion was defined as receipt of either both doses of the Pfizer-BioNTech or Moderna vaccines, including those who might have received mismatched products between the first and second dose (i.e., Pfizer-BioNTech for the first dose and Moderna for the second dose or vice versa) or a single dose of the Janssen vaccine.

§ COVID-19 vaccine doses administered to adolescents residing in Idaho were excluded because the state has data-sharing restrictions on information reported to CDC.

which could have led to underestimation of the percentage of adolescents who completed the vaccination series. Fourth, if an adolescent had inadvertently received a different recipient ID when receiving their second dose, first and second doses could not be linked. Finally, vaccination coverage could not be calculated on the basis of race and ethnicity because of incomplete reporting.

An estimated 2 million COVID-19 cases and approximately 300 associated deaths have been reported among children aged 5–17 years since the start of the COVID-19 pandemic (*1*). As persons in younger age groups become eligible for COVID-19 vaccination, public health practitioners, health care professionals, school administrators, and state and local governments can use evidence-based practices to decrease barriers to vaccination and increase confidence in COVID-19 vaccines, which can help facilitate the safer return to in-person learning at schools and ultimately reduce COVID-19–associated morbidity and mortality.

**Summary**

*What is already known about this topic?*

Although more common among adults, severe COVID-19 illness and hospitalization occur among adolescents.

*What is added by this report?*

As of July 31, 2021, coverage with ≥1 dose of COVID-19 vaccine among adolescents aged 12–17 years was 42%, and 32% had completed the series. Series completion rates varied widely by state, ranging from 11% to 60%, and was 25% for adolescents aged 12–13 years, 30% for those aged 14–15 years, and 40% for those aged 16–17 years.

*What are the implications for public health practice?*

Improving adolescent COVID-19 vaccination coverage is crucial to reduce COVID-19–associated morbidity and mortality among adolescents and can help facilitate safer reopening of schools for in-person learning.

## Acknowledgments

COVID-19 Vaccine Task Force; U.S. Department of Defense; immunization program managers, immunization information system managers, and other staff members of the immunization programs in the 64 jurisdictions and five federal entities who provided these data.

Corresponding author: Bhavini Patel Murthy, bmurthy@cdc.gov.

[1]Immunization Services Division, National Center for Immunization and Respiratory Diseases, CDC; [2]CDC COVID-19 Response Team; [3]Stat-Epi Associates, Inc., Ponte Vedra Beach, Florida.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. CDC. COVID data tracker. Atlanta, GA: US Department of Human Services, CDC; 2021. Accessed July 17, 2021. https://covid.cdc.gov/covid-data-tracker
2. Havers FP, Whitaker M, Self JL, et al.; COVID-NET Surveillance Team. Hospitalization of adolescents aged 12–17 years with laboratory-confirmed COVID-19—COVID-NET, 14 states, March 1, 2020–April 24, 2021. MMWR Morb Mortal Wkly Rep 2021;70:851–7. PMID:34111061 https://doi.org/10.15585/mmwr.mm7023e1
3. US Census Bureau. Population and housing unit estimates. Washington, DC: US Department of Commerce, US Census Bureau; 2021. Accessed April 7, 2021. https://www.census.gov/programs-surveys/popest.html
4. Gharpure R, Guo A, Bishnoi CK, et al. Early COVID-19 first-dose vaccination coverage among residents and staff members of skilled nursing facilities participating in the pharmacy partnership for long-term care program—United States, December 2020–January 2021. MMWR Morb Mortal Wkly Rep 2021;70:178–82. PMID:33539332 https://doi.org/10.15585/mmwr.mm7005e2
5. Community Preventive Services Task Force. The guide to community preventive services: vaccination programs: schools and organized child care centers. Atlanta, GA: US Department of Health and Human Services, CDC, Community Preventive Services Task Force; 2021. Accessed July 17, 2021. https://www.thecommunityguide.org/findings/vaccination-programs-schools-and-organized-child-care-centers

6. CDC. Considerations for planning school-located vaccination clinics. Atlanta, GA: US Department of Human Services, CDC; 2021. Accessed July 27, 2021. https://www.cdc.gov/vaccines/covid-19/planning/school-located-clinics.html
7. Oster E, Jack R, Halloran C, et al. Disparities in learning mode access among K–12 students during the COVID-19 pandemic, by race/ethnicity, geography, and grade level—United States, September 2020–April 2021. MMWR Morb Mortal Wkly Rep 2021;70:953–8. PMID:34197363 https://doi.org/10.15585/mmwr.mm7026e2
8. Scherer AM, Gedlinske AM, Parker AM, et al. Acceptability of adolescent COVID-19 vaccination among adolescents and parents of adolescents—United States, April 15–23, 2021. MMWR Morb Mortal Wkly Rep 2021;70:997–1003. PMID:34264908 https://doi.org/10.15585/mmwr.mm7028e1
9. Morgan L, Schwartz JL, Sisti DA. COVID-19 vaccination of minors without parental consent: respecting emerging autonomy and advancing public health. JAMA Pediatr 2021. Epub July 12, 2021. PMID:34251411 https://doi.org/10.1001/jamapediatrics.2021.1855
10. Murthy BP, Zell E, Kirtland K, et al. Impact of the COVID-19 pandemic on administration of selected routine childhood and adolescent vaccinations—10 U.S. jurisdictions, March–September 2020. MMWR Morb Mortal Wkly Rep 2021;70:840–5. PMID:34111058 https://doi.org/10.15585/mmwr.mm7023a2

AZT42AR0000694

Please note: An erratum has been published for this issue. To view the erratum, please click here.
Morbidity and Mortality Weekly Report

# Initial Public Health Response and Interim Clinical Guidance for the 2019 Novel Coronavirus Outbreak — United States, December 31, 2019–February 4, 2020

Anita Patel, PharmD[1]; Daniel B. Jernigan, MD[1]; 2019-nCoV CDC Response Team

*On February 5, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

On December 31, 2019, Chinese health officials reported a cluster of cases of acute respiratory illness in persons associated with the Hunan seafood and animal market in the city of Wuhan, Hubei Province, in central China. On January 7, 2020, Chinese health officials confirmed that a novel coronavirus (2019-nCoV) was associated with this initial cluster (*1*). As of February 4, 2020, a total of 20,471 confirmed cases, including 2,788 (13.6%) with severe illness,* and 425 deaths (2.1%) had been reported by the National Health Commission of China (*2*). Cases have also been reported in 26 locations outside of mainland China, including documentation of some person-to-person transmission and one death (*2*). As of February 4, 11 cases had been reported in the United States. On January 30, the World Health Organization (WHO) Director-General declared that the 2019-nCoV outbreak constitutes a Public Health Emergency of International Concern.† On January 31, the U.S. Department of Health and Human Services (HHS) Secretary declared a U.S. public health emergency to respond to 2019-nCoV.§ Also on January 31, the president of the United States signed a "Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Coronavirus," which limits entry into the United States of persons who traveled to mainland China to U.S. citizens and lawful permanent residents and their families (*3*). CDC, multiple other federal agencies, state and local health departments, and other partners are implementing aggressive measures to slow transmission of 2019-nCoV in the United States (*4,5*). These measures require the identification of cases and their contacts in the United States and the appropriate assessment and care of travelers arriving from mainland China to the United States. These measures are being implemented in anticipation of additional 2019-nCoV cases in the United States. Although these measures might not prevent the eventual establishment of ongoing, widespread transmission of the virus in the United States, they are being implemented to 1) slow the spread of illness; 2) provide time to better prepare health care systems and the general public to be ready if widespread transmission with substantial associated illness occurs; and 3) better characterize 2019-nCoV infection to guide public health recommendations and the development of medical countermeasures including diagnostics, therapeutics, and vaccines. Public health authorities are monitoring the situation closely. As more is learned about this novel virus and this outbreak, CDC will rapidly incorporate new knowledge into guidance for action by CDC and state and local health departments.

Some coronaviruses, such as Middle East Respiratory Syndrome (MERS) and Severe Acute Respiratory Syndrome (SARS), are the result of human-animal interactions. Preliminary investigation of 2019-nCoV also suggests a zoonotic origin (*6*), but the exact origin has not yet been determined. Person-to-person spread is evident (*7*); however, how easily the virus is transmitted between persons is currently unclear. 2019-nCoV is similar to coronaviruses that cause MERS and SARS, which are transmitted mainly by respiratory droplets. Signs and symptoms of patients with confirmed 2019-nCoV infection include fever, cough, and shortness of breath (*8*). Based on the incubation period of illness from MERS and SARS coronaviruses, CDC believes that symptoms of 2019-nCoV infection occur within 2 to 14 days following infection. Preliminary information suggests that older adults and persons with underlying health conditions or compromised immune systems might be at higher risk for severe illness from this virus (*9*); however, many characteristics of this novel coronavirus and how it might affect individual persons and potentially vulnerable population subgroups, such as the elderly or those with chronic health conditions, remain unclear.

## Epidemiology of First U.S. Cases

On January 21, 2020, the first person in the United States with diagnosed 2019-nCoV infection was reported. As of February 4, a total of 293 persons from 36 states, the District of Columbia, and the U.S. Virgin Islands were under investigation based on current patient under investigation

* Includes any of the following: dyspnea, respiratory rate >30 breaths per minute, hypoxemia, or chest x-ray with multilobar infiltrates or >50% progression of pulmonary infiltration within 24–48 hours per WHO. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200123-sitrep-3-2019-ncov.pdf.
† https://www.who.int/news-room/detail/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov).
§ https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx.

140 MMWR / February 7, 2020 / Vol. 69 / No. 5 US Department of Health and Human Services/Centers for Disease Control and Prevention

AZT42AR0000695

(PUI) definitions,[¶] and also included those being evaluated because they are close contacts. Of these PUIs, 11 patients have confirmed 2019-nCoV infection using a real-time reverse transcription–polymerase chain reaction (RT-PCR) assay developed by CDC. These 11 cases were diagnosed in the following states: Arizona (one), California (six), Illinois (two), Massachusetts (one), and Washington (one) (Table). Nine cases were in travelers from Wuhan. Eight of these nine cases were identified as a result of patients seeking clinical care for symptoms and clinicians connecting with the appropriate public health systems. Two cases (one each in California and Illinois) occurred in close contacts of two confirmed cases and were diagnosed as part of routine monitoring of case contacts. All patients are being monitored closely for progressing illness. No deaths have been reported in the United States.

## Public Health Response

CDC established a 2019-nCoV Incident Management Structure on January 7, 2020. On January 21, CDC activated its Emergency Operations Center to optimize coordination for domestic and international 2019-nCoV response efforts. To date, CDC has deployed teams to the U.S. jurisdictions with cases to assist with epidemiologic investigation and to work closely with state and local partners to identify and monitor close contacts and better understand the spectrum of illness, transmission, and virulence associated with this novel virus. Information learned from these investigations will help inform response actions. CDC has closely monitored the global impact of this virus with staff members positioned in CDC offices around the world, including mainland China, and in coordination with other countries and WHO. This coordination has included deploying CDC staff members to work with WHO and providing active support to CDC offices in affected countries. In addition, CDC in response to the escalating risks of travel from China has issued a series of Travelers' Health Notices for both Wuhan and the rest of China regarding the 2019-nCoV outbreak. On January 27, CDC issued a Level 3 travel notice for travelers to avoid all nonessential travel to mainland China.[**]

**Summary**

What is already known about this topic?

In December 2019, an outbreak of acute respiratory illness caused by a novel coronavirus (2019-nCoV) was detected in mainland China. Cases have been reported in 26 additional locations, including the United States.

What is added by this report?

Nine of the first 11 U.S. 2019-nCoV patients were exposed in Wuhan, China. CDC expects more U.S. cases.

What are the implications for public health practice?

CDC, multiple other federal agencies, state and local health departments, and other partners are implementing aggressive measures to substantially slow U.S. transmission of 2019-nCoV, including identification of U.S. cases and contacts and managing travelers arriving from mainland China to the United States. Interim guidance is available at https://www.cdc.gov/coronavirus/index.html and will be updated as more information becomes available.

U.S. quarantine stations, located at 18 major U.S. ports of entry, are part of a comprehensive regulatory system authorized under section 361 of the Public Health Service Act (42 U.S. Code Section 264), that limits the introduction of infectious diseases into the United States to prevent their spread. On January 17, consistent with existing communicable disease response protocols, CDC Quarantine staff members instituted enhanced entry screening of travelers on direct and connecting flights from Wuhan, China, arriving at three major U.S. airports: Los Angeles (LAX), New York City (JFK), and San Francisco (SFO),[††] which then expanded to include travelers arriving in Atlanta (ATL) and Chicago (ORD). These five airports together receive approximately 85% of all air travelers from Wuhan, China, to the United States. U.S. Customs and Border Protection officers identified travelers arriving from Wuhan and referred them to CDC for health screening.[§§] Any traveler from Wuhan with signs or symptoms of illness (e.g., fever, cough, or difficulty breathing) received a more comprehensive public health assessment performed by CDC public health and medical officers.[¶¶] All travelers from Wuhan were also provided CDC's Travel Health Alert Notice (T-HAN)***

¶ Criteria to guide evaluation and testing of patients under investigation for 2019-nCoV include 1) fever or signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person, including a health care worker, who has had close contact with a patient with laboratory-confirmed 2019-nCoV infection within 14 days of symptom onset; 2) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person with a history of travel from Hubei Province, China, within 14 days of symptom onset; or 3) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) requiring hospitalization in any person with a history of travel from mainland China within 14 days of symptom onset. More information is available at https://emergency.cdc.gov/han/han00427.asp and https://emergency.cdc.gov/han/han00426.asp.

** https://wwwnc.cdc.gov/travel/notices/warning/novel-coronavirus-china.

†† https://www.cdc.gov/media/releases/2020/p0117-coronavirus-screening.html.

§§ CDC's initial health screening includes a measurement of each traveler's temperature with a handheld noncontact thermometer, observation of these travelers for visible signs of respiratory illness (e.g., cough or difficulty breathing), and review of symptoms through a self-administered questionnaire.

¶¶ The more comprehensive public health assessment determines, based on the traveler's illness and exposure, whether the traveler should be taken to a hospital for further medical evaluation and care, which might include testing for 2019-nCoV.

*** https://www.cdc.gov/coronavirus/2019-ncov/travelers/communication-resources.html.

Please note: An erratum has been published for this issue. To view the erratum, please click here.
Morbidity and Mortality Weekly Report

**TABLE. Characteristics of initial 2019 novel coronavirus cases (N = 11) — United States, January 21–February 4, 2020**

| Case | State | Approximate age (yrs) | Sex | Place of exposure | Date laboratory confirmation announced |
|---|---|---|---|---|---|
| 1 | Washington | 30s | M | Wuhan | 1/21/2020 |
| 2 | Illinois | 60s | F | Wuhan | 1/24/2020 |
| 3 | Arizona | 20s | M | Wuhan | 1/26/2020 |
| 4 | California | 30s | M | Wuhan | 1/27/2020 |
| 5 | California | 50s | M | Wuhan | 1/27/2020 |
| 6 | Illinois | 60s | M | Household Illinois | 1/30/2020 |
| 7 | California | 40s | M | Wuhan | 1/31/2020 |
| 8 | Massachusetts | 20s | M | Wuhan | 2/01/2020 |
| 9 | California | 50s | F | Wuhan | 2/02/2020 |
| 10 | California | 50s | M | Wuhan | 2/02/2020 |
| 11 | California | 50s | F | Household California | 2/02/2020 |

**Abbreviations:** F = female; M = male.

that advised them to monitor their health for 14 days and described recommended actions to take if relevant symptoms develop. As of February 1, 2020, a total of 3,099 persons on 437 flights were screened; five symptomatic travelers were referred by CDC to local health care providers for further medical evaluation, and one of these persons tested positive for 2019-nCoV.

On January 24, 2020, travel bans began to be instituted by the Chinese government, resulting in restricted travel in and out of Hubei Province, including the city of Wuhan, and fewer travelers undergoing entry screening in the United States. In response to the escalating risks associated with travel from mainland China, on January 31, 2020, the Presidential Proclamation further refined the border health strategy to temporarily suspend entry, undergo additional screening, or possible quarantine for individuals that have visited China (excluding Hong Kong, Macau, and Taiwan) in the past 14 days. These enhanced entry screening efforts are taking place at 11 airports at which all air travelers from China are being directed.

## Laboratory and Diagnostic Support

Chinese health officials posted the full 2019-nCoV genome sequence on January 10, 2020, to inform the development of specific diagnostic tests for this emergent coronavirus (*1*). Within a week, CDC developed a Clinical Laboratory Improvement Amendments–approved real-time RT-PCR test that can diagnose 2019-nCoV respiratory samples from clinical specimens. On January 24, CDC publicly posted the assay protocol for this test (https://www.cdc.gov/coronavirus/2019-nCoV/lab/index.html). On January 4, 2020, the Food and Drug Administration issued an Emergency Use Authorization to enable emergency use of CDC's 2019-nCoV Real-Time RT-PCR Diagnostic Panel. To date, this test has been limited to use at CDC laboratories. This authorization allows the use of the test at any CDC-qualified lab across the country. CDC is working closely with FDA and public health partners, including the American Public Health Laboratories, to rapidly share these tests domestically and internationally through CDC's International Reagent Resource (https://www.internationalreagentresource.org/). In addition, CDC uploaded the genome of the virus from the first reported cases in the United States to GenBank, the National Institutes of Health genetic sequence database of publicly available DNA sequences (https://www.ncbi.nlm.nih.gov/genbank/). CDC also is growing the virus in cell culture, which is necessary for further studies, including for additional genetic characterization. Once isolated, the virus will be made available through BEI Resources (https://www.beiresources.org/) to assist research efforts.

## Clinical and Infection Control Guidance

Additional information about 2019-nCoV is needed to better understand transmission, disease severity, and risk to the general population. Although CDC and partners are actively learning about 2019-nCoV, initial CDC guidance is based on guidance for management and prevention of respiratory illnesses including influenza, MERS, and SARS. No vaccine or specific treatment for 2019-nCoV infection is currently available. At present, medical care for patients with 2019-nCoV is supportive.

On January 31, CDC published its third Health Advisory with interim guidance for clinicians and public health practitioners.[†††] In addition, CDC issued a Clinical Action Alert through its Clinician Outreach and Communication Activity network on January 31.[§§§] Interim guidance for health care professionals is available at https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html.

††† https://emergency.cdc.gov/han/han00427.asp.
§§§ https://emergency.cdc.gov/coca/calls/2020/callinfo_013120.asp.

142 MMWR / February 7, 2020 / Vol. 69 / No. 5 US Department of Health and Human Services/Centers for Disease Control and Prevention

AZT42AR0000697

Health care providers should identify patients who might have been exposed and who have signs or symptoms related to 2019-nCoV infection, isolate these patients, and inform public health departments. This includes obtaining a detailed travel history for patients being evaluated with fever and lower respiratory tract illness. Criteria to guide evaluation and testing of PUIs for 2019-nCoV include 1) fever or signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person, including health care workers, who has had close contact¶¶¶ with a patient with laboratory-confirmed 2019-nCoV infection within 14 days of symptom onset; 2) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person with a history of travel from Hubei Province, China, within 14 days of symptom onset; or 3) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) requiring hospitalization in any person with a history of travel from mainland China within 14 days of symptom onset. Additional nonhospitalized PUIs may be tested based on consultation with state and local public health officials. Clinicians should evaluate PUIs for other possible causes of illness (e.g., influenza and respiratory syncytial virus) as clinically indicated.

CDC currently recommends a cautious approach to the examination of PUIs. These patients should be asked to wear a surgical mask as soon as they are identified, and directed to a separate area, if possible, separated by at least 6 ft (2 m) from other persons. Patients should be evaluated in a private room with the door closed, ideally an airborne infection isolation room, if available. Health care personnel entering the room should use standard precautions, contact precautions, airborne precautions, and eye protection (e.g., goggles or a face shield).

Clinicians should immediately notify the health care facility's infection control personnel and local health department. The health department will determine whether the patient needs to be considered a PUI for 2019-nCoV and be tested for infection. If directed by the health department, to increase the likelihood of detecting 2019-nCoV infection, CDC recommends collecting and testing both upper and lower respiratory tract specimens.**** Additional specimen types (e.g., stool or urine) may be collected and stored. Specimens should be collected as soon as possible once a PUI is identified regardless of time since symptom onset.

For persons who might have 2019-nCoV infection and their close contacts, information and guidance on how to reduce the risk for transmitting and acquiring infection is available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html. Close contacts should immediately call their health care providers if they develop symptoms. In addition, CDC is working closely with state and local health partners to develop and disseminate information to the public on general prevention of respiratory illness, including the 2019-nCoV. This includes everyday preventive actions such as washing your hands, covering your cough, and staying home when you are ill. Additional information and resources for this outbreak are available on the CDC website (https://www.cdc.gov/coronavirus/2019-ncov/index.html).

## Discussion

The 2019-nCoV has impacted multiple countries, caused severe illness, and sustained person-to-person transmission making it a concerning and serious public health threat. It is unclear how this virus will impact the U.S. over time. For the general population, who are unlikely to be exposed to this virus at the current time, the immediate health risk from 2019-nCoV is considered low. CDC, multiple other federal agencies, state and local health departments, and other partners are implementing aggressive measures to slow U.S. transmission of 2019-nCoV (*4,5*). These measures require the identification of cases and contacts in the United States and the effective management of the estimated 14,000 travelers arriving from mainland China to the United States each day (*3*). These measures are being implemented based on the assumption that there will be more U.S. 2019-nCoV cases occurring with potential chains of transmission, with the understanding that these measures might not prevent the eventual establishment of ongoing, widespread transmission of the virus in the United States.

It is important for public health agencies, health care providers, and the public to be aware of this new 2019-nCoV so that coordinated, timely, and effective actions can help prevent additional cases or poor health outcomes. The critical role that the U.S. health care system plays in halting or significantly slowing U.S. transmission of 2019-nCoV is already evident: eight of the first 11 U.S. cases were detected by clinicians collaborating with public health to test persons at risk. The early recognition of cases in the United States reduces transmission risk and increases understanding of the virus, including its transmission and severity, to inform national and global response actions.

¶¶¶ Close contact is defined as 1) being within approximately 6 ft (2 m) of a 2019-nCoV patient for a prolonged period while not wearing recommended personal protective equipment (PPE) (e.g., gowns, gloves, National Institute for Occupational Safety and Health–certified disposable N95 respirator, and eye protection); close contact can occur while caring for, living with, visiting, or sharing a health care waiting area or room with a 2019-nCoV patient; or 2) having direct contact with infectious secretions of a 2019-nCoV patient (e.g., being coughed on) while not wearing recommended PPE.

**** https://www.cdc.gov/coronavirus/2019-nCoV/lab/guidelines-clinical-specimens.html.

Please note: An erratum has been published for this issue. To view the erratum, please click here.

2019-nCoV symptoms are similar to those of influenza (e.g., fever, cough, or sore throat), and the outbreak is occurring during a time of year when respiratory illnesses from influenza, respiratory syncytial virus, and other respiratory viruses are highly prevalent. To prevent influenza, all persons aged ≥6 months should receive an annual influenza vaccine, and vaccination is still available and effective in helping to prevent influenza (*10*). Reducing the number of persons in the United States with seasonal influenza will reduce possible confusion with 2019-nCoV infection and possible additional risk to patients with seasonal influenza. Public health authorities are monitoring the situation closely. As more is learned about this novel virus and this outbreak, CDC will rapidly incorporate new knowledge into guidance for action.

### Acknowledgments

Arizona Department of Health Services; Maricopa County Department of Public Health; California Department of Public Health; Los Angeles County Department of Public Health; Orange County Health Department; San Benito County Public Health Services Department; Santa Clara County Public Health Department; Illinois Department of Public Health; Chicago Department of Public Health; Cook County Department of Public Health; DuPage County Health Department; Massachusetts Department of Public Health; Washington State Department of Health; Snohomish Health District.

### 2019-nCoV CDC Response Team

Fatuma Abdirizak, National Center for Immunization and Respiratory Diseases, CDC; Glen Abedi, National Center for Immunization and Respiratory Diseases, CDC; Sharad Aggarwal, National Center for Immunization and Respiratory Diseases, CDC; Denise Albina, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Elizabeth Allen, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Lauren Andersen, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Jade Anderson, Center for Preparedness and Response, CDC; Megan Anderson, Center for Preparedness and Response, CDC; Tara Anderson, Center for State, Tribal, Local and Territorial Support, CDC; Kayla Anderson, National Center on Birth Defects and Developmental Disabilities, CDC; Ana Cecilia Bardossy, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Vaughn Barry, National Center for Injury Prevention and Control, CDC; Karlyn Beer, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Michael Bell, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Sherri Berger, Office of the Director, CDC; Joseph Bertulfo, Office of the Director, CDC; Holly Biggs, National Center for Immunization and Respiratory Diseases, CDC; Jennifer Bornemann, Office of the Director, CDC; Josh Bornstein, Office of the Director, CDC; Willie Bower, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Joseph Bresee, National Center for Immunization and Respiratory Diseases, CDC; Clive Brown, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Alicia Budd, National Center for Immunization and Respiratory Diseases, CDC; Jennifer Buigut, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Stephen Burke, National Center for Immunization and Respiratory Diseases, CDC; Rachel Burke, National Center for Immunization and Respiratory Diseases, CDC; Erin Burns, National Center for Immunization and Respiratory Diseases, CDC; Jay Butler, Office of the Deputy Director of Infectious Disease, CDC; Russell Cantrell, Center for State, Tribal, Local and Territorial Support, CDC; Cristina Cardemil, National Center for Immunization and Respiratory Diseases, CDC; Jordan Cates, National Center for Immunization and Respiratory Diseases, CDC; Marty Cetron, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Kevin Chatham-Stephens, National Center on Birth Defects and Developmental Disabilities, CDC; Kevin Chatham-Stevens, National Center on Birth Defects and Developmental Disabilities, CDC; Nora Chea, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Bryan Christensen, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Victoria Chu, National Center for Immunization and Respiratory Diseases, CDC; Kevin Clarke, Center for Global Health, CDC; Angela Cleveland, National Center for Immunization and Respiratory Diseases, CDC; Nicole Cohen, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Max Cohen, Center for State, Tribal, Local and Territorial Support, CDC; Amanda Cohn, National Center for Immunization and Respiratory Diseases, CDC; Jennifer Collins, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Erin Conners, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Aaron Curns, National Center for Immunization and Respiratory Diseases, CDC; Rebecca Dahl, National Center for Immunization and Respiratory Diseases, CDC; Walter Daley, Center for Preparedness and Response, CDC; Vishal Dasari, Center for State, Tribal, Local and Territorial Support, CDC; Elizabeth Davlantes, Center for State, Tribal, Local and Territorial Support, CDC; Patrick Dawson, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Lisa Delaney, National Institute for Occupational Safety and Health, CDC; Matthew Donahue, Center for State, Tribal, Local and Territorial Support, CDC; Chad Dowell, National Institute for Occupational Safety and Health, CDC; Jonathan Dyal, National Center for Immunization and Respiratory Diseases, CDC; William Edens, National Center for Immunization and Respiratory Diseases, CDC; Rachel Eidex, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Lauren Epstein, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Mary Evans, National Center for Injury Prevention and Control, CDC; Ryan Fagan, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Kevin Farris, National Center for Immunization and Respiratory Diseases, CDC; Leora Feldstein, National Center for Immunization and Respiratory Diseases, CDC; LeAnne Fox, National Center for Immunization and Respiratory Diseases, CDC; Mark Frank, Center for Preparedness and Response, CDC; Brandi Freeman, National Center for Immunization and Respiratory Diseases, CDC; Alicia Fry, National Center for Immunization and Respiratory Diseases, CDC; James Fuller, Center for Global Health, CDC; Romeo Galang,

National Center for Chronic Disease Prevention and Promotion, CDC; Sue Gerber, National Center for Immunization and Respiratory Diseases, CDC; Runa Gokhale, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Sue Goldstein, National Center for Immunization and Respiratory Diseases, CDC; Sue Gorman, Center for Preparedness and Response, CDC; William Gregg, National Center for Immunization and Respiratory Diseases, CDC; William Greim, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Steven Grube, Office of the Director, CDC; Aron Hall, National Center for Immunization and Respiratory Diseases, CDC; Amber Haynes, National Center for Immunization and Respiratory Diseases, CDC; Sherrasa Hill, National Center for Immunization and Respiratory Diseases, CDC; Jennifer Hornsby-Myers, National Institute for Occupational Safety and Health, CDC; Jennifer Hunter, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Christopher Ionta, National Center for Immunization and Respiratory Diseases, CDC; Cheryl Isenhour, National Center for Immunization and Respiratory Diseases, CDC; Max Jacobs, Center for State, Tribal, Local and Territorial Support, CDC; Kara Jacobs Slifka, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Daniel Jernigan, National Center for Immunization and Respiratory Diseases, CDC; Michael Jhung, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Jamie Jones-Wormley, Center for Preparedness and Response, CDC; Anita Kambhampati, National Center for Immunization and Respiratory Diseases, CDC; Shifaq Kamili, National Center for Immunization and Respiratory Diseases, CDC; Pamela Kennedy, National Center for Immunization and Respiratory Diseases, CDC; Charlotte Kent, Center for Surveillance, Epidemiology and Laboratory Services, CDC; Marie Killerby, National Center for Immunization and Respiratory Diseases, CDC; Lindsay Kim, National Center for Immunization and Respiratory Diseases, CDC; Hannah Kirking, National Center for Immunization and Respiratory Diseases, CDC; Lisa Koonin, National Center for Immunization and Respiratory Diseases, CDC; Ram Koppaka, National Center for Immunization and Respiratory Diseases, CDC; Christine Kosmos, Center for Preparedness and Response, CDC; David Kuhar, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Wendi Kuhnert-Tallman, Deputy Director for Infectious Diseases, CDC; Stephanie Kujawski, National Center for Immunization and Respiratory Diseases, CDC; Archana Kumar, National Center for Immunization and Respiratory Diseases, CDC; Alexander Landon, Office of the Director, CDC; Leslie Lee, National Center for Immunization and Respiratory Diseases, CDC; Jessica Leung, National Center for Immunization and Respiratory Diseases, CDC; Stephen Lindstrom, National Center for Immunization and Respiratory Diseases, CDC; Ruth Link-Gelles, National Center for Immunization and Respiratory Diseases, CDC; Joana Lively, National Center for Immunization and Respiratory Diseases, CDC; Xiaoyan Lu, National Center for Immunization and Respiratory Diseases, CDC; Brian Lynch, National Center for Immunization and Respiratory Diseases, CDC; Lakshmi Malapati, National Center for Immunization and Respiratory Diseases, CDC; Samantha Mandel, National Center for Immunization and Respiratory Diseases, CDC; Brian Manns, National Center for Immunization and Respiratory Diseases, CDC; Nina Marano, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Mariel Marlow, National Center for Immunization and Respiratory Diseases, CDC; Barbara Marston, Center for Global Health, CDC; Nancy McClung, National Center for Immunization and Respiratory Diseases, CDC; Liz McClure, Center for Global Health, CDC; Emily McDonald, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Oliva McGovern, National Center for Immunization and Respiratory Diseases, CDC; Nancy Messonnier, National Center for Immunization and Respiratory Diseases, CDC; Claire Midgley, National Center for Immunization and Respiratory Diseases, CDC; Danielle Moulia, National Center for Immunization and Respiratory Diseases, CDC; Janna Murray, National Center for Immunization and Respiratory Diseases, CDC; Kate Noelte, Center for Preparedness and Response, CDC; Michelle Noonan-Smith, Office of the Director, CDC; Kristen Nordlund, National Center for Immunization and Respiratory Diseases, CDC; Emily Norton, National Institute for Occupational Safety and Health, CDC; Sara Oliver, National Center for Immunization and Respiratory Diseases, CDC; Mark Pallansch, National Center for Immunization and Respiratory Diseases, CDC; Umesh Parashar, National Center for Immunization and Respiratory Diseases, CDC; Anita Patel, National Center for Immunization and Respiratory Diseases, CDC; Manisha Patel, National Center for Immunization and Respiratory Diseases, CDC; Kristen Pettrone, National Center for Health Statistics, CDC; Taran Pierce, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Harald Pietz, Center for Preparedness and Response, CDC; Satish Pillai, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Lewis Radonovich, National Institute for Occupational Safety and Health, CDC; Sarah Reagan-Steiner, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Amy Reel, National Center for Immunization and Respiratory Diseases, CDC; Heather Reese, National Center for Immunization and Respiratory Diseases, CDC; Brian Rha, National Center for Immunization and Respiratory Diseases, CDC; Philip Ricks, Center for Global Health, CDC; Melissa Rolfes, National Center for Immunization and Respiratory Diseases, CDC; Shahrokh Roohi, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Lauren Roper, National Center for Immunization and Respiratory Diseases, CDC; Lisa Rotz, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Janell Routh, National Center for Immunization and Respiratory Diseases, CDC; Senthil Kumar Sakthivel, National Center for Immunization and Respiratory Diseases, CDC; Luisa Sarmiento, National Institute for Occupational Safety and Health, CDC; Jessica Schindelar, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Eileen Schneider, National Center for Immunization and Respiratory Diseases, CDC; Anne Schuchat, Office of the Director, CDC; Sarah Scott, Center for State, Tribal, Local and Territorial Support, CDC; Varun Shetty, Center for State, Tribal, Local and Territorial Support, CDC; Caitlin Shockey, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Jill Shugart, National Institute for Occupational Safety and Health, CDC; Mark Stenger, National Center for HIV/AIDS, Viral

AZT42AR0000700

Hepatitis, STD, and TB Prevention, CDC; Matthew Stuckey, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Brittany Sunshine, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Tamara Sykes, Office of the Director, CDC; Jonathan Trapp, Office of the Director, CDC; Timothy Uyeki, National Center for Immunization and Respiratory Diseases, CDC; Grace Vahey, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Amy Valderrama, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Julie Villanueva, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Tunicia Walker, Center for Preparedness and Response, CDC; Megan Wallace, National Center for Immunization and Respiratory Diseases, CDC; Lijuan Wang, National Center for Immunization and Respiratory Diseases, CDC; John Watson, National Center for Immunization and Respiratory Diseases, CDC; Angie Weber, National Institute for Occupational Safety and Health, CDC; Cindy Weinbaum, National Center for Immunization and Respiratory Diseases, CDC; William Weldon, National Center for Immunization and Respiratory Diseases, CDC; Caroline Westnedge, National Center for Immunization and Respiratory Diseases, CDC; Brett Whitaker, National Center for Immunization and Respiratory Diseases, CDC; Michael Whitaker, National Center for Immunization and Respiratory Diseases, CDC; Alcia Williams, Office of the Director, CDC; Holly Williams, Office of the Director, CDC; Ian Willams, National Center for Emerging and Zoonotic Infectious Diseases, CDC; Karen Wong, Center for Surveillance, Epidemiology and Laboratory Services, CDC; Amy Xie, Center for State, Tribal, Local and Territorial Support, CDC; Anna Yousef, National Center for Immunization and Respiratory Diseases, CDC.

Corresponding author: Anita Patel, APatel7@cdc.gov, 770-488-7100.

[1]Incident Manager, 2019-nCoV CDC Response, CDC.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. World Health Organization. Novel coronavirus (2019-nCoV). Situation report 1. Geneva, Switzerland: World Health Organization; 2020. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200121-sitrep-1-2019-ncov.pdf?sfvrsn
2. World Health Organization. Novel coronavirus(2019-nCoV). Situation report 15. Geneva, Switzerland: World Health Organization; 2020. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200204-sitrep-15-ncov.pdf?sfvrsn=88fe8ad6_2
3. Office of the President. Proclamation on suspension of entry as immigrants and nonimmigrants of persons who pose a risk of transmitting 2019 novel coronavirus. Washington, DC: Office of the President; 2020. https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-persons-pose-risk-transmitting-2019-novel-coronavirus/
4. Holloway R, Rasmussen SA, Zaza S, Cox NJ, Jernigan DB. Updated preparedness and response framework for influenza pandemics. MMWR Recomm Rep 2014;63(No. RR-6).
5. Reed C, Biggerstaff M, Finelli L, et al. Novel framework for assessing epidemiologic effects of influenza epidemics and pandemics. Emerg Infect Dis 2013;19:85–91. https://doi.org/10.3201/eid1901.120124
6. Lu R, Zhao X, Li J, et al. Genomic characterization and epidemiology of 2019 novel coronavirus: implications for virus origins and receptor binding. Lancet 2020. Epub January 29, 2020. https://doi.org/10.1016/S0140-6736(20)30251-8
7. Li Q, Guan X, Wu P, et al. Early transmission dynamics in Wuhan, China, of novel coronavirus-infected pneumonia. N Engl J Med 2020. Epub January 29, 2020. https://doi.org/10.1056/NEJMoa2001316
8. Chen N, Zhou M, Dong X, et al. Epidemiological and clinical characteristics of 99 cases of 2019 novel coronavirus pneumonia in Wuhan, China: a descriptive study. Lancet 2020. Epub January 30, 2020. https://doi.org/10.1016/S0140-6736(20)30211-7
9. Hunag C, Wang Y, Li X, et al. Clinical features of patients infected with 2019 novel coronavirus in Wuhan, China. Lancet 2020. Epub January 24, 2020. https://doi.org/10.1016/S0140-6736(20)30183-5
10. Grohskopf LA, Alyanak E, Broder KR, Walter EB, Fry AM, Jernigan DB. Prevention and control of seasonal influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices—United States, 2019–20 influenza season. MMWR Recomm Rep 2019;68(No. RR-3). https://doi.org/10.15585/mmwr.rr6803a1

Morbidity and Mortality Weekly Report

# Geographic Differences in COVID-19 Cases, Deaths, and Incidence — United States, February 12–April 7, 2020

CDC COVID-19 Response Team

*On April 10, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Community transmission of coronavirus disease 2019 (COVID-19) was first detected in the United States in February 2020. By mid-March, all 50 states, the District of Columbia (DC), New York City (NYC), and four U.S. territories had reported cases of COVID-19. This report describes the geographic distribution of laboratory-confirmed COVID-19 cases and related deaths reported by each U.S. state, each territory and freely associated state,* DC, and NYC during February 12–April 7, 2020, and estimates cumulative incidence for each jurisdiction. In addition, it projects the jurisdiction-level trajectory of this pandemic by estimating case doubling times on April 7 and changes in cumulative incidence during the most recent 7-day period (March 31–April 7). As of April 7, 2020, a total of 395,926 cases of COVID-19, including 12,757 related deaths, were reported in the United States. Cumulative COVID-19 incidence varied substantially by jurisdiction, ranging from 20.6 cases per 100,000 in Minnesota to 915.3 in NYC. On April 7, national case doubling time was approximately 6.5 days, although this ranged from 5.5 to 8.0 days in the 10 jurisdictions reporting the most cases. Absolute change in cumulative incidence during March 31–April 7 also varied widely, ranging from an increase of 8.3 cases per 100,000 in Minnesota to 418.0 in NYC. Geographic differences in numbers of COVID-19 cases and deaths, cumulative incidence, and changes in incidence likely reflect a combination of jurisdiction-specific epidemiologic and population-level factors, including 1) the timing of COVID-19 introductions; 2) population density; 3) age distribution and prevalence of underlying medical conditions among COVID-19 patients (*1–3*); 4) the timing and extent of community mitigation measures; 5) diagnostic testing capacity; and 6) public health reporting practices. Monitoring jurisdiction-level numbers of COVID-19 cases, deaths, and changes in incidence is critical for understanding community risk and making decisions about community mitigation, including social distancing, and strategic health care resource allocation.

This analysis includes all laboratory-confirmed COVID-19 cases[†] reported to CDC during February 12–April 7 from health departments in all 50 U.S. states, eight U.S. territories and freely associated states, DC, and NYC. Beginning on March 3, jurisdictions reported aggregate numbers of cases and deaths daily. Cases and deaths reported by the state of New York are exclusive of those reported by NYC. National and jurisdiction-specific case doubling times for the 10 jurisdictions with the most cases were estimated for April 7 by calculating the number of days before April 7 in which the observed cases were equal to half that reported on April 7. National and jurisdiction-specific cumulative incidences were estimated using 2018 population estimates.[§] Absolute 7-day changes in cumulative incidence were calculated by subtracting the jurisdiction-specific cumulative incidence on March 31 from that observed on April 7.

As of April 7, a total of 395,926 COVID-19 cases were reported in the United States (Table). Cases were reported by all 50 states, DC, NYC, Guam, the Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands. Two thirds of all COVID-19 cases (66.7%) were reported by eight jurisdictions: NYC (76,876), New York (61,897), New Jersey (44,416), Michigan (18,970), Louisiana (16,284), California (15,865), Massachusetts (15,202), and Pennsylvania (14,559) (Figure 1). The overall cumulative COVID-19 incidence in the United States was 119.6 cases per 100,000 population on April 7 (Table). Among jurisdictions in the continental United States, cumulative incidence was lowest in Minnesota (20.6) and highest in NYC (915.3). Nine reporting jurisdictions had rates above the national rate: NYC (915.3), New York (555.5), New Jersey (498.6), Louisiana (349.4), Massachusetts (220.3), Connecticut (217.8), Michigan (189.8), DC (172.4), and Rhode Island (133.7).

*American Samoa, Federated States of Micronesia, Guam, Marshall Islands, Northern Mariana Islands, Palau, Puerto Rico, and U.S. Virgin Islands.

† Laboratory-confirmed cases include those cases for which SARS-CoV-2, the virus that causes COVID-19, was detected by reverse transcription–polymerase chain reaction (RT-PCR) testing at a commercial, public health, or CDC laboratory. Cases among persons repatriated to the United States on State Department–chartered flights were excluded.

§ 2018 population estimates for the U.S. states, DC, and Puerto Rico were obtained from the U.S. Census Bureau (https://www.census.gov/data/tables/time-series/demo/popest/2010s-state-total.html); 2018 population estimates for NYC were obtained from the U.S. Census State Population Totals and Components of Change: 2010–2019 tables (https://www.census.gov/data/tables/time-series/demo/popest/2010s-state-total.html) and were subtracted from New York State estimates; the remaining jurisdictions' estimates were obtained from The World Bank (https://data.worldbank.org/).

AZT42AR0000702

**TABLE. Reported COVID-19 cases and deaths and estimated cumulative incidence,* March 31 and April 7, 2020, and change in cumulative incidence from March 31 to April 7, 2020 — U.S. jurisdictions**

| Jurisdiction | March 31 | | April 7 | | | March 31–April 7 |
|---|---|---|---|---|---|---|
| | No. of cases | Cumulative incidence* | No. of cases | No. (%) of deaths | Cumulative incidence* | Absolute change in cumulative incidence* |
| **States, District of Columbia, and New York City** | | | | | | |
| Alabama | 999 | 20.4 | 2,197 | 39 (1.8) | 44.9 | 24.5 |
| Alaska | 133 | 18.0 | 213 | 6 (2.8) | 28.9 | 10.8 |
| Arizona | 1,289 | 18.0 | 2,575 | 73 (2.8) | 35.9 | 17.9 |
| Arkansas | 560 | 18.6 | 993 | 18 (1.8) | 32.9 | 14.4 |
| California | 8,131 | 20.6 | 15,865 | 374 (2.4) | 40.1 | 19.6 |
| Colorado | 2,966 | 52.1 | 5,429 | 179 (3.3) | 95.3 | 43.2 |
| Connecticut | 3,128 | 87.6 | 7,781 | 277 (3.6) | 217.8 | 130.2 |
| Delaware | 319 | 33.0 | 928 | 16 (1.7) | 95.9 | 63.0 |
| District of Columbia | 495 | 70.5 | 1,211 | 24 (2.0) | 172.4 | 101.9 |
| Florida | 6,490 | 30.5 | 14,302 | 296 (2.1) | 67.1 | 36.7 |
| Georgia | 4,585 | 43.6 | 9,713 | 351 (3.6) | 92.3 | 48.7 |
| Hawaii | 185 | 13.0 | 362 | 5 (1.4) | 25.5 | 12.5 |
| Idaho | 525 | 29.9 | 1,210 | 15 (1.2) | 69.0 | 39.0 |
| Illinois | 5,994 | 47.0 | 13,549 | 380 (2.8) | 106.3 | 59.3 |
| Indiana | 2,159 | 32.3 | 5,507 | 173 (3.1) | 82.3 | 50.0 |
| Iowa | 497 | 15.7 | 1,048 | 26 (2.5) | 33.2 | 17.5 |
| Kansas | 428 | 14.7 | 900 | 27 (3.0) | 30.9 | 16.2 |
| Kentucky | 591 | 13.2 | 1,149 | 65 (5.7) | 25.7 | 12.5 |
| Louisiana | 5,237 | 112.4 | 16,284 | 582 (3.6) | 349.4 | 237.1 |
| Maine | 303 | 22.6 | 519 | 12 (2.3) | 38.8 | 16.1 |
| Maryland | 1,660 | 27.5 | 5,529 | 124 (2.2) | 91.5 | 64.0 |
| Massachusetts | 6,620 | 95.9 | 15,202 | 356 (2.3) | 220.3 | 124.3 |
| Michigan | 7,615 | 76.2 | 18,970 | 845 (4.5) | 189.8 | 113.6 |
| Minnesota | 689 | 12.3 | 1,154 | 39 (3.4) | 20.6 | 8.3 |
| Mississippi | 1,073 | 35.9 | 2,003 | 67 (3.3) | 67.1 | 31.1 |
| Missouri | 1,327 | 21.7 | 3,037 | 53 (1.7) | 49.6 | 27.9 |
| Montana | 203 | 19.1 | 332 | 6 (1.8) | 31.3 | 12.1 |
| Nebraska | 177 | 9.2 | 478 | 10 (2.1) | 24.8 | 15.6 |
| Nevada | 1,113 | 36.7 | 2,087 | 71 (3.4) | 68.8 | 32.1 |
| New Hampshire | 367 | 27.1 | 747 | 13 (1.7) | 55.1 | 28.0 |
| New Jersey | 18,696 | 209.9 | 44,416 | 1,232 (2.8) | 498.6 | 288.7 |
| New Mexico | 315 | 15.0 | 794 | 13 (1.6) | 37.9 | 22.9 |
| New York† | 32,656 | 293.1 | 61,897 | 1,378 (2.2) | 555.5 | 262.4 |
| New York City | 41,771 | 497.3 | 76,876 | 4,111 (5.3) | 915.3 | 418.0 |
| North Carolina | 1,584 | 15.3 | 3,221 | 46 (1.4) | 31.0 | 15.8 |
| North Dakota | 126 | 16.6 | 237 | 4 (1.7) | 31.2 | 14.6 |
| Ohio | 2,199 | 18.8 | 4,782 | 167 (3.5) | 40.9 | 22.1 |
| Oklahoma | 565 | 14.3 | 1,472 | 67 (4.6) | 37.3 | 23.0 |
| Oregon | 690 | 16.5 | 1,181 | 33 (2.8) | 28.2 | 11.7 |
| Pennsylvania | 4,843 | 37.8 | 14,559 | 240 (1.6) | 113.7 | 75.9 |
| Rhode Island | 520 | 49.2 | 1,414 | 30 (2.1) | 133.7 | 84.6 |
| South Carolina | 1,083 | 21.3 | 2,417 | 51 (2.1) | 47.5 | 26.2 |
| South Dakota | 108 | 12.2 | 320 | 6 (1.9) | 36.3 | 24.0 |
| Tennessee | 2,239 | 33.1 | 4,139 | 72 (1.7) | 61.1 | 28.1 |
| Texas | 3,266 | 11.4 | 8,262 | 154 (1.9) | 28.8 | 17.4 |
| Utah | 934 | 29.5 | 1,804 | 13 (0.7) | 57.1 | 27.5 |
| Vermont | 293 | 46.8 | 575 | 23 (4.0) | 91.8 | 45.0 |
| Virginia | 1,484 | 17.4 | 3,645 | 75 (2.1) | 42.8 | 25.4 |
| Washington | 4,896 | 65.0 | 8,682 | 394 (4.5) | 115.2 | 50.2 |
| West Virginia | 162 | 9.0 | 412 | 4 (1.0) | 22.8 | 13.8 |
| Wisconsin | 1,351 | 23.2 | 2,578 | 92 (3.6) | 44.3 | 21.1 |
| Wyoming | 120 | 20.8 | 221 | 0 (—) | 38.3 | 17.5 |

See table footnotes on next page.

AZT42AR0000703

**TABLE. (*Continued*) Reported COVID-19 cases and deaths and estimated cumulative incidence,* March 31 and April 7, 2020, and change in cumulative incidence from March 31 to April 7, 2020 — U.S. jurisdictions**

| | March 31 | | April 7 | | | March 31–April 7 |
|---|---|---|---|---|---|---|
| **Jurisdiction** | **No. of cases** | **Cumulative incidence*** | **No. of cases** | **No. (%) of deaths** | **Cumulative incidence*** | **Absolute change in cumulative incidence*** |
| **Territories and freely associated states** | | | | | | |
| American Samoa | 0 | 0.0 | 0 | 0 (—) | 0.0 | 0.0 |
| Federated States of Micronesia | 0 | 0.0 | 0 | 0 (—) | 0.0 | 0.0 |
| Guam | 71 | 42.8 | 122 | 4 (3.3) | 73.6 | 30.8 |
| Marshall Islands | 0 | 0.0 | 0 | 0 (—) | 0.0 | 0.0 |
| Northern Mariana Islands | 2 | 3.5 | 8 | 2 (25.0) | 14.1 | 10.5 |
| Palau | 0 | 0.0 | 0 | 0 (—) | 0.0 | 0.0 |
| Puerto Rico | 239 | 7.5 | 573 | 23 (4.0) | 17.9 | 10.5 |
| U.S. Virgin Islands | 30 | 28.0 | 45 | 1 (2.2) | 42.1 | 14.0 |
| **U.S. Total** | **186,101** | **56.2** | **395,926** | **12,757 (3.2)** | **119.6** | **63.4** |

* Cases per 100,000 population.
† Excludes New York City.

On April 7, nationwide case doubling time was approximately 6.5 days. Among the 10 jurisdictions reporting the most cases, doubling time ranged from 5.5 days in Louisiana to 8.0 days in NYC. During March 31–April 7, the overall cumulative incidence of COVID-19 increased by 63.4 cases per 100,000 (Table). This increase ranged from 8.3 in Minnesota to 418.0 in NYC. During the 7-day period, increases in 11 jurisdictions exceeded the national increase: NYC (418.0), New Jersey (288.7), New York (262.4), Louisiana (237.1), Connecticut (130.2), Massachusetts (124.3), Michigan (113.6), DC (101.9), Rhode Island (84.6), Pennsylvania (75.9), and Maryland (64.0) (Figure 2).

By April 7, 55 (98.2%) of the 56 jurisdictions reporting COVID-19 cases also reported at least one related death (Table); however, approximately half (52.7%) of all deaths (12,757) were reported from three jurisdictions: NYC (4,111), New York (1,378), and New Jersey (1,232) (Figure 3). Other jurisdictions reporting ≥300 deaths included Michigan (845), Louisiana (582), Washington (394), Illinois (380), California (374), Massachusetts (356), and Georgia (351). Case-fatality ratios ranged from 0.7% in Utah to 5.7% in Kentucky.

## Discussion

As of April 7, 2020, a total of 395,926 COVID-19 cases, including 12,757 deaths, were reported in the United States. The national cumulative incidence of 119.6 COVID-19 cases per 100,000 obscures significant geographic variation across reporting jurisdictions, with cumulative incidence in the continental U.S. ranging from 20.6 to 915.3 cases per 100,000. Increases in cumulative incidence during the most recent 7-day period (March 31–April 7) also varied widely, from 8.3 to 418.0 cases per 100,000. Geographic variation in numbers of COVID-19 cases and deaths, cumulative incidence, and changes in cumulative incidence likely reflects differences in epidemiologic and population factors as well as clinical and public health practices.

Differences in the timing of introduction and early transmission of SARS-CoV-2 (the virus that causes COVID-19) across jurisdictions might explain some of the observed geographic variation. The first documented U.S. cases of COVID-19 were among travelers returning from China and their immediate household contacts (*4*). During the third week of February, California, Oregon, and Washington reported the first U.S. cases with no known travel to China or exposure to a person with confirmed COVID-19. Case investigations indicated community transmission in these jurisdictions. Although one case of COVID-19 with an unknown exposure was reported during the fourth week of February in Florida, other cases with unknown exposure (i.e., community transmission) were not widely reported elsewhere until early March.

Because COVID-19 is primarily transmitted by respiratory droplets, population density might also play a significant role in the acceleration of transmission. Cumulative incidence in urban areas like NYC and DC exceeds the national average. Louisiana, which experienced a temporarily high population density because of an influx of visitors during Mardi Gras celebrations in mid-February, has a higher cumulative incidence and greater increase in cumulative incidence than other states in the South. Mardi Gras, which concluded on February 25, occurred at a time when cancelling mass gatherings (e.g., festivals, conferences, and sporting events) was not yet common in the United States.¶

The differential implementation and timing of community mitigation strategies across jurisdictions might have contributed to observed variation in incidence and changing

¶ CDC updated its interim guidance on COVID-19 on March 12, 2020, to reflect considerations for postponing or cancelling mass gatherings (e.g., >250 persons). https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/mass-gatherings-ready-for-covid-19.html.

AZT42AR0000704

**Summary**

What is already known about this topic?

Community transmission of COVID-19 was first detected in the United States in February 2020. By mid-March, all 50 states, the District of Columbia, New York City, and four U.S. territories had reported cases of COVID-19.

What is added by this report?

As of April 7, cumulative incidence of COVID-19 ranged widely across U.S. jurisdictions (from 20.6 to 915.3 cases per 100,000) and 7-day increases in incidence varied considerably (from 8.3 to 418.0). This report highlights geographic differences in cases, deaths, incidence, and changing incidence.

What are the implications for public health practice?

Monitoring jurisdiction-level numbers of COVID-19 cases, deaths, and changes in incidence is critical for understanding community risk and making decisions about community mitigation, including social distancing, and strategic health care resource allocation.

incidences in this analysis. Community mitigation strategies, including school and workplace closures, cancellation of mass gatherings, and shelter-in-place orders, are recommended public health practices to reduce transmission during pandemics (*5*). COVID-19 modeling estimates suggest that mitigation could lead to substantial reductions in rates of infection, hospitalization, critical care, and death in North America (*6*). The effectiveness of these strategies to mitigate rates of infection and poor outcomes relies on their timely implementation before high levels of community transmission have been observed (*7*,*8*).

Differences in the availability of and approaches to SARS-CoV-2 testing, including testing patients across the spectrum of illness severity, likely contribute to geographic differences in COVID-19 incidence across jurisdictions. For example, the state of New York (excluding NYC) reported administering 4.9 tests per 1,000 population, which was higher than the national average of 1.6 (CDC, unpublished data, March 25, 2020); this expanded level of testing might have contributed to better ascertainment of cases and might partially explain the state's higher case count and cumulative incidence. Jurisdictions that expanded public health and commercial laboratory testing later in March might also observe increases in cases and incidence as testing expands.

Differences in the numbers of deaths across jurisdictions might reflect the degree to which COVID-19 has been introduced into populations at high risk for severe outcomes (e.g., older adults or those with a high prevalence of underlying medical conditions). In Washington, which reported rapid spread of COVID-19 in several skilled nursing and long-term

**FIGURE 1. Cumulative number of reported COVID-19 cases, by jurisdiction — selected U.S. jurisdictions,*,† April 7, 2020**

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* Restricted to U.S. reporting jurisdictions with ≥5,000 COVID-19 cases reported as of April 7, 2020.
† Data from New York are exclusive of New York City.

**FIGURE 2. Cumulative incidence* of COVID-19, by report date — selected U.S. jurisdictions,†,§ March 10–April 7, 2020**

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* Cases per 100,000 population.
† Restricted to the 11 jurisdictions reporting the largest absolute increase in COVID-19 cumulative incidence during the most recent 7-day reporting period, March 31–April 7, 2020.
§ Data from New York are exclusive of New York City.



**FIGURE 3. Number of reported COVID-19–related deaths, by jurisdiction — selected U.S. jurisdictions,*,† April 7, 2020**

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* Restricted to U.S. reporting jurisdictions with ≥5,000 COVID-19 cases reported as of April 7, 2020.

† Data from New York are exclusive of New York City.

care facilities (*2,9*), the high number of deaths observed (394 [4.5%] among 8,682 cases) partially reflects the age and underlying medical conditions of populations affected by the outbreak (*1,3*). Geographic differences in reported case-fatality ratios might also reflect differences in testing practices; jurisdictions with relatively high proportions of deaths might be those where testing has been more limited and restricted to the most severely ill.

The findings in this report are subject to at least three limitations. First, reported COVID-19 cases are likely underestimated because of incomplete detection of cases and delays in case reporting. Reported deaths are also likely underestimated because of incomplete follow-up on all reported COVID-19 cases as well as death among persons infected with SARS-CoV-2 who did not receive a COVID-19 diagnosis. Second, the degree to which cases might go undetected or unreported varies across jurisdictions and might contribute significantly to the geographic variation observed in this analysis. Jurisdiction-level testing practices differ widely, and rapid increases in COVID-19 case detection have placed a high demand on health department infrastructure, leading to differential delays in case reporting. Finally, estimates of incidence, case-fatality ratios, and changes in incidence at the state and territorial levels might not be directly comparable across jurisdictions; further, COVID-19 "hotspots" and the effects of community mitigation efforts occurring within smaller geographic areas might be muted at this higher level of analysis.

Approximately 396,000 COVID-19 cases and 12,800 related deaths were reported in the United States as of April 7. The nation's 60 reporting jurisdictions are experiencing various levels of COVID-19 transmission, resulting in substantial geographic differences in numbers of cases and deaths, incidence, and changes in incidence. Monitoring changes in numbers of reported cases and disease incidence within jurisdictions over time is critical to understanding and responding to the evolving local epidemiology of this outbreak. A clear picture of the magnitude and changing incidence within a jurisdiction will inform decisions regarding implementation of community mitigation strategies, including social distancing, and strategic allocation of human and capital resources, such as those supporting the health care infrastructure.

**Acknowledgments**

State, local, and territorial health departments; clinical, public health, and emergency response personnel; Andrea Carmichael, Daniel Dewey-Mattia, Brian Emerson, Hannah Fast, Kaitlin Forsberg, Katie Fullerton, Matt Lerick, Zachary Marsh, Clinton McDaniel, Rachael Porter, Thomas Sukalac, Mitsuru Toda, Kathryn Winglee, Laura Zambrano, CDC data team.

**CDC COVID-19 Response Team**

Stephanie Bialek, CDC; Virginia Bowen, CDC; Nancy Chow, CDC; Aaron Curns, CDC; Ryan Gierke, CDC; Aron Hall, CDC; Michelle Hughes, CDC; Tamara Pilishvili, CDC; Matthew Ritchey, CDC; Katherine Roguski, CDC; Benjamin Silk, CDC; Tami Skoff, CDC; Preethi Sundararaman, CDC; Emily Ussery, CDC; Michael Vasser, CDC; Hilary Whitham, CDC; John Wen, CDC.

Corresponding author: Virginia Bowen for the CDC COVID-19 Response Team, eocevent294@cdc.gov, 770-488-7100.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. CDC COVID-19 Response Team. Severe outcomes among patients with coronavirus disease 2019 (COVID-19)—United States, February 12–March 16, 2020. MMWR Morb Mortal Wkly Rep 2020;69:343–6. https://doi.org/10.15585/mmwr.mm6912e2
2. McMichael TM, Clark S, Pogosjans S, et al.; Public Health – Seattle & King County; EvergreenHealth; CDC COVID-19 Investigation Team. COVID-19 in a long-term care facility—King County, Washington, February 27–March 9, 2020. MMWR Morb Mortal Wkly Rep 2020;69:339–42. https://doi.org/10.15585/mmwr.mm6912e1
3. CDC COVID-19 Response Team. Preliminary estimates of the prevalence of selected underlying health conditions among patients with coronavirus disease 2019—United States, February 12–March 28, 2020. MMWR Morb Mortal Wkly Rep 2020;69:382–6. https://doi.org/10.15585/mmwr.mm6913e2
4. Jernigan DB; CDC COVID-19 Response Team. Update: public health response to the coronavirus disease 2019 outbreak—United States, February 24, 2020. MMWR Morb Mortal Wkly Rep 2020;69:216–9. https://doi.org/10.15585/mmwr.mm6908e1
5. Qualls N, Levitt A, Kanade N, et al.; CDC Community Mitigation Guidelines Work Group. Community mitigation guidelines to prevent pandemic influenza—United States, 2017. MMWR Recomm Rep 2017;66(No. RR-1). https://doi.org/10.15585/mmwr.rr6601a1
6. Walker P, Whittaker C, Watson O, et al. COVID-19 reports: report 12: the global impact of covid-19 and strategies for mitigation and suppression. London, United Kingdom: Imperial College of London; 2020. https://www.imperial.ac.uk/mrc-global-infectious-disease-analysis/covid-19/report-12-global-impact-covid-19/
7. Kelso JK, Milne GJ, Kelly H. Simulation suggests that rapid activation of social distancing can arrest epidemic development due to a novel strain of influenza. BMC Public Health 2009;9:117. https://doi.org/10.1186/1471-2458-9-117
8. Tian H, Liu Y, Li Y, et al. An investigation of transmission control measures during the first 50 days of the COVID-19 epidemic in China. Science 2020. Epub March 31, 2020. https://doi.org/10.1126/science.abb6105
9. Kimball A, Hatfield KM, Arons M, et al.; Public Health–Seattle & King County; CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:377–81. https://doi.org/10.15585/mmwr.mm6913e1

AZT42AR0000708

# Update: Public Health Response to the Coronavirus Disease 2019 Outbreak — United States, February 24, 2020

Daniel B. Jernigan, MD[1]; CDC COVID-19 Response Team

*On February 25, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

An outbreak of coronavirus disease 2019 (COVID-19) caused by the 2019 novel coronavirus (SARS-CoV-2) began in Wuhan, Hubei Province, China in December 2019, and has spread throughout China and to 31 other countries and territories, including the United States (*1*). As of February 23, 2020, there were 76,936 reported cases in mainland China and 1,875 cases in locations outside mainland China (*1*). There have been 2,462 associated deaths worldwide; no deaths have been reported in the United States. Fourteen cases have been diagnosed in the United States, and an additional 39 cases have occurred among repatriated persons from high-risk settings, for a current total of 53 cases within the United States. This report summarizes the aggressive measures (*2,3*) that CDC, state and local health departments, multiple other federal agencies, and other partners are implementing to slow and try to contain transmission of COVID-19 in the United States. These measures require the identification of cases and contacts of persons with COVID-19 in the United States and the recommended assessment, monitoring, and care of travelers arriving from areas with substantial COVID-19 transmission. Although these measures might not prevent widespread transmission of the virus in the United States, they are being implemented to 1) slow the spread of illness; 2) provide time to better prepare state and local health departments, health care systems, businesses, educational organizations, and the general public in the event that widespread transmission occurs; and 3) better characterize COVID-19 to guide public health recommendations and the development and deployment of medical countermeasures, including diagnostics, therapeutics, and vaccines. U.S. public health authorities are monitoring the situation closely, and CDC is coordinating efforts with the World Health Organization (WHO) and other global partners. Interim guidance is available at https://www.cdc.gov/coronavirus/index.html. As more is learned about this novel virus and this outbreak, CDC will rapidly incorporate new knowledge into guidance for action by CDC, state and local health departments, health care providers, and communities.

Person-to-person spread of COVID-19 appears to occur mainly by respiratory transmission. How easily the virus is transmitted between persons is currently unclear. Signs and symptoms of COVID-19 include fever, cough, and shortness of breath (*4*). Based on the incubation period of illness for Middle East respiratory syndrome (MERS) and severe acute respiratory syndrome (SARS) coronaviruses, as well as observational data from reports of travel-related COVID-19, CDC estimates that symptoms of COVID-19 occur within 2–14 days after exposure. Preliminary data suggest that older adults and persons with underlying health conditions or compromised immune systems might be at greater risk for severe illness from this virus (*5*).

## COVID-19 Cases in the United States

As of February 23, 14 COVID-19 cases had been diagnosed in the following six states: Arizona (one case), California (eight), Illinois (two), Massachusetts (one), Washington (one), and Wisconsin (one). Twelve of these 14 cases were related to travel to China, and two cases occurred through person-to-person transmission to close household contacts of a person with confirmed COVID-19. An additional 39 cases were reported among repatriated U.S. citizens, residents, and their families returning from Hubei province, China (three), and from the Diamond Princess cruise ship that was docked in Yokohama, Japan (36). Thus, there have been 53 cases within the United States. No deaths have been reported in the United States.

## CDC Public Health Response

As of February 24, 2020, a total of 1,336 CDC staff members have been involved in the COVID-19 response, including clinicians (i.e., physicians, nurses, and pharmacists), epidemiologists, veterinarians, laboratorians, communicators, data scientists and modelers, and coordination staff members. Of these CDC staff members, 497 (37%) have been deployed to 39 locations in the United States and internationally, including CDC quarantine stations at U.S. ports of entry, state and local health departments, hospitals, and U.S. military bases that are housing quarantined persons, as well as WHO and ministries of health around the world. CDC staff members are working with state, local, tribal, and territorial health departments and other public health authorities to assist with case identification, contact tracing, evaluation of persons under investigation

AZT42AR0000709

(PUI) for COVID-19,* and medical management of cases; and with academic partners to understand the virulence, risk for transmission, and other characteristics of this novel virus.

CDC teams are working with the Department of Homeland Security at 11 airports where all flights from China are being directed to screen travelers returning to the United States, and to refer them to U.S. health departments for oversight of self-monitoring. CDC is also working with other agencies of the U.S. government including the U.S. Department of Defense; multiple operational divisions with the U.S. Department of Health and Human Services, including the Assistant Secretary for Preparedness and Response and the Administration for Children and Families; and the U.S. Department of State to safely evacuate U.S. citizens, residents, and their families to the United States from international locations where there is substantial, sustained transmission of COVID-19, and to house them and monitor their health during a 14-day quarantine period.

Specific guidance has been developed and posted online for health care settings, including for patient management; infection control and prevention; laboratory testing; environmental cleaning; worker safety; and international travel.† Guidance is updated as more is learned. To prepare for the possibility of community spread of COVID-19, CDC has developed tailored guidance and communications materials for communities, health care settings, public health, laboratories, schools, and businesses. Chinese and Spanish versions of certain documents are available.

**Information for travelers.** Several recent travel notices have been posted by CDC to inform travelers and clinicians about current health issues that could affect travelers' health.§ A Level 3 travel notice (avoid all nonessential travel) for China has been in effect since January 27. On February 19, Level 1 travel notices (practice usual precautions) for travelers to Hong Kong and Japan were posted. On February 22, the Level 1 travel notice for Japan was raised to Level 2 (practice enhanced precautions). A Level 2 travel notice was posted for South Korea on February 22, which was updated to Level 3 on February 24. Level 1 travel notices were posted for Iran and Italy on February 23, and then updated to Level 2 on February 24. In addition, CDC has posted information for travelers regarding apparent community transmission in Singapore, Taiwan, Thailand, and Vietnam, and recommendations for persons to reconsider cruise ship voyages in Asia.

**Airport screening.** As of February 23, a total of 46,016 air travelers had been screened at the 11 U.S. airports to which all flights from China are being directed. Since February 2, travelers to the United States who have been in China in the preceding 14 days have been limited to U.S. citizens and lawful permanent residents and others as outlined in a presidential proclamation.¶ Incoming passengers are screened for fever, cough, and shortness of breath. Any travelers with signs or symptoms of illness receive a more comprehensive public health assessment. As of February 23, 11 travelers were referred to a hospital and tested for infection; one tested positive and was isolated and managed medically. Seventeen travelers were quarantined for 14 days because of travel from Hubei Province, China, an area that was designated as high risk for exposure to COVID-19**; 13 of these 17 have completed their quarantine period.

**Persons under investigation (PUIs).** Recognizing persons at risk for COVID-19 is a critical component of identifying cases and preventing further transmission. CDC has responded to clinical inquiries from public health officials, health care providers, and repatriation teams to evaluate and test PUIs in the United States for COVID-19 following CDC guidance. As of February 23, 479 persons from 43 states and territories had been or are being tested for COVID-19; 14 (3%) had a positive test, 412 (86%) had a negative test, and 53 (11%) test results are pending.

**Laboratory testing.** As part of laboratory surge capacity for the response, CDC laboratories are testing for SARS-CoV-2 to assist with diagnosis of COVID-19. During January 18–February 23, CDC laboratories used real-time reverse transcription–polymerase chain reaction (RT-PCR) to test 2,620 specimens from 1,007 persons for SARS-CoV-2. Some additional testing is performed at selected state and other public health laboratories, with confirmatory testing at CDC. CDC is developing a serologic test to assist with surveillance for SARS-CoV-2 circulation in the U.S. population. The test detects antibodies (immunoglobulin [Ig]G, IgA, and IgM) indicating SARS-COV-2 virus exposure or past infection. In addition, CDC laboratories are developing assays to detect SARS-CoV-2 viral RNA and antigens in tissue specimens.

* Criteria to guide evaluation and testing of patients under investigation for SARS-CoV-2 include 1) fever or signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person, including a health care worker, who has had close contact with a patient with laboratory-confirmed SARS-CoV-2 infection within 14 days of symptom onset; 2) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) in any person with a history of travel from Hubei Province, China, within 14 days of symptom onset; or 3) fever and signs or symptoms of lower respiratory tract illness (e.g., cough or shortness of breath) requiring hospitalization in any person with a history of travel from mainland China within 14 days of symptom onset. Additional information is available at https://emergency.cdc.gov/han/han00427.asp and https://emergency.cdc.gov/han/han00426.asp.

† https://www.cdc.gov/coronavirus/2019-ncov/index.html.

§ https://www.cdc.gov/coronavirus/2019-ncov/travelers/index.html.

¶ Office of the President. Proclamation on suspension of entry as immigrants and nonimmigrants of persons who pose a risk of transmitting 2019 novel coronavirus. Washington, DC: Office of the President; 2020. https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-persons-pose-risk-transmitting-2019-novel-coronavirus/.

** https://www.cdc.gov/coronavirus/2019-ncov/travelers/from-china.html.

AZT42AR0000710

Finally, following CDC's establishment of SARS-CoV-2 in cell culture, CDC shared virus isolates with the Biodefense and Emerging Infections Research Resources Repository to securely distribute isolates to U.S. public health and academic institutions for additional research, including vaccine development.

**Repatriation flights from areas with substantial COVID-19 transmission.** During January 29–February 6, the U.S. government repatriated 808 U.S. citizens, residents, and their families from Hubei Province, China, on five chartered flights. At the time of departure, all travelers were free of symptoms for COVID-19 (fever or feverishness, cough, difficulty breathing). After arriving in the United States, the repatriated travelers were quarantined for 14 days at one of five U.S. military bases. CDC and U.S. government staff members monitored these travelers' health. As of February 23, 28 (3%) of these persons developed COVID-19-related symptoms and were evaluated for infection; three were found to be positive for SARS-CoV-2 and were referred for medical care and isolation. As of February 24, the remaining 805 travelers had completed their 14-day quarantine.

On February 3, passengers and crew of the Diamond Princess cruise ship were quarantined off Yokohama, Japan; a passenger who had recently disembarked in Hong Kong was confirmed to have COVID-19, and ongoing transmission was identified on the ship. By February 16, a total of 355 cases of COVID-19 had been identified among passengers and crew,[††] including 67 U.S. citizens or residents. As a result, during February 16–17, the U.S. government assisted in the repatriation of 329 U.S. citizens or residents from the ship. These travelers returned on two chartered flights. As of February 23, 36 (11%) of these repatriated persons had tested positive for SARS-CoV-2 and are under appropriate medical supervision. The remaining repatriated persons are in quarantine for 14 days. CDC is working with the U.S. embassy in Japan and the Japanese government to support U.S. passengers and crew who remained in Japan.

## Discussion

COVID-19 is a serious public health threat. Cases of COVID-19 have been diagnosed in the United States, primarily in travelers from China and quarantined repatriates, and also in two close contacts of COVID-19 patients. Currently, COVID-19 is not recognized to be spreading in U.S. communities. If sustained transmission in U.S. communities is identified, the U.S. response strategy will enhance implementation of actions to slow spread in communities (*2,6*). Implementation of basic precautions of infection control and prevention, including staying home when ill and practicing respiratory and hand hygiene will become increasingly important.

Community-level nonpharmaceutical intervention might include school dismissals and social distancing in other settings (e.g., postponement or cancellation of mass gatherings and telework and remote-meeting options in workplaces). These measures can be disruptive and might have societal and economic impact on individual persons and communities (*6*). However, studies have shown that early layered implementation of these interventions can reduce the community spread and impact of infectious pathogens such as pandemic influenza, even when specific pharmaceutical treatments and vaccines are not available (*7,8*). These measures might be critical to avert widespread COVID-19 transmission in U.S. communities (*2,6*). Mitigation measures implemented in China have included the closing of major transport hubs and preventing exit from certain cities with widespread transmission, cancellation of Chinese New Year celebrations, and prohibition of attendance at school and work (*5*). However, the impact of these measures in China has not yet been evaluated.

In the United States, the National Institutes of Health (NIH) and their collaborators are working on development of candidate vaccines and therapeutics for COVID-19. In China, multiple clinical trials of investigational therapeutics have been implemented, including two clinical trials of remdesivir, an investigational antiviral drug.[§§] An NIH randomized controlled clinical trial of investigational therapeutics for hospitalized COVID-19 patients in the United States was approved by the Food and Drug Administration; the first investigational therapeutic to be studied is remdesivir.[¶¶] In the absence of a vaccine or therapeutic, community mitigation measures are the primary method to respond to widespread transmission and supportive care is the current medical treatment.

COVID-19 symptoms are similar to those of influenza (e.g., fever, cough, and shortness of breath), and the current outbreak is occurring during a time of year when respiratory illnesses from influenza and other viruses, including other coronaviruses that cause the "common cold," are highly prevalent. To prevent influenza and possible unnecessary evaluation for COVID-19, all persons aged ≥6 months should receive an annual influenza vaccine; vaccination is still available and effective in helping to prevent influenza (*9*). To decrease risk for respiratory disease, persons can practice recommended preventive measures.[***] Persons ill with symptoms of COVID-19 who have had contact with a person with COVID-19 or recent travel to countries with apparent community spread[†††] should communicate

†† https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200216-sitrep-27-covid-19.pdf?sfvrsn = 78c0eb78_2.

§§ https://clinicaltrials.gov/ct2/show/NCT04257656?cond = remdesivir&draw = 2&rank = 1; https://clinicaltrials.gov/ct2/show/NCT04252664?cond = remdesivir&draw = 2&rank = 2.

¶¶ https://clinicaltrials.gov/ct2/show/NCT04280705?cond = COVID-19&draw = 4&rank = 22.

*** https://www.cdc.gov/coronavirus/2019-ncov/about/prevention-treatment.html.

††† https://www.cdc.gov/coronavirus/2019-ncov/locations-confirmed-cases.html.

AZT42AR0000711

**Summary**

*What is already known about this topic?*

An outbreak of coronavirus disease 2019 (COVID-19) has spread throughout China and to 31 other countries and territories, including the United States.

*What is added by this report?*

Fourteen cases have been diagnosed in the United States, in addition to 39 cases among repatriated persons from high-risk settings, for a current total of 53 cases within the United States. The U.S. government and public health partners are implementing aggressive measures to slow and contain transmission of COVID-19 in the United States.

*What are the implications for public health practice?*

Interim guidance is available at https://www.cdc.gov/coronavirus/index.html. As more is learned about this virus and the outbreak, CDC will rapidly incorporate new knowledge into guidance for action.

with their health care provider. Before seeking medical care, they should consult with their provider to make arrangements to prevent possible transmission in the health care setting. In a medical emergency, they should inform emergency medical personnel about possible COVID-19 exposure.

Areas for additional COVID-19 investigation include 1) further clarifying the incubation period and duration of virus shedding, which have implications for duration of quarantine and other mitigation measures; 2) studying the relative importance of various modes of transmission, including the role of droplets, aerosols, and fomites; understanding these transmission modes has major implications for infection control and prevention, including the use of personal protective equipment; 3) determining the severity and case-fatality rate of COVD-19 among cases in the U.S. health care system, as well as more fully describing the spectrum of illness and risk factors for infection and severe disease; 4) determining the role of asymptomatic infection in ongoing transmission; and 5) assessing the immunologic response to infection to aid in the development of vaccines and therapeutics. Public health authorities are monitoring the situation closely. As more is learned about this novel virus and this outbreak, CDC will rapidly incorporate new knowledge into guidance for action.

Corresponding author: Daniel B. Jernigan, eocevent294@cdc.gov, 770-488-7100.

[1]CDC COVID-19 Response Team, CDC.

The author has completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. World Health Organization. Coronavirus disease 2019 (COVID-19) situation report–34. Geneva, Switzerland: World Health Organization; 2020. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200223-sitrep-34-covid-19.pdf?sfvrsn=44ff8fd3_2
2. Holloway R, Rasmussen SA, Zaza S, Cox NJ, Jernigan DB. Updated preparedness and response framework for influenza pandemics. MMWR Recomm Rep 2014;63(No. RR-6).
3. Reed C, Biggerstaff M, Finelli L, et al. Novel framework for assessing epidemiologic effects of influenza epidemics and pandemics. Emerg Infect Dis 2013;19:85–91. https://doi.org/10.3201/eid1901.120124
4. Chen N, Zhou M, Dong X, et al. Epidemiological and clinical characteristics of 99 cases of 2019 novel coronavirus pneumonia in Wuhan, China: a descriptive study. Lancet 2020;395:507–13. https://doi.org/10.1016/S0140-6736(20)30211-7
5. The Novel Coronavirus Pneumonia Emergency Response Epidemiology Team. The epidemiological characteristics of an outbreak of 2019 novel coronavirus diseases (COVID-19)—China, 2020. China CDC Weekly 2020. Epub February 17, 2020.
6. Qualls N, Levitt A, Kanade N, et al.; CDC Community Mitigation Guidelines Work Group. Community mitigation guidelines to prevent pandemic influenza—United States, 2017. MMWR Recomm Rep 2017;66(No. RR-1). https://doi.org/10.15585/mmwr.rr6601a1
7. Hatchett RJ, Mecher CE, Lipsitch M. Public health interventions and epidemic intensity during the 1918 influenza pandemic. Proc Natl Acad Sci U S A 2007;104:7582–7. https://doi.org/10.1073/pnas.0610941104
8. Markel H, Lipman HB, Navarro JA, et al. Nonpharmaceutical interventions implemented by US cities during the 1918–1919 influenza pandemic. JAMA 2007;298:644–54. https://doi.org/10.1001/jama.298.6.644
9. Dawood FS, Chung JR, Kim SS, et al. Interim estimates of 2019–20 seasonal influenza vaccine effectiveness—United States, February 2020. MMWR Morb Mortal Wkly Rep 2020;69:177–82. https://doi.org/10.15585/mmwr.mm6907a1

AZT42AR0000712

Please note: This report has been corrected.

# Public Health Responses to COVID-19 Outbreaks on Cruise Ships — Worldwide, February–March 2020

Leah F. Moriarty, MPH[1]; Mateusz M. Plucinski, PhD[1]; Barbara J. Marston, MD[1]; Ekaterina V. Kurbatova, MD, PhD[1]; Barbara Knust, DVM[1]; Erin L. Murray, PhD[2]; Nicki Pesik, MD[1]; Dale Rose, PhD[1]; David Fitter, MD[1]; Miwako Kobayashi, MD, PhD[1]; Mitsuru Toda, PhD[1]; Paul T. Canty, MD[1]; Tara Scheuer, MPH[3]; Eric S. Halsey, MD[1]; Nicole J. Cohen, MD[1]; Lauren Stockman, MPH[2]; Debra A. Wadford, PhD[2]; Alexandra M. Medley, DVM[1,4]; Gary Green, MD[5]; Joanna J. Regan, MD[1]; Kara Tardivel, MD[1]; Stefanie White, MPH[1]; Clive Brown, MD[1]; Christina Morales, PhD[2]; Cynthia Yen, MPH[2]; Beth Wittry, MPH[1]; Amy Freeland, PhD[1]; Sara Naramore, MPH[3]; Ryan T. Novak, PhD[1]; David Daigle, MPH[1]; Michelle Weinberg, MD[1]; Anna Acosta, MD[1]; Carolyn Herzig, PhD[1]; Bryan K Kapella, MD[1]; Kathleen R. Jacobson, MD[2]; Katherine Lamba, MPH[2]; Atsuyoshi Ishizumi, MPH, MSc[1]; John Sarisky, MPH[1]; Erik Svendsen, PhD[1]; Tricia Blocher, MS[2]; Christine Wu, MD[3]; Julia Charles, JD[1]; Riley Wagner, MPH[1]; Andrea Stewart, PhD[1]; Paul S. Mead, MD[1]; Elizabeth Kurylo, MCM[1]; Stefanie Campbell, DVM[1]; Rachel Murray, MPH[1]; Paul Weidle, PharmD[1]; Martin Cetron, MD[1]; Cindy R. Friedman, MD[1]; CDC Cruise Ship Response Team; California Department of Public Health COVID-19 Team; Solano County COVID-19 Team

*On March 23, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

An estimated 30 million passengers are transported on 272 cruise ships worldwide each year* (*1*). Cruise ships bring diverse populations into proximity for many days, facilitating transmission of respiratory illness (*2*). SARS-CoV-2, the virus that causes coronavirus disease (COVID-19) was first identified in Wuhan, China, in December 2019 and has since spread worldwide to at least 187 countries and territories. Widespread COVID-19 transmission on cruise ships has been reported as well (*3*). Passengers on certain cruise ship voyages might be aged ≥65 years, which places them at greater risk for severe consequences of SARS-CoV-2 infection (*4*). During February–March 2020, COVID-19 outbreaks associated with three cruise ship voyages have caused more than 800 laboratory-confirmed cases among passengers and crew, including 10 deaths. Transmission occurred across multiple voyages of several ships. This report describes public health responses to COVID-19 outbreaks on these ships. COVID-19 on cruise ships poses a risk for rapid spread of disease, causing outbreaks in a vulnerable population, and aggressive efforts are required to contain spread. All persons should defer all cruise travel worldwide during the COVID-19 pandemic.

During February 7–23, 2020, the largest cluster of COVID-19 cases outside mainland China occurred on the Diamond Princess cruise ship, which was quarantined in the port of Yokohama, Japan, on February 3 (*3*). On March 6, cases of COVID-19 were identified in persons on the Grand Princess cruise ship off the coast of California; that ship was subsequently quarantined. By March 17, confirmed cases of COVID-19 had been associated with at least 25 additional cruise ship voyages. On February 21, CDC recommended avoiding travel on cruise ships in Southeast Asia; on March 8, this recommendation was broadened to include deferring all cruise ship travel worldwide for those with underlying health conditions and for persons aged ≥65 years. On March 13, the Cruise Lines International Association announced a 30-day voluntary suspension of cruise operations in the United States (*5*). CDC issued a level 3 travel warning on March 17, recommending that all cruise travel be deferred worldwide.†

## Diamond Princess

On January 20, 2020, the Diamond Princess cruise ship departed Yokohama, Japan, carrying approximately 3,700 passengers and crew (Table). On January 25, a symptomatic passenger departed the ship in Hong Kong, where he was evaluated; testing confirmed SARS-CoV-2 infection. On February 3, the ship returned to Japan, after making six stops in three countries. Japanese authorities were notified of the COVID-19 diagnosis in the passenger who disembarked in Hong Kong, and the ship was quarantined. Information about social distancing and monitoring of symptoms was communicated to passengers. On February 5, passengers were quarantined in their cabins; crew continued to work and, therefore, could not be isolated in their cabins (*6*). Initially, travelers with fever or respiratory symptoms and their close contacts were tested for SARS-CoV-2 by reverse transcription–polymerase chain reaction (RT-PCR). All those with positive test results were disembarked and hospitalized. Testing was later expanded to support a phased disembarkation of passengers, prioritizing testing of older persons, those with underlying medical conditions, and those in internal cabins with no access to the outdoors. During February 16–23, nearly 1,000 persons were repatriated by air to their home countries, including 329 persons who returned to the United States and entered quarantine or isolation.§,¶

* Not including river cruises.

† Warning level 3: avoid non-essential travel due to widespread ongoing transmission: https://wwwnc.cdc.gov/travel/notices/warning/novel-coronavirus-china.

§ Quarantine was used for persons who were exposed; isolation was used for persons who had positive test results for SARS-CoV-2.

¶ Movement for one person with resolved COVID-19 was not restricted.

AZT42AR0000713

The remaining passengers who had negative SARS-CoV-2 RT-PCR test results,** no respiratory symptoms, and no close contact with a person with a confirmed case of COVID-19 completed a 14-day ship-based quarantine before disembarkation. Those passengers who had close contact with a person with a confirmed case completed land-based quarantine, with duration determined by date of last contact. After disembarkation of all passengers, crew members either completed a 14-day ship-based quarantine, were repatriated to and managed in their home country, or completed a 14-day land-based quarantine in Japan.

Overall, 111 (25.9%) of 428 U.S. citizens and legal residents did not join repatriation flights either because they had been hospitalized in Japan or for other reasons. To mitigate SARS-CoV-2 importation into the United States, CDC used temporary "Do Not Board" restrictions (*7*) to prevent commercial airline travel to the United States,†† and the U.S. Departments of State and Homeland Security restricted travel to the United States for non-U.S. travelers.

** Based on Japanese testing procedures, which at the time included taking one oropharyngeal swab.

†† Travel restrictions were lifted when persons had either completed a 14-day monitoring period without symptoms or had met clinical criteria for release from isolation. https://japan2.usembassy.gov/pdfs/alert-20200227-diamond-princess.pdf.

Among 3,711 Diamond Princess passengers and crew, 712 (19.2%) had positive test results for SARS-CoV-2 (Figure 1). Of these, 331 (46.5%) were asymptomatic at the time of testing. Among 381 symptomatic patients, 37 (9.7%) required intensive care, and nine (1.3%) died (*8*). Infections also occurred among three Japanese responders, including one nurse, one quarantine officer, and one administrative officer (*9*). As of March 13, among 428 U.S. passengers and crew, 107 (25.0%) had positive test results for COVID-19; 11 U.S. passengers remain hospitalized in Japan (median age = 75 years), including seven in serious condition (median age = 76 years).

## Grand Princess

During February 11–21, 2020, the Grand Princess cruise ship sailed roundtrip from San Francisco, California, making four stops in Mexico (voyage A). Most of the 1,111 crew and 68 passengers from voyage A remained on board for a second voyage that departed San Francisco on February 21 (voyage B), with a planned return on March 7 (Table). On March 4, a clinician in California reported two patients with COVID-19 symptoms who had traveled on voyage A, one of whom had positive test results for SARS-CoV-2. CDC notified the cruise line, which began cancelling group activities on voyage B. More than 20 additional cases of COVID-19 among persons who did not travel on voyage B have been identified from Grand Princess voyage A, the majority in California. One death has been reported. On March 5, a response team was transported

**FIGURE 1. Cumulative number of confirmed coronavirus disease 2019 (COVID-19) cases* by date of detection — Diamond Princess cruise ship, Yokohama, Japan, February 3–March 16, 2020**

**Source:** World Health Organization (WHO) coronavirus disease (COVID-2019) situation reports. https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports/.

* Decline in cumulative number of cases on February 13 and February 25 due to correction by WHO for cases that had been counted twice.

by helicopter to the ship to collect specimens from 45 passengers and crew with respiratory symptoms for SARS-CoV-2 testing; 21 (46.7%), including two passengers and 19 crew, had positive test results. Passengers and symptomatic crew members were asked to self-quarantine in their cabins, and room service replaced public dining until disembarkation. Following docking in Oakland, California, on March 8, passengers and crew were transferred to land-based sites for a 14-day quarantine period or isolation. Persons requiring medical attention for other conditions or for symptoms consistent with COVID-19 were evaluated, tested for SARS-CoV-2 infection, and hospitalized if indicated. During land-based quarantine in the United States, all persons were offered SARS-CoV-2 testing. As of March 21, of 469 persons with available test results, 78 (16.6%) had positive test results for SARS-CoV-2. Repatriation flights for foreign nationals were organized by several governments in coordination with U.S. federal and California state government agencies. Following disinfection of the vessel according to guidance from CDC's Vessel Sanitation Program, remaining foreign nationals will complete quarantine on board. The quarantine will be managed by the cruise company, with technical assistance provided by public health experts.

On February 21, five crew members from voyage A transferred to three other ships with a combined 13,317 passengers on board. No-sail orders[§§] were issued by CDC for these ships until medical logs were reviewed and the crew members tested negative for SARS-CoV-2.

## Additional Ships

The Diamond Princess and Grand Princess had more than 800 total COVID-19 cases, including 10 deaths. During February 3–March 13, in the United States, approximately 200 cases of COVID-19 were confirmed among returned cruise travelers from multiple ship voyages, including the Diamond Princess and Grand Princess, accounting for approximately 17% of total reported U.S. cases at the time (*10*). Cases linked with cruise travel have been reported to CDC in at least 15 states. Since February, multiple international cruises have been implicated in reports of COVID-19 cases, including at least 60 cases in the United States from Nile River cruises in Egypt (Figure 2). Secondary community-acquired cases linked to returned passengers on cruises have also been reported (CDC, unpublished data, 2020).

### Discussion

Public health responses to COVID-19 outbreaks on cruise ships were aimed at limiting transmission among passengers and crew, preventing exportation of COVID-19 to other communities, and assuring the safety of travelers and responders.

§§ CDC has the authority to institute a no-sail order to prevent ships from sailing when it is reasonably believed that continuing normal operations might subject newly arriving passengers to disease.

**TABLE. Demographic characteristics of passengers and crew members on board two cruise ships with COVID-19 outbreaks January 20–March 8, 2020**

| | Diamond Princess (total 3,711 persons) | | Grand Princess, voyage B (total 3,571 persons) | |
|---|---|---|---|---|
| **Characteristic** | **Crew** | **Passengers** | **Crew** | **Passengers** |
| **Total no.** | **1,045** | **2,666** | **1,111** | **2,460** |
| **Age median (interquartile range), yrs** | 36 (29–43) | 69 (62–73) | 36 (30–43) | 68 (61–74) |
| **Total nations represented** | 48 | 36 | 44 | 24 |
| **Country of residence of passengers, no. (%)** | | | | |
| Japan | N/A | 1,281 (48) | N/A | 3 (1) |
| United States | N/A | 416 (16) | N/A | 2,008 (82) |
| Hong Kong | N/A | 260 (10) | N/A | 0 (0) |
| Canada | N/A | 251 (9) | N/A | 231 (9) |
| Australia | N/A | 223 (8) | N/A | 1 (0) |
| United Kingdom | N/A | 57 (2) | N/A | 113 (4) |
| Other countries or unknown | N/A | 178 (7) | N/A | 104 (4) |
| **Country of residence of crew members, no. (%)** | | | | |
| Philippines | 531 (51) | N/A | 529 (48) | N/A |
| India | 132 (13) | N/A | 131 (12) | N/A |
| Indonesia | 78 (7) | N/A | 57 (5) | N/A |
| Other countries or unknown | 304 (29) | N/A | 394 (35) | N/A |
| **Sex, no. (%)** | | | | |
| Male | 843 (81) | 1,189 (45) | 928 (84) | 1,120 (46) |
| Female | 202 (19) | 1,477 (55) | 183 (16) | 1,340 (54) |
| **No. of persons per cabin, mean (range)** | 1.73 (1–3) | 1.98 (1–4) | 1.75 (1–4) | 1.95 (1–4) |

**Abbreviation:** N/A = not applicable.

These responses required the coordination of stakeholders across multiple sectors, including U.S. Government departments and agencies, foreign ministries of health, foreign embassies, state and local public health departments, hospitals, laboratories, and cruise ship companies. At the time of the Diamond Princess outbreak, it became apparent that passengers disembarking from cruise ships could be a source of community transmission. Therefore, aggressive efforts to contain transmission on board and prevent further transmission upon disembarkation and repatriation were instituted. These efforts included travel restrictions applied to persons, movement restrictions applied to ships, infection prevention and control measures, (e.g., use of personal protective equipment for medical and cleaning staff), disinfection of the cabins of persons with suspected COVID-19, provision of communication materials, notification of state health departments, and investigation of contacts of cases identified among U.S. returned travelers.

Cruise ships are often settings for outbreaks of infectious diseases because of their closed environment, contact between travelers from many countries, and crew transfers between ships. On the Diamond Princess, transmission largely occurred among passengers before quarantine was implemented, whereas crew infections peaked after quarantine (*6*). On the Grand Princess, crew members were likely infected on voyage A and then transmitted SARS-CoV-2 to passengers on voyage B. The results of testing of passengers and crew on board the Diamond Princess demonstrated a high proportion (46.5%) of asymptomatic infections at the time of testing. Available statistical models of the Diamond Princess outbreak suggest that 17.9% of infected persons never developed symptoms (*9*). A high proportion of asymptomatic infections could partially explain the high attack rate among cruise ship passengers and crew. SARS-CoV-2 RNA was identified on a variety of surfaces in cabins of both symptomatic and asymptomatic infected passengers up to 17 days after cabins were vacated on the Diamond Princess but before disinfection procedures had been conducted (Takuya Yamagishi, National Institute of Infectious Diseases, personal communication, 2020). Although these data cannot be used to determine whether transmission occurred from contaminated surfaces, further study of fomite transmission of SARS-CoV-2 aboard cruise ships is warranted.

During the initial stages of the COVID-19 pandemic, the Diamond Princess was the setting of the largest outbreak outside mainland China. Many other cruise ships have since been implicated in SARS-CoV-2 transmission. Factors that facilitate spread on cruise ships might include mingling of travelers from multiple geographic regions and the closed nature of a cruise ship environment. This is particularly concerning for older passengers, who are at increased risk for serious complications of COVID-19 (*4*). The Grand Princess was an example of perpetuation of transmission from crew members across multiple consecutive voyages and the potential introduction of the virus to passengers and crew on other ships. Public health responses to cruise ship outbreaks require extensive resources. Temporary suspension of cruise ship travel during the current phase of

**FIGURE 2. Cruise ships with coronavirus disease 2019 (COVID-19) cases requiring public health responses — worldwide, January–March 2020**

AZT42AR0000716

**Summary**

What is already known about this topic?

Cruise ships are often settings for outbreaks of infectious diseases because of their closed environment and contact between travelers from many countries.

What is added by this report?

More than 800 cases of laboratory-confirmed COVID-19 cases occurred during outbreaks on three cruise ship voyages, and cases linked to several additional cruises have been reported across the United States. Transmission occurred across multiple voyages from ship to ship by crew members; both crew members and passengers were affected; 10 deaths associated with cruise ships have been reported to date.

What are the implications for public health practice?

Outbreaks of COVID-19 on cruise ships pose a risk for rapid spread of disease beyond the voyage. Aggressive efforts are required to contain spread. All persons should defer all cruise travel worldwide during the COVID-19 pandemic.

the COVID-19 pandemic has been partially implemented by cruise lines through voluntary suspensions of operations, and by CDC through its unprecedented use of travel notices and warnings for conveyances to limit disease transmission (*5*).

### Acknowledgments

Staff members responding to COVID-19 outbreaks on cruise ships; Japan's Ministry of Health, Labour and Welfare; California Department of Public Health; cruise ship passengers; Princess Cruises; Christina Armantas, Matthew Bacinskas, Cynthia Bernas, Brandon Brown, Teal Bullick, Lyndsey Chaille, Martin Cilnis, Gail Cooksey, Ydelita Gonzales, Christopher Kilonzo, Chun Kim, Ruth Lopez, Dominick Morales, Chris Preas, Kyle Rizzo, Hilary Rosen, Sarah Rutschmann, Maria Vu, California Department of Public Health, Richmond and Sacramento; Ben Gammon, Ted Selby, Solano County Public Health; Medic Ambulance Service; NorthBay HealthCare; Sutter Solano Medical Center; Kaiser Permanente Vallejo Medical Center; Kaiser Permanente Vacaville Medical Center; field teams at repatriation sites; National Institute of Infectious Diseases, Japan.

### CDC Cruise Ship Response Team

Casey Barton Behravesh, CDC; Adam Bjork, CDC; William Bower, CDC; Catherine Bozio, CDC; Zachary Braden, CDC; Mary Catherine Bertulfo, CDC; Kevin Chatham-Stephens, CDC; Victoria Chu, CDC; Barbara Cooper, CDC; Kathleen Dooling, CDC; Christine Dubray, CDC; Emily Curren, CDC; Margaret A. Honein, CDC; Kathryn Ivey, CDC; Jefferson Jones, CDC; Melissa Kadzik, CDC; Nancy Knight, CDC; Mariel Marlow, CDC; Audrey McColloch, CDC; Robert McDonald, CDC; Andrew Klevos, CDC; Sarah Poser, CDC; Robin A. Rinker, CDC; Troy Ritter, CDC; Luis Rodriguez, CDC; Matthew Ryan, CDC; Zachary Schneider, CDC; Caitlin Shockey, CDC; Jill Shugart, CDC; Margaret Silver, CDC; Paul W. Smith, CDC; Farrell Tobolowsky, CDC; Aimee Treffiletti, CDC; Megan Wallace, CDC; Jonathan Yoder, CDC.

### California Department of Public Health COVID-19 Team

Pennan Barry, California Department of Public Health; Ricardo Berumen III, California Department of Public Health; Brooke Bregman, California Department of Public Health; Kevin Campos, California Department of Public Health; Shua Chai, California Department of Public Health; Rosie Glenn-Finer, California Department of Public Health; Hugo Guevara, California Department of Public Health; Jill Hacker, California Department of Public Health; Kristina Hsieh, California Department of Public Health; Mary Kate Morris, California Department of Public Health; Ryan Murphy, California Department of Public Health; Jennifer F. Myers, California Department of Public Health; Tasha Padilla, California Department of Public Health; Chao-Yang Pan, California Department of Public Health; Adam Readhead, California Department of Public Health; Estela Saguar, California Department of Public Health; Maria Salas, California Department of Public Health; Robert E. Snyder, California Department of Public Health; Duc Vugia, California Department of Public Health; James Watt, California Department of Public Health; Cindy Wong, California Department of Public Health.

### Solano County COVID-19 Team

Meileen Acosta, Solano County Department of Public Health; Shai Davis, Solano County Department of Public Health; Beatrix Kapuszinsky, Solano County Department of Public Health; Bela Matyas, Solano County Department of Public Health; Glen Miller, Solano County Department of Public Health; Asundep Ntui, Solano County Department of Public Health; Jayleen Richards, Solano County Department of Public Health.

Corresponding author: Leah F. Moriarty, eocevent294@cdc.gov, 770-488-7100.

---

[1]CDC COVID-19 Response Team; [2]California Department of Public Health; [3]Solano Public Health, Fairfield, California; [4]Epidemic Intelligence Service, CDC; [5]Sutter Medical Group of the Redwoods, Santa Rosa, California.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

### References

1. Cruise Lines International Association. 2019 cruise trends & industry outlook. Washington, DC: Cruise Line International Association; 2019. https://cruising.org/news-and-research/-/media/CLIA/Research/CLIA-2019-State-of-the-Industry.pdf
2. Millman AJ, Kornylo Duong K, Lafond K, Green NM, Lippold SA, Jhung MA. Influenza outbreaks among passengers and crew on two cruise ships: a recent account of preparedness and response to an ever-present challenge. J Travel Med 2015;22:306–11. https://doi.org/10.1111/jtm.12215
3. World Health Organization. Coronavirus disease (COVID-2019) situation reports. Geneva, Switzerland: World Health Organization; 2020. https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports/
4. CDC COVID-19 Response Team. Severe outcomes among patients with coronavirus disease 2019 (COVID-19)—United States, February 12–March 16, 2020. MMWR Morb Mortal Wkly Rep 2020. Epub March 18, 2020. https://dx.doi.org/10.15585/mmwr.mm6912e2

AZT42AR0000717

5. Cruise Lines International Association. CLIA announces voluntary suspension in U.S. cruise operations. Washington, DC: Cruise Line International Association; 2020. https://cruising.org:443/news-and-research/press-room/2020/march/clia-covid-19-toolkit
6. Kakimoto K, Kamiya H, Yamagishi T, Matsui T, Suzuki M, Wakita T. Initial investigation of transmission of COVID-19 among crew members during quarantine of a cruise ship—Yokohama, Japan, February 2020. MMWR Morb Mortal Wkly Rep 2020;69:312–3. https://doi.org/10.15585/mmwr.mm6911e2
7. Vonnahme LA, Jungerman MR, Gulati RK, Illig P, Alvarado-Ramy F. Federal travel restrictions for persons with higher-risk exposures to communicable diseases of public health concern. Emerg Infect Dis 2017;23:S108–13. https://doi.org/10.3201/eid2313.170386
8. Ministry of Health, Labour and Welfare. About new coronavirus infections [Japanese]. Tokyo, Japan: Ministry of Health, Labour and Welfare; 2020. https://www.mhlw.go.jp/stf/seisakunitsuite/bunya/0000164708_00001.html
9. Mizumoto, K., Kagaya, K., Zarebski, A. and Chowell, G. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the Diamond Princess cruise ship, Yokohama, Japan, 2020. Eurosurveillance 2020;25. https://doi.org/10.2807/1560-7917.ES.2020.25.10.2000180
10. CDC. Coronavirus disease 2019 (COVID-19): cases in U.S. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/cases-in-us.html

AZT42AR0000718

Morbidity and Mortality Weekly Report

# Trends in Number and Distribution of COVID-19 Hotspot Counties — United States, March 8–July 15, 2020

Alexandra M. Oster, MD[1]; Gloria J. Kang, PhD[1]; Amy E. Cha, PhD[1]; Vladislav Beresovsky, PhD[1]; Charles E. Rose, PhD[1]; Gabriel Rainisch, MPH[1]; Laura Porter, PhD[1]; Eduardo E. Valverde, DrPH[1]; Elisha B. Peterson, PhD[2]; Anne K. Driscoll, PhD[1]; Tina Norris, PhD[1]; Nana Wilson, PhD[1]; Matthew Ritchey, DPT[1]; Henry T. Walke, MD[1]; Dale A. Rose, PhD[1]; Nadia L. Oussayef, JD[1]; Monica E. Parise, MD[1]; Zack S. Moore, MD[3]; Aaron T. Fleischauer, PhD[1,3]; Margaret A. Honein, PhD[1]; Emilio Dirlikov, PhD[1]; Julie Villanueva, PhD[1]

*On August 14, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The geographic areas in the United States most affected by the coronavirus disease 2019 (COVID-19) pandemic have changed over time. On May 7, 2020, CDC, with other federal agencies, began identifying counties with increasing COVID-19 incidence (hotspots) to better understand transmission dynamics and offer targeted support to health departments in affected communities. Data for January 22–July 15, 2020, were analyzed retrospectively (January 22–May 6) and prospectively (May 7–July 15) to detect hotspot counties. No counties met hotspot criteria during January 22–March 7, 2020. During March 8–July 15, 2020, 818 counties met hotspot criteria for ≥1 day; these counties included 80% of the U.S. population. The daily number of counties meeting hotspot criteria peaked in early April, decreased and stabilized during mid-April–early June, then increased again during late June–early July. The percentage of counties in the South and West Census regions* meeting hotspot criteria increased from 10% and 13%, respectively, during March–April to 28% and 22%, respectively, during June–July. Identification of community transmission as a contributing factor increased over time, whereas identification of outbreaks in long-term care facilities, food processing facilities, correctional facilities, or other workplaces as contributing factors decreased. Identification of hotspot counties and understanding how they change over time can help prioritize and target implementation of U.S. public health response activities.

Aggregate, cumulative counts of reported COVID-19 cases (*1*) were collected by USAFacts through automated extraction or manual entry of information from state and local health department websites.† CDC and the Applied Physics Laboratory (APL) of Johns Hopkins University cleaned the data to ensure nonnegative daily case counts and correct reporting errors (such as instances of 2 days' of data being recorded on a single day) and analyzed data by county and report date. Hotspot counties were identified among counties in U.S. states and the District of Columbia by applying standardized criteria developed through a collaborative process involving multiple federal agencies; hotspots were defined based on relative temporal increases in number of cases.§ Prospective hotspot detection began on May 7, 2020. The same methods were applied retrospectively to detect hotspot counties using data from January 22, when the first U.S. COVID-19 case was reported (*2*), until May 6, 2020; no counties met hotspot criteria during January 22–March 7, 2020. Data from prospective and retrospective hotspot detection were analyzed to characterize trends in COVID-19 hotspot counties and hotspot alerts (each time a county meets hotspot criteria for 1 day) over time. Counties meeting hotspot criteria were analyzed by U.S. Census region (*3*) and urbanicity¶ (*4*).

CDC and APL assessed factors contributing to increased COVID-19 cases in hotspot counties identified during May 11–July 13 by reviewing case and laboratory data from HHS Protect (https://protect-public.hhs.gov/), a secure data hub for sharing COVID-19 information for first responders, researchers, and policy-makers; health department websites; online news reports; CDC deployment information; and outreach to state health department leadership to validate the contributing factors. A county could have more than one contributing factor identified. Contributing factors included focal outbreaks (i.e., at long-term care facilities, food processing facilities, correctional facilities, or other workplaces), community transmission, increased testing or irregular reporting,

* U.S. Census regions: *Northeast:* Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, and Vermont. *Midwest:* Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin. *South:* Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia. *West:* Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.

† https://usafacts.org/articles/detailed-methodology-covid-19-data/.

§ Counties defined as hotspot counties met all four of the following criteria, relative to the date assessed: 1) >100 new COVID-19 cases in the most recent 7 days, 2) an increase in the most recent 7-day COVID-19 incidence over the preceding 7-day incidence, 3) a decrease of <60% or an increase in the most recent 3-day COVID-19 incidence over the preceding 3-day incidence, and 4) the ratio of 7-day incidence/30-day incidence exceeds 0.31. In addition, hotspots must have met at least one of the following criteria: 1) >60% change in the most recent 3-day COVID-19 incidence, or 2) >60% change in the most recent 7-day incidence.

¶ According to the CDC's National Center for Health Statistics urban-rural classification scheme for counties. *Large central metro counties:* in metropolitan statistical areas (MSAs) of ≥1 million population that contain all or part of the area's principal city. *Large fringe metro counties:* in MSAs of ≥1 million population and do not qualify as large central. *Medium metro counties:* in MSAs of 250,000–999,999 population. *Small metro counties:* in MSAs of <250,000 population. *Micropolitan counties:* in micropolitan statistical area. *Noncore counties:* not in metropolitan or micropolitan statistical areas.

AZT42AR0000719

or no discernible cause. Analysis identified differences in contributing factors, comparing community transmission versus focal outbreaks, for counties identified in May compared with those identified in June and July.

During March 8–July 15, 2020, among the 3,142 U.S. counties, 818 (26%) met hotspot criteria for ≥1 day for a total of 9,898 alerts (Figure 1). These 818 counties include 80% of the U.S. population. The median number of days (not necessarily consecutive) that a county met the hotspot criteria during March 8–July 15 was 10 (interquartile range = 5–18). The daily number of counties meeting hotspot criteria peaked at 175 in early April, decreased and stabilized at <75 per day during mid-April to early June, then increased again to 179 in early July (Figure 2).

By U.S. Census region, the percentage of counties meeting hotspot criteria differed over time (Table). During March–April, 40% of northeastern counties, representing 84% of the population of the Northeast region, met hotspot criteria for ≥1 day, whereas hotspot criteria were met by 8%–13% of counties in other regions. During May, 8%–11% of counties in all four U.S. Census regions met hotspot criteria. During June and July, 28% of southern counties, representing 76% of the population in the South Census region, and 22% of western counties, representing 86% of the population in the West Census region, met hotspot criteria, whereas 9%–10% of counties in the Northeast and Midwest, representing 16%–44% of the population in those regions, met hotspot criteria.

The percentage of counties meeting hotspot criteria also varied over time by counties' urbanicity. The percentage of large central metropolitan counties meeting hotspot criteria was 97% during March–April, 46% in May, and 78% during June–July; the proportions were lower for large fringe metropolitan counties (31%, 16%, and 39%, respectively). The proportion of counties in medium metropolitan areas meeting hotspot criteria during June–July was higher (46%) than the percentage during March–April (26%), as was true for counties in small metropolitan areas (32% versus 13%) and micropolitan areas (16% versus 5%). Few counties in noncore areas met hotspot criteria (1%–3%).

Factors contributing to increases in cases were identified for 116 (94%) of 124 counties with new hotspot alerts during May 11–31 (mean = 1.7 per county, total = 214), and for 389 (72%) of 539 counties with new alerts during June 1–July 13, (mean = 1.2 per county, total = 481). The proportion of factors contributing to the increases in reported COVID-19 cases that were focal outbreaks decreased from 56% during May 11–31 to 24% during June 1–July 13, whereas the proportion of identified factors that were community transmission increased from 18% to 41%, and the proportion not related to any discernible factor increased from 8% to 24%. The proportion with increased testing or reporting delay identified as contributing factors decreased from 17% to 11%.

During May 7–July 15, CDC deployed 92 teams comprising 375 persons to 37 states and the District of Columbia; the majority of these deployments were related to hotspots. For example, in response to requests for assistance with hotspot counties, CDC and the U.S. Public Health Service (USPHS; https://www.usphs.gov/) deployed multidisciplinary teams to North Carolina beginning June 13 (CDC) and June 22 (USPHS) to assist with case investigation, contact tracing, and data management; the CDC Foundation (https://www.cdcfoundation.org/) provided additional contact tracers to support local health departments in North Carolina in managing these hotspots. These public health staff members collaborated with the extensive network of local and state health officials responding to the pandemic.

## Discussion

Identifying hotspot counties experiencing localized increases in COVID-19 incidence provides CDC and other federal, state, and local agencies critical information for understanding the changing epidemiology of COVID-19 and targeting the implementation of rapid public health response activities. After hotspot counties are identified, quantitative and qualitative data from multiple data sources (describing not only local epidemiology, but also demographic characteristics, prevention efforts, testing, and health care utilization) are used to inform outreach to local officials. Outreach to local officials provides an opportunity to validate findings, identify specific concerns within the community, and identify resources and opportunities for interventions adapted to the specific needs of the local area. Such intervention can include technical assistance from federal staff members upon request from state health departments, including deployments to support epidemiology and analysis, contact tracing, laboratory testing, community mitigation, worker safety, infection prevention and control, health communications, and health care. These types of partnerships, exemplified by the collaborative effort between CDC, North Carolina Department of Health and Human Services, USPHS, and the CDC Foundation, highlight the intensive local, state, and federal efforts being used across the country to focus urgent public health actions where they are needed most.

Increased community transmission during June and July demonstrated the speed with which SARS-CoV-2, the virus that causes COVID-19, can spread, even in the absence of outbreaks in high-risk congregate settings, such as long-term care facilities, food processing facilities, and correctional facilities (*5,6,7*). Increasing geographic spread across metropolitan and micropolitan counties with community transmission indicates a pressing need to strengthen community mitigation efforts, including use of face masks, physical distancing, and hand hygiene. Population characteristics as well as other cultural, language, and sociopolitical factors should be considered when

Morbidity and Mortality Weekly Report

**FIGURE 1. Number of COVID-19 hotspot alerts, by county and number of days* meeting hotspot criteria for (A) March 8–April 30, (B) May 1–31, (C) June 1–July 15, and (D) entire period — United States, March 8–July 15, 2020**

A
≥29
22–28
15–21
8–14
1–7
B
≥29
22–28
15–21
8–14
1–7

US Department of Health and Human Services/Centers for Disease Control and Prevention MMWR / August 21, 2020 / Vol. 69 / No. 33 1129

AZT42AR0000721

**FIGURE 1. (*Continued*) Number of COVID-19 hotspot alerts, by county and number of days* meeting hotspot criteria for (A) March 8–April 30, (B) May 1–31, (C) June 1–July 15, and (D) entire period — United States, March 8–July 15, 2020**

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* Each county is shaded according to the number of days that the county met hotspot criteria, with shading in 7-day increments.

**FIGURE 2. Daily number of COVID-19 hotspot alerts, by urbanicity,* and 7-day average of new reported cases — United States, March 8–July 15, 2020†**

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* According to CDC's National Center for Health Statistics urban-rural classification scheme for counties. *Large central metro counties*: in metropolitan statistical areas (MSAs) of ≥1 million population that contain all or part of the area's principal city. *Large fringe metro counties*: in MSAs of ≥1 million population and do not qualify as large central. *Medium metro counties*: in MSAs of 250,000–999,999 population. *Small metro counties*: in MSAs of <250,000 population. *Micropolitan counties*: in micropolitan statistical area. *Noncore counties*: not in metropolitan or micropolitan statistical areas.

† No hotspots were detected during January 22–March 7, 2020.

developing and implementing locally adapted responses, ideally with engagement of local community leaders.

The findings in this report are subject to at least three limitations. First, identification of hotspot counties was based on aggregate data, and differences in testing availability, reporting delays, and changes in reporting over time might have affected the extent to which numbers of reported cases correlated with actual incidence. Second, in hotspot criteria, the absolute threshold for cases means that counties with smaller population sizes are less likely to be identified as a hotspot. Increases in cases are still monitored among smaller counties, with a focus on trends in neighboring counties. Finally, information on contributing factors was taken from data available from existing sources and might not have included all factors contributing to increased cases; availability of information might have varied for different communities.

Identification of hotspot counties permits a focused approach to assessment and response by local, state, and federal agencies. Efforts are underway to further improve methods to identify the most concerning hotspots, enabling enhanced response, and to detect communities at increased risk for becoming hotspots, facilitating earlier action. Rapid identification and characterization of hotspots will improve the timeliness and effectiveness of response efforts that can ultimately reduce the number of new COVID-19 cases.

**Acknowledgments**

Natalie Anderson, Christine Agnew-Brune, Marissa Persons, Gemille Purnell, Jill Shugart, Stacy Thorne, Jessica N. Ricaldi, Corinne Fukayama, Aamir Rashid, Jennifer Fuld, Matthew E. Oster.

**TABLE. Number of COVID-19 hotspot counties, by U.S. Census region* and urbanicity† — United States, March 8–July 15, 2020§**

| Characteristic | No. (column %) | | Unique hotspot counties¶ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | | March–April | | May | | June–July | |
| | Total U.S. counties | Total U.S. population | No. (row %) of counties | Row % of population | No. (row %) of counties | Row % of population | No. (row %) of counties | Row % of population | No. (row %) of counties | Row % of population |
| **Total** | **3,142 (100)** | **328,239,523 (100)** | **818 (26)** | **80** | **365 (12)** | **64** | **274 (9)** | **29** | **621 (20)** | **61** |
| **U.S. Census region*** | | | | | | | | | | |
| Northeast | 217 (7) | 55,982,803 (17) | 94 (43) | 86 | 86 (40) | 84 | 24 (11) | 10 | 20 (9) | 16 |
| South | 1,422 (45) | 125,580,448 (38) | 456 (32) | 81 | 137 (10) | 54 | 127 (9) | 32 | 399 (28) | 76 |
| Midwest | 1,055 (34) | 68,329,004 (21) | 163 (16) | 67 | 84 (8) | 52 | 83 (8) | 32 | 104 (10) | 44 |
| West | 448 (14) | 78,347,268 (24) | 105 (23) | 86 | 58 (13) | 75 | 40 (9) | 36 | 98 (22) | 86 |
| **Urbanicity†** | | | | | | | | | | |
| Large central metro | 68 (2) | 101,005,069 (31) | 68 (100) | 100 | 66 (97) | 99 | 31 (46) | 36 | 53 (78) | 79 |
| Large fringe metro | 368 (12) | 82,475,531 (25) | 207 (56) | 90 | 115 (31) | 72 | 59 (16) | 28 | 144 (39) | 59 |
| Medium metro | 372 (12) | 68,841,839 (21) | 198 (53) | 86 | 96 (26) | 59 | 72 (19) | 39 | 170 (46) | 73 |
| Small metro | 358 (11) | 29,854,023 (9) | 140 (39) | 63 | 47 (13) | 22 | 46 (13) | 22 | 116 (32) | 53 |
| Micropolitan | 641 (20) | 27,294,422 (8) | 143 (22) | 28 | 29 (5) | 6 | 40 (6) | 7 | 101 (16) | 22 |
| Noncore | 1,335 (42) | 18,768,639 (6) | 62 (5) | 9 | 12 (0) | 2 | 26 (2) | 4 | 37 (3) | 6 |

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* *Northeast*: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, and Vermont. *Midwest*: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin. *South*: Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia. *West*: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.

† According to CDC's National Center for Health Statistics urban-rural classification scheme for counties. *Large central metro counties*: in metropolitan statistical areas (MSAs) of ≥1 million population that contain all or part of the area's principal city. Large fringe metro *counties*: in MSAs of ≥1 million population and do not qualify as large central. *Medium metro counties:* in MSAs of 250,000–999,999 population. *Small metro counties:* in MSAs of <250,000 population. *Micropolitan counties:* in micropolitan statistical area. *Noncore counties:* not in metropolitan or micropolitan statistical areas.

§ Hotspot counties ascertained retrospectively for March 8–May 6, 2020, and prospectively for May 7–July 15, 2020.

¶ Each county with at least one alert during the period is included.

**Summary**

*What is already known about this topic?*

U.S. geographic areas most affected by the COVID-19 pandemic have changed over time.

*What is added by this report?*

During March 8–July 15, 2020, 818 (26%) of 3,142 U.S. counties were identified as COVID-19 hotspots (counties meeting specified criteria relating to temporal increases in number of cases and incidence); these counties included 80% of the U.S. population. More hotspots were identified in the South and West during June–July.

*What are the implications for public health practice?*

Identification of hotspot counties allows for a focused approach for assessing localized COVID-19 outbreaks and implementing targeted public health response activities.

Corresponding author: Alexandra M. Oster, aoster@cdc.gov.

[1]CDC COVID-19 Response Team; [2]Applied Physics Laboratory, Johns Hopkins University, Laurel, Maryland; [3]Division of Public Health, North Carolina Department of Health and Human Services, Raleigh, North Carolina.

## References

1. Council of State and Territorial Epidemiologists. Standardized surveillance case definition and national notification for 2019 novel coronavirus disease (COVID-19). Atlanta, GA: Council of State and Territorial Epidemiologists; 2020. https://cdn.ymaws.com/www.cste.org/resource/resmgr/2020ps/Interim-20-ID-01_COVID-19.pdf
2. Holshue ML, DeBolt C, Lindquist S, et al.; Washington State 2019-nCoV Case Investigation Team. First case of 2019 novel coronavirus in the United States. N Engl J Med 2020;382:929–36. https://doi.org/10.1056/NEJMoa2001191
3. US Census Bureau. Census regions and divisions of the United States. Suitland, MD: US Department of Commerce, US Census Bureau; 2020. https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf
4. Ingram DD, Franco SJ. 2013 NCHS urban-rural classification scheme for counties. Vital Health Stat 2 2014;166:1–73.
5. Wallace M, Hagan L, Curran KG, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:587–90. https://doi.org/10.15585/mmwr.mm6919e1
6. Waltenburg MA, Victoroff T, Rose CE, et al.; COVID-19 Response Team. Update: COVID-19 among workers in meat and poultry processing facilities—United States, April–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:887–92. https://doi.org/10.15585/mmwr.mm6927e2
7. Kimball A, Hatfield KM, Arons M, et al.; Public Health – Seattle & King County; CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:377–81. https://doi.org/10.15585/mmwr.mm6913e1

Morbidity and Mortality Weekly Report

# SARS-CoV-2 Infections and Serologic Responses from a Sample of U.S. Navy Service Members — USS Theodore Roosevelt, April 2020

Daniel C. Payne, PhD[1]; Sarah E. Smith-Jeffcoat, MPH[1]; Gosia Nowak, MPH[2]; Uzo Chukwuma, MPH[2]; Jesse R. Geibe, MD[2]; Robert J. Hawkins, PhD, DNP[2]; Jeffrey A. Johnson, PhD[1]; Natalie J. Thornburg, PhD[1]; Jarad Schiffer, MS[1]; Zachary Weiner, PhD[1]; Bettina Bankamp, PhD[1]; Michael D. Bowen, PhD[1]; Adam MacNeil, PhD[1]; Monita R. Patel, PhD[1]; Eric Deussing, MD[2]; CDC COVID-19 Surge Laboratory Group; Bruce L. Gillingham, MD[2]

*On June 9, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Compared with the volume of data on coronavirus disease 2019 (COVID-19) outbreaks among older adults, relatively few data are available concerning COVID-19 in younger, healthy persons in the United States (*1*,*2*). In late March 2020, the aircraft carrier USS Theodore Roosevelt arrived at port in Guam after numerous U.S. service members onboard developed COVID-19. In April, the U.S. Navy and CDC investigated this outbreak, and the demographic, epidemiologic, and laboratory findings among a convenience sample of 382 service members serving aboard the aircraft carrier are reported in this study. The outbreak was characterized by widespread transmission with relatively mild symptoms and asymptomatic infection among this sample of mostly young, healthy adults with close, congregate exposures. Service members who reported taking preventive measures had a lower infection rate than did those who did not report taking these measures (e.g., wearing a face covering, 55.8% versus 80.8%; avoiding common areas, 53.8% versus 67.5%; and observing social distancing, 54.7% versus 70.0%, respectively). The presence of neutralizing antibodies, which represent antibodies that inhibit SARS-CoV-2, among the majority (59.2%) of those with antibody responses is a promising indicator of at least short-term immunity. This report improves the understanding of COVID-19 in the U.S. military and among young adults in congregate settings and reinforces the importance of preventive measures to lower risk for infection in similar environments.

In mid-January, the USS Theodore Roosevelt was deployed to the western Pacific. An outbreak of COVID-19 occurred during deployment, which resulted in the aircraft carrier stopping in Guam at the end of March. During this time, approximately 1,000 service members were determined to be infected with SARS-CoV-2, the virus that causes COVID-19. The United States Navy and CDC investigated this ongoing outbreak during April 20–24; 382 service members voluntarily completed questionnaires and provided serum specimens (a convenience sample comprising 27% of 1,417 service members staying at the base on Guam or on the ship). The 1,417 included persons who were previously infected, currently infected, or never infected. Among these 382 service members, 267 (70%) also provided a nasopharyngeal (NP) swab specimen. Serum specimens were tested for antibody reactivity using a CDC-developed, SARS-CoV-2 spike protein enzyme-linked immunosorbent assay (ELISA) (a pan-immunoglobulin assay) as an indicator of previous SARS-CoV-2 exposure and infection; signal threshold ratio ≥1 was defined as a positive ELISA result (*3*). ELISA-positive specimens were further tested for neutralizing antibodies using a microneutralization assay to detect presence of SARS-CoV-2 inhibiting antibodies (antibody titers >40 defined as positive). Real-time reverse transcription–polymerase chain reaction (RT-PCR) testing of NP swab specimens was used to detect SARS-CoV-2 RNA (*4*). Previous or current SARS-CoV-2 infection was defined as a positive real-time RT-PCR result or positive ELISA result.

At the time of specimen collection, participants completed a questionnaire eliciting information on demographic characteristics, exposure, COVID-19 protective behaviors, health history, and symptoms; participants also reported whether they had had a previous positive COVID-19 test since deployment but before this investigation. Protective behaviors listed on the questionnaire were not mutually exclusive, so participants could select all that applied. Reported symptoms were categorized using the Council of State and Territorial Epidemiologists (CSTE) case definition for COVID-19 (*5*), including category A (at least cough or shortness of breath/difficulty breathing) and category B (no cough or shortness of breath, but two or more other symptoms*) or neither. Demographic, exposure, and symptom characteristics and engagement in protective behaviors were compared among participants infected with SARS-CoV-2 and those having no evidence of previous or current infection, and unadjusted odds ratios (ORs) with 95% confidence intervals (CIs) were calculated. Analyses were performed using SAS statistical software (version 9.4; SAS Institute).

Among the 382 survey participants (Figure 1), 289 (75.7%) were male; their median age was 30 years (interquartile range [IQR] = 24–35 years), 223 (58.4%) were non-Hispanic white, and 28 (7.3%) reported a history of asthma, hypertension, diabetes, or immunosuppression (Table). Among 238 (62.0%) participants with previous or current SARS-CoV-2 infection, 194 (81.5%) reported one or more symptoms, 44 (18.5%)

* Fever, chills, muscle pain, headache, sore throat, new taste or smell disorder.

AZT42AR0000725

**Summary**

What is already known about this topic?

Information about COVID-19 among young adults is limited.

What is added by this report?

Among a convenience sample of 382 young adult U.S. service members aboard an aircraft carrier experiencing a COVID-19 outbreak, 60% had reactive antibodies, and 59% of those also had neutralizing antibodies at the time of specimen collection. One fifth of infected participants reported no symptoms. Preventive measures, such as using face coverings and observing social distancing, reduced risk for infection.

What are the implications for public health practice?

Young, healthy adults with COVID-19 might have mild or no symptoms; therefore, symptom-based surveillance might not detect all infections. Use of face coverings and other preventive measures could mitigate transmission. The presence of neutralizing antibodies among the majority is a promising indicator of at least short-term immunity.

were asymptomatic, and two (0.8%) were hospitalized for COVID-19. Among all participants, the prevalence of previous or current infection among males was higher than that among females (OR = 1.8) but did not differ significantly by age, race, ethnicity, or history of a preexisting medical condition.

Among 284 symptomatic participants (194 [68.3%] with previous or current SARS-CoV-2 infections and 90 [31.7%] without), loss of taste (ageusia) or smell (anosmia) were the symptoms most strongly associated with previous or current infection (OR = 10.3), followed by fever (OR = 2.8), chills (OR = 2.7), and myalgia (OR = 2.6) (Figure 2). CSTE-defined category B symptoms were more strongly associated with infection (OR = 5.8) than were category A symptoms (OR = 3.5). Reporting four or more symptoms and seeking medical care for symptoms (OR = 2.3) were significantly associated with infection.

Overall, 228 (59.7%) participants had a positive ELISA result, and among those, 135 (59.2%) also had a positive microneutralization test result. Among those with positive ELISA results, Hispanic/Latino participants were more likely to have positive microneutralization test results (33 of 44; 75.0%) than were participants of non-Hispanic/Latino or unspecified ethnicity (102 of 184; 55.4%) (OR = 2.4; 95% CI = 1.1–5.1). Among the 267 participants who provided an NP swab, 98 (36.7%) had a positive real-time RT-PCR result; 171 (64.0%) persons who provided an NP swab had a positive ELISA result. Among 235 participants who reported a positive SARS-CoV-2 test result before this investigation (defined as during this deployment, mid-January to April 20–24, 2020), 212 (90.2%) had positive ELISA results compared with 16 (10.9%) among 147 not reporting previous positive test results for SARS-CoV-2 (OR = 75.5; 95% CI = 38.5–148.1).

Among 191 symptomatic participants who reported a symptom onset date and had positive real-time RT-PCR results, positive ELISA results, or both, eight had positive real-time RT-PCR and negative ELISA results; for these participants, ≤15 days had elapsed since symptom onset at the time of specimen collection (Figure 3). Among symptomatic participants with positive ELISA results and positive microneutralization test results (n = 107), a median of 22 days (IQR = 15–26) had elapsed since symptom onset at the time of specimen collection (Figure 3). Among 12 participants with positive ELISA results >40 days after symptom onset, eight maintained positive microneutralization test results, including two participants who were tested >3 months after symptom onset.

Prevalence of previous or current infection was higher among participants who reported contact with someone known to have COVID-19 (64.2%), compared with those who did not (41.7%) (OR = 2.5; 95% CI = 1.1–5.8); prevalence was also higher among persons who reported sharing the same sleeping berth with a crewmember who had positive test results (65.6%), compared with those who did not (36.4%) (OR = 3.3; 95% CI = 1.8–6.1). Lower odds of infection were independently associated with self-report of wearing a face covering (55.8% versus 80.8%; OR = 0.3; 95% CI = 0.2–0.5), avoiding common areas (53.8% versus 67.5%; OR = 0.6; 95% CI = 0.4–0.9), and observing social distancing (54.7% versus 70.0%; OR = 0.5; 95% CI = 0.3–0.8), compared with service members who did not report these behaviors.

## Discussion

In this convenience sample of young, healthy U.S. service members experiencing close contact aboard an aircraft carrier, those with previous or current SARS-CoV-2 infection experienced mild illness overall, and nearly 20% were asymptomatic. Approximately one third of participants reported fever, myalgia, and chills and had higher odds of SARS-CoV-2 infection than did persons who reported cough and shortness of breath. Participants reporting anosmia (loss of sense of smell) or ageusia (loss of sense of taste) had 10 times the odds of having infection, compared with those who did not.

A study of adolescents and young adults with mild COVID-19 illness in China found rapid propagation of chains of transmission by asymptomatic persons (*6*). Reporting symptoms of anosmia and ageusia was common, and these symptoms are recognized in other respiratory viral infections as well. Acute anosmia was reported among one in seven COVID-19 patients in a South Korean study and was perceived to be an important sign of the disease (*7*). Others concluded that new onset anosmia should be considered SARS-CoV-2 infection until proven otherwise and recommended immediate isolation and confirmatory testing in persons with this symptom (*8*). Whereas

AZT42AR0000726

**FIGURE 1. Laboratory results among a convenience sample of U.S. service members who provided serum specimens* (N = 382) and nasopharyngeal swabs (N = 267) for SARS-CoV-2 testing — USS Theodore Roosevelt, April 2020**

**Abbreviations:** Ab = antibody; ELISA = enzyme-linked immunosorbent assay; Inc = inconclusive; Neg = negative; Pos = positive; RT-PCR = real-time reverse transcription–polymerase chain reaction.
* Of those with positive serum ELISA tests, 59% demonstrated positive microneutralization tests.

**TABLE. Comparison of U.S. Navy service members with and without previous or current SARS-CoV-2 infection (N = 382) — USS Theodore Roosevelt, April 2020**

| Characteristic | No. (%) | | Infection versus no infection OR (95% CI)† |
|---|---|---|---|
| | Current or previous SARS-CoV-2 infection* (N = 238) | No evidence of SARS-CoV-2 infection (N = 144) | |
| **RT-PCR and antibody results** | | | |
| RT-PCR positive and ELISA positive | 88 (37.0) | 0 | N/A |
| RT-PCR negative and ELISA positive | 83 (34.9) | 0 | N/A |
| RT-PCR positive and ELISA negative | 10 (4.2) | 0 | N/A |
| RT-PCR not done and ELISA positive | 57 (23.9) | 0 | N/A |
| RT-PCR negative or not done and ELISA negative | 0 | 144 (100) | N/A |
| **Sex** | | | |
| Male | 190 (65.7) | 99 (34.3) | 1.80 (1.12–2.89)§ |
| Female | 48 (51.6) | 45 (48.4) | Referent |
| **Age group (yrs)** | | | |
| 18–24 | 77 (68.1) | 36 (31.9) | Referent |
| 25–29 | 50 (64.1) | 28 (35.9) | 0.84 (0.45–1.54) |
| 30–39 | 87 (58.8) | 61 (41.2) | 0.67 (0.40–1.11) |
| 40–59 | 24 (55.8) | 19 (44.2) | 0.59 (0.29–1.21) |
| **Race/Ethnicity¶** | | | |
| AI/AN or NH/PI | 9 (60.0) | 6 (40.0) | 0.86 (0.29–2.49) |
| Asian | 13 (61.9) | 8 (38.1) | 0.93 (0.37–2.33) |
| Black | 25 (61.0) | 16 (39.0) | 0.89 (0.45–1.77) |
| Hispanic/Latino | 47 (61.8) | 29 (38.2) | 0.92 (0.54–1.58) |
| Other/Unknown | 2 (33.3) | 4 (66.7) | 0.29 (0.05–1.59) |
| White | 142 (63.7) | 81 (36.3) | Referent |
| **History of asthma, hypertension, diabetes, or immunosuppression** | 15 (53.6) | 13 (46.4) | 0.68 (0.31, 1.47) |
| **Reported ≥1 symptom** | | | |
| Yes | 194 (81.5) | 90 (62.5) | 2.65 (1.65–4.23)§ |
| No | 44 (18.5) | 54 (37.5) | Referent |
| **Symptoms (among those reporting ≥1 symptom)** | | | |
| **Symptoms (CSTE criteria)**** | | | |
| Category A | 97 (50.0) | 36 (40.0) | 3.50 (1.90–6.45)§ |
| Category B | 67 (34.5) | 15 (16.7) | 5.81 (2.78–12.11)§ |
| Other symptom(s) | 30 (15.5) | 39 (43.3) | Referent |
| **Individual symptoms** | | | |
| Loss of taste, smell, or both | 119 (61.3) | 12 (13.3) | 10.31 (5.26–20.21)§ |
| Palpitations | 19 (9.8) | 3 (3.3) | 3.15 (0.91–10.93) |
| Fever (documented or subjective) | 89 (45.9) | 21 (23.3) | 2.79 (1.58–4.90)§ |
| Chills | 85 (43.8) | 20 (22.2) | 2.73 (1.54–4.84)§ |
| Myalgia | 109 (56.2) | 30 (33.3) | 2.56 (1.52–4.32)§ |
| Cough | 86 (44.3) | 29 (32.2) | 1.68 (0.99–2.83) |
| Nausea | 40 (20.6) | 13 (14.4) | 1.54 (0.78–3.05) |
| Fatigue | 107 (55.2) | 41 (45.6) | 1.47 (0.89–2.43) |
| Shortness of breath/difficulty breathing | 46 (23.7) | 17 (18.9) | 1.33 (0.72–2.49) |
| Chest pain | 40 (20.6) | 15 (16.7) | 1.30 (0.68–2.50) |
| Abdominal pain | 39 (20.1) | 15 (16.7) | 1.26 (0.65–2.42) |
| Runny nose | 108 (55.7) | 46 (51.1) | 1.20 (0.73–1.98) |
| Diarrhea | 47 (24.2) | 20 (22.2) | 1.12 (0.62–2.03) |
| Headache | 129 (66.5) | 59 (65.6) | 1.04 (0.62–1.77) |
| Vomiting | 11 (5.7) | 5 (5.6) | 1.02 (0.34–3.03) |
| Sore throat | 81 (41.8) | 44 (48.9) | 0.75 (0.45–1.24) |
| **Sought medical care for symptoms** | 115 (59.3) | 35 (38.9) | 2.29 (1.37–3.82)§ |
| **Hospitalized** | 2 (1.0) | 0 | N/A |

See table footnotes on next page.

anosmia or ageusia alone was predictive of COVID-19, absence of either of these symptoms should not be used to rule out SARS-CoV-2 infection.

Nearly two thirds of persons in this sample had positive ELISA test results, which indicate previous exposure to SARS-CoV-2. Among those who provided NP swab samples, approximately one third had positive real-time RT-PCR test results, some having recent symptom onset without evidence of having yet developed an antibody response. In another study, seroconversion among laboratory-confirmed COVID-19

AZT42AR0000728

**TABLE. (*Continued*) Comparison of U.S. Navy service members with and without previous or current SARS-CoV-2 infection (N = 382) — USS Theodore Roosevelt, April 2020**

| Characteristic | No. (%) Current or previous SARS-CoV-2 infection* (N = 238) | No evidence of SARS-CoV-2 infection (N = 144) | Infection versus no infection OR (95% CI)† |
|---|---|---|---|
| **Number of symptoms** | | | |
| 1–3 | 51 (26.3) | 49 (54.4) | Referent |
| 4–5 | 37 (19.1) | 13 (14.4) | 2.74 (1.30–5.75)§ |
| 6–8 | 50 (25.8) | 16 (17.8) | 3.00 (1.51–5.96)§ |
| >8 | 56 (28.9) | 12 (13.3) | 4.48 (2.15–9.37)§ |
| **Still symptomatic at time of survey (n = 275)** | | | |
| Yes | 65 (34.0) | 24 (28.6) | 1.29 (0.74–2.26) |
| No | 126 (66.0) | 60 (71.4) | Referent |
| Duration >1 week (n = 186) | 70 (55.6) | 29 (48.3) | 1.34 (0.72–2.47) |
| **Reported prevention behaviors** | | | |
| Increased hand washing | 218 (62.1) | 133 (37.9) | 0.90 (0.42–1.94) |
| Hand sanitizer use | 219 (61.5) | 137 (38.5) | 0.59 (0.24–1.44) |
| Avoiding common areas | 78 (53.8) | 67 (46.2) | 0.56 (0.37–0.86)§ |
| Face covering use | 158 (55.8) | 125 (44.2) | 0.30 (0.17–0.52)§ |
| Increased workspace cleaning | 195 (63.5) | 112 (36.5) | 1.30 (0.78–2.16) |
| Increased berthing cleaning | 156 (61.9) | 96 (38.1) | 0.95 (0.61–1.47) |
| Increased distance from others | 105 (54.7) | 87 (45.3) | 0.52 (0.34–0.79)§ |

**Abbreviations:** AI/AN = American Indian or Alaska Native; CI = confidence interval; CSTE = Council of State and Territorial Epidemiologists; ELISA = enzyme-linked immunosorbent assay; N/A = not applicable; NH/PI = Native Hawaiian or other Pacific Islander; OR = odds ratio; RT-PCR = real-time reverse transcription–polymerase chain reaction.

* Current or previous SARS-CoV-2 infection is defined as a positive RT-PCR test result or a reactive antibody result determined by testing performed at CDC laboratories on specimens collected during April 20–24, 2020.

† Odds ratios are unadjusted.

§ P-values <0.05 were considered statistically significant.

¶ White, black, Asian, AIAN/NHPI, and Other persons were non-Hispanic/Latino. Hispanic/Latino persons might be of any race.

** Category A = ≥1 of cough or shortness of breath/difficulty breathing. Category B = no cough or shortness of breath, but ≥2 of fever, chills, muscle pain, headache, sore throat, no taste or smell disorder.

patients was observed a median of 11 days after symptom onset for total antibodies and longer for more virus-specific antibodies, including neutralizing antibodies (*9*). The results from the current study reflect the intensity of exposure experienced by these participants and the recency of the outbreak at the time of specimen collection.

The shipboard environment presents substantial challenges for reducing viral transmission because of congregate living quarters and close working environments. The significant association of infection and male sex could reflect an association with berthing, which is separated by sex aboard the ship. Protective behaviors included wearing a face covering and maintaining physical distance. Multiple cruise ship outbreaks have documented undetected transmission of SARS-CoV-2 because of mild and asymptomatic infection (*10*). In outbreak investigations of younger crew members aboard cruise vessels, transmission was associated with working on the same deck and being within the same occupational group as persons with confirmed cases (*1*).

In this sample of intensely exposed subjects, assessed at a single point in time, results demonstrated that antibodies developed and that, at the time of specimen collection, many of these were neutralizing antibodies. Affinity maturation of antibodies is an important determinant for the outcome of viral infection. High-affinity antibodies can elicit neutralization by recognizing specific proteins on the surface of the virus, and these might be produced early or late in the course of viral infection. Approximately one half of the participants with positive ELISA results also had neutralizing antibodies, which indicate functional antibodies that would be expected to inhibit SARS-CoV-2 infection. This is a promising indicator of immunity, and in several participants, neutralizing antibodies were still detectable >40 days after symptom onset. Ongoing studies assessing the humoral antibody response over time will aid the interpretation of serologic results in an outbreak investigation such as this.

The findings in this report are subject to at least four limitations. First, the analysis was conducted on a convenience sample of persons who might have had a higher likelihood of exposure, and all information was based on self-report, raising the possibility of selection and recall biases. The sex and ethnic distribution of the participants was similar to that of all service members aboard the aircraft carrier, although survey participants were slightly older and of a slightly different racial distribution; therefore, they might not be a representative sample. Second, this analysis was limited by the lack of temporal data on previous positive test results for SARS-CoV-2, which

**FIGURE 2. Odds ratios and 95% confidence intervals of previous or current SARS-CoV-2 infection, by individual symptoms among service members reporting at least one symptom (n = 284) — USS Theodore Roosevelt, April 2020**

complicates interpretation of the ELISA and microneutralization assays. Third, although the date of any symptom onset was collected, information on timing, duration, and severity of individual symptoms was not collected. Finally, the cross-sectional nature of these data might underestimate the eventual antibody response and neutralizing antibody activity among persons tested early in the course of their infections.

These results provide new indications of symptomatology of SARS-CoV-2 infections and serologic responses among a cohort of young U.S. adults living in a congregate environment and contribute to a better understanding of COVID-19 epidemiology in the U.S. military. The findings reinforce the importance of nonpharmaceutical interventions such as wearing a face covering, avoiding common areas, and observing social distancing to lower risk for infection in similar congregate living settings.

### Acknowledgments

Service members aboard the USS Theodore Roosevelt; Naval Medical Forces Pacific; Navy Environmental and Preventive Medicine Units 2 and 6; U.S. Naval Hospital Guam; Lisa Pearse, Brianna Rupp, Jefferson Moody, Azad Al-Koshnaw, W. Thane Hancock, John Brooks, Azaibi Tamin, Jennifer Harcourt, Mohammed Ata Ut Rasheed, Jan Vinjé, Amy Hopkins, Eric Katz, Hannah Browne, Kenny Nguyen, Leslie Barclay, Mathew Esona, Rashi Gautam, Slavica Mijatovic-Rustempasic, Sung-Sil Moon, Sandra Lester, Lisa Mills, Brandi Freeman; CDC laboratory staff members.

### CDC COVID-19 Surge Laboratory Group

Rebekah Tiller, MPH, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Rene Galloway, MPH, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Shannon Rogers, MS, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Brett Whitaker, MS, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Ashley Kondas, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Peyton Smith, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; Christopher Lee, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases; James Graziano, Division of Viral Diseases, National Center for Immunization and Respiratory Diseases.

Corresponding author: Daniel C. Payne, dvp6@cdc.gov, 404-639-2784.

[1]CDC; [2]U.S. Navy.

**FIGURE 3. Days from symptom onset* to specimen collection (A) among a convenience sample of participants who had positive real-time reverse transcription–polymerase chain reaction (RT-PCR) or positive enzyme-linked immunosorbent assay (ELISA) test results for SARS-CoV-2 (n = 191) and (B) microneutralization results among those with positive ELISA test results (n = 183) — USS Theodore Roosevelt, April 2020**

**Abbreviations:** Ab = pan-immunoglobulin antibody response; Mn = microneutralization test.
* Three persons who reported symptoms and had previous or current infection did not report a date of symptom onset and were not included in this figure.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Kakimoto K, Kamiya H, Yamagishi T, Matsui T, Suzuki M, Wakita T. Initial investigation of transmission of COVID-19 among crew members during quarantine of a cruise ship—Yokohama, Japan, February 2020. MMWR Morb Mortal Wkly Rep 2020;69:312–3. https://doi.org/10.15585/mmwr.mm6911e2
2. Kimball A, Hatfield KM, Arons M, et al.; Public Health – Seattle & King County; CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:377–81. https://doi.org/10.15585/mmwr.mm6913e1
3. Freeman B, Lester S, Mills L, et al. Validation of a SARS-CoV-2 spike protein ELISA for use in contact investigations and sero-surveillance [Preprint]. bioRxiv 2020. https://www.biorxiv.org/content/10.1101/2020.04.24.057323v2
4. CDC. CDC 2019-novel coronavirus (2019-nCoV) real-time RT-PCR diagnostic panel Atlanta, GA: US Department of Health and Human Services, Food and Drug Administration; 2020. https://www.fda.gov/media/134922/download
5. Council of State and Territorial Epidemiologists. Standardized surveillance case definition and national notification for 2019 novel coronavirus disease (COVID-19). Atlanta, GA: Council of State and Territorial Epidemiologists; 2020 https://cdn.ymaws.com/www.cste.org/resource/resmgr/2020ps/interim-20-id-01_covid-19.pdf
6. Huang L, Zhang X, Zhang X, et al. Rapid asymptomatic transmission of COVID-19 during the incubation period demonstrating strong infectivity in a cluster of youngsters aged 16–23 years outside Wuhan and characteristics of young patients with COVID-19: a prospective contact-tracing study. J Infect 2020;80:e1–13. https://doi.org/10.1016/j.jinf.2020.03.006
7. Lee Y, Min P, Lee S, Kim SW. Prevalence and duration of acute loss of smell or taste in COVID-19 patients. J Korean Med Sci 2020 ;35:e174. https://doi.org/10.3346/jkms.2020.35.e174
8. Reinhard A, Ikonomidis C, Broome M, Gorostidi F. Anosmia and COVID-19 [French]. Rev Med Suisse 2020;16:849–51.
9. Zhao J, Yuan Q, Wang H, et al. Antibody responses to SARS-CoV-2 in patients of novel coronavirus disease 2019. Clin Infect Dis. Epub Mar 28, 2020. https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa344/5812996
10. Moriarty LF, Plucinski MM, Marston BJ, et al.; CDC Cruise Ship Response Team; California Department of Public Health COVID-19 Team; Solano County COVID-19 Team. Public health responses to COVID-19 outbreaks on cruise ships—worldwide, February–March 2020. MMWR Morb Mortal Wkly Rep 2020;69:347–52. https://doi.org/10.15585/mmwr.mm6912e3

AZT42AR0000732

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 232 of 566 PageID #: 2640

# COVID-19 Among Workers in Meat and Poultry Processing Facilities — 19 States, April 2020

Jonathan W. Dyal, MD[1,2]; Michael P. Grant, ScD[1]; Kendra Broadwater, MPH[1]; Adam Bjork, PhD[1]; Michelle A. Waltenburg, DVM[1,2]; John D. Gibbins, DVM[1]; Christa Hale, DVM[1]; Maggie Silver, MPH[1]; Marc Fischer, MD[1]; Jonathan Steinberg, MPH[1,2,3]; Colin A. Basler, DVM[1]; Jesica R. Jacobs, PhD[1,4]; Erin D. Kennedy, DVM[1]; Suzanne Tomasi, DVM[1]; Douglas Trout, MD[1]; Jennifer Hornsby-Myers, MS[1]; Nadia L. Oussayef, JD[1]; Lisa J. Delaney, MS[1]; Ketki Patel, MD, PhD[5]; Varun Shetty, MD[1,2,5]; Kelly E. Kline, MPH[6]; Betsy Schroeder, DVM[6]; Rachel K. Herlihy, MD[7]; Jennifer House, DVM[7]; Rachel Jervis, MPH[7]; Joshua L. Clayton, PhD[3]; Dustin Ortbahn, MPH[3]; Connie Austin, DVM, PhD[8]; Erica Berl, DVM[9]; Zack Moore, MD[9]; Bryan F. Buss, DVM[10,11]; Derry Stover, MPH[10]; Ryan Westergaard, MD, PhD[12]; Ian Pray, PhD[2,12]; Meghan DeBolt, MPH[13]; Amy Person, MD[14]; Julie Gabel, DVM[15]; Theresa S. Kittle, MPH[16]; Pamela Hendren[17]; Charles Rhea, MPH[17]; Caroline Holsinger, DrPH[18]; John Dunn[19]; George Turabelidze[20]; Farah S. Ahmed, PhD[21]; Siestke deFijter, MS[22]; Caitlin S. Pedati, MD[23]; Karyl Rattay, MD[24]; Erica E. Smith, PhD[24]; Carolina Luna-Pinto, MPH[1]; Laura A. Cooley, MD[1]; Sharon Saydah, PhD[1]; Nykiconia D. Preacely, DrPH[1]; Ryan A. Maddox, PhD[1]; Elizabeth Lundeen, PhD[1]; Bradley Goodwin, PhD[1]; Sandor E. Karpathy, PhD[1]; Sean Griffing, PhD[1]; Mary M. Jenkins, PhD[1]; Garry Lowry, MPH[1]; Rachel D. Schwarz, MPH[1]; Jonathan Yoder, MPH[1]; Georgina Peacock, MD[1]; Henry T. Walke, MD[1]; Dale A. Rose, PhD[1]; Margaret A. Honein, PhD[1]

*On May 1, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Congregate work and residential locations are at increased risk for infectious disease transmission including respiratory illness outbreaks. SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19), is primarily spread person to person through respiratory droplets. Nationwide, the meat and poultry processing industry, an essential component of the U.S. food infrastructure, employs approximately 500,000 persons, many of whom work in proximity to other workers (*1*). Because of reports of initial cases of COVID-19, in some meat processing facilities, states were asked to provide aggregated data concerning the number of meat and poultry processing facilities affected by COVID-19 and the number of workers with COVID-19 in these facilities, including COVID-19–related deaths. Qualitative data gathered by CDC during on-site and remote assessments were analyzed and summarized. During April 9–27, aggregate data on COVID-19 cases among 115 meat or poultry processing facilities in 19 states were reported to CDC. Among these facilities, COVID-19 was diagnosed in 4,913 (approximately 3%) workers, and 20 COVID-19–related deaths were reported. Facility barriers to effective prevention and control of COVID-19 included difficulty distancing workers at least 6 feet (2 meters) from one another (*2*) and in implementing COVID-19-specific disinfection guidelines.* Among workers, socioeconomic challenges might contribute to working while feeling ill, particularly if there are management practices such as bonuses that incentivize attendance. Methods to decrease transmission within the facility include worker symptom screening programs, policies to discourage working while experiencing symptoms compatible with COVID-19, and social distancing by workers. Source control measures (e.g., the use of cloth face covers) as well as increased disinfection of high-touch surfaces are also important means of preventing SARS-CoV-2 exposure. Mitigation efforts to reduce transmission in the community should also be considered. Many of these measures might also reduce asymptomatic and presymptomatic transmission (*3*). Implementation of these public health strategies will help protect workers from COVID-19 in this industry and assist in preserving the critical meat and poultry production infrastructure (*4*).

In early April, CDC was alerted to COVID-19 cases among workers in several meat and poultry processing facilities and responded to state and local authorities' requests for on-site or remote technical assistance. Qualitative on-site and remote risk assessments were conducted. All states that had reported at least one case of COVID-19 in a meat or poultry processing facility were contacted for further information. CDC requested aggregate data on the number of meat or poultry facilities affected, number of workers in affected facilities, number of workers with a COVID-19 diagnosis, and number of COVID-19–related deaths among workers. States reported COVID-19 among workers using their own case definitions.

By April 27, CDC had received aggregate data on COVID-19 cases from 19 of 23 states reporting at least one case related to this industry; there were 115 meat or poultry processing facilities with COVID-19 cases, including 4,913 workers with diagnosed COVID-19 (Table 1). Among 17 states reporting the number of workers in their affected facilities, 3.0% of 130,578 workers received diagnoses of COVID-19. The percentage of workers with diagnosed COVID-19 ranged

* https://www.cdc.gov/coronavirus/2019-ncov/community/disinfecting-building-facility.html.

AZT42AR0000733

from 0.6% to 18.2%. Twenty COVID-19–related deaths were reported among workers.

Qualitative data from the facility risk assessments identified common characteristics among processing facilities and their workers that might increase risk for transmitting or acquiring SARS-CoV-2 (Table 2). Facility challenges included structural and operational practices that made it difficult to maintain a 6-foot (2-meter) distance while working, especially on production lines, and in nonproduction settings during breaks and while entering and exiting facilities. The pace and physical demands of processing work made adherence to face covering recommendations difficult, with some workers observed covering only their mouths and frequently readjusting their face coverings while working. Some sites were also observed to have difficulty adhering to the heightened cleaning and disinfection guidance recommended for all worksites to reduce SARS-CoV-2 transmission.

Solutions to structural and operational challenges that some facilities adopted included adjusting start and stop times of shifts and breaks to increase physical distance between workers. Outdoor break areas were added at some facilities to decrease contact between workers. Some facilities installed physical (e.g., plexiglass) barriers between workers; however, this was not practical for all worker functions. Symptom and temperature screening of workers was newly instituted in some facilities and improved in others.

Sociocultural and economic challenges to COVID-19 prevention in meat and poultry processing facilities (Table 2) include accommodating the needs of workers from diverse backgrounds who speak different primary languages; one facility reported a workforce with 40 primary languages. This necessitates innovative approaches to educating and training employees and supervisors on safety and health information. In addition, some employees were incentivized to work while ill as a result of medical leave and disability policies and attendance bonuses that could encourage working while experiencing symptoms. Finally, many workers live in crowded, multigenerational settings and sometimes share transportation to and from work, contributing to increased risk for transmission of COVID-19 outside the facility itself. Changing transportation to and from the facilities to increase the number of vehicles and reduce the number of passengers per vehicle helped maintain physical distancing in some facilities.

## Discussion

Cases of COVID-19 have been observed in other congregate settings, including long-term care facilities (*5*), acute care hospitals (*6*), correctional facilities (*7*), and homeless shelters (*8*). Similarly, the crowded conditions for workers in meat and poultry processing facilities could result in high risk for SARS-CoV-2 transmission. Respiratory disease outbreaks in this type of setting demonstrate the need for heightened attention to worker safety (*9*). However, COVID-19 among

**TABLE 1. COVID-19 among workers in meat and poultry processing plants — 19 states, April 2020***

| State | Types of meat or poultry in affected plants | No. of plants affected | No. of workers in affected plants | No. (%) of confirmed COVID-19 cases among workers | No. (%)† COVID-19–related deaths |
|---|---|---|---|---|---|
| Colorado | Beef, bison, lamb, poultry | 5 | 7,248 | 139 (1.9) | 5 (3.6) |
| Delaware | Poultry | 6 | 9,411 | 336 (3.6) | 4 (1.2) |
| Georgia | Poultry | 14 | 16,500 | 388 (2.4) | 1 (0.3) |
| Illinois | Beef, pork, poultry | 5 | 6,680 | 112 (1.7) | 1 (0.9) |
| Iowa | Beef, pork | 2 | 2,075 | 377 (18.2) | N/A |
| Kansas | Beef, poultry, other | 6 | 16,600 | 106 (0.6) | 0 (0) |
| Kentucky | Pork, poultry | 2 | 1,333 | 18 (1.4) | 1 (5.6) |
| Mississippi | Poultry | 9 | 9,548 | 123 (1.3) | 0 (0) |
| Missouri | Beef, pork, poultry | 3 | 3,690 | 36 (1.0) | 0 (0) |
| Nebraska | Beef, pork, poultry | 12 | 19,911 | 588 (3.0) | 1 (0.2) |
| North Carolina | Pork, poultry | 5 | 14,600 | 166 (1.1) | 0 (0) |
| Ohio | Pork | 1 | 710 | 10 (1.4) | 0 (0) |
| Pennsylvania | N/A | 22 | N/A | 858 (—) | 1 (0.1) |
| South Dakota | Beef, pork | 2 | 4,600 | 794 (17.3) | 2 (0.3) |
| Tennessee | N/A | 3 | N/A | 132 (—) | 0 (0) |
| Texas | Beef, poultry | 2 | 4,800 | 113 (2.4) | 1 (0.9) |
| Virginia | Poultry | 10 | 7,072 | 128 (1.8) | 2 (1.6) |
| Washington | Beef | 1 | 1,400 | 100 (7.1) | 1 (1.0) |
| Wisconsin | Beef, pork | 5 | 4,400 | 389 (8.8) | 0 (0) |
| **Total** | **Beef, bison, lamb, pork, poultry, other** | **115** | **130,578** | **4,913 (3.0)§** | **20 (0.4)¶** |

**Abbreviations:** COVID-19 = coronavirus disease 2019; N/A = not available.
* Data submitted during April 20–27, 2020.
† Percentage of deaths among cases.
§ Excludes cases from Pennsylvania and Tennessee because number of workers (denominator) is not available from these states.
¶ Excludes cases from Iowa in the denominator because information on number of deaths is not available from this state.

**TABLE 2. Observed challenges and recommended changes in practice in response to COVID-19 among workers in meat and poultry processing facilities — selected states,* April 2020**

| Category | Challenges to effective prevention and control of COVID-19 | Recommended changes in facility practice† |
|---|---|---|
| Structural | Maintaining physical distancing during breaks and when employees enter and exit the facility | Adjust start and stop times of breaks and shifts<br>Add outdoor breakrooms |
| | Maintaining physical distancing on production line | Install physical barriers between workers |
| | Excluding symptomatic workers | Screen all workers and visitors entering facility and plan for effective isolation for workers who become ill at work |
| Operational | Maintaining physical distancing on production line | Reduce rate of animal processing |
| | Adhering to face covering recommendations | Require universal face covering<br>Ensure face coverings conformed to CDC guidance<br>Provide training on donning and doffing |
| | Adhering to heightened cleaning and disinfection guidelines | Assign additional staff to sanitize "high touch" areas (e.g., handles, buttons, railings) more frequently<br>Add several hand sanitizer dispensers and handwashing stations<br>Implement touch-free time clocks |
| Sociocultural | Communicating through language and cultural barriers | Engage community partners to develop culturally informed messaging<br>Disseminate messaging in languages spoken among the work force |
| | Employees live in crowded, multigenerational settings | Include messaging about behaviors employees should take to limit the spread of the virus while at home |
| | Employees share transportation to and from work | Add additional vehicles to shuttle routes<br>Require use of face coverings during commute |
| Economic | Employees incentivized to work while ill | Implement personnel policies that provide additional medical leave and disability benefits without loss of seniority or pay<br>Remove financial incentives, such as attendance bonuses |

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* Based on CDC field team deployments to four sites and information gathered from calls with state health departments.
† Based on on-site and remote technical assistance, many facilities have implemented or are planning to implement these strategies.

workers in meat and processing facilities could be due to viral transmission at the workplace or in the community.

The food production industry is considered critical infrastructure, as described by the U.S. Department of Homeland Security, and its workers must be able to operate in an environment of enhanced safety.[†] CDC has provided guidance for critical infrastructure workers.[§] For decisions about workers returning to work after an exposure or COVID-19, CDC suggests consultation with health care providers, occupational safety and health professionals, and state and local health departments.[¶] As testing becomes more widely available, consideration should be given to its role in rapidly identifying and addressing COVID-19 in this occupational setting. General interim recommendations for meat and poultry processing facilities will need to be interpreted and applied for each facility (*4*).

To shield workers from various hazards in meat and poultry processing facilities, the preferred approaches are to eliminate a hazard or exposure source, install engineering controls, and implement effective sanitation and cleaning; enhanced administrative measures might also be needed. Employee and visitor screening procedures, such as temperature monitoring and symptom screening, are important to prevent introduction of COVID-19 into a facility from symptomatic persons. Whenever feasible, the workplace should be organized so that workers can be at least 6 feet (2 meters) apart. The nature of workplace modifications that might be needed to accomplish this will vary in each workplace; modifications might require changes in production practice, and feasibility will vary by workplace. Additional engineering options include stationing workers so that they are not facing each other and positioning fans so that they do not blow air from one worker directly onto another. Maintaining recommended hand hygiene requires access not only to handwashing stations, but also sufficient availability and use of alcohol-based hand sanitizer in areas where handwashing is not feasible.

Meat and poultry processing facilities typically employ extensive procedures for cleaning and sanitation as required by the U.S. Department of Agriculture for food safety. Surfaces should be thoroughly cleaned and then disinfected according

† https://www.cisa.gov/sites/default/files/publications/Version_3.0_CISA_Guidance_on_Essential_Critical_Infrastructure_Workers_2.pdf.
§ https://www.cdc.gov/coronavirus/2019-ncov/community/critical-workers/implementing-safety-practices.html.
¶ https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html.

AZT42AR0000735

to usual facility standard operating procedures. "High-touch" areas (e.g., handles, buttons, and railings) should be disinfected with products that meet Environmental Protection Agency criteria for use against SARS-CoV-2 and are approved under the facility's disinfection standard operating procedures.**

Administrative controls can support the infection control plan, including programs that actively encourage symptomatic workers to stay home. Personnel policies that allow the use of leave when ill without loss of seniority or pay can enable symptomatic workers to stay home. Similarly, avoidance of any incentives that might encourage workers to come to work while symptomatic can reduce risk in the workplace. Active symptom screening including temperature monitoring of all workers and visitors entering the facility can also reduce risk for COVID-19 introduction and transmission from symptomatic workers. Other important administrative controls to consider are plans for isolation of workers who become ill while at work and policies that promote social distancing and hand washing in all worksite settings.

To aid in source control, cloth face coverings are recommended by CDC in public settings to potentially help prevent transmission as a complement to social distancing.†† Their use in facilities should be considered when distancing is not feasible but are not a replacement for adequate distancing (*9*). Face coverings should also be worn in nonproduction areas such as entrances, exits, break rooms, shared vehicles, and other areas in which maintenance of social distancing is challenging. Other factors, including potential for contamination and the need for replacement of face coverings, are also important to consider.

Use of personal protective equipment (PPE) in the usual operation of meat and poultry processing facilities is common to protect against hazards, and workers should continue using PPE required for their jobs. In the course of using PPE, facilities should emphasize correct donning and doffing of PPE to prevent contamination of the worker. PPE should be disposed of or properly disinfected and stored when not in use. Face shields are equipment that might serve as both PPE and source control in certain situations.

Periodic infection control and occupational safety and health training should be provided for all workers and supervisors tailored to literacy levels and preferred languages. Specifics of training should include, but are not limited to, what workers should do when they feel ill before or at work, symptoms of COVID-19, medical leave policies, social distancing recommendations, correct donning and doffing of PPE and face coverings, hand hygiene practices, opportunities to access testing as it becomes more widely available, and potential routes of transmission at work and in the community. Training should be provided by culturally competent trainers, in a setting where social distancing can be maintained, in languages spoken by workers and with consideration given to varying levels of education.

The findings in this report are subject to at least four limitations. First, not all states with COVID-19 cases in meat and poultry facilities submitted data for this report. Second, differences in case counts and percentage of workers with COVID-19 are affected by the testing strategies employed, with more infected workers identified in settings with more testing. As a result, data provided on worker infections should not be interpreted as the prevalence of infection for all meat and poultry facility workers. Third, lag time in reporting to the local and state health departments also affects the counts reported, as does the time from disease onset to death in fatal cases. Finally, widespread community transmission in some settings makes determining the source of exposure and infection difficult.

As part of the national COVID-19 response, the recognized risk to meat and poultry facility operation requires prompt action to decrease risks to workers, preserve facility function, and maintain the food supply. Collaborative implementation of engineering controls, administrative controls, enhanced cleaning and disinfection, and source control in meat and poultry processing facilities might reduce COVID-19 among workers supporting this critical industry.

**Summary**

*What is already known about this topic?*

Persons in congregate work and residential locations are at increased risk for transmission and acquisition of respiratory infections.

*What is added by this report?*

COVID-19 cases among U.S. workers in 115 meat and poultry processing facilities were reported by 19 states. Among approximately 130,000 workers at these facilities, 4,913 cases and 20 deaths occurred. Factors potentially affecting risk for infection include difficulties with workplace physical distancing and hygiene and crowded living and transportation conditions.

*What are the implications for public health practice?*

Improving physical distancing, hand hygiene, cleaning and disinfection, and medical leave policies, and providing educational materials in languages spoken by workers might help reduce COVID-19 in these settings and help preserve the function of this critical infrastructure industry.

** https://www.epa.gov/pesticide-registration/list-n-disinfectants-use-against-sars-cov-2.

†† https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html.

### Acknowledgments

State and local health departments in affected communities; affected facilities; Chas Debolt, Lisa Henry, Rick Hong, Scott Lindquist, Jamie Mack, Tabatha Offutt-Powell, Richard Pescatore, Shonetesha Quail, CDC COVID-19 Response Team.

Corresponding author: Jonathan Dyal, pgz7@cdc.gov.

[1]CDC COVID-19 Response Team; [2]Epidemic Intelligence Service, CDC; [3]South Dakota Department of Health; [4]Laboratory Leadership Service, CDC; [5]Texas Department of State Health Services; [6]Pennsylvania Department of Health; [7]Colorado Department of Public Health and Environment; [8]Illinois Department of Public Health; [9]North Carolina Department of Health and Human Services; [10]Nebraska Department of Health and Human Services; [11]Career Epidemiology Field Officer Program, CDC; [12]Wisconsin Department of Health Services; [13]Walla Walla County Department of Community Health, Walla Walla, Washington; [14]Benton Franklin Health District, Kennewick, Washington; [15]Georgia Department of Public Health; [16]Mississippi State Department of Health; [17]Kentucky Department for Public Health; [18]Virginia Department of Health; [19]Tennessee Department of Health; [20]Missouri Department of Health and Senior Services; [21]Kansas Department of Health and Environment; [22]Ohio Department of Health; [23]Iowa Department of Public Health; [24]Delaware Department of Health and Social Services.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

### References

1. Bureau of Labor Statistics. May 2019 national industry-specific occupational employment and wage estimates, NAICS 311600—animal slaughtering and processing. Washington, DC: US Department of Labor, Bureau of Labor Statistics; 2019. https://www.bls.gov/oes/current/naics4_311600.htm
2. CDC. Social distancing, quarantine, and isolation. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html
3. Wei WE, Li Z, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic transmission of SARS-CoV-2—Singapore, January 23–March 16, 2020. MMWR Morb Mortal Wkly Rep 2020;69:411–5. http://dx.doi.org/10.15585/mmwr.mm6914e1
4. CDC. Meat and poultry processing workers and employers. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/meat-poultry-processing-workers-employers.html
5. McMichael TM, Clark S, Pogosjans S, et al.; Public Health – Seattle & King County; EvergreenHealth; CDC COVID-19 Investigation Team. COVID-19 in a long-term care facility—King County, Washington, February 27–March 9, 2020. MMWR Morb Mortal Wkly Rep 2020;69:339–42. https://doi.org/10.15585/mmwr.mm6912e1
6. Heinzerling A, Stuckey MJ, Scheuer T, et al. Transmission of COVID-19 to health care personnel during exposures to a hospitalized patient—Solano County, California, February 2020. MMWR Morb Mortal Wkly Rep 2020;69:472–6. https://dx.doi.org/10.15585/mmwr.mm6915e5
7. Akiyama MJ, Spaulding AC, Rich JD. Flattening the curve for incarcerated populations—Covid-19 in jails and prisons. N Engl J Med. Epub Apr 2, 2020. https://dx.doi.org/10.1056/NEJMp2005687
8. Mosites E, Parker EM, Clarke KE, et al. Assessment of SARS-CoV-2 infection prevalence in homeless shelters—four U.S. cities, March 27–April 15, 2020. MMWR Morb Mortal Wkly Rep. 2020. Epub April 22, 2020. https://www.cdc.gov/mmwr/volumes/69/wr/mm6917e1.htm?s_cid=mm6917e1_w
9. Shaw KA, Szablewski CM, Kellner S, Kornegay L, Bair P, Brennan S, et al. Psittacosis outbreak among workers at chicken slaughter plants, Virginia and Georgia, USA, 2018. Emerg Infect Dis 2019;25:2143–5. https://dx.doi.org/10.3201/eid2511.190703

AZT42AR0000737

Morbidity and Mortality Weekly Report

# Mass Testing for SARS-CoV-2 in 16 Prisons and Jails — Six Jurisdictions, United States, April–May 2020

Liesl M. Hagan, MPH[1]; Samantha P. Williams, PhD[1]; Anne C. Spaulding, MD[2,3]; Robin L. Toblin, PhD[4]; Jessica Figlenski, MPH[4]; Jeanne Ocampo[4]; Tara Ross[4]; Heidi Bauer, MD[5]; Justine Hutchinson, PhD[5]; Kimberley D. Lucas, MPH[5]; Matthew Zahn, MD[6]; Chun Chiang, MD[6]; Timothy Collins, MPH[6]; Alexis Burakoff, MD[7]; Juli Bettridge[7]; Ginger Stringer, PhD[7]; Randolph Maul, MD[8]; Kristen Waters[8]; Courtney Dewart, PhD[9,10]; Jennifer Clayton[11]; Sietske de Fijter, MS[9]; Radha Sadacharan, MD[12,13]; Linda Garcia, MPH[14]; Naomi Lockett, MD[13]; Kirstin Short, MPH[14]; Laxman Sunder, MD[13]; Senad Handanagic, MD[1]

Preventing coronavirus disease 2019 (COVID-19) in correctional and detention facilities* can be challenging because of population-dense housing, varied access to hygiene facilities and supplies, and limited space for isolation and quarantine (*1*). Incarcerated and detained populations have a high prevalence of chronic diseases, increasing their risk for severe COVID-19–associated illness and making early detection critical (*2*,*3*). Correctional and detention facilities are not closed systems; SARS-CoV-2, the virus that causes COVID-19, can be transmitted to and from the surrounding community through staff member and visitor movements as well as entry, transfer, and release of incarcerated and detained persons (*1*). To better understand SARS-CoV-2 prevalence in these settings, CDC requested data from 15 jurisdictions describing results of mass testing events among incarcerated and detained persons and cases identified through earlier symptom-based testing. Six jurisdictions reported SARS-CoV-2 prevalence of 0%–86.8% (median = 29.3%) from mass testing events in 16 adult facilities. Before mass testing, 15 of the 16 facilities had identified at least one COVID-19 case among incarcerated or detained persons using symptom-based testing, and mass testing increased the total number of known cases from 642 to 8,239. Case surveillance from symptom-based testing has likely underestimated SARS-CoV-2 prevalence in correctional and detention facilities. Broad-based testing can provide a more accurate assessment of prevalence and generate data to help control transmission (*4*).

In May 2020, CDC requested data from 15 jurisdictions (the Federal Bureau of Prisons [BOP], 10 state prison systems, and four city or county jails), describing SARS-CoV-2 mass testing events† and cases identified before mass testing. Jurisdictions were selected based on previous discussions with investigators about mass testing events that had already occurred. Six jurisdictions provided data from 16 adult facilities, including the number of COVID-19 cases identified among incarcerated or detained persons and staff members before mass testing and findings from subsequent mass testing events§ among incarcerated or detained persons. Data describing mass testing of staff members were not available. One jurisdiction also provided results of retesting among quarantined close contacts of persons with COVID-19, 7 days after their initial negative test result from mass testing. All jurisdictions provided qualitative information describing testing practices before mass testing, actions taken based on mass testing results, and barriers to future broad-based testing. SARS-CoV-2 prevalence was calculated within each facility and by housing type. The numbers of known cases before and after mass testing were compared. Qualitative data were summarized. All analyses were descriptive; significance testing was not performed. This investigation was reviewed by CDC for human subjects protection and determined to be nonresearch.¶

Six of the 15 queried jurisdictions (BOP, three state prison systems, and two county jails) provided aggregate, facility-level data representing 16 adult facilities (11 state prisons, three federal prisons, and two county jails). From the beginning of the COVID-19 pandemic until the date of their respective mass testing events, four facilities limited testing among incarcerated or detained persons to those with symptoms, and 12 also tested close contacts; six facilities tested small numbers of symptomatic staff members, and 10 advised staff members to seek testing from their own health care providers or health department.

All 16 facilities had identified at least one case through symptom-based testing before mass testing was conducted; the first case was identified among staff members in nine facilities, among incarcerated or detained persons in six, and in both groups the same day in one. One facility identified

* Correctional facilities refer to state and federal prisons that incarcerate persons who have been tried for a crime, convicted, and sentenced for a duration of ≥1 year. Those convicted of federal crimes are incarcerated in federal prisons; those convicted of state crimes are incarcerated in state prisons. Detention facilities refer to jails or detention centers (including immigration detention centers) that temporarily detain persons awaiting trial, sentencing, or deportation, or those with a sentence of <1 year.

† Mass testing consisted of offering reverse transcription–polymerase chain reaction (RT-PCR) testing to all persons incarcerated or detained in at least one housing unit of a correctional or detention facility at a single point in time, irrespective of presence or history of symptoms.

§ Data elements collected included mass testing dates, facility census during testing, number of persons tested, number who declined, housing arrangements of persons tested, and test results.

¶ U.S. Department of Health and Human Services, Title 45 Code of Federal Regulations 46, Protection of Human Subjects.

AZT42AR0000738

a case only among incarcerated or detained persons (no staff member cases), and one facility identified a case only among staff members. The number of cases identified using symptom-based testing ranged from 0 to 181 (median = 19) among incarcerated or detained persons and 0 to 257 (median = 10) among staff members.

Mass testing in the 16 facilities was conducted during April 11–May 20. The interval between identification of the first symptomatic case and the start of mass testing ranged from 2 to 41 days (median = 25 days). Across facilities, 16,392 incarcerated or detained persons were offered testing, representing 2.3%–99.6% (median = 54.9%) of facilities' total populations; 7,597 previously unrecognized infections were identified (Table). All 15 facilities that had identified at least one case among incarcerated or detained persons through earlier symptom-based testing identified additional cases through mass testing (range = 8–2,179; median = 374). Mass testing increased total known cases from 642 (range = 2–181, median = 19) before mass testing to 8,239 (range = 10–2,193, median = 403) after mass testing (Figure), representing a 1.5–157-fold increase (median 12.3-fold) in each facility. The single facility that had identified no cases among incarcerated or detained persons before mass testing also found no cases during mass testing; with this facility included, the median fold-increase in total known cases after mass testing decreased slightly to 12.1-fold. In the 16 facilities, SARS-CoV-2 prevalence found during mass testing among incarcerated or detained persons ranged from 0% to 86.8% (median = 29.3%). Testing refusal rates ranged from 0.0% to 17.3% (median = 0.0%) (Table).

In addition to aggregate facility-level data, four of six jurisdictions provided mass testing data from 85 housing units within 12 of the 16 facilities. Forty-eight housing units were dormitory-based (open, communal spaces housing 63 to 216 persons in one room), and 37 were cell-based (with locked cells housing one to eight persons each). SARS-CoV-2 prevalence ranged from 1.8% to 45.0% (median = 14.6%) in cell-based units and 0% to 77.2% (median = 42.6%) in dormitory-based units.

In two federal prisons, all persons who had tested negative during mass testing events and had subsequently been quarantined as close contacts of persons testing positive were retested after 7 days. At retesting, 90 of 438 (20.5%) persons in BOP prison 2 and 84 of 314 (26.8%) in BOP prison 3 had positive test results.

Jurisdictions reported that mass testing results helped them construct medical isolation cohorts for persons testing positive and quarantine cohorts for their close contacts to prevent continued transmission. In some jurisdictions, results informed targeted testing strategies among asymptomatic persons in facilities where mass testing had not yet occurred (e.g., routine testing at intake, release, and before community-based appointments, and periodic testing of those assigned to work details requiring movement between different facility areas, such as food or laundry service). Jurisdictions reported that mass testing required large investments of staff member time and operational resources, and that the ability to rearrange housing based on test results was sometimes limited by space constraints. Jurisdictions stated that evidence-based recommendations about a potential role for less time- and resource-intensive testing (e.g., point-of-care antigen or antibody testing) and swabbing methods could help them expand testing in the future.

## Discussion

High SARS-CoV-2 prevalence detected during mass testing events in a convenience sample of correctional and detention facilities suggests that symptom-based testing underestimates the number of COVID-19 cases in these settings. Mass testing resulted in a median 12.1-fold increase in the number of known infections among incarcerated or detained persons in these facilities, which had previously used symptom-based testing strategies only.

Symptom-based testing cannot identify asymptomatic and presymptomatic persons,** who represent an estimated 40%–45% of infected persons across settings (*5*). Symptom-based testing might also be limited by hesitancy to report symptoms within correctional and detention environments because of fear of medical isolation and stigma (*6*). In the facilities included in this analysis, mass testing allowed administrators to medically isolate infected persons irrespective of symptoms and to quarantine their close contacts to reduce ongoing transmission. Testing refusal rates in these facilities of up to 17.3% highlight the need to communicate the importance of testing and address fear and stigma, with care to tailor messages to cultural and linguistic needs, and to develop strategies to reduce transmission risk from persons who decline testing.

High SARS-CoV-2 prevalence among persons quarantined and retested 7 days after an initial negative result indicates that curbing transmission in correctional and detention environments might require multiple testing rounds, coupled with other recommended prevention and control measures (*7*). Test-based release from quarantine could also be warranted. Serial testing among quarantined contacts of infected persons in a Louisiana correctional and detention facility found a 36% positivity rate 3 days after an initial negative result, indicating that a short retest interval could improve case identification (*8*).

** Presymptomatic persons are those who are infected with SARS-CoV-2 and do not have symptoms at the time of testing, but who develop symptoms later. Asymptomatic persons are those who are infected with SARS-CoV-2 but never develop symptoms. Both presymptomatic and asymptomatic persons can transmit the virus to others.

AZT42AR0000739

**TABLE. Results of SARS-CoV-2 mass testing events* among incarcerated or detained persons in 16 prisons and jails — six jurisdictions, United States, April–May 2020**

| Jurisdiction/Facility | No. of days between identification of first case and start of mass testing† | Total persons incarcerated or detained in the facility during mass testing§ | No. (%) offered testing¶ | No. (%) who declined testing | No. (%) tested | No. with interpretable results | No. (%) testing positive | Type of housing in tested units (open dorm, cells, or both)** |
|---|---|---|---|---|---|---|---|---|
| **Federal Bureau of Prisons††** | | | | | | | | |
| Prison 1 | 25 | 1,534 | 957 (62.4) | 166 (17.3) | 791 (82.7) | 786 | 566 (72.0) | Open dorm |
| Prison 2 | 39 | 1,247 | 1,236 (99.1) | 0 (0.0) | 1,236 (100) | 1,157 | 893 (77.2) | Open dorm |
| Prison 3 | 21 | 1,070 | 997 (93.2) | 0 (0.0) | 997 (100) | 992 | 551 (55.5) | Both |
| **California** | | | | | | | | |
| Prison 1 | 27 | 3,175 | 257 (8.1) | 39 (15.2) | 218 (84.8) | 217 | 34 (15.7) | Cells |
| Prison 2 | 18 | 3,739 | 441 (12.0) | 6 (1.4) | 435 (98.6) | 433 | 8 (1.8) | Cells |
| Prison 3 | 2 | 2,325 | 54 (2.3) | 0 (0.0) | 54 (100) | 54 | 23 (42.6) | Open dorm |
| Prison 4 | 41 | 3,419 | 2,153 (63.0) | 15 (0.7) | 2,138 (99.3) | 2,128 | 371 (17.4) | Both |
| Prison 5 | 34 | 1,565 | 740 (47.3) | 4 (0.5) | 736 (99.5) | 736 | 99 (13.5) | Cells |
| Prison 6 | NA | 3,327 | 92 (2.8) | 0 (0.0) | 92 (100) | 92 | 0 (0.0) | Open dorm |
| **Colorado** | | | | | | | | |
| Prison 1 | 28 | 2,340 | 2,296 (98.1) | 1 (<0.01) | 2,295 (99.9) | 2,262 | 375 (16.6) | Cells |
| Prison 2 | 5 | 1,704 | 299 (17.5) | 0 (0.0) | 299 (100) | 297 | 35 (11.8) | Cells |
| **Ohio** | | | | | | | | |
| Prison 1 | 7 | 497 | 442 (88.9) | 0 (0.0) | 442 (100) | 442 | 94 (21.3) | Both |
| Prison 2 | 12 | 2,521 | 2,510 (99.6) | 0 (0.0) | 2,510 (100) | 2,510 | 2,179 (86.8) | Both |
| Prison 3 | 7 | 2,024 | Unknown | Unknown | 1,846 | 1,846 | 1,476 (80.0) | Both |
| **Orange County, California** | | | | | | | | |
| Jail 1 | 34 | 3,167 | 1,002 (31.6) | 0 (0.0) | 1,002 (100) | 1,002 | 374 (37.3) | Both |
| **Texas** | | | | | | | | |
| Jail 1 | 27 | 7,800 | 1,070 (13.7) | 0 (0.0) | 1,070 (100) | 1,070 | 519 (48.5) | Both |
| **Total** | — | **41,454** | **16,392 (39.5)** | **231 (1.6)** | **16,161 (98.6)** | **16,024** | **7,597 (47.4)** | — |

* Mass testing was defined as offering SARS-CoV-2 testing by reverse transcription–polymerase chain reaction (RT-PCR) to all incarcerated or detained persons in at least one housing unit of a jail or prison, irrespective of presence or history of symptoms.
† The first COVID-19 case in each facility was identified using a symptom-based approach.
§ The highest number of incarcerated or detained persons in the facility on a single day during the mass testing event.
¶ Some facilities offered SARS-CoV-2 testing to incarcerated or detained persons in all housing units. Others offered testing in selected housing units based on criteria including whether units had already identified cases, housed a large number of persons with underlying health conditions, or housed persons who were assigned to work details that required movements across the facility (e.g., food or laundry service).
** Open dorm units in these facilities housed from 63 to 216 persons in one space where they could interact freely. Cell-based units were comprised of locked cells housing from one to eight persons each.
†† The Federal Bureau of Prisons (BOP) has jurisdiction over federal prisons across the United States. The three BOP facilities with data presented here are located in three different states.

This analysis can inform testing practices in correctional and detention facilities in at least three areas. First, testing staff members at regular intervals, regardless of symptoms, could become an important part of facilities' COVID-19 prevention and mitigation plans, in collaboration with relevant stakeholders, including labor unions. In this study, more than half of the facilities identified their first case among staff members, consistent with previous CDC findings that staff members can introduce the virus into correctional and detention environments (*9*). Second, in descriptive analyses, the median prevalence of SARS-CoV-2 was nearly three times higher in dormitory-based housing units (42.6%) than in cell-based units (14.6%), suggesting that housing configuration might contribute to transmission. Further study is warranted to determine whether more frequent testing could reduce transmission in dormitory-based housing. Third, these mass testing events occurred 2–41 days after identification of the facilities' first cases. Additional studies should examine whether timing of mass testing influences its effectiveness in facilitating outbreak containment. In a study involving five health department jurisdictions that conducted facility-wide testing in 88 nursing homes that had already identified at least one case, an estimated 1.3 additional cases were identified for each additional day between identification of the first case and completion of facility-wide testing, indicating that facility-wide testing early in an outbreak can be an effective mitigation strategy (*10*).

The findings in this report are subject to at least six limitations. First, these facilities represent a convenience sample and are not representative of all U.S. correctional and detention facilities. Second, because facilities' decisions to conduct mass testing might be based on differing population characteristics, epidemiologic factors, and policy considerations, statistical

FIGURE. COVID-19 cases identified among incarcerated or detained persons during mass testing events (April–May) and through symptom-based testing (January–April) in 16 prisons and jails — six U.S. jurisdictions, 2020

**Abbreviations:** BOP = Federal Bureau of Prisons; COVID-19 = coronavirus disease 2019.

significance testing was not performed. Third, the number of cases identified through mass testing might be higher in facilities where mass testing occurred closer to the peak of an outbreak (a factor that could not be determined with available data), or in facilities that tested a higher proportion of their population. Fourth, data regarding symptoms reported during mass testing were unavailable, preventing calculation of the percentage of persons with positive test results who were symptomatic. Fifth, cases among staff members identified before mass testing are likely underestimated because most facilities relied largely on self-reporting. Finally, it is uncertain whether the housing unit where a person with COVID-19 was tested was the location where exposure occurred.

Challenges in practicing physical distancing and other prevention strategies within correctional and detention facilities place persons in these settings, many of whom have chronic diseases, at high risk for SARS-CoV-2 exposure. This analysis demonstrates that mass testing irrespective of symptoms, combined with periodic retesting, can identify infections and support prevention of widespread transmission in correctional and detention environments. Further research is warranted to refine strategic testing approaches that individual facilities can implement, based on local needs and resources, to contribute to COVID-19 mitigation.

### Acknowledgments

State and local departments of health and departments of corrections; Federal Bureau of Prisons; affected facilities contributing data; Jeffery Allen, Thomas Dixon, Cora Hoover, Julie King, Heather Scobie.

Corresponding author: Liesl Hagan, vqf8@cdc.gov.

AZT42AR0000741

**Summary**

What is already known about this topic?

SARS-CoV-2 outbreaks in correctional and detention facilities are difficult to contain because of population-dense housing and limited space for medical isolation and quarantine. Testing in these settings has often been limited to symptomatic persons.

What is added by this report?

Mass testing in 16 U.S. prisons and jails found SARS-CoV-2 prevalence ranging from 0%–86.8%, a median 12.1-fold increase over the number of cases identified by earlier symptom-based testing alone. Median prevalence was three times higher in dormitory-based than in cell-based housing.

What are the implications for public health practice?

In correctional and detention facilities, broad-based SARS-CoV-2 testing provides a more accurate assessment of disease prevalence than does symptom-based testing and generates data that can potentially help control transmission.

[1]CDC; [2]Emory University Rollins School of Public Health, Atlanta, Georgia; [3]Morehouse School of Medicine, Atlanta, Georgia; [4]Federal Bureau of Prisons, Washington, DC; [5]California Correctional Health Care Services; [6]Orange County Health Care Agency, Santa Ana, California; [7]Colorado Department of Public Health and Environment; [8]Colorado Department of Corrections; [9]Ohio Department of Health; [10]Epidemic Intelligence Service, CDC; [11]Ohio Department of Rehabilitation and Correction; [12]Brown University Department of Family Medicine, Providence, Rhode Island; [13]Harris County Sheriff's Office, Houston, Texas; [14]Houston Health Department, Houston, Texas.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Anne C. Spaulding reports funding from the following entities to consult on COVID-19 control in correctional facilities: Harris County, Texas (funds to be paid to Emory University), the National Sheriff's Association (funds to be paid to Emory University), and Guardian (travel funds only). Dr. Spaulding also reports grants from Gilead Sciences, the National Commission on Correctional Health Care, bioLytical Sciences, and Cellex outside the submitted work. No other potential conflicts of interest were disclosed by authors.

## References

1. Wallace M, Marlow M, Simonson S, et al. Public health response to COVID-19 cases in correctional and detention facilities—Louisiana, March–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:594–8. https://doi.org/10.15585/mmwr.mm6919e3
2. Hawks L, Woolhandler S, McCormick D. COVID-19 in prisons and jails in the United States. JAMA Intern Med 2020;180:1041. https://doi.org/10.1001/jamainternmed.2020.1856
3. Maruschak LM, Berzofsky M, Unangst J. Medical problems of state and federal prisoners and jail inmates, 2011–12. Washington, DC: Department of Justice, Bureau of Justice Statistics; 2015. https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf
4. CDC. Interim considerations for SARS-CoV-2 testing in correctional and detention facilities. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/testing.html
5. Oran DP, Topol EJ. Prevalence of asymptomatic SARS-CoV-2 infection: a narrative review. Ann Intern Med 2020;M20-3012. https://doi.org/10.7326/M20-3012
6. Wurcel AG, Dauria E, Zaller N, et al. Spotlight on jails: COVID-19 mitigation policies needed now. Clin Infect Dis 2020;71:891–2. https://doi.org/10.1093/cid/ciaa346
7. CDC. Interim guidance on management of coronavirus disease 2019 (COVID-19) in correctional and detention facilities. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html
8. Njuguna H, Wallace M, Simonson S, et al. Serial laboratory testing for SARS-CoV-2 infection among incarcerated and detained persons in a correctional and detention facility—Louisiana, April–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:836–40. https://doi.org/10.15585/mmwr.mm6926e2
9. Wallace M, Hagan L, Curran KG, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:587–90. https://doi.org/10.15585/mmwr.mm6919e1
10. Hatfield KM, Reddy SC, Forsberg K, et al. Facility-wide testing for SARS-CoV-2 in nursing homes—seven U.S. jurisdictions, March–June 2020. MMWR Morb Mortal Wkly Rep 2020;69:1095–9. https://doi.org/10.15585/mmwr.mm6932e5

Morbidity and Mortality Weekly Report

# Serial Laboratory Testing for SARS-CoV-2 Infection Among Incarcerated and Detained Persons in a Correctional and Detention Facility — Louisiana, April–May 2020

Henry Njuguna, MD[1,*]; Megan Wallace, DrPH[1,2,*]; Sean Simonson, MPH[3]; Farrell A. Tobolowsky, DO[1,2]; Allison E. James, PhD[1,2]; Keith Bordelon, MS[1]; Rena Fukunaga, PhD[1]; Jeremy A. W. Gold, MD[1,2]; Jonathan Wortham, MD[1]; Theresa Sokol, MPH[3]; Danielle Haydel[3]; Ha Tran[3]; Kaylee Kim, MPH[1]; Kiva A. Fisher, PhD[1]; Mariel Marlow, PhD[1]; Jacqueline E. Tate, PhD[1]; Reena H. Doshi, PhD[1]; Kathryn G. Curran, PhD[1]

*On June 29, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Transmission of SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19), by asymptomatic and presymptomatic persons poses important challenges to controlling spread of the disease, particularly in congregate settings such as correctional and detention facilities (*1*). On March 29, 2020, a staff member in a correctional and detention facility in Louisiana developed symptoms[†] and later had a positive test result for SARS-CoV-2. During April 2–May 7, two additional cases were detected among staff members, and 36 cases were detected among incarcerated and detained persons at the facility; these persons were removed from dormitories and isolated, and the five dormitories that they had resided in before diagnosis were quarantined. On May 7, CDC and the Louisiana Department of Health initiated an investigation to assess the prevalence of SARS-CoV-2 infection among incarcerated and detained persons residing in quarantined dormitories. Goals of this investigation included evaluating COVID-19 symptoms in this setting and assessing the effectiveness of serial testing to identify additional persons with SARS-CoV-2 infection as part of efforts to mitigate transmission. During May 7–21, testing of 98 incarcerated and detained persons residing in the five quarantined dormitories (A–E) identified an additional 71 cases of SARS-CoV-2 infection; 32 (45%) were among persons who reported no symptoms at the time of testing, including three who were presymptomatic. Eighteen cases (25%) were identified in persons who had received negative test results during previous testing rounds. Serial testing of contacts from shared living quarters identified persons with SARS-CoV-2 infection who would not have been detected by symptom screening alone or by testing at a single time point. Prompt identification and isolation of infected persons is important to reduce further transmission in congregate settings such as correctional and detention facilities and the communities to which persons return when released.

* These two authors contributed equally.

† COVID-19–related signs and symptoms include subjective fever, cough, shortness of breath, chills, muscle aches, headache, sore throat, loss of taste, or loss of smell. https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html.

On March 29, a staff member working in a correctional and detention facility in Louisiana reported symptoms of COVID-19 and later had a positive test result for SARS-CoV-2. Two additional cases among staff members were identified on April 2 and April 10. The facility housed approximately 700 incarcerated and detained persons in 15 dormitories. On April 7, the first case of COVID-19 in an incarcerated person was detected after the patient reported symptoms. During April 8–May 7, through daily active monitoring with temperature screening and oxygen saturation measurements, an additional 35 laboratory-confirmed symptomatic cases were identified among incarcerated and detained persons in five dormitories, resulting in three hospitalizations. Upon identification, all COVID-19 patients were immediately transferred to another facility for medical isolation and care.

During May 7–21, the Louisiana Department of Health and CDC, as part of a public health outbreak response, conducted an investigation to assess the prevalence of infection with SARS-CoV-2 among incarcerated and detained persons residing in quarantined dormitories, and to evaluate symptoms and assess the feasibility of using serial testing with nasopharyngeal swabs to identify additional persons with SARS-CoV-2 infection. Demographic information, medical history, and symptom data were collected for persons in the five affected dormitories using standardized questionnaires. Serial SARS-CoV-2 testing and COVID-19 symptom assessments were conducted on 3 days: May 7 (day 1), May 11, (day 4), and May 21 (day 14). To detect any additional cases before symptom onset, persons who had negative test results on day 1 were retested and completed another symptom assessment on day 4. Those who had negative test results a second time were retested on day 14, the end of the initial quarantine period. On day 14, symptom data were collected again from all persons. The Louisiana Office of Public Health Laboratory tested nasopharyngeal swabs for SARS-CoV-2 using the CDC 2019 reverse transcription–polymerase chain reaction (RT-PCR) panel (*2*), and results were received within 24 hours of testing. Depending on their test results, persons were cohorted by being moved to medical isolation or remaining in quarantined dormitories. Symptom data from all 3 test days were analyzed to classify cases as asymptomatic, presymptomatic, or symptomatic. To identify

potential previous illness, outbreak investigators also recorded symptoms reported >2 weeks before testing. Persons were classified as presymptomatic if they reported onset of symptoms after the date of collection of a specimen that had a positive test result; persons were classified as asymptomatic if they had a positive SARS-CoV-2 test result but did not report any symptoms during the previous 2 months or during the 14-day testing period. Attack rates during May 7–21 were stratified by participants' dormitory assignments on day 1. Analyses were conducted using R (version 3.6.0; The R Foundation). This investigation was determined by CDC to be public health surveillance.[§] Persons provided voluntary oral consent for testing and questionnaire administration, consistent with the policies of the facility.

At the time of investigation 98 incarcerated and detained persons were in the five quarantined dormitories. All 98 persons were interviewed and tested for SARS-CoV-2 on day 1. The median age was 33 years (interquartile range [IQR] = 29–42 years) (Table 1). The majority of persons tested were male (91, 93%), 65 (66%) were non-Hispanic black, 31 (32%) were non-Hispanic white, one (1%) was non-Hispanic Asian, and one (1%) was Hispanic. Overall, 39 (40%) had an underlying health condition, and 23 (23%) had a body mass index >30 kg/m$^2$.

Seventy-one additional cases of SARS-CoV-2 infection were detected in the five dormitories. Among 98 persons tested on day 1, 53 (54%) had positive SARS-CoV-2 test results (Table 2). Among the remaining 45 who had negative test results on day 1, 16 (36%) had positive test results on day 4. Two (7%) of 29 persons who had negative test results on days 1 and 4 had a positive test result on day 14. Of the 71 cases, three (4%) occurred in persons who were presymptomatic at the time of specimen collection, 29 (41%) were in persons who were asymptomatic, and two (3%) were in persons who had had unknown symptom histories. Among the 37 patients who reported COVID-19 symptoms before testing, 11 (30%) reported symptom onset ≤2 weeks before testing, and 19 (51%) experienced symptom onset >2 weeks before testing. Among 27 persons testing negative, 18 (67%) reported COVID-19–compatible symptoms in the previous 2 months, including eight (30%) reporting loss of smell and seven (26%) reporting loss of taste. Among the 98 persons who were tested, 55 (56%) reported at least one COVID-19 symptom during the 2 months before testing, including 37 (52%) who had positive test results and 18 (67%) who had negative test results. Headache (27, 38%) and loss of smell (25, 35%) were the most commonly reported symptoms. During the public health outbreak investigation period, none of the COVID-19 patients identified through serial testing developed severe illness requiring hospitalization.

The attack rate by dormitory ranged from 57% in dormitory A to 82% in dormitory C. The number of days between the first identified COVID-19 case in each dormitory and day 1 testing ranged from 14–30 days. Dormitory A, which had the lowest attack rate, also had the shortest interval from day of first COVID-19 case to day 1 testing.

## Discussion

High COVID-19 attack rates can occur in correctional and detention facilities (*3*). During May 7–21, among 98 incarcerated and detained persons who were quarantined because of exposure to the virus, 71 (72%) had laboratory-confirmed SARS-CoV-2 infection identified through serial testing. Among those with positive test results, approximately one fourth had positive test results after one or two negative tests at previous time points in quarantine, and 45% did not report any symptoms at the time of testing. These findings suggest ongoing transmission among quarantined persons living in congregate settings; therefore, serial testing of contacts of persons with COVID-19 in correctional and detention facilities can identify asymptomatic and presymptomatic persons who would be missed through symptom screening alone.

Increased detection of SARS-CoV-2 cases by serial testing has been observed in other congregate settings, including homeless shelters and long-term care facilities (*1*,*4*). The high attack rate within these five dormitories and the large proportion of asymptomatic persons with SARS-CoV-2 infection suggest that serial testing of close contacts, including those in congregate settings, should begin immediately after identification of a case to limit further transmission. Some persons infected with SARS-CoV-2 were likely not detected until weeks after they had been infected, which could have contributed to rapid transmission within the quarantined dormitories. Among 71 persons with SARS-CoV-2 identified through serial testing, 27% reported symptom onset 2–8 weeks before testing. Dormitory A, which had the most recent known SARS-CoV-2 introduction among the dormitories, also had the lowest cumulative attack rate, with no additional persons with SARS-CoV-2 infection identified through testing on day 4 or day 14.

CDC's Interim Guidance on Management of COVID-19 in Correctional and Detention Facilities (*5*), released on March 23, 2020, recommended prompt isolation of COVID-19 patients, quarantine and twice daily symptom-monitoring of exposed persons, and intensified cleaning and disinfection procedures. In these facilities, quarantine is often accomplished by cohorting exposed persons in shared dormitories. It is possible that

[§] https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=&SID=83cd09e1c0f5c6937cd9d7513160fc3f&pitd=20180719&n=pt45.1.46&r=PART&ty=HTML.

**TABLE 1. Characteristics of incarcerated and detained persons tested for SARS-CoV-2 in a correctional and detention facility, by dormitory — Louisiana, May 7–21, 2020**

| Characteristic | Dormitory, no. of residents | | | | | |
|---|---|---|---|---|---|---|
| | Dormitory A, 7 | Dormitory B, 37 | Dormitory C, 11 | Dormitory D, 23 | Dormitory E, 20 | Total, 98 |
| **Age, median (IQR)** | 37 (29–47) | 31 (29–39) | 45 (35–52) | 31 (29–36) | 37 (29–47) | **33 (29–42)** |
| **Sex, no. (%)** | | | | | | |
| Male | 0 (—) | 37 (100) | 11 (100) | 23 (100) | 20 (100) | **91 (93)** |
| Female | 7 (100) | 0 (—) | 0 (—) | 0 (—) | 0 (—) | **7 (7)** |
| **Race/Ethnicity, no. (%)** | | | | | | |
| White, non-Hispanic | 2 (29) | 5 (14) | 7 (64) | 6 (26) | 10 (50) | **31 (32)** |
| Black, non-Hispanic | 5 (71) | 30 (81) | 4 (36) | 16 (70) | 10 (50) | **65 (66)** |
| Asian, non-Hispanic | 0 (—) | 1 (3) | 0 (—) | 0 (—) | 0 (—) | **1 (1)** |
| Hispanic | 0 (—) | 1 (3) | 0 (—) | 0 (—) | 0 (—) | **1 (1)** |
| **Underlying health condition, no. (%)** | | | | | | |
| Any | 3 (43) | 14 (38) | 7 (64) | 7 (30) | 8 (40) | **39 (40)** |
| Respiratory disease | 1 (14) | 5 (14) | 3 (27) | 3 (13) | 3 (15) | **15 (15)** |
| Diabetes | 2 (29) | 0 (—) | 3 (27) | 0 (—) | 1 (5) | **6 (6)** |
| Hypertension | 2 (29) | 7 (19) | 5 (45) | 3 (13) | 3 (15) | **20 (20)** |
| Other cardiovascular disease | 0 (0) | 2 (5) | 0 (—) | 1 (4) | 0 (—) | **3 (3)** |
| Other* | 0 (—) | 2 (5) | 1 (9) | 2 (8) | 4 (15) | **9 (8)** |
| **Body mass index >30 kg/m$^2$, no. (%)** | 2 (29) | 7 (19) | 1 (9) | 7 (30) | 6 (30) | **23 (23)** |
| **Interval from identification of first case to day 1 (May 7), days†** | 14 | 20 | 28 | 28 | 30 | — |
| **SARS-CoV-2 positive, no. (%)** | | | | | | |
| Day 1 | 4 (57) | 20 (54) | 6 (55) | 10 (43) | 13 (65) | **53 (54)** |
| Day 4 | 0 (—) | 7 (19) | 3 (27) | 4 (17) | 2 (10) | **16 (16)** |
| Day 14 | 0 (—) | 0 (—) | 0 (—) | 2 (9) | 0 (—) | **2 (2)** |
| Overall | 4 (57) | 27 (73) | 9 (82) | 16 (69) | 15 (75) | **71 (72)** |

**Abbreviation:** IQR = interquartile range.
* Includes liver disease, immunosuppressive disorder, and neurologic disease.
† Number of days from the identification of the first known COVID-19 case in the dormitory to the first day of serial testing (day 1).

**TABLE 2. Reported symptoms* among incarcerated and detained persons (N = 98) in five dormitories in a single correctional and detention facility, by SARS-CoV-2 test results — Louisiana, May 7–21, 2020**

| Persons in all five dormitories | Subtotal, by symptom, no. (%) | Test day, no. tested, no. (%) with positive results | | | | All negative, no. (%) |
|---|---|---|---|---|---|---|
| | | Day 1, 98 | Day 4, 45 | Day 14, 29 | Total all 3 days, 98 | |
| **Total** | — | **53 (54)** | **16 (36)** | **2 (7)** | **71 (72)** | **27 (27)** |
| **Symptom status** | | | | | | |
| Asymptomatic† | 37 (39) | 19 (36) | 9 (56) | 1 (50) | 29 (41) | 8 (30) |
| Presymptomatic§ | 3 (3) | 3 (6) | 0 (—) | 0 (—) | 3 (4) | 0 (—) |
| Symptomatic | 55 (56) | 29 (55) | 7 (43) | 1 (50) | 37 (52) | 18 (67) |
| Onset in past 2 wks | 13 (13) | 10 (19) | 1 (6) | 0 (—) | 11 (15) | 2 (7) |
| Onset >2 wks ago | 30 (31) | 12 (23) | 6 (38) | 1 (50) | 19 (27) | 11 (41) |
| Onset unknown | 12 (12) | 7 (13) | 0 (—) | 0 (—) | 7 (10) | 5 (19) |
| **Specific symptoms*** | | | | | | |
| Subjective fever | 21 (21) | 11 (21) | 4 (25) | 0 (—) | 15 (21) | 6 (22) |
| Cough | 14 (14) | 8 (15) | 3 (19) | 0 (—) | 11 (15) | 3 (11) |
| Shortness of breath | 11 (11) | 5 (9) | 1 (6) | 0 (—) | 6 (8) | 5 (18) |
| Chills | 23 (23) | 13 (25) | 3 (19) | 0 (—) | 16 (23) | 7 (26) |
| Muscle aches | 24 (24) | 15 (28) | 3 (19) | 1 (50) | 19 (27) | 5 (19) |
| Headache | 39 (40) | 20 (37) | 6 (38) | 1 (50) | 27 (38) | 12 (44) |
| Sore throat | 10 (10) | 6 (11) | 1 (6) | 0 (—) | 7 (10) | 3 (11) |
| Loss of taste | 26 (27) | 15 (28) | 4 (25) | 0 (—) | 19 (27) | 7 (26) |
| Loss of smell | 33 (34) | 20 (38) | 5 (31) | 0 (—) | 25 (35) | 8 (30) |
| Unknown | 3 (3) | 2 (4) | 0 (—) | 0 (—) | 2 (3) | 1 (4) |

* During the 2 months preceding the date of data collection.
† During the 2 months preceding testing and during the 14-day testing period. The person who was asymptomatic and had a positive test result on day 14 had not developed symptoms at follow-up 1 week later.
§ Persons who reported onset of symptoms after the date of specimen collection, which resulted in a positive test.

AZT42AR0000745

incarcerated and detained persons experience incentives or disincentives to reporting illness, thereby compromising the effectiveness of symptom screening (*6,7*). In addition, asymptomatic or presymptomatic persons infected with SARS-CoV-2 can be missed by symptom screening and transmit the infection (*1*). On June 13, 2020, CDC recommended testing for all close contacts (including those without symptoms) and consideration of broader testing strategies, including the option of widespread and weekly testing of asymptomatic persons, to control transmission in special high-risk settings that have potential for rapid and widespread dissemination of SARS-CoV-2 infection (*8*).

Implementation of symptom screening and serial testing in correctional and detention facilities can be challenging and requires skilled personnel. No single symptom was reported by the majority of persons with COVID-19, and common symptoms such as headache are nonspecific and might not prompt testing. Serial testing is dependent on laboratory capacity and test availability. Delayed receipt of test results inhibits prompt cohorting to reduce transmission from asymptomatic or presymptomatic persons within dormitories. To address these potential challenges, facility staff members should work with their local health department and partners to determine the feasibility of implementing a serial testing strategy. In the future, rapid point of care tests might address some of these challenges.

The findings in this report are subject to at least four limitations. First, serial testing was initiated 2–4 weeks after identification of the first COVID-19 case in an incarcerated person in the dormitories, which likely resulted in substantial transmission before this investigation. Approximately one third of persons with negative test results reported experiencing COVID-19 compatible symptoms >2 weeks before testing and might have already recovered from COVID-19. Second, systematic testing was limited to the five dormitories with known cases among incarcerated and detained persons; staff members were not systematically tested. Exposure to ill staff members might have contributed to transmission. Third, symptom ascertainment might be incomplete, especially for symptoms experienced >2 weeks before testing. Likewise, some persons were unable to provide symptom onset dates. Persons might have underreported symptoms, leading to an overestimate of the prevalence of asymptomatic infection. Finally, this investigation was conducted within five dormitories in one facility; therefore, findings are not generalizable to all correctional and detention facilities.

Approximately 10 million persons are admitted to jails each year, and approximately 55% of detainees return to their community each week.[¶] Likewise, correctional and detention facility staff members reside in local communities. Thus, high rates of COVID-19 transmission in correctional and detention facilities also have the potential to influence broader community transmission. Because SARS-CoV-2 infection might spread rapidly in correctional and detention facilities (*3*), prevention measures are needed to reduce SARS-CoV-2 introduction and transmission. Mitigation measures should include the quarantine and symptom screening of incarcerated and detained persons upon intake, proper infection prevention and control measures, including the use of appropriate personal protective equipment or cloth face covering[**] for both staff members and incarcerated and detained persons, regular monitoring of staff members, and encouraging them not to work if they become symptomatic (*5*). Early identification of persons with COVID-19 facilitates their transfer to medical isolation where they can receive timely medical care. Prompt detection and isolation of cases through serial testing might reduce further exposure within the congregate living environment and outside community. Cohorting of incarcerated and detained persons by infection status is essential to slow the transmission of the virus in the facility. Serial testing, particularly in congregate settings is important for identification of persons with SARS-CoV-2 infection and prompt public health response. Reducing transmission in correctional and detention facilities potentially also reduces transmission in communities where staff members live and where detained persons return when released.

**Summary**

What is already known about this topic?

Correctional and detention facilities face unique challenges in detecting and mitigating transmission of SARS-CoV-2 infection.

What is added by this report?

Testing among quarantined contacts of patients with COVID-19 in a correctional and detention facility identified a high proportion of asymptomatic and presymptomatic cases that were not identified through symptom screening alone. Approximately one fourth of cases were found through serial testing during quarantine.

What are the implications for public health practice?

Early detection and isolation of persons with COVID-19, along with testing of close contacts, can slow the transmission of SARS-CoV-2 in correctional and detention facilities. Serial testing, particularly for close contacts of patients, is important for complete identification of cases and prompt public health response in congregate settings.

¶ https://www.bjs.gov/content/pub/pdf/ji16.pdf.

** A person who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance should not use a cloth face covering.

AZT42AR0000746

## Acknowledgments

Persons incarcerated and detained at the correctional and detention facility; correctional and detention facility staff members; Louisiana Department of Health officials; Louisiana Office of Public Health Laboratory officials; Lauren Franco, Julian Grass, Jennifer Huang, Eric Manders, Erin Moritz, Amy Schumacher, Margaret Williams, CDC COVID-19 Epi Task Force.

Corresponding author: Henry Njuguna, njenga308@yahoo.com.

[1]CDC COVID-19 Response Team; [2]Epidemic Intelligence Service, CDC; [3]Louisiana Department of Health.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Arons MM, Hatfield KM, Reddy SC, et al.; Public Health–Seattle and King County; CDC COVID-19 Investigation Team. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med 2020;382:2081–90. https://doi.org/10.1056/NEJMoa2008457
2. CDC. CDC 2019-Novel coronavirus (2019-nCoV) real-time RT-PCR diagnostic panel. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.fda.gov/media/134922/download
3. Hawks L, Woolhandler S, McCormick D. COVID-19 in prisons and jails in the United States. JAMA Intern Med 2020. https://doi.org/10.1001/jamainternmed.2020.1856
4. Tobolowsky FA, Gonzales E, Self JL, et al. COVID-19 outbreak among three affiliated homeless service sites—King County, Washington, 2020. MMWR Morb Mortal Wkly Rep 2020;69:523–6. PMID:32352954 https://doi.org/10.15585/mmwr.mm6917e2
5. CDC. Coronavirus disease 2019 (COVID-19): interim guidance on management of coronavirus disease 2019 (COVID-19) in correctional and detention facilities. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html
6. Awofeso N. Prisoner healthcare co-payment policy: a cost-cutting measure that might threaten inmates' health. Appl Health Econ Health Policy 2005;4:159–64. https://doi.org/10.2165/00148365-200504030-00004
7. Wallace M, Marlow M, Simonson S, et al. Public health response to COVID-19 cases in correctional and detention facilities—Louisiana, March–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:594–8. https://doi.org/10.15585/mmwr.mm6919e3
8. CDC. Overview of testing for SARS-CoV-2. 2020. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/testing-overview.html

AZT42AR0000747



Centers for Disease Control and Prevention

Morbidity and Mortality Weekly Report

Weekly / Vol. 69 / No. 25 June 26, 2020

# Characteristics of Women of Reproductive Age with Laboratory-Confirmed SARS-CoV-2 Infection by Pregnancy Status — United States, January 22–June 7, 2020

Sascha Ellington, PhD[1]; Penelope Strid, MPH[1]; Van T. Tong, MPH[1]; Kate Woodworth, MD[1]; Romeo R. Galang, MD[1]; Laura D. Zambrano, PhD[1]; John Nahabedian, MS[1]; Kayla Anderson, PhD[1]; Suzanne M. Gilboa, PhD[1]

As of June 16, 2020, the coronavirus disease 2019 (COVID-19) pandemic has resulted in 2,104,346 cases and 116,140 deaths in the United States.* During pregnancy, women experience immunologic and physiologic changes that could increase their risk for more severe illness from respiratory infections (*1,2*). To date, data to assess the prevalence and severity of COVID-19 among pregnant U.S. women and determine whether signs and symptoms differ among pregnant and nonpregnant women are limited. During January 22–June 7, as part of COVID-19 surveillance, CDC received reports of 326,335 women of reproductive age (15–44 years) who had positive test results for SARS-CoV-2, the virus that causes COVID-19. Data on pregnancy status were available for 91,412 (28.0%) women with laboratory-confirmed infections; among these, 8,207 (9.0%) were pregnant. Symptomatic pregnant and nonpregnant women with COVID-19 reported similar frequencies of cough (>50%) and shortness of breath (30%), but pregnant women less frequently reported headache, muscle aches, fever, chills, and diarrhea. Chronic lung disease, diabetes mellitus, and cardiovascular disease were more commonly reported among pregnant women than among nonpregnant women. Among women with COVID-19, approximately one third (31.5%) of pregnant women were reported to have been hospitalized compared with 5.8% of nonpregnant women. After adjusting for age, presence of underlying medical conditions, and race/ethnicity, pregnant women were significantly more likely to be admitted to the intensive care unit (ICU) (aRR = 1.5, 95% confidence interval [CI] = 1.2–1.8) and receive mechanical ventilation (aRR = 1.7, 95% CI = 1.2–2.4). Sixteen (0.2%) COVID-19–related deaths were reported among pregnant women aged 15–44 years, and 208 (0.2%) such deaths were reported among nonpregnant women (aRR = 0.9, 95% CI = 0.5–1.5). These findings suggest that among women of reproductive age with COVID-19, pregnant women are more likely to be hospitalized and at increased risk for ICU admission and receipt of mechanical ventilation

* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

INSIDE

776 HIV Testing Trends at Visits to Physician Offices, Community Health Centers, and Emergency Departments — United States, 2009–2017
781 Outbreaks Associated with Untreated Recreational Water — California, Maine, and Minnesota, 2018–2019
784 Progress Toward Polio Eradication — Worldwide, January 2018–March 2020
790 Characteristics Associated with Hospitalization Among Patients with COVID-19 — Metropolitan Atlanta, Georgia, March–April 2020
795 Potential Indirect Effects of the COVID-19 Pandemic on Use of Emergency Departments for Acute Life-Threatening Conditions — United States, January–May 2020
801 Notes from the Field: E-cigarette, or Vaping, Product Use–Associated Lung Injury Cases During the COVID-19 Response — California, 2020
803 Notes from the Field: Measles Outbreak Associated with International Air Travel — California, March–April 2017
805 QuickStats

**Continuing Education** examination available at https://www.cdc.gov/mmwr/mmwr_continuingEducation.html

**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

compared with nonpregnant women, but their risk for death is similar. To reduce occurrence of severe illness from COVID-19, pregnant women should be counseled about the potential risk for severe illness from COVID-19, and measures to prevent infection with SARS-CoV-2 should be emphasized for pregnant women and their families.

Data on laboratory-confirmed and probable COVID-19 cases[†] were electronically reported to CDC using a standardized case report form[§] or through the National Notifiable Diseases Surveillance System[¶] as part of COVID-19 surveillance efforts. Data are updated by health departments as additional information becomes available. This analysis includes cases reported during January 22–June 7 with data updated as of June 17, 2020. Included cases were limited to laboratory-confirmed infections with SARS-CoV-2 (confirmed by detection of SARS-CoV-2 RNA in a clinical specimen using a molecular amplification detection test) among women aged 15–44 years from 50 states, the District of Columbia, and New York City. Data collected included information on demographic characteristics, pregnancy status, underlying medical conditions, clinical signs and symptoms, and outcomes (including hospitalization, ICU admission, receipt of mechanical ventilation, and death). Outcomes with missing data were assumed not to have occurred (i.e., if data were missing on hospitalization, women were assumed to not have been hospitalized). Crude and adjusted risk ratios and 95% CIs for outcomes were calculated using modified Poisson regression. Risk ratios were adjusted for age (as a continuous variable), presence of underlying chronic conditions (yes/no), and race/ethnicity. All analyses were performed using SAS (version 9.4; SAS Institute).

During January 22–June 7, among 1,573,211 laboratory-confirmed cases of SARS-CoV-2 infection reported to CDC as part of national COVID-19 surveillance, a total of 326,335 (20.7%) occurred among women aged 15–44 years. Data on pregnancy status were available for 91,412 (28.0%) of these women; 8,207 (9.0%) were pregnant (Table 1). Approximately one quarter of all women aged 15–44 years were aged 15–24 years. A total of 54.4% of pregnant women and 38.2% of nonpregnant women were aged 25–34 years; 22.1% of pregnant women and 38.3% of nonpregnant women were aged 35–44 years. Information on race/ethnicity was available for 80.4% of pregnant women and 70.6% of nonpregnant women. Among pregnant women, 46.2% were Hispanic, 23.0% were non-Hispanic white (white), 22.1% were non-Hispanic black (black), and 3.8% were non-Hispanic Asian compared with 38.1%, 29.4%, 25.4%, and 3.2%, respectively, among nonpregnant women.

Symptom status was reported for 65.2% of pregnant women and 90.0% of nonpregnant women; among those with symptom status reported, 97.1% of pregnant and 96.9% nonpregnant women reported being symptomatic. Symptomatic pregnant and nonpregnant women also reported similar

[†] https://wwwn.cdc.gov/nndss/conditions/coronavirus-disease-2019-covid-19/case-definition/2020/.
[§] https://www.cdc.gov/coronavirus/2019-ncov/downloads/pui-form.pdf.
[¶] https://wwwn.cdc.gov/nndss/covid-19-response.html.

The *MMWR* series of publications is published by the Center for Surveillance, Epidemiology, and Laboratory Services, Centers for Disease Control and Prevention (CDC), U.S. Department of Health and Human Services, Atlanta, GA 30329-4027.

**Suggested citation:** [Author names; first three, then et al., if more than six.] [Report title]. MMWR Morb Mortal Wkly Rep 2020;69:[inclusive page numbers].

Centers for Disease Control and Prevention
Robert R. Redfield, MD, *Director*
Anne Schuchat, MD, *Principal Deputy Director*
Chesley L. Richards, MD, MPH, *Deputy Director for Public Health Science and Surveillance*
Rebecca Bunnell, PhD, MEd, *Director, Office of Science*
Arlene Greenspan, PhD, *Acting Director, Office of Science Quality, Office of Science*
Michael F. Iademarco, MD, MPH, *Director, Center for Surveillance, Epidemiology, and Laboratory Services*

MMWR Editorial and Production Staff (Weekly)
Charlotte K. Kent, PhD, MPH, *Editor in Chief*
Jacqueline Gindler, MD, *Editor*
Paul Z. Siegel, MD, MPH, *Guest Associate Editor*
Mary Dott, MD, MPH, *Online Editor*
Terisa F. Rutledge, *Managing Editor*
Douglas W. Weatherwax, *Lead Technical Writer-Editor*
Glenn Damon, Soumya Dunworth, PhD, Teresa M. Hood, MS, *Technical Writer-Editors*
Martha F. Boyd, *Lead Visual Information Specialist*
Maureen A. Leahy, Julia C. Martinroe, Stephen R. Spriggs, Tong Yang, *Visual Information Specialists*
Quang M. Doan, MBA, Phyllis H. King, Terraye M. Starr, Moua Yang, *Information Technology Specialists*

*MMWR* Editorial Board
Timothy F. Jones, MD, *Chairman*
Michelle E. Bonds, MBA
Matthew L. Boulton, MD, MPH
Carolyn Brooks, ScD, MA
Jay C. Butler, MD
Virginia A. Caine, MD
Katherine Lyon Daniel, PhD
Jonathan E. Fielding, MD, MPH, MBA
David W. Fleming, MD
William E. Halperin, MD, DrPH, MPH
Jewel Mullen, MD, MPH, MPA
Jeff Niederdeppe, PhD
Patricia Quinlisk, MD, MPH
Patrick L. Remington, MD, MPH
Carlos Roig, MS, MA
William Schaffner, MD
Morgan Bobb Swanson, BS

**TABLE 1. Demographic characteristics, symptoms, and underlying medical conditions among women aged 15–44 years with known pregnancy status and laboratory-confirmed SARS-CoV-2 infection (N = 91,412),* by pregnancy status — United States, January 22–June 7, 2020**

| Characteristic | No. (%) Pregnant women (n = 8,207) | No. (%) Nonpregnant women (n = 83,205) |
|---|---|---|
| **Age group (yrs)** | | |
| 15–24 | 1,921 (23.4) | 19,557 (23.5) |
| 25–34 | 4,469 (54.4) | 31,818 (38.2) |
| 35–44 | 1,817 (22.1) | 31,830 (38.3) |
| **Race/Ethnicity**† | | |
| Hispanic or Latino | 3,048 (46.2) | 22,394 (38.1) |
| Asian, non-Hispanic | 254 (3.8) | 1,869 (3.2) |
| Black, non-Hispanic | 1,459 (22.1) | 14,922 (25.4) |
| White, non-Hispanic | 1,520 (23.0) | 17,297 (29.4) |
| Multiple or other race, non-Hispanic§ | 321 (4.9) | 2,299 (3.9) |
| **Symptom status**¶ | | |
| Symptomatic | 5,199 (97.1) | 72,549 (96.9) |
| Asymptomatic | 156 (2.9) | 2,328 (3.1) |
| **Symptom reported**** | | |
| Cough | 1,799 (51.8) | 23,554 (53.7) |
| Fever†† | 1,190 (34.3) | 18,474 (42.1) |
| Muscle aches | 1,323 (38.1) | 20,693 (47.2) |
| Chills | 989 (28.5) | 15,630 (35.6) |
| Headache | 1,409 (40.6) | 22,899 (52.2) |
| Shortness of breath | 1,045 (30.1) | 13,292 (30.3) |
| Sore throat | 942 (27.1) | 13,681 (31.2) |
| Diarrhea | 497 (14.3) | 10,113 (23.1) |
| Nausea or vomiting | 682 (19.6) | 6,795 (15.5) |
| Abdominal pain | 350 (10.1) | 5,139 (11.7) |
| Runny nose | 326 (9.4) | 4,540 (10.4) |
| New loss of taste or smell§§ | 587 (16.9) | 7,262 (16.6) |
| **Underlying medical condition** | | |
| Known underlying medical condition status¶¶ | 1,878 (22.9) | 29,142 (35.0) |
| Diabetes mellitus | 288 (15.3) | 1,866 (6.4) |
| Chronic lung disease | 409 (21.8) | 3,006 (10.3) |
| Cardiovascular disease | 262 (14.0) | 2,082 (7.1) |
| Chronic renal disease | 12 (0.6) | 266 (0.9) |
| Chronic liver disease | 8 (0.4) | 141 (0.5) |
| Immunocompromised condition | 66 (3.5) | 811 (2.8) |
| Neurologic disorder, neurodevelopmental disorder, or intellectual disability | 17 (0.9) | 389 (1.3) |
| Other chronic disease | 162 (8.6) | 1,586 (5.4) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* Women with known pregnancy status, representing 28% of 326,335 total cases in women aged 15–44 years.
† Race/ethnicity was missing for 1,605 (20%) pregnant women and 24,424 (29%) nonpregnant women.
§ Other race includes American Indian or Alaska Native or Native Hawaiian or Other Pacific Islander.
¶ Data on symptom status were missing for 2,852 (35%) pregnant women and 8,328 (10%) nonpregnant women.
** Among symptomatic women (3,474 pregnant; 43,855 nonpregnant) with any of the following symptoms noted as present or absent on the CDC's Human Infection with 2019 Novel Coronavirus Case Report Form: fever (measured >100.4°F [38°C] or subjective), cough, shortness of breath, wheezing, difficulty breathing, chills, rigors, myalgia, rhinorrhea, sore throat, chest pain, nausea or vomiting, abdominal pain, headache, fatigue, diarrhea (three or more loose stools in a 24-hour period), new olfactory or taste disorder, or other symptom not otherwise specified on the form.
†† Patients were included if they had information for either measured or subjective fever variables and were considered to have a fever if "yes" was indicated for either variable.
§§ New olfactory and taste disorder has only been included on the CDC's Human Infection with 2019 Novel Coronavirus Case Report Form since May 5, 2020. Therefore, data might be underreported for this symptom.
¶¶ Status was classified as "known" if any of the following conditions were noted as present or absent on the CDC's Human Infection with 2019 Novel Coronavirus Case Report Form: diabetes mellitus, cardiovascular disease (including hypertension), severe obesity (body mass index ≥40 kg/m2), chronic renal disease, chronic liver disease, chronic lung disease, immunosuppressive condition, autoimmune condition, neurologic condition (including neurodevelopmental, intellectual, physical, visual, or hearing impairment), psychological/psychiatric condition, and other underlying medical condition not otherwise specified.

frequencies of cough (51.8% versus 53.7%) and shortness of breath (30.1% versus 30.3%). Pregnant women less frequently reported headache (40.6% versus 52.2%), muscle aches (38.1% versus 47.2%), fever (34.3% versus 42.1%), chills (28.5% versus 35.6%), and diarrhea (14.3% versus 23.1%) than did nonpregnant women.

Data were available on presence and absence of underlying chronic conditions for 22.9% of pregnant women and 35.0% of nonpregnant women. Chronic lung disease (21.8% pregnant; 10.3% nonpregnant), diabetes mellitus (15.3% pregnant; 6.4% nonpregnant), and cardiovascular disease (14.0% pregnant; 7.1% nonpregnant) were the most commonly reported

AZT42AR0000750

chronic conditions. Data were not available to distinguish whether chronic conditions were present before or associated with pregnancy (e.g., gestational diabetes or hypertensive disorders of pregnancy).

Hospitalization was reported by a substantially higher percentage of pregnant women (31.5%) than nonpregnant women (5.8%) (Table 2). Data were not available to distinguish hospitalization for COVID-19–related circumstances (e.g., worsening respiratory status) from hospital admission for pregnancy-related treatment or procedures (e.g., delivery). Pregnant women were admitted more frequently to the ICU (1.5%) than were nonpregnant women (0.9%). Similarly, 0.5% of pregnant women required mechanical ventilation compared with 0.3% of nonpregnant women. Sixteen deaths (0.2%) were reported among 8,207 pregnant women, and 208 (0.2%) were reported among 83,205 nonpregnant women. When stratified by age, all outcomes (hospitalization, ICU admission, receipt of mechanical ventilation, and death) were more frequently reported among women aged 35–44 years than among those aged 15–24 years, regardless of pregnancy status. When stratified by race/ethnicity, ICU admission was most frequently reported among pregnant women who were non-Hispanic Asian (3.5%) than among all pregnant women (1.5%) (Table 2).

After adjusting for age, presence of underlying conditions, and race/ethnicity, pregnant women were 5.4 times more likely to be hospitalized (95% CI = 5.1–5.6), 1.5 times more likely to be admitted to the ICU ( 95% CI = 1.2–1.8), and 1.7 times more likely to receive mechanical ventilation (95% CI = 1.2–2.4) (Table 2). No difference in the risk for death between pregnant and nonpregnant women was found (aRR = 0.9, 95% CI = 0.5–1.5).

## Discussion

As of June 7, 2020, a total of 8,207 cases of COVID-19 in pregnant women were reported to CDC, representing approximately 9% of cases among women of reproductive age with data available on pregnancy status. This finding is similar to that of a recent analysis of hospitalized COVID-19 patients (*3*); however, given that approximately 5% of women aged 15–44 years are pregnant at a point in time,** this percentage is higher than expected. Although these findings could be related to the increased risk for illness, they also could be related to the high proportion of reproductive-aged women for whom data on pregnancy status was missing, if these women were more likely to not be pregnant. The higher-than-expected percentage of COVID-19 cases among women of reproductive age who were pregnant might also be attributable to increased screening and detection of SARS-CoV-2 infection in pregnant women compared with nonpregnant women or by more frequent health care encounters, which increase opportunities to receive SARS-CoV-2 testing. Several inpatient obstetric health care facilities have implemented universal screening and testing policies for pregnant women upon admission (*4–6*). During the study period, among pregnant women with laboratory-confirmed SARS-CoV-2 infection who reported race/ethnicity, 46% were Hispanic, 22% were black, and 23% were white; these proportions differ from those among women with reported race/ethnicity who gave birth in 2019: 24% were Hispanic, 15% were black, and 51% were white.†† Although data on race/ethnicity were missing for 20% of pregnant women in this study, these findings suggest that pregnant women who are Hispanic and black might be disproportionately affected by SARS-CoV-2 infection during pregnancy.

Among women with known symptom status, similar percentages of pregnant and nonpregnant women were symptomatic with COVID-19. However, data on symptom status were missing for approximately one third of pregnant women, compared with 10% of nonpregnant women; therefore, if those with missing symptom status are more likely to be asymptomatic, the percentage of pregnant women who are asymptomatic could be higher than the percentage of asymptomatic nonpregnant women. The percentages of pregnant women reporting fever, muscle aches, chills, headache, and diarrhea were lower than those reported among nonpregnant women, suggesting that signs and symptoms of COVID-19 might differ between pregnant and nonpregnant women. Diabetes mellitus, chronic lung disease, and cardiovascular disease were reported more frequently among pregnant women than among nonpregnant women. Additional information is needed to distinguish medical conditions that developed before pregnancy from those that developed during pregnancy and to determine whether this distinction affects clinical outcomes of COVID-19.

Whereas hospitalization occurred in a significantly higher proportion of pregnant women than nonpregnant women, data needed to distinguish hospitalization for COVID-19 from hospital admission for pregnancy-related conditions were not available. Further, differences in hospitalization by pregnancy status might reflect a lower threshold for admitting pregnant patients or for universal screening and testing policies that some hospitals have implemented for women admitted to the labor and delivery unit (*4–7*). In contrast, however, ICU admission and receipt of mechanical ventilation are distinct proxies for illness severity (*8*), and after adjusting for age, presence of underlying conditions, and race/ethnicity, the risks for both

** https://www.cdc.gov/reproductivehealth/emergency/docs/Geographic-Calculator-for-Pregnant-Women_508.xlsx.

†† https://www.cdc.gov/nchs/data/vsrr/vsrr-8-508.pdf.

AZT42AR0000751

**TABLE 2. Hospitalizations, intensive care unit (ICU) admissions, receipt of mechanical ventilation, and deaths among women with known pregnancy status and laboratory-confirmed SARS-CoV-2 infection (N = 91,412), by pregnancy status, age group, and race/ethnicity, and relative risk for these outcomes comparing pregnant women to nonpregnant women aged 15–44 years — United States, January 22–June 7, 2020**

| | No. (%) | | | |
|---|---|---|---|---|
| Outcome* | Pregnant women (n = 8,207) | Nonpregnant women (n = 83,205) | Crude risk ratio (95% CI) | Adjusted risk ratio[†] (95% CI) |
| **Hospitalization[§]** | | | **5.4 (5.2–5.7)** | **5.4 (5.1–5.6)** |
| **All** | **2,587 (31.5)** | **4,840 (5.8)** | | |
| **Age group (yrs)** | | | | |
| 15–24 | 562 (29.3) | 639 (3.3) | | |
| 25–34 | 1,398 (31.3) | 1,689 (5.3) | | |
| 35–44 | 627 (34.5) | 2,512 (7.9) | | |
| **Race/Ethnicity[¶]** | | | | |
| Hispanic or Latino | 968 (31.7) | 1,473 (6.5) | | |
| Asian, non-Hispanic | 100 (39.4) | 136 (7.3) | | |
| Black, non-Hispanic | 461 (31.6) | 1,199 (8.0) | | |
| White, non-Hispanic | 492 (32.4) | 803 (4.6) | | |
| Multiple or other race, non-Hispanic** | 136 (42.4) | 194 (8.4) | | |
| **ICU admission[††]** | | | **1.6 (1.3–1.9)** | **1.5 (1.2–1.8)** |
| **All** | **120 (1.5)** | **757 (0.9)** | | |
| **Age group (yrs)** | | | | |
| 15–24 | 19 (1.0) | 100 (0.5) | | |
| 25–34 | 53 (1.2) | 251 (0.8) | | |
| 35–44 | 48 (2.6) | 406 (1.3) | | |
| **Race/Ethnicity** | | | | |
| Hispanic or Latino | 49 (1.6) | 194 (0.9) | | |
| Asian, non-Hispanic | 9 (3.5) | 25 (1.3) | | |
| Black, non-Hispanic | 28 (1.9) | 194 (1.3) | | |
| White, non-Hispanic | 12 (0.8) | 158 (0.9) | | |
| Multiple or other race, non-Hispanic** | <5 (—[§§]) | 40 (1.7) | | |
| Hispanic or Latino | 49 (1.6) | 194 (0.9) | | |
| **Mechanical ventilation[¶¶]** | | | **1.9 (1.4–2.6)** | **1.7 (1.2–2.4)** |
| **All** | **42 (0.5)** | **225 (0.3)** | | |
| **Age group (yrs)** | | | | |
| 15–24 | <5 (—[§§]) | 22 (0.1) | | |
| 25–34 | 18 (0.4) | 74 (0.2) | | |
| 35–44 | 21 (1.2) | 129 (0.4) | | |
| **Race/Ethnicity** | | | | |
| Hispanic or Latino | 13 (0.4) | 70 (0.3) | | |
| Asian, non-Hispanic | <5 (—[§§]) | 13 (0.7) | | |
| Black, non-Hispanic | 9 (0.6) | 48 (0.3) | | |
| White, non-Hispanic | <5 (—[§§]) | 44 (0.3) | | |
| Multiple or other race, non-Hispanic** | 5 (1.6) | 16 (0.7) | | |
| **Death***** | | | **0.8 (0.5–1.3)** | **0.9 (0.5–1.5)** |
| **All** | **16 (0.2)** | **208 (0.2)** | | |
| **Age group (yrs)** | | | | |
| 15–24 | <5 (—[§§]) | 9 (0.0) | | |
| 25–34 | 7 (0.2) | 58 (0.2) | | |
| 35–44 | 8 (0.4) | 141 (0.4) | | |
| **Race/Ethnicity** | | | | |
| Hispanic or Latino | 5 (0.2) | 47 (0.2) | | |
| Asian, non-Hispanic | <5 (—[§§]) | 7 (0.4) | | |
| Black, non-Hispanic | 6 (0.4) | 74 (0.5) | | |
| White, non-Hispanic | <5 (—[§§]) | 37 (0.2) | | |
| Multiple or other race, non-Hispanic** | <5 (—[§§]) | 8 (0.4) | | |

See table footnotes on page 774.

AZT42AR0000752

**TABLE 2. (Continued) Hospitalizations, intensive care unit (ICU) admissions, receipt of mechanical ventilation, and deaths among women with known pregnancy status and laboratory-confirmed SARS-CoV-2 infection (N = 91,412), by pregnancy status, age group, and race/ethnicity, and relative risk for these outcomes comparing pregnant women to nonpregnant women aged 15–44 years — United States, January 22–June 7, 2020**

**Abbreviations:** CI = confidence interval; COVID-19 = coronavirus disease 2019.
* Percentages calculated among total in pregnancy status group with known hospitalization status, ICU admission status, mechanical ventilation status, or death.
† Adjusted for age as a continuous variable, dichotomous yes/no variable for presence of underlying conditions, and categorical race/ethnicity variable. Nonpregnant women are the referent group.
§ A total of 1,539 (18%) pregnant women and 9,744 (12%) nonpregnant women were missing information on hospitalization status and were assumed to have not been hospitalized.
¶ Race/ethnicity was missing for 1,605 (20%) pregnant women and 24,424 (29%) nonpregnant women.
** Other race includes American Indian or Alaska Native or Native Hawaiian or Other Pacific Islander.
†† A total of 6,079 (74%) pregnant women and 58,888 (71%) nonpregnant women were missing information for ICU admission and were assumed to have not been admitted to an ICU.
§§ Cell counts <5 are suppressed.
¶¶ A total of 6,351 (77%) pregnant women and 63,893 (77%) nonpregnant women were missing information for receipt of mechanical ventilation and were assumed to have not received mechanical ventilation.
*** A total of 3,819 (47%) pregnant women and 17,420 (21%) nonpregnant women were missing information on death and were assumed to have survived.

outcomes were significantly higher among pregnant women than among nonpregnant women. These findings are similar to those from a recent study in Sweden, which found that pregnant women with COVID-19 were five times more likely to be admitted to the ICU and four times more like to receive mechanical ventilation than were nonpregnant women (*9*). The risk for death was the same for pregnant and nonpregnant women. A recent meta-analysis of individual participant data among women of reproductive age found that for influenza, pregnancy was associated with a seven times higher risk for hospitalization, a lower risk for ICU admission, and no increased risk for death (*10*).

The findings in this report are subject to at least four limitations. First, pregnancy status was missing for three quarters of women of reproductive age with SARS-CoV-2 infection. Moreover, among COVID-19 cases in female patients with known pregnancy status, data on race/ethnicity, symptoms, underlying conditions, and outcomes were missing for a large proportion of cases. This circumstance could lead to overestimation or underestimation of some characteristics, if those with missing data were systematically different from those with available data. To avoid overestimating the risk for adverse outcomes, the absence of data on an outcome was assumed to indicate that the outcome did not occur, and those persons with missing information were included in the denominator. Second, additional time might be needed to ascertain and report outcomes such as ICU admission, mechanical ventilation, and death, and this analysis might underestimate the prevalence of these outcomes. Third, information on pregnancy trimester at the time of infection or whether the hospitalization was related to pregnancy conditions rather than for COVID-19 illness was not available and limits the interpretation of hospitalization data. Finally, routine case surveillance does not capture pregnancy or birth outcomes; thus, it remains unclear whether SARS-CoV-2 infection during pregnancy is associated with adverse pregnancy outcomes, such as pregnancy loss or preterm birth.

The findings in this report suggest that among adolescents and women aged 15–44 years with COVID-19, pregnancy is associated with increased risk for ICU admission and receipt of mechanical ventilation, but it is not associated with increased risk for mortality. This report also highlights the need for more complete data to fully understand the risk for severe illness resulting from SARS-CoV-2 infection in pregnant women. Further, collection of longitudinal data for pregnant women with SARS-CoV-2 infection, including information about pregnancy outcomes, is needed to understand the effects of SARS-CoV-2 infection on maternal and neonatal outcomes. To address these data gaps, CDC, in collaboration with health departments, has initiated COVID-19 pregnancy surveillance to report pregnancy-related information and outcomes among pregnant women with laboratory-confirmed SARS-CoV-2 infection. CDC will continue to provide updates on COVID-19 cases in pregnant women. Although additional data are needed to further understand these observed elevated risks, pregnant women should be made aware of their potential risk for severe illness from COVID-19. Pregnant women and their families should take measures to ensure their health and prevent the spread of SARS-CoV-2 infection. Specific actions pregnant women can take include not skipping prenatal care appointments, limiting interactions with other people as much as possible, taking precautions to prevent getting COVID-19 when interacting with others, having at least a 30-day supply of medicines, and talking to their health care provider about how to stay healthy during the COVID-19 pandemic.[§§] To reduce severe outcomes from COVID-19 among pregnant women, measures to prevent SARS-CoV-2 infection should be emphasized, and potential barriers to the ability to adhere to these measures need to be addressed.

§§ https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnancy-breastfeeding.html.

AZT42AR0000753

**Summary**

What is already known about this topic?

Limited information is available about SARS-CoV-2 infection in U.S. pregnant women.

What is added by this report?

Hispanic and non-Hispanic black pregnant women appear to be disproportionately affected by SARS-CoV-2 infection during pregnancy. Among reproductive-age women with SARS-CoV-2 infection, pregnancy was associated with hospitalization and increased risk for intensive care unit admission, and receipt of mechanical ventilation, but not with death.

What are the implications for public health practice?

Pregnant women might be at increased risk for severe COVID-19 illness. To reduce severe COVID-19–associated illness, pregnant women should be aware of their potential risk for severe COVID-19 illness. Prevention of COVID-19 should be emphasized for pregnant women and potential barriers to adherence to these measures need to be addressed.

## Acknowledgments

State, local, and territorial health department personnel; U.S. clinical, public health, and emergency response staff members; CDC Epidemiology Studies Task Force Pregnancy and Infant Linked Outcomes Team; CDC Case Surveillance Task Force.

Corresponding author: Sascha Ellington, for the CDC COVID-19 Response Pregnancy and Infant Linked Outcomes Team, eocevent397@cdc.gov.

[1]CDC COVID-19 Emergency Response.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Ramsey PS, Ramin KD. Pneumonia in pregnancy. Obstet Gynecol Clin North Am 2001;28:553–69. https://doi.org/10.1016/S0889-8545(05)70217-5
2. Rasmussen SA, Kissin DM, Yeung LF, et al.; Pandemic Influenza and Pregnancy Working Group. Preparing for influenza after 2009 H1N1: special considerations for pregnant women and newborns. Am J Obstet Gynecol 2011;204(Suppl 1):S13–20. https://doi.org/10.1016/j.ajog.2011.01.048
3. Garg S, Kim L, Whitaker M, et al. Hospitalization rates and characteristics of patients hospitalized with laboratory-confirmed coronavirus disease 2019—COVID-NET, 14 states, March 1–30, 2020. MMWR Morb Mortal Wkly Rep 2020;69:458–64. https://doi.org/10.15585/mmwr.mm6915e3
4. Breslin N, Baptiste C, Gyamfi-Bannerman C, et al. Coronavirus disease 2019 infection among asymptomatic and symptomatic pregnant women: two weeks of confirmed presentations to an affiliated pair of New York City hospitals. Am J Obstet Gynecol MFM 2020. Epub April 9, 2020. https://doi.org/10.1016/j.ajogmf.2020.100118
5. Campbell KH, Tornatore JM, Lawrence KE, et al. Prevalence of SARS-CoV-2 among patients admitted for childbirth in southern Connecticut. JAMA 2020. https://doi.org/10.1001/jama.2020.8904
6. Sutton D, Fuchs K, D'Alton M, Goffman D. Universal screening for SARS-CoV-2 in women admitted for delivery. N Engl J Med 2020;382:2163–4. https://doi.org/10.1056/NEJMc2009316
7. Creanga AA, Kamimoto L, Newsome K, et al. Seasonal and 2009 pandemic influenza A (H1N1) virus infection during pregnancy: a population-based study of hospitalized cases. Am J Obstet Gynecol 2011;204(Suppl 1):S38–45. https://doi.org/10.1016/j.ajog.2011.02.037
8. Kuklina EV, Meikle SF, Jamieson DJ, et al. Severe obstetric morbidity in the United States: 1998–2005. Obstet Gynecol 2009;113:293–9. https://doi.org/10.1097/AOG.0b013e3181954e5b
9. Collin J, Byström E, Carnahan A, Ahrne M. Public Health Agency of Sweden's brief report: pregnant and postpartum women with SARS-CoV-2 infection in intensive care in Sweden. Acta Obstet Gynecol Scand 2020. Epub May 9, 2020. https://doi.org/10.1111/aogs.13901
10. Mertz D, Lo CK, Lytvyn L, Ortiz JR, Loeb M; FluRisk-Investigators. Pregnancy as a risk factor for severe influenza infection: an individual participant data meta-analysis. BMC Infect Dis 2019;19:683. https://doi.org/10.1186/s12879-019-4318-3

AZT42AR0000754

# Absence of Apparent Transmission of SARS-CoV-2 from Two Stylists After Exposure at a Hair Salon with a Universal Face Covering Policy — Springfield, Missouri, May 2020

M. Joshua Hendrix, MD[1]; Charles Walde, MD[2]; Kendra Findley, MS[3]; Robin Trotman, DO[4]

*On July 14, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

On May 12, 2020 (day 0), a hair stylist at salon A in Springfield, Missouri (stylist A), developed respiratory symptoms and continued working with clients until day 8, when the stylist received a positive test result for SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19). A second hair stylist (stylist B), who had been exposed to stylist A, developed respiratory symptoms on May 15, 2020 (day 3), and worked with clients at salon A until day 8 before seeking testing for SARS-CoV-2, which returned a positive result on day 10. A total of 139 clients were directly serviced by stylists A and B from the time they developed symptoms until they took leave from work. Stylists A and B and the 139 clients followed the City of Springfield ordinance* and salon A policy recommending the use of face coverings (i.e., surgical masks, N95 respirators,† or cloth face coverings) for both stylists and clients during their interactions. Other stylists at salon A who worked closely with stylists A and B were identified, quarantined, and monitored daily for 14 days after their last exposure to stylists A or B. None of these stylists reported COVID-19 symptoms. After stylist B received a positive test result on day 10, salon A closed for 3 days to disinfect frequently touched and contaminated areas. After public health contact tracings and 2 weeks of follow-up, no COVID-19 symptoms were identified among the 139 exposed clients or their secondary contacts. The citywide ordinance and company policy might have played a role in preventing spread of SARS-CoV-2 during these exposures. These findings support the role of source control in preventing transmission and can inform the development of public health policy during the COVID-19 pandemic. As stay-at-home orders are lifted, professional and social interactions in the community will present more opportunities for spread of SARS-CoV-2. Broader implementation of masking policies could mitigate the spread of infection in the general population.

Stylist A worked from day 0 to day 8 with COVID-19 symptoms before receiving a diagnosis of COVID-19 by polymerase chain reaction (PCR) testing. Although self-isolation was recommended after testing on day 6, stylist A continued to work until the test returned a positive result, at which time stylist A was excluded from work by salon A. On day 3, after working with stylist A, stylist B developed respiratory symptoms. During Stylist A's symptomatic period, the two stylists interacted while neither was masked during intervals between clients. Stylist B worked from day 3 to day 8 while symptomatic before self-isolating and seeking PCR testing, which returned a positive result for SARS-CoV-2 on day 10. Stylist A worked with clients for 8 days while symptomatic, as did stylist B for 5 days. During all interactions with clients at salon A, stylist A wore a double-layered cotton face covering, and stylist B wore a double-layered cotton face covering or a surgical mask.

The Greene County Health Department (Missouri) conducted contact tracing for all 139 exposed clients back to the dates that stylists A and B first developed symptoms. The 139 clients were monitored after their last exposure at salon A. Clients were asked to self-quarantine for 14 days and were called or sent daily text messages to inquire about any symptoms; none reported signs or symptoms of COVID-19. Testing was offered to all clients 5 days after exposure, or as soon as possible for those exposed >5 days before contact tracing began. Overall, 67 (48.2%) clients volunteered to be tested, and 72 (51.8%) refused; all 67 nasopharyngeal swab specimens tested negative for SARS-CoV-2 by PCR. Telephone interviews were attempted 1 month after initial contact tracings to collect supplementary information. Among the 139 exposed clients, the Greene County Health Department interviewed 104 (74.8%) persons.

Among the 139 clients, the mean age was 52 years (range = 21–93 years); 79 clients (56.8%) were male (Table 1). Salon appointments ranged from 15 to 45 minutes in length (median = 15 minutes; mean = 19.5 minutes). Among the 104 interviewed clients, 102 (98.1%) reported wearing face coverings for their entire appointment, and two (1.9%) reported wearing face coverings part of the time (Table 2). Types of face covering used by clients varied; 49 (47.1%) wore cloth face coverings, 48 (46.1%) wore surgical masks, five (4.8%) wore N95 respirators, and two (1.9%) did not know what kind of face covering they wore. Overall, 101 (97.1%) interviewed clients reported that their stylist wore a face covering for the entire appointment; three did not know. When asked about the type of face coverings worn by the stylists, 64 (61.5%) reported that their stylist wore a cloth face covering (39; 37.5%) or surgical mask

* Springfield, Missouri, city ordinance went into effect May 6, 2020, restricted seating in waiting areas to 25% of normal capacity and recommended social distancing and use of face coverings for employees and clients when social distancing was not or could not be followed. https://www.springfieldmo.gov/5140/Masks-and-Face-Coverings.

† Particulate-filtering facepiece respirators that filter ≥95% of airborne particles (https://www.cdc.gov/niosh/npptl/topics/respirators/disp_part/n95list1.html).

**Summary**

*What is already known about this topic?*

Consistent and correct use of cloth face coverings is recommended to reduce the spread of SARS-CoV-2.

*What is added by this report?*

Among 139 clients exposed to two symptomatic hair stylists with confirmed COVID-19 while both the stylists and the clients wore face masks, no symptomatic secondary cases were reported; among 67 clients tested for SARS-CoV-2, all test results were negative. Adherence to the community's and company's face-covering policy likely mitigated spread of SARS-CoV-2.

*What are the implications for public health practice?*

As stay-at-home orders are lifted, professional and social interactions in the community will present more opportunities for spread of SARS-CoV-2. Broader implementation of face covering policies could mitigate the spread of infection in the general population.

(25; 24.0%); 40 (38.5%) clients did not know or remember the type of face covering worn by stylists. When asked whether they had experienced respiratory symptoms in the 90 days preceding their appointment, 87 (83.7%) clients reported that they had not. Of those who did report previous symptoms, none reported testing for or diagnosis of COVID-19.

Six close contacts of stylists A and B outside of salon A were identified: four of stylist A and two of stylist B. All four of stylist A's contacts later developed symptoms and had positive PCR test results for SARS-CoV-2. These contacts were stylist A's cohabitating husband and her daughter, son-in-law, and their roommate, all of whom lived together in another household. None of stylist B's contacts became symptomatic.

## Discussion

SARS-CoV-2 is spread mainly between persons in close proximity to one another (i.e., within 6 feet), and the more closely a person interacts with an infected person and the longer the interaction, the higher the risk for transmission (*1*). At salon A in Springfield, Missouri, two stylists with COVID-19 symptoms worked closely with 139 clients before receiving diagnoses of COVID-19, and none of their clients developed COVID-19 symptoms. Both stylists A and B, and 98% of the interviewed clients followed posted company policy and the Springfield city ordinance requiring face coverings by employees and clients in businesses providing personal care services. The citywide ordinance reduced maximum building waiting area seating to 25% of normal capacity and recommended the use of face coverings at indoor and outdoor public places where physical distancing was not possible. Both company and city policies were likely important factors in preventing the spread of SARS-CoV-2 during these interactions

**TABLE 1. Characteristics* of clients (N = 139) who visited hair salon A and were exposed to stylists A and B with COVID-19 —Springfield, Missouri, May 2020**

| Characteristic | Value |
|---|---|
| **Demographic characteristic** | |
| Male, no. (%) | 79 (56.8) |
| Age, yrs. mean (range) | 52 (21–93) |
| **Encounter information** | |
| Appointment date range | May 12–20 (days 0–8†) |
| Exposure to stylist A, no. (%) | 84 (60.4) |
| Exposure to stylist B, no. (%) | 55 (39.6) |
| Appointment duration, mins, median (range) | 15 (15–45) |
| **Client testing** | |
| Clients tested, no. (%) | 67 (48.2) |
| Negative tests, no. (%)§ | 67 (100) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* All interviews were conducted via telephone by the Greene County Health Department.
† After onset of symptoms in stylist A.
§ Among those tested.

between clients and stylists. These results support the use of face coverings in places open to the public, especially when social distancing is not possible, to reduce spread of SARS-CoV-2.

Although SARS-CoV-2 is spread largely through respiratory droplets when an ill person coughs or sneezes (*1*), data suggest that viral shedding starts during the 2-to-3-day period before symptom onset, when viral loads are at their highest (*2*). Although the rate of transmission of SARS-CoV-2 from presymptomatic patients (those who have not yet developed symptoms) and asymptomatic persons (those who do not develop symptoms) is unclear, these persons likely contribute to the spread of SARS-CoV-2 (*3*). With the potential for presymptomatic and asymptomatic transmission, widespread adoption of policies requiring face coverings in public settings should be considered to reduce the impact and magnitude of additional waves of COVID-19.

Previous studies show that both surgical masks and homemade cloth face coverings can reduce the aerosolization of virus into the air and onto surfaces (*4*,*5*). Although no studies have examined SARS-CoV-2 transmission directly, data from previous epidemics (*6*,*7*) support the use of universal face coverings as a policy to reduce the spread of SARS-CoV-2, as does observational data for COVID-19 in an analysis of 194 countries that found a negative association between duration of a face mask or respirator policy and per-capita coronavirus-related mortality; in countries that did not recommend face masks and respirators, the per-capita coronavirus-related mortality increased each week by 54.3% after the index case, compared with 8.0% in those countries with masking policies (CT Leffler, Virginia Commonwealth University, unpublished data, 2020).§ Similar outcomes have been observed for other respiratory virus outbreaks, including the 2002–04 outbreak of Severe Acute Respiratory Syndrome

§ https://doi.org/10.1101/2020.05.22.20109231.

**TABLE 2. Hair salon clients' (N = 104) responses to interview questions* about their interactions with two stylists with COVID-19 during salon appointments — Springfield, Missouri, May 12–20, 2020**

| Interview question | Response | No. (%) |
|---|---|---|
| Did you wear a face covering? | Yes, for the entire appointment | 102 (98.1) |
| | Yes, for part of the appointment | 2 (1.9) |
| | No, not at all | 0 (—) |
| | Did not know | 0 (—) |
| What type of face covering did you wear? | Cloth face covering | 49 (47.1) |
| | Surgical mask | 48 (46.1) |
| | N95 respirator† | 5 (4.8) |
| | Did not know | 2 (1.9) |
| | Did not answer question | 0 (—) |
| Did the stylist wear a face covering? | Yes, for the entire appointment | 101 (97.1) |
| | Yes, for part of the appointment | 0 (—) |
| | No, not at all | 0 (—) |
| | Did not know | 3 (2.9) |
| What type of face covering did the stylist wear? | Cloth face covering | 39 (37.5) |
| | Surgical mask | 25 (24.0) |
| | N95 respirator | 0 (—) |
| | Did not know | 35 (33.7) |
| | Did not answer question | 5 (4.8) |
| Did you have a respiratory illness in the past 90 days? | Yes | 7 (6.7) |
| | No | 87 (83.7) |
| | Did not know | 1 (1.0) |
| | Did not answer the question | 9 (8.7) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.
* All interviews were conducted via telephone by the Greene County Health Department.
† Particulate-filtering facepiece respirators that filter ≥95% of airborne particles (https://www.cdc.gov/niosh/npptl/topics/respirators/disp_part/n95list1.html).

(SARS) (*6*) and the 2007–08 influenza season (*7*). A systematic review on the efficacy of face coverings against respiratory viruses analyzed 19 randomized trials and concluded that use of face masks and respirators appeared to be protective in both health care and community settings (*8*).

The findings in this report are subject to at least four limitations. First, whereas the health department monitored all exposed clients for signs and symptoms of COVID-19, and no clients developed symptoms, only a subset was tested; thus, asymptomatic clients could have been missed. Similarly, with a viral incubation period of 2–14 days, any COVID-19 PCR tests obtained from clients too early in their course of infection could return false-negative results. To help mitigate this possibility, all exposed clients were offered testing on day 5 and were contacted daily to monitor for symptoms until day 14. Second, although the health department obtained supplementary data, no information was collected regarding underlying medical conditions or use of other personal protective measures, such as gloves and hand hygiene, which could have influenced risk for infection. Third, viral shedding is at its highest during the 2 to 3 days before symptom onset; any clients who interacted with the stylists before they became symptomatic were not recruited for contact tracing. Finally, the mode of interaction between stylist and client might have limited the potential for exposure to the virus. Services at salon A were limited to haircuts, facial hair trimmings, and perms. Most stylists cut hair while clients are facing away from them, which might have also limited transmission.

The results of this study can be used to inform public health policy during the COVID-19 pandemic. A policy mandating the use of face coverings was likely a contributing factor in preventing transmission of SARS-CoV-2 during the close-contact interactions between stylists and clients in salon A. Consistent and correct use of face coverings, when appropriate, is an important tool for minimizing spread of SARS-CoV-2 from presymptomatic, asymptomatic, and symptomatic persons. CDC recommends workplace policies regarding use of face coverings for employees and clients in addition to daily monitoring of signs and symptoms of employees, procedures for screening employees who arrive with or develop symptoms at work, and posted messages to inform and educate employees and clients (https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/businesses-employers.html).

## Acknowledgments

Alina Ainyette, Megan Rippee-Brooks, Jodi Caruthers.

Corresponding author: Robin Trotman, robintrotman@sbcglobal.net.

[1]Washington University School of Medicine, St. Louis, Missouri; [2]University of Kansas Medical Center, Kansas City, Missouri; [3]Springfield-Greene County Health Department, Springfield, Missouri; [4]CoxHealth Infection Prevention Services, Springfield, Missouri.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Robin Trotman reports personal fees from Merck outside the published work. No other potential conflicts of interest were disclosed.

## References

1. CDC. Clinical questions about COVID-19: questions and answers. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/faq.html
2. He X, Lau EHY, Wu P, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med 2020;26:672–5. https://doi.org/10.1038/s41591-020-0869-5
3. Oran DP, Topol EJ. Prevalence of asymptomatic SARS-CoV-2 infection: a narrative review. Ann Intern Med 2020;M20–3012. https://doi.org/10.7326/M20-3012
4. Konda A, Prakash A, Moss GA, Schmoldt M, Grant GD, Guha S. Aerosol filtration efficiency of common fabrics used in respiratory cloth masks. ACS Nano 2020;14:6339–47. https://doi.org/10.1021/acsnano.0c03252
5. MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5:e006577. https://doi.org/10.1136/bmjopen-2014-006577
6. Lau JT, Tsui H, Lau M, Yang X. SARS transmission, risk factors, and prevention in Hong Kong. Emerg Infect Dis 2004;10:587–92. https://doi.org/10.3201/eid1004.030628
7. Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One 2012;7:e29744. https://doi.org/10.1371/journal.pone.0029744
8. MacIntyre CR, Chughtai AA. A rapid systematic review of the efficacy of face masks and respirators against coronaviruses and other respiratory transmissible viruses for the community, healthcare workers and sick patients. Int J Nurs Stud 2020;108:103629. https://doi.org/10.1016/j.ijnurstu.2020.103629

Morbidity and Mortality Weekly Report

# The Advisory Committee on Immunization Practices' Interim Recommendation for Allocating Initial Supplies of COVID-19 Vaccine — United States, 2020

Kathleen Dooling, MD[1]; Nancy McClung, PhD[1]; Mary Chamberland, MD[1,2]; Mona Marin, MD[1]; Megan Wallace, DrPH[1,3]; Beth P. Bell, MD[4]; Grace M. Lee, MD[5]; H. Keipp Talbot, MD[6]; José R. Romero, MD[7]; Sara E. Oliver, MD[1]

*On December 3, 2020, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The emergence of SARS-CoV-2, the virus that causes coronavirus disease 2019 (COVID-19), has led to a global pandemic that has disrupted all sectors of society. Less than 1 year after the SARS-CoV-2 genome was first sequenced, an application* for Emergency Use Authorization for a candidate vaccine has been filed with the Food and Drug Administration (FDA). However, even if one or more vaccine candidates receive authorization for emergency use, demand for COVID-19 vaccine is expected to exceed supply during the first months of the national vaccination program. The Advisory Committee on Immunization Practices (ACIP) advises CDC on population groups and circumstances for vaccine use.† ACIP convened on December 1, 2020, in advance of the completion of FDA's review of the Emergency Use Authorization application, to provide interim guidance to federal, state, and local jurisdictions on allocation of initial doses of COVID-19 vaccine. ACIP recommended that, when a COVID-19 vaccine is authorized by FDA and recommended by ACIP, both 1) health care personnel§ and 2) residents of long-term care facilities (LTCFs)¶ be offered vaccination in the initial phase of the COVID-19 vaccination program (Phase 1a**).†† In its deliberations, ACIP considered scientific evidence of SARS-CoV-2 epidemiology, vaccination program implementation, and ethical principles.§§ The interim recommendation might be updated over the coming weeks based on additional safety and efficacy data from phase III clinical trials and conditions of FDA Emergency Use Authorization.

Evidence-based information addressing COVID-19 vaccine topics including early allocation has been explicitly and transparently reviewed during seven public ACIP meetings (*1*). To inform policy options for ACIP, the COVID-19 Vaccines Work Group, comprising experts in vaccines and ethics, held more than 25 meetings to review data regarding vaccine candidates, COVID-19 surveillance, and modeling, as well as the vaccine allocation literature from published and external expert committee reports.

Health care settings in general, and long-term care settings in particular, can be high-risk locations for SARS-CoV-2 exposure and transmission (*2–4*). Health care personnel are defined as paid and unpaid persons serving in health care settings who have the potential for direct or indirect exposure to patients or infectious materials. As of December 1, 2020, approximately 245,000 COVID-19 cases and 858 COVID-19-associated deaths had been reported among U.S. health care personnel (*5*). Early protection of health care personnel is critical to preserve capacity to care for patients with COVID-19 or other illnesses. LTCF residents are defined as adults who reside in facilities that provide a range of services, including medical and personal care, to persons who are unable to live independently. LTCF residents, because of their age, high rates of underlying medical conditions, and congregate living situation, are at high risk for infection and severe illness from COVID-19. As of November 15, 2020, approximately 500,000 COVID-19 cases and 70,000 associated deaths had been reported among residents of skilled nursing facilities, a subset of LTCFs serving residents with more complex medical needs (*6*).

With respect to vaccination program implementation, vaccines that require cold and ultracold storage, specialized handling, and large minimum order requirements are most feasibly maintained in centralized vaccination clinics, such as acute health care settings, or through the federal Pharmacy Partnership for Long-term Care Program.¶¶ ACIP's ethical principles for allocating initial supplies of COVID-19 vaccine, namely to maximize benefits and minimize harms, promote justice, and mitigate health inequities (*7*), support the early vaccination of health care personnel and LTCF residents.

Approximately 21 million U.S. health care personnel work in settings such as hospitals, LTCFs, outpatient clinics, home health care, public health clinical services, emergency medical services, and pharmacies. Health care personnel comprise clinical staff members, including nursing or medical assistants and support staff members (e.g., those who work in food, environmental, and administrative services) (*8*). Jurisdictions might consider first offering vaccine to health care personnel

* https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-submit-emergency-use-authorization.
† https://www.cdc.gov/vaccines/acip/committee/acip-charter.pdf.
§ https://www.cdc.gov/infectioncontrol/guidelines/healthcare-personnel/appendix/terminology.html.
¶ https://www.cdc.gov/longtermcare/index.html.
** https://www.cdc.gov/vaccines/acip/meetings/slides-2020-11.html.
†† On December 1, 2020, ACIP voted 13-1 in favor of the Phase 1a allocation recommendation.
§§ https://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/covid-19/evidence-table.html.
¶¶ https://www.cdc.gov/vaccines/covid-19/long-term-care/pharmacy-partnerships.html.

AZT42AR0000758

**Summary**

*What is already known about this topic?*

Demand is expected to exceed supply during the first months of the national COVID-19 vaccination program.

*What is added by this report?*

The Advisory Committee on Immunization Practices (ACIP) recommended, as interim guidance, that both 1) health care personnel and 2) residents of long-term care facilities be offered COVID-19 vaccine in the initial phase of the vaccination program.

*What are the implications for public health practice?*

Federal, state, and local jurisdictions should use this guidance for COVID-19 vaccination program planning and implementation. ACIP will consider vaccine-specific recommendations and additional populations when a Food and Drug Administration–authorized vaccine is available.

whose duties require proximity (within 6 feet) to other persons. If vaccine supply remains constrained, additional factors might be considered for subprioritization.*** Public health authorities and health care systems should work together to ensure COVID-19 vaccine access to health care personnel who are not affiliated with hospitals.

Approximately 3 million adults reside in LTCFs, which include skilled nursing facilities, nursing homes, and assisted living facilities. Depending upon the number of initial vaccine doses available, jurisdictions might consider first offering vaccination to residents and health care personnel in skilled nursing facilities because of high medical acuity and COVID-19–associated mortality (*6*) among residents in these settings.

Monitoring vaccine safety in all populations receiving COVID-19 vaccine is required under an Emergency Use Authorization. Vaccines are being studied in older adults with underlying health conditions; however, LTCF residents have not been specifically studied. ACIP members called for additional active safety monitoring in LTCFs to ensure timely reporting and evaluation of adverse events after immunization. ACIP will consider vaccine-specific recommendations and additional populations for vaccine allocation beyond Phase 1a when an FDA-authorized vaccine is available.

*** https://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/covid-19/clinical-considerations.html.

## Acknowledgments

Members of the Advisory Committee on Immunization Practices COVID-19 Vaccines Work Group: Edward Belongia, Center for Clinical Epidemiology & Population Health, Marshfield Clinic Research Institute; Dayna Bowen Matthew, George Washington University Law School; Oliver Brooks, National Medical Association; Matthew Daley, Institute for Health Research, Kaiser Permanente Colorado; Jillian Doss-Walker, Indian Health Service; Marci Drees, Society for Healthcare Epidemiology of America; Jeffrey Duchin, Infectious Diseases Society of America; Kathy Kinlaw, Center for Ethics, Emory University; Doran Fink, Food and Drug Administration; Sandra Fryhofer, American Medical Association; Jason M. Goldman, American College of Physicians; Michael Hogue, American Pharmacists Association; Denise Jamieson, American College of Obstetricians and Gynecologists; Jeffery Kelman, Centers for Medicare & Medicaid; David Kim, U.S. Department of Health and Human Services; Susan Lett, Council of State and Territorial Epidemiologists; Kendra McMillan, American Nurses Association; Kathleen Neuzil, Center for Vaccine Development and Global Health, University of Maryland School of Medicine; Sean O'Leary, American Academy of Pediatrics; Christine Oshansky, Biomedical Advanced Research and Development Authority; Stanley Perlman, Department of Microbiology and Immunology, University of Iowa; Marcus Plescia, Association of State and Territorial Health Officials; Chris Roberts, National Institutes of Health; William Schaffner, National Foundation for Infectious Diseases; Kenneth Schmader, American Geriatrics Society; Bryan Schumacher, Department of Defense; Rob Shechter, Association of Immunization Managers; Jonathan Temte, American Academy of Family Physicians; Matthew Tunis, National Advisory Committee on Immunization Secretariat, Public Health Agency of Canada; Thomas Weiser, Indian Health Service; Matt Zahn, National Association of County and City Health Officials; Rachel Zhang, Food and Drug Administration.

Corresponding author: Kathleen Dooling, vic9@cdc.gov.

[1]CDC COVID-19 Response Team; [2]General Dynamics Information Technology, Falls Church, Virginia; [3]Epidemic Intelligence Service, CDC; [4]University of Washington, Seattle, Washington; [5]Stanford University School of Medicine, Stanford, California; [6]Vanderbilt University School of Medicine, Nashville, Tennessee; [7]Arkansas Department of Health, Little Rock, Arkansas.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Advisory Committee on Immunization Practices. ACIP meeting information. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/vaccines/acip/meetings/index.html
2. Hughes MM, Groenewold MR, Lessem SE, et al. Update: characteristics of health care personnel with COVID-19—United States, February 12–July 16, 2020. MMWR Morb Mortal Wkly Rep 2020;69:1364–8. PMID:32970661 https://doi.org/10.15585/mmwr.mm6938a3
3. Yi SH, See I, Kent AG, et al. Characterization of COVID-19 in assisted living facilities—39 states, October 2020. MMWR Morb Mortal Wkly Rep 2020;69:1730–5. PMID:33211679 https://doi.org/10.15585/mmwr.mm6946a3
4. Arons MM, Hatfield KM, Reddy SC, et al.; Public Health–Seattle and King County; CDC COVID-19 Investigation Team. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med 2020;382:2081–90. PMID:32329971 https://doi.org/10.1056/NEJMoa2008457
5. CDC. CDC COVID data tracker. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://covid.cdc.gov/covid-data-tracker/#health-care-personnel

6. Centers for Medicare & Medicaid Services. COVID-19 nursing home data. Baltimore, MD: US Department of Health and Human Services, Centers for Medicare & Medicaid Services; 2020. https://data.cms.gov/stories/s/COVID-19-Nursing-Home-Data/bkwz-xpvg/
7. McClung N, Chamberland M, Kinlaw K, et al. The Advisory Committee on Immunization Practices' ethical principles for allocating initial supplies of COVID-19 vaccine—United States, 2020. MMWR Morb Mortal Wkly Rep 2020;69:1782–6. PMID:33237895 https://doi.org/10.15585/mmwr.mm6947e3
8. Cybersecurity and Infrastructure Security Agency. CISA's guidance on essential critical infrastructure workers: version 4.0. Washington, DC: US Department of Homeland Security, Cybersecurity and Infrastructure Security Agency; 2020. https://www.cisa.gov/publication/guidance-essential-critical-infrastructure-workforce

AZT42AR0000760

# The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Adolescents Aged 12–15 Years — United States, May 2021

Megan Wallace, DrPH[1,2]; Kate R. Woodworth, MD[1]; Julia W. Gargano, PhD[1]; Heather M. Scobie, PhD[1]; Amy E. Blain, MPH[1]; Danielle Moulia, MPH[1]; Mary Chamberland, MD[1]; Nicole Reisman, MPH[1]; Stephen C. Hadler, MD[1]; Jessica R. MacNeil, MPH[1]; Doug Campos-Outcalt, MD[3]; Rebecca L. Morgan, PhD[4]; Matthew F. Daley, MD[5]; José R. Romero, MD[6]; H. Keipp Talbot, MD[7]; Grace M. Lee, MD[8]; Beth P. Bell, MD[9]; Sara E. Oliver, MD[1]

*On May 14, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The Pfizer-BioNTech COVID-19 (BNT162b2) vaccine is a lipid nanoparticle–formulated, nucleoside-modified mRNA vaccine encoding the prefusion spike glycoprotein of SARS-CoV-2, the virus that causes COVID-19. Vaccination with the Pfizer-BioNTech COVID-19 vaccine consists of 2 intramuscular doses (30 $\mu$g, 0.3 mL each) administered 3 weeks apart. On December 11, 2020, the Food and Drug Administration (FDA) issued an Emergency Use Authorization (EUA) for use of the Pfizer-BioNTech COVID-19 vaccine (Pfizer, Inc; Philadelphia, Pennsylvania) in persons aged ≥16 years (*1*); on December 12, 2020, the Advisory Committee on Immunization Practices (ACIP) issued an interim recommendation for use of the vaccine in the same age group (*2*). As of May 12, 2021, approximately 141.6 million doses of the Pfizer-BioNTech COVID-19 vaccine had been administered to persons aged ≥16 years.* On May 10, 2021, FDA expanded the EUA for the Pfizer-BioNTech COVID-19 vaccine to include adolescents aged 12–15 years (*1*). On May 12, 2021, ACIP issued an interim recommendation† for use of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years for the prevention of COVID-19. To guide its deliberations regarding the vaccine, ACIP used the Evidence to Recommendation (EtR) Framework,§ using the Grading of Recommendations, Assessment, Development and Evaluation (GRADE) approach.¶ The ACIP recommendation for the use of the Pfizer-BioNTech COVID-19 vaccine in persons aged ≥12 years under an EUA is interim and will be updated as additional information becomes available.

Since June 2020, ACIP has convened 14 public meetings to review data on the epidemiology of COVID-19 and the potential use of COVID-19 vaccines, including the Pfizer-BioNTech COVID-19 vaccine (*3*). The ACIP COVID-19 Vaccines Work Group, comprising experts in infectious diseases, vaccinology, vaccine safety, public health, and ethics, has held weekly meetings to review COVID-19 surveillance data, evidence for vaccine efficacy and safety, and implementation considerations for COVID-19 vaccines. Within the EtR Framework for the Pfizer-BioNTech COVID-19 vaccine for adolescents aged 12–15 years, ACIP considered the importance of COVID-19 as a public health problem, as well as issues of resource use, benefits and harms, patients' and parents' values and preferences, acceptability, feasibility, and equity for use of the vaccine among adolescents. After a systematic review of published and unpublished evidence for benefits and harms, the Work Group used the GRADE approach to assess the certainty of evidence for outcomes related to the vaccine, rated on a scale of 1 (high certainty) to 4 (very low certainty) (*4*). Work Group conclusions regarding the evidence for the Pfizer-BioNTech COVID-19 vaccine were presented to ACIP at a public meeting on May 12, 2021.

The body of evidence for the Pfizer-BioNTech COVID-19 vaccine was primarily guided by one randomized, double-blind, placebo-controlled Phase II/III clinical trial that was expanded to enroll approximately 2,200 participants aged 12–15 years, randomized 1:1 to receive vaccine or saline placebo (*5*). Interim findings from this clinical trial were based on data from participants with a median of 2 months of follow-up. The estimated efficacy of the Pfizer-BioNTech COVID-19 vaccine was supported by two types of evidence: clinical efficacy and immunobridging. In the direct clinical assessment, efficacy was 100% (95% confidence interval [CI] = 75.3%–100%) in preventing symptomatic, laboratory-confirmed COVID-19 in adolescents aged 12–15 years without evidence of previous SARS-CoV-2 infection. Vaccine efficacy was also supported by immunobridging data from vaccine recipients aged 12–15 years compared with those from recipients aged 16–25 years. The immune response to 2 doses of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years without evidence of previous SARS-CoV-2 infection was at least as high as the response observed in persons aged 16–25 years; the geometric mean ratio for 50% neutralizing antibody titer

* Accessed May 12, 2021. https://covid.cdc.gov/covid-data-tracker/#vaccinations
† On May 12, 2021, ACIP voted 14–0 (one recusal) in favor of the interim recommendation for use of Pfizer BioNTech COVID-19 vaccine for persons aged 12–15 years. One ACIP member recused herself because of participation in clinical trials and other studies involving companies producing COVID-19 vaccines.
§ https://www.cdc.gov/vaccines/acip/recs/grade/downloads/ACIP-evidence-rec-frame-508.pdf
¶ https://www.cdc.gov/vaccines/acip/recs/grade/about-grade.html

AZT42AR0000761

was 1.76 (95% CI = 1.47–2.10), demonstrating statistical noninferiority.** Among adolescent vaccine recipients aged 12–15 years, reactogenicity symptoms, defined as solicited local injection site or systemic reactions during the 7 days after vaccination, were frequent (90.9% of vaccine recipients reported any local reaction, and 90.7% reported any systemic reaction) and mostly mild to moderate. Systemic adverse reactions were more commonly reported after the second dose than after the first dose, had a median onset of 1–4 days after vaccine receipt, and resolved in a median of 1–2 days. Severe local and systemic adverse reactions (grade ≥3, defined as interfering with daily activity) occurred more commonly in vaccine recipients than in placebo recipients. Among vaccine recipients, 10.7% reported any reaction of grade ≥3; the most common symptoms were fatigue (3.5%), fever (3.0%), headache (2.7%), chills (2.1%), and injection-site pain (1.5%). Overall, reactions of grade ≥3 were also more commonly reported after the second dose than after the first dose. The frequency of serious adverse events†† was low among all participants; five serious adverse events (0.4%) were reported among vaccine recipients and two (0.2%) among placebo recipients, with no statistically significant difference in frequency observed between the two groups (*5*). These serious adverse events encompassed medical events occurring at a frequency similar to that in the general population aged 12–15 years, with none considered to be related to vaccination (*5*). No specific safety concerns were identified among adolescent vaccine recipients. A detailed summary of safety data, including information on reactogenicity, is available at https://www.cdc.gov/vaccines/covid-19/info-by-product/pfizer/reactogenicity.html.

From the GRADE evidence assessment, the level of certainty for the benefits of Pfizer-BioNTech COVID-19 vaccination among adolescents aged 12–15 years was type 1 (high certainty) for the prevention of symptomatic COVID-19. Regarding potential harms after vaccination, evidence was type 4 (very low certainty) for serious adverse events and type 1 (high certainty) for reactogenicity. No data were available to assess the other GRADE benefits and harms including prevention of hospitalization due to COVID-19, prevention of multisystem inflammatory syndrome in children (MIS-C), SARS-CoV-2 seroconversion to a nonspike protein, or prevention of asymptomatic SARS-CoV-2 infection.

Data reviewed within the EtR Framework supported the use of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years. ACIP determined that COVID-19 in adolescents is a major public health problem. Adolescents represent a growing proportion of new COVID-19 cases reported to CDC§§ and have been shown to contribute to household transmission (*6*). As of May 1, 2021, the cumulative COVID-19–associated hospitalization rate for adolescents aged 12–17 years was 51.3 per 100,000 population,¶¶ which is higher than the influenza-associated hospitalization rate for the same age group during the 2009 H1N1 influenza pandemic (23.9 per 100,000 population).*** As of May 3, 2021, CDC had received reports of 3,742 cases of MIS-C, a severe hyperinflammatory syndrome occurring several weeks after acute SARS-CoV-2 infection; 21.5% of the MIS-C cases have occurred in adolescents aged 12–17 years.††† ACIP determined that use of the Pfizer-BioNTech COVID-19 vaccine among adolescents is a reasonable and efficient allocation of resources. Whereas there might be uncertainty regarding how different populations value the vaccine, results from several surveys suggest that approximately one half of parents were willing to have their adolescent children vaccinated (range = 46%–60%).§§§ Overall, ACIP determined that the desirable effects clearly outweighed any undesirable effects in most settings. In expanding COVID-19 vaccine access, additional considerations should be given to demographic groups with disproportionate COVID-19 morbidity and mortality, as well as those with barriers to routine health care (e.g., adolescents of certain racial/ethnic groups and those living in a rural or frontier area, experiencing homelessness, having a disability, or lacking health insurance). Providing rapid and equitable access to COVID-19 vaccine for adolescents will require a stepwise approach, including augmenting existing infrastructure for vaccination, increasing enrollment of providers caring for adolescents into the COVID-19 vaccination program, and applying school-focused strategies to ensure vaccination opportunities for a diverse population. Some aspects of the Pfizer-BioNTech COVID-19 vaccine (e.g., cold-chain storage requirements or large minimum order sizes) might limit access to the vaccine among some populations, which could negatively affect health equity. Advancing health equity, particularly in populations that experience disproportionate COVID-19 morbidity and mortality, requires engagement with community leaders, adolescent health care providers, and parents to identify and remove barriers to COVID-19 vaccination, including those related to vaccine access and vaccine

** 1.5-fold noninferiority criterion: lower bound of the two-sided 95% CI for geometric mean ratio >0.67.

†† Serious adverse events are defined as any untoward medical occurrence that results in death, is life-threatening, requires inpatient hospitalization or prolongation of existing hospitalization, or results in persistent disability/incapacity.

§§ https://covid.cdc.gov/covid-data-tracker/#demographicsovertime

¶¶ https://gis.cdc.gov/grasp/COVIDNet/COVID19_3.html

*** https://gis.cdc.gov/GRASP/Fluview/FluHospRates.html

††† https://www.cdc.gov/mis-c/cases/index.html

§§§ https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-biontech-etr-12-15-years.html

AZT42AR0000762

confidence. The GRADE evidence profile and EtR supporting evidence are available at https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-biontech-vaccine-12-15-years.html and https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-biontech-etr-12-15-years.html.

Before vaccination, the EUA Fact Sheet should be provided to recipients and parents or guardians. There is no federal, legal requirement for caregiver consent for COVID-19 vaccination or any other vaccination; however, COVID-19 vaccine must be administered according to applicable state and territorial vaccination laws. Providers should counsel Pfizer-BioNTech COVID-19 vaccine recipients and parents or guardians about expected systemic and local reactogenicity. Additional clinical considerations are available at https://www.cdc.gov/vaccines/covid-19/info-by-manufacturer/pfizer/clinical-considerations.html. The interim recommendation and clinical considerations are based on use of the Pfizer-BioNTech COVID-19 vaccine under an EUA and might change as more evidence becomes available. ACIP will continue to review additional data as they become available; updates to recommendations or clinical considerations will be posted on the ACIP website (https://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/covid-19.html).

## Reporting of Vaccine Adverse Events

FDA requires that vaccination providers report vaccination administration errors, serious adverse events, cases of multisystem inflammatory syndrome, and cases of COVID-19 that result in hospitalization or death after administration of COVID-19 vaccine under an EUA (*7*). Adverse events that occur after receipt of any COVID-19 vaccine should be reported to the Vaccine Adverse Events Reporting System (VAERS). Information on how to submit a report to VAERS is available at https://vaers.hhs.gov/index.html or 1-800-822-7967. Any person who administers or receives a COVID-19 vaccine is encouraged to report any clinically significant adverse event, whether or not it is clear that a vaccine caused the adverse event. In addition, CDC has developed a new, voluntary smartphone-based online tool (v-safe) that uses text messaging and online surveys to provide near real-time health check-ins after receipt of a COVID-19 vaccine. Parents or guardians can register their adolescent children in v-safe and complete the health surveys on their behalf. CDC's v-safe call center follows up on reports to v-safe that include possible medically significant health events to collect additional information for completion of a VAERS report. Information on v-safe is available at https://www.cdc.gov/vsafe.

**Summary**

*What is already known about this topic?*

On May 10, 2021, the Food and Drug Administration expanded Emergency Use Authorization for the Pfizer-BioNTech COVID-19 vaccine to include adolescents aged 12–15 years.

*What is added by this report?*

On May 12, 2021, after a systematic review of all available data, the Advisory Committee on Immunization Practices made an interim recommendation for use of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years for the prevention of COVID-19.

*What are the implications for public health practice?*

The Pfizer-BioNTech COVID-19 vaccine is the first COVID-19 vaccine approved for use in adolescents and has high efficacy against symptomatic COVID-19. Vaccination will be important to protect adolescents against symptomatic COVID-19 disease and to reduce community transmission of SARS-CoV-2.

### Acknowledgments

Voting members of the Advisory Committee on Immunization Practices: Kevin A. Ault, University of Kansas Medical Center; Lynn Bahta, Minnesota Department of Health; Henry Bernstein, Zucker School of Medicine at Hofstra/Northwell Cohen Children's Medical Center; Wilbur Chen, University of Maryland School of Medicine; Matthew Daley, Institute for Health Research, Kaiser Permanente Colorado; Sharon E. Frey, Saint Louis University Medical School; Camille Kotton, Harvard Medical School; Sarah Long, Drexel University College of Medicine; Veronica V. McNally, Franny Strong Foundation; Katherine A. Poehling, Wake Forest School of Medicine; Pablo J. Sánchez, The Research Institute at Nationwide Children's Hospital. Members of the Advisory Committee on Immunization Practices COVID-19 Vaccines Work Group: Edward Belongia, Center for Clinical Epidemiology & Population Health, Marshfield Clinic Research Institute; Dayna Bowen Matthew, George Washington University Law School; Oliver Brooks, National Medical Association; Jillian Doss-Walker, Indian Health Service; Marci Drees, Society for Healthcare Epidemiology of America; Jeffrey Duchin, Infectious Diseases Society of America; Kathy Kinlaw, Center for Ethics, Emory University; Doran Fink, Food and Drug Administration; Sandra Fryhofer, American Medical Association; Jason M. Goldman, American College of Physicians; Michael Hogue, American Pharmacists Association; Denise Jamieson, American College of Obstetricians and Gynecologists; Jeffery Kelman, Centers for Medicare & Medicaid; David Kim, U.S. Department of Health and Human Services; Susan Lett, Council of State and Territorial Epidemiologists; Kendra McMillan, American Nurses Association; Kathleen Neuzil, Center for Vaccine Development and Global Health, University of Maryland School of Medicine; Sean O'Leary, American Academy of Pediatrics; Christine Oshansky, Biomedical

AZT42AR0000763

Advanced Research and Development Authority; Stanley Perlman, Department of Microbiology and Immunology, University of Iowa; Marcus Plescia, Association of State and Territorial Health Officials; Chris Roberts, National Institutes of Health; William Schaffner, National Foundation for Infectious Diseases; Kenneth Schmader, American Geriatrics Society; Bryan Schumacher, Department of Defense; Rob Schechter, Association of Immunization Managers; Jonathan Temte, American Academy of Family Physicians; Peter Szilagyi, University of California, Los Angeles; Matthew Tunis, National Advisory Committee on Immunization Secretariat, Public Health Agency of Canada; Thomas Weiser, Indian Health Service; Matt Zahn, National Association of County and City Health Officials; Rachel Zhang, Food and Drug Administration.

Corresponding author: Sara E. Oliver, yxo4@cdc.gov.

[1]CDC COVID-19 Response Team; [2]Epidemic Intelligence Service, CDC; [3]University of Arizona, College of Medicine, Phoenix, Arizona; [4]Department of Health Research Methods, Evidence and Impact, Hamilton, Ontario; [5]Institute for Health Research, Kaiser Permanente Colorado, Denver, Colorado; [6]Arkansas Department of Health; [7]Vanderbilt University School of Medicine, Nashville, Tennessee; [8]Stanford University School of Medicine, Stanford, California; [9]University of Washington, Seattle, Washington.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Food and Drug Administration. Pfizer-BioNTech COVID-19 vaccine emergency use authorization. Silver Spring, MD: US Department of Health and Human Services, Food and Drug Administration; 2021. https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccine
2. Oliver SE, Gargano JW, Marin M, et al. The Advisory Committee on Immunization Practices' interim recommendation for use of Pfizer-BioNTech COVID-19 vaccine—United States, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1922–4. PMID:33332292 https://doi.org/10.15585/mmwr.mm6950e2
3. Advisory Committee on Immunization Practices. ACIP meeting information. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/acip/meetings/index.html
4. Advisory Committee on Immunization Practices. Advisory Committee on Immunization Practices (ACIP): GRADE (grading of recommendations, assessment, development and evaluation). Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/vaccines/acip/recs/grade
5. Food and Drug Administration. Pfizer-BioNTech COVID-19 vaccine. EUA amendment review memorandum. Silver Spring, MD: US Department of Health and Human Services, Food and Drug Administration; 2021. https://www.fda.gov/media/148542/download
6. Lessler J, Grabowski MK, Grantz KH, et al. Household COVID-19 risk and in-person schooling. Science 2021. Epub April 29, 2021. PMID:33927057 https://doi.org/10.1126/science.abh2939
7. Food and Drug Administration. Fact sheet for healthcare providers administering vaccine (vaccination providers). Emergency use authorization (EUA) of the Janssen COVID-19 vaccine to prevent coronavirus disease 2019 (COVID-19). Silver Spring, MD: US Department of Health and Human Services, Food and Drug Administration; 2021. https://www.fda.gov/media/146304/download

# Trends in Disease Severity and Health Care Utilization During the Early Omicron Variant Period Compared with Previous SARS-CoV-2 High Transmission Periods — United States, December 2020–January 2022

A. Danielle Iuliano, PhD[1]; Joan M. Brunkard, PhD[1]; Tegan K. Boehmer, PhD[1]; Elisha Peterson, PhD[2]; Stacey Adjei, MPH[1]; Alison M. Binder, MS[1]; Stacy Cobb, PhD[1,3]; Philip Graff, PhD[2]; Pauline Hidalgo[2]; Mark J. Panaggio, PhD[2]; Jeanette J. Rainey, PhD[1]; Preetika Rao, MPH[1]; Karl Soetebier, MAPW[1]; Susan Wacaster[1]; ChinEn Ai, MPH[4]; Vikas Gupta, PharmD[4]; Noelle-Angelique M. Molinari, PhD[1]; Matthew D. Ritchey, DPT[1]

*On January 25, 2022 this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The B.1.1.529 (Omicron) variant of SARS-CoV-2, the virus that causes COVID-19, was first clinically identified in the United States on December 1, 2021, and spread rapidly. By late December, it became the predominant strain, and by January 15, 2022, it represented 99.5% of sequenced specimens in the United States* (*1*). The Omicron variant has been shown to be more transmissible and less virulent than previously circulating variants (*2,3*). To better understand the severity of disease and health care utilization associated with the emergence of the Omicron variant in the United States, CDC examined data from three surveillance systems and a large health care database to assess multiple indicators across three high–COVID-19 transmission periods: December 1, 2020–February 28, 2021 (winter 2020–21); July 15–October 31, 2021 (SARS-CoV-2 B.1.617.2 [Delta] predominance); and December 19, 2021–January 15, 2022 (Omicron predominance). The highest daily 7-day moving average to date of cases (798,976 daily cases during January 9–15, 2022), emergency department (ED) visits (48,238), and admissions (21,586) were reported during the Omicron period, however, the highest daily 7-day moving average of deaths (1,854) was lower than during previous periods. During the Omicron period, a maximum of 20.6% of staffed inpatient beds were in use for COVID-19 patients, 3.4 and 7.2 percentage points higher than during the winter 2020–21 and Delta periods, respectively. However, intensive care unit (ICU) bed use did not increase to the same degree: 30.4% of staffed ICU beds were in use for COVID-19 patients during the Omicron period, 0.5 percentage points lower than during the winter 2020–21 period and 1.2 percentage points higher than during the Delta period. The ratio of peak ED visits to cases (event-to-case ratios) (87 per 1,000 cases), hospital admissions (27 per 1,000 cases), and deaths (nine per 1,000 cases [lagged by 3 weeks]) during the Omicron period were lower than those observed during the winter 2020–21 (92, 68, and 16 respectively) and Delta (167, 78, and 13, respectively) periods. Further, among hospitalized COVID-19 patients from 199 U.S. hospitals, the mean length of stay and percentages who were admitted to an ICU, received invasive mechanical ventilation (IMV), and died while in the hospital were lower during the Omicron period than during previous periods. COVID-19 disease severity appears to be lower during the Omicron period than during previous periods of high transmission, likely related to higher vaccination coverage,† which reduces disease severity (*4*), lower virulence of the Omicron variant (*3,5,6*), and infection-acquired immunity (*3,7*). Although disease severity appears lower with the Omicron variant, the high volume of ED visits and hospitalizations can strain local health care systems in the United States, and the average daily number of deaths remains substantial.§ This underscores the importance of national emergency preparedness, specifically, hospital surge capacity and the ability to adequately staff local health care systems. In addition, being up to date on vaccination and following other recommended prevention strategies are critical to preventing infections, severe illness, or death from COVID-19.

CDC used data from three surveillance systems to assess U.S. disease related to COVID-19 during December 1, 2020–January 15, 2022. COVID-19 aggregate cases and deaths reported to CDC by state and territorial health departments¶ were tabulated by report date.** ED visits with COVID-19 diagnosis codes were obtained from the National Syndromic

* Predominance defined as >50% of specimens sequenced. Proportion that was Omicron variant during the week ending December 18: 39.4%; December 25: 71.6%; January 1: 92.3%; January 8: 98.3%; and January 15: 99.5%. https://covid.cdc.gov/covid-data-tracker/#variant-proportions

† https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-total-admin-rate-total (Accessed January 15, 2022).

§ https://covid.cdc.gov/covid-data-tracker/#trends_dailydeaths (Accessed January 15, 2022).

¶ CDC official counts of COVID-19 cases and deaths, released daily (https://covid.cdc.gov/covid-data-tracker), are aggregate counts from reporting jurisdictions. A COVID-19 case is defined by detection of SARS-CoV-2 RNA or antigen in a respiratory specimen collected from a person with a confirmed or probable case of COVID-19 according to the Council of State and Territorial Epidemiologists' updated case definition. https://cdn.ymaws.com/www.cste.org/resource/resmgr/ps/ps2021/21-ID-01_COVID-19.pdf

** Date of report is used for consistency because most jurisdictions are not reporting case by onset or test date. The same applies to deaths, where there might be an even larger lag between date of death and date of report of death.

AZT42AR0000765

Surveillance Program (NSSP).[††] Hospital admissions and inpatient and ICU bed use among patients with laboratory-confirmed COVID-19 were obtained from the Unified Hospital Data Surveillance System.[§§] ED visits and hospital admissions were tabulated by admission date and stratified by the following age groups: 0–17, 18–49, and ≥50 years.

The maximum 7-day moving averages of the daily number of COVID-19 cases, ED visits, hospital admissions, and deaths during the Omicron period were compared with the peak 7-day moving averages for the winter 2020–21 and Delta periods. The maximum percentages of inpatient and ICU bed use overall and by COVID-19 patients were compared between periods. For each period analyzed, ratios of ED visits, hospital admissions, and deaths per 1,000 COVID-19 cases were calculated.[¶¶]

CDC used the BD Insights Research Database (BD), a U.S. health care facility database,[***] to assess hospitalized COVID-19 patients as a percentage of total hospital admissions: the percentage of hospitalized COVID-19 patients who were admitted to an ICU, received IMV, or died while in the hospital; and the mean and median length of hospital stay.[†††] Indicators were tabulated based on discharge date and stratified by age group: 0–17, 18–50, and >50 years.[§§§] Three-week windows were analyzed during each period to stabilize estimates.[¶¶¶] Statistical differences between the Omicron and winter 2020–21 and Delta periods were assessed using z-tests for proportions and t-tests for mean length of stay; statistical significance criterion was $p<0.05$.

Analyses were carried out in Python (version 3.8.6, Python Software Foundation) and Kotlin (version 1.4, Kotlin Foundation).[****] This activity was reviewed by CDC and conducted consistent with applicable federal law and CDC policy.[††††]

The daily 7-day moving average of COVID-19 cases, ED visits, and hospital admissions rapidly increased during the Omicron period (Figure). However, during the week ending January 15, 2022, ED visits appeared to be decreasing and the rapid increase in cases and hospital admissions appeared to be slowing. As of January 15, 2022, the maximum daily 7-day moving average number of cases (798,976), ED visits (48,238), admissions (21,586), and deaths (1,854) observed during the Omicron period reflects changes of 219%, 137%, 31%, and

[††] NSSP collects electronic health data, including ED visits with COVID-19 diagnoses, from a subset of hospitals in 49 states and the District of Columbia (71% of nonfederal EDs in the United States). ED visits for COVID-19 are defined as ED visits with any of the following: *International Classification of Diseases, Tenth Revision* codes U07.1 or J12.82 or Systematized Nomenclature of Medicine codes 840539006, 840544004, or 840533007. https://www.cdc.gov/nssp/overview.html

[§§] The U.S. Department of Health and Human Services (HHS) Unified Hospital Data Surveillance System includes data from all U.S. hospitals registered with the Centers for Medicare & Medicaid Services (CMS) as of June 1, 2020, and from hospitals not CMS–registered but reporting COVID-19 data through this system since July 1, 2020. Data, including counts of new hospital admissions of patients with confirmed COVID-19 by age group, are reported to HHS either directly from facilities or via a state health department submission; on January 11, 2022, 96% of hospitals reported data. This analysis includes children's, short-term acute care, long-term acute care, critical access, Veterans Administration, Defense Health Agency, and Indian Health Services hospitals and excludes psychiatric, rehabilitation, and religious nonmedical hospitals. Reporting guidelines are published in the HHS COVID-19 Guidance for Hospital Reporting and FAQs document. https://www.hhs.gov/sites/default/files/covid-19-faqs-hospitals-hospital-laboratory-acute-care-facility-data-reporting.pdf

[¶¶] Ratios of ED visits and hospital admissions per 1,000 COVID-19 cases were calculated as peak daily 7-day moving averages of ED visits or hospital admissions divided by the corresponding daily 7-day moving average of COVID-19 cases observed when peak ED visits and hospital admissions occurred. The ratio of deaths per 1,000 COVID-19 cases was calculated with a 3-week lag in cases from the date when peak daily 7-day moving averages of deaths occurred to account for the time between case ascertainment, occurrence of death, and reporting.

[***] BD is a large U.S. health care facility database that includes patient-level electronically captured laboratory results; pharmacy orders; and admission, discharge, and transfer data from 267 hospitals. CDC receives aggregate BD data via a surveillance dashboard that is updated every Tuesday with data for the previous week (Sunday through Saturday) (release date January 18, 2022; access date January 18, 2022). This analysis used data from 199 hospitals that reported data during all three periods; of these hospitals, 135 (68%) had information for IMV, and 148 (74%) had information on in-hospital deaths. Geographically, hospital distribution is uneven; hospitals are overrepresented in the South (53%) and Northeast (17%) U.S. Census regions and underrepresented in the West (9%) and Midwest (21%) regions. Monthly trends in disease severity indicators from BD and two other data sources are available on CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker/#hospitalizations-severity

[†††] Hospitalized COVID-19 patients were identified by the presence of a positive SARS-CoV-2 polymerase chain reaction or antigen test result during the 14 days before or 14 days after date of admission; 43% of all admissions did not have a SARS-CoV-2 test result available (January 2021–January 2022). To identify patients admitted to an ICU, care settings were classified using the CDC National Healthcare Safety Network classification and then further classified as ICU (critical care) or non-ICU (inpatient adult wards, specialty care areas, and step-down wards); https://academic.oup.com/ofid/article/5/10/ofy241/5104818. Because of lack of timely device data to identify ventilator use, the following surrogate definition for IMV use was used: a) the patient was started on intravenous/intravenous push (IV/IVP) sedation medications (propofol, lorazepam, midazolam, dexmedetomidine, or ketamine) or IV/IVP opioids (fentanyl, remifentanil, sufentanil, or hydromorphone) with a duration ≥24 hours, and b) at least two arterial blood gas results were collected at least 24 hours apart (on the first day of sedation medication and a subsequent result 24 hours later) (https://academic.oup.com/ofid/article/8/6/ofab232/6285220). In-hospital death was defined by a designation of death, mortality, or presence in morgue in the admission, discharge, and transfer data feeds. A validity check of this method had been previously performed by randomly selecting 50 mortality cases and evaluating encounter-level data for clinical signs of mortality (e.g., uncorrected severe metabolic acidosis determined by pH from arterial blood gases and uncorrected electrolyte changes incompatible with life). https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2778237

[§§§] Age groups for patients are preestablished on the BD surveillance dashboard and do not align exactly with older age grouping (i.e., aged <50 years versus ≥50 years) available in the surveillance data.

[¶¶¶] The 7-day daily average peak in the case surveillance data was used as the central day of the 3-week window for the winter 2020–21 (January 1–January 21, 2021) and Delta (August 22–September 11, 2021) periods; the most recent 3 weeks of available data were used for the Omicron period (December 26, 2021–January 15, 2022). Date ranges are based on date of hospital discharge.

[****] Surveillance data cleaning, processing, and calculation of peak rates were conducted using Python and Kotlin.

[††††] 45 C.F.R. part 46; 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.

–46%, respectively, compared with those during the winter 2020–21 period, and 386%, 86%, 76%, and –4%, respectively, compared with those during the Delta period (Table 1). The largest relative differences in ED visits and admissions were observed among children and adolescents aged 0–17 years during the Omicron period; however, this age group represented only 14.5% of COVID-19 ED visits and 4.2% of COVID-19 admissions. During the Omicron period, a maximum of 20.6% of staffed inpatient beds were in use for COVID-19 patients, 3.4 and 7.2 percentage points higher than during the winter 2020–21 and Delta periods, respectively. However, ICU bed use did not increase to the same degree: 30.4% of staffed ICU beds were in use for COVID-19 patients during the Omicron period, 0.5 percentage points lower than during the winter 2020–21 period and 1.2 percentage points higher than during the Delta period. When comparing the indicators at their peaks during the Omicron period, event-to-case ratios for ED visits (87 visits per 1,000 cases), hospitalizations (27 hospitalizations per 1,000 cases), and deaths (nine deaths per 1,000 cases [lagged by 3 weeks]) were lower than those observed during the peak winter 2020–21 (92, 68, and 16, respectively) and Delta (167, 78, and 13, respectively) periods (Supplementary Figure, https://stacks.cdc.gov/view/cdc/113628).

In BD, hospitalized COVID-19 patients represented 12.0%, 9.4%, and 12.9% of all admissions during the winter 2020–21, Delta, and Omicron periods, respectively. Disease severity among hospitalized COVID-19 patients was associated with increasing age; IMV and in-hospital deaths were rare among patients aged 0–17 years, therefore, differences between periods were not assessed. The percentage of hospitalized COVID-19 patients admitted to an ICU during Omicron (13.0%) was 28.8% lower than during the winter 2020–21 (18.2%) and 25.9% lower than during Delta (17.5%) periods overall, and for all three age groups ($p<0.05$) (Table 2). The percentage of hospitalized COVID-19 patients who received IMV (3.5%) or died while in the hospital (7.1%) during Omicron was lower than during the winter 2020–21 (IMV = 7.5%; deaths = 12.9%) and Delta (IMV = 6.6%; deaths = 12.3%) periods overall, and for both adult age groups ($p<0.001$). Mean length of hospital stay during Omicron (5.5 days) was 31.0% lower than during the winter 2020–21 (8.0 days) and 26.8% lower than during Delta (7.6 days) periods overall, and for both adult age groups ($p<0.001$).

## Discussion

Emergence of the Omicron variant in December 2021 led to a substantial increase in COVID-19 cases in the United States. Although the rapid rise in cases has resulted in the highest number of COVID-19–associated ED visits and hospital admissions since the beginning of the pandemic, straining the health care system, disease severity appears to be lower than compared with previous high disease-transmission periods. In addition to

**FIGURE. Seven-day moving average number of COVID-19 cases, emergency department visits, hospital admissions, and deaths — United States,* December 1, 2020–January 15, 2022**

**Sources:** CDC state-reported data (cases and deaths), Unified Hospital dataset (admissions), and National Syndromic Surveillance Program (ED visits with COVID-19 discharge diagnoses).
**Abbreviation:** ED = emergency department.
* COVID-19 hospital admissions include admissions for COVID-19 as well as patients who receive a positive SARS-CoV-2 test result after being admitted for other reasons. National Syndromic Surveillance Program represents approximately 70% of all U.S. ED visits.

**TABLE 1. COVID-19 disease, hospital, and death indicators during the Omicron period compared with the winter 2020–21 and Delta periods* — United States, December 2020–January 2022†**

| | Winter 2020–21 period | | Delta period | | Omicron period | | Comparison of Omicron with winter 2020–21 period | | Comparison of Omicron with Delta period | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indicator/ Age group, yrs | Peak value date range | Peak value (7-day moving average) | Peak value date range | Peak value (7-day moving average) | Date of maximum assessed value§ | Maximum 7-day moving average | Number or percentage point difference¶ | Relative % difference** | Number or percentage point difference¶ | Relative % difference** |
| **Disease (cases, ED visits)** | | | | | | | | | | |
| **COVID-19 cases, N** | Jan 4–11, 2021 | 250,335 | Aug 25–Sep 1, 2021 | 164,249 | Jan 15, 2022 | 798,976 | 548,641 | 219.2 | 634,727 | 386.4 |
| **COVID-19 ED visits, by age group, N (% of total)** | Dec 29, 2020–Jan 5, 2021 | 20,372 | Aug 19–26, 2021 | 25,873 | Jan 4, 2022 | 48,238 | 27,866 | 136.8 | 22,365 | 86.4 |
| 0–17 | | 901 (4.4) | | 3,177 (12.3) | | 6,990 (14.5) | 6,089 (10.1) | 676.1 | 3,813 (2.2) | 120.0 |
| 18–49 | | 6,872 (33.7) | | 11,853 (45.8) | | 23,372 (48.5) | 16,500 (14.7) | 240.1 | 11,519 (2.6) | 97.2 |
| ≥50 | | 12,406 (60.9) | | 10,546 (40.8) | | 17,471 (36.2) | 5,066 (−24.7) | 40.8 | 6,926 (−4.5) | 65.7 |
| **Hospital (admissions)** | | | | | | | | | | |
| **COVID-19 admissions, by age group, N (% of total)** | Jan 2–9, 2021 | 16,497 | Aug 20–27, 2021 | 12,285 | Jan 15, 2022 | 21,586 | 5,089 | 30.8 | 9,301 | 75.7 |
| 0–17 | | 207 (1.3) | | 319 (2.6) | | 914 (4.2) | 707 (3.0) | 341.9 | 595 (1.6) | 186.5 |
| 18–49 | | 2,761 (16.7) | | 3,559 (29.0) | | 5,218 (24.2) | 2,457 (7.4) | 89.0 | 1,659 (−4.8) | 46.6 |
| ≥50 | | 12,840 (77.8) | | 7,828 (63.7) | | 14,773 (68.4) | 1,933 (−9.4) | 15.1 | 6,945 (4.7) | 88.7 |
| **Inpatient beds in use for COVID-19, N** | Jan 4–11, 2021 | 125,100 | Aug 28–Sep 4, 2021 | 94,503 | Jan 15, 2022 | 142,687 | 17,587 | 14.1 | 48,184 | 51.0 |
| **Staffed beds in use for COVID-19, %** | | 17.2 | | 13.4 | | 20.6 | 3.4 | 20.0 | 7.2 | 53.7 |
| **Staffed beds in use, %** | | 74.1 | | 76.8 | | 79.2 | 5.1 | 6.9 | 2.4 | 3.1 |
| **ICU beds in use for COVID-19, N** | Jan 9–16, 2021 | 27,958 | Sep 6–13, 2021 | 24,774 | Jan 15, 2022 | 24,776 | −3,182 | −11.4 | 2 | 0.0 |
| **Staffed ICU beds in use for COVID-19, %** | | 30.9 | | 29.2 | | 30.4 | −0.5 | −1.7 | 1.2 | 4.2 |
| **Staffed ICU beds in use, %** | | 78.2 | | 79.6 | | 82.2 | 4.0 | 5.1 | 2.6 | 3.2 |
| **Deaths** | | | | | | | | | | |
| **COVID-19 deaths, N** | Jan 6–13, 2021 | 3,422 | Sep 9–15, 2021 | 1,924 | Jan 15, 2022 | 1,854 | −1,568 | −45.8 | −70 | −3.6 |

**Sources:** CDC state-reported data (case and death totals), CDC case line-level data (cases by age), Unified Hospital data set (hospital admissions, inpatient, and ICU), and National Syndromic Surveillance Program (ED visits with COVID-19 discharge diagnoses).

**Abbreviations:** ED = emergency department; ICU = intensive care unit; N = no. of hospital admissions.

* COVID-19 hospital admissions include admissions for COVID-19 as well as patients who receive a positive test result for COVID-19 after being admitted for other reasons. National Syndromic Surveillance Program data are not inclusive of all ED visits, representing approximately 71% of all visits. The peak value and associated date are calculated independently for each indicator as the highest 7-day moving average value during Dec 1, 2020–Jan 31, 2021 (winter 2020–21 period), Aug 1–Sep 30, 2021 (Delta period), or Dec 19, 2021–Jan 15, 2022 (Omicron period). The date and value of peaks might change slightly if data are backfilled.

† Data were pulled on January 20, 2022.

§ Maximum value date for the Omicron period was assessed for December 19, 2021–January 15, 2022. This date is defined as the maximum value for each of the severity indicators at the time that the data were pulled for this report on January 20, 2022. The date of the maximum value might be different at the time of publication.

¶ Total difference is presented for the number of cases, ED visits, hospital admissions, deaths, and inpatient and ICU beds in use. Percentage point difference is presented for the percentage of ED visits and hospital admissions by age groups and for the percentages of inpatient and ICU beds in use for COVID-19 patients.

** Relative percent difference is calculated as the value for cases, ED visits, hospital admissions, inpatient bed use, ICU bed use, and deaths from the Omicron period minus the same indicator value from the comparison period (winter 2020–21 or Delta period) divided by the same indicator value from the comparison period.

lower ratios of ED visits, hospitalizations, and deaths to cases observed during the Omicron period, disease severity indicators were also lower among hospitalized COVID-19 patients, including ICU admission, receipt of IMV, length of stay, and in-hospital death. This apparent decrease in disease severity is likely related to multiple factors, most notably increases in vaccination coverage among eligible persons (*4*,*8*), and the use of vaccine boosters among recommended subgroups[§§§§] (*9*). For example, during the Omicron period, 207 million persons were fully vaccinated compared with 178 million persons and 1.5 million persons during the Delta and the winter 2020–21 periods, respectively (*8*). Further, during the Omicron period, 78 million persons had received vaccine boosters compared

§§§§ https://www.cdc.gov/coronavirus/2019-ncov/vaccines/booster-shot.html

AZT42AR0000768

**TABLE 2. Total hospitalizations, hospitalized COVID-19 patients, and indicators of disease severity among hospitalized COVID-19 patients during the Omicron period compared with the winter 2020–21 and Delta periods,* by age group, 199 hospitals—United States, January 2021–January 2022**

| | No. (%) | | | Comparison of Omicron with winter 2020–21 period | | Comparison of Omicron with Delta period | |
|---|---|---|---|---|---|---|---|
| | Winter 2020–21 period | Delta period | Omicron period | | | | |
| Indicator/ Age group, yrs | Jan 1–21, 2021 | Aug 22–Sep 11, 2021 | Dec 26, 2021–Jan 15, 2022 | Percentage point or mean difference | Relative % difference | Percentage point or mean difference | Relative % difference |
| **Total hospitalizations** | | | | | | | |
| All | 108,360 | 110,950 | 98,920 | — | — | — | — |
| 0–17 | 11,504 | 13,946 | 11,517 | — | — | — | — |
| 18–50 | 31,070 | 34,537 | 28,040 | — | — | — | — |
| >50 | 65,786 | 62,467 | 59,363 | — | — | — | — |
| **Hospitalized COVID-19 patients as a percentage of total hospitalizations** | | | | | | | |
| All | 12,963 (12.0) | 10,440 (9.4) | 12,800 (12.9) | −1.0[†] | 8.2 | 3.5[†] | 37.5 |
| 0–17 | 147 (1.3) | 272 (2.0) | 405 (3.5) | 2.2[†] | 175.2 | 1.6[†] | 80.3 |
| 18–50 | 2,474 (8.0) | 3,304 (9.6) | 3,988 (14.2) | 6.3[†] | 78.6 | 4.7[†] | 48.7 |
| >50 | 10,342 (15.7) | 6,864 (11.0) | 8,407 (14.2) | −1.6[†] | −9.9 | 3.2[†] | 28.9 |
| **ICU admission among hospitalized COVID-19 patients** | | | | | | | |
| All | 2,359 (18.2) | 1,824 (17.5) | 1,658 (13.0) | −5.2[†] | −28.8 | −4.5[†] | −25.9 |
| 0–17 | 25 (17.0) | 50 (18.4) | 42 (10.4) | −6.6[§] | −39.0 | −8.0[§] | −43.6 |
| 18–50 | 346 (14.0) | 438 (13.3) | 377 (9.5) | −4.5[†] | −32.4 | −3.8[†] | −28.7 |
| >50 | 1,988 (19.2) | 1,336 (19.5) | 1,239 (14.7) | −4.5[†] | −23.3 | −4.7[†] | −24.3 |
| **IMV among hospitalized COVID-19 patients[¶]** | | | | | | | |
| All | 764 (7.5) | 503 (6.6) | 358 (3.5) | −4.0[†] | −53.4 | −3.1[†] | −46.5 |
| 0–17 | 1 (0.8) | 1 (0.4) | 0 (—) | NC | NC | NC | NC |
| 18–50 | 122 (6.2) | 118 (4.9) | 73 (2.3) | −3.9[†] | −63.2 | −2.6[†] | −53.2 |
| >50 | 641 (8.0) | 384 (7.7) | 285 (4.3) | −3.7[†] | −46.2 | −3.4[†] | −44.3 |
| **In-hospital death among hospitalized COVID-19 patients**** | | | | | | | |
| All | 976 (12.9) | 803 (12.3) | 533 (7.1) | −5.8[†] | −44.9 | −5.2[†] | −42.3 |
| 0–17 | 1 (1.1) | 0 (—) | 0 (—) | NC | NC | NC | NC |
| 18–50 | 57 (4.0) | 110 (5.4) | 38 (1.7) | −2.3[†] | −58.3 | −3.7[†] | −69.2 |
| >50 | 918 (15.2) | 693 (16.0) | 495 (10.0) | −5.2[†] | −34.2 | −6.0[†] | −37.5 |
| **Length of stay among hospitalized COVID-19 patients, by age group, yrs** | | | | | | | |
| **Median** | | | | | | | |
| All | 5 | 5 | 3 | — | — | — | — |
| 0–17 | 2 | 2 | 2 | — | — | — | — |
| 18–50 | 3 | 4 | 2 | — | — | — | — |
| >50 | 5 | 6 | 4 | — | — | — | — |
| **Mean (SD)** | | | | | | | |
| All | 8.0 (15.6) | 7.6 (10.6) | 5.5 (13.1) | −2.5[†] | −31.0 | −2.0[†] | −26.8 |
| 0–17 | 4.4 (10.1) | 3.9 (5.3) | 3.5 (9.7) | −0.9 | −20.3 | −0.4 | −9.5 |
| 18–50 | 5.8 (7.8) | 6.1 (6.9) | 4.3 (7.4) | −1.5[†] | −25.6 | −1.8[†] | −29.9 |
| >50 | 8.6 (17.0) | 8.4 (12.0) | 6.2 (15.1) | −2.4[†] | −27.7 | −2.2[†] | −25.8 |

**Source:** BD Insights Research Database.
**Abbreviations:** ICU = intensive care unit; IMV = invasive mechanical ventilation; NC = not calculated.
* The winter period was defined as January 1–21, 2021, the Delta period was defined as August 22–September 11, 2021, and the Omicron period was defined as December 26, 2021–January 15, 2022 for BD analysis.
† $p<0.001$.
§ $p<0.05$.
¶ Data on IMV were available from a subset of 135 hospitals. The denominators of hospitalized COVID-19 patients for IMV percentages were as follows for each period and age group: winter 2020–21 (0–17 years [132]; 18–50 years [1,964]; and >50 years [8,039]); Delta (0–17 years [258]; 18–50 years [2,415]; and >50 years [4,988]); and Omicron (0–17 years [355]; 18–50 years [3,189]; and >50 years [6,646]).
** Data on in-hospital deaths were available from a subset of 148 hospitals. The denominators of hospitalized COVID-19 patients for in-hospital death percentages were as follows for each period and age group: winter 2020–21 (0–17 years [87]; 18–50 years [1,437]; and >50 years [6,048]); Delta (0–17 years [142]; 18–50 years [2,045]; and >50 years [4,333]); and Omicron (0–17 years [250]; 18–50 years [2,297]; and >50 years [4,954]).

with 1.6 million persons during the Delta period; boosters were not available during winter 2020–21 (*8*). Other key factors for lower disease severity include infection-acquired immunity (*3,7*), and potential lower virulence of the Omicron variant (*3,5,6*).

These findings are consistent with reports from South Africa (*2*), England (*10*), and Scotland,[¶¶¶¶] as well as from health

¶¶¶¶ https://www.pure.ed.ac.uk/ws/portalfiles/portal/245818096/Severity_of_Omicron_variant_of_concern_and_vaccin%20e_effectiveness_against_symptomatic_disease.pdf%2012

AZT42AR0000769

systems in California (*3*) and Texas,***** where the Omicron variant was not associated with an increase in hospital or disease severity indicators among patients with Omicron infections compared with those with Delta infections. Death and in-hospital severity indicators, including in the context of vaccination status, should continue to be monitored for changes or differential effects among subpopulations throughout the Omicron period.

Among children aged <18 years, in-hospital severity indicators, including length of stay and ICU admission, were similar to and lower, respectively, during the Omicron period compared with those during previous high-transmission periods. However, high relative increases in ED visits and hospitalizations were observed among children during the Omicron period, which might be related to lower vaccination rates in children compared with those in adults, especially among children aged 0–4 years who are currently not eligible for vaccination. Children's susceptibility to the Omicron variant and the impact of changes in exposure on severity risk require additional study. Among adults aged ≥18 years, all in-hospital severity indicators assessed were lower during the Omicron period, which might be related to increased population immunity against SARS-CoV-2 because of higher vaccination coverage and booster rates and previous infection providing protection (*3*,*4*,*7*,*9*). Receipt of a third mRNA vaccine dose was found to be highly effective at preventing urgent care encounters, ED visits, and hospital admissions during both Delta and Omicron periods (*9*). Booster doses were also found to be effective at preventing infection during the early Omicron period, particularly among persons aged ≥50 years (*4*).

The findings in this report are subject to at least seven limitations. First, BD is not nationally representative and NSSP does not capture all ED visits across the United States; therefore, geographic and demographic differences in disease transmission and severity might bias findings. Second, the variation in vaccination coverage during the three periods assessed was not taken into account when comparing severity indicators. This limitation is most relevant when comparing the Omicron period to the winter 2020-21 period, when vaccines were just becoming available in the United States. Third, person-level vaccination status was not available to compare severity indicators based on being up to date on vaccinations. Fourth, the hospital data do not exclude incidental SARS-CoV-2 infections, which might be higher during the Omicron period because of increased transmissibility of the Omicron variant; inclusion of incidental infections could inflate hospitalization-to-case ratios and have an unknown effect on in-hospital severity indicators. Fifth, changes in testing and reporting behaviors, including the likely increase in self-administered tests, might bias comparisons; specifically, reported case counts during the Omicron period might be biased downward because of self-administered test use compared with counts during other periods.††††† Sixth, co-circulation of the Omicron and Delta variants might affect the magnitude of the severity indicators during the beginning of the Omicron period, particularly for in-hospital severity indicators based on date of hospital discharge. Finally, the findings reflect an ecologic analysis of event-based indicators; findings should not be misinterpreted as person-level indicators (e.g., case-fatality ratios).

Emergence of the Omicron variant has resulted in a rapid increase in COVID-19 cases. Concurrent increases in ED visits and hospital admissions appear to be driven by high case counts and not by increased disease severity following acute infection. Although patients hospitalized during the Omicron period have shorter stays and less frequent ICU admissions, the high volume of hospitalizations resulting from high transmission rates during a short period can strain local health care systems

**Summary**

What is already known about this topic?

The SARS-CoV-2 B.1.1.529 (Omicron) variant became predominant in the United States by late December 2021, leading to a surge in COVID-19 cases and associated ED visits and hospitalizations.

What is added by this report?

Despite Omicron seeing the highest reported numbers of COVID-19 cases and hospitalizations during the pandemic, disease severity indicators, including length of stay, ICU admission, and death, were lower than during previous pandemic peaks.

What are the implications for public health practice?

Although disease severity appears lower with the Omicron variant, the high volume of hospitalizations can strain local health care systems and the average daily number of deaths remains substantial. This underscores the importance of national emergency preparedness, specifically, hospital surge capacity and the ability to adequately staff local health care systems. In addition, being up to date on vaccinations and following other recommended prevention strategies are critical to preventing infections, severe illness, or death from COVID-19.

***** https://www.medrxiv.org/content/10.1101/2021.12.30.21268560v2

††††† Case data in this report are based on data reported by states. Some states report both confirmed and probable cases, and some states report only confirmed cases. For states that include probable cases, a case based on antigen test results with symptoms might meet the case definition and be included in the probable case count. However, positive self-administered tests alone (which are also antigen tests) might not be reported to public health authorities, and do not meet the current Council of State and Territorial Epidemiologists' case definition criteria, and thus, will likely not be included by states in probable case counts reported to CDC.

AZT42AR0000770

in the United States, and the average daily number of deaths remains substantial. This underscores the importance of national emergency preparedness, specifically, hospital surge capacity and the ability to adequately staff local health care systems when critical care needs arise and before the system is overwhelmed. Previous studies have identified increased risk for severe outcomes among unvaccinated persons (*4,9*). Thus, being up to date with COVID-19 vaccinations and following other recommended prevention strategies are critical to prevent infections, severe illness, or death from COVID-19.

### Acknowledgments

Jourdan Devies, Abigail Gates, National Syndromic Surveillance Program; Jay Huang, Johns Hopkins University Applied Physics Laboratory; Heather Johnson, Marc Krawiz, Kalvin Yu, Becton, Dickinson and Company.

Corresponding author: A. Danielle Iuliano, aiuliano@cdc.gov.

[1]CDC COVID-19 Emergency Response Team; [2]Johns Hopkins University Applied Physics Laboratory, Laurel, Maryland; [3]Booze Allen Hamilton, McLean, Virginia; [4]Becton, Dickinson and Company, Franklin Lake, New Jersey.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Vikas Gupta reports stock option holdings in Becton, Dickinson and Company, his employer. No other potential conflicts of interest were disclosed.

### References

1. CDC. First confirmed case of Omicron variant detected in the United States. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. Accessed January 10, 2022. https://www.cdc.gov/media/releases/2021/s1201-omicron-variant.html
2. Wolter N, Jassat W, Walaza S, et al. Early assessment of the clinical severity of the SARS-CoV-2 Omicron variant in South Africa. medRxiv [Preprint posted online December 21, 2021]. https://www.medrxiv.org/content/10.1101/2021.12.21.21268116v1
3. Lewnard JA, Hong VX, Patel MM, et al. Clinical outcomes among patients affected with Omicron (B.1.1.529) SARS-CoV-2 variant in southern California. medRxiv [Preprint posted online January 11, 2021]. https://www.medrxiv.org/content/10.1101/2022.01.11.22269045v1
4. Johnson AG, Amin AB, Ali AR, et al. COVID-19 incidence and death rates among unvaccinated and fully vaccinated adults with and without booster doses during periods of Delta and Omicron variant emergence—25 U.S. Jurisdictions, April 4–December 25, 2021. MMWR Morb Mortal Wkly Rep 2022;71. https://www.cdc.gov/mmwr/volumes/71/wr/mm7104e2.htm?s_cid=mm7104e2_w. https://doi.org/10.15585/mmwr.mm7104e2
5. Abdullah F, Myers J, Basu D, et al. Decreased severity of disease during the first global Omicron variant covid-19 outbreak in a large hospital in Tshwane, South Africa. Int J Infect Dis 2021;116:38–42. PMID:34971823 https://doi.org/10.1016/j.ijid.2021.12.357
6. Diamond M, Halfmann P, Maemura T, et al. The SARS-CoV-2 B.1.1.529 Omicron virus causes attenuated infection and disease in mice and hamsters. [Preprint posted online December 29, 2021.] https://www.researchsquare.com/article/rs-1211792/v1
7. León TM, Dorabawila V, Nelson L, et al. COVID-19 cases and hospitalizations by COVID-19 vaccination status and previous COVID-19 diagnosis—California and New York, May–November 2021. MMWR Morb Mortal Wkly Rep 2022. Epub January 19, 2022. https://www.cdc.gov/mmwr/volumes/71/wr/mm7104e1.htm?s_cid=mm7104e1_w. https://doi.org/10.15585/mmwr.mm7104e1
8. CDC. COVID data tracker. Trends in number of COVID-19 vaccinations in the US. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. Accessed January 15, 2022. https://covid.cdc.gov/covid-data-tracker/#vaccination-trends
9. Thompson MG, Natarajan K, Irving SA, et al. Effectiveness of a third dose of mRNA vaccines against COVID-19–associated emergency department and urgent care encounters and hospitalizations among adults during periods of Delta and Omicron variant predominance—VISION Network, 10 states, August 2021–January 2022. MMWR Morb Mortal Wkly Rep. Epub 21 January 2022. https://www.cdc.gov/mmwr/volumes/71/wr/mm7104e3.htm?s_cid=mm7104e3_w
10. Ferguson N, Ghani A, Hinsley W, Volz E. Report 50—hospitalisation risk for Omicron cases in England. London, UK: Imperial College London. https://www.imperial.ac.uk/mrc-global-infectious-disease-analysis/covid-19/report-50-severity-omicron/

AZT42AR0000771

Morbidity and Mortality Weekly Report

# The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Children Aged 5–11 Years — United States, November 2021

Kate R. Woodworth, MD[1]; Danielle Moulia, MPH[1]; Jennifer P. Collins, MD[1]; Stephen C. Hadler, MD[1]; Jefferson M. Jones, MD[1]; Sujan C. Reddy, MD[1]; Mary Chamberland, MD[1,2]; Doug Campos-Outcalt, MD[3]; Rebecca L. Morgan, PhD[4]; Oliver Brooks, MD[5]; H. Keipp Talbot, MD[6]; Grace M. Lee, MD[7]; Beth P. Bell, MD[8]; Matthew F. Daley, MD[9]; Sarah Mbaeyi, MD[1]; Kathleen Dooling, MD[1]; Sara E. Oliver, MD[1]

*On November 5, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

The Pfizer-BioNTech COVID-19 (BNT162b2) vaccine is a lipid nanoparticle–formulated, nucleoside-modified mRNA vaccine encoding the prefusion spike glycoprotein of SARS-CoV-2, the virus that causes COVID-19. On August 23, 2021, the Food and Drug Administration (FDA) approved a Biologics License Application (BLA) for use of the Pfizer-BioNTech COVID-19 vaccine, marketed as Comirnaty (Pfizer, Inc.), in persons aged ≥16 years (*1*). The Pfizer-BioNTech COVID-19 vaccine is also recommended for adolescents aged 12–15 years under an Emergency Use Authorization (EUA) (*1*). All persons aged ≥12 years are recommended to receive 2 doses (30 μg, 0.3 mL each), administered 3 weeks apart (*2,3*). As of November 2, 2021, approximately 248 million doses of the Pfizer-BioNTech COVID-19 vaccine had been administered to persons aged ≥12 years in the United States.* On October 29, 2021, FDA issued an EUA amendment for a new formulation of Pfizer-BioNTech COVID-19 vaccine for use in children aged 5–11 years, administered as 2 doses (10 μg, 0.2 mL each), 3 weeks apart (Table) (*1*). On November 2, 2021, the Advisory Committee on Immunization Practices (ACIP) issued an interim recommendation† for use of the Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years for the prevention of COVID-19. To guide its deliberations regarding recommendations for the vaccine, ACIP used the Evidence to Recommendation (EtR) Framework§ and incorporated a Grading of Recommendations, Assessment, Development and Evaluation (GRADE) approach.¶ The ACIP recommendation for the use of the Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years under an EUA is interim and will be updated as additional information becomes available. The Pfizer-BioNTech COVID-19 vaccine has high efficacy (>90%) against COVID-19 in children aged 5–11 years, and ACIP determined benefits outweigh risks for vaccination. Vaccination is important to protect children against COVID-19 and reduce community transmission of SARS-CoV-2.

Since June 2020, ACIP has convened 21 public meetings to review data relevant to the potential use of COVID-19 vaccines, including the Pfizer-BioNTech COVID-19 vaccine.** In addition, the ACIP COVID-19 Vaccines Work Group, comprising experts in infectious diseases, vaccinology, vaccine safety, public health, and ethics, has held weekly meetings to review COVID-19 surveillance data, evidence for vaccine efficacy and effectiveness, safety, and implementation considerations for COVID-19 vaccines. Within the EtR Framework for the Pfizer-BioNTech COVID-19 vaccine for children aged 5–11 years, ACIP considered the importance of COVID-19 as a public health problem, as well as benefits and harms, parents' values and preferences, acceptability, feasibility, resource use, and equity for use of the vaccine among children. After conducting a systematic review of published and unpublished evidence for benefits and harms, the Work Group used the GRADE approach to assess the certainty of evidence for outcomes related to the vaccine, rated on a scale of type 1 (high certainty) to type 4 (very low certainty).†† Work Group conclusions regarding evidence for the Pfizer-BioNTech COVID-19 vaccine were presented to ACIP at a public meeting on November 2, 2021.

The body of evidence regarding immunogenicity, efficacy, and safety of the Pfizer-BioNTech COVID-19 vaccine among children aged 5–11 years was primarily composed of data from one randomized, double-blind, placebo-controlled phase II/III clinical trial that initially enrolled 2,268 participants aged 5–11 years, randomized 2:1 to receive vaccine or saline placebo (*1*). Interim findings from this clinical trial were based on data from participants with a median follow-up of 3.3 months. Vaccine efficacy was supported by two types of evidence: direct efficacy against symptomatic infection and immunobridging data consisting of neutralizing antibody titers from vaccine recipients aged 5–11 years who received 2 doses of 10 μg each compared with those from vaccine recipients aged 16–25 years who received 2 doses of 30 μg each. Vaccine efficacy was 90.9% (95% CI = 68.3%–98.3%) in preventing symptomatic,

* Accessed November 3, 2021. https://covid.cdc.gov/covid-data-tracker/#vaccinations

† On November 2, 2021, ACIP voted 14–0 (with one member absent) in favor of the interim recommendation for use of Pfizer-BioNTech COVID-19 vaccine for persons aged 5–11 years.

§ https://www.cdc.gov/vaccines/acip/recs/grade/downloads/acip-evidence-recs-framework.pdf

¶ https://www.cdc.gov/vaccines/acip/recs/grade/about-grade.html

** https://www.cdc.gov/vaccines/acip/meetings/index.html

†† https://www.cdc.gov/vaccines/acip/recs/grade

AZT42AR0000772

**TABLE. COVID-19 vaccines approved or authorized by the Food and Drug Administration for persons aged <18 years — United States, November 2021***

| Age group at vaccination, yrs | Vaccine manufacturer | Vial cap color | Concentration of mRNA per dose | Injection volume | Diluent[†] volume | Doses per vial |
|---|---|---|---|---|---|---|
| 5–11 | Pfizer-BioNTech | Orange | 10 $\mu g$ | 0.2 mL | 1.3 mL | 10 |
| 12–17 | Pfizer-BioNTech | Purple | 30 $\mu g$ | 0.3 mL | 1.8 mL | 6 |

* Both Pfizer-BioNTech COVID-19 vaccines are administered intramuscularly as 2 doses with a recommended interval of 21 days between doses. Additional information regarding each Pfizer-BioNTech formulation (e.g., ingredients and storage conditions) as well as educational materials and information regarding other Food and Drug Administration–approved or -authorized COVID-19 vaccines is available at https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html.
† Diluent for both formulations is 0.9% sterile sodium chloride injection, USP (nonbacteriostatic).

laboratory-confirmed COVID-19 in children aged 5–11 years with or without evidence of previous SARS-CoV-2 infection, based on infection in three vaccine recipients and 16 placebo recipients, none of whom were hospitalized. The measure of immune response to 2 doses of the Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years without evidence of previous SARS-CoV-2 infection was at least as high as the response observed in persons aged 16–25 years, with a geometric mean ratio for 50% neutralizing antibody titer of 1.04 (95% CI = 0.93–1.18), satisfying the noninferiority criteria.[§§] Among vaccine recipients aged 5–11 years, reactogenicity symptoms, defined as solicited local injection site or systemic reactions during the 7 days after vaccination, were frequent (86.2% of vaccine recipients reported any local reaction, and 66.6% reported any systemic reaction); the vast majority were mild to moderate. Reactogenicity symptoms were generally less frequent in children aged 5–11 years than in persons aged 16–25 years. Systemic adverse reactions were more commonly reported after the second dose than after the first dose, had a median onset of 1–2 days after vaccination, and resolved in a median of 1–2 days. Severe local and systemic adverse reactions (grade 3 or higher, defined as interfering with daily activity) occurred in 2.7% of vaccine recipients and 1.1% of placebo recipients. Among vaccine recipients who reported any reaction of grade 3 or higher, the most common symptoms were fatigue (0.9%), headache (0.3%), fever (0.8%) and injection site pain (0.6%). Overall, reactions of grade 3 or higher were also more commonly reported after the second dose than after the first dose. The prevalence of related adverse events was lower in children who were seropositive at baseline (two of 133; 1.5%) compared with the prevalence in those who were seronegative at baseline (44 of 1,385; 3.2%); in addition, individual local and systemic reactions were less common in seropositive children. Serious adverse events[¶¶] were uncommon and occurred with similar frequency among vaccine (0.07%) and placebo (0.10%) recipients, with no statistically significant difference in frequency observed between the two groups. An expanded safety cohort of 2,379 children (including 1,591 vaccine recipients) was added to monitor for serious adverse events, which had a median follow-up of 2.4 weeks after receipt of the second dose. No serious adverse events related to the vaccination were identified in either group, and no specific safety concerns were identified among vaccine recipients aged 5–11 years. A detailed summary of safety data, including information on reactogenicity, is available at https://www.cdc.gov/vaccines/covid-19/info-by-product/pfizer/reactogenicity.html.

From the GRADE evidence assessment, the level of certainty for the benefits of Pfizer-BioNTech COVID-19 vaccination among children aged 5–11 years was type 1 (high certainty) for the prevention of symptomatic laboratory-confirmed COVID-19. Regarding potential harms after vaccination, evidence was type 4 (very low certainty) for serious adverse events because of small sample size and short follow-up time and type 2 (moderate certainty) for reactogenicity for imprecision. No data were available to assess the other GRADE benefits, specifically prevention of hospitalization for COVID-19, prevention of multisystem inflammatory syndrome in children (MIS-C), or prevention of asymptomatic SARS-CoV-2 infection.

Data reviewed within the EtR Framework supported the use of the Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years. ACIP concluded that COVID-19 in children is a major public health problem. Approximately 1.9 million COVID-19 cases and 8,300 hospitalizations among U.S. children aged 5–11 years had been reported to CDC as of October 10, 2021 (*5*). As of October 4, 2021, CDC had received reports of 5,217 cases of MIS-C, a severe hyperinflammatory syndrome occurring several weeks after acute SARS-CoV-2 infection; 44% of MIS-C cases have occurred in children aged 5–11 years.*** In addition, children aged 5–11 years represent a growing proportion of new COVID-19 cases reported to CDC, accounting for 10.6% of infections for the week of October 10, 2021, although children aged 5–11 years represent 8.7% of the population (*4*). In addition, children can contribute to transmission of SARS-CoV-2 in households and communities (*5,6*). A study of residual

§§ 1.5-fold noninferiority criterion: lower bound of the two-sided 95% CI for geometric mean ratio >0.67.

¶¶ Serious adverse events that were reported in the initial cohort of the trial included a limb fracture in one vaccine recipient and abdominal pain and pancreatitis in one placebo recipient. Serious adverse events that were reported in the expanded safety cohort included infective arthritis (infection of the knee), foreign body ingestion of a penny, and epiphyseal fracture in three children (one each) in the vaccine group.

*** https://covid.cdc.gov/covid-data-tracker/#mis-national-surveillance

AZT42AR0000773

sera from commercial laboratories in 47 U.S. jurisdictions estimated the seroprevalance in this age group to be 38% as of September 2021 (*7*). As of October 14, 2021, the cumulative COVID-19–associated hospitalization rate for children aged 5–11 years over the course of the pandemic was 28.6 per 100,000 population,[†††] which is similar to the influenza-associated hospitalization rate for the same age group during the 2017–18, 2018–19, and 2019–20 influenza seasons (24.3–31.7 per 100,000 population), despite intensive mitigation efforts in place during the COVID-19 pandemic not present during previous influenza seasons.[§§§] During January 1, 2020–October 16, 2021, 94 COVID-19–associated deaths among children aged 5–11 years were reported to CDC's National Center for Health Statistics, representing 1.7% of all deaths in this age group during the same period; COVID-19 ranks as the eighth leading cause of death in this age group (*8,9*). Post-COVID conditions, a range of new, worsening, or ongoing health problems after SARS-CoV-2 infection, have been reported in children (*10*). During the 2020–21 school year, an estimated 19,692 school closures occurred in the 50 U.S. states, affecting approximately 12 million students. During August 2–October 22, 2021, approximately 2,350 schools faced COVID-19–related closures, with nearly one half resulting from COVID-19 cases among students (*11*). Several surveys suggested that 34%–57% of parents intended to have their children vaccinated (*11*).

Implementation of this vaccine recommendation will require educating providers regarding the different formulation, dose, and volume of vaccine for use in this population to avoid vaccine administration errors. COVID-19 vaccines must be administered according to applicable state and territorial vaccination laws. ACIP determined that use of the Pfizer-BioNTech COVID-19 vaccine among children is a reasonable and efficient allocation of resources. To expand COVID-19 vaccine access, additional considerations should be given to demographic groups that have experienced disproportionate COVID-19 morbidity and mortality, as well as those with barriers to routine health care (e.g., members of certain racial/ethnic groups and those living in a rural or frontier area, experiencing homelessness, with a disability, or lacking health insurance). Children from racial and ethnic minority groups have experienced a disproportionally high incidence of COVID-19 as well as secondary impacts of the COVID-19 pandemic such as reduced in-person learning (*12*). Providing rapid and equitable access to COVID-19 vaccines for children will necessitate increasing the enrollment of pediatric health care providers into the COVID-19 vaccination program, using the broad geographic accessibility of pharmacies, and expanding school-focused strategies to ensure vaccination opportunities for a diverse population, as well as engagement with community leaders, pediatric health care providers, and parents or guardians.

The GRADE evidence profile, which provides details on the identification and assessment of relevant evidence, and EtR-supporting evidence are available at https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-age-5-11-eua.html and https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-age-5-11-eua-etr.html. Additional clinical considerations are available at https://www.cdc.gov/vaccines/covid-19/info-by-manufacturer/pfizer/clinical-considerations.html.

ACIP reviewed the balance of benefits and risks regarding vaccination of children aged 5–11 years, considering evidence around both known and potential benefits and risks. Myocarditis is a rare adverse event that has been reported after receipt of mRNA COVID-19 vaccines (*13*). The observed risk is highest in males aged 12–29 years.[¶¶¶] No cases of myocarditis were reported among 3,082 trial participants aged 5–11 years with ≥7 days of follow-up after receipt of dose 2, although the study was not powered to assess the risk for myocarditis (*1*). The baseline (before the COVID-19 pandemic) risk for myocarditis is much higher in adolescents aged 12–17 years than in children aged 5–11 years.[****] Therefore, myocarditis after receipt of an mRNA COVID-19 vaccine by adolescents might not predict risk for myocarditis in younger children. Regardless of seropositivity rates, ACIP determined that the benefits of COVID-19 vaccination outweigh the known and potential risks. Vaccination after infection significantly enhances protection and further reduces risk for reinfection;[††††] no concerns have been identified in postauthorization safety surveillance associated with vaccination of seropositive persons aged ≥12 years. Children can experience significant morbidity, such as MIS-C and post-COVID sequelae, after mild or asymptomatic infection (*7*). Further, Delta-wave surges of pediatric COVID-19 hospitalizations occurred even with a significant proportion of children who were seropositive at that time (*7*). After assessing the balance of benefits and risks for COVID-19 vaccination in children aged 5–11 years, ACIP made an interim recommendation for vaccination in this population as authorized under the EUA.

The interim recommendation and clinical considerations are based on use of the Pfizer-BioNTech COVID-19 vaccine under an EUA and might change as more evidence becomes available. Before vaccination, the EUA Fact Sheet should be

[†††] https://gis.cdc.gov/grasp/COVIDNet/COVID19_3.html
[§§§] https://gis.cdc.gov/GRASP/Fluview/FluHospRates.html
[¶¶¶] https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-10-20-21/07-COVID-Su-508.pdf
[****] https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-11-2-3/04-COVID-Oster-508.pdf
[††††] https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/vaccine-induced-immunity.html

AZT42AR0000774

**Summary**

What is already known about this topic?

On October 29, 2021, the Food and Drug Administration granted Emergency Use Authorization for the Pfizer-BioNTech COVID-19 vaccine for children aged 5–11 years.

What is added by this report?

On November 2, 2021, after a systematic review of available data, the Advisory Committee on Immunization Practices made an interim recommendation for use of the Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years in the United States for prevention of COVID-19.

What are the implications for public health practice?

The Pfizer-BioNTech COVID-19 vaccine has high efficacy (>90%) against COVID-19 in children aged 5–11 years, and benefits outweigh risks for vaccination. Vaccination is important to protect children against COVID-19 and reduce community transmission of SARS-CoV-2.

provided to parents or guardians. ACIP will continue to review additional data as they become available; updates to recommendations or clinical considerations will be posted on the ACIP website (https://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/covid-19.html).

## Reporting of Vaccine Adverse Events

FDA requires that vaccination providers report vaccination administration errors, serious adverse events, cases of multisystem inflammatory syndrome, and cases of COVID-19 that result in hospitalization or death after administration of COVID-19 vaccine under an EUA (*1*). Adverse events that occur after receipt of any COVID-19 vaccine should be reported to the Vaccine Adverse Event Reporting System (VAERS). Information on how to submit a report to VAERS is available at https://vaers.hhs.gov/index.html or 1-800-822-7967. Any person who administers or receives a COVID-19 vaccine (or their parent or guardian) is encouraged to report any clinically significant adverse event, whether or not it is clear that a vaccine caused the adverse event. In addition, CDC has developed a new, voluntary smartphone-based online tool (v-safe) that uses text messaging and online surveys to provide near real-time health check-ins after receipt of a COVID-19 vaccine. Parents or guardians can register their children in v-safe and complete the health surveys on their behalf. CDC's v-safe call center follows up on reports to v-safe that include possible medically significant health events to collect additional information for completion of a VAERS report. Information on v-safe is available at https://www.cdc.gov/vsafe.

### Acknowledgments

Voting members of the Advisory Committee on Immunization Practices (in addition to listed authors): Kevin A. Ault, University of Kansas Medical Center; Lynn Bahta, Minnesota Department of Health; Wilbur Chen, University of Maryland School of Medicine; Sybil Cineas, Warren Alpert Medical School of Brown University; James Loehr, Cayuga Family Medicine; Sarah Long, Drexel University College of Medicine; Veronica V. McNally, Franny Strong Foundation; Katherine A. Poehling, Wake Forest School of Medicine; Pablo J. Sánchez, The Research Institute at Nationwide Children's Hospital. Members of the Advisory Committee on Immunization Practices COVID-19 Vaccines Work Group: Edward Belongia, Center for Clinical Epidemiology & Population Health, Marshfield Clinic Research Institute; Henry Bernstein, Zucker School of Medicine at Hofstra/Northwell Cohen Children's Medical Center; Dayna Bowen Matthew, George Washington University Law School; Uzo Chukwuma, Indian Health Service; Marci Drees, Society for Healthcare Epidemiology of America; Jeffrey Duchin, Infectious Diseases Society of America; Kathy Kinlaw, Center for Ethics, Emory University; Doran Fink, Food and Drug Administration; Sandra Fryhofer, American Medical Association; Jason M. Goldman, American College of Physicians; Michael Hogue, American Pharmacists Association; Denise Jamieson, American College of Obstetricians and Gynecologists; Jeffery Kelman, Centers for Medicare & Medicaid Services; David Kim, U.S. Department of Health and Human Services; Susan Lett, Council of State and Territorial Epidemiologists; Kendra McMillan, American Nurses Association; Kathleen Neuzil, Center for Vaccine Development and Global Health, University of Maryland School of Medicine; Sean O'Leary, American Academy of Pediatrics; Christine Oshansky, Biomedical Advanced Research and Development Authority; Stanley Perlman, Department of Microbiology and Immunology, University of Iowa; Marcus Plescia, Association of State and Territorial Health Officials; Chris Roberts, National Institutes of Health; José R. Romero, Arkansas Department of Health; William Schaffner, National Foundation for Infectious Diseases; Rob Schechter, Association of Immunization Managers; Kenneth Schmader, American Geriatrics Society; Bryan Schumacher, Department of Defense; Peter Szilagyi, University of California, Los Angeles; Jonathan Temte, American Academy of Family Physicians; Matthew Tunis, National Advisory Committee on Immunization Secretariat, Public Health Agency of Canada; Matthew Zahn, National Association of County and City Health Officials; Rachel Zhang, Food and Drug Administration.

Corresponding author: Sara E. Oliver, yxo4@cdc.gov.

---

[1]CDC COVID-19 Response Team; [2]Tanaq Support Services, LLC, St. George Tanaq Corporation, Anchorage, Alaska; [3]University of Arizona, College of Medicine, Phoenix, Arizona; [4]Department of Health Research Methods, Evidence and Impact, Hamilton, Ontario, Canada; [5]Watts Healthcare Corporation, Los Angeles, California; [6]Vanderbilt University School of Medicine, Nashville, Tennessee; [7]Stanford University School of Medicine, Stanford, California; [8]University of Washington, Seattle, Washington; [9]Institute for Health Research, Kaiser Permanente Colorado, Denver, Colorado.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. H. Keipp Talbot reports institutional grants from the National Institutes of Health. No other potential conflicts of interest were disclosed.

## References

1. Food and Drug Administration. Comirnaty and Pfizer-BioNTech COVID-19 vaccine. Silver Spring, MD: US Department of Health and Human Services, Food and Drug Administration; 2021. https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccine
2. Oliver SE, Gargano JW, Marin M, et al. The Advisory Committee on Immunization Practices' interim recommendation for use of Pfizer-BioNTech COVID-19 vaccine—United States, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1922–4. PMID:33332292 https://doi.org/10.15585/mmwr.mm6950e2
3. Wallace M, Woodworth KR, Gargano JW, et al. The Advisory Committee on Immunization Practices' interim recommendation for use of Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years—United States, May 2021. MMWR Morb Mortal Wkly Rep 2021;70:749–52. PMID:34014913 https://doi.org/10.15585/mmwr.mm7020e1
4. CDC. COVID data tracker. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://covid.cdc.gov/covid-data-tracker/#demographicsovertime
5. Dawood FS, Porucznik CA, Veguilla V, et al. Incidence rates, household infection risk, and clinical characteristics of SARS-CoV-2 infection among children and adults in Utah and New York City, New York. JAMA Pediatr 2021. PMID:34623377 https://doi.org/10.1001/jamapediatrics.2021.4217
6. Lam-Hine T, McCurdy SA, Santora L, et al. Outbreak associated with SARS-CoV-2 B.1.617.2 (Delta) variant in an elementary school—Marin County, California, May–June 2021. MMWR Morb Mortal Wkly Rep 2021;70:1214–9. PMID:34473683 https://doi.org/10.15585/mmwr.mm7035e2
7. Jones, J. Epidemiology of COVID-19 in children aged 5–11 years. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-11-2-3/03-COVID-Jefferson-508.pdf
8. CDC. NCHS WONDER. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. http://wonder.cdc.gov/ucd-icd10.html
9. CDC. Provisional COVID-19 death counts by age in years. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://data.cdc.gov/NCHS/Provisional-COVID-19-Deaths-Counts-by-Age-in-Years/3apk-4u4f/data
10. Molteni E, Sudre CH, Canas LS, et al. Illness duration and symptom profile in symptomatic UK school-aged children tested for SARS-CoV-2. Lancet Child Adolesc Health 2021. Epub Aug 3, 2021. PMID:34358472 https://doi.org/10.1016/S2352-4642(21)00198-X
11. Oliver S. EtR framework: Pfizer-BioNTech COVID-19 vaccine in children aged 5–11 years. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-11-2-3/08-COVID-Oliver-508.pdf
12 White A, Liburd LC, Coronado F. Addressing racial and ethnic disparities in COVID-19 among school-aged children: are we doing enough? Prev Chronic Dis 2021;18:210084. PMID:34081577 https://doi.org/10.5888/pcd18.210084
13. Gargano JW, Wallace M, Hadler SC, et al. Use of mRNA COVID-19 vaccine after reports of myocarditis among vaccine recipients: update from the Advisory Committee on Immunization Practices—United States, June 2021. MMWR Morb Mortal Wkly Rep 2021;70:977–82. PMID:34237049 https://doi.org/10.15585/mmwr.mm7027e2

Morbidity and Mortality Weekly Report

# Effectiveness of mRNA Vaccination in Preventing COVID-19–Associated Invasive Mechanical Ventilation and Death — United States, March 2021–January 2022

Mark W. Tenforde, MD, PhD[1]; Wesley H. Self, MD[2]; Manjusha Gaglani, MBBS[3,4]; Adit A. Ginde, MD[5]; David J. Douin, MD[5]; H. Keipp Talbot, MD[2]; Jonathan D. Casey, MD[2]; Nicholas M. Mohr, MD[6]; Anne Zepeski, PharmD[6]; Tresa McNeal, MD[3,4]; Shekhar Ghamande, MD[3,4]; Kevin W. Gibbs, MD[7]; D. Clark Files, MD[7]; David N. Hager, MD, PhD[8]; Arber Shehu, MD[8]; Matthew E. Prekker, MD[9]; Anne E. Frosch, MD[9]; Michelle N. Gong, MD[10]; Amira Mohamed, MD[10]; Nicholas J. Johnson, MD[11]; Vasisht Srinivasan, MD[11]; Jay S. Steingrub, MD[12]; Ithan D. Peltan, MD[13,14]; Samuel M. Brown, MD[13,14]; Emily T. Martin, PhD[15]; Arnold S. Monto, MD[15]; Akram Khan, MD[16]; Catherine L. Hough, MD[16]; Laurence W. Busse, MD[17]; Abhijit Duggal, MD[18]; Jennifer G. Wilson, MD[19]; Nida Qadir, MD[20]; Steven Y. Chang, MD, PhD[20]; Christopher Mallow, MD[21]; Carolina Rivas[21]; Hilary M. Babcock, MD[22]; Jennie H. Kwon, DO[22]; Matthew C. Exline, MD[23]; Mena Botros, MD[23]; Adam S. Lauring, MD, PhD[24]; Nathan I. Shapiro, MD[25]; Natasha Halasa, MD[2]; James D. Chappell, MD, PhD[2]; Carlos G. Grijalva, MD[2]; Todd W. Rice, MD[2]; Ian D. Jones, MD[2]; William B. Stubblefield, MD[2]; Adrienne Baughman[2]; Kelsey N. Womack, PhD[2]; Jillian P. Rhoads, PhD[2]; Christopher J. Lindsell, PhD[2]; Kimberly W. Hart, MA[2]; Yuwei Zhu, MD[2]; Katherine Adams, MPH[1]; Diya Surie, MD[1]; Meredith L. McMorrow, MD[1]; Manish M. Patel, MD[1]; IVY Network

*On March 18, 2022, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

COVID-19 mRNA vaccines (BNT162b2 [Pfizer-BioNTech] and mRNA-1273 [Moderna]) are effective at preventing COVID-19–associated hospitalization (*1–3*). However, how well mRNA vaccines protect against the most severe outcomes of these hospitalizations, including invasive mechanical ventilation (IMV) or death is uncertain. Using a case-control design, mRNA vaccine effectiveness (VE) against COVID-19–associated IMV and in-hospital death was evaluated among adults aged ≥18 years hospitalized at 21 U.S. medical centers during March 11, 2021–January 24, 2022. During this period, the most commonly circulating variants of SARS-CoV-2, the virus that causes COVID-19, were B.1.1.7 (Alpha), B.1.617.2 (Delta), and B.1.1.529 (Omicron). Previous vaccination (2 or 3 versus 0 vaccine doses before illness onset) in prospectively enrolled COVID-19 case-patients who received IMV or died within 28 days of hospitalization was compared with that among hospitalized control patients without COVID-19. Among 1,440 COVID-19 case-patients who received IMV or died, 307 (21%) had received 2 or 3 vaccine doses before illness onset. Among 6,104 control-patients, 4,020 (66%) had received 2 or 3 vaccine doses. Among the 1,440 case-patients who received IMV or died, those who were vaccinated were older (median age = 69 years), more likely to be immunocompromised* (40%), and had more chronic medical conditions compared with unvaccinated case-patients (median age = 55 years; immunocompromised = 10%; p<0.001 for both). VE against IMV or in-hospital death was 90% (95% CI = 88%–91%) overall, including 88% (95% CI = 86%–90%) for 2 doses and 94% (95% CI = 91%–96%) for 3 doses, and 94% (95% CI = 88%–97%) for 3 doses during the Omicron-predominant period. COVID-19 mRNA vaccines are highly effective in preventing COVID-19–associated death and respiratory failure treated with IMV. CDC recommends that all persons eligible for vaccination get vaccinated and stay up to date with COVID-19 vaccination (*4*).

Using surveillance data from the Influenza and Other Viruses in the Acutely Ill (IVY) Network, a case-control analysis was conducted to evaluate effectiveness of mRNA COVID-19 vaccines against COVID-19–associated IMV or death. During March 11, 2021–January 24, 2022, adults aged ≥18 years hospitalized at 21 medical centers in 18 states† who received testing for SARS-CoV-2 were enrolled. Case-patients were adults who were hospitalized with COVID-19–like illness§ and who received positive SARS-CoV-2 nucleic acid amplification test (NAAT) or antigen test results within 10 days of

* Immunocompromising conditions included having one or more of the following conditions: active solid organ cancer (active cancer defined as treatment for the cancer or newly diagnosed cancer in the past 6 months); active hematologic cancer (e.g., leukemia, lymphoma, or myeloma); HIV infection without AIDS; AIDS; congenital immunodeficiency syndrome; previous splenectomy; previous solid organ, stem cell, or bone marrow transplant; immunosuppressive medication; systemic lupus erythematosus; rheumatoid arthritis; psoriasis; scleroderma; or inflammatory bowel disease, including Crohn's disease or ulcerative colitis.

† Hospitals (cities, states) included Baystate Medical Center (Springfield, Massachusetts), Beth Israel Deaconess Medical Center (Boston, Massachusetts), Montefiore Medical Center (Bronx, New York), Vanderbilt University Medical Center (Nashville, Tennessee), University of Miami Medical Center (Miami, Florida), Emory University Medical Center (Atlanta, Georgia), Johns Hopkins Hospital (Baltimore, Maryland), Wake Forest University Baptist Medical Center (Winston-Salem, North Carolina), Baylor Scott & White Health (Temple, Texas), University of Iowa Hospitals (Iowa City, Iowa), University of Michigan Hospital (Ann Arbor, Michigan), Hennepin County Medical Center (Minneapolis, Minnesota), Barnes-Jewish Hospital (St. Louis, Missouri), Cleveland Clinic (Cleveland, Ohio), Ohio State University Wexner Medical Center (Columbus, Ohio), Stanford University Medical Center (Stanford, California), UCLA Medical Center (Los Angeles, California), UCHealth University of Colorado Hospital (Aurora, Colorado), Oregon Health & Science University Hospital (Portland, Oregon), Intermountain Medical Center (Murray, Utah), and University of Washington (Seattle, Washington).

§ COVID-19–like illness was defined as having one or more of the following signs or symptoms: fever, cough, shortness of breath, loss of taste, loss of smell, use of respiratory support for the acute illness, or new pulmonary findings on chest imaging consistent with pneumonia.

illness onset. Case-patients in this analysis were limited to those who received IMV or died in the hospital within 28 days of admission. Control-patients were hospitalized adults with or without COVID-19–like illness who received a negative NAAT test result for SARS-CoV-2 within 10 days of illness onset. Individual matching was not performed, but sites attempted 1:1 enrollment of case-patients and controls, with controls enrolled within 2 weeks of case-patients. Patients or their proxies were interviewed about demographic and clinical characteristics and COVID-19 vaccination history. COVID-19 mRNA vaccination status (i.e., receipt of Pfizer-BioNTech or Moderna vaccine products) was ascertained from state registry data, hospital electronic medical records, vaccination record cards, and self-report. For this analysis, patients were included if they 1) received 2 doses of an mRNA vaccine, with the second dose administered ≥14 days before illness onset, 2) received 3 doses of an mRNA vaccine following authorization[¶] with the third dose administered ≥7 days before illness onset, or 3) received no COVID-19 mRNA vaccine doses before illness onset. Information about chronic medical conditions and in-hospital outcomes, including IMV or death within 28 days of admission, were collected through structured chart reviews.

Differences in demographic and clinical characteristics between COVID-19 case-patients who were vaccinated with 2 or 3 vaccine doses versus unvaccinated were compared using Pearson's chi-square for categorical variables or Wilcoxon rank-sum tests for continuous variables. VE was calculated using unconditional logistic regression by comparing the odds for previous mRNA vaccination (2 or 3 doses) among COVID-19 case-patients who received IMV or experienced in-hospital death versus control-patients. VE was calculated as (1 − odds ratio) × 100, and estimates were adjusted for U.S. Health and Human Services region, calendar time in biweekly intervals, age, sex, and self-reported race and Hispanic ethnicity as prespecified covariates. Results were stratified by age, immunocompromising conditions, number of categories of chronic medical conditions,** number of COVID-19 mRNA vaccine doses received, and variant-predominant period when admitted to hospital. Variant-predominant periods were defined as pre-Delta (March 11–July 3, 2021), Delta (July 4–December 25, 2021), or Omicron (December 26, 2021–January 24, 2022), based on when a variant accounted for >50% of sequenced SARS-CoV2 viruses using on whole-genome sequencing of specimens collected in the IVY network. An additional sensitivity analysis was conducted by restricting COVID-19–negative controls to those known to have received IMV or to have died in the hospital within 28 days of admission. Analyses were conducted using STATA software (version 16.0; StataCorp); p-values <0.05 were considered statistically significant. This activity was determined to be public health surveillance by each participating site and CDC and was conducted in a manner consistent with applicable federal law and CDC policy.[††]

Among 9,211 COVID-19 case-patients with IMV or in-hospital death and COVID-19–negative controls enrolled during March 11, 2021–January 24, 2022, 1,667 (18%) were excluded from the analysis. The most common reasons for exclusion included receiving a licensed mRNA COVID-19 vaccine but not being in a vaccination group considered in this analysis (638), receiving a non-mRNA COVID-19 vaccine product (445), inability to determine vaccination status (279), COVID-19–like illness onset after hospital admission (119), and receiving a third vaccine dose before authorization (96); 90 patients were excluded for other reasons. Among 7,544 included patients, 1,440 (19%) were COVID-19 case-patients with IMV, death, or both, and 6,104 (81%) were COVID-19–negative controls. Compared with unvaccinated case-patients with IMV or in-hospital death, those who were vaccinated (2 or 3 doses) were older (median age 69 versus 55 years; p<0.001), more likely to live in a long-term care facility (11% versus 2%; p<0.001), more likely to have been hospitalized previously in the past year (44% versus 22%; p<0.001), more likely to have immunocompromising conditions (40% versus 10%; p<0.001), and had more chronic medical conditions (Table 1).

Overall VE against COVID-19–associated IMV or death across the surveillance period was 90% (95% CI = 88%–91%) (Table 2), similar to that for IMV only (91%; 95% CI = 89%–92%) and in-hospital death only (88%; 95% CI = 85%–90%), and similar in a sensitivity analysis restricting COVID-19 test-negative control-patients to those who also received IMV or died in the hospital (86%; 95% CI = 82%–89%). Among recipients of 2 vaccine doses, VE over the entire study period was 92% (95% CI = 90%–94%) at 14–150 days after receipt of the second dose versus 84% (95% CI = 80%–87%) at >150 days postvaccination. VE was 94% (95% CI = 91%–96%) among recipients of 3 vaccine doses. Among immunocompetent adults with no chronic medical conditions, VE for 2 or 3 vaccine

¶ Recipients of 3 doses of mRNA vaccine were included if they received a third dose after Emergency Use Authorization (after August 12, 2021, for adults with immunocompromising conditions and after September 22, 2021, for adults without immunocompromising conditions) and they received the third dose ≥28 days after dose 2 to complete a primary vaccine series for adults with immunocompromising conditions and ≥150 days after dose 2 as a booster dose for adults without immunocompromising conditions.

** Categories of nonimmunocompromising chronic medical conditions included cardiovascular disease, neurologic disease, pulmonary disease, gastrointestinal disease, endocrine disease, renal disease, hematologic disease, and other conditions (e.g., unintentional weight loss of ≥10 pounds in the past 90 days, sarcoidosis, or amyloidosis).

†† 45 C.F.R. part 46.102(l)(2), 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.

AZT42AR0000778

doses was 98% (95% CI = 97%–99%). VE was lowest among adults with immunocompromising conditions (74%; 95% CI = 64%–81%). However, among 123 vaccinated COVID-19 case-patients with immunocompromising conditions, only 17 (14%) had received 3 vaccine doses and were considered fully vaccinated.[§§] During the Omicron period, VE against IMV or in-hospital death was 79% (95% CI = 66%–87%) for recipients of 2 doses and 94% (95% CI = 88%–97%) for recipients of 3 doses.

[§§] For adults with moderately to severely immunocompromising conditions who have received 2 doses of an mRNA vaccine, a third vaccine dose is recommended ≥28 days after the second dose as part of a primary vaccine series, with a fourth vaccine dose recommended ≥3 months later as a booster dose.

### Discussion

Analysis of data on severe COVID-19 outcomes from a multistate hospital network found that receipt of 2 or 3 doses of a COVID-19 mRNA vaccine conferred 90% protection against COVID-19–associated IMV or in-hospital death among adults. Most vaccinated patients who experienced COVID-19–associated IMV or who died in hospital were older or had complex underlying conditions, commonly immunosuppression. Protection against IMV or death was consistent throughout the Delta and Omicron periods and was higher in adults who received a third vaccine dose, including 94% during the Omicron period. These findings reinforce the highly protective effects of up-to-date COVID-19 vaccination against severe illness and death among adults, including against current SARS-CoV-2 variants.

**TABLE 1. Characteristics of case-patients with laboratory-confirmed COVID-19 who received invasive mechanical ventilation or died in the hospital (n = 1,440) and COVID-19 test-negative controls, by mRNA vaccination group — 21 hospitals,* 18 states, March 2021–January 2022**

| Characteristic | COVID-19 test-negative controls, no. (%) (n = 6,104) | Case patients with IMV or death, no. (%) Vaccinated (n = 307) | Unvaccinated (n = 1,133) | P-value† |
|---|---|---|---|---|
| **Age, median, yrs (IQR)** | 63 (50–72) | 69 (60–77) | 55 (42–66) | <0.001 |
| **Female sex** | 3,043 (49.9) | 135 (44.0) | 463 (40.9) | 0.327 |
| **Race and ethnicity§** | | | | |
| White, non-Hispanic | 3,690 (60.5) | 191 (62.2) | 638 (56.3) | 0.317 |
| Black, non-Hispanic | 1,276 (20.9) | 49 (16.0) | 200 (17.7) | |
| Hispanic | 792 (13.0) | 47 (15.3) | 200 (17.7) | |
| All other races, non-Hispanic | 262 (4.3) | 15 (4.9) | 59 (5.2) | |
| Unknown | 84 (1.4) | 5 (1.6) | 36 (3.2) | |
| **LTCF resident,¶ no./total no. (%)** | 330/5,920 (5.6) | 32/284 (11.3) | 20/1,023 (2.0) | <0.001 |
| **One or more previous hospitalizations in the last year, no./total no. (%)** | 3,097/5,674 (54.6) | 125/284 (44.0) | 217/975 (22.3) | <0.001 |
| **Current tobacco use, no./total no. (%)** | 1,035/5,426 (19.1) | 25/241 (10.4) | 97/835 (11.6) | 0.592 |
| **Immunocompromising condition, no./total no.** | 1,504 (24.6) | 123 (40.1) | 109 (9.6) | <0.001 |
| **Among immunocompetent, no. of chronic medical condition types, median (IQR)** | 2 (1–3) | 2 (1.5–3) | 1 (0–2) | <0.001 |
| **Specific categories of conditions** | | | | |
| Chronic cardiovascular disease | 4,246 (69.6) | 252 (82.1) | 571 (50.4) | <0.001 |
| Chronic pulmonary disease | 2,016 (33.0) | 91 (29.6) | 213 (18.8) | <0.001 |
| Diabetes mellitus | 1,991 (32.6) | 140 (45.6) | 323 (28.5) | <0.001 |
| **Received 2 or 3 mRNA vaccine doses** | 4,020 (65.9) | 307 (100) | 0 (—) | — |
| **Vaccinated, no. of doses received** | | | | |
| 2 | 3,488 (86.8) | 277 (90.2) | — | — |
| 3 | 532 (13.2) | 30 (9.8) | — | — |

**Abbreviations:** IMV = invasive mechanical ventilation; LTCF = long-term care facility.
* Hospitals (cities, states) included Baystate Medical Center (Springfield, Massachusetts), Beth Israel Deaconess Medical Center (Boston, Massachusetts), Montefiore Medical Center (Bronx, New York), Vanderbilt University Medical Center (Nashville, Tennessee), University of Miami Medical Center (Miami, Florida), Emory University Medical Center (Atlanta, Georgia), Johns Hopkins Hospital (Baltimore, Maryland), Wake Forest University Baptist Medical Center (Winston-Salem, North Carolina), Baylor Scott & White Health (Temple, Texas), University of Iowa Hospitals (Iowa City, Iowa), University of Michigan Hospital (Ann Arbor, Michigan), Hennepin County Medical Center (Minneapolis, Minnesota), Barnes-Jewish Hospital (St. Louis, Missouri), Cleveland Clinic (Cleveland, Ohio), Ohio State University Wexner Medical Center (Columbus, Ohio), Stanford University Medical Center (Stanford, California), UCLA Medical Center (Los Angeles, California), UCHealth University of Colorado Hospital (Aurora, Colorado), Oregon Health & Science University Hospital (Portland, Oregon), Intermountain Medical Center (Murray, Utah), and University of Washington (Seattle, Washington).
† Comparisons between vaccinated and unvaccinated COVID-19 case-patients made by Pearson's chi-square test for categorical variables or Wilcoxon rank-sum test for continuous variables.
§ Race and ethnic groups were self-reported as a single category by patient or proxy listed in table; "All other races, non-Hispanic" included Asian (151), Native American or Alaska Native (52), Native Hawaiian or other Pacific Islander (33), and Other (100).
¶ LTCF included residence in a nursing home, assisted living home, or rehab hospital/other subacute or chronic facility before hospital admission.

AZT42AR0000779

SARS-CoV-2 infection, like that from other respiratory viruses, is manifested by a gradient in illness severity, ranging from asymptomatic or mild infection to critical or fatal complications (*2,5*). Protection against asymptomatic or milder infection might be reduced by waning of neutralizing antibody levels after vaccination or by immune evasion by emerging variants (*6,7*). However, vaccination stimulates long-lasting memory B and T-cell responses that might limit severity of illness in infected adults (*8*). Some studies have found that COVID-19 vaccines provided reduced protection against milder infection (*6,7*). The findings of this study indicate that COVID-19 vaccines provide strong protection against severe COVID-19 resulting in respiratory failure or in-hospital death.

The findings in this report are subject to at least five limitations. First, although receipt of 3 mRNA vaccine doses was associated with better protection against critical COVID-19 outcomes than was receipt of 2 doses, understanding the durability of protection over time or against emerging SARS-CoV-2 variants will require ongoing surveillance. Second, although adjustments were made for calendar time, age, and race/ethnicity, among other potential confounders, unmeasured or residual confounding is possible. Third, control-patients hospitalized without COVID-19 might not have been fully representative of

**TABLE 2. Effectiveness of COVID-19 mRNA vaccines against COVID-19–associated invasive mechanical ventilation or in-hospital death — 21 hospitals, 18 states,*,† March 2021–January 2022**

| Group/Characteristic | No. of vaccinated case-patients with IMV or death/ total no. of case-patients (%) | No. of vaccinated control-patients/ total no. of control-patients (%) | Vaccine effectiveness, % (95% CI) |
|---|---|---|---|
| **All variant periods§** | 307/1,440 (21.3) | 4,020/6,104 (65.9) | 90 (88–91) |
| **No. of mRNA vaccine doses received** | | | |
| 2 | 277/1,410 (19.6) | 3,488/5,572 (62.6) | 88 (86–90) |
| 14–150 days after dose 2 | 92/1,225 (7.5) | 2,039/4,123 (49.5) | 92 (90–94) |
| >150 days after dose 2 | 185/1,318 (14.0) | 1,449/3,533 (41.0) | 84 (80–87) |
| 3 | 30/1,163 (2.6) | 532/2,616 (20.3) | 94 (91–96) |
| **Age group, yrs** | | | |
| 18–64 | 115/931 (12.4) | 1,807/3,326 (54.3) | 91 (89–93) |
| ≥65 | 192/509 (37.7) | 2,213/2,778 (79.7) | 88 (84–90) |
| **Health status** | | | |
| Immunocompromised | 123/232 (53.0) | 1,090/1,504 (72.5) | 74 (64–81) |
| Immunocompetent | 184/1,208 (15.2) | 2,930/4,600 (63.7) | 92 (91–94) |
| **No. of chronic conditions among immunocompetent** | | | |
| None | 12/368 (3.3) | 322/642 (50.2) | 98 (97–99) |
| 1 | 34/337 (10.1) | 647/1,094 (59.1) | 95 (92–96) |
| 2 | 60/264 (22.7) | 886/1,320 (67.1) | 89 (85–93) |
| ≥3 | 78/239 (32.6) | 1,075/1,544 (69.6) | 84 (78–89) |
| **Variant period,¶ no. of doses** | | | |
| **Pre-Delta, 2 doses** | 13/259 (5.0) | 893/1,738 (51.4) | 95 (90–97) |
| **Delta, 2 or 3 doses** | 235/1,027 (22.9) | 2,741/3,865 (70.9) | 89 (87–91) |
| 2 doses, median = 159 days after dose 2 | 218/1,010 (21.6) | 2,402/3,526 (68.1) | 88 (86–90) |
| 3 doses, median = 35 days after dose 3 | 17/809 (2.1) | 339/1,463 (23.2) | 95 (91–97) |
| **Omicron, 2 or 3 doses** | 59/154 (38.3) | 386/501 (77.0) | 86 (79–91) |
| 2 doses, median = 256 days after dose 2 | 46/141 (32.6) | 193/308 (62.7) | 79 (66–87) |
| 3 doses, median = 60 days after dose 3 | 13/108 (12.0) | 193/308 (62.7) | 94 (88–97) |

**Abbreviations:** IMV = invasive mechanical ventilation; VE = vaccine effectiveness.

* Reported VE results are for 2 or 3 vaccine doses except where otherwise noted. VE was estimated using logistic regression comparing the odds of being vaccinated with 2 or 3 doses of an mRNA vaccine versus being unvaccinated for laboratory-confirmed cases with IMV or death and test-negative controls and calculated as VE = 100 × (1 – odds ratio). Logistic regression models were adjusted for date of hospital admission (biweekly intervals), U.S. Department of Health and Human Services region of hospital (10 regions), age group (18–49, 50–64, and ≥65 years), sex, and race/ethnicity (non-Hispanic White, non-Hispanic Black, Hispanic of any race, non-Hispanic other, or unknown). Age-specific models were adjusted for age as a continuous variable.

† Hospitals (cities, states) included Baystate Medical Center (Springfield, Massachusetts), Beth Israel Deaconess Medical Center (Boston, Massachusetts), Montefiore Medical Center (Bronx, New York), Vanderbilt University Medical Center (Nashville, Tennessee), University of Miami Medical Center (Miami, Florida), Emory University Medical Center (Atlanta, Georgia), Johns Hopkins Hospital (Baltimore, Maryland), Wake Forest University Baptist Medical Center (Winston-Salem, North Carolina), Baylor Scott & White Health (Temple, Texas), University of Iowa Hospitals (Iowa City, Iowa), University of Michigan Hospital (Ann Arbor, Michigan), Hennepin County Medical Center (Minneapolis, Minnesota), Barnes-Jewish Hospital (St. Louis, Missouri), Cleveland Clinic (Cleveland, Ohio), Ohio State University Wexner Medical Center (Columbus, Ohio), Stanford University Medical Center (Stanford, California), UCLA Medical Center (Los Angeles, California), UCHealth University of Colorado Hospital (Aurora, Colorado), Oregon Health & Science University Hospital (Portland, Oregon), Intermountain Medical Center (Murray, Utah), and University of Washington (Seattle, Washington).

§ With vaccination defined as receipt of either 2 or 3 mRNA vaccine doses.

¶ Variant periods were defined by hospital admission dates as the following: pre-Delta (when the Alpha variant dominated but other variants co-circulated), March 11–July 3, 2021; Delta, July 4–December 25, 2021, and Omicron, December 26, 2021–January 24, 2022. Start dates for variant periods were selected based on calendar weeks during which the variant accounted for >50% of sequenced viruses that had lineage determination from whole-genome sequencing.

AZT42AR0000780

**Summary**

What is already known about this topic?

COVID-19 mRNA vaccines provide protection against COVID-19 hospitalization among adults. However, how well mRNA vaccines protect against the most severe outcomes of COVID-19–related illness, including use of invasive mechanical ventilation (IMV) or death, is uncertain.

What is added by this report?

Receiving 2 or 3 doses of an mRNA COVID-19 vaccine was associated with a 90% reduction in risk for COVID-19–associated IMV or death. Protection of 3 mRNA vaccine doses during the period of Omicron predominance was 94%.

What are the implications for public health practice?

COVID-19 mRNA vaccines are highly effective in preventing the most severe forms of COVID-19. CDC recommends that all persons eligible for vaccination get vaccinated and stay up to date with COVID-19 vaccination.

case-patients likely to receive IMV or die while in the hospital. In a sensitivity analysis restricting control-patients to those who received IMV or died from causes not related to COVID-19, results were similar. Fourth, although representing 18 states, patients in this study might not be entirely representative of the general U.S. adult population. Most hospitalized patients had multiple chronic medical conditions, and the overall VE observed in this analysis might underestimate protection in healthier populations. VE against COVID-19–associated IMV or in-hospital death in adults without chronic medical conditions was highest at 98%. Finally, although VE was lower for adults with immunocompromising conditions, most of these persons had not received the third mRNA vaccine dose recommended as part of a primary vaccine series for immunocompromised persons.

Through February 2022, nearly 1 million COVID-19–associated deaths have occurred in the United States, primarily in unvaccinated persons (*9*). COVID-19 vaccination is likely to prevent a majority of COVID-19–associated deaths and other life-threatening outcomes. CDC recommends that all persons eligible for vaccination get vaccinated and stay up to date with COVID-19 vaccination (*4*).

## Acknowledgment

National Center for Advancing Translational Sciences.

Corresponding author: Mark W. Tenforde, media@cdc.gov.

[1]CDC COVID-19 Emergency Response Team; [2]Vanderbilt University Medical Center, Nashville, Tennessee; [3]Baylor Scott & White Health, Temple, Texas; [4]Texas A&M University College of Medicine, Temple, Texas; [5]University of Colorado School of Medicine, Aurora, Colorado; [6]University of Iowa, Iowa City, Iowa; [7]Wake Forest University Baptist Medical Center, Winston-Salem, North Carolina; [8]Johns Hopkins Hospital, Baltimore, Maryland; [9]Hennepin County Medical Center, Minneapolis, Minnesota; [10]Montefiore Healthcare Center, Albert Einstein College of Medicine, Bronx, New York; [11]University of Washington School of Medicine, Seattle, Washington; [12]Baystate Medical Center, Springfield, Massachusetts; [13]Intermountain Medical Center, Salt Lake City, Utah; [14]University of Utah, Salt Lake City, Utah; [15]University of Michigan School of Public Health, Ann Arbor, Michigan; [16]Oregon Health & Science University Hospital, Portland, Oregon; [17]Emory University School of Medicine, Atlanta, Georgia; [18]Cleveland Clinic, Cleveland, Ohio; [19]Stanford University School of Medicine, Palo Alto, California; [20]Ronald Reagan-UCLA Medical Center, Los Angeles, California; [21]University of Miami, Miami, Florida; [22]Washington University, St. Louis, Missouri; [23]Ohio State University Wexner Medical Center, Columbus, Ohio; [24]University of Michigan School of Medicine, Ann Arbor, Michigan; [25]Beth Israel Deaconess Medical Center, Boston, Massachusetts.

## IVY Network

Nicole Calhoun, Baylor Scott & White Health; Judy Herrick, Baylor Scott & White Health; Eric Hoffman, Baylor Scott & White Health; Amanda McKillop, Baylor Scott & White Health; Kempapura Murthy, Baylor Scott & White Health; Michael Smith, Baylor Scott & White Health; Martha Zayed, Baylor Scott & White Health; Lesley De Souza, Baystate Medical Center; Ryan Kindle, Baystate Medical Center; Lori-Ann Kozikowski, Baystate Medical Center; Scott Ouellette, Baystate Medical Center; Sherell Thornton-Thompson, Baystate Medical Center; Michael Bolstad, Beth Israel Deaconess Medical Center; Robert Ciottone, Beth Israel Deaconess Medical Center; Brianna Coviello, Beth Israel Deaconess Medical Center; Arnaldo Devilla, Beth Israel Deaconess Medical Center; Ana Grafals, Beth Israel Deaconess Medical Center; Conor Higgins, Beth Israel Deaconess Medical Center; Carlo Ottanelli, Beth Israel Deaconess Medical Center; Kimberly Redman, Beth Israel Deaconess Medical Center; Douglas Scaffidi, Beth Israel Deaconess Medical Center; Alexander Weingart, Beth Israel Deaconess Medical Center; Nathaniel Lewis, CDC; Samantha Olson, CDC; Kiran Ashok, Cleveland Clinic; Connery Brennan, Cleveland Clinic; Omar Mehkri, Cleveland Clinic; Megan Mitchell, Cleveland Clinic; Bryan Poynter, Cleveland Clinic; Nicholas Stanley, Emory University; Caitlin ten Lohuis, Emory University; Sean Caspers, Hennepin County Medical Center; Heidi Erikson, Hennepin County Medical Center; Audrey Hendrickson, Hennepin County Medical Center; Olivia Kaus, Hennepin County Medical Center; Ellen Maruggi, Hennepin County Medical Center; Tyler Scharber, Hennepin County Medical Center; Walker Tordsen, Hennepin County Medical Center; Valerie Aston, Intermountain Medical Center; Robert Bowers, Intermountain Medical Center; Jeffrey Jorgensen, Intermountain Medical Center; Jennifer King, Intermountain Medical Center; Harith Ali, Johns Hopkins University; Richard E. Rothman, Johns Hopkins University; Rahul Nair, Montefiore Medical Center; Jen-Ting Chen, Montefiore Medical Center; Sarah Karow, Ohio State University; Emily Robart, Ohio State University; Paulo Nunes Maldonado, Ohio State University; Maryiam Khan, Ohio State University; Preston So, Ohio

State University; Elizabeth Schwartz, Ohio State University; Madison So, Ohio State University; Michael Weigand, Ohio State University; Andrea Luong, Oregon Health & Science University; Jesus Martinez, Oregon Health & Science University; Bao Huynh, Oregon Health & Science University; Habiba Ibrahim, Oregon Health & Science University; Cynthia Villanueva-Vargas, Oregon Health & Science University; Haeun Jung, Oregon Health & Science University; Juliana Villanueva-Vargas, Oregon & Health Science University; Suha Quadri, Oregon Health & Science University; Alexandra Jun Gordon, Stanford University; Joe Levitt, Stanford University; Cynthia Perez, Stanford University; Anita Visweswaran, Stanford University; Jonasel Roque, Stanford University; Adreanne Rivera, University of California, Los Angeles; Trevor Frankel, University of California, Los Angeles; Jennifer Goff, UCHealth University of Colorado Hospital; David Huynh, UCHealth University of Colorado Hospital; Kelly Jensen, UCHealth University of Colorado Hospital; Conner Driver, UCHealth University of Colorado Hospital; Ian Chambers, UCHealth University of Colorado Hospital; Paul Nassar, University of Iowa; Lori Stout, University of Iowa; Zita Sibenaller, University of Iowa; Alicia Walter, University of Iowa; Jasmine Mares, University of Iowa; Logan Olson, University of Iowa; Bradley Clinansmith, University of Iowa; Hayley Gershengorn, University of Miami; Carolina Rivas, University of Miami; EJ McSpadden, University of Michigan; Rachel Truscon, University of Michigan; Anne Kaniclides, University of Michigan; Lara Thomas, University of Michigan; Ramsay Bielak, University of Michigan; Weronika Damek Valvano, University of Michigan; Rebecca Fong, University of Michigan; William J. Fitzsimmons, University of Michigan; Christopher Blair, University of Michigan; Andrew Valesano, University of Michigan; Leigh Baker, University of Michigan; Julie Gilbert, University of Michigan; Christine D. Crider, University of Washington; Kyle A. Steinbock, University of Washington; Thomas C. Paulson, University of Washington; Layla A. Anderson, University of Washington; Christy Kampe, Vanderbilt University Medical Center; Jakea Johnson, Vanderbilt University Medical Center; Laura L. Short, Vanderbilt University Medical Center; Lauren J. Ezzell, Vanderbilt University Medical Center; Margaret E. Whitsett, Vanderbilt University Medical Center; Rendie E. McHenry, Vanderbilt University Medical Center; Samarian J. Hargrave, Vanderbilt University Medical Center; Marica Blair, Vanderbilt University Medical Center; Jennifer L. Luther, Vanderbilt University Medical Center; Claudia Guevara Pulido, Vanderbilt University Medical Center; Bryan P. M. Peterson, Vanderbilt University Medical Center; Mary LaRose, Wake Forest University; Leigha Landreth, Wake Forest University; Madeline Hicks, Wake Forest University; Lisa Parks, Wake Forest University; Jahnavi Bongu, Washington University; David McDonald, Washington University; Candice Cass, Washington University; Sondra Seiler, Washington University; David Park, Washington University; Tiffany Hink, Washington University; Meghan Wallace, Washington University; Carey-Ann Burnham, Washington University; Olivia G. Arter, Washington University.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Samuel M. Brown reports personal fees from Hamilton ventilators, and grants from the National Institutes of Health (NIH) and the U.S. Department of Defense (DoD). Jonathan D. Casey reports grants from the NIH and DoD. Steven Y. Chang was a speaker for La Jolla Pharmaceuticals in 2018, consulted for PureTech Health in 2020, and consulted for Kiniska Pharmaceuticals in December 2021. David J. Douin reports a grant from NIH/National Institute of General Medical Sciences. Abhijit Duggal reports grants from NIH and participation on a Steering Committee for ALung Technologies. Matthew C. Exline reports support from Abbott Labs for sponsored talks. D. Clark Files reports personal consultant fees from Cytovale and membership on a data and safety monitoring board (DSMB) from Medpace. Anne E. Frosch reports grants from NIH/National Institute of Allergy and Infectious Diseases (NIAID), NIH/National Heart, Lung, and Blood Institute (NHLBI), and NIH/INSIGHT/ICC. Manjusha Gaglani reports grants from Abt Associates, Westat, and Janssen. Adit A. Ginde reports grants from NIH, DoD, AbbVie, and Faron Pharmaceuticals. Michelle N. Gong reports grants from NIH and the Agency for Healthcare Research and Quality (AHRQ), and DSMB membership fees from Regeneron, outside the submitted work. Carlos G. Grijalva reports consultancy fees from Pfizer, Merck, and Sanofi-Pasteur; grants from Campbell Alliance/Syneos Health, NIH, the Food and Drug Administration, AHRQ, and Sanofi. David N. Hager reports grants from NIH/NHLBI. Natasha Halasa reports grants and nonfinancial support from Sanofi, and grants from Quidel and NIH. Nicholas J. Johnson reports grants from NIH, DoD, and Medic One Foundation. Akram Khan reports grants from United Therapeutics, Johnson & Johnson, and Eli Lilly. Jennie H. Kwon reports grants from NIH/NIAID. Adam S. Lauring reports personal fees from Sanofi and Roche, and grants from NIH and Burroughs Wellcome Fund. Christopher J. Lindsell reports grants from NIH, DoD, and the Marcus Foundation; contract fees from bioMerieux, Endpoint Health, Entegrion Inc, and AbbVie; and a patent for risk stratification in sepsis and septic shock. Emily T. Martin reports grants from Merck. Arnold S. Monto reports a grant from NIH. Ithan D. Peltan reports grants from NIH, Janssen Pharmaceuticals, and Intermountain Research and Medical Foundation, and institutional support from Asahi Kasei Pharma and Regeneron. Todd W. Rice reports grants from NIH, DoD, and AbbVie and personal fees from Cumberland Pharmaceuticals, Inc., and Cytovale, Inc. No other potential conflicts of interest were disclosed.

## References

1. Thompson MG, Stenehjem E, Grannis S, et al. Effectiveness of Covid-19 vaccines in ambulatory and inpatient care settings. N Engl J Med 2021;385:1355–71. PMID:34496194 https://doi.org/10.1056/NEJMoa2110362
2. Tenforde MW, Self WH, Adams K, et al.; Influenza and Other Viruses in the Acutely Ill (IVY) Network. Association between mRNA vaccination and COVID-19 hospitalization and disease severity. JAMA 2021;326:2043–54. PMID:34734975 https://doi.org/10.1001/jama.2021.19499
3. Feikin DR, Higdon MM, Abu-Raddad LJ, et al. Duration of effectiveness of vaccines against SARS-CoV-2 infection and COVID-19 disease: results of a systematic review and meta-regression. Lancet 2022;399:924–44. PMID:35202601 https://doi.org/10.1016/S0140-6736(22)00152-0

AZT42AR0000782

4. CDC. COVID-19: stay up to date with your COVID-19 vaccines. Atlanta, GA: US Department of Health and Human Services, CDC; 2022. Accessed Mar 13, 2022. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/stay-up-to-date.html
5. Patel MM, York IA, Monto AS, Thompson MG, Fry AM. Immune-mediated attenuation of influenza illness after infection: opportunities and challenges. Lancet Microbe 2021;2:e715–25. https://doi.org/10.1016/S2666-5247(21)00180-4
6. Britton A, Fleming-Dutra KE, Shang N, et al. Association of COVID-19 vaccination with symptomatic SARS-CoV-2 infection by time since vaccination and Delta variant predominance. JAMA 2022. PMID:35157002 https://doi.org/10.1001/jama.2022.2068
7. Ferdinands JM, Rao S, Dixon BE, et al. Waning 2-dose and 3-dose effectiveness of mRNA vaccines against COVID-19–associated emergency department and urgent care encounters and hospitalizations among adults during periods of Delta and Omicron variant predominance—VISION Network, 10 states, August 2021–January 2022. MMWR Morb Mortal Wkly Rep 2022;71:255–63. PMID:35176007 https://doi.org/10.15585/mmwr.mm7107e2
8. Liu J, Chandrashekar A, Sellers D, et al. Vaccines elicit highly conserved cellular immunity to SARS-CoV-2 Omicron. Nature 2022. PMID:35102312 https://doi.org/10.1038/s41586-022-04465-y
9. CDC. CDC COVID data tracker. Atlanta, GA: US Department of Health and Human Services, CDC; 2022. Accessed Feb 27, 2022. https://covid.cdc.gov/covid-data-tracker/

AZT42AR0000783

Morbidity and Mortality Weekly Report

# Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage

Athalia Christie, MIA[1]; John T. Brooks, MD[1]; Lauri A. Hicks, DO[1]; Erin K. Sauber-Schatz, PhD[1]; Jonathan S. Yoder, MSW, MPH[1]; Margaret A. Honein, PhD[1]; CDC COVID-19 Response Team

*On July 27, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

COVID-19 vaccination remains the most effective means to achieve control of the pandemic. In the United States, COVID-19 cases and deaths have markedly declined since their peak in early January 2021, due in part to increased vaccination coverage (*1*). However, during June 19–July 23, 2021, COVID-19 cases increased approximately 300% nationally, followed by increases in hospitalizations and deaths, driven by the highly transmissible B.1.617.2 (Delta) variant* of SARS-CoV-2, the virus that causes COVID-19. Available data indicate that the vaccines authorized in the United States (Pfizer-BioNTech, Moderna, and Janssen [Johnson & Johnson]) offer high levels of protection against severe illness and death from infection with the Delta variant and other currently circulating variants of the virus (*2*). Despite widespread availability, vaccine uptake has slowed nationally with wide variation in coverage by state (range = 33.9%–67.2%) and by county (range = 8.8%–89.0%).[†] Unvaccinated persons, as well as persons with certain immunocompromising conditions (*3*), remain at substantial risk for infection, severe illness, and death, especially in areas where the level of SARS-CoV-2 community transmission is high. The Delta variant is more than two times as transmissible as the original strains circulating at the start of the pandemic and is causing large, rapid increases in infections, which could compromise the capacity of some local and regional health care systems to provide medical care for the communities they serve. Until vaccination coverage is high and community transmission is low, public health practitioners, as well as schools, businesses, and institutions (organizations) need to regularly assess the need for prevention strategies to avoid stressing health care capacity and imperiling adequate care for both COVID-19 and other non–COVID-19 conditions. CDC recommends five critical factors be considered to inform local decision-making: 1) level of SARS-CoV-2 community transmission; 2) health system capacity; 3) COVID-19 vaccination coverage; 4) capacity for early detection of increases in COVID-19 cases; and 5) populations at increased risk for severe outcomes from COVID-19. Among strategies to prevent COVID-19, CDC recommends all unvaccinated persons wear masks in public indoor settings. Based on emerging evidence on the Delta variant (*2*), CDC also recommends that fully vaccinated persons wear masks in public indoor settings in areas of substantial or high transmission. Fully vaccinated persons might consider wearing a mask in public indoor settings, regardless of transmission level, if they or someone in their household is immunocompromised or is at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination).

The principal mode by which persons are infected with SARS-CoV-2 is through exposure to respiratory fluids carrying infectious virus.[§] The risk for SARS-CoV-2 transmission in outdoor settings is low (*4,5*). CDC recommends that public health practitioners and organizations prioritize prevention strategies for indoor settings. No one strategy is sufficient to prevent transmission, and multiple interventions should be used concurrently to reduce the spread of disease (*6*). Proven effective strategies against SARS-CoV-2 transmission, beyond vaccination, include using masks consistently and correctly (*7,8*), maximizing ventilation both through dilution (*9,10*) and filtration (*11*) of air, and maintaining physical distance and avoiding crowds (*12,13*). Basic public health measures such as staying home when sick, handwashing, and regular cleaning of high-touch surfaces should also be encouraged.

## Level of SARS-CoV-2 Community Transmission

A person's risk for SARS-CoV-2 infection is directly related to the risk for exposure to infectious persons, which is largely determined by the extent of SARS-CoV-2 circulation in the surrounding community.[¶] CDC recommends assessing the level of community transmission using, at a minimum, two metrics: new COVID-19 cases per 100,000 persons in the last 7 days and percentage of positive SARS-CoV-2 diagnostic nucleic acid amplification tests in the last 7 days. For each of these metrics, CDC classifies transmission values as low, moderate, substantial, or high (Table). If the values for each

* Point-in-time information is available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker/#variant-proportions

† Persons are considered fully vaccinated if ≥2 weeks have elapsed following receipt of the second dose in a 2-dose series of Moderna or Pfizer-BioNTech mRNA COVID-19 vaccine, or ≥2 weeks following receipt of 1-dose of Janssen (Johnson & Johnson) vaccine. Data are available from CDC COVID Data Tracker. https://covid.cdc.gov/covid-data-tracker

§ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/sars-cov-2-transmission.html

¶ https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/transmission_k_12_schools.html

**TABLE. CDC core indicators of and thresholds for community transmission levels of SARS-CoV-2**

| Indicator | Transmission level | | | |
|---|---|---|---|---|
| | Low | Moderate | Substantial | High |
| New cases per 100,000 persons in the past 7 days* | 0–9.99 | 10.00–49.99 | 50.00–99.99 | ≥100.00 |
| Percentage of positive nucleic acid amplification tests in the past 7 days† | <5.00 | 5.00–7.99 | 8.00–9.99 | ≥10.00 |

* Number of new cases in the county (or other administrative level) in the past 7 days divided by the population in the county (or other administrative level) multiplied by 100,000.
† Number of positive tests in the county (or other administrative level) during the past 7 days divided by the total number of tests performed in the county (or other administrative level) during the past 7 days. https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html

of these two metrics differ (e.g., one indicates moderate and the other low), then the higher of the two should be used for decision-making. CDC recommends the geographic unit of analysis be county or core-based statistical area. In rural areas with low population densities, multiple counties might need to be combined to increase available data so that reliable inferences can be made. The level of SARS-CoV-2 transmission for any given area can change rapidly and should be reassessed at least weekly to ensure that the necessary layered prevention strategies are in place. In areas of substantial or high transmission, CDC recommends community leaders encourage vaccination and universal masking in indoor public spaces in addition to other layered prevention strategies to prevent further spread. Updated community transmission levels, as well as other indicators related to COVID-19, are available by county and state at the online CDC COVID Data Tracker** and are already used by many public health departments.

## Health System Capacity

Data on usage of clinical care resources to manage patients with COVID-19 reflect underlying community disease incidence and can signal when urgent implementation of layered prevention strategies might be necessary to prevent overloading the health care system. Strains on critical care capacity can increase COVID-19 mortality (*14,15*) while decreasing the availability and use of health care resources for non–COVID-19 related medical care (*16,17*). CDC recommends public health departments and health care institutions monitor the available number and fraction of staffed inpatient and intensive care unit beds and develop thresholds, based on local health care system usage and remaining capacity, that would trigger community-wide application of layered prevention strategies.

## COVID-19 Vaccination Coverage

Monitoring vaccination coverage in communities and organizations is recommended by CDC to gauge progress, focus vaccination efforts on populations whose coverage is low, and inform the need for additional prevention strategies. As of July 23, 2021, the proportion of the total U.S. population who is fully vaccinated is 48.9%.†† Of the 2,945 (91.4%) U.S. counties reporting, vaccination coverage is <40% in 1,856 (63.0%) and 40%–49.9% in 672 (22.8%); only 417 (14.2%) of counties reported ≥50% COVID-19 vaccination coverage. Primary vaccination efforts should be accelerated in counties with low vaccination coverage. Public health practitioners should work with clinicians and community partners to build confidence in the vaccine and ensure equitable access.§§ Organizations should establish supportive policies, such as allowing workers to receive vaccines during work hours or to take paid leave to get vaccinated at a community site, as well as offering flexible, nonpunitive sick leave options for employees.

## Capacity for Early Detection of Increases in COVID-19 Cases

Certain populations are at high risk for exposure to, and thereby infection with, SARS-CoV-2. Such populations are especially well-suited for sentinel monitoring efforts to detect the early introduction and spread of COVID-19, particularly in areas with low vaccination coverage or where layered prevention strategies are not in use. CDC considers the capacity to monitor COVID-19 incidence in the following populations particularly useful due to their high risk of exposure or severe illness: students and staff members of kindergarten–grade 12 schools and institutions of higher education, health care workers, residents and staff members of long-term care facilities, incarcerated persons, homeless persons, and workers in high-density work sites (*18–23*).

Serial screening testing is an effective method to monitor for the early introduction and spread of COVID-19 (*6*). Low case detection rates can help demonstrate the effectiveness of current prevention strategies, thereby reducing barriers for returning to in-person learning and work. Rising case detection rates can serve as an early warning signal that prevention strategies need to be strengthened or added in the facility and the broader community. In addition, strategic serial testing can help stop transmission by rapidly identifying asymptomatic cases, which are estimated

** https://covid.cdc.gov/covid-data-tracker/#county-view

†† CDC's COVID Data Tracker accessed July 23, 2021. https://covid.cdc.gov/covid-data-tracker/#vaccinations

§§ https://www.cdc.gov/vaccines/covid-19/vaccinate-with-confidence.html

to be the source for at least 50% of SARS-CoV-2 transmission (*24,25*). With rapid identification, infectious persons can be isolated and contact tracing and quarantine can be promptly initiated to control further SARS-CoV-2 transmission.

## Populations at Risk for Severe Outcomes from COVID-19

CDC recommends additional prevention strategies to safeguard populations at highest risk for severe outcomes from COVID-19, particularly in the context of the highly transmissible Delta variant. Unvaccinated persons remain at risk for infection, severe illness, and death. Advanced age, pregnancy, and an increasingly well-defined set of underlying medical conditions increase the risk for serious outcomes from COVID-19 among unvaccinated persons.[¶¶] In addition, long-standing systemic health and social inequities have put members of certain racial and ethnic minority groups at increased risk for serious illness and mortality from COVID-19. Persons taking immunosuppressive medications, persons with hematologic cancers, and hemodialysis patients, among others, have shown reduced immunologic responses to COVID-19 mRNA vaccination and might remain at increased risk for severe COVID-19 following vaccination (*3*). CDC recommends unvaccinated persons should continue following all prevention strategies, including wearing a mask, until they are fully vaccinated. Immunocompromised persons should continue to take all recommended precautions until advised otherwise by their health care provider. Although COVID-19 vaccines authorized in the United States remain effective against severe outcomes from SARS-CoV-2 infection, a small proportion of persons who are fully vaccinated may become infected. Emerging evidence suggests that fully vaccinated persons who do become infected with the Delta variant are at risk for transmitting it to others (*2*), (CDC COVID-19 Response Team, unpublished data, 2021); therefore, CDC also recommends that fully vaccinated persons wear a mask in public indoor settings in areas of substantial or high transmission, and consider wearing a mask regardless of transmission level if they or someone in their household is immunocompromised or at increased risk for severe disease, or if someone in their household is unvaccinated (including children aged <12 years who are currently ineligible for vaccination). Public health practitioners and organizations should consider the characteristics of their local or setting-specific populations when determining whether to strengthen or add layered prevention strategies not only for effective disease control, but also to protect those persons at greatest risk for severe illness or death.

## Discussion

The most important public health action to end the pandemic remains increasing vaccination coverage, which saves lives, prevents illness, and reduces the spread of COVID-19. Effective COVID-19 prevention strategies are well documented and can help reduce community transmission until high vaccination coverage is achieved (*6*). To maximize protection of the community, prevention strategies should be strengthened or added if transmission worsens. Prevention strategies should only be relaxed or lifted after several weeks of continuous sustained improvement in the level of community transmission. In areas with low or no SARS-CoV-2 transmission and with testing capacity in place to detect early introduction or increases in spread of the virus, layered prevention strategies might be removed one at a time while monitoring closely for any evidence that COVID-19 cases are increasing.

The widespread availability and administration of COVID-19 vaccines has changed the trajectory of the pandemic in the United States and significantly reduced hospitalization and mortality among vaccinated persons (*1*). Increasing the proportion of eligible persons who are vaccinated reduces the risk for substantial or high community-wide transmission, which in turn reduces the risk for the emergence of new variants that could have the potential to overcome vaccine-induced immunity. However, vaccination coverage varies across the United States, and transmission risk remains considerable in areas with low vaccination coverage. Decisions to add or remove effective prevention strategies should be based on local data and public health recommendations. The emergence of more transmissible SARS-CoV-2 variants, including Delta, increases the urgency to expand vaccination coverage and for public health agencies and other organizations to collaboratively monitor the status of the pandemic in their communities and continue to apply layered prevention strategies to minimize preventable illness and death.

## Acknowledgments

Case Data Section, Vaccine Data Section, CDC COVID-19 Data, Analytics & Visualization Task Force; Data Monitoring and Reporting Section, CDC COVID-19 Vaccine Task Force; Heidi Moline, CDC.

Corresponding author: Athalia Christie, akc9@cdc.gov.

[1]CDC COVID-19 Response Team.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

[¶¶] https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/underlying-evidence-table.html

**Summary**

What is already known about this topic?

COVID-19 vaccines authorized in the United States are effective against severe illness and death from SARS-CoV-2 infection; however, current U.S. coverage is uneven. Implementation of layered prevention strategies reduces SARS-CoV-2 transmission.

What is added by this report?

Given the spread of the highly transmissible Delta variant, local decision-makers should assess the following factors to inform the need for layered prevention strategies across a range of settings: level of SARS-CoV-2 community transmission, health system capacity, vaccination coverage, capacity for early detection of increases in COVID-19 cases, and populations at risk for severe outcomes from COVID-19.

What are the implications for public health practice?

Although increasing COVID-19 vaccination coverage remains the most effective means to achieve control of the pandemic, additional layered prevention strategies will be needed in the short-term to minimize preventable morbidity and mortality.

## References

1. Christie A, Henley SJ, Mattocks L, et al. Decreases in COVID-19 cases, emergency department visits, hospital admissions, and deaths among older adults following the introduction of COVID-19 vaccine—United States, September 6, 2020–May 1, 2021. MMWR Morb Mortal Wkly Rep 2021;70:858–64. PMID:34111059 https://doi.org/10.15585/mmwr.mm7023e2
2. CDC. Science brief: COVID-19 vaccines and vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html
3. CDC. Clinical considerations for COVID-19 vaccination. Atlanta, GA: US Department of Health and Human Services, CDC; 2021. https://www.cdc.gov/vaccines/covid-19/clinical-considerations/index.html
4. Bulfone TC, Malekinejad M, Rutherford GW, Razani N. Outdoor transmission of SARS-CoV-2 and other respiratory viruses: a systematic review. J Infect Dis 2021;223:550–61. PMID:33249484 https://doi.org/10.1093/infdis/jiaa742
5. Razani N, Malekinejad M, Rutherford GW. Clarification regarding outdoor transmission of SARS-CoV-2 and other respiratory viruses, a systematic review. J Infect Dis 2021. Epub June 4, 2021. https://doi.org/10.1093/infdis/jiab298
6. Honein MA, Christie A, Rose DA, et al.; CDC COVID-19 Response Team. Summary of guidance for public health strategies to address high levels of community transmission of SARS-CoV-2 and related deaths, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1860–7. PMID:33301434 https://doi.org/10.15585/mmwr.mm6949e2
7. Brooks JT, Butler JC. Effectiveness of mask wearing to control community spread of SARS-CoV-2. JAMA 2021;325:998–9. PMID:33566056 https://doi.org/10.1001/jama.2021.1505
8. Tomshine JR, Dennis KD, Bruhnke RE, et al. Combined effects of masking and distance on aerosol exposure potential. Mayo Clin Proc 2021;96:1792–800. PMID:34218858 https://doi.org/10.1016/j.mayocp.2021.05.007
9. Blocken B, van Druenen T, Ricci A, et al. Ventilation and air cleaning to limit aerosol particle concentrations in a gym during the COVID-19 pandemic. Build Environ 2021;193:107659. PMID:33568882 https://doi.org/10.1016/j.buildenv.2021.107659
10. Vassella CC, Koch J, Henzi A, et al. From spontaneous to strategic natural window ventilation: improving indoor air quality in Swiss schools. Int J Hyg Environ Health 2021;234:113746. PMID:33819800 https://doi.org/10.1016/j.ijheh.2021.113746
11. Lindsley WG, Derk RC, Coyle JP, et al. Efficacy of portable air cleaners and masking for reducing indoor exposure to simulated exhaled SARS-CoV-2 aerosols—United States, 2021. MMWR Morb Mortal Wkly Rep 2021;70:972–6. PMID:34237047 https://doi.org/10.15585/mmwr.mm7027e1
12. Gonçalves MR, Dos Reis RCP, Tólio RP, et al. Social distancing, mask use, and transmission of severe acute respiratory syndrome coronavirus 2, Brazil, April–June 2020. Emerg Infect Dis 2021;27:2135–43. PMID:34087090
13. Kwon S, Joshi AD, Lo CH, et al. Association of social distancing and face mask use with risk of COVID-19. Nat Commun 2021;12:3737. PMID:34145289 https://doi.org/10.1038/s41467-021-24115-7
14. Bravata DM, Perkins AJ, Myers LJ, et al. Association of intensive care unit patient load and demand with mortality rates in US Department of Veterans Affairs hospitals during the COVID-19 pandemic. JAMA Netw Open 2021;4:e2034266. PMID:33464319 https://doi.org/10.1001/jamanetworkopen.2020.34266
15. Karaca-Mandic P, Sen S, Georgiou A, Zhu Y, Basu A. Association of COVID-19–related hospital use and overall COVID-19 mortality in the USA. J Gen Intern Med 2020. Epub August 19, 2020. PMID:32815058
16. Czeisler MÉ, Marynak K, Clarke KEN, et al. Delay or avoidance of medical care because of COVID-19–related concerns—United States, June 2020. MMWR Morb Mortal Wkly Rep 2020;69:1250–7. PMID:32915166 https://doi.org/10.15585/mmwr.mm6936a4
17. Whaley CM, Pera MF, Cantor J, et al. Changes in health services use among commercially insured US populations during the COVID-19 pandemic. JAMA Netw Open 2020;3:e2024984. PMID:33151319 https://doi.org/10.1001/jamanetworkopen.2020.24984
18. Paltiel AD, Zheng A, Walensky RP. Assessment of SARS-CoV-2 screening strategies to permit the safe reopening of college campuses in the United States. JAMA Netw Open 2020;3:e2016818. PMID:32735339 https://doi.org/10.1001/jamanetworkopen.2020.16818
19. Lanier WA, Babitz KD, Collingwood A, et al. COVID-19 testing to sustain in-person instruction and extracurricular activities in high schools—Utah, November 2020–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:785–91. PMID:34043614 https://doi.org/10.15585/mmwr.mm7021e2
20. Bagchi S, Mak J, Li Q, et al. Rates of COVID-19 among residents and staff members in nursing homes—United States, May 25–November 22, 2020. MMWR Morb Mortal Wkly Rep 2021;70:52–5. PMID:33444301 https://doi.org/10.15585/mmwr.mm7002e2
21. Wallace M, Hagan L, Curran KG, et al. COVID-19 in correctional and detention facilities—United States, February–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:587–90. PMID:32407300 https://doi.org/10.15585/mmwr.mm6919e1
22. Mosites E, Parker EM, Clarke KEN, et al.; COVID-19 Homelessness Team. Assessment of SARS-CoV-2 infection prevalence in homeless shelters—four U.S. cities, March 27–April 15, 2020. MMWR Morb Mortal Wkly Rep 2020;69:521–2. PMID:32352957 https://doi.org/10.15585/mmwr.mm6917e1
23. Waltenburg MA, Victoroff T, Rose CE, et al.; COVID-19 Response Team. Update: COVID-19 among workers in meat and poultry processing facilities—United States, April–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:887–92. PMID:32644986 https://doi.org/10.15585/mmwr.mm6927e2
24. Moghadas SM, Fitzpatrick MC, Sah P, et al. The implications of silent transmission for the control of COVID-19 outbreaks. Proc Natl Acad Sci U S A 2020;117:17513–5. PMID:32632012 https://doi.org/10.1073/pnas.2008373117
25. Johansson MA, Quandelacy TM, Kada S, et al. SARS-CoV-2 transmission from people without COVID-19 symptoms. JAMA Netw Open 2021;4:e2035057. PMID:33410879 https://doi.org/10.1001/jamanetworkopen.2020.35057

AZT42AR0000787

 COVID-19

COVID DATA TRACKER WEEKLY REVIEW

Print

Subscribe to the Weekly Review

Interpretive Summary for April 1, 2022

# Added Protection



View Larger

As the country emerges from the Omicron surge—and we experience low COVID-19 Community levels in most parts of the country—CDC has updated its COVID-19 vaccination guidance to give some people the option to get a second mRNA COVID-19 booster dose (Pfizer-BioNTech or Moderna). You can now receive a second booster dose if you:

- Received the Johnson & Johnson/Janssen vaccine as both your primary and booster dose at least four months ago*
- Are ages 50 years and older and received any booster dose at least four months ago
- Are moderately or severely immunocompromised, ages 12 years and older, and received any booster dose at least four months ago

COVID-19 vaccines continue to offer high levels of protection against severe disease, hospitalization, and death—especially for people who are boosted. During the recent Omicron surge, people who were boosted were 21 times less likely to die from COVID-19 compared to those who were unvaccinated, and 7 times less likely to be hospitalized. If you're interested in getting a second booster, find a vaccine now.

*A recent CDC study found that adults who received the J&J/Janssen COVID-19 vaccine as both their primary dose and booster dose had lower levels of protection against COVID-19-associated hospitalizations, as well as emergency department and urgent care visits, during Omicron compared to adults who received an mRNA COVID-19 vaccine booster dose. As such, they may benefit from an mRNA COVID-19 vaccine booster dose and are now eligible to receive one.

## What's New

- COVID Data Tracker added a new Dialysis Facilities tab that displays COVID-19 cases and deaths among patients and staff of dialysis facilities in the United States.
- COVID Data Tracker's Hospitalizations by Vaccination Status – COVID-NET tab now displays rates of COVID-19-associated hospitalizations, stratified by unvaccinated, fully vaccinated, and boosted, among the population ages 12–17 years old.
- COVID Data Tracker's Vaccination Trends tab now displays a new metric option called "Vaccination Coverage," which shows the percent of the total population that has received at least one dose and has completed a primary series (fully vaccinated) as well as the percent of the total fully vaccinated population that has received a booster dose over time, by jurisdiction.
- Effectiveness of Homologous and Heterologous COVID-19 Booster Doses Following 1 Ad.26.COV2.S (Janssen [Johnson & Johnson]) Vaccine Dose Against COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults — VISION Network, 10 States, December 2021–March 2022
- Use of At-Home COVID-19 Tests — United States, August 23, 2021–March 12, 2022
- Cardiac Complications After SARS-CoV-2 Infection and mRNA COVID-19 Vaccination — PCORnet, United States, January 2021–January 2022

# COVID-19 Community Levels

On February 25, 2022, CDC updated the way it monitors COVID-19's impact on our communities. Widespread availability of vaccines and testing, advances in treatments, and increasing levels of immunity in the population through vaccination or previous infection have moved the COVID-19 pandemic to a new phase. While we can't prevent all cases of COVID-19, we can continue to limit the spread and protect those who are most at risk of severe illness.

Currently, there are 19 (0.59%) counties with a high COVID-19 Community Level, 146 (4.53%) counties with a medium Community Level, and 3,059 (94.88%) counties with a low Community Level. This represents a slight (−0.84%) decrease in the number of high-level counties, a moderate (−2.73%) decrease in the number of medium-level counties, and a corresponding (+3.57%) increase in the number of low-level counties. Twenty-seven (48.21%) of 56 jurisdictions had no high- or medium-level counties this week.

To check your COVID-19 community level, visit COVID Data Tracker.

U.S. COVID-19 Community Levels by County



 View Larger

Low Medium High No Data

COVID-19 Community Levels

## Reported Cases

As of March 30, 2022, the current 7-day moving average of daily new cases (25,732) decreased 3.0% compared with the previous 7-day moving average (26,518). A total of 79,904,464 COVID-19 cases have been reported in the United States as of March 30, 2022.

CDC Nowcast projections* for the week ending March 26, 2022, estimate the combined national proportion of lineages designated as Omicron to be 100%. There are five lineages designated as Omicron: B.1.1.529, BA.1, BA.1.1, BA.2, and BA.3. COVID Data Tracker shows the proportions of the B.1.1.529 lineage (includes BA.1 and BA.3), the BA.1.1** lineage, and the BA.2 lineage. The predominant Omicron lineage in the United States is BA.2. The national proportion of BA.2 is projected to be 54.9% (95% PI 50.8-59.1%). BA.1.1 is projected to be 40.4% (95% PI 36.4-44.5%) and B.1.1.529 (BA.1 and BA.3) is projected to be 4.7% (95% PI 3.9-5.7%). Omicron is predicted to be 100% in all HHS regions.

79,904,464
Total Cases Reported

25,732
Current 7-Day Average**

26,518
Prior 7-Day Average

-3.0%
Change in 7-Day Average since Prior Week

*The median time from specimen collection to sequence data reporting is about 3 weeks. As a result, weighted estimates for the most recent few weeks may be unstable or unavailable. CDC's Nowcast is a data projection tool that helps fill this gap by generating timely estimates of variant proportions for variants that are circulating in the United States. View Nowcast estimates on CDC's COVID Data Tracker website on the Variant Proportions page.

**For national data, the proportion of BA.1.1 is shown separately. For regional data, the proportion of BA.1.1 is also aggregated with B.1.1.529.

***Historical cases are excluded from daily new cases and 7-day average calculations until they are incorporated into the dataset for the applicable date. Of 504,648 historical cases reported retroactively, 18,610 were reported in the current week and 10,468 were reported in the prior week.

Daily Trends in COVID-19 Cases in the United States Reported to CDC

7-Day moving average


## Vaccinations

The U.S. COVID-19 Vaccination Program began December 14, 2020. As of March 30, 2022, 560.4 million vaccine doses have been administered in the United States. Overall, about 255.4 million people, or 76.9% of the total U.S. population, have received at least one dose of vaccine. About 217.6 million people, or 65.5% of the total U.S. population, have been fully vaccinated.* About 97.5 million additional or booster doses have been reported in people who have been fully vaccinated; however, 49.8% of the total booster-eligible population has not yet received a booster dose. As of March 30, 2022, the 7-day average number of administered vaccine doses reported (by date of CDC report) to CDC per day was 214,405, a 17.8% increase from the previous week.

CDC's COVID Data Tracker displays vaccination trends by age group, race/ethnicity, and urban/rural status. To see trends by age group and race/ethnicity, visit the Vaccination Demographic Trends tab. To see trends by urban/rural status, visit the COVID-19 Vaccination Equity tab.

560,419,082 Vaccine Doses Administered

255,428,475

People who received at least one dose

217,556,439

People who are fully vaccinated*

560,419,082 Vaccine Doses Administered

76.9%

Percentage of the U.S. population that has received at least one dose

65.5%

Percentage of the U.S. population that has been fully vaccinated*

560,419,082 Vaccine Doses Administered

+0.1

Percentage point increase from last week

+0.1

Percentage point increase from last week

*Represents the number of people who have received the second dose in a two-dose COVID-19 vaccine series (such as the Pfizer-BioNTech or Moderna vaccines) or one dose of the single-shot Johnson & Johnson's Janssen vaccine.

Daily Change in the Total Number of Administered COVID-19 Vaccine Doses Reported to CDC by the Date of CDC Report, United States

View Larger

More Vaccination Data

# Hospitalizations

## New Hospital Admissions

The current 7-day daily average for March 23–29, 2022, was 1,564. This is a 15.8% decrease from the prior 7-day average (1,858) from March 16–22, 2022.

4,592,164

Total New Admissions

1,564
Current 7-Day Average

1,858
Prior 7-Day Average

-15.8%
Change in 7-Day Average

The start of consistent reporting of hospital admissions data was August 1, 2020.

Daily Trends in Number of New COVID-19 Hospital Admissions in the United States

View Larger

New admissions are pulled from a 10 am EDT snapshot of the HHS Unified Hospital Data – Analytic Dataset. Due to potential reporting delays, data from the most recent 7 days, as noted in the figure above with the grey bar, should be interpreted with caution. Small shifts in historic data may also occur due to changes in the Centers for Medicare & Medicaid Services (CMS) Provider of Services file, which is used to identify the cohort of included hospitals.

More Hospital Data

# COVID-NET: Hospitalization Rates by Vaccination Status in Adults Ages ≥50 Years

CDC's Coronavirus Disease 2019-Associated Hospitalization Surveillance Network (COVID-NET) shows that rates of COVID-19-associated hospitalizations in February 2022 were higher in unvaccinated adults compared to adults who received a primary vaccination series plus a booster or additional dose of a COVID-19 vaccine. In February, among adults ages 50–64 years, the COVID-19-associated hospitalization rate among unvaccinated people was 7 times higher than among those who received a booster or additional dose. Among adults ages 65 years and older, the COVID-19-associated hospitalization rate among unvaccinated people was 9 times higher than among those who received a booster or additional dose.

Rates of COVID-19-Associated Hospitalizations by Vaccination Status in Adults Ages ≥65 Years, October 2021–February 2022

View Larger

The Coronavirus Disease 2019 (COVID-19)-Associated Hospitalization Surveillance Network (COVID-NET) is an additional source for hospitalization data collected through a network of more than 250 acute-care hospitals in 14 states (representing ~10% of the U.S. population). Detailed data on patient demographics, including race/ethnicity, underlying medical conditions, medical interventions, and clinical outcomes, are collected with a standardized case reporting form.

More COVID-NET Data

## Deaths

The current 7-day moving average of new deaths (627) has decreased 14.4% compared with the previous 7-day moving average (732). As of March 30, 2022, a total of 977,495 COVID-19 deaths have been reported in the United States.

977,495

Total Deaths Reported

627
Current 7-Day Average*

732
Prior 7-Day Average

-14.4%
Change in 7-Day Average Since Prior Week

*Historical deaths are excluded from the daily new deaths and 7-day average calculations until they are incorporated into the dataset by their applicable date. Of 20,744 historical deaths reported retroactively, none were reported in the current week; and none were reported in the prior week.

Daily Trends in Number of COVID-19 Deaths in the United States Reported to CDC

7-Day moving average

View Larger

More Death Data

## Testing

The percentage of COVID-19 NAATs (nucleic acid amplification tests)* that are positive (percent positivity) is increasing in comparison to the previous week. The 7-day average of percent positivity from NAATs is now 2.4%. The 7-day average number of tests reported for March 18-24, 2022, was 828,775, down 5.9% from 880,869 for the prior 7 days.

847,101,104 Total Tests Reported

828,775

7-Day Average Tests Reported

2.4%

7-Day Average % Positivity

847,101,104 Total Tests Reported

2.2%

Previous 7-Day Average % Positivity

+0.23

Percentage point change in 7-Day Average % Positivity since Prior Week

*Test for SARS-CoV-2, the virus that causes COVID-19

COVID-19 NAAT Laboratory Test 7-day Percent Positivity by State/Territory



Territories
CDC
7-day Percent Positivity
Data not available
<3%
3-4.9%
5-7.9%
View Larger
More Testing Data

AZT42AR0000799



# Community Profile Report

## March 10 2022

The Community Profile Report (CPR) is generated by the Data Strategy and Execution Workgroup, under the White House COVID-19 Team. It is managed by an interagency team with representatives from multiple agencies and offices (including the United States Department of Health and Human Services, the Centers for Disease Control and Prevention, the Assistant Secretary for Preparedness and Response, and the Indian Health Service). The CPR provides easily interpretable information on key indicators for all regions, states, core-based statistical areas (CBSAs), and counties across the United States. It is a daily snapshot in time that:

- Focuses on recent COVID-19 outcomes in the last seven days and changes relative to the week prior
- Provides additional contextual information at the county, CBSA, state and regional levels
- Supports rapid visual interpretation of results with color thresholds

Data in this report may differ from data on state and local websites. This may be due to differences in how data were reported (e.g., date specimen obtained, or date reported for cases) or how the metrics are calculated. Historical data may be updated over time due to delayed reporting. Data presented here use standard metrics across all geographic levels in the United States. It facilitates the understanding of COVID-19 pandemic trends across the United States by using standardized data. The footnotes describe each data source and the methods used for calculating the metrics. For additional data for any particular locality, visit the relevant health department website. Additional data and features are forthcoming.

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

# Table of Contents

| | |
|---|---|
| **National Time Series** | 3. **National time series** (national case, death, percent test positivity, and hospital admission curves)<br>4. **Time series by Census Region** (regional case, death, percent test positivity, and hospital admission curves) |
| **National Maps** | 5. **Number of new cases and deaths in the last 7 days**<br>6-8. **Case incidence/Mortality rate/NAAT positivity in the last 7 days and comparison to the previous 7 days**<br>9. **Hospital admissions in the last 7 days and comparison to the previous 7 days**<br>10-11. **Hospital inpatient/ICU COVID-19 utilization in the last 7 days and comparison to the previous 7 days**<br>12. **Vaccination rates by county** (% of total population and % of 65+ population fully-vaccinated)<br>13. **COVID-19 community level** (describes county-level risk and potential for health care system strain based on hospital and case metrics)<br>14. **Community transmission level** (describes community transmission level derived from cases and test positivity)<br>15. **Area of Concern Continuum** (describes communities as they progress through stages of the epidemic)<br>16. **Area of Concern Continuum - Rapid Riser Counties** (highlights counties with recent acceleration in cases) |
| **National and State Profiles** | 17. **National and regional metrics** (key indicators at the regional and national levels)<br>18-19. **State profiles and weekly categories** (states grouped into categories based on transmission level at the beginning of the week) |
| **National Trends** | 20. **Trends in case incidence during the last 8 weeks** (state, regional, and national case incidence curves)<br>21. **Trends in mortality rate during the last 4 weeks and 4 week forecast** (state and national mortality curves, with 4-week CDC ensemble forecast)<br>22. **Trends in NAAT positivity during the last 8 weeks** (state, regional and national, percent test positivity curves)<br>23. **Trends in emergency department discharge diagnoses during the last 8 weeks** (state, regional, and national ED visit curves)<br>24. **Trends in hospital admissions per 100 beds during the last 8 weeks** (state, regional, and national hospital admission curves)<br>25-26. **Trends in hospital inpatient/ICU COVID utilization during the last 8 weeks** (state, regional, and national hospital utilization curves)<br>27. **Trends in percent of population aged 5-11 initiating vaccination during the last 8 weeks** (state, regional, and national vaccine doses administered curves)<br>28. **Trends in percent of population aged 5+ initiating vaccination during the last 8 weeks** (state, regional, and national vaccine doses administered curves)<br>29. **National trends in NAAT positivity by age group** (national trends showing test volume, number of tests, and percent test positivity by age group)<br>30. **Trends in NAAT positivity by age group and FEMA Region**<br>31. **Trends in hospital admissions per 100k by age group** (national and regional trends) |
| **Data Sources and Methods** | 32. **Data sources and methods** (data sources and notes for cases and deaths, testing data, and hospital data)<br>33. **Data sources and methods – color thresholds** (definitions for color coding used throughout slides)<br>34. **Data sources and methods – dynamic data notes** (data notes that are updated each day or as needed)<br>35. **Data sources and methods – AOC Continuum** (detailed description of 7 stages of the epidemic described within the AOC continuum) |

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

# NATIONAL TIME SERIES

New Cases
Data as of 03/10/2022
Cases
Daily Cases
7-Day Moving Average
NAAT Positivity
Data as of 03/10/2022
Incomplete Reporting
NAAT Positivity
Daily NAAT Positivity
7-Day Moving Average
New Deaths
Data as of 03/10/2022
Deaths
Daily Deaths
7-Day Moving Average
New Hospital Admissions
Data as of 03/10/2022
Data Unavailable due to Minimal Reporting
Hospital Admissions
Daily Confirmed Admissions
7-Day Moving Average

**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000802

# TIME SERIES BY CENSUS REGION

New Cases per 100K (7-day average)
Data as of 03/10/2022
Cases per 100K
Northeast
Midwest
South
West
National
NAAT Positivity (7-day average)
Data as of 03/10/2022
Incomplete Reporting
NAAT Positivity
Total Tests
Daily Tests
New Deaths per 100K (7-day average)
Data as of 03/10/2022
Deaths per 100K
New Confirmed Hospital Admissions per 100K (7-day average)
Data as of 03/10/2022
Confirmed Hospital Admissions per 100K
Data Unavailable due to Minimal Reporting

**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.
See https://www.census.gov/geographies/reference-maps/2010/geo/2010-census-regions-and-divisions-of-the-united-states.html for census regions.

# NUMBER OF NEW CASES AND DEATHS IN THE LAST 7 DAYS

**Total Cumulative Cases:** 79,248,406
**New Cases in Last 7 Days:** 260,026
**Percent Change from Previous 7 Days:** -28.8%

**Total Cumulative Deaths:** 961,620
**New Deaths in Last 7 Days:** 8,257
**Percent Change from Previous 7 Days:** -25.0%

Date: 3/10/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Cases by County
in the Week 03MAR2022-09MAR2022
Cases
0
1 - 9
10 - 99
100 - 999
1,000 - 4,999
5,000 - 9,999
10,000+
No Data

Date: 3/10/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Deaths by County
in the Week 03MAR2022-09MAR2022
Deaths
0
1 to 4
5 to 24
25 to 99
100 or More
No Data

Due to data processing issues, IA county-level cases are overreported.
Due to a change in reporting frequency from daily to weekly, OK has not yet reported county-level cases and deaths data for the last week.

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 304 of 566 PageID #: 2712

# CASE INCIDENCE IN LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Incidence Rate in the Last 7 Days:** 78.3 per 100,000

**Percent Change from Previous 7 Days:** -28.8%

On 03/04/2022, VT allocated historical cases to their respective counties, causing an increase in county-level cases.
Due to data processing issues, IA county-level cases are overreported.
Due to a change in reporting frequency from daily to weekly, OK has not yet reported county-level cases and deaths data for the last week.

# MORTALITY RATE IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Mortality Rate in the Last 7 Days:** 2.5 deaths per 100,000

**Percent Change from Previous 7 Days:** -25.0%

Due to data processing issues, IA county-level cases are overreported.

Due to a change in reporting frequency from daily to weekly, OK has not yet reported county-level cases and deaths data for the last week.

# NAAT POSITIVITY IN THE LAST 7 DAYS AND COMPARISON TO PREVIOUS 7 DAYS

**NAAT Positivity in Last 7 Days:** 2.8%

**Absolute Change from Previous 7 Days:** -1.1%

Date: 3/10/2022
Source: Unified Testing Dataset
NAAT Positivity by County in the Week 01MAR2022-07MAR2022
Test Positivity
< 20 Tests in Last 7 Days
0.0% to 2.9%
3.0% to 4.9%
5.0% to 7.9%
8.0% to 9.9%
10.0% to 14.9%
15.0% to 19.9%
20.0% to 24.9%
25.0% or More
No Data
Date: 3/10/2022
Source: Unified Testing Dataset
Absolute Change in NAAT Positivity by County in the Week 01MAR2022-07MAR2022
Absolute Change in Test Positivity
< 20 Tests in Last 7 Days
-2.1% or Less
-2.0% to -0.6%
-0.5% to 0.0%
0.1% to 0.5%
0.6% to 2.0%
2.1% or More
No Data

As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

TN testing data has at least 7 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

# HOSPITAL ADMISSIONS IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Total Confirmed COVID-19 Hospital Admissions in Last 7 Days:** 21,793

**Percent Change from Previous 7 Days:** -27.5%

Date: 3/10/2022
Source: Unified Hospital Dataset
Confirmed COVID-19 Hospital Admissions per 100 Beds by County in the Week 02MAR2022-08MAR2022
COVID Admissions per 100 Beds
0.0 to 1.9
2.0 to 4.9
5.0 to 9.9
10.0 to 19.9
20.0 to 29.9
30.0 or More
No Data

Date: 3/10/2022
Source: Unified Hospital Dataset
Percent Change in Confirmed COVID-19 Admissions per 100 Beds by County from 23FEB-01MAR2022 to 02MAR-08MAR2022
Percent Change in COVID Admissions per 100 Beds
26%+ Less
11% to 25% Less
Little Change
11% to 25% More
26%+ More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. Denominator of per 100 beds calculation is the sum of average staffed inpatient bed count reported by hospitals within the geographic region and time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care.

# HOSPITAL INPATIENT COVID-19 UTILIZATION IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Average Daily COVID-19 Hospital Inpatients over Last 7 Days:** 27,857

**Percent Change from Previous 7 Days:** -28.7%

Date: 3/10/2022
Source: Unified Hospital Dataset
Hospital Inpatient COVID-19 Utilization by County in the Week 02MAR2022-08MAR2022
Inpatient COVID Utilization
0% to 3%
4% to 7%
8% to 12%
13% to 15%
16% to 20%
21% to 25%
26% to 30%
31%+
No Data

Date: 3/10/2022
Source: Unified Hospital Dataset
Absolute Change in Hospital Inpatient COVID-19 Utilization by County from 23FEB-01MAR2022 to 02MAR-08MAR2022
Absolute Change in Inpatient COVID Utilization
-2% or Less
-1%
0%
+1%
+2%
+3% or More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

# STAFFED ADULT ICU COVID-19 UTILIZATION IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Average Daily Adult ICU COVID-19 Patients over Last 7 Days: 5,719**

**Percent Change from Previous 7 Days: -29.3%**

Date: 3/10/2022
Source: Unified Hospital Dataset
Staffed Adult ICU COVID-19 Utilization by County in the Week 02MAR2022-08MAR2022
ICU COVID Utilization
0% to 3%
4% to 7%
8% to 12%
13% to 15%
16% to 20%
21% to 25%
26% to 30%
31%+
No Data

Date: 3/10/2022
Source: Unified Hospital Dataset
Absolute Change in Staffed Adult ICU COVID-19 Utilization by County from 23FEB-01MAR2022 to 02MAR-08MAR2022
Absolute Change in ICU COVID Utilization
-2% or Less
-1%
0%
+1%
+2%
+3% or More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Staffed adult ICU COVID-19 utilization indicates average percentage of staffed adult ICU beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

# VACCINATION RATES BY COUNTY

**Percent of Population Fully Vaccinated:** 65.2%
**Percent of Population with at Least 1 Dose:** 76.6%

**Percent of Population Initiating Vaccination in the Last Week:** 0.2%

Percent of county population fully vaccinated
0% - 19.9%
20% - 29.9%
30% - 39.9%
40% - 49.9%
50% - 59.9%
60% - 69.9%
70% or More
No Data

Percent of county population initiating vaccination
0.0% to 0.3%
0.4% to 0.6%
0.7% to 0.9%
1.0% to 1.3%
1.4% to 1.6%
1.7% to 1.9%
2.0%+
No Data

**Source:** Unified COVID-19 Vaccine Dataset. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Initiating vaccination indicates those who have received the first dose of the Pfizer-BioNTech or Moderna vaccines and those who have received a dose of the J&J/Janssen vaccine in the last week. Values reflect total by report date, not administered date. In instances where the number of people fully vaccinated is greater than those with at least one dose for a specific county, the county will have "no data" on the map of population initiating vaccination; see COVID Data Tracker for further information. The following states have ≤80% completeness reporting vaccinations by county, which may result in underestimates of vaccination data for counties and CBSAs: VA (79%), VT (74%), HI (0%)

# COVID-19 COMMUNITY LEVEL

Date: 3/10/2022
Source: CDC Aggregate County Data and Unified Hospital Dataset
COVID-19 Community Level by County
03/03/2022-03/09/2022
COVID-19 Community Level
High
Medium
Low
N/A

| Counties by COVID-19 Community Level Component Metrics | | | |
|---|---|---|---|
| < 200 Cases per 100k | | | |
| Admissions per 100k | < 10.0 | 10.0 - 19.9 | 20.0 + |
| # of counties (change) | 2,366 (↑745) | 424 (↓391) | 89 (↓44) |
| % of counties (change) | 73.5% (↑23.1%) | 13.2% (↓12.1%) | 2.8% (↓1.4%) |
| COVID Inpatient Occupancy | <10.0% | 10.0% to 14.9% | 15.0% + |
| # of counties (change) | 2,796 (↑458) | 54 (↓156) | 12 (↓8) |
| % of counties (change) | 86.8% (↑14.2%) | 1.7% (↓4.8%) | 0.4% (↓0.2%) |
| 200 + Cases per 100k | | | |
| Admissions per 100k | N/A | < 10.0 | 10.0 + |
| # of counties (change) | N/A | 247 (↓115) | 94 (↓195) |
| % of counties (change) | N/A | 7.7% (↓3.6%) | 2.9% (↓6.1%) |
| COVID Inpatient Occupancy | N/A | < 10.0% | 10.0% + |
| # of counties (change) | N/A | 320 (↓161) | 21 (↓147) |
| % of counties (change) | N/A | 9.9% (↓5.0%) | 0.7% (↓4.6%) |

**Counties by COVID-19 Community Level**

| Category | Low | Medium | High |
|---|---|---|---|
| # of counties (change) | 2,343 (↑818) | 684 (↓534) | 193 (↓284) |
| % of counties (change) | 72.8% (↑25.4%) | 21.2% (↓16.6%) | 6.0% (↓8.8%) |
| % of population (change) | 82.8% (↑22.8%) | 15.0% (↓17.6%) | 2.1% (↓5.2%) |

COVID-19 Community Levels Over Time
(% of counties)
100%
80%
60%
40%
20%
0%
10/01/2020
12/01/2020
02/01/2021
04/01/2021
06/01/2021
08/01/2021
10/01/2021
12/01/2021
02/01/2022

**Source:** CDC Aggregate County Dataset (cases), Unified Hospital Dataset (admissions)

**Notes:** Cases data from March 3-9, 2022, hospital data from March 2-8, 2022. COVID-19 Community Level is determined by the higher of the new admissions and inpatient bed metrics, based on the current level of new cases per 100,000 population in the past 7 days. Admissions per 100k refers to the 7-day total of confirmed COVID-19 hospital admissions. COVID Inpatient Occupancy refers to the percent of staffed inpatient beds occupied by a COVID-19 patient (7-day average). A county is N/A if hospital data is not available. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. Previous week levels are computed based on current data. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000812

# COMMUNITY TRANSMISSION LEVEL

Date: 3/10/2022
Source: CDC Aggregate County Data, Unified Testing Dataset
Community Transmission Level by County
09MAR2022
Transmission Level
High
Substantial
Moderate
Low

## Counties by Community Transmission Indicator

| Cases per 100k | 0 to 9 | 10 to 49 | 50 to 99 | 100 + |
|---|---|---|---|---|
| # of counties (change) | 282 (↑160) | 960 (↑532) | 1079 (↑23) | 899 (↓715) |
| % of counties (change) | 8.8% (↑5.0%) | 29.8% (↑16.5%) | 33.5% (↑0.7%) | 27.9% (↓22.2%) |
| **Test Positivity** | **0.0% to 4.9%** | **5.0% to 7.9%** | **8.0% to 9.9%** | **10.0% +** |
| # of counties (change) | 2160 (↑795) | 595 (↓273) | 175 (↓171) | 290 (↓351) |
| % of counties (change) | 67.1% (↑24.7%) | 18.5% (↓8.5%) | 5.4% (↓5.3%) | 9.0% (↓10.9%) |

## Counties by Combined Transmission Level

| Category | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange | High Transmission Red |
|---|---|---|---|---|
| # of counties (change) | 225 (↑140) | 907 (↑532) | 1055 (↑71) | 1033 (↓743) |
| % of counties (change) | 7.0% (↑4.3%) | 28.2% (↑16.5%) | 32.8% (↑2.2%) | 32.1% (↓23.1%) |
| % of population (change) | 2.0% (↑1.8%) | 27.3% (↑19.7%) | 47.9% (↑5.9%) | 22.9% (↓27.5%) |

Combined Transmission Levels Over Time
(% of counties)
100%
80%
60%
40%
20%
0%
08/01/2020
10/01/2020
12/01/2020
02/01/2021
04/01/2021
06/01/2021
08/01/2021
10/01/2021
12/01/2021
02/01/2022

Due to data processing issues, IA county-level cases are overreported.

Due to a change in reporting frequency from daily to weekly, OK has not yet reported county-level cases and deaths data for the last week.

**Source**: CDC Aggregate County Dataset (cases), Unified Testing Dataset (tests)

**Notes**: Cases data from March 3-9, 2022, test positivity data from March 1-7, 2022. Combined Transmission Level is the higher threshold among cases and testing thresholds. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000813



# AREA OF CONCERN CONTINUUM

Date: 3/10/2022
Area of Concern Continuum by County
09MAR2022
AOC Category
Low or Moderate Burden
Emerging Hotspot
Hotspot
Sustained Hotspot
High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** – communities with minimal activity

(2) **Moderate Burden** – communities with moderate disease activity

(3) **Emerging Hotspot** – communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** – communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** – communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden – Resolving** – communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden – Resolving** – communities that have a moderate level of burden, but are demonstrating improvement

See Data Sources/Methods slides for more information.

Counties by AOC Category over time
Number of Counties
3000
2500
2000
1500
1000
500
0
Apr 2020
Jul 2020
Oct 2020
Jan 2021
Apr 2021
Jul 2021
Oct 2021
Jan 2022

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000814

# AREA OF CONCERN CONTINUUM: RAPID RISER COUNTIES

Date: 3/10/2022
Source: CDC Aggregate County Data
Counties with Rapid Rise in Cases in the Last 14 Days
Ratio of 7-day to 30-day Cases
0 - 0.16
0.17 - 0.21
0.22 - 0.26
0.27 - 0.31
0.32 - 0.36
0.37+

On 03/04/2022, VT allocated historical cases to their respective counties, causing an increase in county-level cases.

This map shows counties that have seen a rapid rise in cases within the last 14 days by meeting the following **Rapid Riser County** criteria:

- >100 new cases in last 7 days
- >0% change in 7-day incidence
- >-60% change in 3-day incidence
- 7-day incidence / 30-day incidence ratio >0.31
- one or both of the following triggering criteria:
  (a) >60% change in 3-day incidence,
  (b) >60% change in 7-day incidence

The color indicates *current* acceleration in cases (ratio of 7-day to 30-day cases). Counties in light red and red are continuing to see accelerating cases in the most recent week, while those in dark green and green may have seen declines in the most recent week.

The bar charts below show the history of rapid riser counties by FEMA region and week, indicating when different geographic areas have seen the greatest acceleration in cases.

# of Distinct Rapid Riser Counties by Week and FEMA Region
(vertical axis scaled to number of counties in region)
Region 1
Region 2
Region 3
Region 4
Region 5
Region 6
Region 7
Region 8
Region 9
Region 10
Mar 11
Sep 02
Feb 24
Aug 18
Feb 09
Week (date shows end of 7-day period)

# NATIONAL AND REGIONAL METRICS

## National Metrics

| | Last 7 days | | | | | Change from previous week | | | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | ICU COVID-19 utilization | Deaths (per 100k) | Pct change in cases | Absolute change in NAAT pos. | Pct change in confirmed admissions | Absolute change in ICU COVID-19 util. | Pct change in deaths | |
| U.S Total - Last 7 Days | 260,026 (78) | 2.8% | 21,793 (6.6) | 7% | 8,257 (2.5) | -29% | -1.1% | -27% | -3% | -25% |  |
| U.S. Total - 1 Week Ago | 365,089 (110) | 3.9% | 30,052 (9.1) | 10% | 11,005 (3.3) | -30% | -1.6% | -29% | -4% | -11% | |
| U.S. Total - Feb 2022 Peak | 2,894,173 (872) | 18.4% | 113,506 (34.2) | 28% | 18,519 (5.6) | | | | | | |
| U.S. Total - Jan 2022 Peak | 5,665,423 (1,706) | 29.4% | 151,357 (45.6) | 31% | 18,054 (5.4) | | | | | | |
| U.S. Total - Dec 2021 Peak | 2,767,554 (834) | 26.0% | 91,573 (27.6) | 21% | 9,121 (2.7) | | | | | | |
| U.S. Total - Nov 2021 Peak | 664,264 (200) | 7.7% | 45,001 (13.6) | 16% | 8,623 (2.6) | | | | | | |
| U.S. Total - Oct 2021 Peak | 751,305 (226) | 6.4% | 54,983 (16.6) | 24% | 12,357 (3.7) | | | | | | |
| U.S. Total - Sep 2021 Peak | 1,151,350 (347) | 9.5% | 85,373 (25.7) | 29% | 13,506 (4.1) | | | | | | |
| U.S. Total - Aug 2021 Peak | 1,130,633 (341) | 10.5% | 85,996 (25.9) | 29% | 10,804 (3.3) | | | | | | |
| U.S. Total - Jul 2021 Peak | 576,673 (174) | 9.8% | 47,727 (14.4) | 12% | 3,085 (0.9) | | | | | | |
| U.S. Total - Jun 2021 Peak | 117,307 (35) | 2.4% | 17,939 (5.4) | 7% | 3,051 (0.9) | | | | | | |

*Last 7 days indicates cases/deaths data from 3/3-3/9, admissions data from 3/2-3/8, and testing data from 3/1-3/7.*

## Regional Metrics

| FEMA Region (Population) | Last 7 days | | | | | Change from previous week | | | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | ICU COVID-19 utilization | Deaths (per 100k) | Pct change in cases | Absolute change in NAAT pos. | Pct change in confirmed admissions | Absolute change in ICU COVID-19 util. | Pct change in deaths | |
| Region 9 (51,554,700) | 49,937 (97) | 2.4% | 3,965 (7.7) | 9% | 1,618 (3.1) | -31% | -0.8% | -19% | -3% | -7% | |
| Region 4 (66,908,139) | 46,124 (69) | 3.6% | 4,350 (6.5) | 8% | 1,406 (2.1) | -32% | -1.7% | -39% | -3% | -30% | |
| Region 6 (42,716,279) | 37,026 (87) | 3.8% | 3,404 (8.0) | 10% | 1,411 (3.3) | -17% | -1.6% | -24% | -4% | -21% | |
| Region 5 (52,542,063) | 30,620 (58) | 2.4% | 3,091 (5.9) | 5% | 1,468 (2.8) | -35% | -0.9% | -28% | -2% | -25% | |
| Region 2 (31,635,735) | 21,563 (68) | 2.0% | 1,586 (5.0) | 5% | 256 (0.8) | -8% | -0.5% | -23% | -1% | -44% | |
| Region 10 (14,351,240) | 20,628 (144) | 4.2% | 894 (6.2) | 8% | 372 (2.6) | -41% | -1.2% | -24% | -4% | -15% | |
| Region 3 (30,854,848) | 20,418 (66) | 3.2% | 1,987 (6.4) | 7% | 788 (2.6) | -30% | -1.6% | -26% | -2% | -29% | |
| Region 8 (12,258,952) | 13,096 (107) | 3.9% | 859 (7.0) | 8% | 169 (1.4) | -19% | -1.4% | -21% | -2% | -24% | |
| Region 1 (14,845,063) | 12,949 (87) | 2.1% | 646 (4.4) | 4% | 366 (2.5) | -27% | -0.6% | -27% | -2% | -10% | |
| Region 7 (14,140,220) | 7,600 (54) | 4.1% | 1,011 (7.1) | 8% | 403 (2.9) | -32% | -1.7% | -29% | -3% | -54% | |

# STATE PROFILES AND WEEKLY CATEGORIES

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 316 of 566 PageID #: 2724

Weekly Categorization of States, DC, and Territories: color categories based on last week's CDC combined transmission level data (baseline dates: February 25-March 3)
Case Data from March 3-9, Admissions Data from March 2-8, Test Positivity Data from March 1-7

## High Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | Pct. change in cases | Abs. change in NAAT pos. | Pct. change in conf. adm. per 100k | |
| AL | 3,222 (66) | 4.7% | 450 (9.2) | -45% | -2.1% | -23% | |
| AK | 2,633 (360) | 5.9% | 40 (5.5) | +17% | -0.7% | -31% | |
| AZ | 6,549 (90) | 4.8% | 794 (10.9) | -28% | -2.8% | -20% | |
| AR | 3,233 (107) | 4.3% | 336 (11.1) | -19% | -1.7% | -16% | |
| CA | 38,524 (97) | 2.1% | 2,725 (6.9) | -29% | -0.8% | -18% | |
| CO | 6,910 (120) | 3.1% | 255 (4.4) | -6% | -0.7% | -30% | |
| HI | 1,130 (80) | 3.1% | 87 (6.1) | -25% | -0.2% | -10% | |
| ID | 6,557 (367) | 6.0% | 110 (6.2) | -36% | -2.8% | -10% | |
| KY | 10,416 (233) | 6.2% | 517 (11.6) | +22% | -2.5% | -31% | |
| ME | 2,483 (185) | 3.6% | 69 (5.1) | -14% | -1.3% | -1% | |
| MI | 6,334 (63) | 3.6% | 735 (7.4) | -51% | -2.0% | -16% | |
| MT | 3,364 (315) | 4.6% | 114 (10.7) | -12% | -3.1% | -27% | |
| NV | 2,365 (77) | 4.5% | 218 (7.1) | -59% | -2.3% | -18% | |
| NH | 1,065 (78) | 3.3% | 69 (5.1) | -66% | -1.3% | -24% | |
| NJ | 7,537 (85) | 2.2% | 471 (5.3) | -15% | -0.4% | -25% | |
| NM | 1,961 (94) | 9.3% | 157 (7.5) | -31% | -2.7% | -26% | |
| NC | 7,017 (67) | 4.0% | 283 (2.7) | -38% | -2.1% | -73% | |
| ND | 601 (79) | 4.5% | 81 (10.6) | -42% | -1.4% | +5% | |
| OK | 3,778 (95) | 4.2% | 386 (9.8) | -25% | -2.1% | -22% | |
| OR | 3,241 (77) | 3.7% | 302 (7.2) | -33% | -1.2% | -26% | |
| RI | 1,039 (98) | 2.5% | 29 (2.7) | -15% | -0.4% | -44% | |
| TN* | 4,682 (69) | N/A | 428 (6.3) | -54% | N/A | -43% | |
| VT | 871 (140) | 3.3% | 35 (5.6) | -23% | -0.8% | -27% | |

## High Transmission States/Territories

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | Pct. change in cases | Abs. change in NAAT pos. | Pct. change in conf. adm. per 100k | |
| VA | 7,259 (85) | 5.5% | 454 (5.3) | -26% | -3.0% | -34% | |
| WA | 8,197 (108) | 4.2% | 442 (5.8) | -54% | -1.0% | -24% | |
| WV | 2,988 (167) | 6.7% | 279 (15.6) | -38% | -3.1% | -34% | |

*TN testing data has at least 7 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

The Weekly Categories slides indicate which states and territories fell in the high, substantial, moderate, and low transmission level categories at the beginning of the week (as of Friday data). The indicators shown here are fixed throughout the week and provide a common reference point for states from week to week.

# STATE PROFILES AND WEEKLY CATEGORIES

Weekly Categorization of States, DC, and Territories: color categories based on last week's CDC combined transmission level data (baseline dates: February 25-March 3)
Case Data from March 3-9, Admissions Data from March 2-8, Test Positivity Data from March 1-7

## Substantial Transmission States/Territories

| State | Last 7 days: Cases (per 100k) | Last 7 days: NAAT positivity | Last 7 days: Confirmed admissions (per 100k) | Change from previous week: Pct. change in cases | Change from previous week: Abs. change in NAAT pos. | Change from previous week: Pct. change in conf. adm. per 100k | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| CT | 2,068 (58) | 2.6% | 173 (4.9) | -11% | -0.8% | -30% | |
| DE | 685 (70) | 3.3% | 69 (7.1) | +3% | -0.4% | -8% | |
| DC | 408 (58) | 1.0% | 63 (8.9) | -28% | -0.5% | -5% | |
| FL | 10,868 (51) | 3.2% | 1,675 (7.8) | -28% | -1.5% | -32% | |
| GA | 6,354 (60) | 2.2% | 556 (5.2) | -29% | -1.1% | -33% | |
| IL | 7,794 (62) | 1.3% | 630 (5.0) | -35% | -0.4% | -30% | |
| IN | 3,330 (49) | 4.6% | 417 (6.2) | -18% | -1.1% | -23% | |
| IA | 1,337 (42) | N/A | 195 (6.2) | -45% | N/A | -21% | |
| KS | 1,453 (50) | 4.0% | 215 (7.4) | -47% | -2.3% | -39% | |
| LA | 1,926 (41) | 1.8% | 295 (6.3) | -28% | -0.8% | -29% | |
| MD | 2,206 (36) | 1.5% | 242 (4.0) | -39% | -0.6% | -32% | |
| MA | 5,423 (79) | 1.6% | 271 (3.9) | -22% | -0.4% | -28% | |
| MN | 4,529 (80) | 3.5% | 294 (5.2) | -19% | -1.1% | -29% | |
| MS | 1,513 (51) | 5.5% | 105 (3.5) | -44% | -2.5% | -50% | |
| MO | 4,011 (65) | 3.9% | 467 (7.6) | -26% | -1.5% | -31% | |
| NY | 12,322 (63) | 1.8% | 1,086 (5.6) | -7% | -0.5% | -22% | |
| OH | 5,395 (46) | 3.1% | 703 (6.0) | -31% | -1.2% | -30% | |
| PA | 6,872 (54) | 3.7% | 880 (6.9) | -30% | -1.9% | -18% | |
| PR | 1,670 (52) | 4.5% | 29 (0.9) | +36% | -0.5% | -37% | |
| SC | 2,052 (40) | 2.5% | 336 (6.5) | -56% | -1.7% | -28% | |
| SD | 371 (42) | 5.0% | 68 (7.7) | -37% | -1.7% | -36% | |
| TX | 26,128 (90) | 3.2% | 2,230 (7.7) | -13% | -1.7% | -24% | |
| UT | 1,498 (47) | 5.1% | 289 (9.0) | -44% | -2.8% | -13% | |

## Substantial Transmission States/Territories

| State | Last 7 days: Cases (per 100k) | Last 7 days: NAAT positivity | Last 7 days: Confirmed admissions (per 100k) | Change from previous week: Pct. change in cases | Change from previous week: Abs. change in NAAT pos. | Change from previous week: Pct. change in conf. adm. per 100k | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| WI | 3,238 (56) | 3.2% | 312 (5.4) | -31% | -1.6% | -45% | |
| WY | 352 (61) | 3.9% | 52 (9.0) | -43% | -1.2% | +21% | |

## Moderate Transmission States/Territories

| State | Last 7 days: Cases (per 100k) | Last 7 days: NAAT positivity | Last 7 days: Confirmed admissions (per 100k) | Change from previous week: Pct. change in cases | Change from previous week: Abs. change in NAAT pos. | Change from previous week: Pct. change in conf. adm. per 100k | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| NE | 799 (41) | 6.4% | 134 (6.9) | +26% | -1.6% | -11% | |

## Low Transmission States/Territories

| State | Last 7 days: Cases (per 100k) | Last 7 days: NAAT positivity | Last 7 days: Confirmed admissions (per 100k) | Change from previous week: Pct. change in cases | Change from previous week: Abs. change in NAAT pos. | Change from previous week: Pct. change in conf. adm. per 100k | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|

As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.
The Weekly Categories slides indicate which states and territories fell in the high, substantial, moderate, and low transmission level categories at the beginning of the week (as of Friday data). The indicators shown here are fixed throughout the week and provide a common reference point for states from week to week.

# TRENDS IN CASE INCIDENCE DURING THE LAST 8 WEEKS

**Case incidence categories**

(based on cases per 100,000 population in the last 7 days)

- 4 or less
- 5 - 9
- 10 - 49
- 50 - 99
- 100 - 199
- 200 or more

**Weekly % change categories**

(arrow based on % change in weekly cases)

- -26% or less
- -25% - -11%
- -10% - 0%
- +1% - +10%
- +11% - +25%
- +26% or more

**Source**: CDC state-reported data. See Data Sources/Methods slides for additional details.

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 319 of 566 PageID #: 2727

# TRENDS IN MORTALITY RATE DURING THE LAST 4 WEEKS AND 4 WEEK FORECAST

Alaska
Northern Mariana Islands
Guam
Hawaii
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Maine
Vermont
New Hampshire
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
14
0
Deaths per 100k
(7-day total)
Feb 10
Mar 09
Apr 04
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

Mortality rate categories
(based on deaths per 100,000 population in the last 7 days)
0.0
0.1 - 0.9
1.0 - 1.9
2.0 - 4.9
5.0 or more

Projected Deaths
50% Prediction Interval
95% Prediction Interval

**Source**: CDC state-reported data. Indicates date of report for most states, but date of death for some. See Data Sources/Methods for additional details.

**Forecast**: The forecast displays projected weekly death totals using an ensemble of predictive models generated by academic, private industry, and governmental groups. Models make various assumptions about the levels of social distancing and other interventions, which may not reflect recent changes in behavior. FEMA regions are not included in the forecast. More information is available at the COVID-19 Forecast Hub. The forecast date is as of 3/7.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000820

# TRENDS IN NAAT POSITIVITY DURING THE LAST 8 WEEKS

**NAAT positivity categories**

(based on proportion of positive tests over the last 7 days)

- 2.9% or less
- 3.0% - 4.9%
- 5.0% - 7.9%
- 8.0% - 9.9%
- 10.0% - 14.9%
- 15.0% or more

**Weekly absolute change categories**

(arrow based on absolute change in weekly NAAT positivity)

Most recent dates may be less reliable due to delayed reporting. States in gray have limited or no reporting in most recent week.

**Source**: Unified Testing Dataset. See Data Sources/Methods slides for additional details.

Trends missing data for the most recent day have been colored gray.

TN testing data has at least 7 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

# TRENDS IN EMERGENCY DEPARTMENT DISCHARGE DIAGNOSES DURING THE LAST 8 WEEKS

Trends missing data for the most recent day have been colored gray.

*Some states have low participation rates in NSSP (<15% of facilities) or unavailable ED diagnosis data. Therefore, the Unified Hospital Dataset was used to generate the trend arrow for comparison.

**Average percent of ED visits with COVID-19 discharge diagnosis**

(based on proportion of discharge diagnoses including COVID-19 over the last 7 days)

**Weekly absolute change**

(based on change in COVID-19 diagnosis percentage, or COVID-19 ED visit percentage where diagnosis data is incomplete)

**Primary Source:** National Syndromic Surveillance Program (NSSP). <15% of ED facilities in CA, HI, IA, MN, and OK participate in NSSP. OH data stream is currently down due to a recent system upgrade. MO discharge diagnosis data is incomplete

**Secondary Source:** Unified Hospital Dataset ED visits. This includes all visits related to COVID-19, which includes patients that *"meet suspected or confirmed definition or presents for COVID diagnostic testing"*.

*See Data Sources/Methods slides for additional details.*

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 322 of 566 PageID #: 2730

# TRENDS IN HOSPITAL ADMISSIONS PER 100 BEDS DURING THE LAST 8 WEEKS

Figure depicts confirmed hospital admissions per 100 inpatient beds.

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.













# TRENDS IN HOSPITAL INPATIENT COVID UTILIZATION DURING THE LAST 8 WEEKS

**Inpatient bed utilization categories**

(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

- 3% or less
- 4% - 7%
- 8% - 12%
- 13% - 15%
- 16% - 20%
- 21% or more

**Weekly absolute change categories**

(arrow based on absolute change in weekly % of beds occupied by confirmed COVID-19 patients)

- -2% or less
- -1%
- 0%
- +1%
- +2%
- +3% or more

**Source**: Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

# TRENDS IN STAFFED ADULT ICU BED CAPACITY DURING THE LAST 8 WEEKS

Alaska
Northern Mariana Islands
Guam
Hawaii
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Maine
Vermont
New Hampshire
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
100%
ICU Utilization (7-day average)
0%
Jan 12
Mar 08
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

**Staffed Adult ICU COVID Utilization categories**
(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

3% or less
4% - 7%
8% - 12%
13% - 15%
16% - 20%
21% or more

**Weekly absolute change categories**
(arrow based on absolute change in weekly % of ICU beds occupied by confirmed COVID-19 patients)

-2% or less
-1%
0%
+1%
+2%
+3% or more

Color based on ICU confirmed COVID-19 utilization only. Light gray based on overall ICU utilization. Most recent dates may be less reliable due to delayed reporting.

**Source**: Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000825

# TRENDS IN PERCENT OF POPULATION AGED 5-11 INITIATING VACCINATION DURING THE LAST 8 WEEKS

**Percent of population 5–11 initiating vaccination**

(based on percent of population in last 7 days)

- +0.5% or less
- +0.6% - +1.0%
- +1.1% - +1.5%
- +1.6% - +2.0%
- +2.1% - +2.5%
- +2.6% - +3.0%
- +3.1% or more

**Weekly absolute change categories**

(arrow based on absolute change in percent of population)

- -0.26% or less ↓
- -0.25% - -0.11% ↘
- -0.10% - +0.01% →
- +0.02% - +0.10% →
- +0.11% - +0.25% ↗
- +0.26% or more ↑

**Source:** Unified COVID-19 Vaccine Dataset. See Data Sources/Methods slides for additional details.

# TRENDS IN PERCENT OF POPULATION AGED 5+ INITIATING VACCINATION DURING THE LAST 8 WEEKS

Alaska
Northern Mariana Islands
Guam
Hawaii
Maine
Vermont
New Hampshire
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
2.7%
0.0%
Percent of population aged 5+ initiating vaccination (7-day rolling sum)
Jan 14
Mar 10
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

**Percent of population 5+ initiating vaccination**

(based on percent of population in last 7 days)

+0.5% or less
+0.6% - +1.0%
+1.1% - +1.5%
+1.6% - +2.0%
+2.1% - +2.5%
+2.6% - +3.0%
+3.1% or more

**Weekly absolute change categories**

(arrow based on absolute change in percent of population)

-0.26% or less
-0.25% - -0.11%
-0.10% - +0.01%
+0.02% - +0.10%
+0.11% - +0.25%
+0.26% or more

**Source:** Unified COVID-19 Vaccine Dataset. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000827

# TRENDS IN COVID-19 TEST POSITIVITY BY AGE GROUP AND REGION

## National

| Age group | Test positivity (last 7 days) | abs. change from previous week |
|---|---|---|
| <5 | 3.8% | -1.2% ↘ |
| 5-11 | 1.4% | -0.9% ↘ |
| 12-17 | 1.8% | -1.0% ↘ |
| 18-24 | 2.4% | -0.9% ↘ |
| 25-44 | 3.0% | -1.2% ↘ |
| 45-64 | 3.0% | -1.1% ↘ |
| 65+ | 3.6% | -1.1% ↘ |

## Regional

| Age group | Region 1 abs. change | Region 2 abs. change | Region 3 abs. change | Region 4 abs. change | Region 5 abs. change | Region 6 abs. change | Region 7 abs. change | Region 8 abs. change | Region 9 abs. change | Region 10 abs. change |
|---|---|---|---|---|---|---|---|---|---|---|
| <5 | -1.1% ↘ | +0.0% → | -1.9% ↘ | -1.8% ↘ | -1.3% ↘ | -1.6% ↘ | -1.3% ↘ | -1.5% ↘ | -1.1% ↘ | -2.0% ↘ |
| 5-11 | -1.5% ↘ | -0.5% → | -1.6% ↘ | -1.2% ↘ | -0.6% ↘ | -1.1% ↘ | -2.7% ↓ | -1.8% ↘ | -0.6% ↘ | -1.6% ↘ |
| 12-17 | -0.7% ↘ | -0.8% ↘ | -1.3% ↘ | -1.8% ↘ | -0.8% ↘ | -1.5% ↘ | -1.2% ↘ | -2.3% ↓ | -0.6% ↘ | -1.3% ↘ |
| 18-24 | -0.4% → | -0.4% → | -1.3% ↘ | -1.5% ↘ | -0.7% ↘ | -1.7% ↘ | -1.1% ↘ | -1.5% ↘ | -0.8% ↘ | -0.6% ↘ |
| 25-44 | -0.6% ↘ | -0.5% → | -1.9% ↘ | -1.7% ↘ | -0.8% ↘ | -1.7% ↘ | -2.0% ↘ | -1.8% ↘ | -1.0% ↘ | -1.3% ↘ |
| 45-64 | -0.5% → | -0.4% → | -1.6% ↘ | -1.7% ↘ | -0.8% ↘ | -1.7% ↘ | -1.9% ↘ | -1.1% ↘ | -0.9% ↘ | -1.1% ↘ |
| 65+ | -0.8% ↘ | -0.5% → | -1.8% ↘ | -1.9% ↘ | -0.7% ↘ | -1.6% ↘ | -1.4% ↘ | -0.6% ↘ | -0.6% ↘ | -0.7% ↘ |

**Source:** Unified Testing Dataset. Figures show 7-day average over the last 8 weeks. See Data Sources/Methods slides for additional details. Absolute change is shown as light red if +0.6% to +2.0%, and dark red if +2.1% or higher.

# TRENDS IN COVID-19 TEST VOLUME BY AGE GROUP AND REGION

## National

| Age group | Test volume per 100k (last 7 days) | % change from previous week |
|---|---|---|
| <5 | 1,176 | -10% → |
| 5-11 | 2,581 | +3% → |
| 12-17 | 2,034 | -6% → |
| 18-24 | 2,512 | -8% → |
| 25-44 | 1,947 | -9% → |
| 45-64 | 1,802 | -8% → |
| 65+ | 1,873 | -9% → |

## Regional

| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| <5 | -4% → | +7% → | -2% → | -21% ↘ | +2% → | -13% ↘ | -3% → | -7% → | -26% ↓ | -5% → |
| 5-11 | +4% → | +42% ↑ | +7% → | -12% ↘ | +56% ↑ | -17% ↘ | +12% ↗ | +9% → | -27% ↓ | +19% ↗ |
| 12-17 | -3% → | +37% ↑ | +5% → | -16% ↘ | +40% ↑ | -11% ↘ | +2% → | +17% ↗ | -30% ↓ | +8% → |
| 18-24 | -6% → | +5% → | +1% → | -9% → | -4% → | -5% → | -0% → | +5% → | -24% ↘ | -2% → |
| 25-44 | -2% → | +6% → | +3% → | -13% ↘ | -3% → | -8% → | -3% → | +0% → | -26% ↓ | -4% → |
| 45-64 | -1% → | +6% → | +4% → | -12% ↘ | -1% → | -10% → | -1% → | -0% → | -25% ↘ | -3% → |
| 65+ | -5% → | +8% → | +5% → | -11% ↘ | -5% → | -14% ↘ | -6% → | -9% → | -25% ↘ | -2% → |

**Source:** Unified Testing Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details.

# TRENDS IN CONFIRMED COVID-19 ADMISSIONS BY AGE GROUP AND REGION

## National

| Age group | Conf. admits per 100k (last 7 days) | % change from previous week |
|---|---|---|
| **<18** | 1.8 | -7% → |
| **18-29** | 2.7 | -28% ↓ |
| **30-39** | 3.7 | -27% ↓ |
| **40-49** | 3.8 | -30% ↓ |
| **50-59** | 6.3 | -26% ↓ |
| **60-69** | 10.5 | -30% ↓ |
| **70+** | 23.4 | -29% ↓ |

## Regional

| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| **<18** | -36% ↓ | +7% → | -16% ↘ | +7% → | -21% ↘ | -14% ↘ | -16% ↘ | -11% ↘ | +12% ↗ | -4% → |
| **18-29** | -34% ↓ | -23% ↘ | -23% ↘ | -38% ↓ | -31% ↓ | -11% ↘ | -48% ↓ | -19% ↘ | -28% ↓ | -29% ↓ |
| **30-39** | -29% ↓ | -35% ↓ | -26% ↓ | -40% ↓ | -31% ↓ | -22% ↘ | -29% ↓ | -20% ↘ | -18% ↘ | -19% ↘ |
| **40-49** | -18% ↘ | -32% ↓ | -33% ↓ | -39% ↓ | -32% ↓ | -17% ↘ | -46% ↓ | -27% ↓ | -22% ↘ | -41% ↓ |
| **50-59** | -1% → | -22% ↘ | -18% ↘ | -41% ↓ | -25% ↘ | -16% ↘ | -37% ↓ | -27% ↓ | -13% ↘ | -30% ↓ |
| **60-69** | -40% ↓ | -14% ↘ | -34% ↓ | -39% ↓ | -28% ↓ | -31% ↓ | -24% ↘ | -32% ↓ | -26% ↓ | -19% ↘ |
| **70+** | -24% ↘ | -27% ↓ | -29% ↓ | -43% ↓ | -28% ↓ | -26% ↓ | -25% ↘ | -17% ↘ | -17% ↘ | -24% ↘ |

**Source:** Unified Hospital Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details. Percent change is shown as light red if +11% to +25%, and dark red if +26% or higher.

## DATA NOTES

- Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.
- **Population/Demographics:** Population and demographic data is from US Census Vintage 2019 Demographic Estimates.

- **Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases and deaths are based on date of report in most states, but on date of symptom onset or date of death in others. Some states use a combination of the two methods. For date of report states, there may be artificial spikes in any given day of data caused by delayed reporting; for date of event states, there are frequent updates to time series and it may take several days (for cases) or several weeks (for deaths) for complete data. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

- **Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

- **Hospital Data**: Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.
  - Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
  - Total inpatient and ICU bed counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
  - Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

# Color Thresholds for Indicators

The green-to-red color thresholds convey information on levels of transmission severity. There are not specific labels associated with each color threshold.

Colors are determined by first rounding a raw number to the nearest integer or tenth, and then selecting the associated color. If there is no data or a metric cannot be computed, a cell is colored gray.

Color thresholds were set based on a variety of factors and analyses, including assessing historical correlations in test positivity and case counts.

Additional shades of red are used for certain visualizations to provide greater context.

**NOTE: Colors are applied after rounding to the displayed digits of precision**

## CASES/DEATHS

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed cases - 7-day total | *colored by per capita thresholds* | | | | | |
| Cases per 100k - 7-day total | 4 or less | 5 – 9 | 10 – 49 | 50 – 99 | 100 – 199 | 200 or more |
| Confirmed deaths - 7-day total | *colored by per capita thresholds* | | | | | |
| Confirmed deaths per 100k - 7-day total | not used | 0.0 | 0.1 – 0.9 | 1.0 – 1.9 | 2.0 – 4.9 | 5.0 or more |
| Confirmed cases - % change<br>Confirmed deaths - % change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |

## VIRAL (RT-PCR) LAB TESTING

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| NAAT positivity rate - 7 day average | 2.9% or less | 3.0% – 4.9% | 5.0% – 7.9% | 8.0% – 9.9% | 10.0% – 14.9% | 15.0% or more |
| Total NAATs - 7-day total | *colored by per capita thresholds* | | | | | |
| NAATs per 100k - 7-day total | 5,000 or more | 3,000 – 4,999 | 2,000 – 2,999 | 1,000 – 1,999 | 500 – 999 | 499 or less |
| NAAT positivity rate - absolute change | -2.1% or less | -2.0% – -0.6% | -0.5% – +0.0% | +0.1% – +0.5% | +0.6% – +2.0% | +2.1% or more |
| Total NAATs - percent change | +26% or more | +25% – +11% | +10% – +1% | +0% – -10% | -11% – -25% | -26% or less |

## HOSPITAL UTILIZATION

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed COVID-19 admissions - 7-day total<br>Suspected COVID-19 admissions - 7-day total<br>Total COVID-19 admissions - 7-day total | *colored by per 100 bed thresholds* | | | | | |
| Confirmed COVID-19 admissions per 100 inpatient beds - 7-day total<br>Suspected COVID-19 admissions per 100 inpatient beds - 7-day total | 1.0 or less | 1.1 – 3.0 | 3.1 – 5.0 | 5.1 – 10.0 | 10.1 – 15.0 | 15.1 or more |
| Total COVID-19 admissions per 100 inpatient beds - 7-day total | 2.0 or less | 2.1 – 5.0 | 5.1 – 10.0 | 10.1 – 15.0 | 15.1 – 20.0 | 20.1 or more |
| % inpatient beds occupied<br>% ICU beds occupied | GRAY<br>0% – 80% | | | | 81% – 90% | 91% or more |
| % inpatient beds occupied by COVID-19 patient<br>% ICU beds occupied by COVID-19 patient | 3% or less | 4% – 7% | 8% – 12% | 13% – 15% | 16% – 20% | 21% or more |
| Confirmed COVID-19 admissions per 100 inpatient beds - percent change<br>Suspected COVID-19 admissions per 100 inpatient beds - percent change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |
| % inpatient beds occupied - absolute change<br>% inpatient beds occupied by COVID-19 patient - absolute change<br>% ICU beds occupied - absolute change<br>% ICU beds occupied by COVID-19 patient - absolute change | -2% or less | -1% | 0% | +1% | +2% | +3% or more |
| Monoclonal antibody courses administered by hospitals - percent change | 100% or more | 99% – 20% | 19% – 0% | -1% – -19% | -20% – -99% | -100% or less |

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 332 of 566 PageID #: 2740

**States that have provided no county testing data for the most recent days of reporting:**

- All states have provided at least some testing data for the time period in this report.

**States that have provided no state testing data for the most recent days of reporting**

- All states have provided at least some testing data for the time period in this report.

**Cases and Deaths**

- County-level case and death data are inclusive of all updates as of 03PM 3/10/2022.
- State-level case and death data are inclusive of all updates as of 03PM 3/10/2022.

**County Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

**State Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

# DATA SOURCES AND METHODS – AOC CONTINUUM

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

## Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

## Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

## Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:**
Decision tree model that leverages the following features, trained based on prior data:

***Cases***
- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days

***Testing***
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

## Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
  AND
- Number of days in downward case trajectory* ≤ 7 days
  AND
- >50 cases during past week
  AND
- Conditions must hold for at least 3 of the previous 5 days

## Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
  AND
- >200 new cases per 100k population OR >1,000 new cases in the past two weeks
  AND
- Daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
  AND
- >100 cases during the last two weeks
  AND
- Conditions must hold for at least 3 of the previous 5 days

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

## High Burden - Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
  AND
- Not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
  AND
- >100 new cases per 100k population OR >500 new cases in last week
  AND
- Number of days in downward trajectory* ≥ 7
  AND
- >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

## Moderate Burden - Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

***Number of Days in Downward Case Trajectory:** This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.



# Community Profile Report

## March 31 2022

The Community Profile Report (CPR) is generated by the Data Strategy and Execution Workgroup, under the White House COVID-19 Team. It is managed by an interagency team with representatives from multiple agencies and offices (including the United States Department of Health and Human Services, the Centers for Disease Control and Prevention, the Assistant Secretary for Preparedness and Response, and the Indian Health Service). The CPR provides easily interpretable information on key indicators for all regions, states, core-based statistical areas (CBSAs), and counties across the United States. It is a daily snapshot in time that:

- Focuses on recent COVID-19 outcomes in the last seven days and changes relative to the week prior
- Provides additional contextual information at the county, CBSA, state and regional levels
- Supports rapid visual interpretation of results with color thresholds

Data in this report may differ from data on state and local websites. This may be due to differences in how data were reported (e.g., date specimen obtained, or date reported for cases) or how the metrics are calculated. Historical data may be updated over time due to delayed reporting. Data presented here use standard metrics across all geographic levels in the United States. It facilitates the understanding of COVID-19 pandemic trends across the United States by using standardized data. The footnotes describe each data source and the methods used for calculating the metrics. For additional data for any particular locality, visit the relevant health department website. Additional data and features are forthcoming.

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

COMMUNITY PROFILE REPORT

# Table of Contents

| | |
|---|---|
| **National Time Series** | 3. **National time series** (national case, death, percent test positivity, and hospital admission curves)<br>4. **Time series by Census Region** (regional case, death, percent test positivity, and hospital admission curves) |
| **National Maps** | 5. **Number of new cases and deaths in the last 7 days**<br>6-8. **Case incidence/Mortality rate/NAAT positivity in the last 7 days and comparison to the previous 7 days**<br>9. **Hospital admissions in the last 7 days and comparison to the previous 7 days**<br>10-11. **Hospital inpatient/ICU COVID-19 utilization in the last 7 days and comparison to the previous 7 days**<br>12. **Vaccination rates by county** (% of total population and % of 65+ population fully-vaccinated)<br>13. **COVID-19 community level** (describes county-level risk and potential for health care system strain based on hospital and case metrics)<br>14. **Area of Concern Continuum** (describes communities as they progress through stages of the epidemic)<br>15. **Area of Concern Continuum - Rapid Riser Counties** (highlights counties with recent acceleration in cases) |
| **National and State Profiles** | 16. **National and regional metrics** (key indicators at the regional and national levels)<br>17. **State profiles** (states with summary information listed alphabetically) |
| **National Trends** | 18. **Trends in case incidence during the last 8 weeks** (state, regional, and national case incidence curves)<br>19. **Trends in mortality rate during the last 4 weeks and 4 week forecast** (state and national mortality curves, with 4-week CDC ensemble forecast)<br>20. **Trends in NAAT positivity during the last 8 weeks** (state, regional and national, percent test positivity curves)<br>21. **Trends in emergency department discharge diagnoses during the last 8 weeks** (state, regional, and national ED visit curves)<br>22. **Trends in hospital admissions per 100 beds during the last 8 weeks** (state, regional, and national hospital admission curves)<br>23-24. **Trends in hospital inpatient/ICU COVID utilization during the last 8 weeks** (state, regional, and national hospital utilization curves)<br>25. **Trends in percent of population aged 5-11 initiating vaccination during the last 8 weeks** (state, regional, and national vaccine doses administered curves)<br>26. **Trends in percent of population aged 5+ initiating vaccination during the last 8 weeks** (state, regional, and national vaccine doses administered curves)<br>27. **Trends in viral (NAAT) lab test positivity by age group and FEMA Region**<br>28. **Trends in viral (NAAT) lab test volume by age group and FEMA Region**<br>29. **Trends in hospital admissions per 100k by age group and FEMA Region** |
| **Data Sources and Methods** | 30. **Data sources and methods** (data sources and notes for cases and deaths, testing data, and hospital data)<br>31. **Data sources and methods – color thresholds** (definitions for color coding used throughout slides)<br>32. **Data sources and methods – dynamic data notes** (data notes that are updated each day or as needed)<br>33. **Data sources and methods – AOC Continuum** (detailed description of 7 stages of the epidemic described within the AOC continuum) |

**White House COVID-19 Team, Data Strategy and Execution Workgroup**
All inquiries and requests for information to DSEW should be directed to https://wwwn.cdc.gov/dcs/ContactUs/Form.

# NATIONAL TIME SERIES

New Cases
Data as of 03/31/2022
Cases
Daily Cases
7-Day Moving Average
NAAT Positivity
Data as of 03/31/2022
Incomplete Reporting
NAAT Positivity
Daily NAAT Positivity
7-Day Moving Average
New Deaths
Data as of 03/31/2022
Deaths
Daily Deaths
7-Day Moving Average
New Hospital Admissions
Data as of 03/31/2022
Hospital Admissions
Data Unavailable due to Minimal Reporting
Daily Confirmed Admissions
7-Day Moving Average

**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000837



# TIME SERIES BY CENSUS REGION

New Cases per 100K (7-day average)
Data as of 03/31/2022
Cases per 100K
Northeast
Midwest
South
West
National
NAAT Positivity (7-day average)
Data as of 03/31/2022
Incomplete Reporting
NAAT Positivity
Total Tests
Daily Tests
New Deaths per 100K (7-day average)
Data as of 03/31/2022
Deaths per 100K
New Confirmed Hospital Admissions per 100K (7-day average)
Data as of 03/31/2022
Confirmed Hospital Admissions per 100K
Data Unavailable due to Minimal Reporting

**Source:** CDC state-reported data (cases and deaths), Unified Testing Dataset, Unified Hospital Dataset.
See https://www.census.gov/geographies/reference-maps/2010/geo/2010-census-regions-and-divisions-of-the-united-states.html for census regions.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000838

# NUMBER OF NEW CASES AND DEATHS IN THE LAST 7 DAYS

**Total Cumulative Cases:** 79,904,464
**New Cases in Last 7 Days:** 180,127
**Percent Change from Previous 7 Days:** -3.0%

**Total Cumulative Deaths:** 977,495
**New Deaths in Last 7 Days:** 4,387
**Percent Change from Previous 7 Days:** -14.4%

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Cases by County
in the Week 24MAR2022-30MAR2022
Cases
0
1 - 9
10 - 99
100 - 999
1,000 - 4,999
5,000 - 9,999
10,000+
No Data

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Deaths by County
in the Week 24MAR2022-30MAR2022
Deaths
0
1 to 4
5 to 24
25 to 99
100 or More
No Data

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 339 of 566 PageID #: 2747

# CASE INCIDENCE IN LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Incidence Rate in the Last 7 Days:** 54.3 per 100,000

**Percent Change from Previous 7 Days:** -3.0%

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Cases per 100K by County in the Week 24MAR2022-30MAR2022
Cases per 100K
≤ 20 Cases in Last 14 Days
0 to 4
5 to 9
10 to 49
50 to 99
100 to 199
200 to 499
500 to 749
750 or More
No Data

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Percent Change in Cases per 100K by County in the Week 24MAR2022-30MAR2022
Percent Change in Cases per 100K
≤ 20 Cases in Last 14 Days
-26% or Less
-25% to -11%
-10% to 0%
1% to 10%
11% to 99%
100% to 999%
1,000% or More
No Data

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 340 of 566 PageID #: 2748

# MORTALITY RATE IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Mortality Rate in the Last 7 Days:** 1.3 deaths per 100,000

**Percent Change from Previous 7 Days:** -14.4%

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Deaths per 100K by County in the Week 24MAR2022-30MAR2022
Deaths per 100K
0.0
0.1 to 0.9
1.0 to 1.9
2.0 to 4.9
5.0 to 9.9
10.0 to 14.9
15.0 or More
No Data

Date: 3/31/2022
Source: CDC Aggregate County Data, CDC State-Reported Data (Territories)
Percent Change in Deaths per 100K by County in the Week 24MAR2022-30MAR2022
Percent Change in Deaths per 100K
0 Deaths in Last 14 Days
26%+ Less
11% to 25% Less
Little Change
11% to 25% More
26%+ More
No Data

# NAAT POSITIVITY IN THE LAST 7 DAYS AND COMPARISON TO PREVIOUS 7 DAYS

**NAAT Positivity in Last 7 Days:** 2.4%

**Absolute Change from Previous 7 Days:** +0.2%

Date: 3/31/2022
Source: Unified Testing Dataset
NAAT Positivity by County in the Week 22MAR2022-28MAR2022
Test Positivity
< 20 Tests in Last 7 Days
0.0% to 2.9%
3.0% to 4.9%
5.0% to 7.9%
8.0% to 9.9%
10.0% to 14.9%
15.0% to 19.9%
20.0% to 24.9%
25.0% or More
No Data
Date: 3/31/2022
Source: Unified Testing Dataset
Absolute Change in NAAT Positivity by County in the Week 22MAR2022-28MAR2022
Absolute Change in Test Positivity
< 20 Tests in Last 7 Days
-2.1% or Less
-2.0% to -0.6%
-0.5% to 0.0%
0.1% to 0.5%
0.6% to 2.0%
2.1% or More
No Data

As of 2/17/2022, IA is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

AK and HI testing data have at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

# HOSPITAL ADMISSIONS IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Total Confirmed COVID-19 Hospital Admissions in Last 7 Days:** 10,950

**Percent Change from Previous 7 Days:** -15.8%

Date: 3/31/2022
Source: Unified Hospital Dataset
Confirmed COVID Admissions per 100K by County from 16MAR-22MAR2022 to 23MAR-29MAR2022
WA
OR
CA
NV
ID
MT
WY
UT
AZ
CO
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
WI
IL
MI
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
VT
NH
ME
MA
CT
RI
NJ
DE
MD
DC
AK
HI
COVID Admissions per 100K
0.0 to 1.9
2.0 to 4.9
5.0 to 9.9
10.0 to 19.9
20.0 to 29.9
30.0 or More
No Data

Date: 3/31/2022
Source: Unified Hospital Dataset
Percent Change in Confirmed COVID-19 Admissions per 100K by County from 16MAR-22MAR2022 to 23MAR-29MAR2022
WA
OR
CA
NV
ID
MT
WY
UT
AZ
CO
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
WI
IL
MI
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
VT
NH
ME
MA
CT
RI
NJ
DE
MD
DC
AK
HI
Percent Change in COVID Admissions per 100K
26%+ Less
11% to 25% Less
Little Change
11% to 25% More
26%+ More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Confirmed COVID-19 admissions are all confirmed daily admissions reported within the last 7 days. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

CDC ASPR

AZT42AR0000843

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 343 of 566 PageID #: 2751

**Average Daily COVID-19 Hospital Inpatients over Last 7 Days:** 12,391

**Percent Change from Previous 7 Days:** -20.4%

Date: 3/31/2022
Source: Unified Hospital Dataset
Hospital Inpatient COVID-19 Utilization by County in the Week 23MAR2022-29MAR2022
Inpatient COVID Utilization
0% to 3%
4% to 7%
8% to 12%
13% to 15%
16% to 20%
21% to 25%
26% to 30%
31%+
No Data

Date: 3/31/2022
Source: Unified Hospital Dataset
Absolute Change in Hospital Inpatient COVID-19 Utilization by County from 16MAR-22MAR2022 to 23MAR-29MAR2022
Absolute Change in Inpatient COVID Utilization
-2% or Less
-1%
0%
+1%
+2%
+3% or More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. COVID-19 inpatient utilization indicates average percentage of staffed inpatient beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

# STAFFED ADULT ICU COVID-19 UTILIZATION IN THE LAST 7 DAYS AND COMPARISON TO THE PREVIOUS 7 DAYS

**Average Daily Adult ICU COVID-19 Patients over Last 7 Days:** 2,255

**Percent Change from Previous 7 Days:** -25.4%

Date: 3/31/2022
Source: Unified Hospital Dataset
Staffed Adult ICU COVID-19 Utilization by County in the Week 23MAR2022-29MAR2022
ICU COVID Utilization
0% to 3%
4% to 7%
8% to 12%
13% to 15%
16% to 20%
21% to 25%
26% to 30%
31%+
No Data

Date: 3/31/2022
Source: Unified Hospital Dataset
Absolute Change in Staffed Adult ICU COVID-19 Utilization by County from 16MAR-22MAR2022 to 23MAR-29MAR2022
Absolute Change in ICU COVID Utilization
-2% or Less
-1%
0%
+1%
+2%
+3% or More
No Data

**Source:** Unified Hospital Dataset, excluding psychiatric, rehabilitation, and religious non-medical hospitals. Staffed adult ICU COVID-19 utilization indicates average percentage of staffed adult ICU beds occupied by confirmed COVID-19 patients within the given time period. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self contained with respect to hospital care. See Data Sources/Methods slides for additional details.

# VACCINATION RATES BY COUNTY

**Percent of Population Fully Vaccinated:** 65.6%
**Percent of Population with at Least 1 Dose:** 77.0%

**Percent of Population Initiating Vaccination in the Last Week:** 0.1%

**Source:** Unified COVID-19 Vaccine Dataset. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Initiating vaccination indicates those who have received the first dose of the Pfizer-BioNTech or Moderna vaccines and those who have received a dose of the J&J/Janssen vaccine in the last week. Values reflect total by report date, not administered date. In instances where the number of people fully vaccinated is greater than those with at least one dose for a specific county, the county will have "no data" on the map of population initiating vaccination; see COVID Data Tracker for further information. The following states have ≤80% completeness reporting vaccinations by county, which may result in underestimates of vaccination data for counties and CBSAs: VA (79%), VT (74%), HI (0%)

# COVID-19 COMMUNITY LEVEL

Date: 3/31/2022
Source: CDC Aggregate County Data and Unified Hospital Dataset
COVID-19 Community Level by County
03/24/2022-03/30/2022
WA
OR
CA
MT
ID
NV
UT
AZ
WY
CO
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
WI
IL
MI
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
VT
NH
ME
MA
CT
RI
NJ
DE
MD
DC
AK
HI
PR
COVID-19 Community Level
High
Medium
Low
N/A

## Counties by COVID-19 Community Level Component Metrics

| < 200 Cases per 100k | | | |
|---|---|---|---|
| Admissions per 100k | < 10.0 | 10.0 - 19.9 | 20.0 + |
| # of counties (change) | 3,063 (↑116) | 76 (↓51) | 10 (↓21) |
| % of counties (change) | 95.1% (↑3.6%) | 2.4% (↓1.6%) | 0.3% (↓0.7%) |
| COVID Inpatient Occupancy | <10.0% | 10.0% to 14.9% | 15.0% + |
| # of counties (change) | 3,140 (↑43) | 4 (↑4) | 2 (↓3) |
| % of counties (change) | 97.5% (↑1.3%) | 0.1% (↑0.1%) | 0.1% (↓0.1%) |
| **200 + Cases per 100k** | | | |
| Admissions per 100k | N/A | < 10.0 | 10.0 + |
| # of counties (change) | N/A | 66 (↓42) | 5 (↓2) |
| % of counties (change) | N/A | 2.0% (↓1.3%) | 0.2% (↓0.1%) |
| COVID Inpatient Occupancy | N/A | < 10.0% | 10.0% + |
| # of counties (change) | N/A | 71 (↓43) | 0 (↓1) |
| % of counties (change) | N/A | 2.2% (↓1.3%) | 0.0% (↓0.0%) |

## Counties by COVID-19 Community Level

| Category | Low | Medium | High |
|---|---|---|---|
| # of counties (change) | 3,057 (↑114) | 146 (↓88) | 17 (↓26) |
| % of counties (change) | 94.9% (↑3.5%) | 4.5% (↓2.7%) | 0.5% (↓0.8%) |
| % of population (change) | 97.2% (↑1.8%) | 2.5% (↓1.9%) | 0.3% (↑0.0%) |

COVID-19 Community Levels Over Time
(% of counties)

100%, 80%, 60%, 40%, 20%, 0%
10/01/2020, 12/01/2020, 02/01/2021, 04/01/2021, 06/01/2021, 08/01/2021, 10/01/2021, 12/01/2021, 02/01/2022

**Source:** CDC Aggregate County Dataset (cases), Unified Hospital Dataset (admissions)

**Notes:** Cases data from March 24-30, 2022, hospital data from March 23-29, 2022. COVID-19 Community Level is determined by the higher of the new admissions and inpatient bed metrics, based on the current level of new cases per 100,000 population in the past 7 days. Admissions per 100k refers to the 7-day total of confirmed COVID-19 hospital admissions. COVID Inpatient Occupancy refers to the percent of staffed inpatient beds occupied by a COVID-19 patient (7-day average). A county is N/A if hospital data is not available. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. Previous week levels are computed based on current data. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000847



# AREA OF CONCERN CONTINUUM

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** – communities with minimal activity

(2) **Moderate Burden** – communities with moderate disease activity

(3) **Emerging Hotspot** – communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** – communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** – communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden – Resolving** – communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden – Resolving** – communities that have a moderate level of burden, but are demonstrating improvement

See Data Sources/Methods slides for more information.





# AREA OF CONCERN CONTINUUM: RAPID RISER COUNTIES

Date: 3/31/2022
Source: CDC Aggregate County Data
Counties with Rapid Rise in Cases in the Last 14 Days
Ratio of 7-day to 30-day Cases
0 - 0.16
0.17 - 0.21
0.22 - 0.26
0.27 - 0.31
0.32 - 0.36
0.37+

This map shows counties that have seen a rapid rise in cases within the last 14 days by meeting the following **Rapid Riser County** criteria:

- >100 new cases in last 7 days
- >0% change in 7-day incidence
- >-60% change in 3-day incidence
- 7-day incidence / 30-day incidence ratio >0.31
- one or both of the following triggering criteria:
  (a) >60% change in 3-day incidence,
  (b) >60% change in 7-day incidence

The color indicates *current* acceleration in cases (ratio of 7-day to 30-day cases). Counties in light red and red are continuing to see accelerating cases in the most recent week, while those in dark green and green may have seen declines in the most recent week.

The bar charts below show the history of rapid riser counties by FEMA region and week, indicating when different geographic areas have seen the greatest acceleration in cases.

# of Distinct Rapid Riser Counties by Week and FEMA Region
(vertical axis scaled to number of counties in region)
Region 1
Region 2
Region 3
Region 4
Region 5
Region 6
Region 7
Region 8
Region 9
Region 10
Mar 11
Sep 02
Feb 24
Aug 18
Feb 09
Week (date shows end of 7-day period)

# NATIONAL AND REGIONAL METRICS

## National Metrics

| | Last 7 days: Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | ICU COVID-19 utilization | Deaths (per 100k) | Change from previous week: Pct change in cases | Absolute change in NAAT pos. | Pct change in confirmed admissions | Absolute change in ICU COVID-19 util. | Pct change in deaths | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S Total - Last 7 Days | 180,127 (54) | 2.4% | 10,950 (3.3) | 3% | 4,387 (1.3) | -3% | +0.2% | -16% | -1% | -14% | |
| U.S. Total - 1 Week Ago | 185,626 (56) | 2.2% | 13,008 (3.9) | 4% | 5,126 (1.5) | -8% | -0.0% | -20% | -1% | -32% | |
| U.S. Total - Mar 2022 Peak | 382,864 (115) | 3.8% | 30,038 (9.0) | 10% | 12,330 (3.7) | | | | | | |
| U.S. Total - Feb 2022 Peak | 2,902,214 (874) | 18.4% | 112,340 (33.8) | 28% | 18,706 (5.6) | | | | | | |
| U.S. Total - Jan 2022 Peak | 5,646,019 (1,701) | 29.5% | 150,663 (45.4) | 31% | 18,169 (5.5) | | | | | | |
| U.S. Total - Dec 2021 Peak | 2,774,546 (836) | 26.0% | 91,146 (27.5) | 21% | 9,125 (2.7) | | | | | | |
| U.S. Total - Nov 2021 Peak | 663,519 (200) | 7.8% | 45,001 (13.6) | 16% | 8,630 (2.6) | | | | | | |
| U.S. Total - Oct 2021 Peak | 755,137 (227) | 6.4% | 54,983 (16.6) | 24% | 12,369 (3.7) | | | | | | |
| U.S. Total - Sep 2021 Peak | 1,151,654 (347) | 9.5% | 85,373 (25.7) | 29% | 13,529 (4.1) | | | | | | |
| U.S. Total - Aug 2021 Peak | 1,130,868 (341) | 10.5% | 85,996 (25.9) | 29% | 10,835 (3.3) | | | | | | |
| U.S. Total - Jul 2021 Peak | 576,698 (174) | 9.8% | 47,727 (14.4) | 12% | 3,216 (1.0) | | | | | | |

*Last 7 days indicates cases/deaths data from 3/24-3/30, admissions data from 3/23-3/29, and testing data from 3/22-3/28.*

## Regional Metrics

| FEMA Region (Population) | Last 7 days: Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | ICU COVID-19 utilization | Deaths (per 100k) | Change from previous week: Pct change in cases | Absolute change in NAAT pos. | Pct change in confirmed admissions | Absolute change in ICU COVID-19 util. | Pct change in deaths | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 9 (51,554,700) | 32,816 (64) | 1.5% | 1,848 (3.6) | 3% | 915 (1.8) | -17% | +0.0% | -19% | -1% | -16% | |
| Region 2 (31,635,735) | 31,355 (99) | 3.1% | 1,077 (3.4) | 2% | 115 (0.4) | +28% | +0.7% | -9% | -1% | -18% | |
| Region 4 (66,908,139) | 28,091 (42) | 2.6% | 2,073 (3.1) | 3% | 620 (0.9) | +16% | +0.2% | -17% | -1% | -21% | |
| Region 5 (52,542,063) | 24,342 (46) | 2.3% | 1,684 (3.2) | 2% | 728 (1.4) | +8% | +0.0% | -19% | -1% | -19% | |
| Region 6 (42,716,279) | 18,496 (43) | 2.3% | 1,604 (3.8) | 4% | 639 (1.5) | -36% | -0.0% | -13% | -2% | -28% | |
| Region 1 (14,845,063) | 14,399 (97) | 2.7% | 522 (3.5) | 2% | 189 (1.3) | +16% | +0.2% | -6% | -1% | +17% | |
| Region 3 (30,854,848) | 13,174 (43) | 2.3% | 917 (3.0) | 3% | 462 (1.5) | -7% | -0.1% | -15% | -1% | +16% | |
| Region 10 (14,351,240) | 9,569 (67) | 2.9% | 372 (2.6) | 3% | 231 (1.6) | -16% | +0.4% | -21% | -1% | -7% | |
| Region 7 (14,140,220) | 4,410 (31) | 2.8% | 523 (3.7) | 4% | 368 (2.6) | +9% | +0.0% | -5% | -1% | +19% | |
| Region 8 (12,258,952) | 3,427 (28) | 3.1% | 330 (2.7) | 3% | 120 (1.0) | -18% | +0.2% | -28% | -1% | -42% | |

# STATE PROFILES

States, DC, and PR listed alphabetically
Case Data from March 24-30, Admissions Data from March 23-29, Test Positivity Data from March 22-28

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | Pct. change in cases | Abs. change in NAAT pos. | Pct. change in conf. adm. per 100k | |
| AL | 3,054 (62) | 2.5% | 143 (2.9) | +80% | -0.9% | -19% | |
| AK* | 1,350 (185) | N/A | 34 (4.6) | -4% | N/A | -15% | |
| AZ | 10,143 (139) | 2.8% | 391 (5.4) | +122% | -0.4% | -12% | |
| AR | 868 (29) | 2.4% | 174 (5.8) | -80% | +0.2% | +3% | |
| CA | 18,591 (47) | 1.3% | 1,150 (2.9) | -40% | +0.1% | -22% | |
| CO | 1,963 (34) | 3.2% | 104 (1.8) | -16% | +0.5% | -34% | |
| CT | 2,705 (76) | 3.8% | 128 (3.6) | +23% | +0.5% | -12% | |
| DE | 736 (76) | 2.6% | 49 (5.0) | +60% | +0.1% | -8% | |
| DC | 536 (76) | 1.6% | 17 (2.4) | +10% | +0.4% | +31% | |
| FL | 9,971 (46) | 3.2% | 765 (3.6) | +15% | +0.9% | -16% | |
| GA | 3,618 (34) | 1.9% | 342 (3.2) | -10% | +0.4% | -10% | |
| HI* | 1,090 (77) | N/A | 40 (2.8) | +51% | N/A | -29% | |
| ID | 621 (35) | 2.0% | 29 (1.6) | -75% | -0.5% | -12% | |
| IL | 8,453 (67) | 1.6% | 404 (3.2) | +12% | +0.3% | -12% | |
| IN | 1,387 (21) | 2.5% | 200 (3.0) | -20% | -2.4% | -11% | |
| IA† | 399 (13) | N/A | 89 (2.8) | -45% | N/A | +13% | |
| KS | 484 (17) | 2.8% | 124 (4.3) | -12% | +0.3% | -15% | |
| KY | 2,016 (45) | 2.4% | 210 (4.7) | +3% | -0.9% | -32% | |
| LA | 632 (14) | 0.7% | 112 (2.4) | -24% | -0.1% | -28% | |
| ME | 1,378 (103) | 4.2% | 75 (5.6) | -6% | +0.5% | +23% | |
| MD | 2,214 (37) | 1.4% | 122 (2.0) | +13% | -0.1% | -26% | |
| MA | 7,415 (108) | 2.2% | 232 (3.4) | +30% | +0.3% | +7% | |
| MI | 5,324 (53) | 3.5% | 375 (3.8) | -10% | +0.4% | -16% | |
| MN | 2,725 (48) | 3.1% | 183 (3.2) | +3% | +0.1% | -15% | |
| MS | 557 (19) | 2.5% | 32 (1.1) | -17% | -0.9% | -41% | |
| MO | 2,949 (48) | 2.8% | 251 (4.1) | +7% | -0.0% | -1% | |

| State | Last 7 days | | | Change from previous week | | | Daily case trend - last 8 weeks |
|---|---|---|---|---|---|---|---|
| | Cases (per 100k) | NAAT positivity | Confirmed admissions (per 100k) | Pct. change in cases | Abs. change in NAAT pos. | Pct. change in conf. adm. per 100k | |
| MT | 232 (22) | 2.3% | 77 (7.2) | -36% | -2.0% | +4% | |
| NE | 578 (30) | 3.5% | 59 (3.1) | | -1.0% | -19% | |
| NV | 1,166 (38) | 4.0% | 123 (4.0) | +5% | +0.4% | +4% | |
| NH | 849 (62) | 3.1% | 35 (2.6) | +1% | -0.2% | -30% | |
| NJ | 7,596 (86) | 3.2% | 289 (3.3) | +17% | +0.7% | -8% | |
| NM | 884 (42) | 4.8% | 86 (4.1) | -15% | -1.4% | -5% | |
| NY | 21,677 (111) | 3.0% | 748 (3.8) | +29% | +0.7% | -9% | |
| NC | 6,494 (62) | 2.2% | 308 (2.9) | +60% | -0.1% | -5% | |
| ND | 185 (24) | 1.9% | 18 (2.4) | -28% | -0.3% | -53% | |
| OH | 3,668 (31) | 2.1% | 353 (3.0) | +67% | -0.2% | -28% | |
| OK | 1,952 (49) | 2.2% | 131 (3.3) | +2% | -0.3% | -15% | |
| OR | 1,550 (37) | 2.5% | 120 (2.8) | -5% | +0.4% | -24% | |
| PA | 4,179 (33) | 2.9% | 378 (3.0) | -12% | +0.2% | -14% | |
| PR | 2,042 (64) | 6.3% | 39 (1.2) | +73% | +1.4% | -20% | |
| RI | 1,127 (106) | 2.9% | 23 (2.2) | -8% | +0.0% | -41% | |
| SC | 829 (16) | 2.0% | 107 (2.1) | -20% | +0.5% | -26% | |
| SD | 154 (17) | 3.2% | 25 (2.8) | -25% | -0.0% | -40% | |
| TN | 1,552 (23) | 1.6% | 166 (2.4) | -21% | -1.7% | -20% | |
| TX | 14,160 (49) | 2.3% | 1,101 (3.8) | -32% | +0.1% | -13% | |
| UT | 769 (24) | 3.3% | 95 (3.0) | -11% | +0.2% | -21% | |
| VT | 925 (148) | 3.7% | 29 (4.6) | -2% | +0.1% | -33% | |
| VA | 4,811 (56) | 3.4% | 229 (2.7) | -13% | -0.8% | -18% | |
| WA | 6,048 (79) | 3.2% | 189 (2.5) | +5% | +0.5% | -22% | |
| WV | 698 (39) | 2.7% | 122 (6.8) | -32% | -0.9% | -5% | |
| WI | 2,785 (48) | 3.1% | 169 (2.9) | +9% | +0.1% | -32% | |
| WY | 124 (21) | 1.9% | 11 (1.9) | -28% | -0.5% | -56% | |

*AK and HI testing data have at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.

†As of 2/17/2022, IA is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

# TRENDS IN CASE INCIDENCE DURING THE LAST 8 WEEKS

**Case incidence categories**

(based on cases per 100,000 population in the last 7 days)

- 4 or less
- 5 - 9
- 10 - 49
- 50 - 99
- 100 - 199
- 200 or more

**Weekly % change categories**

(arrow based on % change in weekly cases)

- -26% or less
- -25% - -11%
- -10% - 0%
- +1% - +10%
- +11% - +25%
- +26% or more

**Source**: CDC state-reported data. See Data Sources/Methods slides for additional details.

# TRENDS IN MORTALITY RATE DURING THE LAST 4 WEEKS AND 4 WEEK FORECAST

Alaska
Northern Mariana Islands
Guam
Hawaii
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Maine
Vermont
New Hampshire
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
13
0
Deaths per 100k (7-day total)
Mar 03
Mar 30
Apr 25
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

Mortality rate categories
(based on deaths per 100,000 population in the last 7 days)
0.0
0.1 - 0.9
1.0 - 1.9
2.0 - 4.9
5.0 or more
Projected Deaths
50% Prediction Interval
95% Prediction Interval

**Source**: CDC state-reported data. Indicates date of report for most states, but date of death for some. See Data Sources/Methods for additional details.

**Forecast**: The forecast displays projected weekly death totals using an ensemble of predictive models generated by academic, private industry, and governmental groups. Models make various assumptions about the levels of social distancing and other interventions, which may not reflect recent changes in behavior. FEMA regions are not included in the forecast. More information is available at the COVID-19 Forecast Hub. The forecast date is as of 3/28.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000853

# TRENDS IN NAAT POSITIVITY DURING THE LAST 8 WEEKS

**NAAT positivity categories**
(based on proportion of positive tests over the last 7 days)

- 2.9% or less
- 3.0% - 4.9%
- 5.0% - 7.9%
- 8.0% - 9.9%
- 10.0% - 14.9%
- 15.0% or more

**Weekly absolute change categories**
(arrow based on absolute change in weekly NAAT positivity)

Most recent dates may be less reliable due to delayed reporting. States in gray have limited or no reporting in most recent week. States with missing arrows are due to missing data.

**Source**: Unified Testing Dataset. See Data Sources/Methods slides for additional details.

AK and HI testing data have at least 4 days with no or minimal reporting in the last week (by the data cutoff time for this report), which may result in missing values and inaccurate test positivity.
As of 2/17/2022, IA is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented.

# TRENDS IN EMERGENCY DEPARTMENT DISCHARGE DIAGNOSES DURING THE LAST 8 WEEKS

Trends missing data for the most recent day have been colored gray.

*Some states have low participation rates in NSSP (<15% of facilities) or unavailable ED diagnosis data. Therefore, the Unified Hospital Dataset was used to generate the trend arrow for comparison.

**Average percent of ED visits with COVID-19 discharge diagnosis**

(based on proportion of discharge diagnoses including COVID-19 over the last 7 days)

**Weekly absolute change**

(based on change in COVID-19 diagnosis percentage, or COVID-19 ED visit percentage where diagnosis data is incomplete)

**Primary Source:** National Syndromic Surveillance Program (NSSP). <15% of ED facilities in CA, HI, IA, MN, and OK participate in NSSP. OH data stream is currently down due to a recent system upgrade. MO discharge diagnosis data is incomplete

**Secondary Source:** Unified Hospital Dataset ED visits. This includes all visits related to COVID-19, which includes patients that *"meet suspected or confirmed definition or presents for COVID diagnostic testing"*.

*See Data Sources/Methods slides for additional details.*

# TRENDS IN HOSPITAL ADMISSIONS DURING THE LAST 8 WEEKS

**Confirmed admission rate categories**
(based on confirmed COVID-19 hospital admissions per 100,000 population over the last 7 days)

**Weekly % change categories**
(arrow based on % change in weekly confirmed COVID-19 hospital admissions)

Figure depicts confirmed COVID-19 hospital admissions per 100,000 population.

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

# TRENDS IN HOSPITAL INPATIENT COVID UTILIZATION DURING THE LAST 8 WEEKS

**Inpatient bed utilization categories**
(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

- 3% or less
- 4% - 7%
- 8% - 12%
- 13% - 15%
- 16% - 20%
- 21% or more

**Weekly absolute change categories**
(arrow based on absolute change in weekly % of beds occupied by confirmed COVID-19 patients)

- -2% or less
- -1%
- 0%
- +1%
- +2%
- +3% or more

**Source**: Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

# TRENDS IN STAFFED ADULT ICU BED CAPACITY DURING THE LAST 8 WEEKS

Alaska
Northern Mariana Islands
Guam
Hawaii
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Maine
Vermont
New Hampshire
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
100%
ICU Utilization
(7-day average)
0%
Feb 02
Mar 29
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

**Staffed Adult ICU COVID Utilization categories**
(based on average percentage of beds occupied by confirmed COVID-19 patients over the last 7 days)

3% or less
4% - 7%
8% - 12%
13% - 15%
16% - 20%
21% or more

**Weekly absolute change categories**
(arrow based on absolute change in weekly % of ICU beds occupied by confirmed COVID-19 patients)

-2% or less
-1%
0%
+1%
+2%
+3% or more

Color based on ICU confirmed COVID-19 utilization only. Light gray based on overall ICU utilization. Most recent dates may be less reliable due to delayed reporting.

**Source:** Unified Hospital Dataset. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000858

# TRENDS IN PERCENT OF POPULATION AGED 5-11 INITIATING VACCINATION DURING THE LAST 8 WEEKS

**Percent of population 5–11 initiating vaccination**

(based on percent of population in last 7 days)

- +0.5% or less
- +0.6% - +1.0%
- +1.1% - +1.5%
- +1.6% - +2.0%
- +2.1% - +2.5%
- +2.6% - +3.0%
- +3.1% or more

**Weekly absolute change categories**

(arrow based on absolute change in percent of population)

- -0.26% or less ↓
- -0.25% - -0.11% ↘
- -0.10% - +0.01% →
- +0.02% - +0.10% →
- +0.11% - +0.25% ↗
- +0.26% or more ↑

**Source:** Unified COVID-19 Vaccine Dataset. See Data Sources/Methods slides for additional details.

# TRENDS IN PERCENT OF POPULATION AGED 5+ INITIATING VACCINATION DURING THE LAST 8 WEEKS

Alaska
Northern Mariana Islands
Guam
Hawaii
Washington
Idaho
Montana
North Dakota
Minnesota
Illinois
Wisconsin
Michigan
New York
Rhode Island
Massachusetts
Maine
Vermont
New Hampshire
Oregon
Utah
Wyoming
South Dakota
Iowa
Indiana
Ohio
Pennsylvania
New Jersey
Connecticut
California
Nevada
Colorado
Nebraska
Missouri
Kentucky
West Virginia
Virginia
Maryland
Delaware
Arizona
New Mexico
Kansas
Arkansas
Tennessee
North Carolina
South Carolina
D.C.
Oklahoma
Louisiana
Mississippi
Alabama
Georgia
Virgin Islands
Texas
Florida
Puerto Rico
USA
2.7%
0.0%
Percent of population aged 5+ initiating vaccination (7-day rolling sum)
Feb 04
Mar 31
FEMA Regions
I
II
III
IV
V
VI
VII
VIII
IX
X

**Percent of population 5+ initiating vaccination**

(based on percent of population in last 7 days)

+0.5% or less
+0.6% - +1.0%
+1.1% - +1.5%
+1.6% - +2.0%
+2.1% - +2.5%
+2.6% - +3.0%
+3.1% or more

**Weekly absolute change categories**

(arrow based on absolute change in percent of population)

-0.26% or less
-0.25% - -0.11%
-0.10% - +0.01%
+0.02% - +0.10%
+0.11% - +0.25%
+0.26% or more

**Source:** Unified COVID-19 Vaccine Dataset. See Data Sources/Methods slides for additional details.

INITIAL PUBLIC RELEASE // SUBJECT TO CHANGE

AZT42AR0000860

# TRENDS IN COVID-19 TEST POSITIVITY BY AGE GROUP AND REGION

## National

| Age group | Test positivity (last 7 days) | abs. change from previous week |
|---|---|---|
| <5 | 2.5% | +0.0% → |
| 5-11 | 1.2% | +0.1% → |
| 12-17 | 1.4% | +0.1% → |
| 18-24 | 2.4% | +0.3% → |
| 25-44 | 3.0% | +0.4% → |
| 45-64 | 2.6% | +0.2% → |
| 65+ | 2.7% | +0.0% → |

## Regional

| Age group | Region 1 abs. change | Region 2 abs. change | Region 3 abs. change | Region 4 abs. change | Region 5 abs. change | Region 6 abs. change | Region 7 abs. change | Region 8 abs. change | Region 9 abs. change | Region 10 abs. change |
|---|---|---|---|---|---|---|---|---|---|---|
| <5 | +0.0% → | +0.6% ↗ | -0.3% → | -0.1% → | -0.2% → | -0.1% → | -0.4% → | +0.4% → | -0.2% → | +0.2% → |
| 5-11 | +0.2% → | +0.3% → | -0.5% → | +0.0% → | +0.0% → | -0.0% → | +0.6% ↗ | +0.5% → | +0.1% → | +1.6% ↗ |
| 12-17 | -0.2% → | +0.3% → | -0.4% → | -0.1% → | -0.0% → | -0.2% → | +0.2% → | +0.2% → | +0.0% → | +0.9% ↗ |
| 18-24 | +0.1% → | +0.8% ↗ | +0.4% → | +0.5% → | -0.2% → | +0.2% → | -0.0% → | +0.1% → | +0.0% → | +0.6% ↗ |
| 25-44 | +0.4% → | +1.0% ↗ | +0.0% → | +0.4% → | +0.1% → | +0.3% → | +0.0% → | +0.0% → | +0.1% → | +0.5% → |
| 45-64 | +0.4% → | +0.7% ↗ | -0.3% → | +0.2% → | +0.0% → | -0.2% → | +0.1% → | +0.1% → | +0.1% → | +0.2% → |
| 65+ | +0.1% → | +0.5% → | -0.3% → | +0.1% → | -0.0% → | -0.3% → | -0.1% → | +0.3% → | -0.2% → | -0.0% → |

**Source:** Unified Testing Dataset. Figures show 7-day average over the last 8 weeks. See Data Sources/Methods slides for additional details. Absolute change is shown as light red if +0.6% to +2.0%, and dark red if +2.1% or higher.

# TRENDS IN COVID-19 TEST VOLUME BY AGE GROUP AND REGION

## National

| Age group | Test volume per 100k (last 7 days) | % change from previous week |
|---|---|---|
| **<5** | 1,080 | -6% → |
| **5-11** | 2,534 | -9% → |
| **12-17** | 2,043 | -10% → |
| **18-24** | 1,969 | -3% → |
| **25-44** | 1,669 | -6% → |
| **45-64** | 1,558 | -5% → |
| **65+** | 1,549 | -4% → |

## Regional

| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| **<5** | +10% → | -3% → | +2% → | -8% → | -10% → | -9% → | -13% ↘ | -5% → | -9% → | -10% → |
| **5-11** | +3% → | -5% → | +8% → | -10% → | -13% ↘ | -7% → | -39% ↓ | -35% ↓ | -7% → | -47% ↓ |
| **12-17** | +5% → | -11% ↘ | -4% → | -11% ↘ | -12% ↘ | -14% ↘ | -24% ↘ | -17% ↘ | -9% → | -27% ↓ |
| **18-24** | +6% → | +17% ↗ | -12% ↘ | -16% ↘ | +18% ↗ | -20% ↘ | -9% → | -15% ↘ | -13% ↘ | -12% ↘ |
| **25-44** | +4% → | +3% → | -4% → | -10% → | -8% → | -24% ↘ | -11% ↘ | -4% → | -5% → | -7% → |
| **45-64** | -1% → | +2% → | -1% → | -6% → | -7% → | -19% ↘ | -10% → | -7% → | -4% → | -9% → |
| **65+** | -1% → | +2% → | -2% → | -3% → | -7% → | -12% ↘ | -12% ↘ | -8% → | -4% → | -8% → |

**Source:** Unified Testing Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details.

# TRENDS IN CONFIRMED COVID-19 ADMISSIONS BY AGE GROUP AND REGION

## National

| Age group | Conf. admits per 100k (last 7 days) | % change from previous week |
|---|---|---|
| <18 | 0.9 | -7% → |
| 18-29 | 1.5 | -14% ↘ |
| 30-39 | 2.1 | -17% ↘ |
| 40-49 | 2.1 | -17% ↘ |
| 50-59 | 3.1 | -15% ↘ |
| 60-69 | 5.0 | -19% ↘ |
| 70+ | 11.4 | -16% ↘ |

## Regional

| Age group | Region 1 % change | Region 2 % change | Region 3 % change | Region 4 % change | Region 5 % change | Region 6 % change | Region 7 % change | Region 8 % change | Region 9 % change | Region 10 % change |
|---|---|---|---|---|---|---|---|---|---|---|
| <18 | +6% → | -12% ↘ | -16% ↘ | -3% → | -18% ↘ | -6% → | +162% ↑ | -18% ↘ | -5% → | -28% ↓ |
| 18-29 | +22% ↗ | -7% → | 0% → | -8% → | -8% → | -26% ↓ | +21% ↗ | -8% → | -31% ↓ | -22% ↘ |
| 30-39 | +2% → | -8% → | -16% ↘ | -18% ↘ | -26% ↓ | -3% → | -20% ↘ | -52% ↓ | -18% ↘ | +11% ↗ |
| 40-49 | +27% ↑ | -3% → | -9% → | -25% ↘ | -30% ↓ | -12% ↘ | +9% → | -32% ↓ | -23% ↘ | +6% → |
| 50-59 | -22% ↘ | +4% → | -12% ↘ | -27% ↓ | -13% ↘ | +5% → | -14% ↘ | -33% ↓ | -19% ↘ | -27% ↓ |
| 60-69 | 0% → | -21% ↘ | -16% ↘ | -24% ↘ | -28% ↓ | -21% ↘ | -17% ↘ | -25% ↘ | -5% → | -29% ↓ |
| 70+ | -11% ↘ | -4% → | -17% ↘ | -12% ↘ | -14% ↘ | -18% ↘ | -9% → | -39% ↓ | -23% ↘ | -27% ↓ |

**Source:** Unified Hospital Dataset. Figures show 7-day totals over the last 8 weeks. See Data Sources/Methods slides for additional details. Percent change is shown as light red if +11% to +25%, and dark red if +26% or higher.

## DATA NOTES

- Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.
- **Population/Demographics:** Population and demographic data is from US Census Vintage 2019 Demographic Estimates.

- **Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases and deaths are based on date of report in most states, but on date of symptom onset or date of death in others. Some states use a combination of the two methods. For date of report states, there may be artificial spikes in any given day of data caused by delayed reporting; for date of event states, there are frequent updates to time series and it may take several days (for cases) or several weeks (for deaths) for complete data. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

- **Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

- **Hospital Data**: Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.
  - Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
  - Total inpatient and ICU bed counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
  - Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 364 of 566 PageID #: 2772

# Color Thresholds for Indicators

The green-to-red color thresholds convey information on levels of transmission severity. There are not specific labels associated with each color threshold.

Colors are determined by first rounding a raw number to the nearest integer or tenth, and then selecting the associated color. If there is no data or a metric cannot be computed, a cell is colored gray.

Color thresholds were set based on a variety of factors and analyses, including assessing historical correlations in test positivity and case counts.

Additional shades of red are used for certain visualizations to provide greater context.

**NOTE: Colors are applied after rounding to the displayed digits of precision**

## CASES/DEATHS

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed cases - 7-day total | *colored by per capita thresholds* | | | | | |
| Cases per 100k - 7-day total | 4 or less | 5 – 9 | 10 – 49 | 50 – 99 | 100 – 199 | 200 or more |
| Confirmed deaths - 7-day total | *colored by per capita thresholds* | | | | | |
| Confirmed deaths per 100k - 7-day total | not used | 0.0 | 0.1 – 0.9 | 1.0 – 1.9 | 2.0 – 4.9 | 5.0 or more |
| Confirmed cases - % change<br>Confirmed deaths - % change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |

## VIRAL (RT-PCR) LAB TESTING

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| NAAT positivity rate - 7 day average | 2.9% or less | 3.0% – 4.9% | 5.0% – 7.9% | 8.0% – 9.9% | 10.0% – 14.9% | 15.0% or more |
| Total NAATs - 7-day total | *colored by per capita thresholds* | | | | | |
| NAATs per 100k - 7-day total | 5,000 or more | 3,000 – 4,999 | 2,000 – 2,999 | 1,000 – 1,999 | 500 – 999 | 499 or less |
| NAAT positivity rate - absolute change | -2.1% or less | -2.0% – -0.6% | -0.5% – +0.0% | +0.1% – +0.5% | +0.6% – +2.0% | +2.1% or more |
| Total NAATs - percent change | +26% or more | +25% – +11% | +10% – +1% | +0% – -10% | -11% – -25% | -26% or less |

## HOSPITAL UTILIZATION

| | DARK GREEN | LIGHT GREEN | YELLOW | ORANGE | LIGHT RED | RED |
|---|---|---|---|---|---|---|
| Confirmed COVID-19 admissions - 7-day total | *colored by per 100k thresholds* | | | | | |
| Confirmed COVID-19 admissions per 100k - 7-day total | 1.9 or less | 2.0 – 4.9 | 5.0 – 9.9 | 10.0 – 19.9 | 20.0 – 29.9 | 30.0 or more |
| % inpatient beds occupied<br>% ICU beds occupied | **GRAY** 0% – 80% | | | | 81% – 90% | 91% or more |
| % inpatient beds occupied by COVID-19 patient<br>% ICU beds occupied by COVID-19 patient | 3% or less | 4% – 7% | 8% – 12% | 13% – 15% | 16% – 20% | 21% or more |
| Confirmed COVID-19 admissions per 100k - percent change | -26% or less | -25% – -11% | -10% – +0% | +1% – +10% | +11% – +25% | +26% or more |
| % inpatient beds occupied - absolute change<br>% inpatient beds occupied by COVID-19 patient - absolute change<br>% ICU beds occupied - absolute change<br>% ICU beds occupied by COVID-19 patient - absolute change | -2% or less | -1% | 0% | +1% | +2% | +3% or more |
| Monoclonal antibody courses administered by hospitals - percent change | 100% or more | 99% – 20% | 19% – 0% | -1% – -19% | -20% – -99% | -100% or less |

# DATA SOURCES AND METHODS

**States that have provided no county testing data for the most recent days of reporting:**

- All states have provided at least some testing data for the time period in this report.

**States that have provided no state testing data for the most recent days of reporting**

- All states have provided at least some testing data for the time period in this report.

**Cases and Deaths**

- County-level case and death data are inclusive of all updates as of 12PM 3/31/2022.
- State-level case and death data are inclusive of all updates as of 12PM 3/31/2022.

**County Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

**State Test Data Source by State**

- **CELR data from states provided in line level format**: AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MP, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

# DATA SOURCES AND METHODS - AOC CONTINUUM

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic.
There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

## Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**

- <10 new cases per 100k population in the last week

## Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**

- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

## Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:**
Decision tree model that leverages the following features, trained based on prior data:

***Cases***

- Total cases in the last week
- Total cases per 100k population in the last week
- New cases in the last week minus new cases the previous week
- Ratio of total cases in last 7 days to total cases in last 30 days

***Testing***

- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days

## Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**

- >100 new cases per 100k population OR >500 new cases in the past week
  AND
- Number of days in downward case trajectory* ≤ 7 days
  AND
- >50 cases during past week
  AND
- Conditions must hold for at least 3 of the previous 5 days

## Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**

- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
  AND
- >200 new cases per 100k population OR >1,000 new cases in the past two weeks
  AND
- Daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
  AND
- >100 cases during the last two weeks
  AND
- Conditions must hold for at least 3 of the previous 5 days

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; US Census 2019

## High Burden - Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**

- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
  AND
- Not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
  AND
- >100 new cases per 100k population OR >500 new cases in last week
  AND
- Number of days in downward trajectory* ≥ 7
  AND
- >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

## Moderate Burden - Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**

- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
  AND
- Does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
  AND
- Does not meet the definition for being a Low Burden Community

***Number of Days in Downward Case Trajectory**: This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

# COVID-19 Daily Update

March 09, 2022

## Data Insights

- Nationally:
  - New cases **decreased 40%** week-on-week (from 66,870 to 40,433 cases/day, 7-day daily average)
  - New confirmed COVID-19 hospital admissions **decreased 28%** week-on-week (from 4,708 to 3,405 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **decreased 36%** week-on-week (from 1,888 to 1,208 deaths/day, 7-day daily average)
  - NAAT positivity **decreased 1.2 percentage points** week-on-week (from 4.2% to 3.1%, 7-day daily average)
- The national ensemble forecast **(page 12)** predicts that the number of newly reported COVID-19 deaths **will likely decrease over the next 4 weeks**, with between **400** and **900** deaths (7-day daily average) reported in the week ending April 2, 2022
- Overall, **555,595,418** COVID-19 vaccine doses have been administered in the United States
  - In total, **77%** of the population (254.2 million people) has received at least one dose and **65%** of the population (216.3 million people) is fully vaccinated
  - **33% of people 5 to 11 years of age** have received at least one dose and **26%** are fully vaccinated
  - **68% of people 12 to 17 years of age** have received at least one dose and **58%** are fully vaccinated
  - **88% of adults 18 years and older** have received at least one dose and **75%** are fully vaccinated; **47%** of those fully vaccinated have received a booster dose
  - **95% of adults 65 years and older** have received at least one dose and **89%** are fully vaccinated; **67%** of those fully vaccinated have received a booster dose
- Of 14,114 school districts with available learning modality data, **99% are offering full-time, in person learning (page 13)**
- Based on NOWCAST projections for the week ending March 5, 2022, the proportion of SARS-CoV-2 variants circulating in the United States that are identified as Omicron is estimated to be **100.0%**: 14.7% B.1.1.529, 73.7% BA.1.1, and 11.6% BA.2
  - In the previous week, proportions were 18.0% B.1.1.529, 75.4% BA.1.1, and 6.6% BA.2
  - All Omicron sub-lineages other than BA.1.1 and BA.2 are aggregated with the parent lineage, B.1.1.529

## Media Headlines

- Florida's surgeon general announced that the state plans to officially recommend against vaccinating healthy children against COVID-19, running counter to CDC recommendations that everyone aged five and older get a COVID-19 vaccine
- A UK study published in *Nature* found that subjects who had COVID-19 experienced a greater loss of gray matter and tissue damage in the brain than occurs naturally over time. Cognition tests also showed "a significant, deleterious" change. The study is believed to be the first to involve people who had brain scans before and after contracting COVID-19. It is unclear if the changes in the brain have long-term clinical implications
- The Chicago Teachers Union filed an unfair labor practice charge over the city's decision to lift mask requirements in public schools starting next week. Union officials say the decision is in violation of the deal made earlier this year, and is premature because vaccination rates vary between neighborhoods
  - A recent analysis found that at nearly 75% of Chicago schools, fewer than half of students had been fully vaccinated as of February 22
- A new CDC study analyzing reports to the Vaccine Adverse Event Reporting System and v-safe found that 92% of reported side effects from the vaccines were mild and faded within a day or two. Less than 1% of the people who reported side effects sought medical care. The study provides further evidence that the mRNA COVID-19 vaccines are safe
- A study published in CDC's MMWR found school districts in Arkansas with universal mask requirements in Fall 2021 had a 23% lower incidence of COVID-19 among students and staff compared to districts without mask requirements. Schools with partial mask requirements also had lower incidence of COVID-19 than schools with no mask requirements, but a slightly higher incidence than schools with universal masking. The study also found schools that switched from no mask requirement to any mask requirement saw a reduction in COVID-19 incidence

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 79,165,308 | 68,396 | 40,433 | -39.5% |
| **Conf. COVID hosp. admits** | 4,553,624 | 2,425 | 3,405 | -27.7% |
| **Deaths** | 957,752 | 1,617 | 1,208 | -36.0% |
| **NAATs reported**** | 817,754,066 | *omitted due to reporting lag* | 971,706** | -11.9%** |
| **Test positivity**** | 9.4% | | 3.1% | -1.2 pct. pts. |
| **Vaccine doses administered** | 555,595,418 | +263,162 | +316,767 | -9.6% |
| **Persons fully vaccinated** | 216,273,632 | +69,177 | +85,122 | -11.3% |
| **Persons 5-11 w/ 1+ doses** | 9,610,047 | +15,036 | +17,016 | -16.5% |
| **Persons 12+ w/ 1+ doses** | 244,516,004 | +57,520 | +64,589 | +6.0% |
| **Booster doses administered** | 95,383,577 | +114,452 | +142,813 | -12.6% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. ***Most recent day:** 3/8/2022 (vaccine doses reported), 3/7/2022 (cases/deaths), 3/6/2022 (hospitalized), 3/1/2022 (test volume),3/5/2022 (test positivity). **Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **7-day daily average:** 3/2-3/8 (vaccines), 3/1-3/7 (cases/deaths), 2/28-3/6 (hospitalized), 2/23-3/1 (test volume)2/27-3/5 (test positivity), Most recent days may have incomplete reporting. **Week-on-week change:** The 7-day daily average compared to the previous seven days. **Cases/Deaths:** CDC State-Reported Data, CDC Aggregate County Data. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Total is value since 8/1/2020 due to limited reporting before this date. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. The week-on-week change decreased 1.16 percentage points from 4.25% to 3.09% which equals a -27.3% relative change. **Vaccines:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. **Red highlights:** Indicate a week-on-week change of +0.1% or greater (cases, admissions, deaths) or NAAT positivity of 5.0% or greater. **Green highlights:** Indicate a week-on-week change of -0.1% or lower (cases, admissions, deaths). *See Data Sources and Methods slide for details*

# National Trends Compared to Winter 2020-21 Peak

**Source:** CDC State-Reported Data, Unified Hospital Dataset. The peak value and associated date is calculated independently for cases, deaths, and hospital admissions, as the highest 7-day average value between Nov 1, 2020 and Feb 28, 2021. The date and value of peaks may change slightly if data are backfilled. Peaks are 250,295 cases on 1/11/2021; 16,497 hospital admissions on 1/9/2021; and 3,420 deaths on 1/13/2021.

## New York State

### Hospital Admissions

New York reported **169 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/06/2022, **down 18%** from the prior week

### Reported Deaths

New York reported **30 COVID-19 deaths** per day (7-day average) in the week ending 03/07/2022, **down 30%** from the prior week

## Hawaii

### Hospital Admissions

Hawaii reported **12 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/06/2022, **down 28%** from the prior week

### Reported Deaths

Hawaii reported **3 COVID-19 deaths** per day (7-day average) in the week ending 03/07/2022, **down 33%** from the prior week

**Source:** CDC State-Reported Data, Unified Hospital Dataset

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 3/7/2022.

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Regional Trends

U.S. Department of Health & Human Services
Regions
1
2
3
4
5
6
7
8
9
10
Seattle
San Francisco
Denver
Kansas City
Chicago
Dallas
Atlanta
Boston
New York
Philadelphia
Puerto Rico
U.S. Virgin Islands
Hawaii

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 3/7/2022.

Cases
Confirmed COVID-19 Hospital Admissions
Deaths
NAAT Positivity
REGION 1
2,547 (-17%)
100 (-26%)
54 (-35%)
2.3% (-0.5 pct. pts.)
REGION 2
3,142 (-11%)
248 (-19%)
50 (-35%)
2.0% (-0.6 pct. pts.)
REGION 3
3,050 (-35%)
313 (-24%)
132 (-26%)
3.5% (-1.5 pct. pts.)
REGION 4
8,146 (-31%)
714 (-38%)
242 (-23%)
3.8% (-2.2 pct. pts.)
REGION 5
4,884 (-45%)
482 (-28%)
218 (-45%)
2.5% (-1.1 pct. pts.)
REGION 6
5,320 (-24%)
514 (-27%)
188 (-31%)
3.9% (-1.5 pct. pts.)
REGION 7
1,218 (-45%)
156 (-32%)
56 (-49%)
4.6% (-1.7 pct. pts.)
REGION 8
2,144 (-39%)
128 (-26%)
28 (-38%)
4.1% (-1.5 pct. pts.)
REGION 9
6,792 (-58%)
617 (-18%)
184 (-46%)
3.2% (-0.4 pct. pts.)
REGION 10
3,177 (-46%)
133 (-27%)
58 (-21%)
4.4% (-1.5 pct. pts.)

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# National Summary

## Case Rate by County through 3/7/2022

**40,433** average daily cases in last 7 days, **39.5% lower** than previous 7 days

*On 3/1/2022, Nebraska county-level cases had a large increase due to the inclusion of reinfection cases*
*Vermont recently allocated historical cases to their respective counties, causing an increase in county-level cases*
*Maine has been processing a backlog of positive test results, causing increases in reported cases since 2/15/2022*

## Death Rate by County through 3/7/2022

**1,208** average daily deaths in last 7 days, **36.0% lower** than previous 7 days

## NAAT Positivity by County through 3/5/2022

**3.1%** average test positivity in last 7 days, **down 1.2 percentage points** from previous 7 days

*Tennessee has not reported testing data for the last week, therefore positivity could not be calculated*

Maps and figures reflect **7-day average** of data from 3/1-3/7 (cases/deaths), 2/27-3/5 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC Aggregate County Data. Ohio reports county-level COVID-19 deaths by the day of death, not the day of report, which could result in a fluctuation in the number of deaths from recent weeks due to delayed reporting. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

# National Hospital Summary

## Confirmed COVID Admissions by Hospital Service Area through 3/6/2022

**3,405** average daily COVID admissions in last 7 days, **27.7% lower** than previous 7 days

## Inpatient Occupancy through 3/6/2022

**75.4%** of inpatient beds are occupied by COVID and non-COVID patients, **down 0.7%** from previous 7 days

## Adult ICU Occupancy through 3/6/2022

**73.5%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **down 1.5%** from previous 7 days

Maps and figures reflect **7-day average** of data from 2/28-3/6 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. **Admissions per 100 Beds:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Denominator is based on average daily staffed inpatient beds reported in the HSA. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. *See Data Sources and Methods page for details.*

# State Summary

## Week-on-Week Changes†

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ■ Stable Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▼ | ▼ | ▲ | ▼ |
| AL | ▼ | ▼ | ▲ | ▼ |
| AR | ▼ | ▼ | ▼ | ▼ |
| AS | ▲ | ▲ | ■ | ■ |
| AZ | ▼ | ▼ | ▼ | ▼ |
| CA | ▼ | ▼ | ▼ | ■ |
| CO | ▼ | ▼ | ▼ | ▼ |
| CT | ▲ | ▼ | ▼ | ■ |
| DC | ▼ | ■ | ▼ | ■ |
| DE | ■ | ■ | ▲ | ■ |
| FL | ▼ | ▼ | ▼ | ▼ |
| GA | ▼ | ▼ | ▼ | ▼ |
| GU | ▼ | ■ | ▼ | ▲ |
| HI | ▼ | ▼ | ▼ | ▼ |
| IA | ▼ | ▼ | ▼ | ■ |
| ID | ▼ | ▼ | ▼ | ▼ |
| IL | ▼ | ▼ | ▼ | ▼ |
| IN | ▼ | ▼ | ▼ | ▼ |
| KS | ▼ | ▼ | ▲ | ▼ |
| KY | ■ | ▼ | ▲ | ▼ |
| LA | ▼ | ▼ | ▲ | ▼ |
| MA | ▼ | ▼ | ▼ | ■ |
| MD | ▼ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ME | ▲ | ■ | ▼ | ▼ |
| MI | ▼ | ▼ | ▼ | ▼ |
| MN | ▼ | ▼ | ▼ | ▼ |
| MO | ▼ | ▼ | ▼ | ▼ |
| MS | ▼ | ▼ | ▼ | ▼ |
| MT | ■ | ▼ | ▼ | ▼ |
| NC | ▼ | ▼ | ▼ | ▼ |
| ND | ▼ | ▼ | ■ | ▼ |
| NE | ▼ | ▼ | ▼ | ▼ |
| NH | ▼ | ▼ | ▼ | ▼ |
| NJ | ■ | ▼ | ▼ | ▼ |
| NM | ■ | ▼ | ▼ | ▼ |
| NV | ▼ | ▼ | ▼ | ▼ |
| NY | ▼ | ▼ | ▼ | ▼ |
| OH | ▼ | ▼ | ▼ | ▼ |
| OK | ▼ | ▼ | ▼ | ▼ |
| OR | ▼ | ▼ | ▼ | ▼ |
| PA | ▼ | ▼ | ■ | ▼ |
| PR | ▼ | ▼ | ▼ | ▼ |
| RI | ■ | ▼ | ▼ | ■ |
| SC | ▼ | ▼ | ▲ | ▼ |
| SD | ▼ | ▼ | ▼ | ▼ |
| TN | ▼ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| TX | ▼ | ▼ | ▼ | ▼ |
| UT | ▼ | ▼ | ■ | ▼ |
| VA | ▼ | ▼ | ▼ | ▼ |
| VI | ▼ | ■ | ▼ | ▼ |
| VT | ■ | ▼ | ▼ | ▼ |
| WA | ▼ | ▼ | ▼ | ▼ |
| WI | ▼ | ▼ | ■ | ▼ |
| WV | ▼ | ▼ | ■ | ▼ |
| WY | ▼ | ▼ | ▼ | ▼ |

### Summary of States' Week-on-Week Changes

| | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ▲ | 3 (5%) | 1 (2%) | 7 (13%) | 1 (2%) |
| ■ | 7 (13%) | 5 (9%) | 6 (11%) | 10 (18%) |
| ▼ | 45 (82%) | 49 (89%) | 42 (76%) | 44 (80%) |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

■ -10% – 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

## Areas of Concern

AOC Category
Low or Moderate Burden
Emerging Hotspot
Hotspot
Sustained Hotspot
High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

Counties by AOC Category over time
Number of Counties

†**Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 3/1-3/7 (cases/deaths), 2/28-3/6 (hospital data), 2/27-3/5 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# Demographic Trends

## Outcomes by Age

### Cases, hospitalizations, and deaths by age group in the week 2/16 – 2/22

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 88 | 103 | 99 | 125 | 124 | 97 | 81 | 94 |
| Known Hosp. per 100k* | 0.7 | 0.2 | 0.2 | 0.5 | 0.7 | 1.2 | 3.4 | 8.0 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 1.1 |
| Case Fatality Rate* | 0.01% | 0.00% | 0.01% | 0.01% | 0.02% | 0.10% | 0.41% | 1.14% |

## Outcomes by Race/Ethnicity*

### Cases, hospitalizations, and deaths by race/ethnicity in the week 2/16 – 2/22

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 129 | 53 | 47 | 55 | 114 | 95 | 60 |
| Known Hosp. per 100k* | 1.6 | 0.5 | 0.8 | 0.8 | 1.6 | 1.8 | 1.2 |
| Known Deaths per 100k | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| Case Fatality Rate* | 0.03% | 0.11% | 0.13% | 0.07% | 0.06% | 0.00% | 0.19% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line list where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted***

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which captures approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include an age and approximately 45% did not include race/ethnicity. Known Hospitalized indicates line level data with *hospitalization status=yes*, as reported in the line level data, not COVID-NET data based on hospitalizations. Known Deaths indicates line level data with *death status=yes*, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. **Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. ***Potential two-week delay in case reporting to CDC denoted by gray box. *See Data Sources and Methods slide for additional details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccination Program Summary

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 693,860,235 | +426,900 | +489,313 | -1.8% |
| **Doses administered** | 555,595,418 | +263,162 | +316,767 | -9.6% |
| **Persons with a first dose** | 254,205,456<br>76.6% of pop. | +73,014 | +82,259 | +0.3% |
| **Persons fully vaccinated** | 216,273,632<br>65.1% of pop. | +69,177 | +85,122 | -11.3% |
| **Persons with a booster dose** | 95,383,577<br>44.1% of vaccinated pop. | +114,452 | +142,813 | -12.6% |
| **Persons 5-11 with a first dose** | 9,610,047<br>33.4% of 5-11 pop. | +15,036 | +17,016 | -16.5% |
| **Persons 12+ with a first dose** | 244,516,004<br>86.2% of 12+ pop. | +57,520 | +64,589 | +6.0% |
| **Persons 12+ fully vaccinated** | 208,650,241<br>73.6% of 12+ pop. | +48,915 | +61,507 | -6.4% |
| **Persons 65+ fully vaccinated** | 48,670,428<br>88.8% of 65+ pop. | +3,733 | +5,562 | +5.5% |
| **Persons 65+ with a booster dose** | 32,410,008<br>66.6% of 65+ vaccinated pop. | +16,322 | +25,200 | +0.7% |

## Population Fully Vaccinated through 3/8/2022

In total, **65.1%** of the population** (216.3M) is fully vaccinated

## Daily Population Initiating Vaccination through 3/8/2022

**82,259** persons initiated vaccination per day in last 7 days, **0.3% higher** than previous 7 days

Vaccination data as of 3/8/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. Data Source: Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY
Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 376 of 566 PageID #: 2784

# Vaccination Program Trends

Percent of 5+ population initiating vaccination
0.0% to 0.3%
0.4% to 0.6%
0.7% to 0.9%
1.0% to 1.3%
1.4% to 1.6%
1.7% to 1.9%
2.0%+
No Data

## Persons 5+ initiating vaccination in last week

**0.2%** of population 5+ received their first dose in last 7 days, this is the same as in the previous 7 days

Of previously unvaccinated persons 5+, **1.0%** received their first dose

## Persons 5+ with at Least 1 Dose through 3/8/2022

% of population 5+ initiated vaccination in last 14 days
% of population 5+ initiated vaccination earlier but not fully vaccinated
% of population 5+ fully vaccinated
70% of 5+ population with at least one dose
90%
80%
70%
60%
50%
40%
RI NH CT DC MA VT PR NJ NY ME HI NM MD VA PA NC CA DE WA CO FL OR IL SD MN NV KS UT TX AZ WI OK NE AK IA SC MI AR KY MO ND GA MT WV OH AL TN IN ID LA MS WY

## Fully Vaccinated Population with a Booster Dose through 3/8/2022

Percent of fully vaccinated 65+ population that has received a booster dose
Percent of fully vaccinated population that has received a booster dose
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
MN WI VT IA HI RI IL ME MI WA OR NE MD CO CT OH UT VA AK CA MA MT NM ND IN KY TN WY NY NJ ID DE WV KS MO PR SD LA PA AR SC OK NV MS TX FL AZ AL DC GA NC NH

Vaccination data as of 3/8/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. *See Data Sources and Methods slide for details.*

**COVID-19 Daily Update** **10** **March 9, 2022**

AZT42AR0000877

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100 inpatient beds are 11 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| | Total to date | | 7-day daily average | | | | Vaccinations | | |
|---|---|---|---|---|---|---|---|---|---|
| State | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
| Alabama | 1,287,292 | 18,648 | 612 | 72 | 12 | 4.9% | 6,117,662 | 62.0% | 50.4% |
| Alaska | 233,394 | 1,158 | 250 | 6 | 4 | 5.6% | 1,104,845 | 68.8% | 61.3% |
| American Samoa | 290 | 0 | 29 | 1 | 0 | - | 92,238 | 91.5% | 81.9% |
| Arizona | 1,980,769 | 27,708 | 554 | 122 | 0 | 5.3% | 11,603,719 | 71.7% | 60.3% |
| Arkansas | 823,532 | 10,724 | 507 | 46 | 29 | 4.6% | 4,102,632 | 65.9% | 53.6% |
| California | 8,999,665 | 85,849 | 5,524 | 423 | 164 | 2.7% | 71,889,489 | 82.0% | 70.7% |
| Colorado | 1,320,644 | 11,826 | 981 | 38 | 8 | 3.2% | 10,357,771 | 78.5% | 69.4% |
| Connecticut | 727,542 | 10,542 | 593 | 27 | 10 | 3.0% | 7,322,039 | 94.1% | 78.0% |
| Delaware | 257,325 | 2,751 | 101 | 10 | 6 | 3.4% | 1,740,978 | 82.0% | 67.9% |
| District of Columbia | 134,678 | 1,321 | 16 | 9 | 0 | 1.1% | 1,427,380 | 95.0% | 71.8% |
| Florida | 5,820,320 | 71,326 | 1,698 | 261 | 6 | 3.5% | 36,251,123 | 78.2% | 66.1% |
| Georgia | 2,472,140 | 35,848 | 1,012 | 85 | 62 | 2.4% | 14,425,571 | 64.5% | 53.8% |
| Guam | 45,837 | 334 | 142 | 25 | 1 | 23.1% | 334,627 | 89.4% | 80.7% |
| Hawaii | 231,659 | 1,342 | 172 | 12 | 3 | 3.1% | 2,816,602 | 86.5% | 77.4% |
| Idaho | 434,157 | 4,796 | 1,142 | 13 | 6 | 5.6% | 2,374,923 | 60.4% | 53.3% |
| Illinois | 3,039,806 | 37,151 | 1,227 | 100 | 34 | 1.3% | 21,869,915 | 76.2% | 67.7% |
| Indiana | 1,685,176 | 23,017 | 499 | 65 | 25 | 4.9% | 9,235,025 | 60.8% | 54.2% |
| Iowa | 755,968 | 9,171 | 271 | 29 | 12 | - | 4,941,050 | 67.4% | 61.3% |
| Kansas | 767,870 | 7,988 | 261 | 35 | 6 | 4.5% | 4,461,541 | 73.7% | 60.4% |
| Kentucky | 1,288,706 | 14,097 | 1,370 | 81 | 28 | 6.7% | 6,340,727 | 65.4% | 56.6% |
| Louisiana | 1,165,084 | 16,785 | 364 | 45 | 26 | 2.1% | 6,076,092 | 60.3% | 52.7% |
| Maine | 231,285 | 2,138 | 565 | 11 | 10 | 3.6% | 2,712,242 | 89.4% | 78.5% |
| Marshall Islands | 4 | 0 | 0 | - | 0 | - | 57,430 | 38.5% | 31.8% |
| Maryland | 1,005,056 | 14,206 | 346 | 38 | 10 | 1.7% | 11,567,865 | 85.1% | 74.3% |
| Massachusetts | 1,677,619 | 23,614 | 904 | 44 | 27 | 1.7% | 14,330,116 | 95.0% | 77.8% |
| Michigan | 2,367,688 | 34,858 | 1,041 | 106 | 50 | 3.8% | 15,352,977 | 66.4% | 59.5% |
| Micronesia | 7 | 0 | 0 | - | 0 | - | 108,791 | 59.7% | 49.4% |
| Minnesota | 1,418,694 | 12,391 | 731 | 45 | 15 | 3.8% | 9,940,704 | 74.5% | 68.4% |
| Mississippi | 791,817 | 12,171 | 268 | 19 | 19 | 5.7% | 3,775,148 | 58.9% | 51.1% |
| Missouri | 1,400,761 | 19,088 | 574 | 73 | 33 | 4.5% | 8,687,181 | 65.5% | 55.3% |
| Montana | 271,191 | 3,208 | 659 | 18 | 3 | 6.3% | 1,539,977 | 64.6% | 56.1% |
| Nebraska | 476,481 | 4,017 | 113 | 19 | 4 | 7.3% | 3,088,453 | 69.5% | 62.6% |
| Nevada | 685,865 | 9,820 | 300 | 33 | 17 | 4.8% | 4,730,118 | 74.2% | 59.9% |
| New Hampshire | 299,651 | 2,403 | 184 | 9 | 4 | 3.6% | 2,527,526 | 95.0% | 69.5% |
| New Jersey | 2,175,439 | 33,027 | 1,132 | 73 | 16 | 2.2% | 16,644,656 | 89.3% | 74.5% |
| New Mexico | 513,994 | 6,988 | 366 | 24 | 10 | 6.0% | 3,785,361 | 86.2% | 69.9% |
| New York | 4,921,758 | 66,980 | 1,803 | 169 | 30 | 1.9% | 38,017,515 | 89.2% | 75.7% |
| North Carolina | 2,602,244 | 22,802 | 1,818 | 70 | 33 | 4.3% | 16,184,512 | 82.5% | 59.5% |
| North Dakota | 238,784 | 2,211 | 104 | 10 | 3 | 4.4% | 1,065,085 | 64.5% | 54.5% |
| Northern Mariana Islands | 10,229 | 30 | 72 | 1 | 0 | - | 106,714 | 87.2% | 83.0% |
| Ohio | 2,659,929 | 37,018 | 856 | 111 | 63 | 3.4% | 17,283,669 | 63.0% | 57.7% |
| Oklahoma | 1,026,072 | 13,278 | 603 | 57 | 0 | 4.6% | 5,740,004 | 70.1% | 56.2% |
| Oregon | 697,775 | 6,743 | 549 | 48 | 17 | 3.9% | 7,472,879 | 77.1% | 68.8% |
| Palau | 3,864 | 6 | 12 | - | 0 | - | 46,730 | 94.2% | 83.4% |
| Pennsylvania | 2,764,085 | 43,600 | 1,007 | 141 | 55 | 3.9% | 22,164,396 | 83.5% | 67.2% |
| Puerto Rico | 474,930 | 4,140 | 201 | 5 | 4 | 4.5% | 6,994,023 | 95.0% | 81.8% |
| Rhode Island | 339,469 | 3,419 | 162 | 5 | 1 | 2.6% | 2,139,290 | 95.0% | 80.9% |
| South Carolina | 1,463,920 | 17,221 | 365 | 53 | 50 | 2.7% | 7,309,834 | 66.8% | 56.1% |
| South Dakota | 236,351 | 2,834 | 67 | 12 | 4 | 5.1% | 1,360,525 | 75.1% | 60.1% |
| Tennessee | 2,013,409 | 24,713 | 1,004 | 72 | 31 | - | 9,634,533 | 61.5% | 53.7% |
| Texas | 6,573,567 | 84,418 | 3,480 | 342 | 124 | 3.7% | 44,629,969 | 71.4% | 60.3% |
| Utah | 924,791 | 4,461 | 277 | 42 | 7 | 5.6% | 5,073,910 | 71.3% | 63.4% |
| Vermont | 105,133 | 577 | 139 | 6 | 1 | 3.5% | 1,351,579 | 92.9% | 80.4% |
| Virgin Islands | 15,440 | 109 | 6 | 0 | 0 | 2.5% | 140,463 | 63.7% | 52.8% |
| Virginia | 1,649,266 | 19,098 | 1,116 | 71 | 41 | 6.1% | 15,940,304 | 84.7% | 72.2% |
| Washington | 1,432,321 | 12,076 | 1,236 | 66 | 30 | 4.5% | 13,914,911 | 79.9% | 71.7% |
| West Virginia | 493,361 | 6,452 | 464 | 44 | 19 | 7.3% | 2,643,630 | 64.3% | 56.9% |
| Wisconsin | 1,575,712 | 13,514 | 531 | 55 | 31 | 3.7% | 9,901,313 | 71.2% | 64.8% |
| Wyoming | 155,492 | 1,741 | 56 | 7 | 3 | 3.9% | 733,209 | 58.1% | 50.7% |
| **United States** | **79,165,308** | **957,752** | **40,433** | **3,405** | **1,208** | **3.1%** | **555,595,418** | **76.6%** | **65.1%** |

**Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Totals to date:** Data through 3/7 (cases/deaths). **7-day daily average:** 3/1-3/7 (cases/deaths), 2/28-3/6 (hospitalized), 2/27-3/5 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. **Vaccines:** Unified COVID-19 Vaccine Dataset as of 3/8. Doses administered are the total number reported by states, territories, and organizations that received doses. Values reflect total by report date, not administered date. Persons who received at least one dose are attributed to the state or territory in which they reside. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# CDC Ensemble Forecast*†

## Deaths through 4/2/2022

National ensemble forecast predicts **2,500–6,100** new reported deaths during the week ending April 2

Deaths are likely to decrease in **34** states and territories

**974,000–988,000** total reported COVID-19 deaths forecasted by that date

## Confirmed COVID Hospital Admissions through 4/1/2022

National ensemble forecast predicts **300–6,300** new confirmed hospital admissions on April 1

Daily confirmed admissions are likely to decrease in **38** states and territories

## Cases

Case forecasts have shown low reliability. Therefore, case forecasts will continue to be collected and analyzed but will not be summarized.

*Forecasted and reported as of March 7, 2022.
†The ensemble forecasts do not reliably predict rapid changes in trends and should not be relied upon for decisions about the possibility or timing of rapid changes in trends.
Weekly forecasts available at https://www.cdc.gov/coronavirus/2019-ncov/science/forecasting/forecasting.html

# School District Policies

## Learning Modality by District through 3/8/2022

Of 14,114 districts* with available learning modality data, **99.3% are offering full-time, in person learning**, with 0.6% offering hybrid, and 0.1% offering only remote.

*Represents 95.2% of enrolled K-12 students.
n= 17,376 eligible school districts

## Masking Policies by District as of 3/7/2022

Of 5,023 districts* responding, **35.3% require masking** for all students and staff, while **60.6% do not require any masking.**

*Represents 77.5% of enrolled K-12 students.
n= 5,073 total participating districts

## COVID-19 Screening Testing Policies by District as of 3/7/2022

Of 5,045 districts* responding, **0.4% require COVID-19 screening testing** for all students and staff, while **59.9% do not require screening testing.**

*Represents 77.6% of enrolled K-12 students.
n= 5,073 total participating districts

**Combined HMM:** The combined model is generated using a Hidden Markov Model (HMM) that infers weekly learning modality classifications (in person, hybrid, remote). The transition probabilities between learning modalities and dataset specific model parameters for the HMM were selected using K-12 school data from Burbio, MCH Strategic Data, Return to Learn, and State Dashboards collected during the 2020-2021 school year between 8/1/2020 and 7/31/2021. Inferred learning modalities for the 2021-2022 school year are based on data collected since 8/1/2021 from Burbio, MCH Strategic Data, and State Dashboards. Data from Return to Learn are not included in the HMM for the 2021-2022 school year due to discontinued data collection. Only district-weeks where the estimated probability for the predicted modality is greater than 0.6 are reported.
**Burbio:** Compiled survey responses from public federal, state, and local school districts. Roughly 5,000 districts are currently being monitored for data collection and data represent the most recent response for each district. Partial masking requirements refer to situations where masking is required for either teachers or students. Partial testing requirements may refer to situations in which testing is required for specific subsets, such as for students OR staff (but not all), for unvaccinated groups only, etc. See https://cai.burbio.com/school-opening-tracker/ for more information.
**School Districts:** A school district is considered eligible if it has a Local Education Agency (LEA) district type of 1, 2, or 7 and has a National Center for Education Statistics (NCES) enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M.

# K-12 School Closures

## School Closures by District - Last 4 Weeks 2/8/2022-3/7/2022

Of **1,048** known school closures in the last 28 days, **130** schools reported reasons related to **COVID-19 outbreaks** (avg days closed=3.1).

## School Closures by State - 2021-2022 School Year

## Daily School Closures by Reason 8/1/2021-3/21/2022

**School Closures:** Compiled data by Burbio from public federal, state, and local school districts. Data includes known schools closed due to the COVID-19 pandemic since August, 1, 2021, either as an individual school or district-wide closure. 28-day closure totals include the number of unique schools that were reported closed for at least one day in February 8-March 7, 2022. State closure totals include the number of unique schools closed (for at least one day) per status (future, active, past). Active closures include current closures with a known end date after 3/7/2022. States with at least one active closure are denoted with *. Future planned closures include known closures scheduled later in the 2021-2022 school year and are typically comprised of mental health days or staff planning/training days for COVID-19-related reasons. Timeseries plot only shows school day (Monday-Friday) closures, weekend days (Saturday and Sunday) are excluded. Outbreak related closure events include those due to COVID-19 outbreaks within the school or surrounding community as reported by the district. Mental health closures related to COVID-19 include giving staff and students time off to take care of themselves and their families; often listed as "kindness day". Staffing issue closures include any staffing shortages or absences due to COVID-19. Burbio did not start collecting reasons for closures until 9/23/2021, therefore all closures before then are labeled as Other/Reason Unknown. See https://cai.burbio.com/school-opening-tracker/ for more information. **School Districts:** A school district is considered eligible if it has a Local Education Agency (LEA) district type of 1, 2, or 7 and has a National Center for Education Statistics (NCES) enrollment greater than 0. Estimated U.S. K-12 enrollment for these districts is 50.8M. "BI" is the state designation for schools that fall under the Bureau of Indian Education. **Cases:** CDC State-Reported Data, through 3/7/2022.

# Data Sources & Methods

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| | Influenza |
| Tuesday | Wastewater Surveillance |
| Wednesday | Modeling/Prediction |
| | School Policies and Closures |
| Thursday | Variants |
| | Global Update (Biweekly) |
| | Vaccine Effectiveness (Monthly) |
| Friday | Demographic Trends |
| Saturday | Monoclonal Antibodies |
| | Pediatric Severity |

**Hospital Data:** Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
- County data is mapped from Health Service Areas (HSAs), defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. For more information, see https://seer.cancer.gov/seerstat/variables/countyattribs/hsa.html. Rates, such a confirmed COVID-19 hospital admissions per 100 beds, are calculated for the HSA and applied to all constituent counties. Counts, such as the number of confirmed COVID-19 hospital admissions, are distributed proportionally to constituent counties by total population.
- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect total by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). The FDA has approved the Pfizer-BioNTech vaccine for use in persons aged 16 and older and the Moderna vaccine for use in persons aged 18 and older. Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 5-15 and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited to those aged 5 and older, which represents approximately 94% of the US population. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. This includes people who received booster doses and people who received additional doses. CDC has capped the percent of population coverage metrics at 95.0%. These metrics could be greater than 95.0% for multiple reasons, including census denominator data not including all individuals that currently reside in the county (e.g., part time residents) or potential data reporting errors.

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.
- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.
- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.
- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

# Data Sources & Methods

## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**
- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**
- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model trained on historical data of 23 features based on Cases, Deaths, Testing, ED visits, and Vaccinations including, but not limited to:
- Total cases in the last week
- Ratio of total cases in last 7 days to total cases in last 30 days
- Total deaths in the last week
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days
- Weekly COVID-like illness ED Visits
- Weekly influenza-like illness ED Visits
- Percent of population that is fully vaccinated

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**
- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**
- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**
- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**
- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; National Syndromic Surveillance Program (NSSP); Unified COVID-19 Vaccine Dataset; US Census 2019

***Number of Days in Downward Case Trajectory**: This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 383 of 566 PageID #: 2791

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# COVID-19 Daily Update

March 11, 2022

## Data Insights

- Nationally:
  - New cases **decreased 29%** week-on-week (from 52,156 to 37,147 cases/day, 7-day daily average)
  - New confirmed COVID-19 hospital admissions **decreased 27%** week-on-week (from 4,293 to 3,113 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **decreased 25%** week-on-week (from 1,572 to 1,180 deaths/day, 7-day daily average)
  - NAAT positivity **decreased 1.1 percentage points** week-on-week (from 3.9% to 2.8%, 7-day daily average)
- Overall, **556,252,766** COVID-19 vaccine doses have been administered in the United States
  - In total, **77%** of the population (254.4 million people) has received at least one dose and **65%** of the population (216.4 million people) is fully vaccinated
  - **34% of people 5 to 11 years of age** have received at least one dose and **27%** are fully vaccinated
  - **68% of people 12 to 17 years of age** have received at least one dose and **58%** are fully vaccinated
  - **88% of adults 18 years and older** have received at least one dose and **75%** are fully vaccinated; **48%** of those fully vaccinated have received a booster dose
  - **95% of adults 65 years and older** have received at least one dose and **89%** are fully vaccinated; **67%** of those fully vaccinated have received a booster dose
- There have been significant declines in cases, confirmed hospitalizations, and deaths since the peak of the Omicron wave in January 2022 **(page 12)**. Since their respective peaks:
  - Cases **have decreased 94%** across all age groups
  - Hospital admissions **have decreased 86%** across all age groups
  - Deaths **have decreased 98%** across all age groups

## Data Insights (continued)

- The number of counties with high COVID-19 Community Level continues to decrease **(page 13)**
  - This week, 94.0% of counties (97.9% of population) have medium or low community level in last 7 days, up from 85.2% of counties (92.6% of population) in previous 7 days

## Media Headlines

- Lawmakers dropped $15.6 billion in COVID-19 funding from the federal spending bill that the House passed on March 9, due to contention over how the pandemic aid would be paid for. A separate COVID-19 relief bill is expected to be put on the House floor soon
- The Transportation Security Administration extended the federal mask mandate for public transportation until April 18. An administration official said CDC, which recommended the extension, will work with government agencies to develop a framework for when, and under what circumstances, masks should be required on public transportation after that date
- Many nursing homes are struggling to get residents and staff members booster doses of COVID-19 vaccines – an average of 72% of nursing home residents in each facility nationwide have received a booster dose, but in three states, less than 60% have received boosters. An average of 39% of staff members per facility have received a booster dose
  - Public health professionals say booster shots were not publicized as much as the initial vaccine rollout, and that the initial rollout was more centralized, allowing major pharmacies to distribute the vaccines to nursing homes

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 79,248,406 | 49,710 | 37,147 | -28.8% |
| **Conf. COVID hosp. admits** | 4,558,964 | 2,779 | 3,113 | -27.5% |
| **Deaths** | 961,620 | 1,938 | 1,180 | -25.0% |
| **NAATs reported**** | 820,242,498 | *omitted due to reporting lag* | 948,207** | -7.0%** |
| **Test positivity**** | 9.4% | | 2.8% | -1.1 pct. pts. |
| **Vaccine doses administered** | 556,252,766 | +354,781 | +297,719 | -9.9% |
| **Persons fully vaccinated** | 216,449,810 | +93,966 | +79,620 | -12.8% |
| **Persons 5-11 w/ 1+ doses** | 9,653,315 | +23,440 | +17,937 | -1.9% |
| **Persons 12+ w/ 1+ doses** | 244,670,165 | +80,972 | +67,119 | +29.2% |
| **Booster doses administered** | 95,632,936 | +133,347 | +123,251 | -23.4% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. ***Most recent day:** 3/10/2022 (vaccine doses reported), 3/9/2022 (cases/deaths), 3/8/2022 (hospitalized), 3/3/2022 (test volume),3/7/2022 (test positivity). **Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **7-day daily average:** 3/4-3/10 (vaccines), 3/3-3/9 (cases/deaths), 3/2-3/8 (hospitalized), 2/25-3/3 (test volume)3/1-3/7 (test positivity), Most recent days may have incomplete reporting. **Week-on-week change:** The 7-day daily average compared to the previous seven days. **Cases/Deaths:** CDC State-Reported Data, CDC Aggregate County Data. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Total is value since 8/1/2020 due to limited reporting before this date. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. The week-on-week change decreased 1.10 percentage points from 3.86% to 2.76% which equals a -28.4% relative change. **Vaccines:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. **Red highlights:** Indicate a week-on-week change of +0.1% or greater (cases, admissions, deaths) or NAAT positivity of 5.0% or greater. **Green highlights:** Indicate a week-on-week change of -0.1% or lower (cases, admissions, deaths). *See Data Sources and Methods slide for details*

AZT42AR0000884

# National Trends Compared to Winter 2020-21 Peak

**Source:** CDC State-Reported Data, Unified Hospital Dataset. The peak value and associated date is calculated independently for cases, deaths, and hospital admissions, as the highest 7-day average value between Nov 1, 2020 and Feb 28, 2021. The date and value of peaks may change slightly if data are backfilled. Peaks are 250,294 cases on 1/11/2021; 16,497 hospital admissions on 1/9/2021; and 3,420 deaths on 1/13/2021.

## New York State

### Hospital Admissions

New York reported **155 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/08/2022, **down 22%** from the prior week

### Reported Deaths

New York reported **21 COVID-19 deaths** per day (7-day average) in the week ending 03/09/2022, **down 46%** from the prior week

## Arizona

### Hospital Admissions

Arizona reported **113 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/08/2022, **down 20%** from the prior week

### Reported Deaths

Arizona reported **55 COVID-19 deaths** per day (7-day average) in the week ending 03/09/2022, **up 145%** from the prior week

**Source:** CDC State-Reported Data, Unified Hospital Dataset

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 3/9/2022.

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*



NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Regional Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 3/9/2022.

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# National Summary

## Case Rate by County through 3/9/2022

**37,147** average daily cases in last 7 days, **28.8% lower** than previous 7 days

## Death Rate by County through 3/9/2022

**1,180** average daily deaths in last 7 days, **25.0% lower** than previous 7 days

## NAAT Positivity by County through 3/7/2022

**2.8%** average test positivity in last 7 days, **down 1.1 percentage points** from previous 7 days

Due to data processing issues, Iowa county-level cases are overreported

Maps and figures reflect **7-day average** of data from 3/3-3/9 (cases/deaths), 3/1-3/7 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC Aggregate County Data. Ohio reports county-level COVID-19 deaths by the day of death, not the day of report, which could result in a fluctuation in the number of deaths from recent weeks due to delayed reporting. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

Case 6:22-cv-00885-RRS-CBW Document 39-4 Filed 04/29/22 Page 388 of 566 PageID #: 2796

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# National Hospital Summary

## Confirmed COVID Admissions by Hospital Service Area through 3/8/2022

**3,113** average daily COVID admissions in last 7 days, **27.5% lower** than previous 7 days

## Inpatient Occupancy through 3/8/2022

**75.4%** of inpatient beds are occupied by COVID and non-COVID patients, **down 0.5%** from previous 7 days

## Adult ICU Occupancy through 3/8/2022

**73.3%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **down 1.1%** from previous 7 days

Maps and figures reflect 7-day average of data from 3/2-3/8 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. **Admissions per 100 Beds:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Denominator is based on average daily staffed inpatient beds reported in the HSA. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. *See Data Sources and Methods page for details.*

AZT42AR0000889

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# State Summary

## Week-on-Week Changes†

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ■ Stable Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▲ | ▼ | ▼ | ▼ |
| AL | ▼ | ▼ | ▼ | ▼ |
| AR | ▼ | ▼ | ▼ | ▼ |
| AS | ▲ | ▲ | ■ | ■ |
| AZ | ▼ | ▼ | ▲ | ▼ |
| CA | ▼ | ▼ | ▼ | ▼ |
| CO | ■ | ▼ | ▼ | ▼ |
| CT | ▼ | ▼ | ▲ | ▼ |
| DC | ▼ | ■ | ▼ | ■ |
| DE | ■ | ■ | ▲ | ■ |
| FL | ▼ | ▼ | ▼ | ▼ |
| GA | ▼ | ▼ | ▼ | ▼ |
| GU | ▼ | ▼ | ▼ | ▲ |
| HI | ▼ | ■ | ▼ | ■ |
| IA | ▼ | ▼ | ■ | ■ |
| ID | ▼ | ■ | ▼ | ▼ |
| IL | ▼ | ▼ | ▼ | ■ |
| IN | ▼ | ▼ | ▼ | ▼ |
| KS | ▼ | ▼ | ▼ | ▼ |
| KY | ▲ | ▼ | ▲ | ▼ |
| LA | ▼ | ▼ | ▲ | ▼ |
| MA | ▼ | ▼ | ▼ | ■ |
| MD | ▼ | ▼ | ▼ | ▼ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ME | ▼ | ■ | ▲ | ▼ |
| MI | ▼ | ▼ | ■ | ▼ |
| MN | ▼ | ▼ | ▼ | ▼ |
| MO | ▼ | ▼ | ▼ | ▼ |
| MS | ▼ | ▼ | ▼ | ▼ |
| MT | ▼ | ▼ | ▼ | ▼ |
| NC | ▼ | ▼ | ▼ | ▼ |
| ND | ▼ | ■ | ■ | ▼ |
| NE | ▲ | ▼ | ▼ | ▼ |
| NH | ▼ | ▼ | ▼ | ▼ |
| NJ | ▼ | ▼ | ▼ | ■ |
| NM | ▼ | ▼ | ■ | ▼ |
| NV | ▼ | ▼ | ▼ | ▼ |
| NY | ■ | ▼ | ▼ | ■ |
| OH | ▼ | ▼ | ▼ | ▼ |
| OK | ▼ | ▼ | ▼ | ▼ |
| OR | ▼ | ▼ | ▲ | ▼ |
| PA | ▼ | ▼ | ▼ | ▼ |
| PR | ▲ | ▼ | ■ | ■ |
| RI | ▼ | ▼ | ▼ | ■ |
| SC | ▼ | ▼ | ■ | ▼ |
| SD | ▼ | ▼ | ■ | ▼ |
| TN | ▼ | ▼ | ▼ | ■ |

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| TX | ▼ | ▼ | ▼ | ▼ |
| UT | ▼ | ▼ | ▲ | ▼ |
| VA | ▼ | ▼ | ▼ | ▼ |
| VI | ▼ | ▼ | ■ | ▼ |
| VT | ▼ | ▼ | ▼ | ▼ |
| WA | ▼ | ▼ | ▼ | ▼ |
| WI | ▼ | ▼ | ■ | ▼ |
| WV | ▼ | ▼ | ▼ | ▼ |
| WY | ▼ | ▲ | ▼ | ▼ |

### Summary of States' Week-on-Week Changes

| | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ▲ | 5 (9%) | 2 (4%) | 8 (15%) | 1 (2%) |
| ■ | 3 (5%) | 6 (11%) | 10 (18%) | 12 (22%) |
| ▼ | 47 (85%) | 47 (85%) | 37 (67%) | 42 (76%) |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

■ -10% – 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

## Areas of Concern

WA
OR
ID
MT
ND
MN
SD
WY
NV
UT
CO
NE
KS
CA
AZ
NM
OK
TX
IA
MO
AR
LA
WI
MI
IL
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
MD
DE
NJ
CT
RI
MA
VT
NH
ME
AK
HI
AOC Category
Low or Moderate Burden
Emerging Hotspot
Hotspot
Sustained Hotspot
High or Moderate Burden - Resolving

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

Counties by AOC Category over time

†**Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 3/3-3/9 (cases/deaths), 3/2-3/8 (hospital data), 3/1-3/7 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

**COVID-19 Daily Update** 7 **March 11, 2022**

AZT42AR0000890

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Demographic Trends

## Outcomes by Age

0 - 4 Years
5 - 11 Years
12 - 17 Years
18 - 24 Years
25 - 44 Years
45 - 64 Years
65 - 79 Years
80+ Years
Cases per 100k by Age Group (7-day total)
Known hospitalized* per 100k by Age Group (7-day total)
Known deaths per 100k by Age Group (7-day total)
1/20/2022
1/27/2022
2/3/2022
2/10/2022
2/17/2022
2/24/2022
3/3/2022
3/10/2022

### Cases, hospitalizations, and deaths by age group in the week 2/18 – 2/24

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 75 | 82 | 78 | 105 | 104 | 80 | 67 | 78 |
| Known Hosp. per 100k* | 0.8 | 0.2 | 0.2 | 0.5 | 0.7 | 1.1 | 3.2 | 8.0 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 1.0 |
| Case Fatality Rate* | 0.01% | 0.00% | 0.02% | 0.01% | 0.02% | 0.11% | 0.47% | 1.24% |

## Outcomes by Race/Ethnicity*

Asian, NH
Black, NH
White, NH
Hispanic/Latino
Multiple/Other, NH
Native Hawaiian/Other Pacific Islander, NH
American Indian/Alaska Native, NH
Cases per 100k by Race/Ethnicity (7-day total)
Known hospitalized* per 100k by Race/Ethnicity (7-day total)
Known deaths per 100k by Race/Ethnicity (7-day total)
1/20/2022
1/27/2022
2/3/2022
2/10/2022
2/17/2022
2/24/2022
3/3/2022
3/10/2022

### Cases, hospitalizations, and deaths by race/ethnicity in the week 2/18 – 2/24

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 78 | 47 | 40 | 48 | 98 | 81 | 48 |
| Known Hosp. per 100k* | 1.5 | 0.6 | 0.8 | 1.1 | 2.2 | 2.5 | 1.0 |
| Known Deaths per 100k | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.2 | 0.1 |
| Case Fatality Rate* | 0.00% | 0.13% | 0.12% | 0.11% | 0.03% | 0.21% | 0.22% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line list where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted***

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which captures approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include an age and approximately 45% did not include race/ethnicity. **Known Hospitalized** indicates line level data with *hospitalization status=yes*, as reported in the line level data, not COVID-NET data based on hospitalizations. **Known Deaths** indicates line level data with *death status=yes*, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. **Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. ***Potential two-week delay in case reporting to CDC denoted by gray box. *See Data Sources and Methods slide for additional details.*

**COVID-19 Daily Update** 8 **March 11, 2022**
AZT42AR0000891

# Vaccination Program Summary

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 694,725,135 | +436,400 | +425,296 | -16.4% |
| **Doses administered** | 556,252,766 | +354,781 | +297,719 | -9.9% |
| **Persons with a first dose** | 254,404,423<br>76.6% of pop. | +105,251 | +85,735 | +20.9% |
| **Persons fully vaccinated** | 216,449,810<br>65.2% of pop. | +93,966 | +79,620 | -12.8% |
| **Persons with a booster dose** | 95,632,936<br>44.2% of vaccinated pop. | +133,347 | +123,251 | -23.4% |
| **Persons 5-11 with a first dose** | 9,653,315<br>33.6% of 5-11 pop. | +23,440 | +17,937 | -1.9% |
| **Persons 12+ with a first dose** | 244,670,165<br>86.3% of 12+ pop. | +80,972 | +67,119 | +29.2% |
| **Persons 12+ fully vaccinated** | 208,780,488<br>73.6% of 12+ pop. | +69,882 | +56,891 | -11.6% |
| **Persons 65+ fully vaccinated** | 48,683,779<br>88.9% of 65+ pop. | +7,249 | +5,253 | -3.5% |
| **Persons 65+ with a booster dose** | 32,461,159<br>66.7% of 65+ vaccinated pop. | +26,348 | +22,254 | -15.4% |

## Population Fully Vaccinated through 3/10/2022

In total, **65.2%** of the population** (216.4M) is fully vaccinated

## Daily Population Initiating Vaccination through 3/10/2022

**85,735** persons initiated vaccination per day in last 7 days, **20.9% higher** than previous 7 days

Vaccination data as of 3/10/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. *See Data Sources and Methods slide for details.*

# Vaccination Program Trends

## Persons 5+ initiating vaccination in last week

**0.2%** of population 5+ received their first dose in last 7 days, this is the same as in the previous 7 days

Of previously unvaccinated persons 5+, **1.0%** received their first dose

## Persons 5+ with at Least 1 Dose through 3/10/2022

## Fully Vaccinated Population with a Booster Dose through 3/10/2022

Vaccination data as of 3/10/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. *See Data Sources and Methods slide for details.*

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100 inpatient beds are 11 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| | Total to date | | 7-day daily average | | | | Vaccinations | | |
|---|---|---|---|---|---|---|---|---|---|
| State | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
| Alabama | 1,288,460 | 18,766 | 460 | 64 | 1 | 4.7% | 6,124,293 | 62.0% | 50.4% |
| Alaska | 234,865 | 1,168 | 376 | 6 | 1 | 5.9% | 1,106,099 | 68.9% | 61.4% |
| American Samoa | 352 | 0 | 29 | 1 | 0 | - | 93,864 | 92.0% | 82.3% |
| Arizona | 1,987,318 | 28,090 | 936 | 113 | 55 | 4.8% | 11,617,378 | 71.7% | 60.4% |
| Arkansas | 824,469 | 10,799 | 462 | 48 | 27 | 4.3% | 4,104,598 | 65.9% | 53.7% |
| California | 9,007,008 | 86,025 | 5,503 | 389 | 157 | 2.1% | 71,979,632 | 82.0% | 70.7% |
| Colorado | 1,322,637 | 11,835 | 987 | 36 | 5 | 3.1% | 10,368,780 | 78.6% | 69.4% |
| Connecticut | 729,063 | 10,609 | 295 | 25 | 14 | 2.6% | 7,328,468 | 94.2% | 78.0% |
| Delaware | 257,438 | 2,752 | 98 | 10 | 6 | 3.3% | 1,742,565 | 82.0% | 67.9% |
| District of Columbia | 135,086 | 1,324 | 58 | 9 | 0 | 1.0% | 1,429,546 | 95.0% | 71.9% |
| Florida | 5,823,350 | 71,474 | 1,553 | 239 | 2 | 3.2% | 36,287,516 | 78.3% | 66.1% |
| Georgia | 2,474,277 | 36,026 | 908 | 79 | 61 | 2.2% | 14,441,599 | 64.6% | 53.9% |
| Guam | 46,000 | 335 | 108 | 19 | 1 | 26.2% | 335,810 | 89.5% | 80.8% |
| Hawaii | 231,844 | 1,342 | 161 | 12 | 2 | 3.1% | 2,819,420 | 86.6% | 77.5% |
| Idaho | 436,033 | 4,807 | 937 | 16 | 5 | 6.0% | 2,377,374 | 60.5% | 53.3% |
| Illinois | 3,042,495 | 37,214 | 1,113 | 90 | 29 | 1.3% | 21,906,684 | 76.3% | 67.8% |
| Indiana | 1,685,997 | 23,115 | 476 | 60 | 27 | 4.6% | 9,243,373 | 60.8% | 54.2% |
| Iowa | 756,359 | 9,262 | 191 | 28 | 13 | - | 4,944,249 | 67.4% | 61.3% |
| Kansas | 768,422 | 8,003 | 208 | 31 | 4 | 4.0% | 4,470,240 | 73.7% | 60.5% |
| Kentucky | 1,292,832 | 14,218 | 1,488 | 74 | 40 | 6.2% | 6,347,335 | 65.5% | 56.6% |
| Louisiana | 1,165,736 | 16,832 | 275 | 42 | 22 | 1.8% | 6,089,784 | 60.4% | 52.8% |
| Maine | 231,758 | 2,140 | 355 | 10 | 9 | 3.6% | 2,714,243 | 89.4% | 78.6% |
| Marshall Islands | 4 | 0 | 0 | - | 0 | - | 57,853 | 38.7% | 32.0% |
| Maryland | 1,005,716 | 14,229 | 315 | 35 | 10 | 1.5% | 11,579,870 | 85.2% | 74.3% |
| Massachusetts | 1,679,034 | 23,708 | 775 | 39 | 26 | 1.6% | 14,342,533 | 95.0% | 77.9% |
| Michigan | 2,369,853 | 35,135 | 905 | 105 | 53 | 3.6% | 15,363,600 | 66.4% | 59.5% |
| Micronesia | 7 | 0 | 0 | - | 0 | - | 109,822 | 60.2% | 49.6% |
| Minnesota | 1,420,720 | 12,428 | 647 | 42 | 14 | 3.5% | 9,949,570 | 74.5% | 68.5% |
| Mississippi | 792,129 | 12,228 | 216 | 15 | 16 | 5.5% | 3,778,600 | 59.0% | 51.1% |
| Missouri | 1,402,202 | 19,344 | 573 | 67 | 37 | 3.9% | 8,695,633 | 65.5% | 55.3% |
| Montana | 271,464 | 3,211 | 481 | 16 | 3 | 4.6% | 1,541,224 | 64.6% | 56.1% |
| Nebraska | 476,806 | 4,025 | 114 | 19 | 3 | 6.4% | 3,095,065 | 69.5% | 62.7% |
| Nevada | 686,806 | 9,875 | 338 | 31 | 17 | 4.5% | 4,745,377 | 74.3% | 59.9% |
| New Hampshire | 299,873 | 2,408 | 152 | 10 | 2 | 3.3% | 2,557,868 | 95.0% | 69.8% |
| New Jersey | 2,177,598 | 33,054 | 1,077 | 67 | 13 | 2.2% | 16,662,231 | 89.3% | 74.5% |
| New Mexico | 514,511 | 7,026 | 280 | 22 | 12 | 9.3% | 3,789,313 | 86.3% | 69.9% |
| New York | 4,925,050 | 66,995 | 1,760 | 155 | 21 | 1.8% | 38,051,819 | 89.2% | 75.8% |
| North Carolina | 2,604,971 | 22,864 | 1,002 | 40 | 11 | 4.0% | 16,201,828 | 82.6% | 59.6% |
| North Dakota | 238,955 | 2,218 | 86 | 12 | 3 | 4.5% | 1,065,336 | 64.5% | 54.5% |
| Northern Mariana Islands | 10,326 | 30 | 58 | 0 | 0 | - | 106,791 | 87.2% | 83.0% |
| Ohio | 2,661,557 | 37,212 | 771 | 100 | 56 | 3.1% | 17,297,241 | 63.0% | 57.8% |
| Oklahoma | 1,027,136 | 13,513 | 540 | 55 | 34 | 4.2% | 5,745,840 | 70.2% | 56.2% |
| Oregon | 698,564 | 6,800 | 463 | 43 | 21 | 3.7% | 7,479,579 | 77.1% | 68.9% |
| Palau | 3,888 | 6 | 9 | - | 0 | - | 46,730 | 94.2% | 83.4% |
| Pennsylvania | 2,766,270 | 43,730 | 982 | 126 | 44 | 3.7% | 22,192,408 | 83.6% | 67.2% |
| Puerto Rico | 475,379 | 4,146 | 239 | 4 | 3 | 4.5% | 6,994,077 | 95.0% | 81.8% |
| Rhode Island | 339,762 | 3,419 | 148 | 4 | 1 | 2.5% | 2,141,380 | 95.0% | 81.0% |
| South Carolina | 1,464,132 | 17,251 | 293 | 48 | 45 | 2.5% | 7,328,492 | 66.9% | 56.3% |
| South Dakota | 236,503 | 2,844 | 53 | 10 | 4 | 5.0% | 1,361,824 | 75.2% | 60.1% |
| Tennessee | 2,014,649 | 24,804 | 669 | 61 | 24 | 7.7% | 9,644,453 | 61.5% | 53.8% |
| Texas | 6,583,747 | 84,645 | 3,733 | 319 | 107 | 3.2% | 44,693,438 | 71.5% | 60.3% |
| Utah | 925,089 | 4,494 | 214 | 41 | 8 | 5.1% | 5,079,891 | 71.3% | 63.4% |
| Vermont | 105,365 | 578 | 124 | 5 | 1 | 3.3% | 1,352,416 | 93.0% | 80.4% |
| Virgin Islands | 15,444 | 109 | 5 | 0 | 0 | 3.1% | 140,729 | 63.9% | 52.8% |
| Virginia | 1,651,954 | 19,165 | 1,037 | 65 | 37 | 5.5% | 15,951,612 | 84.7% | 72.2% |
| Washington | 1,434,783 | 12,133 | 1,171 | 63 | 26 | 4.2% | 13,929,146 | 80.0% | 71.7% |
| West Virginia | 494,030 | 6,488 | 427 | 40 | 15 | 6.7% | 2,645,509 | 64.4% | 56.9% |
| Wisconsin | 1,576,701 | 13,620 | 463 | 45 | 32 | 3.2% | 9,909,880 | 71.2% | 64.8% |
| Wyoming | 155,629 | 1,749 | 50 | 7 | 1 | 3.9% | 733,464 | 58.1% | 50.8% |
| **United States** | **79,248,406** | **961,620** | **37,147** | **3,113** | **1,180** | **2.8%** | **556,252,766** | **76.6%** | **65.2%** |

Due to data processing issues, Iowa county-level cases are overreported

**Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Totals to date:** Data through 3/9 (cases/deaths). **7-day daily average:** 3/3-3/9 (cases/deaths), 3/2-3/8 (hospitalized), 3/1-3/7 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. **Vaccines:** Unified COVID-19 Vaccine Dataset as of 3/10. Doses administered are the total number reported by states, territories, and organizations that received doses. Values reflect total by report date, not administered date. Persons who received at least one dose are attributed to the state or territory in which they reside. *See Data Sources and Methods slide for details.*

# National Trends by Age Group

## Change in Reported Cases since 1/9/2022

| Age Group | Weekly cases per 100k - week ending 1/9/2022 | Weekly cases per 100k - week ending 2/24/2022 | Percentage change since 1/9/2022 |
|---|---|---|---|
| <18 Years | 1,405.1 | 84.7 | -94% |
| 18-29 Years | 1,954.1 | 103.0 | -95% |
| 30-39 Years | 1,798.5 | 106.8 | -94% |
| 40-49 Years | 1,609.3 | 93.1 | -94% |
| 50-59 Years | 1,289.5 | 81.8 | -94% |
| 60-69 Years | 877.9 | 70.6 | -92% |
| 70+ Years | 637.7 | 70.7 | -89% |
| **All ages** | **1,430.8** | **89.4** | **-94%** |

## Change in Confirmed COVID-19 Hospital Admissions since 1/15/2022

| Age Group | Weekly admissions per 100k - week ending 1/15/2022 | Weekly admissions per 100k - week ending 3/8/2022 | Percentage change since 1/15/2022 |
|---|---|---|---|
| <18 Years | 8.7 | 1.8 | -79% |
| 18-29 Years | 21.5 | 2.7 | -87% |
| 30-39 Years | 28.4 | 3.7 | -87% |
| 40-49 Years | 29.8 | 3.8 | -87% |
| 50-59 Years | 47.5 | 6.3 | -87% |
| 60-69 Years | 73.9 | 10.5 | -86% |
| 70+ Years | 147.5 | 23.4 | -84% |
| **All ages** | **45.6** | **6.6** | **-86%** |

## Change in Reported Deaths since 1/6/2022

| Age Group | Weekly deaths per 100k - week ending 1/6/2022 | Weekly deaths per 100k - week ending 2/24/2022 | Percentage change since 1/6/2022 |
|---|---|---|---|
| <18 Years | 0.1 | 0.0 | -89% |
| 18-29 Years | 0.3 | 0.0 | -96% |
| 30-39 Years | 0.6 | 0.0 | -98% |
| 40-49 Years | 1.7 | 0.0 | -99% |
| 50-59 Years | 3.9 | 0.1 | -98% |
| 60-69 Years | 8.1 | 0.2 | -97% |
| 70+ Years | 26.7 | 0.6 | -98% |
| **All ages** | **4.8** | **0.1** | **-98%** |

**COVID Hospital Admissions:** Confirmed admissions by age from the Unified Hospital Dataset. "All ages" includes reported admissions where age is unknown. **Cases/Deaths:** Cases and deaths by age from the CDC line level, which captures approximately 75% of reported cases and deaths. Of reported cases and deaths from the CDC line list, approximately 0.5% did not include an age. **Known Deaths** indicates line level data with *death status=yes*, not NVSS-NCHS mortality data based on death certificates. "All ages" includes reported cases and deaths from the CDC line list where age is unknown. Potential delay in data reporting for each dataset denoted by gray box on plot. *See Data Sources and Methods slide for additional details.*

# COVID-19 Community Level

COVID-19 Community Level as of 3/10/2022

**94.0% of counties** (97.9% of population) have medium or low community level in last 7 days, **up from 85.2% of counties** (92.6% of population) in previous 7 days

**Counties by COVID-19 Community Level Component Metrics**

| | | | | |
|---|---|---|---|---|
| **< 200 Cases per 100k** | **Hospital admissions per 100k (7-day total)** | < 10.0 | 10.0 to 19.9 | 20.0 + |
| | % of counties<br>change since last week | **73.5%**<br>↑23.1% | **13.2%**<br>↓12.1% | **2.8%**<br>↓1.4% |
| | **COVID inpatient bed occupancy (7-day average)** | < 10.0% | 10.0% to 14.9% | 15.0% + |
| | % of counties<br>change since last week | **86.8%**<br>↑14.2% | **1.7%**<br>↓4.8% | **0.4%**<br>↓0.2% |
| **200 + Cases per 100k** | **Hospital admissions per 100k (7-day total)** | N/A | < 10.0 | 10.0 + |
| | % of counties<br>change since last week | **N/A** | **7.7%**<br>↓3.6% | **2.9%**<br>↓6.1% |
| | **COVID inpatient bed occupancy (7-day average)** | N/A | < 10.0% | 10.0% + |
| | % of counties<br>change since last week | **N/A** | **9.9%**<br>↓5.0% | **0.7%**<br>↓4.6% |

**Counties by COVID-19 Community Level**

| Category | Low | Medium | High |
|---|---|---|---|
| % of counties<br>change since last week | **72.8%**<br>↑25.4% | **21.2%**<br>↓16.6% | **6.0%**<br>↓8.8% |
| % of population<br>change since last week | **82.8%**<br>↑22.8% | **15.0%**<br>↓17.6% | **2.1%**<br>↓5.2% |

Due to data processing issues, Iowa county-level cases are overreported

**Cases:** CDC Aggregate County Data, maps and figures reflect data from 3/3-3/9. **Hospital data:** Unified Hospital Dataset, maps and figures reflect data from 3/2-3/8. Hospital data for counties is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. Most recent days may have incomplete reporting. **COVID hospital admissions:** 7-day total of confirmed COVID-19 adult and pediatric new hospitalizations. **COVID inpatient occupancy:** 7-day average percent of staffed inpatient beds occupied by a COVID-19 patient. **COVID-19 Community Level** is determined by the higher of the new admissions and inpatient occupancy metrics, based on the current level of total new cases per 100,000 population in the last 7 days. **County percentages** are based on a denominator of 3,220 county/county-equivalents, including states and PR municipios. Previous week levels are computed based on current data. *See Data Sources and Methods page for details.*

# Data Sources & Methods

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| | Influenza |
| Tuesday | Wastewater Surveillance |
| Wednesday | Modeling/Prediction |
| | School Policies and Closures |
| Thursday | Variants |
| | Global Update (Biweekly) |
| | Vaccine Effectiveness (Monthly) |
| Friday | Demographic Trends |
| | COVID-19 Community Level |
| Saturday | Monoclonal Antibodies |
| | Pediatric Severity |

**Hospital Data**: Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
- County data is mapped from Health Service Areas (HSAs), defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. For more information, see https://seer.cancer.gov/seerstat/variables/countyattribs/hsa.html. Rates, such a confirmed COVID-19 hospital admissions per 100 beds, are calculated for the HSA and applied to all constituent counties. Counts, such as the number of confirmed COVID-19 hospital admissions, are distributed proportionally to constituent counties by total population.
- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect total by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). The FDA has approved the Pfizer-BioNTech vaccine for use in persons aged 16 and older and the Moderna vaccine for use in persons aged 18 and older. Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 5-15 and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited to those aged 5 and older, which represents approximately 94% of the US population. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. This includes people who received booster doses and people who received additional doses. CDC has capped the percent of population coverage metrics at 95.0%. These metrics could be greater than 95.0% for multiple reasons, including census denominator data not including all individuals that currently reside in the county (e.g., part time residents) or potential data reporting errors.

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.
- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.
- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.
- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

# Data Sources & Methods

## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**

- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**

- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model trained on historical data of 23 features based on Cases, Deaths, Testing, ED visits, and Vaccinations including, but not limited to:

- Total cases in the last week
- Ratio of total cases in last 7 days to total cases in last 30 days
- Total deaths in the last week
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days
- Weekly COVID-like illness ED Visits
- Weekly influenza-like illness ED Visits
- Percent of population that is fully vaccinated

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**

- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**

- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**

- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**

- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; National Syndromic Surveillance Program (NSSP); Unified COVID-19 Vaccine Dataset; US Census 2019

***Number of Days in Downward Case Trajectory**: This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# COVID-19 Daily Update

## March 31, 2022

## Data Insights

- Nationally:
  - New cases **decreased 5%** week-on-week (from 26,682 to 25,219 cases/day, 7-day daily average)
  - New confirmed COVID-19 hospital admissions **decreased 17%** week-on-week (from 1,925 to 1,598 admissions/day, 7-day daily average)
  - Reported COVID-19 deaths **decreased 15%** week-on-week (from 755 to 644 deaths/day, 7-day daily average)
  - NAAT positivity **increased 0.2 percentage points** week-on-week (from 2.1% to 2.3%, 7-day daily average)
- Overall, **560,419,082** COVID-19 vaccine doses have been administered in the United States
  - In total, **77%** of the population (255.4 million people) has received at least one dose and **66%** of the population (217.6 million people) is fully vaccinated
  - **34% of people 5 to 11 years of age** have received at least one dose and **28%** are fully vaccinated
  - **69% of people 12 to 17 years of age** have received at least one dose and **59%** are fully vaccinated
  - **88% of adults 18 years and older** have received at least one dose and **75%** are fully vaccinated; **48%** of those fully vaccinated have received a booster dose
  - **95% of adults 65 years and older** have received at least one dose and **89%** are fully vaccinated; **67%** of those fully vaccinated have received a booster dose
- As of March 27, **global confirmed COVID-19 cases** totaled 479,474,989, with 10,963,694 cases in the past week (previous 7 days), a 13.2% decrease in cases from the previous week; global deaths increased by 43.0% **(page 13)**
  - Cases began to increase in the Near East. Cases continue to decrease in East Asia and the Pacific, in Europe and Eurasia, in South and Central Asia, in Sub-Saharan Africa, and in the Western Hemisphere
  - Global vaccine doses administered have surpassed 10 billion doses; over 500 million are booster doses in 140 countries
  - Variant of Concern Omicron (B.1.1.529) has been identified in 199 countries

## Data Insights, Continued

- Based on NOWCAST data for the week ending March 26, 2022, the combined national proportion of lineages designated as Omicron is predicted to be 100% **(page 12)**
  - The proportion of Omicron is predicted to be 100% in all HHS Regions
  - The BA.2 lineage is the predominant Omicron lineage in the United States at 54.9% (95% PI 50.8-59.1%)
    - The proportion of BA.2 is projected to be greater than 33% in all HHS Regions
    - In Regions 1, 2, 5, 9, and 10 the proportion of BA.2 is above 50%
  - The national proportion of the BA.1.1 lineage is projected to be 40.4% (95% PI 36.4-44.5%)
  - The national proportion of the B.1.1.529 (BA.1 and BA.3) lineage is projected to be 4.7% (95% PI 3.9-5.7%)

## Media Headlines

- The federal government has launched a new "one-stop shop" COVID.gov to help individuals identify risks in their areas and to help them access vaccines, tests, treatments and masks. This marks a new phase of living with COVID-19 and preparing for future waves
- A recent Brookings Institution survey fielded by IPSOS found that the pandemic has been particularly difficult for women, young people, Black, Latinx Americans, and people earning less than $50,000 annually. Other notable findings are listed below:
  - 26% of women and 19% of men in America feel like they have lost a sense of control over their lives
  - 53% of those surveyed reported needing more income to support their family
  - 66% of individuals surveyed stated that their support networks remained unchanged throughout the pandemic
- New data released by the federal government suggests recipients of the COVID-19 Johnson & Johnson vaccine should get a booster with one of the mRNA vaccines. Those that have already done so should consider a second mRNA booster for greatest protection

## Key Metrics

| | Total to date | Most recent day* | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Cases** | 79,853,683 | 22,006 | 25,219 | -5.5% |
| **Conf. COVID hosp. admits** | 4,590,568 | 1,250 | 1,598 | -17.0% |
| **Deaths** | 976,229 | 683 | 644 | -14.7% |
| **NAATs reported**** | 838,392,673 | *omitted due to reporting lag* | 844,199** | -2.7%** |
| **Test positivity**** | 9.2% | | 2.3% | +0.2 pct. pts. |
| **Vaccine doses administered** | 560,419,082 | +237,291 | +214,405 | +17.8% |
| **Persons fully vaccinated** | 217,556,439 | +57,472 | +53,082 | +4.7% |
| **Persons 5-11 w/ 1+ doses** | 9,870,039 | +11,905 | +10,288 | +1.9% |
| **Persons 12+ w/ 1+ doses** | 245,466,451 | +53,665 | +50,196 | +99.6% |
| **Booster doses administered** | 97,495,673 | +98,290 | +88,732 | -3.2% |

Most recent day, 7-day daily average, and week-on-week change exclude historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day. ***Most recent day:** 3/30/2022 (vaccine doses reported), 3/29/2022 (cases/deaths), 3/28/2022 (hospitalized), 3/23/2022 (test volume), 3/27/2022 (test positivity). **Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **7-day daily average:** 3/24-3/30 (vaccines), 3/23-3/29 (cases/deaths), 3/22-3/28 (hospitalized), 3/17-3/23 (test volume), 3/21-3/27 (test positivity). Most recent days may have incomplete reporting. **Week-on-week change:** The 7-day daily average compared to the previous seven days. **Cases/Deaths:** CDC State-Reported Data, CDC Aggregate County Data. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. Total is value since 8/1/2020 due to limited reporting before this date. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests performed and resulted. The week-on-week change increased 0.19 percentage points from 2.13% to 2.32% which equals a +8.9% relative change. **Vaccines:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. **Red highlights:** Indicate a week-on-week change of +0.1% or greater (cases, admissions, deaths) or NAAT positivity of 5.0% or greater. **Green highlights:** Indicate a week-on-week change of -0.1% or lower (cases, admissions, deaths). *See Data Sources and Methods slide for details*

# National Trends Compared to Winter 2020-21 Peak

**Source:** CDC State-Reported Data, Unified Hospital Dataset. The peak value and associated date is calculated independently for cases, deaths, and hospital admissions, as the highest 7-day average value between Nov 1, 2020 and Feb 28, 2021. The date and value of peaks may change slightly if data are backfilled. Peaks are 250,324 cases on 1/11/2021; 16,497 hospital admissions on 1/9/2021; and 3,421 deaths on 1/13/2021.

## New York State

### Hospital Admissions

New York reported **107 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/28/2022, **down** 9% from the prior week

### Reported Deaths

New York reported **10 COVID-19 deaths** per day (7-day average) in the week ending 03/29/2022, **down 29%** from the prior week

## California

### Hospital Admissions

California reported **175 COVID-19 hospital admissions** per day (7-day average) in the week ending 03/28/2022, **down** 20% from the prior week

### Reported Deaths

California reported **65 COVID-19 deaths** per day (7-day average) in the week ending 03/29/2022, **down 35%** from the prior week

**Source:** CDC State-Reported Data, Unified Hospital Dataset

# National Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average. Labels on curves indicate date and prior peaks of 7-day daily averages. Data shown from 1/1/2021 to 3/29/2022.

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# Regional Trends

Trends in COVID-19 cases, hospital admissions, deaths, and nucleic acid amplification test (NAAT) positivity, showing 7-day daily average by HHS/FEMA Region. Numbers shown below charts are current 7-day daily average and change since previous 7-day period. Data shown from 1/1/2021 to 3/29/2022.

U.S. Department of Health & Human Services
Regions
1
2
3
4
5
6
7
8
9
10
Seattle
Chicago
Denver
Kansas City
Dallas
Atlanta
Hawaii
Puerto Rico
U.S. Virgin Islands

Cases
Confirmed COVID-19 Hospital Admissions
Deaths
NAAT Positivity
REGION 1
2,028 (+22%)
74 (-6%)
28 (+7%)
2.6% (+0.2 pct. pts.)
REGION 2
4,373 (+31%)
155 (-8%)
17 (-27%)
3.0% (+0.7 pct. pts.)
REGION 3
1,911 (-10%)
128 (-23%)
62 (-8%)
2.3% (-0.1 pct. pts.)
REGION 4
3,951 (+10%)
297 (-21%)
94 (-14%)
2.5% (+0.2 pct. pts.)
REGION 5
3,420 (+3%)
250 (-19%)
115 (-12%)
2.3% (0.0 pct. pts.)
REGION 6
2,820 (-34%)
236 (-15%)
102 (-6%)
2.1% (-0.1 pct. pts.)
REGION 7
621 (+3%)
74 (-11%)
47 (+3%)
2.8% (-0.1 pct. pts.)
REGION 8
471 (-22%)
47 (-27%)
24 (-1%)
3.0% (+0.2 pct. pts.)
REGION 9
4,262 (-22%)
282 (-15%)
121 (-33%)
1.5% (0.0 pct. pts.)
REGION 10
1,356 (-21%)
55 (-20%)
35 (-16%)
2.8% (+0.3 pct. pts.)

Data may be backfilled over time, resulting in week-to-week changes. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID Hospital admissions:** Total of confirmed COVID-19 adult and pediatric hospitalizations, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# State Summary

## Areas of Concern

As of 3/30/22, 81 counties (2.6%) are emerging hotspots, an 1.2 pct. pts. increase from the previous week

The Areas of Concern Continuum (AOCC) is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

(1) **Low Burden** - communities with minimal activity

(2) **Moderate Burden** - communities with moderate disease activity

(3) **Emerging Hotspot** - communities with a high likelihood to become hotspots in the next 1-7 days

(4) **Hotspot** - communities that have reached a threshold of disease activity considered as being of high burden

(5) **Sustained Hotspot** - communities that have had a high sustained case burden and may be higher risk for experiencing healthcare resource limitations

(6) **High Burden - Resolving** - communities that were recently identified as hotspots and are now improving

(7) **Moderate Burden - Resolving** - communities that have a moderate level of burden, but are demonstrating improvement

## Week-on-Week Changes†

Indicators for percent change from previous week: ▲ Increase ▼ Decrease ■ Stable Gray background indicates increasing Cases, Admits, and % Pos

| State | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| AK | ▼ | ■ | ▲ | ■ |
| AL | ▲ | ▼ | ▲ | ▼ |
| AR | ▼ | ■ | ▼ | ■ |
| AS | ▲ | ▲ | ■ | ■ |
| AZ | ▼ | ■ | ▼ | ■ |
| CA | ▼ | ▼ | ▼ | ■ |
| CO | ▼ | ▼ | ▼ | ■ |
| CT | ▲ | ■ | ▼ | ■ |
| DC | ▼ | ▲ | ▼ | ■ |
| DE | ▲ | ▼ | ▼ | ■ |
| FL | ■ | ▼ | ▼ | ▲ |
| GA | ▼ | ▼ | ▼ | ■ |
| GU | ▼ | ▼ | ▲ | ▼ |
| HI | ▼ | ▼ | ▼ | ▼ |
| IA | ▼ | ■ | ▼ | ■ |
| ID | ▼ | ■ | ▼ | ▼ |
| IL | ■ | ▼ | ▼ | ■ |
| IN | ▼ | ▼ | ▼ | ▼ |
| KS | ■ | ▼ | ▼ | ■ |
| KY | ▼ | ▼ | ▼ | ▼ |
| LA | ▼ | ▼ | ▼ | ■ |
| MA | ▲ | ■ | ▼ | ■ |
| MD | ■ | ▼ | ■ | ■ |
| ME | ▲ | ▲ | ▼ | ▲ |
| MI | ▼ | ▼ | ▼ | ■ |
| MN | ▼ | ■ | ■ | ■ |
| MO | ■ | ■ | ▼ | ■ |
| MS | ▼ | ▼ | ▼ | ■ |
| MT | ▼ | ▼ | ▼ | ▼ |
| NC | ▲ | ■ | ▲ | ■ |
| ND | ▼ | ▼ | ▲ | ■ |
| NE | ▲ | ▼ | ▲ | ▼ |
| NH | ■ | ▼ | ▼ | ■ |
| NJ | ■ | ■ | ▼ | ▲ |
| NM | ■ | ■ | ■ | ▼ |
| NV | ■ | ■ | ▼ | ■ |
| NY | ▲ | ■ | ▼ | ▲ |
| OH | ▲ | ▼ | ■ | ■ |
| OK | ▼ | ▼ | ■ | ■ |
| OR | ■ | ▼ | ▲ | ■ |
| PA | ▼ | ▼ | ▼ | ■ |
| PR | ▲ | ■ | ▲ | ▲ |
| RI | ■ | ▼ | ▲ | ■ |
| SC | ■ | ▼ | ▼ | ■ |
| SD | ▼ | ▼ | ▼ | ■ |
| TN | ▼ | ▼ | ▲ | ▼ |
| TX | ▼ | ▼ | ▼ | ■ |
| UT | ▼ | ▼ | ▲ | ■ |
| VA | ▼ | ▼ | ▼ | ▼ |
| VI | ▲ | ▼ | ■ | ▼ |
| VT | ■ | ▼ | ▼ | ■ |
| WA | ■ | ▼ | ▼ | ■ |
| WI | ■ | ▼ | ▲ | ■ |
| WV | ▼ | ■ | ▲ | ▼ |
| WY | ▼ | ▼ | ▼ | ■ |

### Summary of States' Week-on-Week Changes

| | Cases | Admits | Deaths | % Pos |
|---|---|---|---|---|
| ▲ | 12 (22%) | 3 (5%) | 13 (24%) | 5 (9%) |
| ■ | 15 (27%) | 16 (29%) | 7 (13%) | 37 (67%) |
| ▼ | 28 (51%) | 36 (65%) | 35 (64%) | 13 (24%) |

### Weekly change indicators

▼ <-10% change in cases, deaths, confirmed COVID admissions; <-0.5% change in positivity

■ -10% – 10% change in cases, deaths, confirmed COVID admissions; -0.5% - 0.5% change in positivity

▲ >10% change in cases, deaths, confirmed COVID admissions; >0.5% change in positivity

†**Week-on-Week Changes:** The last 7 days compared to the previous 7 days, where **last 7 days** is 3/23-3/29 (cases/deaths), 3/22-3/28 (hospital data), 3/21-3/27 (tests). Most recent days may have incomplete reporting. **% Pos** refers to the viral nucleic acid amplification test (NAAT) positivity rate. **Admits** refers to new confirmed COVID-19 hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Cases/Deaths:** CDC State-Reported Data. **Test positivity:** Positive tests divided by number of tests returned and resulted. *See Data Sources and Methods slide for details.*

# National Summary

## Case Rate by County through 3/29/2022

**25,219** average daily cases in last 7 days, **5.5% lower** than previous 7 days

## Death Rate by County through 3/29/2022

**644** average daily deaths in last 7 days, **14.7% lower** than previous 7 days

## NAAT Positivity by County through 3/27/2022

**2.3%** average test positivity in last 7 days, **up 0.2 percentage points** from previous 7 days

Maps and figures reflect 7-day average of data from 3/23-3/29 (cases/deaths), 3/21-3/27 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC Aggregate County Data. Ohio reports county-level COVID-19 deaths by the day of death, not the day of report, which could result in a fluctuation in the number of deaths from recent weeks due to delayed reporting. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. *See Data Sources and Methods page for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# National Hospital Summary

## Confirmed COVID Admissions by Health Service Area through 3/28/2022

**1,598** average daily COVID admissions in last 7 days, **17.0% lower** than previous 7 days

## Inpatient Occupancy through 3/28/2022

**74.3%** of inpatient beds are occupied by COVID and non-COVID patients, **no change** from previous 7 days

## Adult ICU Occupancy through 3/28/2022

**71.0%** of staffed adult ICU beds are occupied by COVID and non-COVID patients, **down 0.3%** from previous 7 days

Maps and figures reflect **7-day** average of data from 3/22-3/28 (hospital admissions and occupancy data). Most recent days may have incomplete reporting. County data is mapped from Health Service Areas, defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. **Inpatient Occupancy:** Inpatient occupancy indicates average percentage of inpatient beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. **Adult ICU Occupancy:** ICU occupancy indicates average percentage of staffed adult ICU beds occupied, including both COVID and non-COVID patients, during the last 7 days, by HSA. *See Data Sources and Methods page for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Demographic Trends

## Outcomes by Age

0 - 4 Years
5 - 11 Years
12 - 17 Years
18 - 24 Years
25 - 44 Years
45 - 64 Years
65 - 79 Years
80+ Years
Cases per 100k by Age Group (7-day total)
Known hospitalized* per 100k by Age Group (7-day total)
Known deaths per 100k by Age Group (7-day total)
2/9/2022
2/16/2022
2/23/2022
3/2/2022
3/9/2022
3/16/2022
3/23/2022
3/30/2022

### Cases, hospitalizations, and deaths by age group in the week 3/10 – 3/16

| Age Group | 0 - 4 years | 5 - 11 years | 12 - 17 years | 18 - 24 years | 25 - 44 years | 45 - 64 years | 65 - 79 years | 80+ years |
|---|---|---|---|---|---|---|---|---|
| Cases per 100k | 45 | 49 | 54 | 71 | 74 | 55 | 38 | 43 |
| Known Hosp. per 100k* | 0.4 | 0.1 | 0.1 | 0.3 | 0.4 | 0.6 | 1.7 | 4.6 |
| Known Deaths per 100k | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.8 |
| Case Fatality Rate* | 0.03% | 0.00% | 0.00% | 0.02% | 0.02% | 0.09% | 0.47% | 1.97% |

## Outcomes by Race/Ethnicity*

Asian, NH
Black, NH
White, NH
Hispanic/Latino
Multiple/Other, NH
Native Hawaiian/Other Pacific Islander, NH
American Indian/Alaska Native, NH
Cases per 100k by Race/Ethnicity (7-day total)
Known hospitalized* per 100k by Race/Ethnicity (7-day total)
Known deaths per 100k by Race/Ethnicity (7-day total)
2/9/2022
2/16/2022
2/23/2022
3/2/2022
3/9/2022
3/16/2022
3/23/2022
3/30/2022

### Cases, hospitalizations, and deaths by race/ethnicity in the week 3/10 – 3/16

| Race/ Ethnicity | American Indian/ Alaska Native, Non-Hispanic | Asian, Non-Hispanic | Black, Non-Hispanic | Hispanic/ Latino | Multiple/ Other, Non-Hispanic | Native Hawaiian/ Other Pacific Islander, Non-Hispanic | White, Non-Hispanic |
|---|---|---|---|---|---|---|---|
| Cases per 100k | 46 | 37 | 25 | 25 | 62 | 65 | 30 |
| Known Hosp. per 100k* | 1.1 | 0.4 | 0.5 | 0.6 | 0.9 | 0.7 | 0.7 |
| Known Deaths per 100k | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Case Fatality Rate* | 0.18% | 0.03% | 0.18% | 0.16% | 0.02% | 0.00% | 0.25% |

*Cases, hospitalizations, and deaths by race/ethnicity, among cases from CDC line list where race/ethnicity and outcomes are known. Case Earliest Date is the earliest of the clinical date (related to illness or specimen collection and chosen by a defined hierarchy) and the date received by CDC. Not age-adjusted***

*Calculations involving age and race/ethnicity are performed with the CDC line level data, which captures approximately 75% of reported cases and deaths. Of the reported cases and deaths from the CDC line list, approximately 0.5% did not include an age and approximately 45% did not include race/ethnicity. **Known Hospitalized** indicates line level data with *hospitalization status=yes*, as reported in the line level data, not COVID-NET data based on hospitalizations. **Known Deaths** indicates line level data with *death status=yes*, not NVSS-NCHS mortality data based on death certificates. The denominator for case fatality rate includes cases with unknown outcome; approximately 52% of cases have unknown outcome. Therefore, calculations are likely to be substantial underestimates of true rates. **Comparison of proportions of race/ethnicity does not account for age-adjusted rates standardized to the population. ***Potential two-week delay in case reporting to CDC denoted by gray box. *See Data Sources and Methods slide for additional details.*

**COVID-19 Daily Update** 8 **March 31, 2022**
AZT42AR0000906

# Vaccination Program Summary

| | Total to date | Most recent day | 7-day daily average | Week-on-week change |
|---|---|---|---|---|
| **Doses delivered** | 702,181,465 | +495,300 | +373,606 | -5.4% |
| **Doses administered** | 560,419,082 | +237,291 | +214,405 | +17.8% |
| **Persons with a first dose** | 255,428,475<br>76.9% of pop. | +66,025 | +61,021 | +70.4% |
| **Persons fully vaccinated** | 217,556,439<br>65.5% of pop. | +57,472 | +53,082 | +4.7% |
| **Persons with a booster dose** | 97,495,673<br>44.8% of vaccinated pop. | +98,290 | +88,732 | -3.2% |
| **Persons 5-11 with a first dose** | 9,870,039<br>34.3% of 5-11 pop. | +11,905 | +10,288 | +1.9% |
| **Persons 12+ with a first dose** | 245,466,451<br>86.6% of 12+ pop. | +53,665 | +50,196 | +99.6% |
| **Persons 12+ fully vaccinated** | 209,583,942<br>73.9% of 12+ pop. | +44,789 | +40,450 | +14.6% |
| **Persons 65+ fully vaccinated** | 48,768,894<br>89.0% of 65+ pop. | +5,461 | +4,508 | +20.1% |
| **Persons 65+ with a booster dose** | 32,800,225<br>67.3% of 65+ vaccinated pop. | +22,082 | +17,323 | +3.1% |

## Population Fully Vaccinated through 3/30/2022

In total, **65.5%** of the population** (217.6M) is fully vaccinated

## Daily Population Initiating Vaccination through 3/30/2022

**61,021** persons initiated vaccination per day in last 7 days, **70.4% higher** than previous 7 days

Vaccination data as of 3/30/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. *See Data Sources and Methods slide for details.*

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccination Program Trends

Percent of 5+ population initiating vaccination
No Data

## Persons 5+ initiating vaccination in last week

**0.1%** of population 5+ received their first dose in last 7 days, this is the same as in the previous 7 days

Of previously unvaccinated persons 5+, **0.7%** received their first dose

## Persons 5+ with at Least 1 Dose through 3/30/2022

% of population 5+ initiated vaccination in last 14 days
% of population 5+ initiated vaccination earlier but not fully vaccinated
% of population 5+ fully vaccinated
70% of 5+ population with at least one dose
90%
80%
70%
60%
50%
40%
RI NJ NY CT DC MA VT PR ME NH HI NM MD VA PA NC CA DE WA CO FL OR SD IL MN NV KS UT TX AZ WI OK NE AK IA SC MI AR KY MO ND GA MT WV OH AL TN IN ID LA MS WY

## Fully Vaccinated Population with a Booster Dose through 3/30/2022

Percent of fully vaccinated 65+ population that has received a booster dose
Percent of fully vaccinated population that has received a booster dose
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
MN WI VT IA HI RI NE IL ME MI WA OR MD CO CT OH UT VA AK CA MA MT NM ND IN KY TN WY NY NJ ID DE PR WV KS MO LA SD PA AR SC OK NV MS TX FL AZ AL DC GA NH NC

Vaccination data as of 3/30/2022 1pm ET. **Currently, persons under age 5 years are not authorized to receive COVID-19 vaccine; this group represents ~6% of the US population. Persons who are fully vaccinated are attributed to the state or territory in which they reside. **Data Source:** Unified COVID-19 Vaccine Dataset. Doses administered are the total number reported by states, territories, and organizations that received doses. Fully vaccinated indicates those who received the second dose of Pfizer-BioNTech or Moderna vaccines and those who received one dose of J&J/Janssen COVID-19 vaccine. Values reflect total by report date, not administered date. *See Data Sources and Methods slide for details.*

**COVID-19 Daily Update** **10** **March 31, 2022**

AZT42AR0000908

# State Key Metrics

7-day daily average values are colored red when their associated rates exceed a specific threshold. Cases are red if cases per 100,000 population are 100 or more; COVID hospital admissions are red if confirmed admissions per 100,000 population are 20 or more; deaths are red if deaths per 100,000 population are 2.0 or more; and nucleic acid amplification test (NAAT) positivity is red if the rate is 10.0% or more.

| | Total to date | | 7-day daily average | | | | Vaccinations | | |
|---|---|---|---|---|---|---|---|---|---|
| State | Cases | Deaths | Cases | Confirmed COVID Hospital Admissions | Deaths | NAAT Positivity | Total # of doses administered | % of pop. with at least 1 dose | % of pop. fully vaccinated |
| Alabama | 1,295,075 | 19,284 | 450 | 20 | 7 | 2.3% | 6,159,241 | 62.3% | 50.6% |
| Alaska | 238,420 | 1,189 | 156 | 5 | 3 | 6.5% | 1,114,829 | 69.2% | 61.7% |
| American Samoa | 3,483 | 3 | 265 | 2 | 0 | N/A | 103,883 | 94.3% | 85.3% |
| Arizona | 1,997,037 | 28,883 | 652 | 61 | 48 | 2.8% | 11,756,616 | 72.2% | 60.9% |
| Arkansas | 832,718 | 11,211 | 146 | 25 | 12 | 2.4% | 4,134,916 | 66.2% | 54.0% |
| California | 9,082,073 | 87,956 | 2,990 | 175 | 65 | 1.3% | 72,578,129 | 82.5% | 71.1% |
| Colorado | 1,343,645 | 11,966 | 264 | 17 | 5 | 3.2% | 10,438,916 | 78.8% | 69.7% |
| Connecticut | 735,575 | 10,779 | 378 | 19 | 5 | 3.5% | 7,387,685 | 94.6% | 78.4% |
| Delaware | 259,453 | 2,846 | 102 | 6 | 2 | 2.6% | 1,754,908 | 82.4% | 68.3% |
| District of Columbia | 136,598 | 1,331 | 92 | 2 | 0 | 1.6% | 1,457,054 | 95.0% | 72.8% |
| Florida | 5,847,587 | 73,138 | 1,321 | 106 | 2 | 3.1% | 36,533,381 | 78.6% | 66.4% |
| Georgia | 2,487,464 | 36,868 | 508 | 48 | 36 | 1.8% | 14,563,133 | 64.9% | 54.2% |
| Guam | 47,220 | 344 | 40 | 22 | 1 | 7.1% | 343,495 | 90.6% | 82.1% |
| Hawaii | 233,569 | 1,361 | 103 | 6 | 1 | 4.7% | 2,837,952 | 87.0% | 77.8% |
| Idaho | 443,792 | 4,870 | 108 | 5 | 1 | 2.0% | 2,394,304 | 60.7% | 53.6% |
| Illinois | 3,065,321 | 37,631 | 1,178 | 60 | 14 | 1.6% | 22,057,972 | 76.4% | 68.2% |
| Indiana | 1,690,823 | 23,373 | 209 | 27 | 9 | 2.5% | 9,312,198 | 61.1% | 54.5% |
| Iowa | 758,463 | 9,445 | 68 | 12 | 6 | N/A | 4,972,344 | 67.6% | 61.5% |
| Kansas | 769,850 | 8,222 | 74 | 17 | 10 | 2.9% | 4,499,032 | 74.0% | 60.8% |
| Kentucky | 1,313,657 | 14,928 | 209 | 31 | 0 | 2.5% | 6,396,841 | 65.8% | 57.0% |
| Louisiana | 1,168,214 | 17,104 | 94 | 18 | 10 | 0.8% | 6,142,166 | 60.7% | 53.2% |
| Maine | 235,584 | 2,201 | 204 | 11 | 2 | 4.3% | 2,730,713 | 89.5% | 78.8% |
| Marshall Islands | 4 | 0 | 0 | N/A | 0 | N/A | 58,513 | 39.2% | 32.3% |
| Maryland | 1,011,498 | 14,343 | 308 | 18 | 5 | 1.4% | 11,701,167 | 85.7% | 74.9% |
| Massachusetts | 1,695,750 | 20,097 | 1,031 | 33 | 6 | 2.1% | 14,433,455 | 95.0% | 78.1% |
| Michigan | 2,386,472 | 35,622 | 753 | 56 | 20 | 3.2% | 15,455,717 | 66.6% | 59.7% |
| Micronesia | 7 | 0 | 0 | N/A | 0 | N/A | 116,858 | 62.6% | 52.3% |
| Minnesota | 1,428,704 | 12,610 | 378 | 28 | 9 | 3.1% | 10,010,588 | 74.7% | 68.7% |
| Mississippi | 794,292 | 12,396 | 79 | 5 | 4 | 3.2% | 3,806,340 | 59.2% | 51.5% |
| Missouri | 1,410,529 | 19,986 | 391 | 38 | 17 | 2.8% | 8,748,681 | 65.8% | 55.6% |
| Montana | 272,509 | 3,246 | 36 | 7 | 1 | 2.6% | 1,549,860 | 64.8% | 56.4% |
| Nebraska | 477,830 | 4,144 | 88 | 8 | 13 | 3.5% | 3,134,548 | 69.9% | 63.1% |
| Nevada | 712,983 | 10,058 | 170 | 16 | 6 | 3.8% | 4,786,943 | 74.6% | 60.2% |
| New Hampshire | 302,253 | 2,451 | 124 | 4 | 1 | 3.2% | 2,364,205 | 88.3% | 68.4% |
| New Jersey | 2,196,970 | 33,225 | 1,047 | 41 | 6 | 3.1% | 16,784,084 | 89.7% | 74.9% |
| New Mexico | 517,608 | 7,234 | 140 | 13 | 9 | 3.4% | 3,821,386 | 86.7% | 70.3% |
| New York | 4,972,820 | 67,303 | 3,050 | 107 | 10 | 3.0% | 38,309,963 | 89.6% | 76.2% |
| North Carolina | 2,627,220 | 23,194 | 1,004 | 46 | 15 | 2.2% | 16,318,216 | 83.1% | 59.9% |
| North Dakota | 239,746 | 2,245 | 30 | 3 | 2 | 2.0% | 1,067,462 | 64.6% | 54.6% |
| Northern Mariana Islands | 11,065 | 33 | 41 | 1 | 0 | N/A | 107,728 | 87.5% | 83.2% |
| Ohio | 2,669,698 | 37,793 | 524 | 52 | 26 | 2.2% | 17,404,620 | 63.2% | 58.0% |
| Oklahoma | 1,033,256 | 13,889 | 302 | 18 | 23 | 2.2% | 5,784,281 | 70.5% | 56.5% |
| Oregon | 703,465 | 7,115 | 210 | 18 | 19 | 2.6% | 7,534,423 | 77.4% | 69.1% |
| Palau | 4,014 | 6 | 5 | N/A | 0 | N/A | 47,052 | 94.6% | 83.9% |
| Pennsylvania | 2,779,921 | 44,238 | 599 | 51 | 21 | 2.9% | 22,357,701 | 84.0% | 67.6% |
| Puerto Rico | 479,676 | 4,163 | 270 | 7 | 1 | 6.0% | 7,083,158 | 95.0% | 82.2% |
| Rhode Island | 342,887 | 3,522 | 160 | 3 | 13 | 2.8% | 2,157,555 | 95.0% | 81.5% |
| South Carolina | 1,468,140 | 17,591 | 145 | 16 | 14 | 1.9% | 7,372,162 | 67.1% | 56.5% |
| South Dakota | 236,955 | 2,880 | 16 | 4 | 1 | 3.2% | 1,373,393 | 75.6% | 60.5% |
| Tennessee | 2,020,262 | 25,590 | 236 | 24 | 16 | 1.6% | 9,714,188 | 61.7% | 54.0% |
| Texas | 6,660,640 | 85,903 | 2,138 | 162 | 48 | 2.3% | 45,197,271 | 72.1% | 60.8% |
| Utah | 927,649 | 4,711 | 108 | 15 | 14 | 3.3% | 5,121,659 | 71.6% | 63.8% |
| Vermont | 107,872 | 587 | 132 | 5 | 1 | 3.7% | 1,360,149 | 92.8% | 80.6% |
| Virgin Islands | 15,632 | 111 | 6 | 0 | 0 | 4.6% | 141,527 | 64.2% | 53.1% |
| Virginia | 1,668,088 | 19,674 | 708 | 32 | 16 | 3.3% | 16,064,392 | 85.0% | 72.5% |
| Washington | 1,453,825 | 12,460 | 881 | 28 | 12 | 3.0% | 14,041,205 | 80.3% | 72.0% |
| West Virginia | 497,553 | 6,794 | 102 | 18 | 19 | 2.7% | 2,659,677 | 64.6% | 57.2% |
| Wisconsin | 1,584,157 | 14,291 | 379 | 27 | 37 | 3.0% | 9,974,930 | 71.4% | 65.1% |
| Wyoming | 156,112 | 1,791 | 18 | 2 | 1 | 2.1% | 738,861 | 58.4% | 51.0% |
| **United States** | **79,853,683** | **976,229** | **25,219** | **1,598** | **644** | **2.3%** | **560,419,082** | **76.9%** | **65.5%** |

**Testing data may be incomplete due to delays and/or differences in state reporting. Data may be backfilled over time, resulting in week-to-week changes. **Totals to date:** Data through 3/29 (cases/deaths). **7-day daily average:** 3/23-3/29 (cases/deaths), 3/22-3/28 (hospitalized), 3/21-3/27 (tests). Most recent days may have incomplete reporting. **Cases/Deaths:** CDC State-Reported Data. Historical cases and deaths exceeding 1% of the total new cases or deaths reported in the US that day are excluded. **COVID hospital admissions:** Total of confirmed adult and pediatric hospital admissions, from Unified Hospital Dataset. **Tests:** Viral nucleic acid amplification tests (NAATs), from Unified Testing Dataset. As of February 17, 2022, Iowa is no longer reporting negative test results; therefore, test volume and test positivity from this date forward is no longer presented. **Test positivity:** Positive tests divided by number of tests performed and resulted. **Vaccines:** Unified COVID-19 Vaccine Dataset as of 3/30. Doses administered are the total number reported by states, territories, and organizations that received doses. Values reflect total by report date, not administered date. Persons who received at least one dose are attributed to the state or territory in which they reside. *See Data Sources and Methods slide for details.*

# SARS-CoV-2 Variants in the U.S.

## Variants of Concern in the U.S.

A variant for which there is evidence of increased transmissibility, more severe disease, a significant reduction in neutralization by convalescent or vaccinee sera, reduced effectiveness of EUA or approved vaccines, therapeutics, or diagnostics.

| WHO Label | Pango Lineage(s) | Transmissibility | Severity of Disease | Neutralization (vaccinee sera) | Neutralization (monoclonal antibody) |
|---|---|---|---|---|---|
| Delta | B.1.617.2 AY lineages | ~2X increase | Potential increase | 1 to 5-fold reduction | AY.1 and AY.2 lineages have reduced susceptibility to Bamlanivimab + Etesevimab; No change for other treatments |
| Omicron | B.1.1.529 BA lineages | Increase | Potential decrease | Significant reduction | Reduced susceptibility to REGEN-COV™ and Bamlanivimab + Etesevimab |

## National Prevalence Estimates of SARS-CoV-2 Variants

| WHO Label | Lineage | US Class | %Total | 95%PI |
|---|---|---|---|---|
| Omicron | BA.2 | VOC | 54.9% | 50.8-59.1% |
| | BA.1.1 | VOC | 40.4% | 36.4-44.5% |
| | B.1.1.529 | VOC | 4.7% | 3.9-5.7% |
| Delta | B.1.617.2 | VOC | 0.0% | 0.0-0.0% |
| Other | Other* | | 0.0% | 0.0-0.0% |

* Enumerated lineages are US VOC and lineages circulating above 1% nationally in at least one week period. "Other" represents the aggregation of lineages which are circulating <1% nationally during all weeks displayed.
** These data include Nowcast estimates, which are modeled projections that may differ from weighted estimates generated at later dates
\# AY.1-AY.133 and their sublineages are aggregated with B.1.617.2. BA.1 and BA.3 are aggregated with B.1.1.529. For regional data, BA.1.1 is also aggregated with B.1.1.529, as it currently cannot be reliably called in each region.

Proportion of Omicron predicted to be 100%.

- BA.2 is now the predominant Omicron lineage at 54.9% (95% PI 50.8-59.1%)
- BA.1.1 is currently predicted to be 40.4% (95% PI 36.4-44.5%)

## Regional Prevalence Estimates of SARS-CoV-2 Variants

Proportions of Omicron estimated to be 100% in all HHS Regions

Proportions of BA.2 are projected to be greater than 33% in all HHS Regions and over 50% in Regions 1, 2, 5, 9 and 10.

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Global Epidemiology and Vaccinations

## March 27, 2022

**479,474,989**
Total Confirmed Cases

**10,963,694**
New Cases in Last 7 Days

**-13.2%**
Change in Weekly Cases

**6,122,745**
Total Deaths

**11,195,466,893**
Total Vaccine Doses

## Summary

- **Global cases:** Began to *increase* in the **Near East**. Continue to *decrease* in **East Asia and the Pacific**, in **Europe and Eurasia**, in **South and Central Asia**, in **Sub-Saharan Africa**, and in the **Western Hemisphere**.
- **Global deaths increased** by **43.0%** from last week to this week.
- Countries reporting the **highest case counts** in the last week are **Korea (South)**, **Germany**, and **Viet Nam**.
- Variant of Concern **Omicron** (B.1.1.529) has been identified in **199 countries.**

## Global Burden

### Burden

Average daily incidence over the past 7 days per 100,000 population March 27, 2022

**10 Countries/ Areas with Highest Incidence**

| Country/ Area | Incidence Per 100,000[1] | % Change Last Week[2] |
|---|---|---|
| Saint Pierre and Miquelon | 1,428.3 | 93.6 |
| Korea (South) | 680.0 | -13.3 |
| Guernsey | 622.9 | 41.4 |
| Cook Islands | 450.4 | 55.2 |
| Austria | 436.1 | -14.5 |
| Cyprus | 376.6 | 39.5 |
| New Zealand | 336.0 | -5.5 |
| American Samoa | 312.1 | 94.2 |
| Jersey | 293.7 | -3.4 |
| Tonga | 281.9 | 45.8 |

[1] Average daily incidence per 100,000 in past 7 days
[2] Percent change in cases of most recent 7 days to 7 days prior
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 27, 2022

## Recent Global Trends

### Recent Trends

Percent change in cases from 7-day period ending March 27, 2022 compared to previous 7-day period ending March 20, 2022

**10 Countries/ Areas with Highest Percent Change Last Week**

| Country/ Area | % Change Last Week[1] | % Change 4 Weeks[2] |
|---|---|---|
| Tunisia | 643.3 | -73.7 |
| Chad | 111.1 | -40.6 |
| Niger | 62.5 | 8.3 |
| Rwanda | 47.9 | -38.8 |
| Honduras | 47.7 | -46.5 |
| France | 45.1 | 111.9 |
| Cameroon | 41.3 | -25.3 |
| Taiwan | 40.0 | 102.8 |
| Madagascar | 39.7 | -64.2 |
| Ghana | 36.7 | -85.2 |

[1] Percent change in cases of most recent 7 days to 7 days prior
[2] Percent change in cases of most recent 7 days to 4 weeks prior
Note: Countries with population size less than 10 million were excluded
Data Source: WHO Coronavirus Disease (COVID-19) Dashboard
Data as of March 27, 2022

*Data Source: WHO Coronavirus Disease (COVID-19) Dashboard*
*Note: For the purpose of this report the Island of Taiwan is presented separately from mainland China, both using data from the COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)*

## Burden – Ukraine and Surrounding Area

### Burden

Average daily incidence over the past 7 days per 100,000 population, March 28, 2022

Source: WHO EURO

## Trend – Ukraine and Surrounding Area

### Recent Trends

Comparing the most recent 7 days against the prior non-overlapping 7 days, March 28, 2022

Source: WHO EURO

NOT FOR DISTRIBUTION // FOR OFFICIAL USE AND PLANNING PURPOSES ONLY

# Vaccine Effectiveness

Compared to **fully vaccinated*** persons age 12+ with a booster dose, the risk of an unvaccinated person testing positive for COVID-19 was **3.5x** in January 2022 and **3.2x** from February 1 to February 19, 2022

Rates of COVID-19 cases by vaccination status
and booster dose, September 19, 2021 - February 19, 2022
unvaccinated
vaccinated
vaccinated + booster dose
Incidence per 100,000
Oct 2021
Nov 2021
Dec 2021
Jan 2022
Feb 2022
Positive Specimen Collection Date by End of Week

Compared to **fully vaccinated*** persons age 18+ with a booster dose, the risk of an unvaccinated person being hospitalized for COVID-19 was **7x** in February 2022

Rates of COVID-19 hospitalizations in adults by vaccination status
and booster dose, October 24, 2021 - February 26, 2022
unvaccinated
vaccinated
vaccinated + booster dose
Rate per 100,000
Oct 2021
Nov 2021
Dec 2021
Jan 2022
Feb 2022
Week

Compared to **fully vaccinated*** persons age 12+ with a booster dose, the risk of an unvaccinated person dying of COVID-19 was **21x** in January 2022

Rates of COVID-19 deaths by vaccination status
and booster dose, September 19, 2021 - January 29, 2022
unvaccinated
vaccinated
vaccinated + booster dose
Incidence per 100,000
Oct 2021
Nov 2021
Dec 2021
Jan 2022
Feb 2022
Positive Specimen Collection Date by End of Week

*COVID Data Tracker defines a person **fully vaccinated** after they have received their primary series of COVID-19 vaccines.
†Dotted lines indicate dates (1, 2, 3, 4, and 5) upon which the CDC updated recommendations about or eligibility for booster doses.
Case and death data are available on COVID Data Tracker. Data posted March 17, 2022, reflecting cases and deaths with a positive specimen collection date through February 19, 2022 and January 29, 2022, respectively. Regular case surveillance data linked to immunization information, including additional or booster doses, is provided by 26 jurisdictions. Hospitalization data from COVID-NET are available on COVID Data Tracker. Data posted March 24, 2022, reflecting hospitalizations through February 26, 2022. Hospitalization data can be linked to vaccination status for catchment areas in 12 states. Additional doses, recommended for persons with weakened immune systems, can not be distinguished from booster doses.

**COVID-19 Daily Update** **15** **(Monthly Slide) March 31, 2022**

AZT42AR0000913

# Data Sources & Methods

Some dates may have incomplete data due to delays in reporting. Data may be backfilled over time, resulting in changes from day to day.

**Population/Demographics:** Population and demographic data from US Census Vintage 2019 Demographic Estimates.

**Cases and Deaths:** COVID-19 case and death metrics at the state and county level are generated using a dataset managed by the CDC which is compiled from state and local health departments. Most states and localities report both confirmed and suspected cases and deaths, although some report just confirmed cases and deaths. To ensure data quality, daily data alerts are monitored for deviations in the data (e.g., decreases in cumulative values, no change in values, abnormal increases in values). These alerts are manually reviewed every day by checking the data against local government websites, state websites, and news sources, and the raw values are corrected as needed to reflect local government reports. Cases are based on date of report and not on date of symptom onset. This may cause artificial spikes in any given day of data. Changes in reporting may also cause temporary spikes or dips (e.g. shifts from reporting confirmed and probable cases to reporting just confirmed cases). Case data are presented as 7-day totals or averages to adjust for these anomalies as well as weekly variations in reporting. CBSA-level data are calculated by aggregating county/municipio-level data. Regional and national values are calculated by aggregating state-level data.

## Special Topics Schedule

*Each week additional topics are included on specific days, as shown below.*

| Day of Week | Topic |
|---|---|
| Monday | Vaccine Confidence |
| | Influenza |
| Tuesday | N/A |
| Wednesday | Wastewater (Semiweekly) |
| | Modeling/Prediction |
| | School Policies and Closures |
| Thursday | Variants |
| | Global Update (Biweekly) |
| | Vaccine Effectiveness (Monthly) |
| Friday | Demographic Trends |
| | COVID-19 Community Level |
| Saturday | Wastewater (Semiweekly) |
| | Monoclonal Antibodies |
| | Pediatric Severity |

**Hospital Data:** Unified Hospital Dataset, including federal facilities (VA, DHA, and IHS hospitals) and excluding psychiatric, rehabilitation, and religious non-medical hospitals.

- Hospital data are reported to HHS either directly from facilities or via a state submission. Data for hospitals with the same CMS Certification Number (CCN) are aggregated. Three percent of CCNs contain multiple facilities that map to different counties and some of these may also map to different CBSAs. These data are reported daily by more than 6,000 facilities across the country. While these data are reviewed for errors and corrected, some reporting errors may still exist within the data. To minimize errors in data reported here, extreme outliers are removed from the data before the metrics are calculated.
- County data is mapped from Health Service Areas (HSAs), defined as a single county or cluster of counties that are generally self-contained with respect to hospital care. For more information, see https://seer.cancer.gov/seerstat/variables/countyattribs/hsa.html. Rates, such a confirmed COVID-19 hospital admissions per 100 beds, are calculated for the HSA and applied to all constituent counties. Counts, such as the number of confirmed COVID-19 hospital admissions, are distributed proportionally to constituent counties by total population.
- Total inpatient bed, ICU bed, and ventilator counts are calculated as an average among reports from each hospital in the given timeframe. Unless otherwise noted, "inpatient beds" indicates staffed adult and pediatric inpatient beds, while "ICU beds" indicates staffed adult ICU beds. Utilization metrics calculate the average utilization in the geography for the week. Due to inconsistent reporting and impacts of staffing on the total number of beds at each hospital, variations may occur over time and the number shown may not be a full representation of the true number of resources in the area.
- Total number of admissions is calculated as a sum of confirmed and suspected admissions, both adult and pediatric, reported by all hospitals reporting in the given timeframe. Due to inconsistent reporting and data errors, the number shown may not be a full representation of the true number of admissions in the area.

**Testing:** CELR (COVID-19 Electronic Lab Reporting) state health department-reported data are used to describe state-level totals when able to be disaggregated from serology test results and to describe county-level totals when information is available on patients' county of residence or healthcare providers' practice location. HHS Protect laboratory data (provided directly to Federal Government from public health labs, hospital labs, and six commercial labs) are used otherwise. Some states did not report on certain days, which may affect the total number of tests resulted and positivity rate values. Total diagnostic tests are the number of tests performed, not the number of individuals tested. The term Nucleic Acid Amplification Test (NAAT) includes RT-PCR and other testing methods, which were always included in the testing data. Viral NAAT positivity rate is the number of positive tests divided by the number of tests performed and resulted. See https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/calculating-percent-positivity.html for more information on this method. Testing data may be backfilled over time, resulting in changes week-to-week in testing data.

**Vaccine Data:** Data on doses of Pfizer-BioNTech, Moderna, and J&J/Janssen vaccine administered include those reported to CDC as of 6:00 am ET on the day of reporting. Total doses administered are cumulative counts of individual COVID-19 vaccine doses administered as reported to CDC by state, territorial, and local public health agencies and federal entities since December 14, 2020. Values reflect total by report date, not administered date. The total population count is used as the denominator to calculate the percentage of people receiving at least 1 dose. This provides a measure of vaccination among the entire population (i.e., all ages). The FDA has approved the Pfizer-BioNTech vaccine for use in persons aged 16 and older and the Moderna vaccine for use in persons aged 18 and older. Emergency Use Authorization has been granted for use of the Pfizer-BioNTech vaccine among persons aged 5-15 and use of the J&J/Janssen vaccine among persons 18 and older. Therefore, vaccine use is currently limited to those aged 5 and older, which represents approximately 94% of the US population. The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. This includes people who received booster doses and people who received additional doses. CDC has capped the percent of population coverage metrics at 95.0%. These metrics could be greater than 95.0% for multiple reasons, including census denominator data not including all individuals that currently reside in the county (e.g., part time residents) or potential data reporting errors.

Vaccination data in this report may differ from data reported by states and territories for several reasons:

- Data may be updated on different schedules and reflect data "as of" different dates or times of day. There may be a delay between the time a vaccination record appears in a state or jurisdictional system and when it is received by CDC.
- Occasionally, there may be technical issues related to processing or transmission of data. When issues arise, CDC works closely with the states, territories, and federal entities to resolve the problem.
- CDC receives vaccine administration information from multiple sources, including jurisdictional immunization information systems, pharmacies, federal agencies receiving a direct vaccine allocation, and the Vaccine Administration Management System (VAMS), which supports temporary, mobile, or satellite clinics. Validation and business rules applied to prevent data duplication may cause data presented on the CDC COVID Data Tracker to differ from what is in state immunization systems and dashboards. Every effort is made to reconcile doses administered that are reported through more than one system but, in certain circumstances, some vaccine doses administered could be counted more than once.
- Healthcare providers report doses administered to federal, state, territorial, and local agencies up to 72 hours after administration. There may be additional lag for data to be transmitted from the federal, state, territorial, or local agency to CDC. A large difference between the number of doses distributed and the number of people initiating vaccination is expected due to several factors, including the time between doses being shipped and received, the time it takes for doses delivered to be administered, the time it takes for administered doses to be reported to CDC, and management of available vaccine stocks by jurisdictions and federal pharmacy partners.

# Data Sources & Methods

## Area of Concern Continuum

The **Areas of Concern Continuum** is used to describe communities as they progress through stages of the epidemic. There are 7 possible AOC classifications based on current and recent history of case and testing data for the location:

### Low Burden Community

**Purpose:** Identify communities with minimal activity.

**Definition:**

- <10 new cases per 100k population in the last week

### Moderate Burden Community

**Purpose:** Identify communities with moderate disease activity.

**Definition:**

- Has **NOT** been identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

### Emerging Hotspot

**Purpose:** Generate early and reliable signals of communities with emerging increases in disease burden that have a high likelihood for becoming a hotspot in the next 1-7 days.

**Method:** Decision tree model trained on historical data of 23 features based on Cases, Deaths, Testing, ED visits, and Vaccinations including, but not limited to:

- Total cases in the last week
- Ratio of total cases in last 7 days to total cases in last 30 days
- Total deaths in the last week
- Number of tests last week
- Difference in percent positive tests in last 7 days from last 21 days
- Weekly COVID-like illness ED Visits
- Weekly influenza-like illness ED Visits
- Percent of population that is fully vaccinated

### Hotspot

**Purpose:** Identify communities that have reached a threshold of disease activity considered as being of high burden.

**Definition:**

- >100 new cases per 100k population OR >500 new cases in the past week
- **AND** number of days in downward case trajectory* ≤ 7 days
- **AND** >50 cases during past week
- **AND** conditions must hold for at least 3 of the previous 5 days

### Sustained Hotspot

**Purpose:** Identify communities that have had a high sustained case burden and are at potentially higher risk for experiencing healthcare resource limitations.

**Definition:**

- Either Hotspot for at least 7 preceding days or already a Sustained Hotspot on previous day
- **AND** >200 new cases per 100k population OR >1,000 new cases in the past two weeks
- **AND** daily incidence rate >15 new cases per 100k population for 8 or more of the last 14 days OR test positivity >8% over last 14 days
- **AND** >100 cases during the last two weeks
- **AND** conditions must hold for at least 3 of the previous 5 days

### High Burden – Resolving

**Purpose:** Identify communities that were recently identified as hotspots and are now improving.

**Definition:**

- Identified as a Hotspot or Sustained Hotspot within the last 2 weeks
- **AND** not currently a Emerging Hotspot, Hotspot, or Sustained Hotspot
- **AND** >100 new cases per 100k population OR >500 new cases in last week
- **AND** number of days in downward trajectory* ≥ 7
- **AND** >50 cases during last week OR both ≥ 10 cases in last week and >8% test positivity in last week

### Moderate Burden – Resolving

**Purpose:** Identify communities that have a moderate level of burden, but are demonstrating improvement.

**Definition:**

- Identified as a Hotspot, Sustained Hotspot, or High Burden—Resolving within the last 2 weeks
- **AND** does not meet the definition for an Emerging Hotspot, Hotspot, Sustained Hotspot, or High Burden—Resolving
- **AND** does not meet the definition for being a Low Burden Community

**Data Sources:** CDC Aggregate County Data; Unified Testing Dataset; National Syndromic Surveillance Program (NSSP); Unified COVID-19 Vaccine Dataset; US Census 2019

***Number of Days in Downward Case Trajectory**: This field is calculated using a CDC algorithm that first fits a smooth spline curve to daily case counts, and then counts the number of days that curve has been decreasing or at a low level. More specifically, the computation is based on a cubic spline fit of the 7-day rolling average of cases. The number of days decreasing (in downward trajectory) is calculated by summing the number of consecutive days of decline or near-zero incidence. A day is considered part of a downward trajectory if it (i) was previously at elevated incidence (had a two-week incidence greater than 10 cases per 100k population), and (ii) meets one of the following three conditions: (a) had a negative slope, OR (b) was in a low-incidence plateau (two-week incidence ≤ 10 cases per 100k population and a slope ≥ 0 to < 0.1 new cases per 100k population based on a 7-day moving average), OR (c) had less than 5 cases in the past 2 weeks.

# Data Methods and Sources

## Genomic Surveillance and SARS-CoV-2 Variants

### Variant Classification

***Variant of Concern*** - A variant for which there is evidence of increased transmissibility, more severe disease (hospitalizations or mortality), a significant reduction in neutralization by convalescent or vaccinee sera, reduced effectiveness of EUA or approved vaccines, therapeutics, or diagnostics.

***Variant of Interest*** - A variant for which there is a predicted increase in transmissibility or *in vitro* or *in vivo* studies that indicate specific genetic markers may affect virus receptor binding, neutralization, or efficacy of therapeutics.

***Variants Being Monitored*** - May include variants previously designated as a Variant of Interest (VOI) or Variant of Concern (VOC) that are no longer detected or are circulating at very low levels in the United States. VBM may also include variants designated by other organizational committees (e.g., WHO Technical Advisory Group for SARS-CoV-2 Virus Evolution) that have substitutions of concern but have not been deemed a public health threat within the United States.

### National Genomic Surveillance

CDC's national genomic surveillance is comprised of two main components: the National SARS-CoV-2 Strain Surveillance (NS3) Program and contracts with commercial diagnostic laboratories. The NS3 program provides a comprehensive and population-based baseline set of sequencing data for the United States. NS3 also includes enhanced surveillance for variants of concern, specimens from potential vaccine breakthroughs, and viruses with key changes in the spike protein. A notable strength of this system is the regular collection of representative specimens from across the country for characterization of viruses, which goes beyond what sequencing data alone can provide. To augment national surveillance, CDC has contracts with commercial diagnostic laboratories to provide thousands of SARS-CoV-2 sequences per week, which fluctuate depending on specimen positivity and availability (i.e., typically 5000-20,000 per week). Our National genomic surveillance goal is to broadly cover the US and the strategy is designed to identify and track variants, even rare variants circulating at less than 1 in 1000 viruses or 0.1% (i.e., https://covid-19.tacc.utexas.edu/dashboards/variants/).

### NOWCAST Projections of SARS-CoV-2 Variant Proportions

Genomic surveillance aims to track the proportions of variants at the population level with unbiased estimates. Using a survey design approach and statistical weighting, variant proportion estimates are adjusted to account for the differences in sample selection by NS3 and the commercial diagnostic laboratories on contract to provide the sequencing data to CDC. These adjustments improve the representativeness of variant proportion estimates by correcting for non-random sampling over time and across states. Using all available weighted sequencing data and a mathematical model to project current SARS-CoV-2 lineage proportions for the most weeks, NOWCAST estimated proportions are shown in the far-right bar in the chart. Importantly, efforts to refine these methods are ongoing, so all estimates should be considered provisional.

### National Proportions of SARS-CoV-2 Variants

The data in the bar chart on page 12 show the weighted proportions and NOWCAST projections for the most recent weeks of SARS-CoV-2 circulating in the US using Pango lineages. NOWCAST uses all available weighted sequencing data and a mathematical model to project current SARS-CoV-2 lineage proportions for the most weeks (NOWCAST denoted with **). The data are based on CDC national genomic surveillance over a 14-week period, grouped in one-week intervals according to **sample collection date.** (Variant Proportions in the U.S. | CDC)

The table shown on page 12 enumerates NOWCAST projections of proportions of lineages that are circulating at or above 1% in the US, along with the current VOI and VOC percentages. The table presents point estimates and associated 95% prediction intervals for nowcast variant proportions of the most common SARS-CoV-2 lineages for the most recent one-week interval at the national-level. "Other Lineages" represent more than 200 additional lineages that are each circulating at less than 1% of viruses.

### Regional Prevalence of SARS-CoV-2 Variants

The US map divided into the ten HHS regions and the pie charts represent the point estimates of nowcast variant proportions of the most common SARS-CoV-2 lineages for the most recent one-week based on sequences collected from each HHS region.

# Share of people vaccinated against COVID-19, Aug 2, 2021

Our World in Data

Share of people fully vaccinated against COVID-19
Share of people only partly vaccinated against COVID-19
United States
49%
8.1%
World
15%
14%
0%
10%
20%
30%
40%
50%

Source: Official data collated by Our World in Data. This data is only available for countries which report the breakdown of doses administered by first and second doses in absolute numbers.

CC BY

AZT42AR0000917

# Share of people vaccinated against COVID-19, Mar 30, 2022

Our World in Data

Share of people with a complete initial protocol
Share of people only partly vaccinated
Cuba
88%
6.4%
94%
Nicaragua
61%
21%
82%
United States
66%
11%
77%
Mexico
61%
66%
World
58%
6.7%
64%
Honduras
47%
6%
53%
Guatemala
33%
9.8%
43%
0%
20%
40%
60%
80%

Source: Official data collated by Our World in Data

CC BY

Note: Alternative definitions of a full vaccination, e.g. having been infected with SARS-CoV-2 and having 1 dose of a 2-dose protocol, are ignored to maximize comparability between countries.

AZT42AR0000918

The Wayback Machine - https://web.archive.org/web/20220331024438/https://www.cdc.gov/coronavirus/2019-ncov/covid-data/...

COVID-19

Print

Interpretive Summary for **March 25, 2022**

Subscribe to the Weekly Review

# Signals in Sewage

In February, CDC's COVID Data Tracker released a Wastewater Surveillance tab, which tracks changes and detections of SARS-CoV-2 viral RNA levels at more than 600 testing sites across the country. Because many people with COVID-19 shed the virus in their feces, wastewater testing can help us monitor COVID-19 in communities. Virus levels in wastewater usually increase four to six days before clinical cases increase, so surveillance results can help communities act quickly to prevent the spread of COVID-19.

Currently, virus levels in wastewater are relatively low across the country. More than half of all sites reporting wastewater data are experiencing a decrease in SARS-CoV-2 levels, but some have reported a modest uptick. These upticks may reflect minor increases from very low levels to levels that are still low. It's important to note that even a small increase when levels are very low can appear like a dramatic increase in the percent change. However, there is a possibility that some communities might start to see an increase in COVID-19 cases. This could happen for a variety of reasons, like waning immunity, new circulating strains, and eased prevention strategies.

Right now, it's too early to know if we'll see a corresponding increase in reported cases across the country. Wastewater data are meant to be used with other COVID-19 surveillance data. CDC encourages local public health officials to watch for sustained increasing levels of the virus in wastewater, and to use wastewater surveillance data with other kinds of data to inform their decisions. CDC continues to encourage people to use COVID-19 Community Levels to find out what actions they should take to protect themselves and others. The whole community can be safe only when we all take steps to protect each other.



View Larger

## What's New

- COVID-19 Community Levels were added to the County View page of COVID Data Tracker.
- COVID Data Tracker's Landing Page Daily Update section was updated to display 7-day daily averages for new cases and new deaths.
- COVID Data Tracker's Vaccination Equity tab was updated to include the fully vaccinated population ages 5–17 years, and the up-to-date populations 12+ years, 18+ years, and 65+ years on the Social Vulnerability Index and Metro/Non-Metro bivariate maps.
- COVID Data Tracker's Hospitalization by Vaccination Status – COVID-NET tab was updated to display February 2022 rates of COVID-19-associated hospitalization comparing unvaccinated people, fully vaccinated people, and people with an additional or booster dose.
- Use of At-Home COVID-19 Tests — United States, August 23, 2021–March 12, 2022

## Reported Cases

As of March 23, 2022, the current 7-day moving average of daily new cases (27,134) decreased 5.4% compared with the previous 7-day moving average (28,695). A total of 79,696,994 COVID-19 cases have been reported in the United States as of March 23, 2022.

CDC Nowcast projections* for the week ending March 19, 2022, estimate the combined national proportion of lineages designated as Omicron to be 100%. There are five lineages designated as Omicron: B.1.1.529, BA.1, BA.1.1, BA.2, and BA.3. COVID Data Tracker shows the proportions of the B.1.1.529 lineage (includes BA.1 and BA.3), the BA.1.1** lineage, and the BA.2 lineage. The predominant Omicron lineage in the United States is BA.1.1. The national proportion of BA.1.1 is projected to be 57.3% (95% PI 51.8-62.6%). B.1.1.529 (BA.1 and BA.3) is projected to be 7.9% (95% PI 6.6-9.3%) and BA.2 is projected to be 34.9% (95% PI 29.6-40.4). Omicron is predicted to be 100% in all HHS regions.

**Daily Trends in COVID-19 Cases in the United States Reported to CDC**

7-Day moving average

View Larger

More Case Data

| 79,696,994<br>Total Cases Reported | 27,134<br>Current 7-Day Average** |
|---|---|
| 28,695<br>Prior 7-Day Average | -5.4%<br>Change in 7-Day Average since Prior Week |

*The median time from specimen collection to sequence data reporting is about 3 weeks. As a result, weighted estimates for the most recent few weeks may be unstable or unavailable. CDC's Nowcast is a data projection tool that helps fill this gap by generating timely estimates of variant proportions for variants that are circulating in the United States. View Nowcast estimates on CDC's COVID Data Tracker website on the Variant Proportions page.

**For national data, the proportion of BA.1.1 is shown separately. For regional data, the proportion of BA.1.1 is also aggregated with B.1.1.529.

***Historical cases are excluded from daily new cases and 7-day average calculations until they are incorporated into the dataset for the applicable date. Of 486,183 historical cases reported retroactively, 10,468 were reported in the current week and 22,904 were reported in the prior week.

## Vaccinations

The U.S. COVID-19 Vaccination Program began December 14, 2020. As of March 23, 2022, 558.9 million vaccine doses have been administered in the United States. Overall, about 255.0 million people, or 76.8% of the total U.S. population, have received at least one dose of vaccine. About 217.2 million people, or 65.4% of the total U.S. population, have been fully vaccinated.*

**Daily Change in the Total Number of Administered COVID-19 Vaccine Doses Reported to CDC by the Date of CDC Report, United States**

7-Day moving average

About 96.9 million additional or booster doses have been reported in people who have been fully vaccinated; however, 49.8% of the total booster-eligible population has not yet received a booster dose. As of March 23, 2022, the 7-day average number of administered vaccine doses reported (by date of CDC report) to CDC per day was 181,945, a 27.1% decrease from the previous week.

CDC's COVID Data Tracker displays vaccination trends by age group, race/ethnicity, and urban/rural status. To see trends by age group and race/ethnicity, visit the Vaccination Demographic Trends tab. To see trends by urban/rural status, visit the COVID-19 Vaccination Equity tab.

View Larger

More Vaccination Data

| 558,918,245 Vaccine Doses Administered | |
|---|---|
| 255,001,325 People who received at least one dose | 217,184,868 People who are fully vaccinated* |
| 76.8% Percentage of the U.S. population that has received at least one dose | 65.4% Percentage of the U.S. population that has been fully vaccinated* |
| +0.1 Percentage point increase from last week | +0.1 Percentage point increase from last week |

*Represents the number of people who have received the second dose in a two-dose COVID-19 vaccine series (such as the Pfizer-BioNTech or Moderna vaccines) or one dose of the single-shot Johnson & Johnson's Janssen vaccine.

## Hospitalizations

### New Hospital Admissions

The current 7-day daily average for March 16–21, 2022, was 1,827. This is a 21.0% decrease from the prior 7-day average (2,313) from March 9–15, 2022.

| 4,580,996 Total New Admissions | 1,827 Current 7-Day Average |
|---|---|
| 2,313 Prior 7-Day Average | -21.0% Change in 7-Day Average |

Daily Trends in Number of New COVID-19 Hospital Admissions in the United States

View Larger

New admissions are pulled from a 10 am EDT snapshot of the HHS Unified Hospital Data – Analytic Dataset. Due

The start of consistent reporting of hospital admissions data was August 1, 2020.

of the HHS Unified Hospital Data – Analytic Dataset. Due to potential reporting delays, data from the most recent 7 days, as noted in the figure above with the grey bar, should be interpreted with caution. Small shifts in historic data may also occur due to changes in the Centers for Medicare & Medicaid Services (CMS) Provider of Services file, which is used to identify the cohort of included hospitals.

More Hospital Data

## COVID-NET: Trends in Hospitalization Rates in Children Ages 5–11 Years

CDC's Coronavirus Disease 2019-Associated Hospitalization Surveillance Network (COVID-NET) shows that for the week ending March 5, the rate of COVID-19-associated hospitalizations for children ages 5–11 years is 0.5 per 100,000 children. The weekly rate of hospitalizations in this group has decreased from its peak of 2.8 per 100,000 children for the week ending January 15, 2022. However, this weekly rate remains elevated compared to the rates observed in this age group before the start of the period of Delta variant predominance in July 2021.

**Weekly Rates of COVID-19-Associated Hospitalization among Children Ages 5–11 Years**

View Larger

The Coronavirus Disease 2019 (COVID-19)-Associated Hospitalization Surveillance Network (COVID-NET) is an additional source for hospitalization data collected through a network of more than 250 acute-care hospitals in 14 states (representing ~10% of the U.S. population). Detailed data on patient demographics, including race/ethnicity, underlying medical conditions, medical interventions, and clinical outcomes, are collected with a standardized case reporting form.

More COVID-NET Data

## Deaths

The current 7-day moving average of new deaths (749) has decreased 29.5% compared with the previous 7-day moving average (1,063). As of March 23, 2022, a total of 972,550 COVID-19 deaths have been reported in the United States.*

| | |
|---|---|
| 972,550* Total Deaths Reported | 749 Current 7-Day Average* |
| 1,063 Prior 7-Day Average | -29.5% Change in 7-Day Average Since Prior Week |

**Daily Trends in Number of COVID-19 Deaths in the United States Reported to CDC**

7-Day moving average

View Larger

More Death Data

*CDC constantly reviews our COVID-19 data to ensure its accuracy. An adjustment was made to COVID Data Tracker's mortality data on March 14 because CDC's algorithm was misclassifying deaths that were not COVID-19-related. That algorithm has since been corrected.

It's important to note that there are two sets of COVID-19 death data that CDC displays publicly, one through COVID Data Tracker and another through our National Center for Health Statistics (NCHS). Death data on the COVID Data Tracker are real-time and subject to change. NCHS's National Vital Statistics System is the most complete source of death data, including COVID-19 deaths, as they have a robust and rigorous process for reviewing death certificates in determining the official cause of death. More information about NCHS mortality data can be found here: Understanding the Numbers: Provisional Death Counts and COVID-19 (cdc.gov).

**Historical deaths are excluded from the daily new deaths and 7-day average calculations until they are incorporated into the dataset by their applicable date. Of 20,744 historical deaths reported retroactively, none were reported in the current week; and none were reported in the prior week.

## Testing

The percentage of COVID-19 NAATs (nucleic acid amplification tests)* that are positive (percent positivity) is stable in comparison to the previous week. The 7-day average of percent positivity from NAATs is now 2.2%. The 7-day average number of tests reported for March 11–17, 2022, was 870,175, down 0.4% from 873,940 for the prior 7 days.

840,793,567
Total Tests Reported

| | |
|---|---|
| 870,175<br>7-Day Average Tests Reported | 2.2%<br>7-Day Average % Positivity |
| 2.2%<br>Previous 7-Day Average % Positivity | -0.02<br>Percentage point change in 7-Day Average % Positivity since Prior Week |

COVID-19 NAAT Laboratory Test 7-day Percent Positivity by State/Territory

View Larger

More Testing Data

*Test for SARS-CoV-2, the virus that causes COVID-19

CDC
Centers for Disease
Control and Prevention

# COVID Data Tracker

Maps, charts, and data provided by CDC, updates daily by 8 pm ET

COVID-19 Home

CDC recommends use of COVID-19 Community Levels to determine the impact of COVID-19 on communities and take action. Community Transmission levels are provided for healthcare facility use only.

## Daily Update for the United States

Cases
New Cases (Daily Avg)
26,190
Case Trends
Feb 2022
Mar 2022
Deaths
New Deaths (Daily Avg)
700
Death Trends
Feb 2022
Mar 2022
Hospitalizations
New Admissions
1,601
Admission Trends
Feb 2022
Mar 2022
Vaccinations
% At Least 1 Dose
81.7%
People Age 5+

| Total Cases | Total Deaths | Current Hospitalizations | Total At Least 1 Dose |
|---|---|---|---|
| 79,827,918 | 975,505 | 11,296 | 255,362,450 |

CDC | Data as of: March 29, 2022 3:19 PM ET. Posted: March 29, 2022 4:55 PM ET

## COVID Data Basics

Stay up to date on the most recent data on vaccinations, cases, and deaths.

Cases, Deaths, & Testing

Case & Death Demographic Trends

Vaccination Delivery & Coverage

Vaccine Effectiveness & Breakthrough Surveillance

## Equity & Special Populations

Explore COVID-19 data focused on health equity and specific populations.

Health Equity

Pediatric

Pregnancy

People at Increased Risk

## Additional COVID Data Topics

### Wastewater Surveillance

Monitor the presence of SARS-CoV-2 RNA and the rise and fall of SARS-CoV-2 RNA levels in your county and across the US.

### Health Care Settings

Follow the burden of COVID-19 among healthcare personnel and across multiple health care settings.

### Social Impact & Prevention

Explore the social impacts of COVID-19 and see how human movement and COVID-19 prevention measures correspond to trends in the pandemic.

### Variants & Genomic Surveillance

Learn more about how CDC is using genomic surveillance to track SARS-CoV-2 Variants.

## Seroprevalence

Learn more about COVID-19 seroprevalence surveys, which are used to determine how much of the U.S. population has been infected with SARS-COV-2, the virus that causes COVID-19.

### Other COVID-19 Data

Links to supplemental CDC and Federal COVID data

### Communications Resources

Social media toolkits and graphics available to the public

### COVID-19 Home

All COVID-19 topics including prevention, travel, work, and school

## Recent Updates to COVID Data Tracker

Updated on March 24, 2022

- COVID-19 Community Levels are now available on the County View tab.
- The Landing Page Daily Update section now displays 7-day daily averages for new cases and new deaths.
- The Vaccine Equity tab now includes the fully vaccinated population 5-17 years, and the boosted populations 12+ years, 18+ years, and 65+ years as options in the Social Vulnerability Index and Metro/Non-Metro bivariate maps.
- The Hospitalization by Vaccination Status - COVID-NET tab was updated to display February 2022 rates of COVID-19-associated hospitalization comparing unvaccinated people, fully vaccinated people, and people with an additional or booster dose.

## COVID Data Tracker Weekly Review

Sign up to receive the COVID Data Tracker Weekly Review.

About CDC's email subscriptions

Email address:

Enter your email address

Submit

**Cite COVID Data Tracker**

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: US Department of Health and Human Services, CDC; 2022, March 29. https://covid.cdc.gov/covid-data-tracker

**COVID-19 Home >**

All COVID-19 topics including prevention, travel, work, and school

HAVE QUESTIONS?

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

CDC INFORMATION

About CDC

Jobs

Funding

Policies

File Viewers & Players

Privacy

FOIA

No Fear Act

OIG

Nondiscrimination

Accessibility

Vulnerability Disclosure Policy

CONNECT WITH CDC

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer

The Wayback Machine - https://web.archive.org/web/20220329214110/https://covid.cdc.gov/covid-data-tracker/

CDC
Centers for Disease Control and Prevention

# COVID Data Tracker

Maps, charts, and data provided by CDC, updates daily by 8 pm ET

COVID-19 Home >

CDC recommends use of COVID-19 Community Levels to determine the impact of COVID-19 on communities and take action. Community Transmission levels are provided for healthcare facility use only.

**United States at a Glance**

Collapse —

**United States**
At a Glance

**Cases** Total
Case Trends

**Deaths** Total
Death Trends

Current **Hosp.**
Admission Trends

One Vaccination

## Trends in Number of COVID-19 Vaccinations in the US

Maps, charts, and data provided by CDC, updates daily by 8 pm ET†

The percent of the population coverage metrics are capped at 95%. Learn how CDC estimates vaccination coverage.

Select a Location:
United States
Metric:
Total Doses Administered
People Receiving Dose 1
People Fully Vaccinated
People Receiving a Booster Dose
View:
Daily Count
Cumulative
Daily Change Reported
Show:
7-Day moving average

Bars shown in the darker blue shade represent the most recent five days of reporting where the number of vaccine administrations might be impacted the most due to delays in reporting. All reported numbers might change over time as historical data are reported to CDC.

About These Data | View Footnotes and Download Data

CDC | Data as of: March 29, 2022 6:00am ET. Posted: Tuesday, March 29, 2022 4:55 PM ET

Daily Count of Total Doses Administered and Reported to CDC by Date Administered, United States
Doses
4M
3M
2M
1M
0
Jun 1, '21
Jun 27, '21
Jul 23, '21
Aug 18, '21
Sep 13, '21
Oct 9, '21
Oct 31, '21
Date Administered
Jun 01, '21
Oct 31, '21

Download Chart

## Data Downloads and Footnotes

Expand each accordion to view data table and download data

View Historic Vaccination Data

Data Table for Trends in Number of COVID-19 Vaccinations in the US +

Footnotes +

## Wondering what all the data mean?

CDC's new COVID Data Tracker Weekly Review helps you stay up-to-date on the pandemic with weekly visualizations, analysis, and interpretations of key data and trends.

## Want to know more about COVID-19 vaccinations?

Learn more about recommendations, product information, and more on CDC's COVID-19 Vaccination Landing Page.

## Curious about the total number of vaccines distributed and administered in the United States?

Check out the COVID-19 Vaccinations in the United States page.

AZT42AR0000930



Select month to view
Jun 20
Aug 20
Oct 20
Dec 20
Feb 21
Apr 21
Jun 21
Aug 21
Oct 21
Dec 21
About this study
Select region to view
Study-wide
Select seroprevalence type to view
Combined seroprevalence
Last updated: 02/18/2022

## December 2021 study-wide (all regions) combined infection-induced seroprevalence estimates

Seroprevalence Estimate: 94.7%
95% Confidence Interval: 94.5% - 94.9%
Persons ≥ 16 years with ≥ 1 COVID-19 vaccine dose (%): 69.8%
Cumulative reported COVID-19 cases per 100 population (#): 14.7
Specimens tested (#): 136,156
Counties in study region:
© Mapbox © OSM
COVID-19 Seroprevalence
0% 10% 20% 30% 40% 50% 60% 70% 80% 90%

Combined seroprevalence estimates over time for all regions
Midwest
Northeast
South
West
Seroprevalence (%)
100
80
60
40
20
0
Aug 20 Dec 20 Apr 21 Aug 21
Month and year

December 2021 study-wide (all regions) combined seroprevalence estimates by demographic
Samples
16-29 Years
93.9%
17,523

AZT42AR0000931



Age
30-49 Years
94.1%
37,913
50-64 Years
95.1%
48,761
65+ Years
96.3%
31,959
Gender
Female
95.2%
66,142
Male
94.2%
70,014
Race/
Ethnicity
Asian non-Hispanic
97.9%
4,411
Black non-Hispanic
94.3%
4,282
Hispanic
94.2%
8,896
Other non-Hispanic
92.9%
2,938
White non-Hispanic
94.6%
113,661
0%
10%
20%
30%
40%
50%
60%
70%
80%
90%
100%
Seroprevalence (%)

Study-wide (all regions) trends in COVID-19 seroprevalence, cumulative reported case rate, and cumulative vaccination rate
Combined seroprevalence
Infection-induced seroprevalence
Seroprevalence (%)
100.0%
80.0%
60.0%
40.0%
20.0%
0.0%
Avg. Cumulative Vax % based on 16year old > population
Cumulative reported COVID-19 cases per 100 population
50
40
30
20
10
0
Aug 15, 20
Oct 15, 20
Dec 15, 20
Feb 15, 21
Apr 15, 21
Jun 15, 21
Aug 15, 21
Oct 15, 21

**Limitations:** A list of limitations interpreting these data can be found at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/blood-bank-serosurvey.html

AZT42AR0000932

Use the controls to focus on a specific region and/or 1-week interval

HHS Region
USA

○ Nowcast On
● Nowcast Off

Week Ending
3/26/2022

**United States: 1/16/2022 – 4/9/2022**

**United States: 3/20/2022 – 3/26/2022**

**USA**

| WHO label | Lineage # | | US Class | %Total | 95%CI |
|---|---|---|---|---|---|
| Omicron | BA.2 | | VOC | 59.8% | 56.2-63.2% |
| | BA.1.1 | | VOC | 32.4% | 29.5-35.5% |
| | B.1.1.529 | | VOC | 4.1% | 3.3-5.1% |
| | BA.2.12.1 | | VOC | 3.5% | 2.0-5.7% |
| Delta | B.1.617.2 | † | VBM | 0.1% | 0.0-0.1% |
| Other | Other* | † | | 0.1% | 0.0-0.1% |

* Enumerated lineages are US VOC and lineages circulating above 1% nationally in at least one week period. "Other" represents the aggregation of lineages which are circulating <1% nationally during all weeks displayed.
† Estimates are less reliable based on one or more violations of NCHS data presentation standards for proportions: https://www.cdc.gov/nchs/data/series/sr_02/sr02_175.pdf
\# AY.1-AY.133 and their sublineages are aggregated with B.1.617.2. BA.1, BA.3, BA.4, BA.5 and their sublineages (except BA.1.1 and its sublineages) are aggregated with B.1.1.529. For regional data, BA.1.1 and its sublineages are also aggregated with B.1.1.529, as they currently cannot be reliably called in each region. Except BA.2.12.1, BA.2 sublineages are aggreagated with BA.2.

**United States: 3/20/2022 – 3/26/2022**

Regional proportions from specimens collected the week ending 3/26/2022.

US Territories not shown are included in HHS regions:
PR, VI - Region 2
AS, FM, GU, MH, MP, PW - Region 9

Lineages called using pangolin v4.0.5 and pangolin-data v1.3.
Lineage BA.1.1 and its sublineages are aggregated with B.1.1.529 at the regional level as they currently cannot be reliably called in each region.

*Updated April 26, 2022*

~~HHS Confidential Information – For Official Use Only – Not to be Disseminated~~

~~INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been publicly disclosed and may be a privileged, confidential, deliberative, and/or pre-decisional communication. It is for internal government use only and must not be disseminated, distributed, or copied to persons not authorized to receive the information. Unauthorized disclosure may result in prosecution to the full extent of the law.~~

# Weekly Update: TDWG COVID-19 Testing at the Border

Testing and Diagnostics Working Group (TDWG)

MARCH 28, 2022

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 2/7/22

# Background

- ➢Overview
- ➢Testing Processes at CBP
- ➢Testing Processes at EIS
- ➢ICATT Testing Sites
- ➢Objectives

1

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

AZT42AR0000935

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

# Overview | Flow of Unaccompanied Children (UC)

US-Mexico Border
Current ESD TF involvement

**Department of Homeland Security (DHS) Custom and Border Patrol (CBP) Sector Station**

- Not suitable for children
- <72-hour maximum holding requirement
- COVID test at exit

**Office of Refugee Resettlement (ORR) Emergency Intake Site (EIS)**

- Line of sight supervision causes housing in large groups
- Serial COVID testing for children and staff
- Case management and release to family or transfer

**ORR Foster Care or Permanent Shelter Network (PSN)**

- ~250 facilities, include medical services
- Long term care for children, until they age out

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~Draft–Pre-Decisional & Deliberative~~

As of 2/7/22

# Testing Process at CBP Sites

## General Process (Yuma)

Children arrive at CBP remain here while placement is arranged
CBP does not have the ability to segregate children
Children readied for transport to EIS
Binax test conducted
Positive
Negative
Hot (Positive) Bus to assigned EIS Site
Cold (Negative) Bus to assigned EIS Site

## Process at RGV/Donna, El Paso, Tucson and Uvalde

Testing upon arrival at Donna CBP site
Implemented to reduce exposure while in government care/custody
Negative
UC with negative test enter Donna CBP and await placement
Binax test conducted at time of transport to EIS
Positive
Negative
Hot (Positive) Bus to assigned EIS Site
Cold (Negative) Bus to assigned EIS Site
Positive ≤ 12 years old *
Transferred to Carrizo Springs for isolation
Positive ≥ 13 years old *
Transferred to Ft. Bliss for isolation
*Negative and positive siblings travel to isolation together

For Official Use Only

AZT42AR0000937

Draft Pre-Decisional & Deliberative

As of 2/14/22

# Testing Process at EIS Sites

For Official Use Only

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Total Tests since April 2021

## Current testing at 7* sites

5 CBP sites

| Site_Name | Total_Tests |
|---|---|
| Donna UC | 83,826 |
| El Paso UC | 13,224 |
| Tucson UC | 8,703 |
| Uvalde UC | 3,378 |
| Yuma UC | 355 |
| Total | 109,486 |

2* EIS sites

| Group | Total_Tests |
|---|---|
| Pecos UC | 69,151 |
| Pecos Staff | 87,359 |
| Fort Bliss UC | 71,844 |
| Fort Bliss Staff | 146,809 |
| Albion UC* | 2,848 |
| Albion Staff* | 6,755 |
| Total | 384,766 |

***Albion deactivated 1/5/22**

## Sites without ICATT Testing

TDWG has been providing CBP with BinaxNOW tests since April 2021.

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 03/28/22

# TDWG currently provides contractor-supplied testing and Point-of-Care (POC) tests to CBP and EIS

*Note: Deactivated on 01/05/22
Albion (EIS)
San Diego
El Centro
Yuma
Tucson
El Paso
Pecos (EIS)
Ft. Bliss (EIS)
Big Bend
Del Rio
Uvalde
Carrizo Springs
Laredo
RGV / Donna
WA
OR
CA
ID
NV
MT
WY
UT
AZ
CO
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
WI
IL
MI
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
PA
NY
ME
NH
VT
MA
RI
CT
NJ
DE
MD
DC
WV

ICATT border testing site (7 sites*)

CBP / DHS border station (ICATT not currently testing)

Influx Care Facility (ICATT not currently testing)

## Objectives:

- Provide and support contractor-supplied testing & wraparound services at CBP stations and EIS
- Monitor ongoing USG testing to anticipate and supply needed POC tests to CBP and EIS
- Prevent testing shortages and support mitigation/de-escalation of outbreaks.
- Maintain and improve testing at CBP and EIS sites

6

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

AZT42AR0000940

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 01/31/22

# CBP Sites

- Donna, TX
- El Paso, TX
- Tucson, AZ
- Uvalde, TX
- Yuma, AZ

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Weekly UC testing at CBP sites

## Weekly Summary – CBP Sites 3/21/2022 - 3/27/2022

Test Results, by CBP Site

| Site Name | Unique Individuals Tested | Total Testing Events | Positive Test Results | Negative Test Results | Percent Positivity | Percent Positivity Diff | Total Test Results |
|---|---|---|---|---|---|---|---|
| Donna UC | 1,605 | 1,799 | 100 | 1,699 | 5.24% | 1.33% | 1,907 |
| El Paso UC | 482 | 483 | 3 | 482 | 0.62% | -3.59% | 485 |
| Tucson UC | 363 | 363 | 13 | 350 | 3.58% | 0.36% | 363 |
| Uvalde UC | 136 | 166 | 6 | 161 | 3.59% | 0.97% | 167 |
| Yuma UC | 10 | 10 | 0 | 10 | 0.00% | 0.00% | 10 |

**Unique_Individuals_Tested** – Count of distinct individuals receiving one or more tests.

**Total_Testing_Events** – Captures the total number of times individuals presented for testing regardless of the number of tests performed during each testing event.

**Total_Test_Results** – Total number of tests performed.

**Percent_Positivity_Diff** - Difference in percent positivity between the current week and the previous week.

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Weekly UC testing at CBP sites

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

As of 03/28/22

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

# Percent positivity at CBP sites over time

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 01/31/22

# EIS Sites

- Fort Bliss, TX
- Pecos, TX
- ~~Albion, MI~~ (deactivated as of 1/5/2022)

11

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

AZT42AR0000945

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Weekly testing at EIS Sites (03/21/2022 – 03/27/2022)

**Fort Bliss EIS, Individual and Test Volume and Positivity**

| | Group | Unique Individuals Tested | Total Testing Events | Positive | Negative | Weekly Positivity | Percent Positivity Diff | Total Tests |
|---|---|---|---|---|---|---|---|---|
| 1 | Fort Bliss UC | 1,363 | 2,854 | 39 | 2,815 | 1.37% | -2.08% | 2,967 |
| 2 | Fort Bliss Staff | 1,984 | 3,143 | 5 | 3,138 | 0.16% | -0.01% | 3,189 |

**Pecos EIS, Individual and Test Volume and Positivity**

| | Group | Unique Individuals Tested | Total Testing Events | Positive | Negative | Weekly Positivity | Percent Positivity Diff | Total Tests |
|---|---|---|---|---|---|---|---|---|
| 1 | Pecos UC | 1,102 | 2,603 | 36 | 2,566 | 1.38% | 0.12% | 2,811 |
| 2 | Pecos Staff | 1,475 | 2,525 | 9 | 2,516 | 0.36% | 0.14% | 2,571 |

At EIS sites, individuals are tested serially approximately every three days. Additionally, confirmatory molecular tests are typically used in accordance with the following algorithm. Individuals receive a molecular test if 1) they receive a positive antigen test result, 2) they receive a negative antigen test result and are symptomatic, or 3) they tested positive with an antigen test upon exiting a CBP site prior to intake at an EIS site. Molecular tests may also be used at the discretion of testing staff.

**Unique_Individuals_Tested** – Count of distinct individuals receiving one or more tests.

**Total_Testing_Events** – Captures the total number of times individuals presented for testing regardless of the number of tests performed during each testing event.

**Positive** – Testing events resulting in a positive molecular test, or a positive antigen test not reflexed to a molecular test.

**Negative** – Testing events resulting in 1) a negative antigen test and no molecular test result or 2) a negative molecular test regardless of antigen results

**Weekly_Positivity** is calculated by dividing the weekly positive testing events by the weekly total testing events.

**Total_Test_Results** – Total number of tests performed

**Percent_Positivity_Diff** – Difference in percent positivity between the current week and the previous week

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Percent positivity at Ft Bliss over time

Some difference in positivity rates seen over time between Ft Bliss and Pecos EIS sites is due to Ft. Bliss being designated as a preferred destination for UC screening positive at CBP sites

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 03/28/22

# Ft. Bliss UCs - number of days from intake to first positive confirmatory test

| Category | Count | Percentage |
|---|---|---|
| Day 0 (Intake) | 2965 | 87.46% |
| 1 - 3 days | 251 | 7.40% |
| 4 - 6 days | 112 | 3.30% |
| 7 - 9 days | 34 | 1.00% |
| ≥ 10 days | 28 | 0.83% |

Date of initial test at Fort Bliss is assumed to be date of intake.

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

AZT42AR0000948

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Fort Bliss UCs - number of days from intake to first positive confirmatory test

Number of days from intake to positive confirmatory test by week, Fort Bliss UC

| Week | Day 0 (Intake) | 1-3 days | 4-6 days | 7-9 days | ≥ 10 days | Total Weekly Tests |
|---|---|---|---|---|---|---|
| 2021-08-09 | 278 | 40 | 6 | 0 | 0 | 324 |
| 2021-08-16 | 231 | 30 | 29 | 10 | 5 | 305 |
| 2021-08-23 | 376 | 24 | 8 | 7 | 4 | 419 |
| 2021-08-30 | 294 | 16 | 10 | 0 | 0 | 320 |
| 2021-09-06 | 146 | 10 | 8 | 5 | 3 | 172 |
| 2021-09-13 | 70 | 10 | 1 | 1 | 0 | 82 |
| 2021-09-20 | 130 | 4 | 0 | 0 | 0 | 134 |
| 2021-09-27 | 48 | 10 | 4 | 0 | 0 | 62 |
| 2021-10-04 | 18 | 3 | 1 | 0 | 0 | 22 |
| 2021-10-11 | 16 | 0 | 3 | 0 | 0 | 19 |
| 2021-10-18 | 4 | 0 | 3 | 1 | 0 | 8 |
| 2021-10-25 | 21 | 2 | 0 | 1 | 0 | 24 |
| 2021-11-01 | 43 | 3 | 1 | 0 | 0 | 47 |
| 2021-11-08 | 13 | 2 | 1 | 1 | 1 | 18 |
| 2021-11-15 | 7 | 0 | 1 | 0 | 1 | 9 |
| 2021-11-22 | 16 | 4 | 1 | 0 | 0 | 21 |
| 2021-11-29 | 16 | 0 | 2 | 1 | 1 | 20 |
| 2021-12-06 | 21 | 7 | 0 | 2 | 0 | 30 |
| 2021-12-13 | 19 | 3 | 1 | 1 | 0 | 24 |
| 2021-12-20 | 2 | 1 | 0 | 0 | 1 | 4 |
| 2021-12-27 | 5 | 1 | 1 | 1 | 2 | 10 |
| 2022-01-03 | 1 | 0 | 0 | 0 | 8 | 9 |
| 2022-01-10 | 5 | 2 | 0 | 0 | 1 | 8 |
| 2022-01-17 | 84 | 5 | 4 | 0 | 0 | 93 |
| 2022-01-24 | 184 | 22 | 7 | 0 | 0 | 213 |
| 2022-01-31 | 193 | 13 | 3 | 0 | 0 | 209 |
| 2022-02-07 | 257 | 12 | 2 | 1 | 0 | 272 |
| 2022-02-14 | 191 | 5 | 5 | 0 | 0 | 201 |
| 2022-02-21 | 116 | 8 | 1 | 0 | 0 | 125 |
| 2022-02-28 | 12 | 3 | 1 | 1 | 0 | 17 |
| 2022-03-07 | 51 | 4 | 2 | 0 | 0 | 57 |
| 2022-03-14 | 66 | 4 | 2 | 0 | 0 | 72 |
| 2022-03-21 | 31 | 3 | 3 | 1 | 1 | 39 |

Date of initial test at Fort Bliss is assumed to be date of intake.

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~DRAFT – PRE-DECISIONAL & DELIBERATIVE~~

As of 03/28/22

# Percent positivity at Pecos over time

Some difference in positivity rates seen over time between Ft Bliss and Pecos EIS sites due to Ft. Bliss being designated as a preferred destination for UC screening positive at CBP sites

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 03/28/22

# Pecos UCs - number of days from intake to first positive confirmatory test

Number of days from intake to first positive confirmatory test, Pecos UCs
COUNT
400
300
200
100
398
110
62
32
31
Day 0 (Intake)
1-3 days
4-6 days
7-9 days
10 or more days

| Category | Count | Percentage |
|---|---|---|
| Day 0 (Intake) | 398 | 62.88% |
| 1 - 3 days | 110 | 17.38% |
| 4 - 6 days | 62 | 9.79% |
| 7 - 9 days | 32 | 5.06% |
| ≥ 10 days | 31 | 4.90% |

Date of initial test at Pecos is assumed to be date of intake.

17

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

AZT42AR0000951

DRAFT – PRE-DECISIONAL & DELIBERATIVE

As of 03/28/22

# Pecos UCs - number of days from intake to first positive confirmatory test

Number of days from intake to positive confirmatory test by week, Pecos UC

| Week | Day 0 (Intake) | 1-3 days | 4-6 days | 7-9 days | ≥ 10 days | Total Weekly Tests |
|---|---|---|---|---|---|---|
| 2021-09-13 | 5 | 3 | 0 | 0 | 0 | 8 |
| 2021-09-20 | 1 | 1 | 0 | 3 | 0 | 5 |
| 2021-09-27 | 13 | 3 | 4 | 2 | 0 | 22 |
| 2021-10-04 | 1 | 1 | 2 | 1 | 1 | 6 |
| 2021-10-11 | 13 | 3 | 0 | 0 | 0 | 16 |
| 2021-10-18 | 3 | 2 | 0 | 3 | 0 | 8 |
| 2021-10-25 | 1 | 0 | 0 | 0 | 1 | 2 |
| 2021-11-01 | 3 | 2 | 0 | 0 | 0 | 5 |
| 2021-11-08 | 4 | 2 | 1 | 1 | 0 | 8 |
| 2021-11-15 | 1 | 0 | 1 | 1 | 0 | 3 |
| 2021-11-22 | 2 | 4 | 2 | 0 | 1 | 9 |
| 2021-11-29 | 1 | 3 | 3 | 2 | 0 | 9 |
| 2021-12-06 | 2 | 0 | 1 | 1 | 0 | 4 |
| 2021-12-13 | 1 | 0 | 0 | 0 | 0 | 1 |
| 2021-12-20 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021-12-27 | 1 | 0 | 1 | 2 | 11 | 15 |
| 2022-01-03 | 0 | 0 | 1 | 0 | 3 | 4 |
| 2022-01-10 | 0 | 0 | 1 | 0 | 0 | 1 |
| 2022-01-17 | 106 | 10 | 2 | 0 | 0 | 118 |
| 2022-01-24 | 39 | 38 | 17 | 4 | 0 | 98 |
| 2022-01-31 | 0 | 7 | 6 | 8 | 10 | 31 |
| 2022-02-07 | 1 | 3 | 2 | 0 | 2 | 8 |
| 2022-02-14 | 7 | 3 | 1 | 0 | 0 | 11 |
| 2022-02-21 | 31 | 6 | 6 | 2 | 0 | 45 |
| 2022-02-28 | 34 | 2 | 2 | 0 | 0 | 38 |
| 2022-03-07 | 70 | 7 | 1 | 0 | 0 | 78 |
| 2022-03-14 | 24 | 6 | 5 | 1 | 0 | 36 |
| 2022-03-21 | 27 | 4 | 2 | 1 | 0 | 34 |

FOR OFFICIAL USE ONLY – DO NOT DISTRIBUTE

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

U.S. DEPARTMENT OF HOMELAND SECURITY

# DHS

# Southwest Border Mass Irregular Migration Contingency Plan

**February 17, 2022**

**WARNING**: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with U.S. Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Page **1** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0000953

# EXECUTIVE SUMMARY

***The DHS Southwest Border (SWB) Mass Irregular Migration Contingency Plan***

**Mission**: When directed by the Secretary of Homeland Security, the Department of Homeland Security (DHS), in conjunction with international and homeland security enterprise mission partners, will take action to humanely prevent and respond to surges in irregular migration across the U.S. Southwest Border Security and Irregular Migration Zone (SWB-IMZ).[1] This will be done while ensuring that migrants can apply for any form of relief or protection for which they may be eligible, including asylum, withholding of removal, and protection from removal under the regulations implementing United States obligations under the Convention Against Torture.

**Purpose**: This Plan complies with *Executive Order 14010—Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border* and is designed to meet the immediate needs (current and near-term) of humanely stemming irregular migration at the SWB by creating capacity, security, and cooperation across the whole Western Hemisphere. Leveraging whole of government diplomacy, legislation, policy, partner engagements, command-control-communications, intelligence, and surveillance enhancements, it will set the foundation for long-term solutions in a Whole of Western Hemisphere[2] approach. The Plan replaces the *DHS Campaign Plan for Securing the United States Southern Border and Approaches* (2015) and *DHS SWB Land Migration Contingency Plan* (2015). This Plan will remain in effect until rescinded and will be updated at least once every 18 months after approval.

**Overview**: The *DHS Southwest Border (SWB) Mass Irregular Migration Contingency Plan* (hereafter the Plan) is a scalable and flexible plan of action that improves upon currently approved plans and operational activities. The Plan is based upon lessons learned and best practices garnered from 2016 through 2022 to meet current and anticipated migration activity and surges.

The Plan was developed and reviewed by DHS Components, Offices, and the Joint Task Force - East (JTF-E) before being approved by the Secretary.

*The United States (U.S.) Customs and Border Protection (CBP) Southwest Border (SWB): Contingency Plan CBP Integrated SWB Mass Irregular Migration*, is nested underneath the DHS Plan; specifically addresses how migrants will be processed; can be implemented as a stand-alone document or as a subordinate plan to the DHS SWB Mass Irregular Migration Contingency Plan. The CBP plan provides specific details on operational and tactical operations that will be conducted within the SWB area of operations.

Both plans are aligned in support of the Department's Whole of Western Hemisphere approach to prevent and respond to a Mass Irregular Migration events along the SWB.

---

[1] *The Southwest Border Security and Irregular Migration Zone accounts for irregular migration across the Hemisphere from the Pacific Ocean off Southern California, across the Caribbean to Puerto Rico and the Virgin Islands, and on to South America. The region includes approximately 2,000 miles of land border with Mexico, 3,050 miles of coastline along California, the Gulf of Mexico, and Florida, as well as the airspace spanning U.S. territorial land and waters, and international waters of the Eastern Pacific Ocean, and Caribbean Sea.*

[2] *Whole of Western Hemisphere is defined as the North America (including the United States), Central and South America, and the Caribbean islands and surrounding waters that encompass the major transit corridor for illicit narcotics and are the primary source of irregular migration to the United States. The focus is upon the 35 independent states of the Americas that constitute the main governments in the Hemisphere and their relationship with the United States with regards to border security and immigration enforcement.*

AZT42AR0000954

**The Plan:**

- Provides a flexible and scalable framework to address extreme variances in migration across the SWB-IMZ. The Plan provides the base structure to prevent and respond to dramatic increases in irregular migration created by changes in U.S. and international policy, judicial rulings, Executive Orders, and law, as well as persistent crime, corruption, war, disease, economics, trade, travel, and other environmental factors.
- Focuses on current and anticipated irregular migration surges throughout the DHS SWB-IMZ, which includes domestic and international areas of interest and influence.
- 
LES
- Identifies areas for the development of pre-scripted federal to federal support agreements.
- Was developed with the understanding that the anticipated SWB-IMZ situation will exceed the current capacity of DHS Components resulting in the need for a concerted effort to bring in additional DHS and other agency and partner resources.
- Leverages recent USG and DHS incident and migration lessons learned and best practices.
- Anticipates the eventual rescission of Title 42 public health order and associated expulsion authority for all populations. An action that will likely cause a surge in irregular immigration and have a direct impact to short-term holding and processing capacity along the SWB.
- Is organized along four lines of efforts (LOEs) to be implemented in three phases.

**Plan Lines of Effort (LOEs):**

1. DHS SWB Integrated Operations. The purpose of this LOE is to ensure Department operations are focused on looking forward (proactive versus reactive) to prevent and, if required, respond to a surge or mass irregular migration along the SWB.
2. DHS SWB Infrastructure and Resources. This LOE is designed to ensure DHS has established the necessary infrastructure and resources (permanent and temporary) capacity to prevent and respond to a surge or mass irregular migration along the SWB.
3. External Collaboration and Coordination. The purpose of this LOE is to ensure that DHS has established the necessary communication architecture to address the significant external collaboration and coordination required to facilitate prevention and response efforts with homeland security enterprise partners.

**FOR OFFICIAL USE ONLY**

~~Pre-decisional internal working draft~~

4. Strategic Communications. The purpose of this LOE is to enhance efforts to stem irregular migration through regional partnerships across the SWB-IMZ through detailed partner outreach efforts designed to support the achievement of the other three lines of effort.

**Concept of Operation Overview:** The base Plan will follow four phases. While the Phases are arranged sequentially, they do not all need to be activated, the goal is to seek offramps before the incident reaches the triggers for the next Phase. Ultimately, this Plan is a guide to actions that once in place will reduce irregular migration and its impact. Details of the phases of the plan can be found in the Annex C. Key activities in the four phases include:

- Phase 1: Initial Influx (Level 3 SBCC general staff activation ~10-25% for internal coordination)

- Phase 2: Major Influx (Level 2 SBCC general staff activation ~25-75% expansion to interagency coordination)

*[3] The DHS SWB Task force was established in February 2021 to improve DHS Headquarters situational awareness regarding irregular migration. This Task Force developed numerous digital tools and databases that will be critical for the SBCC to adopt and maintain.*

LES

- Phase 3: Mass Irregular Migration (Level 1 SBCC general staff activation 100%)

- Phase 4: Transition to Steady-State. (Level 4 SBCC general staff activation ~10% or less)

LES

**Summation**: The immediate priorities of this Plan are to establish the methods for coordinating USG contingency response to humanely prevent and respond to irregular migration while limiting disruptions to legitimate trade and travel and ensuring protections for those migrants who are seeking relief or protection for which they may be eligible. Working collectively in a Whole of Western Hemisphere approach, DHS, in conjunction with international and homeland security enterprise mission partners, will ensure the integrity of the SWB and set the foundation for future hemispheric migration reform. The near-term goal is to create sustainable capacity and capability to process migrants quickly, safely, and humanely at the SWB and the interior. Long term priorities include addressing the root causes of migration by improving conditions across the SWB-IMZ through the development of sustainable capacity and capability.

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**TABLE OF CONTENTS**

| | |
|---|---|
| Cover Page | 1 |
| Executive Summary | 2 |
| Table of Contents | 6 |
| 1. Situation | 7 |
| A. Mission | 7 |
| B. Background | 7 |
| C. Authorities and References | 10 |
| D. Operational Risk | 10 |
| E. Critical Interagency Dependencies | 10 |
| F. Critical Facts and Key Actions | 13 |
| G. Critical Assumptions | 14 |
| 2. Mission | 15 |
| 3. Execution | 16 |
| A. Secretary's Intent | 16 |
| B. Concept of Operations | 16 |
| C. Plan Lines of Effort | 17 |
| D. Key Roles and Responsibilities | 25 |
| E. Department Objectives | 36 |
| F. Critical Information Requirements | 37 |
| 4. Administration, Resources, and Funding | 38 |
| A. Administration | 38 |
| B. Resources | 38 |
| C. Funding | 38 |
| 5. Oversight, Coordinating Instructions, and Communications | 38 |
| A. Oversight | 39 |
| B. Coordinating Instructions | 39 |
| C. Communications | 39 |
| ANNEXES | 39 |

Page **6** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000958

1. **SITUATION.**

A. **Mission**: When directed by the Secretary of Homeland Security, the Department of Homeland Security (DHS), in conjunction with international and homeland security enterprise mission partners, will take action to humanely prevent and respond to surges in irregular migration across the U.S. SWB Security and Irregular Migration Zone (SWB-IMZ).[4] This will be done while ensuring that migrants can apply for any form of relief or protection for which they may be eligible, including asylum, withholding of removal, and protection from removal under the regulations implementing United States obligations under the Convention Against Torture.

B. **Background.** Current Situation.

1) COVID-19, extreme weather, earthquakes and other natural disasters, and severe economic decline are compounding longstanding challenges in the region, leading far too many individuals to conclude that the future they desire for themselves, and their children, cannot be found at home. Persistent instability and insecurity across the SWB-IMZ have gone on for too long. Poverty and economic inequality, pervasive crime and corruption, and political leaders' drift toward authoritarian rule have stunted economic growth and diverted critical resources from healthcare and education, robbing citizens of hope and spurring migration. The worsening impacts of climate change, manifesting as prolonged periods of drought and devastating storms have exacerbated these conditions and undermine U.S. and international interests. The complexity of multiple factors contributes to irregular migration.[5]

2) DHS is responding to the rapid growth in irregular migration by seeking to enhance, and where needed, create capacity across the SWB-IMZ through diplomacy, legislation, policy, partner engagement, command-control-communications, intelligence, and surveillance enhancements; and provide the basis of long-term solutions to perennial shortfalls in processing, logistics, and medical capability through a Whole of Western Hemisphere approach.

3) 

[4] *The Southwest Border Security and Irregular Migration Zone accounts for irregular migration across the Hemisphere from the Pacific Ocean off Southern California, across the Caribbean to Puerto Rico and the Virgin Islands, and on to South America. The region includes approximately 2,000 miles of land border with Mexico, 3,050 miles of coastline along California, the Gulf of Mexico, and Florida, as well as the airspace spanning U.S. territorial land and waters, and international waters of the Eastern Pacific Ocean, and Caribbean Sea.*

[5] The US Strategy for Addressing the Root Causes of Migration in Central America

Unclassified // FOUO // Law Enforcement Sensitive

LES

Page **8** of **115**
**FOR OFFICIAL USE ONLY**
AZT42AR0000960

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **9** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000961

~~Unclassified // FOUO // Law Enforcement Sensitive~~

C. **Authorities and References** (See Annex X).

D. **Operational Risk.**

1) Operational Risk identification is the process of identifying, assessing, and controlling for risks arising from operational factors and making decisions that balance risk costs with mission benefits. The operational risks for the DHS primary mission essential functions of a mass irregular migration event include:

LES

E. **Critical Interagency Dependencies.**

1. Department of Health and Human Services (HHS)

LES

e. Policy Issues for Resolution:

DPP

Page **10** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000962

~~Unclassified // FOUO // Law Enforcement Sensitive~~

DPP

1) Department of Justice (DOJ).

LES

e. Policy Issue for Resolution.

DPP

2) Department of Defense (DOD).

LES

LES

Page **11** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0000963

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

c. Policy Issues for Resolution.

DPP

3) <u>Department of State</u> (DOS).

LES

c. Policy Issues for Resolution.

DPP

Page **12** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0000964

~~Unclassified // FOUO // Law Enforcement Sensitive~~

DPP

F. **Critical Facts and Key Actions.**

LES

Page **13** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000965

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

G. **Critical Assumptions.**

LES

Page **14** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0000966

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

**2. MISSION.**

**Mission**: When directed by the Secretary of Homeland Security, the Department of Homeland Security (DHS), in conjunction with international and homeland security enterprise mission partners, will take action to humanely prevent and respond to surges in irregular migration across the U.S. SWB Security and Irregular Migration Zone (SWB-IMZ). This will be done while ensuring that migrants can apply for any form of relief or protection for which they may be eligible, including asylum, withholding of

LES

Page **15** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~
AZT42AR0000967

removal, and protection from removal under the regulations implementing United States obligations under the Convention Against Torture.

**3. EXECUTION.**

**A. Secretary's Intent.**

1) Purpose: The purpose of this plan is to describe a proactive approach that humanely prevents and responds to surges in irregular migration across the U.S. SWB-IMZ. This will be done while ensuring that migrants can apply for any form of relief or protection for which they may be eligible, including asylum, withholding of removal, and protection from removal under the regulations implementing United States obligations under the Convention Against Torture.

2) Method: This Plan addresses mass irregular migration across the SWB-IMZ of operations by:

- Implementing a "Whole of Western Hemisphere" approach to build capacity and respond to irregular migrant flows across the SWB-IMZ.
- Implement a proactive whole of government approach to prevent and respond to irregular migrant flows and build capacity to enable the Department and DHS Components to enforce immigration laws.
- Mitigate/eliminate current SWB-IMZ capability gaps.
- Provide the operational oversight and coordination architecture for a whole of government approach to minimize complexities of joint, multi-agency operations.
- Create the foundation to enable DHS to become operational/logistically self-sufficient and not dependent on external support for steady-state operations.[11]
- Ensuring unity of effort with a lead federal agency and organizing around NIMS/ICS principles.
- Managing U.S. government operational resources in a manner that will utilize resources and manpower from departments/agencies where most needed and implement economy of force operations in other areas.

3) End State: Execution of this Plan will meet the immediate needs of stemming migration by creating capacity across the SWB-IMZ through recommended diplomacy, legislation, policy, partner engagement, command-control-communications, intelligence and surveillance, and budget enhancements, and long-term improvement to processing, logistics, and medical capabilities.

**B. Concept of Operations.** The Department will expand our existing capabilities (diplomacy, policy, partner engagement, command-control-communications, intelligence and surveillance, and budget enhancements, and long-term improvement to processing, logistics and medical capabilities) to deter and respond to irregular migration throughout the SWB-IMZ. DHS will actively engage with external partners (international and homeland security enterprise partners) to humanely prevent and respond to irregular migration. This will be accomplished through a comprehensive Whole of Western Hemisphere approach. Correspondingly, DHS will be poised to

[11] *Steady state is defined as those operations which can be accomplished by an area's organic resources without adversely impacting overall safety, security, and mission execution.*

immediately respond to any surge in irregular migration through an aggressive capacity building program within the main area of operations. These efforts are designed to stabilize and reduce the irregular migration flow throughout the SWB-IMZ. This will be done while ensuring that migrants have the ability to apply for any form of relief or protection for which they may be eligible, including asylum, withholding of removal, and protection from removal under the regulations implementing United States obligations under the Convention Against Torture.

**C. Plan Lines of Effort:** *The SWB Mass Irregular Migration Plan* has four lines of effort.[12] Each LOE is a functional, cross-programmatic effort team established to identify priority requirements. These teams have been established based on the following:

- Mission analysis indicates a potential shortfall or complication in the delivery of one or more core capabilities that requires dedicated contingency planning support.
- The situation presents unique challenges to formulate a cohesive concept of operations or support constructs across multiple functions, programs, areas of responsibility (AOR), and disciplines.
- The scale, scope, and complexity of the issue requires extraordinary coordination between and among DHS components.
- The situation requires a level of support and coordination that exceeds the capacity capabilities of a single DHS component.
- DHS SWB LOE working groups will be established within the SBCC general staff and functional area leads will be designated by the SCO/SRO to develop federal-to-federal support agreements. All LOE working groups will be identified and coordinated by the SCO/SRO through the SBCC general staff chief of staff. Proposals for new support agreements or changes to LOE will be provided to the SCO/SRO and the MAG-P and include a justification and proposed concept of implementation.

A summary of the four DHS SWB LOE is provided in the paragraphs below.

1) LOE # 1: DHS SWB Integrated Operations.

a. Purpose. This LOE ensures that the Department approach is forward looking (proactive versus reactive) and prepared to immediately prevent and respond to a surge or Mass Irregular Migration along the SWB.

b. End State. The desired end-state is that DHS integrated operations result in discouraging large scale illegal migrant flow across the SWB and enables the Department to better address prevention and response actions.

c. Delegated Authority. The LOE working group will operate within established DHS protocols and statutory authorities. Additional guidance/authority will be provided by the Secretary, Deputy Secretary, and SCO/SRO as appropriate.

d. Resources. This LOE will require support agreements to marshal resources in support of operations across the SWB-IMZ:

(1) Provide intelligence and expedited multi-agency/cross-Component headquarters coordination/deconfliction capabilities to support integrated operations.

(2) Develop/sustain the capability to rapidly shift capabilities (transportation, holding,

[12] *A line of effort (LOE) is a mechanism that links multiple tasks and activities using purpose (cause/effect) toward achieving specific strategic and operational level conditions.*

medical, etc.) based on migrant flow that exceeds DHS capabilities.

(3) Subject matter expertise in the form of detailed staff from DHS Components, Offices, and JTF-E to the SBCC general staff.

2) LOE # 2: DHS SWB Infrastructure and Resources.

3) LOE # 3: External Collaboration and Coordination.

a. Purpose. This LOE is required to ensure that DHS has established the necessary architecture to address the significant external collaboration and coordination required to prevent migrant flow and facilitate response with border homeland security enterprise partners.

b. End State. The desired end-state is that DHS establishes the ability to rapidly engage with external mission partners to coordinate or deconflict SWB security operations.

c. Delegated Authority. The LOE working group will operate within established DHS protocols and statutory authorities. Additional guidance/authority will be provided by the Secretary, Deputy Secretary, and SCO/SRO as appropriate.

d. Resources. This LOE will require the following support agreements to marshal resources to in support of operations across the SWB-IMZ:

(1) For Phase 2, subject matter expertise in the form of detailed or virtual staff from

selected Departments/Agencies (DOD, HHS, DOS, and DOJ) and other homeland security partners (State, local, tribal, private sector, and NGOs) to the SBCC general staff.

(2) Ability to engage with external partners in person or virtually.

4) LOE # 4: DHS Strategic Communications.

a. Purpose. This LOE has been established to support achieving the Secretary's intent and three other lines of effort.

b. End State. The desired end-state is DHS leverages all available communication forums to prevent continued/future large scale migrant flow and informs audiences (external and internal) of Department goals and objectives.

c. Delegated Authority. The LOE working group will operate within established DHS protocols and statutory authorities. Additional guidance/authority will be provided by the Secretary, Deputy Secretary, and SCO/SRO as appropriate.

d. Resources. This LOE will require the following support agreements to marshal resources to in support of operations across the SWB-IMZ:

(1) Establish and staff a SWB Joint Information Center (JIC).

(2) Provide resources to support the execution of a supporting USG/DHS strategic communications plan to enhance Department goals and objectives.

5) Comparison of the Plan and CBP SWB Plan LOE.

a. The matrix in Figure 5 summarizes how the CBP LOE nest underneath the DHS SWB LOE.

6) Phase Triggers. The Plan Phase Triggers are synchronized with the CBP Plan and are associated with credible intelligence specifying indications and warnings from along the route of migration of mass irregular migration formation, allowing DHS to conduct preparatory and anticipatory prevention and response actions see Figure 6: Plan Phasing for

**Figure 5: Crosswalk of DHS Plan and CBP Plan Lines of Effort**

7) Phasing.

This operation will be conducted in four phases to facilitate the organization /deployment of capabilities across time and space. Both the DHS SBCC and CBP Plans use the same triggers and phase construct (See Figure 6 for a summary of each phase). The phases are:

- ❑ Phase 1: Initial Influx
- ❑ Phase 2: Major Influx
- ❑ Phase 3: Mass Irregular Migration[13]
- ❑ Phase 4: Transition to Steady-State

8) Fundamental information on DHS SWB phases.

a. Phase changes are directed by the Secretary, Deputy Secretary, or their designee.

b. Activities from previous phases continue into succeeding phases as appropriate.

c. Sequence of phasing is based on the operating environment (Phase changes are situation dependent and can include a leap forward, transition back to a previous phase or off ramp to last phase).

9) Phase 1: Initial Influx. Level 3 SBCC staffing.

*[13] "Mass migration" is a term of art under EO 13276 that refers to "a migration of undocumented aliens that is of such magnitude and duration that it poses a threat to the national security of the United States, as determined by the President." Since "mass migration" has a specific meaning and triggers specific responsibilities and authorities for the Secretary under EO 13276, and requires a Presidential determination, this term is not used in this document.*

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **21** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0000973

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **22** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000974

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **23** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000975

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

**Figure 6: SWB 2021 Migration Plan Phasing**

10) Phase 2: Major Influx. Level 2 SBCC Staffing.

LES

Page **24** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000976

~~Unclassified // FOUO // Law Enforcement Sensitive~~

11) Phase 3: Mass Irregular Migration.

12) Phase 4: Transition to Steady State.

**D. Key Roles and Responsibilities.**

1) *Common Roles and Responsibilities for all DHS Components, Offices, and Joint Task Force -*

Page **25** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000977

*East.*

a. Support the designated SCO/SRO and provide resources, staff, and coordination capabilities to the SBCC general staff as needed.

b. Each DHS Component, Office, and JTF-E will develop a supporting plan as soon as possible after approval of this Plan, if appropriate.

c. Support DHS SWB strategic/operational level coordination/deconfliction in collaboration with internal and external mission partners.

d. Facilitate DHS Unity of Effort for national-level policy engagement including NSM-2 processes and external messaging.

e. Provide recommendations to the Secretary on DHS requirements that cannot be resolved within the SWB area of operations.

f. Meet in the MAG-P at a frequency designated by the SCO/SRO and commensurate with the mission environment.

g. Provide access and accommodate migrants with disabilities and provide language services for migrants with limited English proficiency in its operations and/or services.

2) *DHS SBCC general staff* [Senior Headquarters].[14]

a. The SCO/SRO shall coordinate with appropriate USG Departments and Agencies, and State, Local, Tribal, Territorial, and Private organizations involved with immigration, establish federal-to federal support agreements (both pre-scripted and emergent), and direct coordination of DHS Component strategic resource allocation and prioritization including:

(1) Establishing the general staff to support SCO/SRO actions to coordinate operations across the SWB-IMZ and synchronize activity to the response phases that are triggered by key Departmental indicators and warnings.

(2) Defining the SBCC mission and setting the strategic direction and decision-making process for the MAG-P.

(3) Hosting and facilitating the MAG-P.

(4) Coordinating the policy and providing guidance on prioritization and allocation of resources with Interagency Partners and Components.

(5) Identifying and coordinating priorities and policy guidance on multi-agency operations.

(6) Coordinating with peer senior executives and officials.

(7) Coordinating Strategic Communications and public information.

(8) Coordinating guidance to regional and international coordination cells and the CBP Emergency Operations Center (EOC).

(9) Establishing and, if needed, amending, and expanding reporting requirements.

(10) Coordinating and developing multi-agency pre-scripted support agreements.

[14] The *SCO/SRO with the general staff coordinates resource, allocation, prioritization, and strategic decision-making required to support CBP, the supported Component, to prevent and respond to a mass irregular migration event.*

(11) Coordinating financial and legal reviews and assessments corresponding to support agreements and irregular migration prevention and response programs and projects.

(12) Establishing, staffing, and overseeing LOE working groups and other general staff, staff sections, branches, and units.

(13) Coordinating irregular migration root cause intelligence, information sharing, and investigations across the SWB-IMZ.

(14) Coordaining Interagency partner and DHS Component interactions with international, and interagency partner actions aimed at disrupting TCOs that are contributing to irregular migration.

(15) Monitoring indications and warning of irregular migration within the area of operations to further inform stabilization, restoration, and response operations, policy, and guidance.

(16) Coordinating interagency and Departmental operations undertaken across the SWB-IMZ to prevent and respond to irregular migration.

(17) Establishing real-time information sharing and synchronizing reporting and external coordination and communications with the CBP led SWAG/EOC to ensure consistent, mutually supporting operations consistent with law and DHS privacy policy.

(18) Integrating counter-network operations intended to target the illicit networks' infrastructure, logistics, communications, and financial capabilities and capacities to diminish the surge across the SWB.

(19) Coordinating with the Interagency and Components to unify international and interagency intelligence, interdiction, and investigative efforts to target the identified illicit networks' infrastructure, logistics, communications, and financial capabilities and capacities of criminal organizations involved in smuggling and trafficking.

(20) Coordinating with the Interagency and Components to identify and prioritize facilitators associated with human smuggling networks and customize consequence delivery (administrative, investigative and enforcement) leveraging interagency and international partners prosecutorial and jurisdictional capabilities from point of origin to destination.

b. Support the MAG-P to support SBCC directed strategic resource allocation, prioritization, and coordination actions in support of CBP, to coordinate Command, Control, Communications, and Coordination across the SWB-IMZ.

(1) Utilize existing USG and Partner Command, Control and Coordination structures to organize a Whole of Western Hemisphere approach to stemming irregular migration and its root causes.

(2) Leverage existing international and inter-governmental partners and programs to identify, prioritize and target illicit networks associated with irregular migration. Generate after action reviews, update plans, and apply best practices for responding to future surge operations.

(3) Leverage existing communications platforms to provide clear, concise,

consistent messaging and promote efforts to prevent and respond to irregular migration threats within the area of operations.

c. Coordinate with appropriate DHS, USG, and Partner organizations to synchronize existing, strategic resources for contingency logistics across the SWB-IMZ.

(1) Including air and ground transportation resources (e.g., DOD, DOJ, CBP, ICE [Homeland Security Investigations (HSI) & ERO], and USCG) to disaggregate masses of migrants threatening to stress border stations and POE capacity, and expeditiously repatriate migrants to their countries of origin or to transfer migrants from a DHS temporary holding facility to a DHS holding facility or HHS shelter.

(2) Based on DHS holding and detention capacity and time-in-custody, coordinate with appropriate DHS Components, USG, and Partner organizations to incorporate additional air and ground transportation resources to disaggregate migrants within the area of operations.

(3) Facilitate the strategic resources needed to increase air transportation capabilities to support timely repatriation of undocumented migrants.

3) *U.S. Customs and Border Protection* (CBP) [Supported Component/Main Effort].

a. CBP is the Main Effort reporting to and coordinating support through the Senior Headquarters, the SCO/SRO general staff.

b. Establish CBP Emergency Operation Center (EOC) to coordinate with the general staff and oversee UCG operations and.

c. Establish coordination capabilities based on the Incident Command Structure (ICS).

d. Utilize intelligence to develop an early warning system for the workforce and external partners.

e. Expeditiously move noncitizens through CBP processing.

f. Safely and expeditiously transport noncitizens to their next destination in the process as appropriate.

g. Provide medical triage and health resources (See Annex M).

h. Maintain levels of training and security standards to safely process noncitizens.

i. Ensure the safety and security of noncitizens and the workforce.

j. Identify shortfalls in funding and resourcing, define requirements, and work with the general staff to request necessary goods and services to meet those requirements.

k. In coordination with the SBCC general staff and MAG-P to establish pre-scripted support agreements and request support from across the whole of government.

l. In coordination with the SBCC general staff and MAG-P to manage interagency requests and actions.

m. Provide front line personnel with appropriate wellness and resilience support.

n. Facilitate and support this Plan to ensure CBP, ICE, and I&A create an inclusive intelligence, interdiction, investigative, and enforcement capability coupled with enhanced foreign partnerships, while also addressing educational, economic, and rule of

law gaps.

4) *Joint Task Force - East* (JTF-E) [Supporting].

a. In coordination with the SBCC general staff, establish pre-scripted support agreements, provide requested support, resources, and personnel to meet mass irregular migration events, as available.

b. Provide operational support to the UCG as needed via coordination with the general staff and EOC.

c. Monitor indications and warnings and coordinate maritime operations to support migration surge operations.

d. In coordination with the appropriate supporting organization/Component, augment aviation and maritime assets to fulfill operational requirements.

e. Leverage intelligence and international affairs.

f. Align internal and external messaging efforts.

g. In coordination with Components, de-conflict overlapping targeting efforts throughout the JTF-E area of operations.

5) *U.S. Immigration and Customs Enforcement* (ICE) [Supporting].

a. In coordination with the SBCC general staff, establish pre-scripted support agreements, provide requested support, resources, and personnel to meet mass irregular migration events, as available.

b. Provide operational support and staffing to the SBCC and MAG-P as needed via coordination with the general staff and EOC (see Annex A Tab A and B for general staff and MAG-P requirements).

c. ICE-ERO will transport Family Units and Single Adults that are going to be booked into ICE's custody, to appropriate ICE, contract, or intergovernmental service agreement facilities (ERO).

d. LES

Establish and maintain facilities for Family Units and Single Adults consistent with legal settlement agreements (e.g., *Orantes* and/or *Flores*), law and policy (ERO).

e. Provide access and accommodate migrants in ICE's custody, with disabilities and provide language services for migrants with limited English proficiency in its operations and/or services.

f. Manage the detained and non-detained dockets for all migrants that have been processed by ICE and placed on an ICE detained or non-detained docket to ensure ICE's compliance with federal immigration laws (ERO).

g. LES

h. LES

i. Coordinate occupational safety and health reviews of facilities housing ICE detainees and residents to mitigate the spread of infectious diseases (ICE-ERO).

~~Unclassified // FOUO // Law Enforcement Sensitive~~

j. Coordinate with source country consular officials to ensure their nationals have the appropriate protections and travel documents necessary for repatriation (ICE-ERO).

k. Conduct removal operations (ERO).

l. LES
m. LES
n. LES

o. Work with CBP and CMO to ensure COVID testing takes place as early as possible and before transferring detainees to ICE custody.

p. Report on current data relating to changes in migratory flow and results of the outlined operations.

q. LES

r. Ensure intake medical and mental health screening and provide medical care in accordance with applicable ICE holding standards or Family Residential Standards.

s. ICE OPLA represents DHS in proceedings before the Immigration Courts and the Board of Immigration Appeals.

t. LES
u. LES
v. LES
w. LES
x. LES

7) *U.S. Coast Guard* (USCG) [Supporting].

Page **30** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000982

a. All support from USCG is contingent upon official request and availability of personnel and resources.

b. In coordination with the SCO/SRO and general staff, establish pre-scripted support agreements, provide requested support, resources, and personnel to meet mass irregular migration events, as available.

c. Provide operational support and staffing to the SBCC general staff, MAG-P as needed via coordination with the general staff and CBP SWAG/EOC (see Annex A Tab A and B for general staff and MAG-P requirements).

d. Success in land migration may coincide with success in maritime migration and that may be an increasing strain on CG resources.

e. Provide support to DHS SWB general staff through the CBP EOC and SWAG.

f. Provide air transportation for undocumented migrants.

g. Provide incident management and planning assistance via the USCG Incident Management Assistance Team.

h. Provide migrant medical screening support to non-medical CBP law enforcement officers.

i. Provide maritime law enforcement support in littorals adjacent to the DHS SWB-IMZ main area of operations and across the CENTAM area of influence and Caribbean, Pacific, and Atlantic areas of Interest.

j. Provide logistical, contracting, and incident management and planning expertise as appropriate.

k. Facilitate and support this Plan to ensure an inclusive intelligence, interdiction, investigative, and enforcement capability coupled with enhanced foreign partnerships, while also addressing educational, economic, and rule of law gaps.

8) *Office of the General Counsel* (OGC) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for general staff and MAG-P requirements).

b. Responsible for legal review and legal planning efforts supporting the agency's response to a surge or emergency event.

c. Responsible for providing real-time legal guidance on emerging issues related to the agency's coordination and management of surge response-related policies and operations.

d. Responsible for coordinating with the Department of Justice, Civil Division, and the HHS Office of the General Counsel and in relation to preparations for and response to a surge or emergency event.

e. Represent DHS, through ICE OPLA, in proceedings before the Immigration Courts and the Board of Immigration Appeals.

f. Provide advice on applicable decisions, policies, guidance, and other relevant documents to ensure compliance with constitutional, legal, regulatory and policy requirements.

9) *United States Citizenship and Immigration Services* (USCIS) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for general staff and MAG-P requirements).

b. Adjudicate applications for immigration benefits filed by non-citizen family units, single adults, and unaccompanied children, including asylum applications and applications filed under the new Asylum NPRM.

c. Conduct telephonic credible fear and reasonable fear screenings for individuals processed for expedited removal who express a fear of persecution or torture, a fear of return to their home country, or an intention to apply for asylum and who have been referred to USCIS, and Title 42-related Convention Against Torture screenings and Migrant Protection Protocol (MPP) non-refoulement interviews for family units and single adults who express a fear of persecution (MPP only) or torture (MPP and T42) in the country to which they would be sent and who have been referred to USCIS.

d. Take steps to offer appropriate accommodations to migrants with disabilities and migrants with limited English proficiency in its operations to ensure the equitable provision of services.

10) *Office of Intelligence and Analysis* (I&A) [Supporting].

a. LES

b. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for SBCC general staff and MAG-P requirements).

c. Ensure the DHS Migration Cell coordinates with the SWB general staff to ensure dedicated intelligence support to activities.

d. Support collection opportunities that enable comprehensive assessments related to a migration surge that fuses input from both the DHS Intelligence Enterprise and the Intelligence Community.

e. Provide national-level intelligence to DHS Component stakeholders and senior leadership to help prevent and/or respond to a migration surge.

f. Monitor indications and warnings of a pending surge with DHS Intelligence Enterprise and Intelligence Community stakeholders and advise the Office of the Secretary as needed.

11) *Countering Weapons of Mass Destruction* (CWMD) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for SBCC general staff and MAG-P requirements).

b. The Chief Medical Officer (CMO) serves as the principal advisor to the DHS Secretary on medical and public health issues.

c. Ensure the health and well-being of the DHS workforce involved in the execution of this Plan by providing health and medical guidance to medical and non-medical personnel.

d. Provide medical direction and oversight of DHS personnel involved in the screening of migrants and detainee care programs.

e. Provide health guidance for the care and custody of interdicted and housed undocumented migrants, to include emerging infectious diseases.

f. Provide for the coordination of interagency health issues as they pertain to the preparation and execution of this Plan including workforce and persons in the care and custody of DHS.

g. Provide reports and updates on pandemic or emerging infectious diseases to DHS leadership and the Department with situational awareness products and reports via the National Bio-Surveillance Integration Center (NBIC) layer of the DHS Common Operating Picture.

h. At the Secretary's or Deputy Secretary's direction, coordinate with the National Security Staff and appropriate Congressional Committees as well as interagency partners, state, local, tribal, and territorial entities regarding health-related issues.

12) *Office of Strategy, Policy, and Plans* (PLCY) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for SBCC general staff and MAG-P requirements).

b. Coordinate through the SCO/SRO and general staff for the implementation of senior leadership irregular migration policy and guidance including:

(1) Coordinate international partner assistance with DOD and DOS as appropriate.

(2) Coordinate international interagency processes with federal partners.

(3) Coordinate cross-Component policy issues.

(4) Support senior-level engagement between DHS, external partners, including international partners, foreign governments, and other communities of interest, as needed.

(5) Coordinate with DOS for engagement with international partners and to initiate reception processing for removed individuals.

(6) Coordinate application of domestic immigration policy.

c. Support and work with and through the SBCC general staff, and MAG-P to:

(1) Expand international engagement (including conducting meetings or a conference) to facilitate stemming the flow of migrants across the Western Hemisphere.

(2) Work with DOS to request UNHCR and other organizations coordinate transportation of migrants with USG and partner nations to deter/reduce the humanitarian aid burden at the SWB NLT one month after the Plan is approved.

(3) Support the expansion of DHS presence across the region to support a Whole of Western Hemisphere approach to stem the flow of migrants within sixty days of plan approval.

(4) Increase engagement with INA and CBP and ICE Attachés and DOS to track/share migrant movement in Mexico and CENTAM with planning stakeholders NLT one month after the Plan is approved.

(5) Encourage and incentivize, GOM to ensure compliance with Mexican immigration law to deter/reduce migrant flow NLT one month after the Plan is approved.

(6) Advance DHS mission sets with host nations, support program implementation, and create cooperation frameworks to improve international engagement.

13) *Federal Emergency Management Agency* (FEMA) [Supporting].

a. When requested by the DHS Secretary, FEMA will provide technical assistance to assist the SBCC general staff and MAG-P in coordinating with interagency partners to deliver federal support across core capabilities.

b. As required, Region 6 and 9 assists in coordination with state emergency managers on potential impacts to local communities and NGOs.

c. Provide logistical, contracting, incident management and planning expertise.

14) *Office of Partnership and Engagement* (OPE) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for general staff and MAG-P requirements).

b. Coordinate outreach to Federal, State, Local, Tribal, and Territorial elected and appointed officials, in conjunction with SBCC general staff and MAG-P, OPA, FEMA, CBP, ICE, and others as appropriate.

c. Coordinate the deployment of Component personnel for the purposes of serving as intergovernmental liaison officers in impacted areas on an as- needed basis, in conjunction with SBCC general staff and MAG-P, OPA, FEMA, CBP, ICE, and others as appropriate.

d. Provide strategic advice and input to DHS and Component leadership regarding potential messaging and outreach strategies for the purposes of engaging state, local, tribal, and territorial elected and appointed officials.

15) *Management Directorate* (MGMT) [Supporting]

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for SBCC general staff and MAG-P requirements).

b. Assist the Secretary, SCO/SRO, general staff and MAG-with urging Congress to provide supplemental funding for SWB contingency operations and with seeking the establishment of a general non-year fund for domestic contingencies.

c. Coordinate technology and data, procurement, budget, facilities, and other support via the SCO/SRO, general staff, and MAG-P with Component and Interagency counterparts.

d. SWB Technology Integration Program led by OCIO to work with the SCO/SRO, general staff, MAG-P, CBP EOC, and OBIM to develop and implement cross-Component, Multi-Agency biometric and biographic technology enhancement capabilities to support and

increase efficiency of migrant interviews and processing.

16) *Office of Public Affairs* (OPA) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for SBCC general staff and MAG-P requirements).

b. Coordinate public announcements and press releases about UC shelters and Family Residential Centers in conjunction with the White House Office of Communications, the National Security Council Press Office, HHS, DHS components, and other departments as appropriate.

c. Establish a Joint Information Center (JIC) within the SBCC general staff, and MAG-P to support the prevention and response to irregular migration and its root causes.

d. Utilize established Federal protocols to coordinate communications such as the National Incident Communications Conference Line (NICCL), and State Incident Communications Conference Line (SICCL).

e. Work with the SCO/SRO to coordinate internal messaging and help disseminate key policy, procedural and operational information to the Department's employees.

f. Anticipate needs and prepare for augmenting Public Affairs and Intergovernmental Affairs staff on the SBCC general staff, and MAG-P and CBP Joint operational units located in impacted border regions.

g. Streamline the release of statistical data regarding a surge.

h. Increase the amount and timeliness of information being released in Spanish both domestically and internationally and ensure consistent messaging.

i. Coordinate the engagement with relevant migrant communities within the United States with DHS CRCL, DOJ, DOS, and other agencies.

j. Develop a communication and outreach package in coordination with HHS and others to build stakeholder and community buy-in at sites chosen to house undocumented migrants; deploy outreach efforts and notification process.

17) *Office of Operations Coordination* (OPS) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for general staff and MAG-P requirements).

b. The National Operations Center (NOC) will maintain migration surge situational awareness, provide a common operating picture, conduct information fusion and dissemination, and facilitate communications between the CBP EOC and SCO/SRO, general staff and MAG-P in support irregular migration missions as directed.

c. Support SCO/SRO, general staff, and MAG-P and EOC reporting requirements utilizing DHS OPS NOC existing coordination structures, including providing an irregular migration focused Crisis Action Team as requested (see Annex A Tab A and B, and Annex R for SCO/SRO, general staff, and MAG-P requirements).

    d. Coordinate, via the NOC, Office of the Secretary interagency teleconferences at the direction of the DHS Chief of Staff and SBCC general staff, Chief of Staff.

e. Maintain irregular migration as an event on the Homeland Security Information Network Common Operating Picture as directed by the Office of the Secretary.

f. Support the Secretary, SCO/SRO, and other DHS Leadership with situational awareness and information sharing regarding irregular migration prevention actions and response activities as required.

18) *Office for Civil Rights and Civil Liberties* (CRCL) [Supporting].

a. In coordination with the SBCC general staff and MAG-P, establish pre-scripted support agreements, provide requested support, resources, and staffing to assist the general staff with coordinating the USG efforts to prevent and respond to irregular migration (see Annex A Tab A and B for general staff and MAG-P requirements).

b. Advise and assist in coordinating the application of domestic immigration policy in a way that recognizes and respects the civil rights and civil liberties of all persons affected by DHS activities, including the rights of migrants with disabilities and limited English proficiency, as well as protecting against discrimination based on race, gender, and orientation status.

c. Provide support and CRCL expertise in planning, setting standards for and oversight of DHS facilities that house individuals in DHS custody.

d. Provide civil rights and civil liberties expertise and advice to Components before any new measures are taken to delegate immigration authority to state or local law enforcement.

e. Facilitate meetings between DHS (and its contractors) and Non-Governmental Organizations (NGOs), contractors and pro bono providers as needed to field and address concerns related to care and custody of UC and Family Units.

f. Review and investigate allegations of civil rights and civil liberties violations.

g. Provide advice on applicable decisions, policies, and guidance, and ensure compliance with constitutional, legal, regulatory, and policy requirements.

**E. Department Objectives**.

1) Main Objective: In conjunction with international and homeland security enterprise mission partners, meet the immediate needs of stemming irregular migration and limiting disruptions to legitimate trade and travel while respecting human rights by creating capacity to ensure the integrity of the SWB.

a. Transfer custody of UC from DHS to HHS within 72 hours of being identified as an UC unless exceptional circumstances exist as required by the TVPRA. Measurement*:* Time UC are held in DHS custody unless exceptional circumstances exist.

b. Ensure all detainees in DHS custody are treated in accordance with legal settlement agreements, law, and policy. Measurement: Comparison of available residential and holding facility amenities compared to requirements prescribed in legal settlement agreements (e.g., *Orantes and/or Flores*), law, and policy.

c. Dissuade migration across the U.S. SWB by undocumented migrants. Measurement: Reduced number of migrants departing their home countries or countries of residence, as

compared to either previous surges (for predictable yearly surge incidents) or as compared to numbers within an existing surge (trend lines, etc.).

d. Ensure increases of CBP temporary holding capacity to accept custody of high volumes of Family Units and Single Adults in a humane manner. Measurement: Facility capacity available meets anticipated increases in irregular migration encounters.

e. Ensure transportation does not create a backlog in the overall movement of migrants from CBP holding facilities to appropriate facilities, leveraging existing CBP contracts. Measurement: Transportation capacity available compared to transportation requirements.

f. Ensure the governments of transit countries are supporting operations, to the best of their abilities, to stop, detain, and/or return migrants crossing their borders with the intent of reaching the United States. Measurement: Increased operations to stop UC, Family Units and Single Adults from departing their countries of residence.

g. Ensure capacity to provide language services (translation and interpretation), including for communications with speakers of indigenous languages. Measurement: Language services available compared to established need, and average wait time for language services to be made available.

h. Ensure sufficient health and medical capabilities for DHS and the local communities impacted by a migration surge. Measurement: Ratio of resolved/unresolved health and medical screening requests for assistance submitted by DHS to external partners during each phase of a migration surge.

D. **Critical Information Requirements (CIR).**

1) Reports of increased migration towards the SWB (e.g., location, demographics, size, etc.) above steady state amounts.

2) Increased interdiction of migrants at the SWB above steady state amounts.

3) UC in CBP custody more than 72 hours when no exceptional circumstances apply.

4) Holding capacity has been exceeded at multiple stations by more than 75%.

5) Maximum capacity has been surpassed for long-term DHS family unit and adult holding capacity to meet surge requirements.

6) CBP transportation capabilities to move migrants' front point of encounter to processing areas has been exceeded.

7) Changes to border security policies in or related to Mexico or CENTAM that have the potential to increase migration to the United States.

8) Reports of emerging infectious diseases in source nations.

9) Reports of emerging infectious diseases in CBP holding centers or HHS shelters.

**4. ADMINISTRATION, RESOURCES, AND FUNDING.**

**A. Administration.** DHS will coordinate steady-state administrative procedures regarding the irregular migration unless an escalation in administrative posture indicates otherwise.

**B. Resources.** The SCO/SRO, general staff and MAG-P will coordinate strategic resource allocation and prioritization for operational needs identified by the UCG (via the EOC) for housing, care, and transportation of migrants in accordance with current settlements, law, policy, and standards.

1) Concept of Logistics Support. The EOC and UCG will identify needed logistics support to meet the requirements of preventing and responding to irregular migration.

2) The SCO/SRO, general staff and MAG-P will develop pre-scripted support agreements to meet the requirements identified by the UCG (via the EOC) with regard to personnel, equipment, and capabilities required to support apprehension, processing and holding during normal operations and all subsequent phases. All related logistical support will comply with current policies, procedures, and guidelines of supporting agencies.

3) Logistics Management. Supporting Components, Departments and Agencies will use their existing data management systems for tracking logistical requirements/support during all phases of this Plan.

4) Interagency Logistics Reporting. Supporting Departments and Agencies will report their strategic-level logistic capabilities (see Annex A, pre-scripted support agreements) provided to facilitate irregular migration prevention and response efforts directly to the SCO/SRO, general staff and MAG-P, and all Operational-level support provided directly to the supported Component to the EOC throughout all phases of this Plan.

5) Departmental Logistics Reporting. Supporting Components will report their logistical requirements and support provided to irregular migration prevention and response efforts of the supported Component to the SCO/SRO, general staff, and MAG-P via the EOC throughout all phases of this Plan.

6) Personal Protective Equipment logistics management for emerging infectious diseases, including COVID-19, will be conducted in compliance with CDC and OMB guidance and the DHS *Pandemic and Emerging Infectious Disease Workforce Protection Plan* (PEIDWPP), and PEIDWPP-directed Component plans.

**C. Funding.** Initial response activities will be funded by participating agencies' existing budgets and the Economy Act. During on-going phases, DHS will champion and coordinate requests for emergency supplemental funding from Congress based on mission requirements necessary to execute this Plan. Funds not allocated for border response operations cannot be used to fund prevention and response activities.

## 5. OVERSIGHT, COORDINATING INSTRUCTIONS, AND COMMUNICATIONS.

### A. Oversight.

1) General: DHS, via the designation of an SCO/SRO, general staff, and MAG-P, in collaboration with homeland enterprise partners, will lead, coordinate, and synchronize all Federal Communications, messaging, and release of information regarding irregular migration prevention and response. External partners, including other federal partners, will provide support coordinated through the SCO/SRO, general staff, and MAG-P, as requested, to assist with related preparedness and response activities.

a. The MAG-P is Chaired by the SCO/SRO and consists of senior Department and Agency administrators, executives, and/or their designees who can authoritatively speak on behalf of their department or agency and is supported at the action-officer level by the general staff. The MAG-P provides the SCO/SRO a way to organize policy-level officials to enhance unity of effort at the senior level to support the operators in the field.

b. The general staff and MAG-P operate under the leadership of the SCO/SRO and are the senior part of the off-site incident management structure of NIMS and in this case are utilized to provide strategic-level coordination. The general staff and MAG-P consist of

representatives from stakeholder agencies, departments, and organizations.

2) Department-level Oversight:

a. Strategic Oversight will be provided by the Secretary and Deputy Secretary. These efforts will be supported by the MAG-P and established USG and DHS leadership forums (via Principals and Deputies Committees etc.).

b. Operational Oversight will be provided by the DHS SWB SCO/SRO in coordination with Component heads (via DHS Senior Leadership Group, Deputies Management Action Group, Counter Threat Advisory Board, etc.).

c. These efforts will be supported the MAG-P, general staff, EOC, and existing Component and interagency coordination mechanisms and staffs (See Annex A for Specific information on the SCO/SRO, general staff, and MAG-P, EOC, and UCG).

**B. Coordinating Instructions.**

1) Secretary approval and direction results in immediate implementation of the Plan.

2) The Interagency process outlined in NSM-2 provides a forum for policy coordination efforts with external partners, which will continue during surge events.

3) Reporting requirements will follow the established Department protocols unless otherwise directed.

**C. Communications.**

1) DHS, as appropriate, will lead and coordinate all Federal communication, messaging, and release of information across the federal government. Within DHS, the DHS Secretary's office will provide guidance.

2) When established the JIC within the SCO/SRO, general staff and MAG-P will coordinate strategic communications for mass irregular migration activities and coordination.

3) Communications external to DHS will be managed through the National Joint Information Center and the National, State, and Private Sector Incident Communications Conference Lines, as appropriate.

**ANNEXES:**

Annex A: DHS SWB Coordination Architecture

Annex C: DHS SWB Operations

Annex E: Executive Order 14010 Strategic Requirements

Annex G: Glossary

Annex I: DHS SWB International Security Cooperation Architecture

Annex M: Medical, DHS SWB Mass Irregular Migration Contingency Plan

Annex R: DHS SWB Reporting

Annex X: DHS SWB Authorities and References

Annex Z: Deputy Secretary Signed Plan Approval Letter

## Annex A: DHS SWB Coordination Architecture

1. **Purpose.** The purpose of this annex is to describe the Plan coordination, communication, and command (C3) architecture, and relationships to establish a single, comprehensive approach to prevent, prepare for, respond to, and recover from mass irregular migration incidents. This annex further assigns responsibilities for the establishment and operation of the strategic-level SCO/SRO, general staff and MAG-P, and interoperability with the CBP Emergency Operations Center (EOC) for operational-level regional and international coordination.

2. **References. See Annex X.**

3. **Execution.**

   a. **Concept of the Operation. See Base Plan and Annex A: Tabs A and B.**

   b. **General.**

   To ensure the requirements of EO 14010 on *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers as the United States Border* are met, the Department will coordinate the overall federal effort to, to encourage participation by select external Departments and Agencies, State, Local and International Partners, may elect to seek a formal designation or memorandum from the White House to memorialize this responsibility.

   In accordance with the Plan, DHS will utilize the National Incident Management System – Incident Command System (NIMS-ICS) multi-agency coordination model modified to support HSPD-5[15] and to meet the requirements of addressing the root causes of migration. The NIMS structure will improve operational coordination among the diverse participating organizations, via regionally and internationally organized coordination capabilities across the entirety of the SWB-IMZ. To manage this coordination structure the DHS Secretary, in the HSPD-5 interagency coordination role, will designate an SCO/SRO to lead the Department's strategic coordination efforts in support of USG efforts to prevent and respond to irregular migration throughout the SWB-IMZ. The SCO/SRO will be supported by a general staff and MAG-P. These organizations will assist the SCO/SRO to facilitate a holistic and humane 'Whole-of-Western Hemisphere' approach to preventing and responding to irregular migration contingencies. The SCO/SRO, general staff, and MAG-P, CBP SWAG/EOC and regional UCG will work together to support strategic and operational coordination of Field Offices, Sectors, Regions, State, Local and International efforts on up to the Headquarters and White House levels to identify, align, and prioritize the application of capabilities to meet irregular migration contingency coordination requirements.

[15] Homeland Security Presidential Directive-5 (HSPD-5). Management of Domestic Incidents. HSPD-5 ensures that all levels of government across the Nation have the capability to work efficiently and effectively together, using a national approach to domestic incident management.

~~Unclassified // FOUO // Law Enforcement Sensitive~~

Finance and Admin
Operations
Policy
Planning
Joint Information Center
Intelligence and Investigation
Logistics
DHS Secretary & Interagency
SCO/SRO & General Staff
NOC
POTUS / VPOTUS
DHS SWB Mass Irregular Migration Contingency Plan, Coordination Architecture
LES

Page 41 of 115

FOR OFFICIAL USE ONLY

~~Pre-decisional internal working draft~~

AZT42AR0000993

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **42** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0000994

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

LES

Page **43** of **115**

**FOR OFFICIAL USE ONLY**

~~Pre-decisional internal working draft~~

AZT42AR0000995

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0000996

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **45** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000997

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **46** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000998

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **47** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0000999



LES

Page **48** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0001000

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **49** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0001001

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **50** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001002

**Tab A, to Annex A: General Staff**

**Reference: Annex A: DHS SWB Coordination Architecture**

**General staff General Staff Characteristics and Organization.**

1. The general staff will form around a core cadre of DHS Headquarters and Component administrative and coordination personnel who enable the start-up needs by providing an on-call nucleus for coordination at the outset of a contingency. Once the SCO/SRO is designated, they will seek appropriate Department and Agency staffing to manage incident-related decision-support information such as tracking critical resources, the situation status, investigative information, and providing public information to the news media and public.

2. The general staff section describes the general staff structure and explains how it supports the different levels of incident management.

3. General Staff for a detailed Table of Organization for the general staff see TAB B of this Annex).

   The SCO/SRO by the authority of the Secretary requests personnel to make up the general staff as needed to support the coordination functions. The general staff typically includes a Chief of Staff (COS), and a Policy Section consisting of the Public Information Officer (PIO), a Safety Officer, and a Liaison Officer who report directly to the SCO/SRO and have one to two assistants as necessary. The SCO/SRO may request and designate additional advisors to the Policy Section as needed. Additionally, the SCO/SRO will establish Strategic Operations Coordination, Planning, Finance/Administration, and Intelligence and Investigations Sections. These sections are responsible for the functional aspects of the general staff. The SCO/SRO activates these sections and their chiefs as needed. The lead of these functions' defaults to the SCO/SRO and COS until a section chief is assigned. The section will have a deputy and two to three staff as necessary. The general staff is discussed more fully below.

   a) *Chief of Staff.* The COS is the point person for all the individuals who work on behalf of the SCO/SRO within the general staff and is responsible for the internal coordination, development, organization, and training of the general staff. The COS:

      1. Manages the requisitions for new staff from Departments and Agencies and oversees the needs of the various general staff sections.
      2. Attends meetings on behalf of the SCO/SRO and reports back with relevant information.
      3. Draft's correspondence, speeches, and official statements.
      4. Provides insight and feedback to the SCO/SRO and general staff to assist with the decision-making processes.
      5. Acts as a sounding board to help with brainstorming relevant subject matter.
      6. Schedules and prioritizes appointments so the SCO/SRO can make the most of their time.
      7. Oversees staff and handles problems before reporting them up the chain of command.
      8. Above all else, the most important job function is time management.

   b) *Policy Section, Public Information Officer.* The PIO advises the SCO/SRO on matters relating to the media and public engagement. The PIO organizes and leads the Joint Information Center (JIC) and interfaces with the public, media, and/or with other agencies with incident-related information needs. The PIO gathers, verifies, coordinates, and disseminates accessible, meaningful, and timely information on the incident for both internal and external audiences. The PIO also monitors the media and other sources of public information to collect relevant information and transmits this information to the appropriate components of the incident management organization.

c) *Policy Section, Safety Officer.* The Safety Officer monitors incident strategic level operations and advises the SCO/SRO on matters relating to the health and safety of incident personnel. Ultimate responsibility for the safe conduct of incident management rests with the SCO/SRO and Unified Commands at all levels. The Safety Officer is responsible to the SCO/SRO for establishing the systems and procedures necessary to coordinate resources to mitigate hazardous environments.

d) *Policy Section, Liaison Officer.* The Liaison Officer coordinates the activities and administration of all Liaisons provided to the general staff. Through the Liaison Officer, the Liaisons (LNO) provide input on their department, agency, organization, or jurisdiction's policies, resource availability, and other incident-related matters. The Liaison Officers are the general staff points of contact and representatives of governmental agencies, jurisdictions, NGO, and private sector organizations that are not specifically included in the general staff.

e) *Policy Section, Protection Advisor.* The Protection Advisor advises the SCO/SRO on matters relating to civil rights and civil liberties and other protections under federal law and policy. The Protection Advisor coordinates with the DHS Office for Civil Rights and Civil Liberties and other federal personnel as needed to address issues.

f) *Additional Staff Positions.* Additional Staff positions may be necessary, depending on the incident and specific requirements established by the SCO/SRO. For instance, the SCO/SRO may request technical specialists to serve as advisors from departments, agencies, organizations, or jurisdictions with specialized knowledge need to prevent and respond to irregular migration.

g) *Strategic Operations Coordination Section.* Is comprised of the Section Chief a Deputy for Operations and a Deputy for Technology and Data and each with two to three subject matter expert staff. The SCO/SRO selects the Operations Section Chief based on irregular migration priorities. The Operations Section personnel plan and perform actions to achieve the incident objectives established by the SCO/SRO. Objectives typically focus on saving lives, protecting human rights, reducing the immediate hazard, protecting property and the environment, establishing situational control, and restoring normal operations.

Key functions of the Operations Section personnel include the following:

1. Directing the management of general staff migration strategy, policy, resource prioritization and allocation, and enabling decision making objectives and LOE on the SCO/SROs behalf.
2. Developing and implementing strategies and policies to achieve incident objectives.
3. Coordinating contingency Information Technology, Data and Biometric/Bio-graphic data management.
4. Expanding leadership visibility through integrated dashboards and operational efficiencies through digitization and automation efforts.
5. Organizing the Operations Section to best meet the incident's needs, maintain a manageable span of control, optimize the use of resources.
6. Supporting contingency priority development for each operational period.

h) *Strategic Planning Section.* Is comprised of the Section Chief a Deputy and two to three subject matter expert staff. The Planning Section personnel provide situational awareness regarding migration strategy, policy, and resource prioritization and allocation. The staff within this section prepare status reports, display situation information, maintain the status of assigned resources, work with the operations section to facilitate the incident action planning process, and prepare updates to the Plan based on input from other sections and guidance from the SCO/SRO.

Key functions of Planning Section personnel include:

1. Facilitating incident planning meetings.
2. Recording the status of resources and anticipated resource needs.
3. Collecting, organizing, displaying, and disseminating incident status information and analyzing the situation as it changes.
4. Planning for the orderly, safe, and efficient demobilization of incident resources; and
5. Collecting, recording, and safeguarding all incident documents.

i) *General staff Finance/Administration Section.* Is comprised of the Section Chief a Deputy and two to three subject matter expert staff. The SCO/SRO establishes a Finance/Administration Section when the incident management activities involve incident-specific finance and administrative support services. Finance/Administration staff responsibilities include recording general staff personnel time. They also provide subject matter expertise on negotiating leases and contracts, administering claims, and tracking and analyzing incident costs. Finance staff should closely coordinate with the Planning and Logistics Sections to reconcile operational records with financial documents. In large, complex incidents involving funding originating from multiple sources the section's staff track and report the accrued costs as the incident progresses. This allows the SCO/SRO to forecast needs and request additional funds as needed.

Key functions of Finance and Administration Section personnel include:

1. Tracking costs, analyzing cost data, making estimates, and recommending cost savings measures.
2. Analyzing, reporting, and recording financial concerns resulting from property damage, responder injuries or fatalities at the incident.
3. Managing financial matters concerning leases and vendor contracts.
4. Managing administrative databases and spreadsheets for analysis and decision making.
5. Recording time for incident personnel and leased equipment used by the general staff.
6. Ordering, receiving, storing/housing, and processing incident-related resources.
7. Providing ground transportation to general staff as needed, maintaining, and supplying vehicles, keeping vehicle usage records, and developing incident traffic plans.
8. Setting up, maintaining, securing, and demobilizing incident facilities.
9. Maintaining an incident Communications Plan and acquiring, setting up, issuing, maintaining, and accounting for communications and IT equipment.

j) *Strategic Intelligence and Investigations Section.* Is comprised of the Section Chief, a Deputy, and two to three subject matter expert staff. This section is responsible for the collection, analysis, and sharing of incident-related information. This activity is vitally important for all irregular migration incidents across the SWB-IMZ. Irregular migration prevention and response requires intensive intelligence gathering and investigative activity coordination across many jurisdictional and authority lines. LES

LES

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

LES

Page **54** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001006

4. Establishment of clear lines of Communication, Coordination and Command (C3)

   a) The SCO/SRO, general staff, and MAG-P in coordination with relevant Department, Agency, Component, and UCG leadership must clearly establish the C3 functions at the beginning of an irregular migration event.

   b) The C3 functions will create the information flow that will enable the SCO/SRO to establish strategic objectives and resource prioritization that will drive resourcing, policy, and capability sharing.

5. Management of Priorities

   a) Management by objectives and Plan LOE includes the following:

      1. Establishing specific, measurable objectives to achieve the Plan LOE.
      2. Identifying strategies, policies, tasks, and actions to achieve the objectives and Plan LOE.
      3. Developing and issuing assignments, plans, procedures, and protocols for various management functional elements to accomplish the objectives and the Plan LOE.
      4. Documenting results against the objectives and Plan LOE to measure performance, facilitate corrective actions, and inform development of new strategies, policies, and resource needs and allocations for the subsequent operational period and as directed the SCO/SRO.

6. Chain-of-Command and Responsibility

   a) The SCO/SRO is responsible to the Secretary for the coordination, identification, alignment, and prioritization of resources and capabilities at the strategic and policy level to meet irregular migration contingency requirements.

   b) Responsibility for functions that subordinates perform defaults to the next higher supervisory position until the supervisor delegates those responsibilities.

7. Whole of Government Contingency Planning
   a) Even in a large-scale contingency such as mass irregular migration, coordinated planning guides management of resourcing activities.
   b) Planning represents the concise, coherent method of capturing and communicating strategic objectives and supporting agreements to meet the needs of operational activities.
   c) The general staff will conduct iterative planning and produce branches and sequels to the Plan to capture changes in the environment, policy, and strategy during specified periods and as directed the SCO/SRO.
8. Comprehensive Strategy, Policy, Resource and Capability Management
   a) The SCO/SRO and general staff will conduct strategic resource and capability management including but not limited to allocation and prioritization of personnel, equipment, teams, supplies, and facilities available or potentially available by support agreement.
   b) Maintaining an accurate and up-to-date inventory of strategic resources is an essential component of coordination and will require significant reporting from the field to the general staff via the NOC.
   c) Resources should deploy only when the SCO/SRO and supported organization determine they are necessary, at which time the general staff coordinates OFA through established request for assistance, request for support, and PSSA.
9. Information Management (Reporting, Requests for Assistance, and Information)
   a) The general staff Planning Section coordinates with the NOC and Departments and Agencies to manage the robust operational reporting requirements necessary to facilitate situational awareness with regards to critical resource and capability allocation and requests.
   b) The focus of information management is to ensure that all resource and capability allocation and prioritization is based in operational need.
10. Intelligence Management

**Tab B, to Annex A: SBCC General Staff and MAG-P Table of Organization**

**Reference: Annex A: DHS SWB Coordination Architecture**

**General Staff Table of Organization**

1. **The SCO/SRO, general staff will consist of a core cadre and detailed staff from across the USG homeland security enterprise.**

| Section | Rank/Grade Equivalent | Providing Organization |
|---|---|---|
| **Command Staff** | | |
| Senior Response/ Coordination Official | SES | DHS |
| Deputy Senior Response/ Coordination Official | SES | DHS or Other Federal Agency (OFA) [any Department or Agency] |
| Chief of Staff | SES | DHS |
| Special Advisor | GS 14-15 | DHS Secretary's Office |
| Executive Assistant | GS 11-12 | DHS |
| Executive Assistant | GS 11-12 | OFA |
| Medical Officer | SES/GS-15 | DHS – CWMD/CMO |
| **Policy Section** | | |
| Public Information Officer (PIO) | SES/GS-15 | DHS OPA |
| Public Affairs/ Engagement | GS-14-15 | DHS OPE |
| Congressional Affairs | GS-14-15 | OFA |
| Intergovernmental Affairs | GS-14-15 | OFA |
| Private Sector | GS 14-15 | DHS/OFA |
| Volunteer Organization Coordinator | GS 14-15 | DHS |
| **Safety Officer (SO)** | SES/GS-15 | DHS MGMT |
| Assistant Safety Officer | GS-14-15 | DHS CBP |
| Legal Officer | GS-14-15 | DHS OGC |
| **Protection Officer** | SES/GS-15 | DHS CRCL |
| Assistant Protection Officer | GS-14-15 | DHS CRCL |
| **Liaison Coordination Officer (LNO)** | SES/GS-15 | DHS HQ (MGMT, PLCY) |

| | | |
|---|---|---|
| LNO DOD | GS-14-15 | DOD |
| LNO DOJ/AG | GS-14-15 | DOJ |
| LNO DOS | GS-14-15 | DOS |
| LNO HHS | GS-14-15 | HHS |
| LNO OFA | GS-14-15 | OFA as needed |
| **Additional Policy Staff Advisors** | | |
| Advisor Trade and Economic Policy | GS14-15 | DHS PLCY Trade and Economic Security |
| Advisor Border Security and Immigration Policy | GS14-15 | DHS PLCY Border Security and Immigration |
| Advisor International Affairs | GS14-15 | DHS PLCY Office of International Affairs |
| **Strategic Operations Coordination Section** | | |
| Section Chief | SES/GS-15 | CBP |
| Assistant Chief | | ICE |
| Public Safety/National Security Staff Officer | GS14-15 | OFA |
| Geographic Coordination Branch, Staff Officer | GS13-14 | CBP |
| Geographic Coordination Branch, Staff Officer | GS13-14 | OFA |
| Public Health and Medical, Staff Officer | GS13-14 | HHS |
| LOE Manager, Staff Officer | GS13-14 | CBP |
| **Strategic Operations Coordination, Technology and Data Branch** | | |
| Branch Chief | SES/GS-15 | DHS MGMT Office of the Chief Information Officer |
| Assistant Chief / USDS Lead | GS-15 | OMB / U.S. Digital Service |
| Assistant Chief | GS14-15 | CBP |
| Technology Integration, Staff Officer | GS13-14 | DHS Component IT Detailee |
| Data Integration, Staff Officer | GS13-14 | DHS Component IT Detailee |

| Data Management and Reporting, Staff Officer | GS13-14 | DHS PLCY Office of Immigration Statistics |
|---|---|---|
| **Strategic Planning Section** | | |
| Section Chief | SES/GS-15 | CBP or DHS MGMT or PLCY |
| Assistant Chief | GS14-15 | CBP or DHS MGMT or PLCY |
| Planning Unit, Staff Officer | GS13-14 | CBP |
| Planning Unit, Staff Officer | GS12-13 | OFA |
| Critical Resource Unit, Staff Officer | GS13-14 | CBP |
| Critical Resources Unit, Staff Officer | GS12-13 | ICE |
| Situation Unit, Staff Officer | GS13-14 | OFA |
| Situation Unit, Staff Officer | GS12-13 | OFA |
| GIS Technical Specialist | GS13-14 | OFA |
| GIS Technical, Specialist | GS12-13 | OFA |
| **Strategic Intelligence and Investigations Section** | | |
| Section Chief | SES/GS-15 | LES |
| Assistant Chief | GS14-15 | |
| Strategic Analysis, Unit Staff Officer | GS13-14 | |
| Strategic Analysis, Unit Staff Officer | GS12-13 | |
| Investigations Coordinator, Staff Officer | GS13-14 | |
| Intelligence Coordinator, Staff Officer | GS12-13 | |
| **Finance/Administration Section.** | | |
| Section Chief | SES/GS-15 | DHS MGMT |
| Assistant Chief | GS14-15 | DHS MGMT |
| Administration Staff Officer | GS13-14 | OFA |
| Administration Staff Officer | GS112-13 | OFA |

**TAB B Figure 1A, General Staff Table of Organization**

~~Unclassified // FOUO // Law Enforcement Sensitive~~

| D/A MAG-P Representatives | Name | Position |
|---|---|---|
| Chairman | | Senior Response Official |
| Facilitator | | GENERAL STAFF Chief of Staff |
| DHS | | |
| • | | Deputy Under Secretary Office of Strategy, Policy, and Plans |
| • | | Deputy Under Secretary Office of Management |
| • | | CBP Deputy Commissioner |
| • | | ICE Deputy Director |
| • | | USCIS Associate Director Refugee, Asylum, and International Operations Directorate |
| • | | FEMA Deputy Associate Administrator Office of Response and Recovery |
| • | | USCG Deputy Commandant for Operations |
| DOD | | |
| • | | LES |
| • | | |
| • | | |
| • | | |
| DOS | | |
| • | | LES |
| • | | |
| • | | |
| • | | |
| • | | |
| DOJ | | |
| • | | LES |
| • | | |

Page 60 of 115

FOR OFFICIAL USE ONLY

~~Pre-decisional internal working draft~~

AZT42AR0001012

~~Unclassified // FOUO // Law Enforcement Sensitive~~

| | | |
|---|---|---|
| • | | LES |
| • | | |
| HHS | | |
| • | | LES |
| • | | |
| • | | |
| OFA | | |
| • | | LES |
| • | | |
| • | | |

**TAB B Figure 2A, MAG-P Table of Organization**

Page **61** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0001013

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**Tab C. Annex A: Activation Levels and requirements for the SWB Coordination Center Organization and Structure.**

**Staff Activation Levels, Capabilities and Requirements**

LES

capabilities and requirements needed to ensure that the general staff and MAG-P are set up to meet the SCO/SRO's needs. Table A.C.1 and 2 display the Tables of Organization with Activation Levels.

| Staff Activation Level | Section | Rank/Grade Equivalent | Providing Organization |
|---|---|---|---|
| | **Command Staff** | | |
| **3** | Senior Response Official | SES | DHS |
| **4** | Chief of Staff | SES | DHS |
| **4*/ 3** | Special Advisor | GS 14 -15 | DHS Secretary's Office, part-time advisory role for level 4 |

Page **62** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0001014

| | | | |
|---|---|---|---|
| 4 | Executive Assistant | GS 11-12 | DHS |
| 2 | Executive Assistant | GS 11-12 | OFA Other Federal Agency (OFA) [any Department or Agency] |
| 3 | Medical Officer | SES/GS-15 | DHS – CWMD/CMO |
| | **Policy Section** | | |
| 3 | Public Information Officer (PIO) | SES/GS-15 | DHS OPA |
| 3 | Public Affairs/ Engagement | GS-14-15 | DHS OPE |
| 2 | Congressional Affairs | GS-14-15 | OFA |
| 2 | Intergovernmental Affairs | GS-14-15 | OFA |
| 2 | Private Sector | GS 14-15 | DHS/OFA |
| 3 | Volunteer Organization Coordinator | GS 14-15 | DHS |
| 2 | **Safety Officer (SO)** | SES/GS-15 | DHS MGMT |
| 2 | Assistant Safety Officer | GS-14-15 | DHS CBP |
| 3 | Legal Officer | GS-14-15 | DHS OGC |
| 2 | **Protection Officer** | SES/GS-15 | DHS CRCL |
| 3 | Assistant Protection Officer | GS-14-15 | DHS CRCL |
| 3 | **Liaison Officer (LNO)** | SES/GS-15 | DHS MGMT or PLCY |
| 2 | LNO DOD | GS-14-15 | DOD |
| 2 | LNO DOJ/AG | GS-14-15 | DOJ |
| 2 | LNO DOS | GS-14-15 | DOS |
| 2 | LNO HHS | GS-14-15 | HHS |
| 1 | LNO OFA | GS-14-15 | OFA as needed |
| | **Additional Policy Staff Advisors** | | |
| 1 | Advisor Trade and Economic Policy | GS14-15 | DHS PLCY Trade and Economic Security |
| 3 | Advisor Border Security and Immigration Policy | GS14-15 | DHS PLCY Border Security and Immigration |
| 2 | Advisor International Affairs | GS14-15 | DHS PLCY Office of International Affairs |
| | **Strategic Operations Coordination Section** | | |
| 3 | Section Chief | SES/GS-15 | CBP |
| 4 | Assistant Chief | GS14-15 | ICE |

| | | | |
|---|---|---|---|
| 2 | Public Safety/National Security Staff Officer | GS14-15 | OFA |
| 3 | Geographic Coordination Branch, Staff Officer | GS13-14 | CBP |
| 2 | Geographic Coordination Branch, Staff Officer | GS13-14 | OFA |
| 2 | Public Health and Medical, Staff Officer | GS13-14 | HHS |
| 3 | LOE Manager, Staff Officer | GS13-14 | CBP |
| | **Strategic Operations Coordination, Technology and Data Branch** | | |
| 3 | Branch Chief | SES/GS-15 | DHS MGMT Office of the Chief Information Officer |
| 4 | Assistant Chief / USDS Lead | GS 14 -15 | OMB / U.S. Digital Service |
| 2 | Assistant Chief | GS14 -15 | CBP |
| 3 | Technology Integration, Staff Officer | GS13-14 | DHS Component IT Detailee |
| 2 | Data Integration, Staff Officer | GS13-14 | DHS Component IT Detailee |
| 3 | Data Management and Reporting, Staff Officer | GS13-14 | DHS PLCY Office of Immigration Statistics |
| | **Strategic Planning Section** | | |
| 3 | Section Chief | SES/GS-15 | CBP or DHS MGMT or PLCY |
| 4 | Assistant Chief | GS14-15 | CBP or DHS MGMT or PLCY |
| 3 | Planning Unit, Staff Officer | GS13-14 | CBP |
| 2 | Planning Unit, Staff Officer | GS12-13 | OFA |
| 3 | Critical Resource Unit, Staff Officer | GS13-14 | CBP |
| 2 | Critical Resources Unit, Staff Officer | GS12-13 | ICE |
| 3 | Situation Unit, Staff Officer | GS13-14 | OFA |
| 2 | Situation Unit, Staff Officer | GS12-13 | OFA |
| 3 | LES | | |
| 2 | | | |
| | **Strategic Intelligence and Investigations Section** | | |

| | | | |
|---|---|---|---|
| 3 | Section Chief | SES/GS-15 | LES |
| 3 | Assistant Chief | GS14-15 | |
| 2 | Strategic Analysis, Unit Staff Officer | GS13-14 | |
| 2 | Strategic Analysis, Unit Staff Officer | GS12-13 | |
| 1 | Investigations Coordinator, Staff Officer | GS13-14 | |
| 1 | Intelligence Coordinator, Staff Officer | GS12-13 | |
| | **Finance/Administration Section.** | | |
| 3 | Section Chief | SES/GS-15 | DHS MGMT |
| 4 | Assistant Chief | GS14-15 | DHS MGMT |
| 2 | Administration Staff Officer | GS13-14 | OFA |
| 1 | Administration Staff Officer | GS112-13 | OFA |

**Table A.C.1 GENERAL STAFF Table of Organization with Activation Levels.**

| Activation Level | D/A MAG-P Representatives | Position |
|---|---|---|
| 3 | Chairman | Senior Response Official |
| 3 | Facilitator | GENERAL STAFF Chief of Staff |
| | DHS | |
| 3 | | Deputy Under Secretary Office of Strategy, Policy, and Plans |
| 3 | | Deputy Under Secretary for Management |
| 3 | | CBP Deputy Commissioner |
| 3 | | ICE Deputy Director |
| 3 | | USCIS Associate Director Refugee, Asylum, and International Operations Directorate |
| 3 | | FEMA Deputy Associate Administrator Office of Response and Recovery |
| 3 | | USCG Deputy Commandant for Operations |
| | DOD | |
| 3 | | LES |

~~Unclassified // FOUO // Law Enforcement Sensitive~~

| | | |
|---|---|---|
| 2 | | LES |
| 2 | | |
| 3 | | |
| | DOS | |
| 3 | | LES |
| 2 | | |
| 2 | | |
| 2 | | |
| 2 | | |
| | DOJ | |
| 2 | | LES |
| 3 | | |
| 2 | | |
| 2 | | |
| | HHS | |
| 3 | | LES |
| 2 | | |
| 2 | | |
| 3 | | |
| | OFA | |
| 1 | | LES |
| 1 | | |
| 1 | | |

**Table A.C.2 MAG-P Table of Organization with Activation Levels.**

Page **66** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001018

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**General staff and MAG-P capabilities and requirements and stand-up considerations.**

LES

Page **67** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001019

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **68** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0001020

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **69** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001021

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **70** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001022

LES

**SBCC Management**

This section discusses functions and considerations for supporting and sustaining general staff operations.

**1. Standard Operating Procedures**

As part of the planning process, leaders should develop and distribute standard operating procedures to all designated staff and MAG-P committee members. Procedures should describe the layout and functions, the duties of major sections and branches and individuals and the use of dashboards, displays, message forms and other operational coordination forms.

During a developing irregular migration response activation, the standard operating procedures clearly outline simple processes for opening the general staff, including the following elements:

- Authority
- Senior leaders
- Conditions for activation
- Notice events
- Notifications
- Setup
- Deactivation
- Annual review
- Testing and exercising activation procedures

**1.1. Authority**

Standard operating procedures should list at least three officials—by title, not name—with the authority to activate the facility and call-in general staff.

**1.2. Senior Leaders**

Senior Leader Toolkit includes the Senior Leader Quick Reference Guide. This guide contains:

- Overarching priorities that apply to every incident
- Essential responsibilities of senior executives
- What to expect
- Public messaging examples

Intentionally broad, the guide applies to diverse organizations across the nation. The reference guide should include organizational points of contact (POC) and relevant operational details, such as how often the general staff will provide situation reports. Incident managers should review the customized reference guide with their leadership before an incident occurs. To view an example tool kit, see the FEMA Senior Leader Toolkit, visit https://www.fema.gov/emergency-managers/nims/components/senior-leader-toolkit.

**1.3. Conditions for Activation**

Standard operating procedures or other documents should clearly address questions such as these: Under what conditions should the general staff be activated (see Staffing goals and Levels). DPP [redacted]

**1.4. Notice Events**

The general staff may activate merely in anticipation of a potential incident, not in response to one. To be clear, the general staff can be activated for incidents (unplanned and unscheduled). Staff members should account for known risks and threats and establish policies and procedures that can adapt as necessary to changing requirements.

**1.5. Notifications**

Standard operating procedures should include a notification contact list of all team members, including work, home, and other phone numbers at which they can be reached. The list should also designate which agencies inside and outside the jurisdiction leaders should notify in an incident, depending on the nature of the incident. Jurisdictions may consider using a high-speed notification system to notify staff about activation.

**1.6. Deactivation**

It is rare that the general staff will deactivate all at once. The best deactivation method scales back functions over time, as resources become unnecessary. Standard operating procedures should detail the deactivation process: DPP [redacted]

Deactivation should include after-action reports, which are valuable in communicating operational deficiencies and lessons learned to state, federal and cooperating agencies and jurisdictions.

**1.7. Annual Review**

The general staff core cadre should review their standard operating procedures annually to ensure consistency with current plans, procedures, equipment, recordkeeping systems, display devices and communications capabilities. Contact lists also require regular updating. After leaders update the procedures, they can schedule short training sessions or exercises to reinforce changes in the operating procedures.

**1.8. Testing and Exercising Activation Procedures**

Like any aspect of incident operations, leaders should test general staff activation and setup procedures using drills or training sessions. Leaders can then modify the procedures to fit the jurisdiction's needs and the changing capabilities of the general staff and incident equipment. See the Planning, Training and Exercises section of this document, below, for more details.

**Planning and Exercises**

**1. Planning**

Effective planning ensures that the whole community is represented and involved in the planning process.

**1.1. The Preparedness Cycle**

Planning, especially in the general staff context, includes the collection, evaluation and dissemination of strategic and operational information related to an incident. The Planning Section maintains information on the current situation, the forecast and the status of resources assigned to the incident.

general staff Skillset planning outlines planning for the following tasks:

- Reference pre-incident plans and pre-scripted support agreements
- Develop and write general staff action plans and other irregular migration specific plans

- Disseminate strategic-level plans
- Facilitate the ongoing planning process

*Planning is one of the key components of the preparedness cycle.*

**1.2. Incident Action Planning**

The incident action planning process and IAPs are central to managing incidents. IAPs help synchronize operations and ensure that operations support incident objectives. Using a disciplined system of planning phases and meetings fosters collaboration/partnerships and keeps incident operations focused. The incident action planning process has the following phases:

- Understand the situation
- Establish incident objectives
- Develop the plan
- Prepare and disseminate the plan
- Execute, evaluate, and revise the plan

**2. Exercises**

Conducting exercises is an integral part of the preparedness cycle. Exercises provide leaders with an opportunity to shape planning, assess/validate capabilities and identify strengths and areas for improvement. The Homeland Security Exercise and Evaluation Program (HSEEP) provides a set of guiding principles for exercise and evaluation programs, as well as a common approach to exercise program management, design/development, conduct, evaluation, and improvement planning. This section covers exercise concepts.

**2.1. HSEEP Principles**

HSEEP is the cornerstone of the nation's guidance for exercise design, development, and evaluation. HSEEP is flexible, scalable, adaptable, and designed for use by stakeholders across the whole community. Nationwide use of HSEEP supports a consistent approach to exercises and measuring progress toward building, sustaining, and delivering core capabilities. The fundamental principles of HSEEP, detailed below, align, and support the NIMS guiding principles:

- Driven by senior leader guidance
- Informed by risk
- Capability based and objective driven
- Follows a progressive exercise planning approach
- Encourages whole community integration
- Uses a common methodology

**Exercise Types**

The type of exercise selected will depend on the specific objectives, goals, resources and needs of the jurisdiction planning the exercise. HSEEP has two broad categories of exercises—discussion-based and operations-based—which together encompass seven exercise types:

**Discussion-based exercises:**

- Seminars: familiarize players with current plans, policies, agreements, and procedures

- Workshops: achieve a specific goal or build a product (for example, standard operating procedures, policies, or plans)
- Tabletop exercises: help participants understand and assess plans, policies, procedures, and concepts
- Games: explore decision-making processes and examine the consequences of decisions

**Operations-based exercises (the higher level of the exercise program):**

- Drills: test a single operation or function
- Functional exercises: test and evaluate capabilities, functions, plans and staffs in real time; movement of resources is usually simulated
- Full-scale exercises: typically, the most complex and resource intensive; implement and analyze plans, policies, procedures, and cooperative agreements; usually include real-time movement of resources

**Facility drills** are training activities aimed at perfecting facility functions and skills. The drills help staff members become proficient in their incident functions through repetitive practice. They are usually short in duration. Trainers can either announce them ahead of time or execute them as a surprise to test capability and proficiency.

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**Annex C: DHS SWB Operations**

1. **Purpose.** The purpose of this annex is to provide information, prescribe procedures, and assign responsibilities for operational requirements and reporting associated with the *DHS SWB Mass Irregular Migration Contingency Plan.*

2. **References. SEE Annex X**

3. **Execution.**

   a. **Concept of the Operation. See Base Plan**

   b. **DHS SWB Phased Decision and Action Matrix**

LES

Page **75** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0001027

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **76** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001028

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **77** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0001029

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **78** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0001030

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **79** of **115**
**FOR OFFICIAL USE ONLY**
**~~Pre-decisional internal working draft~~**
AZT42AR0001031

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES/DPP

Page **80** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0001032

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **81** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~
AZT42AR0001033

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **82** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001034

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **83** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0001035

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **84** of **115**

**FOR OFFICIAL USE ONLY**

~~Pre-decisional internal working draft~~

AZT42AR0001036

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **85** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0001037

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **86** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001038

**Annex E: Executive Order 14010 Strategic Requirements**

1. **Purpose.** The purpose of this annex is to provide information on the requirements of Executive order 14010 which was published in the Federal Register on February 5. *Executive Order 14010—Creating a Comprehensive Regional Framework to Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*. When designated the SCO/SRO, general staff, and MAG-P will facilitate the operationalizing of these strategic requirements.

2. **References.** SEE Annex X.

   **a.** Executive Order 14010, Creating a Comprehensive Regional Framework to Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border

   **b.** CBP SWB Contingency Plan

3. **Execution.**

   **a. Key Concepts:**

   1) Combating corruption, strengthening democratic governance, and advancing the rule of law.
   2) Promoting respect for human rights, labor rights, and a free press.
   3) Countering and preventing violence, extortion, and other crimes perpetrated by criminal gangs, trafficking networks, and other organized criminal organizations.
   4) Combating sexual, gender-based, and domestic violence.
   5) Addressing economic insecurity and inequality.
   6) Consulting and collaborating with the office of the United States Trade Representative, the Secretary of Commerce, and the Secretary of Labor to evaluate compliance.

   **b. The Collaborative Migration Management Strategy** shall identify and prioritize actions to strengthen cooperative efforts to address migration flows, including by expanding and improving upon previous efforts to resettle throughout the region those migrants who qualify for humanitarian protection. To support the development of the Collaborative Management Strategy, the United States Government shall promptly begin consultations with civil society, the private sector, international organizations, and governments in the region, including the Government of Mexico. These consultations should address:

   1) The continued development of asylum systems and resettlement capacities of receiving countries in the region, including through the provision of funding, training, and other support.
   2) The development of internal relocation and integration programs for internally displaced persons, as well as return and reintegration programs for returnees in relevant countries of the region.
   3) Humanitarian assistance, including through expansion of shelter networks, to address the immediate needs of individuals who have fled their homes to seek protection elsewhere in the region.

4. **Requirements. (***These actions require verification of completion***)**

   **A. The Secretary of Homeland Security shall:**

   1) Consider taking all appropriate actions to reverse the 2017 decision rescinding the Central American Minors (CAM) parole policy and terminating the CAM Parole Program, see

"Termination of the Central American Minors Parole Program," 82 Fed. Reg. 38,926 (August 16, 2017), and consider initiating appropriate actions to reinstitute and improve upon the CAM Parole Program.

2) Consider promoting family unity by exercising the Secretary's discretionary parole authority to permit certain nationals of the Northern Triangle who are the beneficiaries of approved family-sponsored immigrant visa petitions to join their family members in the United States, on a case-by-case basis.

3) Evaluate and implement measures to enhance access for individuals from the Northern Triangle to visa programs, as appropriate and consistent with applicable law.

4) Review and determine whether to terminate or modify the program known as the Migrant Protection Protocols (MPP), including by considering whether to rescind the Memorandum of the Secretary of Homeland Security titled "Policy Guidance for Implementation of the Migrant Protection Protocols" (January 25, 2019), and any implementing guidance. In coordination with the Secretary of State, the Attorney General, and the Director of CDC, the Secretary of Homeland Security shall promptly consider a phased strategy for the safe and orderly entry into the United States, consistent with public health and safety and capacity constraints, of those individuals who have been subjected to MPP for further processing of their asylum claims.

5) Review and consider whether to modify, revoke, or rescind the designation titled "Designating Aliens for Expedited Removal," 84 Fed. Reg. 35,409 (July 23, 2019), regarding the geographic scope of expedited removal pursuant to INA section 235(b)(1), 8 U.S.C. 1225(b)(1), consistent with applicable law. The review shall consider our legal and humanitarian obligations, constitutional principles of due process and other applicable law, enforcement resources, the public interest, and any other factors consistent with this order that the Secretary deems appropriate. If the Secretary determines that modifying, revoking, or rescinding the designation is appropriate, the Secretary shall do so through publication in the Federal Register.

6) Cease implementing the "Prompt Asylum Case Review" program and the "Humanitarian Asylum Review Program" and consider rescinding any orders, rules, regulations, guidelines, or policies implementing those programs.

**B. The Secretary of State and the Secretary of Homeland Security** shall review mechanisms for better identifying and processing individuals from the Northern Triangle who are eligible for refugee resettlement to the United States.

1) Consideration shall be given to increasing access and processing efficiency.

2) Identify and implement all legally available and appropriate forms of relief to complement the protection afforded through the United States Refugee Admissions Program.

3) The Secretary of State and Secretary of Homeland Security shall submit a report to the President with the results of the review.

C. **The Secretary of Homeland Security and the Director of the Centers for Disease Control and Prevention (CDC), in coordination with the Secretary of State,** shall promptly begin consultation and planning with international and non-governmental organizations to develop policies and procedures for the safe and orderly processing of asylum claims at United States land borders, consistent with public health and safety and capacity constraints.

D. **The Secretary of HHS and the Director of CDC, in consultation with the Secretary of Homeland Security,** shall promptly review and determine whether termination, rescission, or modification of the following actions is necessary and appropriate: "Order Suspending the Right To

Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists," 85 Fed. Reg. 65,806 (October 13, 2020); and "Control of Communicable Diseases; Foreign Quarantine: Suspension of the Right to Introduce and Prohibition of Introduction of Persons into United States from Designated Foreign Countries or Places for Public Health Purposes," 85 Fed. Reg. 56,424 (September 11, 2020) (codified at 42 C.F.R. 71.40).

E. **The Secretary of Homeland Security, in consultation with the Attorney General, the Secretary of Health and Human Services (HHS), and the Director of CDC,** shall promptly begin taking steps to reinstate the safe and orderly reception and processing of arriving asylum seekers, consistent with public health and safety and capacity constraints.

F. **The Attorney General and the Secretary of Homeland Security**

1) Review and determine whether to rescind the interim final rule titled "Aliens Subject to a Bar on Entry Under Certain Presidential Proclamations; Procedures for Protection Claims," 83 Fed. Reg. 55,934 (November 9, 2018), and the final rule titled "Asylum Eligibility and Procedural Modifications," 85 Fed. Reg. 82,260 (December 17, 2020), as well as any agency memoranda or guidance that were issued in reliance on those rules.

2) Review and determine whether to rescind the interim final rule titled "Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act," 84 Fed. Reg. 63,994 (November 19, 2019), as well as any agency memoranda or guidance issued in reliance on that rule. In the interim, the Secretary of State shall promptly consider whether to notify the governments of the Northern Triangle that, as efforts to establish a cooperative, mutually respectful approach to managing migration across the region begin, the United States intends to suspend and terminate the following agreements:

   a) Agreement Between the Government of the United States of America and the Government of the Republic of Guatemala on Cooperation Regarding the Examination of Protection Claims," 84 Fed. Reg. 64,095 (July 26, 2019).

   b) "Agreement Between the Government of the United States of America and the Government of the Republic of El Salvador for Cooperation in the Examination of Protection Claims," 85 Fed. Reg. 83,597 (September 20, 2019).

   c) "Agreement Between the Government of the United States of America and the Government of the Republic of Honduras for Cooperation in the Examination of Protection Claims," 85 Fed. Reg. 25,462 (September 25, 2019).

G. **The Secretary of Homeland Security, with support from the United States Digital Service within the Office of Management and Budget**, shall promptly begin a review of procedures for individuals placed in expedited removal proceedings at the United States border. Within 120 days of the date of this order, the Secretary of Homeland Security shall submit a report to the President with the results of this review and recommendations for creating a more efficient and orderly process that facilitates timely adjudications and adherence to standards of fairness and due process.

H. **The Attorney General and the Secretary of Homeland Security shall**: *(These actions require verification of completion)*

1) **By 02 August 2021,** conduct a comprehensive examination of current rules, regulations, precedential decisions, and internal guidelines governing the adjudication of asylum claims and determinations of refugee status to evaluate whether the United States provides protection for those fleeing domestic or gang violence in a manner consistent with international standards (DHS PLCY must verify completion and impact).

~~Unclassified // FOUO // Law Enforcement Sensitive~~

2) **By 02 November 2021,** promulgate joint regulations, consistent with applicable law, addressing the circumstances in which a person should be considered a member of a "particular social group," as that term is used in 8 U.S.C. 1101(a)(42)(A), as derived from the 1951 Convention relating to the Status of Refugees and its 1967 Protocol (DHS PLCY must verify completion and impact).

Page **90** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001042

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**Annex G: Glossary**

| SELECTED ACRONYMS | |
|---|---|
| **ACRONYM** | **DEFINTION** |
| AARs | After Action Reviews |
| AMCIT | American Citizen |
| CAT | DHS Crisis Action Team |
| CBP | United States Customs and Border Protection |
| CBRNE | Chemical, Biological, Radiological, Nuclear or Explosive |
| CIR | Critical Information Requirement |
| CMO | Chief Medical Officer |
| CONUS | Contiguous United States |
| CRCL | Office for Civil Rights and Civil Liberties |
| CWMD | Countering Weapons of Mass Destruction Office |
| DHS | United States Department of Homeland Security |
| DOD | United States Department of Defense |
| DOJ | United States Department of Justice |
| DOS | United States Department of State |
| DOT | United States Department of Transportation |
| EOC | Emergency Operations Center |
| ERO | ICE/Enforcement and Removal Operations |
| eTD | Electronic Travel Documents |
| FAA | Federal Aviation Administration |
| FAMS | Federal Air Marshal Service |
| FEMA | Federal Emergency Management Agency |

Page **91** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001043

~~Unclassified // FOUO // Law Enforcement Sensitive~~

| | |
|---|---|
| FIER | Federal Interagency Emergency Repatriation Workgroup |
| FOUO | For Official Use Only |
| HHS | United States Department of Health and Human Services |
| HSIN | Homeland Security Information Network |
| I&A | Office of Intelligence and Analysis |
| ICE | United States Immigration and Customs Enforcement |
| INA | Immigration and Nationality Act |
| JIAG | Joint Incident Advisory Group |
| JIC | Joint Information Center |
| JTF | Joint Task Force |
| JTF-E | Joint Task Force-East |
| JTF-I | Joint Task Force-Investigations |
| JTF-W | Joint Task Force-West |
| LNO | Liaison Officer |
| LPR | Lawful Permanent Resident |
| MAG-P | Multi-Agency Group Policy Committee |
| MEFs | Mission Essential Functions |
| MIL | Military Advisor's Office |
| MOA | Memorandum of Agreement |
| MOU | Memorandum of Understanding |
| NCR | National Capital Region |
| NIMS | National Incident Management System |
| NOC | National Operations Center |
| NSC | National Security Council |
| OCHCO | Office of the Chief Human Capital Officer |

Page **92** of **115**
**FOR OFFICIAL USE ONLY**
~~Pre-decisional internal working draft~~

AZT42AR0001044

| | |
|---|---|
| OCONUS | Outside of Contiguous United States |
| OLA | Office of Legislative Affairs |
| OPA | Office of Public Affairs |
| OPS | Office of Operations Coordination |
| ORR | Office of Refugee Resettlement |
| PLCY | Office of Strategy, Policy, and Plans |
| POC | Point of Contact |
| PPE | Personal Protective Equipment |
| PRIV | Privacy Office |
| SCF | Surge Capacity Force |
| SITREP | Situation Report |
| SLC | Senior Leadership Council |
| SME | Subject Matter Expert |
| SPOD | Seaport of Debarkation |
| TCO | Transnational Criminal Organization |
| TCN | Third Country National |
| TECC | Theater Evacuation Coordination Cell |
| TSA | Transportation Security Administration |
| TVPRA | Trafficking Victims Protection Reauthorization Act |
| USCG | United States Coast Guard |
| USCIS | United States Citizenship and Immigration Services |
| USG | United States Government |
| USNORTHCOM | United States Northern Command |

| SELECTED GLOSSARY OF TERMS |
|---|
| **Alien (**generally replaced by **Noncitizen** except when citing existing language from law or policy) - Any person not a citizen or national of the United States. "Foreign national" is a synonym and used outside of statutes when referring to noncitizens of the U.S. |
| **Application Support Center** - USCIS offices where applicants usually have their biometrics (such as fingerprints, photograph, and signature) taken. |
| **Asylee** - A foreign national in the United States or at a port of entry who is unable or unwilling to return to his or her country of nationality, or to seek the protection of that country because of persecution or a well-founded fear of persecution. Persecution or the fear thereof must be based on religion, nationality, membership in a particular social group or political opinion. |
| **Assessment** - 1. A continuous process that measures the overall effectiveness of employing joint force capabilities during military operations. 2. Determination of the progress toward accomplishing a task, creating an effect, or achieving an objective. 3. Analysis of the security, effectiveness, and potential of an existing or planned intelligence activity. 4. Judgment of the motives, qualifications, and characteristics of present or prospective employees or "agents." (JP 3-0) (US DoD) |
| **Biometrics -** The processes used to identify people based on their physical traits, including fingerprints, photograph, and signature. |
| **Board of Immigration Appeals (BIA)** - The highest administrative body within the Department of Justice that interprets and applies immigration law. The BIA hears appeals of decisions made by Immigration Judges (IJs). These decisions are binding unless overturned by the Attorney General or a federal circuit court. |
| **Capability Gap** – A difference in actual performance with potential or desired performance. |
| **Credible Fear** - Term referring to the standard of proof applied during the initial APSO interviews conducted for migrants processed for expedited removal who have expressed intent to apply for asylum or who have expressed fear of return to their countries of origin. Credible Fear interviews may be conducted at sea for migrants who have been interdicted or on land for migrants described above who have been placed in Expedited Removal proceedings. The Credible Fear standard is lower than the Well-Founded Fear standard applied in making asylum determinations in the United States and protection determinations at a non-domestic migrant processing facility. The statutory definition can be found at INA § 235 (b)(1)(B)(v). |
| **Credible Fear Interview -** An interview conducted by a USCIS asylum officer of an individual placed in expedited removal under INA Section 235(b) who expresses a fear of return to the country to which he or she has been ordered removed. The asylum officer will determine whether the individual has a credible fear of persecution or torture. Those who are found to have a credible fear of persecution or torture are then given an opportunity to seek asylum, withholding of removal or deferral of removal before an Immigration Judge. Those found not to have a credible fear of persecution or torture may request that an Immigration Judge review the negative credible fear determination. If an individual does not request review by the Immigration Judge or the Immigration Judge upholds the negative determination, the |

| |
|---|
| individual may be removed from the United States. If the Immigration Judge reverses the negative credible fear finding, the individual will be placed in proceedings before an Immigration Judge for a determination on asylum, withholding of removal or deferral of removal. May change with the Asylum Officer rule implementation. Once in effect, asylum officers will adjudicate applications for asylum in lieu of placement in 240 removal proceedings. |
| **Critical Information Requirement (CIR):** Information requirements identified by the leader of the organization as being critical in facilitating timely information management and the decision-making process that affect successful mission accomplishment. |
| **Deportation/Removal -** People subject to a final order of removal, who can be deported include noncitizens (including lawful permanent residents) with criminal convictions; visa overstays; refugee/asylum seekers; and those who entered without inspection (for example, by crossing the border unlawfully). Once removed, a noncitizen faces legal bars for a period that prevent his or her return or sometimes they are permanently barred. |
| **Executive Office for Immigration Review (EOIR) -** The agency within the Department of Justice that administers all Immigration Courts, including those inside the detention centers, and the BIA. It is a separate agency from ICE, which is in the Department of Homeland Security. EOIR judges determine defensive asylum claims and other claims for relief or protection from removal during removal proceedings. |
| **Family Unit (Family Units)** – A non-United States citizen child or children, all under the age of eighteen, accompanied by their noncitizen adult parent(s) or legal guardian(s). |
| **Flores Settlement Agreement -** The Flores Settlement Agreement refers to a nationwide settlement of litigation that set standards for DHS detention and release of noncitizen children. In 1997, the U.S. government reached an agreement known as the Flores Settlement Agreement, which arose out of Flores v. Reno, a 1987 California case. It requires that minors in INS custody must be housed in facilities that meet certain standards, including state standards for housing and care of dependent children. The settlement also establishes state licensing authority over detention facilities and defines a "licensed program" as any program, agency or organization that is licensed by an appropriate state agency to provide residential, group or foster care services for dependent children. |
| **Homeland Security Enterprise** – one DHS, one enterprise, a shared vision, with integrated results-based operations, the collective efforts, and shared responsibilities to maintain critical homeland security. Includes federal, state, local, tribal, and territorial governments; non-governmental, private-sector, and international partners; and individuals, families, and communities. DHS Instruction 252-06-002 - Department Reporting Requirements Instruction. https://collibra.dhs.gov/domain/ecd9b43f-92cd-4c92-9530-1c1a43791b0f |
| **ICE Family Residential Centers -** ICE oversees a Family Residential Program, which houses non-criminal residents in a family-friendly, shelter-like setting. |
| **Immigration and Nationality Act -** An act of Congress that, along with other immigration laws, treaties, and conventions of the United States, relates to the immigration, temporary admission, naturalization, and removal of foreign nationals. |

| |
|---|
| **Inadmissibility -** Not being allowed to lawfully enter the United States or obtain a visa abroad based on acts or conduct that is listed as an inadmissibility ground in section 212 of the Immigration and Nationality Act. |
| **Influx -** An arrival or entry of large numbers of illegal undocumented migrants that exceeds the capacity of normal operations. |
| **Irregular Migration –** non-seasonal migration occurring due to disease (COVID-19), extreme weather, severe economic decline, economic inequality, pervasive crime, and corruption, that has diverted critical resources from healthcare and education, and public wellbeing. |
| **Lawful Permanent Resident -** Any person not a citizen of the United States who is living in the U.S. under legally recognized and lawfully recorded permanent residence as an immigrant. Also known as “permanent resident alien,” “resident alien permit holder,” and “Green Card holder.” |
| **Notice to Appear (NTA) -** Charging documents that DHS issues to non-citizens to allege inadmissibility or removability and subsequently initiate Section 240 Removal Proceedings with EOIR. |
| **Non-Protected Migrant** - Migrant interviewed by USCIS and determined not to merit the protection of the United States Government. Such undocumented migrants that were interdicted at sea outside the territory of the U.S. are repatriated to their countries of origin when appropriate and feasible. |
| **Mass Irregular Migration –** A migration event, either voluntary or forced, involving the displacement of large groups of people from one or more geographic area to another. Mass irregular migration is generally brought on by a desire by the migrants to seek improved quality of life, to escape persecution and violence, or as the result of a natural disaster. An irregular migration is considered mass when it surpasses the normal seasonal flow of migration to the receiving region by more than that regions’ capacity to absorb the influx without disruption. For the United States a mass irregular migration event is one that is very likely to pose a high risk to the capacity of the Government to secure and manage the borders, enforce immigration law, prevent terrorism, and ensure resilience. |
| **Mass migration -** "Mass migration" is a term of art under EO 13276 that refers to "a migration of undocumented aliens that is of such magnitude and duration that it poses a threat to the national security of the United States, as determined by the President." |
| **Medical Screening -** A screening performed by a medical or non-medical person looking for obvious signs of illness or injury and asking about any health concerns. In particular, the screen is intended to recognize signs or symptoms consistent with the Center for Disease Control definition of communicable diseases of public health concern significance under 42 C.F.R. § 34.2 and to address medical complaints identified by the person being screened. |
| **Migrant -** A person who leaves his/her country of origin to seek residence in another country. For the purposes of this Plan, “migrant” refers to Unaccompanied Children, Family Units, and Single Adults when no distinction between the three types of migrant is required. |
| **Parolee -**A non-citizen to whom the Attorney General has granted a temporary stay or release for urgent humanitarian reasons or significant public benefit purposes and who can be detained at any time. |

| |
|---|
| **Processing Facility -** A temporary location, not a detention facility, established to receive undocumented migrants from Transfer Points (TP) and Law Enforcement Detachment units (LEDET) and prepare the undocumented migrants for relocation to detention facilities, such as Contract Detention Facilities (CDF) or Migrant Transitional Facility (MTF). These processing facilities are charged with responsibilities of noncitizen file processing, conducting initial screenings identifying special interest noncitizens for further investigation, and transfer of noncitizens into the custody of detention personnel for relocation.<br><br>**Ports of Entry -** Any location in the United States or its territories that is designated as a point of entry for noncitizens and United States citizens. Conversely, "between the ports" refers to the land border area between the official ports of entry is the responsibility of United States Border Patrol (USBP). |
| **Reasonable Fear Interview -** An interview conducted by a USCIS asylum officer of an individual ordered removed under either Section 238(b) or Section 241(a)(5) of the INA who expresses a fear of return to the country to which he or she has been ordered removed. The asylum officer will determine whether the individual has a reasonable fear of persecution or torture. Those who are found to have a reasonable fear of persecution or torture are then given an opportunity to seek withholding of removal or deferral of removal before an Immigration Judge. Those found not to have a reasonable fear of persecution or torture may request that an Immigration Judge review the negative reasonable fear determination. If an individual does not request review by the Immigration Judge or the Immigration Judge upholds the negative determination, the individual may be removed from the United States. If the Immigration Judge reverses the negative reasonable fear finding, the individual will be placed in proceedings before an Immigration Judge for a determination on eligibility for withholding or deferral of removal only. |
| **Refugees -** People seeking protection and a safe place to live outside their country of origin who is unable or unwilling to return because of past persecution and/or a well-founded fear of persecution on account of their race, religion, nationality, political opinion, or membership in a particular social group. Each year, a certain number of refugees are selected by the U.S. State Department to undergo several security screenings and enter the United States through the Refugee Resettlement Program.<br><br>One year after arriving in the United States, a refugee can apply to become a lawful permanent resident (LPR), and after five more years, can apply for U.S. citizenship. |
| **Risk -** Probability and severity of loss linked to hazards. |
| **Safe Third Country Agreement -** A treaty between the United States and another government to better manage the flow of refugee claimants. Under the agreement, persons seeking refugee status must make their claim in the first country they arrive in, unless they qualify for an exception. |
| **Single Adult(s) -** A noncitizen(s) 18 years of age or older traveling without his or her own minor child(ren). |
| **Steady State -** Those operations which can be accomplished by an area's organic resources without adversely impacting overall safety, security, and mission execution. |
| **Temporary Protected Status (TPS)** – The secretary of the Department of Homeland Security may designate a foreign country for TPS due to conditions in that temporarily prevent the country's nationals from returning safely, or in certain circumstances, where the country is unable to handle the return of its nationals adequately. TPS is a temporary benefit that does not lead to lawful permanent resident status or give any other immigration status. However, registration for TPS does not prevent a noncitizen from: |

| |
|---|
| • Applying for nonimmigrant status.<br>• Filing for adjustment of status based on an immigrant petition.<br>• Applying for any other immigration benefit or protection for which they may be eligible. |
| **Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) -** This act of 2008 directs additional activities to monitor, and combat forced labor and child labor in foreign countries contiguous to the United States. It applies to undocumented migrants who are apprehended at the border of the United States, at a United States port of entry, or within the United States. It specifies a different process for unaccompanied noncitizen children who are apprehended, with differing treatment depending on whether the UC is from a contiguous (i.e., Mexico or Canada) or non-contiguous country. |
| **Unaccompanied Children (UC) -** The term "unaccompanied child" means a child who, has no lawful immigration status in the United States, has not attained 18 years of age; and with respect to whom there is no parent or legal guardian in the United States, or no parent or legal guardian in the United States is available to provide care and physical custody. |
| **Undetermined Migrant -** Migrant interdicted at sea outside the territory of the U.S. who has not received a protection determination from USCIS. |
| **Voluntary Departure -** DHS or an Immigration Court may, in its discretion, allow a person to depart from the U.S. at his or her own expense in lieu of removal. DHS and/or the Immigration Court will set a finite period, usually about 120 days, to depart the U.S. If the person fails to depart, they will be subject to fines and a 10-year period of ineligibility for other forms of relief. Immigrants with aggravated felonies are ineligible for voluntary departure. |
| **Whole of Western Hemisphere Approach -** The United States, Central and South America and the Caribbean islands and surrounding waters that encompass the major transit corridor for illicit narcotics and are the primary source of irregular migration to the United States. The focus is upon the 35 independent states of the Americas that constitute the main governments in the Hemisphere and their relationship with the United States with regards to border security and immigration enforcement. |

**Annex I: DHS SWB International Security Cooperation Architecture**

1. **Purpose.** The purpose of this annex is to provide information, prescribe procedures, and assign responsibilities for the conduct of international engagement in coordination with the Senior Coordination/Response Official (SCO/SRO), general staff, and MAG-P, CBP SWAG/EOC and international groups associated with the *DHS SWB Irregular Mass irregular migration Contingency Plan.*

2. **References. SEE ANNEX X.**

3. **Execution.**

   a. **Concept of the Operation. See Base Plan and for SCO/SRO, general staff, and MAG-P see Annex A.**

   b. **General.** The DHS Secretary will designate an SCO/SRO to lead the Department's efforts to prevent and respond to irregular migration internationally in coordination with the Department of State (DOS). The SCO/SRO supported by a general staff, MAG-P, CBP SWAG/EOC will facilitate a Whole-of-Western Hemisphere approach to this mission by establishing joint UCG at select international locations.

   c. **Secretary's Incident Priorities for International Engagement:** This Plan addresses irregular migration and its root causes as a system requiring a coordinated USG effort that is hemispheric in outlook. The priority for international engagement is to remain vigilant for spikes in irregular migration, protect the borders and approaches to the homeland and to enable lawful trade, travel, and immigration. The political stability and strong economy of the United States act as a magnet for migrants from underdeveloped countries globally. Many migrants are fleeing countries plagued by low economic growth, poverty, violence, and crime. In the SWB-IMZ migrants principally come from the Northern Triangle, but migration is growing to encompass most of South America, Africa, and South Asia. This Plan is aligned with the *U.S. Strategy for Addressing Root Causes of Migration in Central America*[16] and it focuses on increasing the United States capacity to protect the borders and ensure lawful trade, travel and immigration is not hindered by the advent of irregular migration.

   d. **Secretary's Guidance for Preventing and Responding to Irregular Migration at the International-Level:** Coordinate USG Department and Agency requirements across the SWB-IMZ in coordination with DOS and other partners for the Main Area of Operations, CENTAM Area of Influence and other Western Hemisphere Areas of Interest.

   e. **DHS Critical Functions Preventing and Responding to Irregular Migration Internationally:**

      1) Serve as the Lead Federal Agency (LFA) for domestic irregular migration.

      2) Support DOS, the LFA for international engagement regarding irregular migration.

      3) Under HSPD-5, provide the necessary coordination of irregular migration prevention and domestic response across the federal government.

         - Follow the Plan phased approach to build capacity and address irregular migration.
         - Coordinate with law enforcement components and agencies to identify and counter the root causes of irregular migration.
         - Coordinate strategic communications and keep the public informed about irregular migration.

[16] *This strategy acknowledges that irregular migration is difficult for the countries losing citizens, it is difficult for the countries receiving those foreign nationals, and it is difficult for the countries through which these migrants pass.*

- Coordinate information sharing to produce a single common operating picture of irregular migration through the NOC's National Reporting structure.
- Ensure coordinated irregular migration domestic response across the federal government.

**f. DHS must work alongside the DOS, DOD, DOJ and other USG and International partners to take preventive action and respond to irregular migration.**

1) 

This layered approach includes outreach to countries all along the migration routes to improve conditions and reduce the causes and impacts of irregular migration. By working jointly, DHS and USG partners can make maximum use of immigration, governmental and security sector assistance programs. International government engagement should address three inter-related goals, the weight of which varies depending upon the country:

- Improvement of Economic Infrastructure.
- Enhancement of Shared Border Control of Migration Routes.
- Effective Shared Opportunity and Consequence Messaging.

**g. SCO/SRO, general staff, and MAG-P, CBP SWAG/EOC, International Coordination.**

1) Ensure the coordination and integration of the inter-agency response to irregular migration involving U.S. interests across the Hemisphere SWB IEZ.
2) Coordinate intergovernmental requirements for resource allocation and prioritization to ensure quick and decisive action to address irregular migration.
3) Utilize the MAG-P, comprised of senior interagency representatives who confer with the SCO/SRO on international event trends and root causes, to plan actions, capabilities, and resource allocation to take preventive action and respond to irregular migration.
4) Support interagency partners and serve as a coordinator for DHS interagency irregular migration responses in support of DOS.
5) Provide process guidance, expertise, and resources to DHS international coordination capabilities in support of coordinated federal responses to irregular migration.
6) As necessary, establish international coordination capabilities, across the SWB-IMZ, and coordinate through the SCO/SRO and general staff to execute the Plan LOE more effectively and simultaneously and achieve a whole of government approach.

**h. Focus on Whole of Western Hemisphere.** LES 

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

**4. Coordinating Instructions.**

LES

Page **101** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~

AZT42AR0001053

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **102** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001054

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **103** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001055

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **104** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001056

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**Annex M: Medical, DHS SWB Mass Irregular Migration Contingency Plan**

1. **Purpose.** The purpose of this annex is to provide information, prescribe procedures, and assign responsibilities for medical requirements associated with the *DHS SWB Mass Irregular Migration Contingency Plan.*

2. **References.** SEE ANNEX X.

   a. Executive Order 14010

   b. Strategy to Address the Root Causes of Migration in Central America

   c. CBP SWB Contingency Plan

   d. CBP Directive 2210-004 *Enhanced Medical Support Efforts*

3. **Execution.**

LES

Page **105** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001057

b. **Coordination**

1) (CMO) serves as the principal advisor to the DHS Secretary on medical and public health issues.
2) Reporting: DHS via SCO/SRO general staff will coordinate USG support for DHS (CBP, ICE, USCG, etc.) medical needs. CBP, ICE, USCG each maintain responsibilities within their scope, related to the medical care of those arriving at the SW border or transferred into DHS custody.
3) DHS SWB general staff operations Section will maintain responsibility for medical related reporting. If sharing outside of DHS, there needs to be a sharing MOA in place with partners. Info sharing with state and local partners needs to be coordinated and specifically designated as to what can be shared.
4) Components provide medical assessment and treatment for migrants within their scope with potential urgent or emergency health/medical issues, once transported to a USBP station, designated processing center or ICE detention facility.
5) Assess the viability of expanding full time DHS medical care.
6) Coordinate contract support for assessments and treatment.
7) Develop pre-scripted federal-to-federal support agreements.

c. **Critical Resources**

1) *Medical Personnel* - Medical Personnel to conduct initial medical evaluation of detainees for CBP and once transported to an ICE facility for detention, as well as for ongoing evaluation and

treatment of detainees within ICE facilities in support of the IHSC. Worksheet for establishing general medical specialty and number of personnel is provided in Figure M-2.

2) *Facilities* – Provide adequate facilitates to conduct medical operations for a sustained period.
3) *Support Services* – Provide staffing and resources for ancillary support of medical personnel to include administrative and facilities support.
4) *Equipment needs* – Provide ongoing fulfillment of necessary equipment, as well as replenishment of supplies and materials to conduct medical support.
5) *Transportation* – Provide transportation of personnel and patients to medical facilities from locations as necessary and applicable.
6) *Translation services* – Provide interpretation and translation services by those with medical experience in languages spoken by migrants, including indigenous languages.
7) *Logistics Support* – Provide ongoing logistical support to ensure adequate facilities, staffing and materiel.
8) *Communications infrastructure* – Provide necessary hardware, software, and support to ensure functional communications apparatus, to include telephone lines, radios, and connectivity, are in place.

| Term | Definition |
|---|---|
| APP | Advanced Practice Provider typically physician assistant or nurse practitioner |
| Physician | M.D. or D.O. |
| LPN/LVN | Licensed Practical Nurse/Licensed Vocational Nurse |
| RN | Registered Nurse |

| Specialty Requirements | # Clinical Staff Required by Location | # ICE Employee | # Contract Staff | # HHS Augment | # Other |
|---|---|---|---|---|---|
| APP | TBD | | | | |
| Physician | TBD | | | | |
| LPN/LVN | TBD | | | | |
| RN | TBD | | | | |
| Total | | | | | |

**Figure M-2, Recording requirements**

d. **Caveats**

a. LES

b. LES
c. LES
d. LES

e. **Health Care Specialties and workplace requirements are as follows:**

1) Physicians (MDs or DOs), Advanced Practice Providers (APP), Licensed Practical Nurse/ Licensed Vocational Nurse (LPN/LVN), and Registered Nurse (RN).

2) Ability to provide medical evaluation to identify any medical illness or injuries requiring treatment of detainees within ICE facilities, consistent with facility capabilities and standard of care.

3) Common presentations: infectious disease, trauma, exertional injuries, environmental exposure, acute exacerbation of chronic conditions.

f. **Coordination, Interagency (dependencies)**

1) HHS/Office of Refugee Resettlement (ORR) - custody of UC.

2) HHS/Assistant Secretary for Preparedness and Response (ASPR) – provide Public Health Service Officers (PHSOs) for medical assessment/treatment when requested through the Readiness Deployment Group.

3) DOD as required and requested – medical personnel- for CBP & ICE, plus bus drivers.

   i. Interagency Partners medical assessment and treatment for migrants within their scope with potential urgent or emergency health/medical issues, once transported to a USBP station or designated processing center.

   ii. This need is temporary until contract support for assessments and treatment are awarded and extended, and until contracted medical staff are hired and assigned.

4) DOS/ORR- as needed for anyone remaining in Mexico or is in refugee status.

g. **Coordination, International (dependencies)** through DOS (information passing)

1) Coordination with the GOM – Through DOS, DHS and HHS have attachés in Mexico City.

   i. International Medical surveillance CWMD/NBIC, including relationships with Mexican border states.

   ii. Coordination with northern triangle countries – DOS and CBP attaché.

**4. Admin, Logistics**

a. **Personnel** – The CMO will work with the SCO/SRO general staff to identify civilian medical contract support - scale up as required, costing for DHS component medical personnel, (note there is often not enough contract personnel available where needed on the SWB) and federal-to federal support agreements as needed.

b. **Equipment** – The CMO will work with the SCO/SRO general staff to identify any associated equipment shortfalls with associated solutions via contract or partner support and develop federal-to federal support agreements as needed.

~~Unclassified // FOUO // Law Enforcement Sensitive~~

**5. Communication and Coordination Architecture**

a. The Chief Medical Officer (CMO) serves as the principal advisor to the DHS Secretary on medical and public health issues.

b. Reporting: DHS via SCO/SRO general staff will coordinate USG support for DHS (CBP, ICE, USCG, etc.) medical needs. CBP, ICE, USCG each maintain responsibilities within their scope, related to the medical care of those arriving at the SW border or transferred into DHS custody.

c. DHS SWB general staff Operations Section will maintain responsibility for medical related reporting. If sharing outside of DHS, there needs to be a sharing MOA in place with partners. Info sharing with state and local partners needs to be coordinated and specifically designated as to what can be shared.

Page **109** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001061

## Annex R: DHS SWB Reporting

1. **Purpose.** The purpose of this annex is to provide information, prescribe procedures, and assign responsibilities *for DHS SWB Mass Irregular Migration Contingency Plan* reporting requirements.
2. **References. See Annex X**
3. **Execution. (See Annex A, Tab A and B for coordination architecture)**
   a. Concept of Reporting. Steady-state reporting requirements will follow the established Department and Component protocols unless otherwise directed. DHS Components, Offices, and JTF-E will continue to report through their standard procedures. Upon activation of the Plan, the DHS general staff will activate and in coordination with the NOC and EOC assume responsibility for consolidating and disseminating operational reports associated with the Plan. The general staff Plans Section will have responsibility for this function. This will continue until the operation is completed or otherwise directed. Reporting for activities not associated with Mass Irregular Migration will remain with Department Components, Offices, and JTF-E.

   b. The table below summarizes DHS Headquarters, Component, Office, and JTF-E reporting requirements.

| Subject | Phase 1: Initial Influx | Phase 2: Major Influx | Phase 3: Mass irregular migration | Phase 4: Transition to Steady-State |
|---|---|---|---|---|
| **Phase Begins** | Established internal SOPs for all non-DHS SWB Mass irregular migration activities.<br><br>Begin reporting DHS SWB Mass irregular migration efforts to the general staff via the EOC and NOC.<br><br>general staff Plans Section begins receiving reports in coordination with the NOC and EOC. The Situation Unit of the Plans Section will work with the NOC and EOC to ensure consolidation and dissemination of reports per established SOPs. (via NOC and if established a Crisis Action Team processes). The DHS CAT and Situation Unit may be staffed by Inter and Intra Agency details and Volunteer Force personnel). | Continue reporting DHS SWB Mass Irregular Migration efforts to the general staff via the NOC and EOC.<br><br>general staff Plans Section continues receiving reports and consolidates/disseminates per established SOPs. | Continue reporting DHS SWB Mass Irregular Migration efforts to the general staff via the NOC and EOC.<br><br>general staff Plans Section continues receiving reports and consolidates/disseminates per established SOPs. | Return to Steady-state reporting requirements will follow the established Department and Component protocols.<br><br>Reduce reporting DHS SWB Mass irregular migration efforts to the general staff until it is no longer required.<br><br>general staff Plans Section reduces reporting consolidation/ dissemination until it is no longer required. |

***Figure R-1: DHS SWB Migration Reporting Responsibilities***

4. **Coordinating Instructions:**
   a. DHS SWB Mass Irregular Migration operational reporting efforts (DHS Components, Offices, JTF-E, CBP EOC and general staff) are designed to be complementary and not in competition.

   b. The SCO/SRO in collaboration with Component senior leadership will establish the frequency and format of DHS Mass Irregular Migration reports.

~~Unclassified // FOUO // Law Enforcement Sensitive~~

c. Regional UCG and Joint International UCG will send operational reporting along with resource and capability shortfalls and needs to the CBP EOC. The EOC will consolidate and send to the general staff via the NOC. The NOC may establish a CAT to facilitate focused information flow.

d. Changes and updates to policy, resource allocation, and strategic action updates will be provided from the general staff to the EOC via the NOC for dissemination to UCG and Joint International UCG.

Page **111** of **115**

**FOR OFFICIAL USE ONLY**

~~**Pre-decisional internal working draft**~~

AZT42AR0001063

**Annex X: DHS SWB Authorities and References**

1. **Purpose.** The purpose of this annex is to provide a list of key authorities and references.

2. **Authorities and References.**

   a. Homeland Security Presidential Directive - 5 (HSPD -5), *Management of Domestic Incidents, February 28, 2003, as amended*

   b. The Homeland Security Act of 2002, as amended

   c. The Immigration and Nationality Act of 1952, as amended

   d. National Security Presidential Memorandum-2, *Renewing the National Security Council System*

   e. *The National Response Framework (NRF)*, October 2019

   f. *Orantes Stipulation and Orders*

   g. *The Flores Settlement Agreement*

   h. Programmatic Environmental Assessment for Actions to Address *an Increased Influx of Unaccompanied Children and Family Units Across the Southwest Border of the United States* (August 2014)

   i. *Unified Coordination Group Plan for Unaccompanied Children Surge* (2015)

   j. *DHS Pandemic and Emerging Infectious Disease Workforce Protection Plan* v.2 (2016)

   k. *DHS Unaccompanied Children Collection and Analysis Action Plan* (2015)

   l. *42 U.S.C. § 265*

   m. *The DHS Campaign Plan for Securing the U.S. Southern Border and Approaches, September 2015*

   n. *The Trafficking Victims Protection Reauthorization Act (TVPRA), October 28, 2000*

3. **Execution. N/A**

## Annex Z: Deputy Secretary Signed Plan Approval Letter

PRE-DECISIONAL/DELIBERATIVE

*Office of Operations Coordination*
**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland
Security

November 19, 2021

**DECISION**

MEMORANDUM FOR THE DEPUTY SECRETARY

FROM: Christopher J. Tomney PII
Director, Office of Ope[PII]

SUBJECT: **Approval of the DHS Southwest Border (SWB) Mass Irregular Migration Contingency Plan**

---

**Purpose**: To obtain your approval for the *DHS Southwest Border (SWB) Mass Irregular Migration Contingency Plan*, describing how DHS would prevent and, if required, respond to a surge or mass migration along the U.S. SWB.

**Background or Context**: The Plan was developed by a multi-Component planning team and has been formally reviewed twice through the Department's executive secretary protocols.

This Plan applies a 'Whole-of-Western Hemisphere' approach to address the root causes of irregular migration and creates Department capacity to ensure the integrity of the Southwest Border. These actions also include protecting human rights and ensuring that migrants may apply for any form of relief or protection for which they may be eligible. The Plan replaces the *DHS Campaign Plan for Security the U.S. Southern Border and Approaches (2015)* and the *DHS SWB Land Migration Contingency Plan (2015)*. Customs and Border Protection developed a supporting operational level plan that is fully aligned and complimentary to this Plan.

Once approved, the Plan may be activated upon Secretary direction based on recommendations from Components and credible indications and warnings of triggers. Trigger thresholds are derived from intelligence and modeling of anticipated and emergent mass irregular migration.

**Signature Level Justification:** We are requesting Deputy Secretary approval of the Plan as it concerns directing Departmental action and Interagency coordination based on Presidential Executive Orders and in support of both National and Department Primary Mission Essential

PRE-DECISIONAL/DELIBERATIVE

**Approval of the *DHS Southwest Border Mass Irregular Migration Contingency Plan***
Page 2

Functions for securing the border, enforcing immigration laws, ensuring legitimate trade and travel, protecting human rights, and addressing the root causes of irregular migration.

**Timeliness**: Approving this Plan now will set the foundation for historic coordination and intergovernmental collaboration to meet the challenges of irregular migration and securing America's Southwest Border.

**Approval of the *DHS Southwest Border Mass Irregular Migration Contingency Plan***
Page 3

**Recommendation**: I recommend immediate approval of this Plan to ensure the Department and whole of government are prepared to prevent and respond to mass irregular migration contingencies in Fiscal Year 2022 and beyond.

PII ve/date____________________

Modify/date ______________________ Needs discussion/date____________________

Attachment: *DHS SWB Mass Irregular Migration Contingency Plan*

---

[i] Optional **General staff and MAG-P with permanent core cadre, Activation Levels**

~~Unclassified // FOUO // Law Enforcement Sensitive~~

LES

Page **115** of **115**
**FOR OFFICIAL USE ONLY**
~~**Pre-decisional internal working draft**~~
AZT42AR0001067