# Exhibit A

## DECLARATION OF EMILY MENDRALA

I, Emily Mendrala, pursuant to 28 U.S.C. 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter.

1.      I am Deputy Assistant Secretary in the Bureau of Western Hemisphere Affairs and have held this position since January 20, 2021. From 2017 to 2021, I was Executive Director of the Center for Democracy in Americas, promoting U.S. policies of engagement toward the Americas. During my tenure with the Center, I became very familiar with the issues we are confronting at the U.S. southern border and led educational travel delegations to the border for policy leaders and other stakeholders. In addition, I have served as Director for Legislative Affairs in the National Security Council and as a Special Adviser to the Coordinator for Cuban Affairs and in the Office of Central American Affairs in the State Department. I was also a Professional Staff Member on the Senate Foreign Relations Committee, where I worked on Western Hemisphere policy matters for the Committee.

2.      As Deputy Assistant Secretary, I oversee the Department's work on Central American affairs, regional migration, and Cuban affairs. I engage regularly with our partners throughout the western hemisphere, as well as interlocutors across the Department and interagency to advance the administration's regional migration policy.

3.      Addressing regional irregular migration and its root causes is a top U.S. foreign policy priority. As Secretary Blinken stated on February 2, 2021, "The United States remains committed to working with governments in the region to address irregular migration and ensure safe, orderly, and humane migration. We are working to establish and expand a cooperative, mutually respectful approach to managing migration across the region that aligns with our

1

national values and respects the rights and dignity of every person." To sustainably reduce irregular migration in, from, and through North and Central America, the United States must establish long-term strategic partnerships with the governments in the region to catalyze structural change to root out corruption and impunity, improve security and the rule of law, and increase economic opportunity.

4.      Pursuant to Executive Order 14010, which outlines a comprehensive foreign policy framework for addressing migration challenges in the region, the U.S. government has secured commitments from partner governments to advance both the Root Causes Strategy (RCS), which focuses on the main challenges that drive irregular migration and forced displacement in and from Central America, and the Collaborative Migration Management Strategy (CMMS), which is devoted to fostering the international cooperation necessary to increase access to protection for those in need, strengthen legal migration pathways, and support humane enforcement of immigration laws and borders, all of which contributes to reducing irregular migration in North and Central America. President Biden has since called for an expanded application of his comprehensive approach to migration, realized through a new regional framework that extends collaborative migration management and responsibility-sharing across the entire Western Hemisphere. To this end, the U.S. government is negotiating a declaration on migration and protection to be concluded at the June Summit of the Americas, as well as non-binding bilateral Arrangements on Migration and Protection with key partner countries throughout the hemisphere. The first such arrangement was signed with Costa Rica on March 15 and the second with Panama on April 19.

5.      Throughout the COVID-19 pandemic, the U.S. government has undertaken extensive diplomatic engagement with partner governments on the implementation and coordination of

2

migration management as impacted by the CDC's Title 42 Public Health Orders issued under 42 U.S.C. § 265 (Title 42 Orders). As Secretary Blinken highlighted at the U.S.-convened virtual COVID-19 Ministerial on November 10, 2021, coordination and collaboration on efforts related to COVID-19 is critical: "foreign ministers must play a leading role in advancing these efforts [related to COVID-19] and must therefore engage on a regular basis to share views, forge plans and unite behind the actions needed to secure the security of all nations." With regards to the Title 42 Orders specifically, the State Department has engaged with foreign governments, particularly Mexico, on efforts to reduce the spread of COVID-19 from individuals expelled from the United States. The implementation of the Title 42 Orders impacted mixed migration movements and population profiles within those movements throughout the Western Hemisphere. Expulsions under the Title 42 Orders to Mexico and other countries have required ongoing bilateral and sometimes multilateral engagement with respective governments to coordinate on various factors related to implementation of the Orders.

6.      The termination of the current Title 42 Order is expected to have immediate and ongoing impacts on migratory flows throughout the region and across both U.S. land borders, with a particular impact on the shared border with Mexico. As such, officials from the State Department, with Department of Homeland Security (DHS) participation, engaged in preparatory planning with Mexico, Guatemala, El Salvador, Honduras, Panama, Colombia, Ecuador, and Brazil regarding the possible termination of the Title 42 Order. Specifically, the Department alerted countries to the possible changes in processing at U.S. borders due to CDC's review of the Title 42 Order and requested flexibility and ongoing cooperation for a range of migration related requests, as well as in the reception of repatriated citizens without a legal basis to remain in the United States.  In travel to the region as well as through engagements with country

Case 6:22-cv-00885-RRS-CBW   Document 40-1   Filed 04/29/22   Page 5 of 5 PageID #:  3034


embassies in Washington, Department of State and DHS officials engaged extensively about ways countries in the region can work collaboratively to address a likely increase in migratory flow throughout the region.  After the CDC's termination of its current Title 42 Order, the Department responded to various inquiries from countries in the region. The Department remains actively engaged with governments in the region on efforts to address irregular migration in the Western Hemisphere and promote safe, humane legal migration pathways.

7.     The termination of the Title 42 Order involves a foreign affairs function of the United States because, as explained above, the change relates directly to, and has clear consequences for international relations. The change will impact our partners, our shared borders, and our efforts to advance safe, orderly, and humane migration throughout the region. As we regularly engage countries throughout the region on the importance of strengthening protection screening and asylum systems, the continuation of the Title 42 Order without a corresponding public health justification will undermine U.S. credibility with foreign partners.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 29th day of April, 2022

Emily Mendrala
Deputy Assistant Secretary
Bureau of Western Hemisphere Affairs
U.S. Department of State