UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL.,** *Plaintiffs,* v. **CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL.,** *Defendants.* | Case No. 6:22-cv-00885-RRS-CBW |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* BY JUSTICE ACTION CENTER, ET AL. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*Amici Curiae* respectfully move for leave to file an *amici curiae* brief in support of Defendants, opposing the Plaintiffs' Motion for Preliminary Injunction. All parties to this litigation have consented to the filing of this brief. No party's counsel authored any part of the brief, nor have any party or their counsel contributed money intended to fund the preparation or submission of the brief. No person other than *amici* and their counsel contributed any money intended to fund the preparation or submission of the brief. As grounds for this filing, *amici* state as follows:

1. *Amici* are 58 legal service and advocacy organizations, including public interest law firms, who serve immigrant communities throughout the country, including in Louisiana and along the border in Texas, Arizona, and California. *Amici* are: ACLU Foundation of Louisiana, Advocating Opportunity, Al Otro Lado, ALAS, Arizona Justice For Our Neighbors, Asylum Seeker Advocacy Project (ASAP), Black Alliance for Just

1

Immigration (BAJI), Bridges Faith Initiative, Cameroon American Council, Cleveland Jobs with Justice,  Coalition for Humane Immigrant Rights (CHIRLA), Columbia Law School Immigrants' Rights Clinic, Community Asylum Seekers Project, Comunidad Maya Pixan Ixim, Disciples Immigration Legal Counsel, Doctors for Camp Closure, Florence Immigrant & Refugee Rights Project, Freedom Network USA, HIAS, Hispanic Federation, Home is Here NOLA, Human Rights First, Human Rights Initiative of North Texas, Immigrant Defenders Law Center, Immigrant Law Center of Minnesota, Immigrants' Rights Law Group, Immigration Services and Legal Advocacy, International Refugee Assistance Project, Jewish Activists for Immigration Justice, Justice Action Center, Justice for Our Neighbors El Paso, Justice in Motion, Kids in Need of Defense (KIND), Latin America Working Group (LAWG), Lawyers for Good Government, Louisiana Advocates for Immigrants in Detention, LSN Legal LLC, Migrant Center for Human Rights, National Immigration Law Center, National Justice for Our Neighbors, Oasis Legal Services, Refugee and Immigrant Center for Education and Legal Services (RAICES), Robert F. Kennedy Human Rights, Save the Children, Service Employees International Union (SEIU), SMW Legal LLC, South Carolina Appleseed Legal Justice Center, Student Clinic for Immigrant Justice, Tahirih Justice Center, The Advocates for Human Rights, The Southern Poverty Law Center, Tulane Immigrant Rights Clinic,[1] UCSF Health and Human Rights Initiative, VECINA, Voces Unidas: Louisiana Immigrant's Rights Coalition, Volunteer Lawyers for Justice, Women's Refugee Commission, and Young Center for Immigrant Children's Rights. *Amici* serve tens of

---

[1] The *amici curiae* brief does not represent the institutional views of Tulane University, if any.

    thousands of immigrants annually, including representing and advocating for individuals affected by the purported public health order initially adopted by the Trump administration under 42 U.S.C. § 265 (the "Title 42 Order"). *See* Order Suspending the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 85 Fed. Reg. 65806 (Oct. 16, 2020); Public Health Reassessment and Order Suspending the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 86 Fed. Reg. 42828-02 (Aug. 5, 2021).

2. *Amici* have a strong interest in this case, which concerns whether Plaintiffs can require mass, summary expulsions of immigrants to continue in perpetuity, including of *amici*'s clients. Multiple *amici* have litigated to protect immigrants' rights to access asylum and other relief under U.S. law in individual and immigration cases and have appeared as amici in cases like this one that impact their organizational missions and ability to serve clients.

3. Further, *amici* offer the Court a unique perspective as to the public interest in this case in light of their experience working with individuals subject to the Title 42 Order. *Amici* recount the stories of clients as showing the human cost of continuing mass, summary expulsions under Title 42.

Accordingly, *amici* respectfully request that this Court grant leave to file the amici curiae brief for consideration.

Dated:  May 5, 2022

/s/ Mary Yanik
Mary Yanik, LA Bar No. 36973

/s/ Gabriela Cruz
Gabriela Cruz, LA Bar No. 40149

Tulane Immigrant Rights Clinic
6329 Freret St, Suite 130
New Orleans, Louisiana 70118-6248
Telephone: (504) 865-5153
Facsimile: (504) 862-8753
myanik@tulane.edu
gcruz@tulane.edu
*Admitted to Practice in W.D. La*

/s/ Esther H. Sung
Esther H. Sung,* CA Bar No. 255962

/s/ Karen Tumlin
Karen C. Tumlin,* CA Bar No. 234691

Justice Action Center
P.O. Box 27280
Los Angeles, California 90027
Telephone: +1 323 450 7275
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org
**pro hac vice applications forthcoming*

Counsel for 58 Amici Legal Service and Advocacy Organizations

## CERTIFICATE OF SERVICE

I certify that on May 5, 2022, the foregoing motion, the attached proposed brief, and the attached proposed order were electronically submitted to the Clerk of Court for the U.S. District Court for the Western District of Louisiana using the Court's CM/ECF system.  Accordingly, notice of this filing will be sent to all counsel of record.

/s/ Mary Yanik
Mary Yanik