UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL., <br><br> *Defendants*. | Case No. 6:22-cv-00885-RRS-CBW |

**ORDER**

Before the Court is the Unopposed Motion of Justice Action Center *et al*. for Leave to File Brief as Amici Curiae in Opposition to Plaintiffs' Motion for Preliminary Injunction. After considering the motion, the Court finds that the motion should be and is hereby **GRANTED**. The Amici Curiae brief is deemed filed as of May 5, 2022.

**SO ORDERED** on this _____ day of May, 2022 in Lafayette, Louisiana.

_____
HON. ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE