IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>Defendants | Case No. 6:22-cv-00885-RRS-CBW |

*EX PARTE* **MOTION OF DOCTORS OF THE WORLD, EPIDEMIOLOGISTS, PUBLIC HEALTH AND MEDICAL EXPERTS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**

Pursuant to Local Rule 7.4, Doctors of the World, *et al.*, through undersigned counsel, respectfully submit this motion to file the attached proposed brief as *amici curiae* in support of Defendants, and incorporated memorandum in support. *Amici* experts state the following in support of their motion for leave:

1. While this Court does not specify procedures governing briefs by *amici curiae*, Federal Rule of Appellate Procedure 29(a) offers useful guidance on the submission of such briefs. Rule 29(a)(3)(A) provides that a motion for leave to file an amicus brief must state "the movant's interest." The motion must provide "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(B).

Movants are:

<u>Doctors of the World</u>
By and through Ronald Waldman, MD MPH
Board President, Doctors of the World
Professor Emeritus, Milken Institute School of Public Health, The George Washington University

<u>Individual Signatories</u>
*Institutional Affiliation for Identification Purposes Only

Joseph J. Amon, PhD MSPH
Clinical Professor and Director of the Office of Global Health
Dornsife School of Public Health, Drexel University*

Bonnie Arzuaga, MD
Attending Pediatrician, Board Certified
Boston Children's Hospital*

Jennifer Balkus, PhD MPH
Assistant Professor and Infectious Disease Epidemiologist
Department of Epidemiology, University of Washington School of Public Health*

Lawrence Belcher, MD
Harvard Medical School*

Chris Beyrer, MD
Desmond M. Tutu Professor
Johns Hopkins Bloomberg School of Public Health*

Juliana Bol, PhD
Assistant Professor
Columbia University, Mailman School of Public Health*

Sara Casey, DrPH MPH
Assistant Professor
Heilbrunn Department of Population and Family Health
Columbia University Mailman School of Public Health*

Luz Castellanos, MD
Massachusetts General Hospital*

Adriana Cohen, MD
Massachusetts General Hospital*

Megan Coffee, MD PhD
Assistant Professor
Heilbrunn Department of Population and Family Health
Columbia University, Mailman School of Public Health

Joanne Csete, PhD MPH
Adjunct Associate Professor
Columbia University Mailman School of Public Health*

Thomas J. Csordas, PhD
Distinguished Professor of Anthropology
Director, UCSD Global Health Institute
University of California, San Diego*

Fiona Danaher, MD MPH
Director, MGH Center for Immigrant Health
Massachusetts General Hospital*

Ryan Dodge, MD
Resident Physician
Massachusetts General Hospital*

Mark Eisenberg, MD
Harvard Medical School*

Wafaa El-Sadr, MD MPH MPA
University Professor, Dr. Mathilde Krim-amfAR Chair of Global Health
Columbia University, Mailman School of Public Health*

Hope Ferdowsian, MD MPH FACP FACPM
Associate Professor of Medicine, University of New Mexico School of Medicine
President/CEO, Phoenix Zones Initiative*

Paul J. Fleming, PhD MPH
Assistant Professor
University of Michigan, School of Public Health*

Linda P. Fried
Dean
Columbia University, Mailman School of Public Health*

Lynn R. Goldman, MD MS MPH
Dean
Milken Institute School of Public Health
The George Washington University*

Annekathryn Goodman, MD
Professor of Obstetrics, Gynecology, and Reproductive Biology Harvard Medical School
Massachusetts General Hospital*

Lawrence O. Gostin, JD
University Professor
Founding Linda D. & Timothy J. O'Neill Professor of Global Health Law
Faculty Director, O'Neill Institute for National & Global Health Law
Georgetown University Law School*
Director, World Health Organization Collaborating Center on Public Health Law & Human Rights*

Claire Greene, PhD MPH
Assistant Professor
Program on Forced Migration and Health
Heilbrunn Department of Population and Family Health,
Columbia University, Mailman School of Public Health*

Kim Griswold, MD MPH
Professor Emerita of Family Medicine, Psychiatry, Public Health and the Health Professions
The Jacobs School, SUNY at Buffalo*

Jill Guernsey de Zapien
Director, Border, Transborder and Binational Public Health Collaborative Research
Mel and Enid Zuckerman College of Public Health, University of Arizona*

Rohini J. Haar, MD MPH
Adjunct Professor
Division of Epidemiology and Biostatistics
School of Public Health, University of California at Berkeley*

Michele Heisler, MD MPA
Professor of Internal Medicine and Public Health
University of Michigan*

Maia Ingram, MPH
Program Director, Arizona Prevention Research Center
Mel and Enid Zuckerman College of Public Health, University of Arizona*

Felipe A. Jain, MD
Massachusetts General Hospital and Harvard Medical School*

Radhika Jain, MD
Massachusetts General Hospital*

Monik Jiménez, SM ScD
Associate Epidemiologist
Brigham and Women's Hospital*

S. Patrick Kachur, MD MPH
Professor, Population and Family Health
Columbia University Medical Center*

Jennifer Kasper, MD MPH
Assistant Professor of Pediatrics and Global Health & Social Medicine
Harvard Medical School*

Vandana Madhavan, MD MPH
Clinical Director, Pediatric Infectious Disease
Massachusetts General Hospital*

Katherine Miller, MD
Assistant Professor of Medicine
Harvard Medical School*

Michael Nabil Khoury, MD
Emory University School of Medicine*

William D. Lopez, PhD MPH
Clinical Assistant Professor
University of Michigan*

Joseph B. McCormick, MD MS
James H. Steele Professor of Epidemiology
University of Texas, Health Science Center at Houston, School of Public Health*

Terry McGovern, JD
Harriett and Robert H. Heilbrunn Professor
Chair, Heilbrunn Department of Population and Family Health
Columbia University Mailman School of Public Health*

Katherine C. McKenzie, MD
Yale Center for Asylum Medicine*

Cecilia Menjívar, PhD
Professor
Dorothy L. Meier Chair in Social Equities
Department of Sociology
University of California, Los Angeles*

Michael O. Mensah, MD MPH
Yale School of Medicine, National Clinician Scholars Program*

Ranit Mishori, MD MHS FAAFP
Senior Medical Advisor
Physicians for Human Rights*

Rahul Nayak, MD
Massachusetts General Hospital*

Parveen Parmar, MD MPH
Associate Professor, Clinical Emergency Medicine
University of Southern California*

Anne R. Pebley, PhD
Distinguished Professor and Fred H. Bixby Chair
Fielding School of Public Health, University of California Los Angeles*

Katherine R. Peeler, MD MA
Assistant Professor of Pediatrics
Harvard Medical School

Paulina A. Rebolledo, MD MSc
Assistant Professor of Medicine
Emory University*

Adam Richards, MD PhD MPH
Associate Professor of Global Health and Medicine
The George Washington University*

Goleen Samari, PhD MPH
Assistant Professor
Program on Forced Migration and Health
Heilbrunn Department of Population and Family Health
Columbia University, Mailman School of Public Health*

John Santelli, MD MPH
Professor, Population and Family Health and Pediatrics
Columbia University*

Jaime Sepulveda, MD DSc MPH
Executive Director, Institute for Global Health Sciences
University of California, San Francisco*

Joshua M. Sharfstein, MD
Professor of the Practice of Health Policy and Management
Johns Hopkins Bloomberg School of Public Health*

Leigh H. Simmons, MD
Massachusetts General Hospital*

Craig Spencer, MD MPH
Director of Global Health in Emergency Medicine
Columbia University, Irving Medical Center*

Steffanie Strathdee, PhD
Harold Simon Distinguished Professor, Associate Dean of Global Health Sciences
University of California, San Diego*

Til Stuermer, MD PhD MPH
Professor and Chair
Department of Epidemiology
University of North Carolina, Chapel Hill*

Monette Zard, MA
Allan Rosenfield Associate Professor of Forced Migration and Health
Columbia University, Mailman School of Public Health*

Amy Zeidan, MD
Assistant Professor of Emergency Medicine
Co-director Georgia Human Rights Clinic
Emory University, School of Medicine*

2. As epidemiologists, public health, infectious disease and medical experts, including some who previously worked for the Centers for Disease Control and Prevention (CDC), *amici* experts are deeply concerned that the federal government will be required to reinstate the Title 42 order, which it has, since March 2020, used to summarily expel persons seeking asylum at U.S. land borders without considering their claims to protection. In compliance with their professional duty as scientists and medical professionals to protect the health of individuals and communities, *amici* oppose the misuse of public health policy to do harm.  Many of the *amici* experts have worked at the forefront of the response to COVID-19 and have developed recommendations to

both the current and the prior Administration on how safely to process people requesting refuge at U.S. borders in the midst of this pandemic. *Amici* experts' interest in the outcome of this case goes to the core of their professional commitments to evidence-based COVID-19 mitigation measures and respect for the health and rights of migrants, including the right to seek asylum.

3. *Amici* experts have a compelling interest in explaining to the Court why the CDC's orders issued pursuant to Title 42 have no basis in science, discriminate against asylum seekers, disregard public health measures that can protect public health while preserving access to asylum and have fueled xenophobic tropes that migrants are vectors of disease. The brief of *amici* explains that the federal government can end the ineffective and harmful Title 42 expulsion order while taking other steps, at the U.S.-Mexico border and elsewhere, to protect the public from COVID-19 and that with better understanding of the modes of transmission of SAR-CoV-2 and more means of mitigating it than existed at the beginning of the pandemic, and with wide availability of effective vaccines and other interventions, the United States is well equipped to process asylum seekers safely.

4. Furthermore, an amicus brief highlighting these issues will aid the Court in its consideration of Plaintiffs' motion for Preliminary Injunction to enjoin the termination of the current Title 42 order. As the *amici* experts explain with respect to the public health arguments proffered to justify the issuance of the Title 42 orders, "[t]here was — and remains — no public health evidence that singling out asylum seekers or other migrants for exclusion is effective in stemming the spread of Covid-19."[1]

---

[1] Anne G. Beckett et al., *Misusing Public Health as a Pretext to End Asylum — Title 42*, 386 THE NEW ENGLAND JOURNAL OF MEDICINE (Apr. 21, 2022), available at https://www.nejm.org/doi/full/10.1056/NEJMp2200274#:~:text=The%20Biden%20administration's%20ongoing%20use,displayed%20by%20the%20Trump%20administration.

5.      Undersigned counsel has emailed the parties a copy of the enclosed proposed amici curiae brief and sought the parties' consent to file this motion. Counsel for the defendants has no objection to this motion. Counsel for plaintiffs has yet to respond.

## CONCLUSION

For the foregoing reasons, the Court should grant this *ex parte* motion for leave to file a brief as *amici curiae* in support of Defendants.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler, 36076
WEIXLER LAW LLC
P.O. Box 52197
New Orleans, LA 70152-2197
Phone: (504) 408-2180
Fax:    (504) 814-1728
jkw@weixlerlaw.com

*Counsel for Amici Doctors of the World, and certain Epidemiologists, and Public Health and Medical Experts*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record on May 6, 2022 via the Court's CM/ECF electronic filing system.

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER