# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-CV-885-RRS-CBW |

## DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN

I, Joseph Scott St. John, declare and state as follows:

1. I am a Deputy Solicitor General employed by the Louisiana Department of Justice. I represent the State of Louisiana in connection with the above-captioned matter. I have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of an article from Numbers USA at https://www.numbersusa.com/news/dhs-sec-mayorkas-confirms-42-aliens-terror-watchlist-us-illegally. Video of the admissions discussed in the article can be found at https://mobile.twitter.com/TPostMillennial/status/1521135498407948290.

3. Attached hereto as Exhibit B is a true and correct copy of a DHS April 26, 2022 publication, *DHS Plan for Southwest Border Security and Preparedness* (Apr. 26, 2022), as obtained from https://www.dhs.gov/sites/default/files/2022-04/22_0426_dhs-plan-southwest-border-security-preparedness.pdf.

    4.    Attached hereto as Exhibit C is a true and correct copy of a DHS Inspector General April 12, 2022 Report titled, "ICE Spent Funds on Unused Beds, Missed COVID 19 Protocols, and Detention Standards While Housing Migrant Families in Hotels" as obtained from https://www.oig.dhs.gov/sites/default/files/assets/2022-04/OIG-22-37-Apr22.pdf

    5.    Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF LOUISIANA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 9th day of May, 2022.

    /s/ Joseph Scott St. John
    _____
    Joseph Scott St. John
    Deputy Solicitor General
    LOUISIANA DEPARTMENT OF JUSTICE
    909 Poydras Street, Suite 1850
    New Orleans, LA 70112
    stjohnj@ag.louisiana.gov