UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>*Defendants*. | Civil Action No.: 6:22-cv-00885-RRS-CBW<br><br>Judge: Robert R. Summerhays<br>Magistrate Judge: Carol B. Whitehurst |

### PROPOSED INTERVENORS'
### MOTION FOR LEAVE TO FILE
### MOTION FOR LIMITED INTERVENTION

Pursuant to Local Rule 7.6, Proposed Intervenors, Alicia De Los Angeles Duran Raymundo, Kevin Alexi De Leon De Leon, and Innovation Law Lab, respectfully submit this Motion for Leave to file the attached proposed Motion for Limited Intervention.

Proposed Intervenors have sought the position of the existing parties to this case. Plaintiffs' counsel has stated Plaintiffs are inclined to oppose but will take a definitive position after reviewing Proposed Intervenors' motion. Defendants' counsel has stated Defendants oppose.

This Court should grant Proposed Intervenors' Motion for Leave to file the attached proposed Motion for Limited Intervention.

*/s/ Monika Y. Langarica* (T.A.)
Monika Y. Langarica*
CA Bar No. 308518
Ahilan Arulanantham*
CA Bar No. 237841
Talia Inlender*
CA Bar No. 253796

**Center for Immigration Law and Policy**
**UCLA School of Law**
Box 951476
Los Angeles, CA 90095
(310) 983-3345
langarica@law.ucla.edu


*/s/ Matthew S. Vogel*
Matthew S. Vogel+
LA Bar No. 35363
Sirine Shebaya*
DC Bar No. 1019748
Joseph Meyers*++
CA Bar No. 325183
**National Immigration Project of the National Lawyers Guild (NIPNLG)**
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
(202) 656-4788
matt@nipnlg.org

* *Motions to appear* pro hac vice *forthcoming*
+ Not admitted in DC; working remotely from and admitted in Louisiana only
++Not admitted in DC; working remotely from and admitted in California only