## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, <br><br> *Defendants* | Civil Action No.: 6:22-cv-00885-RRS-CBW <br><br> Judge: Robert R. Summerhays <br> Magistrate Judge: Carol B. Whitehurst |

## [PROPOSED] ORDER
## GRANTING MOTION FOR LEAVE
## TO FILE MOTION FOR LIMITED INTERVENTION

The Court has considered Proposed Intervenors' Motion for Leave to file the attached Motion for Limited Intervention.

**IT IS ORDERED** that the Motion for Leave is **GRANTED,** and Proposed Intervenors' Motion for Limited Intervention is deemed filed into the record in this matter.

Signed this ___ day of _____, 2022

                                                                                        _____
                                                                                        ROBERT R. SUMMERHAYS
                                                                                        UNITED STATES DISTRICT JUDGE