# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**PLAINTIFF STATES' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff States respectfully request that the Court's TRO of April 27 (Doc. 37) be extended until the earlier of (1) this Court's decision on the Plaintiffs' PI Motion (Doc. 13), or (2) May 23, 2022, which is the effective date of the Termination Order that is the center of this dispute.

This Court's TRO was entered on April 27 for "the next 14 days, unless this Court acts to extend or shorten that period." (Doc. 37 at 2.) That period is set to expire tomorrow, on May 11. The short extension the States are requesting would last only for a maximum of 12 days.

The TRO should be extended for the same reasons that the original TRO was granted, and the States incorporate by reference their prior TRO and PI briefing. *See* Docs. 13-1, 24-1, 30-1, 51-1. For all the same reasons that this Court previously concluded that it was appropriate to preserve the status quo pending resolution of the States' motion for a preliminary injunction, a short additional extension of this Court's TRO is warranted.

Before filing this Motion, Plaintiffs' counsel consulted with Defendants' counsel, who indicated that Defendants "oppose an extension of the TRO for the same reasons [that they] opposed entry of the TRO in the first instance. But [they] are not requesting new briefing on that issue."

1

| | |
|---|---|
| Dated:   May 10, 2022 | Respectfully submitted,<br>By:/s/ *Joseph S. St. John* |
| MARK BRNOVICH<br>   Attorney General<br>BRUNN ("BEAU") W. ROYSDEN III *<br>   Solicitor General<br>DREW C. ENSIGN **<br>   Deputy Solicitor General<br>JAMES K. ROGERS *<br>   Senior Litigation Counsel<br>ANTHONY R. NAPOLITANO<br>   Assistant Attorney General<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>beau.roysden@azag.gov<br>drew.ensign@azag.gov<br>james.rogers@azag.gov<br><br>*Counsel for Plaintiff State of Arizona*<br><br>STEVE MARSHALL<br>   Alabama Attorney General<br>EDMUND G. LACOUR JR.*<br>   Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br><br>*Counsel for Plaintiff State of Alabama* | ELIZABETH B. MURRILL (La #20685)<br>   Solicitor General<br>J. SCOTT ST. JOHN (La #36682)<br>   Deputy Solicitor General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana*<br><br>ERIC S. SCHMITT<br>   Attorney General<br>D. JOHN SAUER **<br>   Solicitor General<br>OFFICE OF THE MISSOURI ATTORNEY GENERAL<br>Supreme Court Building<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Phone: (573) 751-3321<br>John.Sauer@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri*<br><br>TREG R. TAYLOR<br>   Attorney General of Alaska<br>CORI M. MILLS*<br>   Deputy Attorney General of Alaska<br>CHRISTOPHER A. ROBISON*<br>   Assistant Attorney General<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>chris.robison@alaska.gov<br><br>*Counsel for Plaintiff State of Alaska* |

LESLIE RUTLEDGE
   Arkansas Attorney General
NICHOLAS J. BRONNI*
   Solicitor General
DYLAN L. JACOBS*
   Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
   Attorney General of Georgia
STEPHEN J. PETRANY*
   Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

DEREK SCHMIDT
   Attorney General
DWIGHT R. CARSWELL*
   Deputy Solicitor General
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ASHLEY MOODY
   Attorney General
JAMES H. PERCIVAL*
   Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
   Attorney General,
BRIAN KANE*
   Chief Deputy Attorney General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
   Attorney General of Kentucky
MARC MANLEY*
   Associate Attorney General
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

AUSTIN KNUDSEN
  Attorney General
DAVID M.S. DEWHIRST*
  Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
  Attorney General
JAMES A. CAMPBELL*
  Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*


JOHN M. O'CONNOR
  Attorney General of Oklahoma
BRYAN CLEVELAND*
  Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

LYNN FITCH
  Attorney General of Mississippi
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DREW H. WRIGLEY
  Attorney General
MATTHEW SAGSVEEN*
  Solicitor General
OFFICE OF THE NORTH DAKOTA ATTORNEY GENERAL
500 N. 9th St.
Bismarck, ND 58501-4509
masagsve@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVE YOST
  Ohio Attorney General
BENJAMIN M. FLOWERS*
  Solicitor General
OFFICE OF THE OHIO ATTORNEY GENERAL
30 E. Broad St., 17th Fl.
Columbus, OH 43215
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

ALAN WILSON
  South Carolina Attorney General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

HERBERT H. SLATERY III
   Attorney General and Reporter of Tennessee
ANDRÉE S. BLUMSTEIN
   Solicitor General
CLARK L. HILDABRAND*
BRANDON J. SMITH*
   Assistant Solicitors General
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov
Brandon.Smith@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

JASON S. MIYARES
   Attorney General
ANDREW N. FERGUSON*
   Solicitor General
LUCAS W.E. CROSLOW*
   Deputy Solicitor General
OFFICE OF THE VIRGINIA ATTORNEY GENERAL
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7704
AFerguson@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

PATRICK MORRISEY
   Attorney General
LINDSAY SEE*
   Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

KEN PAXTON
   Attorney General of Texas
AARON F. REITZ*
   Deputy Attorney General for Legal Strategy
LEIF A. OLSON*
   Special Counsel
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

SEAN D. REYES
   Utah Attorney General
MELISSA HOLYOAK*
   Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS*
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

\* Pro hac vice application forthcoming
\*\* Pro hac vice application granted