# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**Temporary Restraining Order**

The Court has considered Plaintiff States' Motion to Extend Temporary Restraining Order, and **IT IS HEREBY ORDERED** granting the motion.

**IT IS FURTHER ORDERED** that, for the same reasons stated in this Court's Order of April 27, 2022, the Temporary Restraining Order in this case is extended until the earlier of (1) this Court's decision on the Plaintiffs' PI Motion, or (2) May 23, 2022.

ROBERT R. SUMMERHAYS  
UNITED STATES DISTRICT JUDGE