UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**STATE OF LOUISIANA ET AL**                **CASE NO. 6:22-CV-00885**

**VERSUS**                                  **JUDGE ROBERT R. SUMMERHAYS**

**CENTERS FOR DISEASE CONTROL &**           **MAGISTRATE JUDGE CAROL B.**
**PREVENTION**                              **WHITEHURST**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | May 13, 2022 | Presiding: | Judge Robert R. Summerhays |
| Court Opened: | 10:05 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 12:25 p.m. | Court Reporter: | LaRae Bourque |
| Statistical Time: | 2/20 | Courtroom: | CR3 |

## APPEARANCES

| | | |
|---|---|---|
| Elizabeth Murrill, Drew Ensign, Joseph S. St.John and Michael Talent | For | State of Louisiana et al |
| Jean Lin, Jonathan Kossak, John Robinson, and Karen King | For | Centers for Disease Control & Prevention et al |
| Monika Y Langarica Matthew Scott Vogel | For | Amicus |

## PROCEEDINGS

This case came on for hearing on Motion for Preliminary Injunction [13], filed by plaintiffs. The motion was argued and IT IS ORDERED that said motion is hereby TAKEN UNDER ADVISEMENT.

IT IS FURTHER ORDERED that the Motion for Limited Intervention [62], filed by Kevin Alexi De Leon De Leon, Alicia De Los Angeles Duran Raymundo, Innovation Law Lab. The motion was argued and is hereby DENIED.

A written ruling will be issued by the Court.