# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> Defendants. | Civil Action No. 6:22-cv-00885-RRS-CBW |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

1

**NOTICE OF SUPPLEMENTAL AUTHORITY**

After briefing in this matter concluded, the following supplemental material was published that contain material relevant to the issues in this case:

*First*, on May 12, 2022, the AP published an interview (updated May 13) with Dr. Ashish Jha, the White House COVID-19 coordinator. *See* Zeke Miller, *The AP Interview: US 'Vulnerable to COVID Without New Shots*, AP NEWS (May 12, 2022), https://apnews.com/article/biden-covid-health-congress-a05afb7ebfa102992c354c99619fa944 (attached as Exhibit A, with video manually attached as Exhibit C).

During the interview—which Dr. Jha gave to advocate for emergency congressional funding for new vaccines and COVID-19 treatments outside of ordinary budgeting—Dr. Jha noted (at approximately 20 seconds) that "evolutionary pressure" and waning immunity increases the vulnerability of the U.S.'s population to COVID-19 infection. Also during that interview (at approximately 1 minutes 45 seconds), Dr. Jha says, "All of [the SARS-CoV-2] variants were first identified outside the United States." Those statements are competent evidence here. *See Sierra Club, Lone Star Chapter v. FDIC*, 992 F.2d 545, 551 (5th Cir. 1993) ("[A]t the preliminary injunction stage … the district court may rely on otherwise inadmissible evidence, including hearsay evidence."). The news report, and interview, are also subject to judicial notice to show that the interview happened, the video is authentic, and that Dr. Jha said what he said and that it has legal consequences. *See Bradley ex rel. A.J.W. v. Ackal*, 2017 WL 4782861, at *18 (W.D. La. Oct. 23, 2017) (taking judicial notice of the contents of video contained in press reports).

Dr. Jha's interview supports the States' motion for a preliminary injunction. To start, as the States noted at the May 12, 2022, hearing, those comments undercut the CDC's zone-of-interests arguments. Dr. Jha's statements show that the Termination Order increases the odds a variant enters the country, thus exposing the States' populations to the virus and infection. That will impose costs

1

on the States' health care system. *See* Reply Br. 12–13. Dr. Jha's comments also underscore that the CDC ignored the predictable public-health consequences of the Termination Order, because the agency does not deny—and, in fact admitted at the May 12 hearing—that DHS lacks the capacity to screen and test or to vaccinate the up-to 18,000 migrants DHS projects will cross the border per day. *See* Reply Br. 13. At the very least, the fact that Dr. Jha's comments indicates that these issues are real concerns—and thus a real aspect to making public health decisions like those § 265 contemplates.

Relatedly, Dr. Jha's statements highlight that the CDC arbitrarily failed to consider the financial and public-health harms to the States of the Termination Order. *See* Mem. Supp. Prelim. Inj. 27–28. They also underscore the discordant positions and lack of coordination that the CDC, and this administration more generally, have taken with COVID-19—that is, the administration treats COVID-19 is a threat that justifies certain policies (such as mask mandates or, as in Dr. Jha's interview, supplemental congressional funding for vaccines and other treatments), but does not do so with regards to the Termination Order. Thus, Dr. Jha's interview further evidences that the CDC's reason for issuing the Termination Order is pretextual and that the CDC failed to consider important parts of the problem. *See id.* at 39–40.

*Second*, on May 13, 2022, news organizations published an internal memorandum from a DHS component—Customs and Border Patrol (CBP)—obtained under FOIA (attached as Exhibit B). *See* Adam Shaw & Kelley Laco, *Internal CBP Doc Warns of 'Significant Safety Implications' of Title 42 Lift, Cartel Hold on Central America*, FOX NEWS (MAY 13, 2022), https://www.foxnews.com/politics/internal-cbp-doc-safety-implications-of-title-42-lift-cartel (containing a link to the documents) (attached as Exhibit D). Like Dr. Jha's statements, the CBP memo is competent evidence in this context. *See Sierra Club.*, 992 F.2d at 551. Furthermore, the document, and its contents, are properly subject to judicial notice. *See Terrebonne v. Blackburn*, 646 F.2d 997, 1000 n.4 (5th Cir. 1981) (en banc) ("Absent some reason for

2

mistrust, courts have not hesitated to take judicial notice of agency records and reports."). The CBP memo supports the States' requested relief.

In particular, the memo notes (at p. 5) that "there are significant safety implications" with rescinding Title 42, with the unredacted portion of the document pointing to "a health and safety risk" from introducing migrants "into congregate settings." The document also highlights the potential costs of increased migration, including increasing the power and leverage of criminal organizations (*see* p. 5) and drawing federal government resources away from other border-security related responsibilities (*see* p. 6). Those concerns, however, do not appear in the CDC's decision to issue the Termination Order. *See* Mem. Supp. Prelim. Inj. 33–39 (noting "the CDC gave no meaningful consideration" to the immigration consequences of rescinding Title 42). That the government clearly was aware of them—as evidenced by the CBP memo and the fact the CDC talked with DHS prior to issuing the Termination Order, *see* 87 Fed. Reg. 19,941, 19,942 (Apr. 6, 2022) (delaying the implementation date to allow DHS to implement COVID-19 protocols)—supports the States' arbitrary-and-capricious claims.

Dated: May 17, 2022

Respectfully submitted,
By: /s/ Joseph S. St. John

MARK BRNOVICH
  Attorney General
BRUNN ("BEAU") W. ROYSDEN III*
  Solicitor General
DREW C. ENSIGN**
  Deputy Solicitor General
JAMES K. ROGERS*
  Senior Litigation Counsel
ANTHONY R. NAPOLITANO
  Assistant Attorney General
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov

*Counsel for Plaintiff State of Arizona*

STEVE MARSHALL
  Alabama Attorney General
EDMUND G. LACOUR JR.*
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
  Attorney General
D. JOHN SAUER
  Solicitor General
MICHAEL E. TALENT
  Deputy Solicitor General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

TREG R. TAYLOR
  Attorney General of Alaska
CORI M. MILLS*
  Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON*
  Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov

*Counsel for Plaintiff State of Alaska*

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY*
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

DEREK SCHMIDT
  Attorney General
DWIGHT R. CARSWELL*
  Deputy Solicitor General
Office of the Kansas Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
  Attorney General,
BRIAN KANE*
  Chief Deputy Attorney General
Office of the Idaho Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
  Attorney General of Kentucky
MARC MANLEY*
  Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

AUSTIN KNUDSEN
   Attorney General
DAVID M.S. DEWHIRST*
   Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
   Attorney General
JAMES A. CAMPBELL*
   Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

JOHN M. O'CONNOR
   Attorney General of Oklahoma
BRYAN CLEVELAND*
   Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

LYNN FITCH
   Attorney General of Mississippi
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DAVE YOST
   Ohio Attorney General
BENJAMIN M. FLOWERS*
   Solicitor General
Office of the Ohio Attorney General
30 E. Broad St., 17th Fl.
Columbus, OH 43215
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

ALAN WILSON
   South Carolina Attorney General
THOMAS T. HYDRICK*
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

SEAN D. REYES
   Utah Attorney General
MELISSA HOLYOAK*
   Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

6

HERBERT H. SLATERY III
   Attorney General and Reporter of Tennessee
ANDRÉE S. BLUMSTEIN
   Solicitor General
CLARK L. HILDABRAND*
BRANDON J. SMITH*
   Assistant Solicitors General
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov
Brandon.Smith@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

PATRICK MORRISEY
   Attorney General
LINDSAY SEE*
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS*
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

* Pro hac vice application forthcoming
** Pro hac vice application granted