# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE ▼ DIVISION

State of Arizona, et al

Plaintiff

VS.

CDC, et al

Defendant

Civil Action No. 6:22-cv-00885

Judge Summerhays ▼

Magistrate Judge Whitehurst

## NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO: Notice of Supplemental Authority
DESCRIPTION: CD containing a video from AP News
FILED BY: State of Arizona, et al
FILE DATE: 5/17/2022

********************************** **NOTICE**********************************

The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

**INSTRUCTIONS FOR FILER:**
The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

Attachment sent to LAFAYETTE ▼ DIVISION.

Prepared by: Joseph Scott St. John

---

[1] Chambers Personnel: When finished reviewing the manual attachment, please return to the Clerk's Office.