IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| STATE OF ARIZONA, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE TO THE COURT**

The Court has indicated that it intends to issue a ruling on Plaintiffs' Motion for Preliminary Injunction prior to the expiration of the Temporary Restraining Order on May 23, 2022. Because issuance of a decision by Friday, May 20, 2022 would help to avoid uncertainty that could pose operational challenges, Defendants respectfully request that, if possible, the Court endeavor to issue a decision by that date.

Dated:  May 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
 U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JONATHAN D. KOSSAK (DC #991478)
JOHN ROBINSON (DC #1044072)
JOSEPH J. DEMOTT (VA #93981)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch

(202) 616-8489
Jean.lin@usdoj.gov
Joseph.DeMott@usdoj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

*Attorneys for Defendants*