**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

|  |  |  |
|---|---|---|
| STATE OF ARIZONA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:22-CV-00885-RRS-CBW |
| | ) | |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

## DEFENDANTS' WEEKLY REPORTING FOR MAY 18, 2022

Pursuant to the Court's April 27, 2022 temporary restraining order, ECF No. 37, Defendants herein provide, subject to the caveats discussed below, data showing, for the period of May 10, 2022 to May 16, 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS") has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

### 1.   The number of single adults processed under Title 42 and Title 8 by country.

Below is the data pulled on May 18 for single adult encounters by CBP at the Southwest land border for the period of May 10, 2022 to May 16, 2022.  The data reflects CBP processing dispositions, which may take 24 hours, or longer, for initial vetting.  Final verification of data takes place at the end of every month.  Because this was pulled before the end of the month, it is preliminary and subject to change.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| **OFO** | ARMENIA | 0 | 37 | **37** |
| | AUSTRALIA | 0 | 1 | **1** |
| | AZERBAIJAN | 0 | 1 | **1** |
| | BELARUS | 0 | 13 | **13** |
| | BELIZE | 0 | 2 | **2** |
| | BOLIVIA | 0 | 2 | **2** |
| | BRAZIL | 0 | 2 | **2** |
| | CHINA (MAINLAND) | 0 | 4 | **4** |
| | COLOMBIA | 0 | 4 | **4** |
| | CUBA | 1 | 59 | **60** |
| | DOMINICAN REPUBLIC | 0 | 2 | **2** |
| | ECUADOR | 0 | 1 | **1** |
| | EL SALVADOR | 0 | 29 | **29** |
| | GEORGIA | 0 | 3 | **3** |
| | GERMANY | 1 | 0 | **1** |
| | GUATEMALA | 4 | 23 | **27** |

| | | | | |
|---|---|---|---|---|
| | HAITI | 1 | 250 | **251** |
| | HONDURAS | 4 | 82 | **86** |
| | INDIA | 0 | 1 | **1** |
| | JAMAICA | 0 | 7 | **7** |
| | JORDAN | 1 | 0 | **1** |
| | KAZAKHSTAN | 0 | 1 | **1** |
| | KYRGYZSTAN | 0 | 2 | **2** |
| | MEXICO | 407 | 553 | **960** |
| | MOLDOVA | 0 | 2 | **2** |
| | NICARAGUA | 1 | 4 | **5** |
| | PERU | 0 | 1 | **1** |
| | ROMANIA | 0 | 7 | **7** |
| | RUSSIA | 11 | 176 | **187** |
| | SOMALIA | 1 | 0 | **1** |
| | SPAIN | 1 | 1 | **2** |
| | TAJIKISTAN | 0 | 1 | **1** |
| | THAILAND | 0 | 1 | **1** |
| | TURKEY | 3 | 0 | **3** |
| | UKRAINE | 7 | 8 | **15** |
| | UNKNOWN | 1 | 3 | **4** |
| | UZBEKISTAN | 0 | 1 | **1** |
| | VENEZUELA | 1 | 2 | **3** |
| **OFO Total** | | **445** | **1,286** | **1,731** |
| | AFGHANISTAN | 0 | 6 | **6** |
| | ALBANIA | 0 | 4 | **4** |
| | ANGOLA | 0 | 21 | **21** |
| | ARGENTINA | 0 | 8 | **8** |
| | ARMENIA | 0 | 5 | **5** |
| | AZERBAIJAN | 0 | 4 | **4** |
| | BANGLADESH | 0 | 2 | **2** |
| | BELARUS | 0 | 3 | **3** |
| **USBP** | BELIZE | 0 | 1 | **1** |
| | BENIN | 0 | 1 | **1** |
| | BOLIVIA | 0 | 17 | **17** |
| | BRAZIL | 14 | 248 | **262** |
| | BURKINA FASO | 0 | 1 | **1** |
| | CAMEROON | 0 | 13 | **13** |
| | CAPE VERDE | 0 | 1 | **1** |
| | CHILE | 0 | 2 | **2** |

| | | | |
|---|---|---|---|
| CHINA, PEOPLES REPUBLIC OF | 0 | 37 | **37** |
| COLOMBIA | 2 | 2,088 | **2,090** |
| CONGO | 0 | 10 | **10** |
| COSTA RICA | 0 | 8 | **8** |
| CUBA | 363 | 4,330 | **4,693** |
| DEM REP OF THE CONGO | 0 | 1 | **1** |
| DOMINICAN REPUBLIC | 0 | 83 | **83** |
| ECUADOR | 7 | 266 | **273** |
| EGYPT | 0 | 2 | **2** |
| EL SALVADOR | 969 | 78 | **1,047** |
| ERITREA | 0 | 12 | **12** |
| ETHIOPIA | 0 | 9 | **9** |
| GEORGIA | 0 | 182 | **182** |
| GHANA | 0 | 20 | **20** |
| GUADELOUPE | 1 | 0 | **1** |
| GUATEMALA | 2,600 | 134 | **2,734** |
| GUINEA | 0 | 6 | **6** |
| GUINEA-BISSAU | 0 | 2 | **2** |
| HAITI | 318 | 1,048 | **1,366** |
| HONDURAS | 1,770 | 203 | **1,973** |
| INDIA | 0 | 392 | **392** |
| IRAN | 0 | 2 | **2** |
| IRAQ | 0 | 1 | **1** |
| ISRAEL | 0 | 1 | **1** |
| ITALY | 0 | 1 | **1** |
| IVORY COAST | 0 | 1 | **1** |
| JAMAICA | 0 | 115 | **115** |
| KOSOVO | 0 | 1 | **1** |
| KYRGYZSTAN | 0 | 4 | **4** |
| LEBANON | 0 | 2 | **2** |
| MALI | 0 | 2 | **2** |
| MAURITANIA | 0 | 6 | **6** |
| MEXICO | 13,416 | 1,246 | **14,662** |
| MOLDOVA | 0 | 1 | **1** |
| MOROCCO | 0 | 1 | **1** |
| NEPAL | 0 | 35 | **35** |
| NICARAGUA | 204 | 3,413 | **3,617** |
| NIGERIA | 0 | 12 | **12** |
| PAKISTAN | 0 | 9 | **9** |

| | | | |
|---|---|---|---|
| PANAMA | 0 | 1 | **1** |
| PARAGUAY | 0 | 1 | **1** |
| PERU | 0 | 927 | **927** |
| PHILIPPINES | 0 | 2 | **2** |
| ROMANIA | 0 | 32 | **32** |
| RUSSIA | 0 | 78 | **78** |
| SENEGAL | 0 | 25 | **25** |
| SIERRA LEONE | 0 | 2 | **2** |
| SOMALIA | 1 | 33 | **34** |
| SRI LANKA | 0 | 3 | **3** |
| ST. LUCIA | 0 | 1 | **1** |
| SUDAN | 0 | 2 | **2** |
| TAJIKISTAN | 1 | 0 | **1** |
| TOGO | 0 | 2 | **2** |
| TRINIDAD AND TOBAGO | 0 | 1 | **1** |
| TURKEY | 0 | 453 | **453** |
| UKRAINE | 0 | 8 | **8** |
| URUGUAY | 0 | 3 | **3** |
| UZBEKISTAN | 2 | 24 | **26** |
| VENEZUELA | 1 | 642 | **643** |
| **USBP Total** | **19,669** | **16,341** | **36,010** |
| **CBP Total** | **20,114** | **17,627** | **37,741** |

**2. The number of recidivist border crossers for whom DHS has applied expedited removal.**

From May 10, 2022 to May 16, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 802 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

**3. The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From May 10, 2022 through May 16, 2022, CBP's Office of Field Operations processed 1,247 Title 42 exceptions at the 6 ports of entry that process the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.

- Hidalgo, TX: **463**
- Laredo, TX: **0**
- Eagle Pass, TX: **0**
- Paso del Norte, El Paso, TX: **210**
- Nogales, AZ: **90**
- San Ysidro, CA: **484**

**4. Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports that it has made no material changes to its policy on application of the Title 42 process beyond compliance with the Court's temporary restraining order.

Date:  May 18, 2022

Respectfully submitted,
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JONATHAN D. KOSSAK (DC #991478)
JOHN ROBINSON (DC #1044072)
JOSEPH J. DEMOTT (VA #93981)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov
Joseph.demott@usdoj.gov

Attorneys for Defendants