IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW ) |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's May 20, 2022 Memorandum Opinion and Order (ECF Nos. 90 & 91) granting Plaintiffs' motion for preliminary injunction.

Dated: May 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
 U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

*/s/ John Robinson*
JONATHAN D. KOSSAK (DC #991478)
JOHN ROBINSON (DC #1044072)
JOSEPH J. DEMOTT (VA #93981)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Program Branch
(202) 514-3716
Jean.lin@usdoj.gov
Joseph.DeMott@usdoj.gov
Jonathan.kossak@usdoj.gov

John.j.robinson@usdoj.gov

*Attorneys for Defendants*