UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, et al.,<br><br>Defendants. | Civil Action No.: 6:22-cv-00885-RRS-CBW<br><br>Judge: Robert R. Summerhays<br>Magistrate Judge: Carol B. Whitehurst |

## NOTICE OF APPEAL

Notice is hereby given that Innovation Law Lab appeals to the United States Court of Appeals for the Fifth Circuit from this Court's May 13, 2022 ruling denying its Motion for Limited Intervention (*see* ECF No. 83) as well as this Court's May 20, 2022 Memorandum Opinion and Order (ECF Nos. 90 & 91) granting Plaintiffs' motion for preliminary injunction on a nationwide basis. *See DeOtte v. State*, 20 F.4th 1055 (5th Cir. 2021).

Respectfully submitted,                                                                Dated: May 24, 2022

*/s/ Monika Y. Langarica*
Monika Y. Langarica*
CA Bar No. 308518
Ahilan Arulanantham*
CA Bar No. 237841
Talia Inlender*
CA Bar No. 253796
**Center for Immigration Law and Policy**
**UCLA School of Law**
Box 951476
Los Angeles, CA 90095
(310) 983-3345
langarica@law.ucla.edu

1

*/s/ Matthew S. Vogel*
Matthew S. Vogel+
LA Bar No. 35363
Sirine Shebaya*
DC Bar No. 1019748
Victoria F. Neilson*++
NY Bar No. 2689792
Joseph Meyers*+++
CA Bar No. 325183
**National Immigration Project**
**of the National Lawyers Guild (NIPNLG)**
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
(504) 264-3613
matt@nipnlg.org

* Admitted *pro hac vice*
+ Not admitted in DC; working remotely from and admitted in Louisiana only
++ Not admitted in DC; working remotely from and admitted in New York only
+++ Not admitted in DC; working remotely from and admitted in California only