# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>*Defendants*. | Civil Action No.: 6:22-cv-00885-RRS-CBW<br><br>Judge: Robert R. Summerhays<br>Magistrate Judge: Carol B. Whitehurst |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR'S EXPEDITED MOTION TO STAY NATIONWIDE SCOPE OF PRELIMINARY INJUNCTION PENDING APPEAL

Upon review of Proposed Intervenor Innovation Law Lab's Expedited Motion to Stay Nationwide Scope of Preliminary Injunction Pending Appeal and the accompanying memorandum of law (ECF No. 97), all supporting exhibits, together with any opposing papers, the Proposed Intervenor's Expedited Motion to Stay Nationwide Scope of Preliminary Injunction Pending Appeal is **GRANTED**.

The Court finds that the Proposed Intervenor has satisfied the requirements for a stay of an injunction pending appeal by demonstrating its likelihood of success on the merits, that it will suffer irreparable harm in the absence of a stay, that a stay will not cause Plaintiff States substantial harm, and that the public interest warrants a stay pending appeal. *See Nken v. Holder*, 556 U.S. 418 (2009).

Accordingly, **IT IS ORDERED** that the Preliminary Injunction in this matter (ECF Nos. 90 and 91) is hereby **STAYED** pending appeal to the United States Court of Appeals for the Fifth Circuit, insofar as it applies outside of the geographic boundaries of the Plaintiff States.

**SO ORDERED** this _____ day of _____ 2022, at Lafayette, Louisiana.

_____
HON. ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE