UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER**

On May 13, 2022, the Court denied the Motion for Limited Intervention [ECF No. 62] filed by Alicia De Los Angles Duran Raymundo, Kevin Alexi De Leon and Innovation Law Lab (collectively "Proposed Intervenors"). The Proposed Intervenors sought to intervene in the case to oppose the scope of any injunction entered by the Court so that any injunction did not apply on a nationwide basis. On May 20, 2022, the Court entered a Preliminary Injunction [ECF No. 91] which applied nationwide. The Defendants, as well as the Proposed Intervenors, have each filed a Notice of Appeal of the Court's ruling. The Proposed Intervenors have now filed an Expedited Motion to Stay Nationwide Scope of Preliminary Injunction Pending Appeal [ECF No. 97]. For a court to grant a stay of an injunction pending appeal, four factors must be considered: (1) whether the movant has made a showing of likelihood of success on the merits; (2) whether the movant has made a showing of irreparable injury if the stay is not granted; (3) whether the granting of the stay would substantially harm the other parties; and (4) whether the granting of the stay would serve the public interest.[1] The Court previously addressed the Proposed Intervenors' argument on the nationwide scope of injunctive relief. The Court concludes, therefore, that the Proposed

---

[1] *Ruiz v. Estelle*, 650 F.2d 555, 565 (5th Cir. 1981).

Intervenors are unlikely to succeed on the merits of their appeal regarding the scope of the injunction. Accordingly,

IT IS ORDERED THAT the Expedited Motion to Stay Nationwide Scope of Preliminary Injunction Pending Appeal [ECF No. 97] filed by Alicia De Los Angles Duran Raymundo, Kevin Alexi De Leon and Innovation Law Lab is **DENIED**.

THUS DONE in Chambers on this 27th day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE