IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**PLAINTIFF STATES' PARTIAL OPPOSITION TO
DEFENDANTS' MOTION TO STAY DISTRICT COURT PROCEEDINGS**

i

## INTRODUCTION

The Plaintiff States ("States") partially oppose Defendants' motion to stay district court proceedings or, in the alternative, for an extension of time to respond to the Second Amended Complaint (Doc. 114-1). The States did not oppose the requested extension, which this Court has already granted. *See* Doc. 117. Defendants also do not oppose delaying briefing on cross-motions for summary judgment while Defendants' preliminary injunction appeal is pending.

The States do oppose a broader stay, however. Such stays of district court proceedings are disfavored as they "unnecessarily delay the litigation and waste judicial resources." *Caribbean Marine Servs. Co., Inc. v. Baldrige*, 844 F.2d 668, 673 (9th Cir. 1988). Indeed, "To the extent that a desire to get an early glimpse of [the appellate courts'] view of the merits of the underlying legal issues in this litigation motivated this tactic"—*i.e.*, which is explicitly Defendants' stated rationale here[1]—that approach is "both misconceived and wasteful." *Id.* "Thus, rather than delay all proceedings during the pendency of an appeal from an order granting a preliminary injunction, the parties should have sought a rapid resolution of the legal issues presented in this case." *Id.*

Plaintiffs respectfully submit that the time in which Defendants' appeal is pending can properly be put to good use in two ways. *First*, if Defendants intend to move to dismiss the Second Amended Complaint, they should be required to do so now. Motion practice about the adequacy of the States' pleadings after this Court has already addressed many of the issues presented in its May 20 preliminary injunction order, and the administrative record has already been produced, would be needlessly wasteful. But if Defendants intend to take that course, it should not delay ultimate resolution of this case. Instead, any disputes about the adequacy of the States' pleadings, and resulting opportunity to cure any identified deficiencies by amendment, should occur while Defendants' appeal

---

[1] *See* Mem. at 4 (arguing that a "stay pending the resolution of Defendants' Fifth Circuit appeal, which may include certain threshold issues, would serve the interests of judicial economy and efficiency *because the Fifth Circuit's opinion is likely to bear on the resolution of this case.*" (emphasis added)).

1

is pending. A contrary approach of permitting Defendants to delay final resolution by successive motion practice—*i.e.*, a motion for a stay, followed by a motion to dismiss, and then finally motions for summary judgment (to the extent those motions are not preceded by a motion to stay summary judgment briefing pending resolution of the motion to dismiss)—would needlessly prolong this case.

*Second*, any requests for discovery, and then any resulting discovery, should be resolved/conducted during this time to avoid delay of summary judgment briefing. The States have specifically argued that the Termination Order is pretextual, *see*, *e.g.*, Doc. 11-2 at 23-24, 39-40, and should be permitted to seek discovery by motion during the pendency of Defendants' appeal. Similarly, to the extent that Defendants intend to continue to challenge the States' standing in their motion for summary judgment notwithstanding this Court's May 20 order, the States should be permitted to seek jurisdictional discovery by motion to develop the factual record.

Resolution of such motions and taking of appropriate targeted discovery would be an efficient use of the time in which Defendants' appeal is pending, and would permit expeditious final resolution of this case by cross-motions for summary judgment on a fully developed record after that appeal is resolved. By contrast, Defendants' suggestion that this case should be put in cryogenic deep-freeze while their appeal is pending is "both misconceived and wasteful." *Caribbean Marine Servs.*, 844 F.2d at 673.

## CONCLUSION

For the foregoing reasons, this Court should deny in part Defendants' request for a stay by, (1) requiring Defendants to file an answer or motion to dismiss and (2) permitting the States to seek discovery during that time and, if such requests are granted, to conduct such discovery.

| | |
|---|---|
| Dated: June 16, 2022 | Respectfully submitted, |

By: */s/ Joseph S. St. John*

<div style="display: flex;">

MARK BRNOVICH
   Attorney General
BRUNN ("BEAU") W. ROYSDEN III *
   Solicitor General
DREW C. ENSIGN **
   Deputy Solicitor General
JAMES K. ROGERS *
   Senior Litigation Counsel
ANTHONY R. NAPOLITANO
   Assistant Attorney General
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov

*Counsel for Plaintiff State of Arizona*

STEVE MARSHALL
   Alabama Attorney General
EDMUND G. LACOUR JR.*
   Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

</div>

ELIZABETH B. MURRILL (La #20685)
   Solicitor General
J. SCOTT ST. JOHN (La #36682)
   Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
   Attorney General
D. JOHN SAUER **
   Solicitor General
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

TREG R. TAYLOR
   Attorney General of Alaska
CORI M. MILLS*
   Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON*
   Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov

*Counsel for Plaintiff State of Alaska*

3

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*


CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY*
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

DEREK SCHMIDT
  Attorney General
DWIGHT R. CARSWELL*
  Deputy Solicitor General
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
  Attorney General,
BRIAN KANE*
  Chief Deputy Attorney General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
  Attorney General of Kentucky
MARC MANLEY*
  Associate Attorney General
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

AUSTIN KNUDSEN
  Attorney General
DAVID M.S. DEWHIRST*
  Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
  Attorney General
JAMES A. CAMPBELL*
  Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*


JOHN M. O'CONNOR
  Attorney General of Oklahoma
BRYAN CLEVELAND*
  Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

LYNN FITCH
  Attorney General of Mississippi
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DREW H. WRIGLEY
  Attorney General
MATTHEW SAGSVEEN*
  Solicitor General
OFFICE OF THE NORTH DAKOTA ATTORNEY GENERAL
500 N. 9th St.
Bismarck, ND 58501-4509
masagsve@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVE YOST
  Ohio Attorney General
BENJAMIN M. FLOWERS*
  Solicitor General
OFFICE OF THE OHIO ATTORNEY GENERAL
30 E. Broad St., 17th Fl.
Columbus, OH 43215
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

ALAN WILSON
  South Carolina Attorney General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

5

HERBERT H. SLATERY III
   Attorney General and Reporter of Tennessee
ANDRÉE S. BLUMSTEIN
   Solicitor General
CLARK L. HILDABRAND*
BRANDON J. SMITH*
   Assistant Solicitors General
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL AND REPORTER
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-5642
Clark.Hildabrand@ag.tn.gov
Brandon.Smith@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

JASON S. MIYARES
   Attorney General
ANDREW N. FERGUSON*
   Solicitor General
LUCAS W.E. CROSLOW*
   Deputy Solicitor General
OFFICE OF THE VIRGINIA ATTORNEY GENERAL
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7704
AFerguson@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

PATRICK MORRISEY
   Attorney General
LINDSAY SEE*
   Solicitor General
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

KEN PAXTON
   Attorney General of Texas
AARON F. REITZ*
   Deputy Attorney General for Legal Strategy
LEIF A. OLSON*
   Special Counsel
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

SEAN D. REYES
   Utah Attorney General
MELISSA HOLYOAK*
   Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS*
   Chief Deputy Attorney General
OFFICE OF THE WYOMING
ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

\* Pro hac vice application forthcoming
\*\* Pro hac vice application granted