# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

|  |  |
|---|---|
| STATE OF ARIZONA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF JUNE PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION**

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of June 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS") has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of June 1-30, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| **OFO** | ARGENTINA | 0 | 3 | 3 |
| | ARMENIA | 0 | 100 | 100 |
| | AZERBAIJAN | 0 | 3 | 3 |
| | BELARUS | 0 | 29 | 29 |
| | BELIZE | 0 | 12 | 12 |
| | BOLIVIA | 0 | 1 | 1 |
| | BRAZIL | 0 | 3 | 3 |
| | CAMEROON | 0 | 1 | 1 |
| | CANADA | 3 | 6 | 9 |
| | CHILE | 1 | 4 | 5 |
| | CHINA, PEOPLES REPUBLIC OF | 1 | 20 | 21 |
| | COLOMBIA | 5 | 31 | 36 |
| | COSTA RICA | 1 | 3 | 4 |
| | CUBA | 12 | 128 | 140 |
| | DOMINICAN REPUBLIC | 3 | 3 | 6 |
| | ECUADOR | 3 | 3 | 6 |
| | EGYPT | 0 | 1 | 1 |
| | EL SALVADOR | 13 | 111 | 124 |
| | FRANCE | 1 | 1 | 2 |
| | FRENCH GUIANA | 1 | 0 | 1 |
| | GEORGIA | 0 | 2 | 2 |

| | | | | |
|---|---|---|---|---|
| | GERMANY | 3 | 2 | **5** |
| | GHANA | 0 | 2 | **2** |
| | GUATEMALA | 25 | 67 | **92** |
| | HAITI | 7 | 1,601 | **1,608** |
| | HONDURAS | 11 | 344 | **355** |
| | INDIA | 1 | 4 | **5** |
| | ITALY | 1 | 1 | **2** |
| | JAMAICA | 0 | 19 | **19** |
| | JAPAN | 0 | 3 | **3** |
| | KAZAKHSTAN | 0 | 1 | **1** |
| | KENYA | 0 | 1 | **1** |
| | KUWAIT | 0 | 1 | **1** |
| | KYRGYZSTAN | 0 | 19 | **19** |
| | MEXICO | 1,640 | 2,409 | **4,049** |
| | MOLDOVA | 0 | 3 | **3** |
| | NETHERLANDS | 1 | 0 | **1** |
| | NICARAGUA | 13 | 18 | **31** |
| | PANAMA | 0 | 2 | **2** |
| | PARAGUAY | 0 | 1 | **1** |
| | PERU | 3 | 10 | **13** |
| | PHILIPPINES | 0 | 1 | **1** |
| | POLAND | 0 | 1 | **1** |
| | REPUBLIC OF SOUTH AFRICA | 1 | 0 | **1** |
| | ROMANIA | 0 | 4 | **4** |
| | RUSSIA | 1 | 452 | **453** |
| | SOUTH KOREA | 0 | 1 | **1** |
| | SPAIN | 1 | 6 | **7** |
| | TAIWAN - REPUBLIC OF CHINA | 0 | 2 | **2** |
| | TAJIKISTAN | 0 | 4 | **4** |
| | TURKEY | 1 | 3 | **4** |
| | UGANDA | 0 | 1 | **1** |
| | UKRAINE | 3 | 15 | **18** |
| | UNITED KINGDOM | 0 | 1 | **1** |
| | UNKNOWN | 1 | 7 | **8** |
| | UZBEKISTAN | 0 | 10 | **10** |
| | VENEZUELA | 25 | 9 | **34** |
| | VIETNAM | 0 | 1 | **1** |
| **OFO Total** | | **1,782** | **5,491** | **7,273** |
| **USBP** | AFGHANISTAN | 0 | 57 | **57** |
| | ALBANIA | 0 | 9 | **9** |

2

| | | | |
|---|---:|---:|---:|
| ANGOLA | 0 | 10 | **10** |
| ANTIGUA AND BARBUDA | 0 | 1 | **1** |
| ARGENTINA | 0 | 10 | **10** |
| ARMENIA | 0 | 7 | **7** |
| AZERBAIJAN | 0 | 31 | **31** |
| BANGLADESH | 0 | 124 | **124** |
| BELARUS | 0 | 27 | **27** |
| BELIZE | 1 | 27 | **28** |
| BENIN | 0 | 1 | **1** |
| BOLIVIA | 1 | 61 | **62** |
| BRAZIL | 31 | 1,393 | **1,424** |
| BURKINA FASO (UPPER VOLTA) | 0 | 31 | **31** |
| CAMEROON | 0 | 119 | **119** |
| CHILE | 1 | 3 | **4** |
| CHINA, PEOPLES REPUBLIC OF | 0 | 183 | **183** |
| COLOMBIA | 40 | 6,234 | **6,274** |
| COSTA RICA | 0 | 30 | **30** |
| CUBA | 280 | 12,089 | **12,369** |
| DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 6 | **6** |
| DOMINICA | 0 | 1 | **1** |
| DOMINICAN REPUBLIC | 2 | 453 | **455** |
| ECUADOR | 253 | 1,071 | **1,324** |
| EGYPT | 0 | 7 | **7** |
| EL SALVADOR | 3,981 | 508 | **4,489** |
| ERITREA | 0 | 45 | **45** |
| ETHIOPIA | 0 | 23 | **23** |
| FRANCE | 0 | 1 | **1** |
| GAMBIA | 0 | 7 | **7** |
| GEORGIA | 0 | 661 | **661** |
| GHANA | 0 | 182 | **182** |
| GUADELOUPE | 10 | 0 | **10** |
| GUATEMALA | 11,646 | 587 | **12,233** |
| GUINEA | 0 | 47 | **47** |
| GUINEA-BISSAU | 0 | 4 | **4** |
| HAITI | 7 | 72 | **79** |
| HONDURAS | 8,329 | 898 | **9,227** |
| INDIA | 1 | 1,753 | **1,754** |
| IRAN | 0 | 15 | **15** |
| ISRAEL | 0 | 2 | **2** |
| ITALY | 0 | 1 | **1** |

| | | | |
|---|---:|---:|---:|
| IVORY COAST | 0 | 4 | **4** |
| JAMAICA | 1 | 242 | **243** |
| JORDAN | 0 | 3 | **3** |
| KAZAKHSTAN | 0 | 9 | **9** |
| KENYA | 0 | 1 | **1** |
| KOSOVO | 0 | 9 | **9** |
| KYRGYZSTAN | 0 | 30 | **30** |
| LAOS | 0 | 1 | **1** |
| LEBANON | 0 | 4 | **4** |
| LIBERIA | 0 | 2 | **2** |
| MALI | 0 | 13 | **13** |
| MAURITANIA | 0 | 33 | **33** |
| MEXICO | 51,529 | 4,994 | **56,523** |
| MICRONESIA, FEDERATED STATES OF | 1 | 0 | **1** |
| MOLDOVA | 0 | 2 | **2** |
| MOROCCO | 0 | 1 | **1** |
| NEPAL | 0 | 153 | **153** |
| NICARAGUA | 218 | 9,027 | **9,245** |
| NIGER | 0 | 2 | **2** |
| NIGERIA | 0 | 30 | **30** |
| PAKISTAN | 0 | 34 | **34** |
| PANAMA | 0 | 18 | **18** |
| PARAGUAY | 0 | 1 | **1** |
| PERU | 6 | 2,897 | **2,903** |
| PHILIPPINES | 0 | 2 | **2** |
| POLAND | 0 | 1 | **1** |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 1 | 12 | **13** |
| REPUBLIC OF SOUTH AFRICA | 0 | 1 | **1** |
| ROMANIA | 0 | 119 | **119** |
| RUSSIA | 0 | 316 | **316** |
| RWANDA | 0 | 2 | **2** |
| SENEGAL | 0 | 183 | **183** |
| SERBIA | 0 | 5 | **5** |
| SIERRA LEONE | 0 | 10 | **10** |
| SOMALIA | 0 | 150 | **150** |
| SPAIN | 0 | 1 | **1** |
| SRI LANKA | 0 | 25 | **25** |
| SUDAN | 0 | 1 | **1** |
| SYRIA | 0 | 6 | **6** |
| TAJIKISTAN | 0 | 5 | **5** |

|  | | | | |
|---|---|---|---|---|
|  | TOGO | 0 | 7 | 7 |
|  | TUNISIA | 0 | 1 | 1 |
|  | TURKEY | 1 | 1,734 | 1,735 |
|  | UGANDA | 0 | 4 | 4 |
|  | UKRAINE | 0 | 16 | 16 |
|  | URUGUAY | 0 | 3 | 3 |
|  | UZBEKISTAN | 0 | 152 | 152 |
|  | VENEZUELA | 7 | 9,510 | 9,517 |
|  | VIETNAM | 0 | 8 | 8 |
|  | YEMEN | 0 | 1 | 1 |
| **USBP Total** | | 76,347 | 56,576 | 132,923 |
| **CBP Total** | | 78,129 | 62,067 | 140,196 |

2. **The number of recidivist border crossers for whom DHS has applied expedited removal.**

From June 1 - 30, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 1,427 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

3. **The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From the month of June 2022, CBP's Office of Field Operations processed 8,792 Title 42 exceptions at the 6 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.[1]

- Hidalgo, TX: **3,781**
- Laredo, TX: **773**
- Eagle Pass, TX: **595**
- Paso del Norte, El Paso, TX: **1,137**

---

[1] Given a significant increase in the number of individuals who have presented themselves with situations that warrant humanitarian exceptions pursuant to the terms of the CDC's Title 42 public health orders, DHS has, beginning July 13, 2022, begun to gradually increase the number of humanitarian exceptions it applies, subject to operational constraints.

- Nogales, AZ: **357**
- San Ysidro, CA: **2,149**

4. **Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports that it has made no material changes to its policy on application of the Title 42 process.

Date:  July 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
JONATHAN D. KOSSAK (DC #991478)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

Attorneys for Defendants