# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

|  |  |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF JULY PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of July 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of July 1-31, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| OFO | AFGHANISTAN | 0 | 8 | 8 |
| | ANGOLA | 1 | 0 | 1 |
| | ARGENTINA | 0 | 2 | 2 |
| | ARMENIA | 1 | 145 | 146 |
| | AUSTRALIA | 0 | 2 | 2 |
| | AZERBAIJAN | 0 | 6 | 6 |
| | BANGLADESH | 0 | 5 | 5 |
| | BELARUS | 0 | 23 | 23 |
| | BELIZE | 0 | 11 | 11 |
| | BOLIVIA | 0 | 3 | 3 |
| | BRAZIL | 0 | 4 | 4 |
| | BURKINA FASO (UPPER VOLTA) | 0 | 3 | 3 |
| | CANADA | 5 | 2 | 7 |
| | CHILE | 0 | 2 | 2 |
| | CHINA, PEOPLES REPUBLIC OF | 2 | 11 | 13 |
| | COLOMBIA | 8 | 23 | 31 |
| | COSTA RICA | 0 | 2 | 2 |
| | CUBA | 2 | 14 | 16 |
| | DOMINICA | 1 | 0 | 1 |
| | DOMINICAN REPUBLIC | 0 | 4 | 4 |
| | ECUADOR | 8 | 3 | 11 |

| | | | | |
|---|---|---|---|---|
| | EGYPT | 0 | 1 | **1** |
| | EL SALVADOR | 9 | 128 | **137** |
| | ETHIOPIA | 0 | 1 | **1** |
| | FRANCE | 0 | 1 | **1** |
| | GEORGIA | 0 | 13 | **13** |
| | GERMANY | 1 | 0 | **1** |
| | GHANA | 0 | 11 | **11** |
| | GUATEMALA | 18 | 86 | **104** |
| | HAITI | 1 | 2,653 | **2,654** |
| | HONDURAS | 43 | 461 | **504** |
| | INDIA | 0 | 6 | **6** |
| | IRAN | 0 | 2 | **2** |
| | ISRAEL | 0 | 2 | **2** |
| | ITALY | 2 | 0 | **2** |
| | IVORY COAST | 0 | 1 | **1** |
| | JAMAICA | 0 | 8 | **8** |
| | JAPAN | 0 | 1 | **1** |
| | KYRGYZSTAN | 0 | 8 | **8** |
| | MEXICO | 1,611 | 2,699 | **4,310** |
| | MOLDOVA | 0 | 7 | **7** |
| | NICARAGUA | 1 | 23 | **24** |
| | PAKISTAN | 0 | 1 | **1** |
| | PANAMA | 0 | 3 | **3** |
| | PERU | 4 | 16 | **20** |
| | PHILIPPINES | 0 | 2 | **2** |
| | PORTUGAL | 2 | 0 | **2** |
| | REPUBLIC OF SOUTH AFRICA | 0 | 1 | **1** |
| | ROMANIA | 4 | 4 | **8** |
| | RUSSIA | 12 | 420 | **432** |
| | SLOVENIA | 1 | 0 | **1** |
| | SOUTH KOREA | 0 | 2 | **2** |
| | SPAIN | 6 | 3 | **9** |
| | TAJIKISTAN | 0 | 4 | **4** |
| | TURKEY | 1 | 2 | **3** |
| | UGANDA | 0 | 2 | **2** |
| | UKRAINE | 6 | 15 | **21** |
| | UNITED KINGDOM | 0 | 1 | **1** |
| | UNKNOWN | 1 | 10 | **11** |
| | URUGUAY | 1 | 0 | **1** |

| | | | | |
|---|---|---|---|---|
| | UZBEKISTAN | 1 | 2 | **3** |
| | VENEZUELA | 5 | 17 | **22** |
| | YEMEN | 0 | 1 | **1** |
| **OFO Total** | | **1,758** | **6,891** | **8,649** |
| **USBP** | AFGHANISTAN | 0 | 75 | **75** |
| | ALBANIA | 0 | 8 | **8** |
| | ALGERIA | 0 | 6 | **6** |
| | ANGOLA | 0 | 76 | **76** |
| | ARGENTINA | 0 | 13 | **13** |
| | ARMENIA | 0 | 10 | **10** |
| | AZERBAIJAN | 0 | 25 | **25** |
| | BANGLADESH | 0 | 130 | **130** |
| | BELARUS | 0 | 17 | **17** |
| | BELIZE | 0 | 18 | **18** |
| | BENIN | 0 | 3 | **3** |
| | BOLIVIA | 0 | 57 | **57** |
| | BRAZIL | 282 | 1,659 | **1,941** |
| | BURKINA FASO (UPPER VOLTA) | 0 | 25 | **25** |
| | CAMBODIA | 0 | 1 | **1** |
| | CAMEROON | 0 | 113 | **113** |
| | CAPE VERDE, REPUBLIC OF | 0 | 1 | **1** |
| | CENTRAL AFRICAN REPUBLIC | 0 | 1 | **1** |
| | CHILE | 0 | 10 | **10** |
| | CHINA, PEOPLES REPUBLIC OF | 0 | 270 | **270** |
| | COLOMBIA | 64 | 6,793 | **6,857** |
| | COSTA RICA | 0 | 29 | **29** |
| | CUBA | 94 | 15,017 | **15,111** |
| | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 24 | **24** |
| | DOMINICAN REPUBLIC | 3 | 489 | **492** |
| | ECUADOR | 93 | 994 | **1,087** |
| | EGYPT | 0 | 11 | **11** |
| | EL SALVADOR | 3,845 | 447 | **4,292** |
| | EQUATORIAL GUINEA | 0 | 5 | **5** |
| | ERITREA | 0 | 99 | **99** |
| | ETHIOPIA | 0 | 38 | **38** |
| | GAMBIA | 0 | 8 | **8** |
| | GEORGIA | 0 | 744 | **744** |
| | GHANA | 0 | 267 | **267** |
| | GREECE | 0 | 1 | **1** |

| | | | |
|---|---:|---:|---:|
| GUADELOUPE | 5 | 0 | **5** |
| GUATEMALA | 10,241 | 561 | **10,802** |
| GUINEA | 0 | 38 | **38** |
| GUINEA-BISSAU | 0 | 2 | **2** |
| HAITI | 18 | 147 | **165** |
| HONDURAS | 7,867 | 867 | **8,734** |
| INDIA | 0 | 1,093 | **1,093** |
| IRAN | 0 | 18 | **18** |
| IRAQ | 0 | 2 | **2** |
| IRELAND | 0 | 1 | **1** |
| ISRAEL | 0 | 2 | **2** |
| IVORY COAST | 0 | 12 | **12** |
| JAMAICA | 0 | 223 | **223** |
| JORDAN | 0 | 3 | **3** |
| KAZAKHSTAN | 0 | 9 | **9** |
| KENYA | 1 | 2 | **3** |
| KOSOVO | 0 | 6 | **6** |
| KYRGYZSTAN | 0 | 25 | **25** |
| LEBANON | 0 | 4 | **4** |
| LIBYA | 0 | 1 | **1** |
| MACAU | 1 | 0 | **1** |
| MALI | 0 | 25 | **25** |
| MAURITANIA | 0 | 32 | **32** |
| MEXICO | 40,416 | 4,369 | **44,785** |
| MICRONESIA, FEDERATED STATES OF | 1 | 0 | **1** |
| MOLDOVA | 0 | 4 | **4** |
| MONGOLIA | 0 | 1 | **1** |
| MOROCCO | 0 | 3 | **3** |
| MOZAMBIQUE | 0 | 1 | **1** |
| NEPAL | 0 | 122 | **122** |
| NICARAGUA | 59 | 9,885 | **9,944** |
| NIGER | 0 | 3 | **3** |
| NIGERIA | 0 | 70 | **70** |
| PAKISTAN | 0 | 32 | **32** |
| PANAMA | 0 | 27 | **27** |
| PARAGUAY | 0 | 3 | **3** |
| PERU | 6 | 3,456 | **3,462** |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 0 | 20 | **20** |
| REPUBLIC OF SOUTH AFRICA | 0 | 1 | **1** |

| | | | |
|---|---:|---:|---:|
| ROMANIA | 0 | 120 | **120** |
| RUSSIA | 0 | 298 | **298** |
| SENEGAL | 0 | 146 | **146** |
| SERBIA | 0 | 2 | **2** |
| SIERRA LEONE | 0 | 16 | **16** |
| SOMALIA | 0 | 165 | **165** |
| SPAIN | 0 | 1 | **1** |
| SRI LANKA | 0 | 19 | **19** |
| STATELESS | 0 | 2 | **2** |
| SUDAN | 0 | 4 | **4** |
| SURINAME | 0 | 1 | **1** |
| SYRIA | 0 | 2 | **2** |
| TAJIKISTAN | 0 | 8 | **8** |
| TANZANIA | 0 | 5 | **5** |
| THAILAND | 0 | 1 | **1** |
| TOGO | 0 | 5 | **5** |
| TRINIDAD AND TOBAGO | 0 | 1 | **1** |
| TUNISIA | 0 | 2 | **2** |
| TURKEY | 0 | 985 | **985** |
| UKRAINE | 0 | 15 | **15** |
| URUGUAY | 0 | 2 | **2** |
| USSR | 0 | 1 | **1** |
| UZBEKISTAN | 0 | 158 | **158** |
| VENEZUELA | 45 | 12,126 | **12,171** |
| VIETNAM | 0 | 25 | **25** |
| WESTERN SAHARA | 0 | 3 | **3** |
| YEMEN | 0 | 5 | **5** |
| **USBP Total** | **63,041** | **62,672** | **125,713** |
| **CBP Total** | **64,799** | **69,563** | **134,362** |

2. **The number of recidivist border crossers for whom DHS has applied expedited removal.**

From July 1 - 31, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to **1,095** single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

5

3. **The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From July 1 – 31, 2022, CBP's Office of Field Operations processed 11,574 Title 42 exceptions at the 6 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.[1]

- Hidalgo, TX: 4,452
- Laredo, TX: 1,451
- Eagle Pass, TX: 1,296
- Paso del Norte, El Paso, TX: 1,230
- Nogales, AZ: 387
- San Ysidro, CA: 2,758

4. **Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports that it has made no material changes to its policy on application of the Title 42 process.[2]

Date: August 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

---

[1] As noted in Defendants' prior report, given a significant increase in the number of individuals who have presented themselves with situations that warrant humanitarian exceptions pursuant to the terms of the CDC's Title 42 public health orders, DHS began on July 13, 2022 to gradually increase the number of humanitarian exceptions it applies, subject to operational constraints.

[2] Defendants note that on August 15, 2022, the plaintiffs in *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100 (D.D.C.), a class action challenging the application of the Title 42 policy to family units, filed a motion for partial summary judgment on their claim that the Title 42 policy is arbitrary and capricious. The *Huisha-Huisha* plaintiffs seek entry of an order vacating and setting aside Defendants' "Title 42 policy," declaring that the Title 42 policy is arbitrary and capricious, and permanently enjoining Defendants from applying the Title 42 policy to class members. The court has set a hearing on plaintiffs' motion for October 11, 2022.

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
JONATHAN D. KOSSAK (DC #991478)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

Attorneys for Defendants