IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW |
| | ) |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF AUGUST PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION**

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of August 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of August 1-31, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| **OFO** | AFGHANISTAN | 0 | 3 | 3 |
| | ARGENTINA | 0 | 2 | 2 |
| | ARMENIA | 0 | 122 | 122 |
| | AZERBAIJAN | 0 | 4 | 4 |
| | BANGLADESH | 0 | 1 | 1 |
| | BARBADOS | 0 | 1 | 1 |
| | BELARUS | 0 | 16 | 16 |
| | BELIZE | 0 | 17 | 17 |
| | BOLIVIA | 1 | 1 | 2 |
| | BRAZIL | 2 | 4 | 6 |
| | BURKINA FASO (UPPER VOLTA) | 0 | 1 | 1 |
| | CAMEROON | 0 | 4 | 4 |
| | CANADA | 2 | 8 | 10 |
| | CHILE | 0 | 1 | 1 |
| | CHINA (MAINLAND) | 0 | 24 | 24 |
| | COLOMBIA | 11 | 45 | 56 |
| | CUBA | 6 | 13 | 19 |
| | DOMINICAN REPUBLIC | 2 | 5 | 7 |
| | ECUADOR | 2 | 5 | 7 |
| | EGYPT | 0 | 1 | 1 |
| | EL SALVADOR | 9 | 186 | 195 |

| | | | |
|---|---:|---:|---:|
| FRANCE | 1 | 0 | **1** |
| GEORGIA | 0 | 5 | **5** |
| GHANA | 0 | 19 | **19** |
| GUATEMALA | 34 | 95 | **129** |
| GUINEA | 0 | 1 | **1** |
| HAITI | 7 | 2,989 | **2,996** |
| HONDURAS | 41 | 527 | **568** |
| INDIA | 1 | 15 | **16** |
| IRAN | 0 | 1 | **1** |
| ITALY | 0 | 3 | **3** |
| IVORY COAST | 0 | 1 | **1** |
| JAMAICA | 0 | 4 | **4** |
| KAZAKHSTAN | 0 | 1 | **1** |
| KYRGYZSTAN | 0 | 9 | **9** |
| MACAO (MACAU) | 2 | 0 | **2** |
| MALI | 0 | 1 | **1** |
| MARSHALL ISLANDS | 1 | 0 | **1** |
| MEXICO | 1,653 | 2,830 | **4,483** |
| MOLDOVA | 0 | 5 | **5** |
| NETHERLANDS | 1 | 0 | **1** |
| NICARAGUA | 8 | 17 | **25** |
| NIGERIA | 0 | 1 | **1** |
| PANAMA | 0 | 1 | **1** |
| PERU | 1 | 9 | **10** |
| PHILIPPINES | 0 | 1 | **1** |
| ROMANIA | 0 | 1 | **1** |
| RUSSIA | 4 | 416 | **420** |
| SOUTH KOREA | 3 | 2 | **5** |
| SPAIN | 2 | 5 | **7** |
| TAJIKISTAN | 0 | 10 | **10** |
| TRINIDAD AND TOBAGO | 0 | 1 | **1** |
| TURKEY | 1 | 1 | **2** |
| UGANDA | 0 | 1 | **1** |
| UKRAINE | 3 | 7 | **10** |
| UNITED KINGDOM | 1 | 0 | **1** |
| UNKNOWN | 1 | 11 | **12** |
| UZBEKISTAN | 0 | 2 | **2** |
| VENEZUELA | 12 | 15 | **27** |
| YEMEN | 0 | 1 | **1** |

| | **OFO Total** | 1,812 | 7,472 | 9,284 |
|---|---|---|---|---|
| **USBP** | AFGHANISTAN | 0 | 120 | **120** |
| | ALBANIA | 0 | 7 | **7** |
| | ALGERIA | 0 | 2 | **2** |
| | ANGOLA | 0 | 40 | **40** |
| | ARGENTINA | 0 | 14 | **14** |
| | ARMENIA | 0 | 3 | **3** |
| | AZERBAIJAN | 0 | 9 | **9** |
| | BANGLADESH | 0 | 247 | **247** |
| | BELARUS | 0 | 16 | **16** |
| | BELIZE | 0 | 33 | **33** |
| | BENIN | 0 | 7 | **7** |
| | BOLIVIA | 9 | 59 | **68** |
| | BRAZIL | 153 | 1,748 | **1,901** |
| | BURKINA FASO | 0 | 40 | **40** |
| | CAMBODIA | 0 | 1 | **1** |
| | CAMEROON | 0 | 213 | **213** |
| | CENTRAL AFRICAN REPUBLIC | 0 | 1 | **1** |
| | CHAD | 0 | 3 | **3** |
| | CHILE | 0 | 7 | **7** |
| | CHINA, PEOPLES REPUBLIC OF | 3 | 298 | **301** |
| | COLOMBIA | 944 | 5,715 | **6,659** |
| | CONGO | 0 | 23 | **23** |
| | COSTA RICA | 3 | 33 | **36** |
| | CUBA | 38 | 13,943 | **13,981** |
| | DEM REP OF THE CONGO | 0 | 21 | **21** |
| | DOMINICA | 0 | 1 | **1** |
| | DOMINICAN REPUBLIC | 22 | 891 | **913** |
| | ECUADOR | 251 | 1,023 | **1,274** |
| | EGYPT | 0 | 2 | **2** |
| | EL SALVADOR | 3,216 | 433 | **3,649** |
| | ERITREA | 0 | 79 | **79** |
| | ETHIOPIA | 0 | 32 | **32** |
| | FRENCH SOUTHERN AND ANTARCTIC | 0 | 1 | **1** |
| | GAMBIA | 0 | 6 | **6** |
| | GEORGIA | 1 | 407 | **408** |
| | GHANA | 0 | 82 | **82** |
| | GUADELOUPE | 9 | 0 | **9** |

| | | | |
|---|---|---|---|
| GUATEMALA | 8,659 | 567 | **9,226** |
| GUINEA | 0 | 18 | **18** |
| GUINEA-BISSAU | 0 | 5 | **5** |
| GUYANA | 0 | 2 | **2** |
| HAITI | 6 | 83 | **89** |
| HONDURAS | 7,200 | 704 | **7,904** |
| INDIA | 0 | 1,136 | **1,136** |
| IRAN | 0 | 12 | **12** |
| IRAQ | 0 | 5 | **5** |
| ITALY | 0 | 1 | **1** |
| IVORY COAST | 0 | 4 | **4** |
| JAMAICA | 0 | 196 | **196** |
| JAPAN | 0 | 1 | **1** |
| JORDAN | 0 | 1 | **1** |
| KAZAKHSTAN | 0 | 13 | **13** |
| KENYA | 0 | 1 | **1** |
| KOSOVO | 0 | 13 | **13** |
| KYRGYZSTAN | 0 | 35 | **35** |
| LATVIA | 0 | 2 | **2** |
| LEBANON | 0 | 8 | **8** |
| MALI | 0 | 16 | **16** |
| MAURITANIA | 0 | 61 | **61** |
| MEXICO | 43,904 | 4,359 | **48,263** |
| MOLDOVA | 0 | 3 | **3** |
| MONTENEGRO | 0 | 1 | **1** |
| MOROCCO | 0 | 2 | **2** |
| NEPAL | 0 | 192 | **192** |
| NICARAGUA | 102 | 9,684 | **9,786** |
| NIGER | 0 | 1 | **1** |
| NIGERIA | 0 | 32 | **32** |
| PAKISTAN | 1 | 39 | **40** |
| PANAMA | 3 | 39 | **42** |
| PARAGUAY | 0 | 4 | **4** |
| PERU | 40 | 3,802 | **3,842** |
| POLAND | 0 | 1 | **1** |
| ROMANIA | 0 | 65 | **65** |
| RUSSIA | 0 | 214 | **214** |
| RWANDA | 0 | 1 | **1** |
| SENEGAL | 0 | 101 | **101** |

| | | | | |
|---|---|---|---|---|
| | SERBIA | 0 | 4 | 4 |
| | SIERRA LEONE | 0 | 10 | 10 |
| | SOMALIA | 0 | 189 | 189 |
| | SPAIN | 0 | 2 | 2 |
| | SRI LANKA | 0 | 13 | 13 |
| | SUDAN | 1 | 6 | 7 |
| | SYRIA | 0 | 13 | 13 |
| | TAJIKISTAN | 0 | 17 | 17 |
| | TOGO | 0 | 8 | 8 |
| | TRINIDAD AND TOBAGO | 0 | 3 | 3 |
| | TUNISIA | 0 | 1 | 1 |
| | TURKEY | 0 | 791 | 791 |
| | TURKMENISTAN | 0 | 2 | 2 |
| | UKRAINE | 0 | 9 | 9 |
| | URUGUAY | 1 | 3 | 4 |
| | UZBEKISTAN | 0 | 149 | 149 |
| | VENEZUELA | 436 | 17,666 | 18,102 |
| | VIETNAM | 0 | 52 | 52 |
| | YEMEN | 0 | 2 | 2 |
| **USBP Total** | | | 65,002 | 65,924 | 130,926 |
| **CBP Total** | | | 66,814 | 73,396 | 140,210 |

**2. The number of recidivist border crossers for whom DHS has applied expedited removal.**

From August 1 - 31, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 1,302 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

3. **The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From August 1 – 31, 2022, CBP's Office of Field Operations processed 15,906 Title 42 exceptions at the 6 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.[1]

- Hidalgo, TX: 5,446
- Laredo, TX: 2,847
- Eagle Pass, TX: 1,646
- Paso del Norte, El Paso, TX: 1,218
- Nogales, AZ: 346
- San Ysidro, CA: 4,403

4. **Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports that it has made no material changes to its policy on application of the Title 42 process.[2]

---

[1] Defendants noted in their prior reports that, "given a significant increase in the number of individuals who have presented themselves with situations that warrant humanitarian exceptions pursuant to the terms of the CDC's Title 42 public health orders, DHS began on July 13, 2022 to gradually increase the number of humanitarian exceptions it applies, subject to operational constraints." ECF No. 154, at 3 n.1; see also ECF No. 151 at 5 n.1. Defendants clarify that after the temporary restraining order was superseded by the preliminary injunction, DHS increased the number of humanitarian exceptions beginning on June 4, as reflected in Defendants' data report for the month of June. *See* ECF No. 151 at 5–6 (showing 8,792 exceptions, as compared to 8,247 in the month of May). The more significant increase occurred beginning in mid-July as noted above and reflected in Defendants' data report for the month of July. *See* ECF No. 154 at 3 (showing 11,574 exceptions). As the number of individuals who have presented themselves with situations that warrant humanitarian exceptions continued to increase, DHS has further increased the number of humanitarian exceptions, subject to operational constraints.

[2] As noted in Defendants' prior report, on August 15, 2022, the plaintiffs in *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100 (D.D.C.), a class action challenging the application of the Title 42 policy to family units, filed a motion for partial summary judgment on their claim that the Title 42 policy is arbitrary and capricious. The *Huisha-Huisha* plaintiffs seek entry of an order vacating and setting aside Defendants' "Title 42 policy," declaring that the Title 42 policy is arbitrary and capricious, and permanently enjoining Defendants from applying the Title 42 policy to class members. The court has set a hearing on plaintiffs' motion for October 11, 2022.

6

Date: September 16, 2022                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
JONATHAN D. KOSSAK (DC #991478)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

Attorneys for Defendants