UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Presently before the Court is the Defendants' Motion to Stay District Court Proceedings Pending Appeal or, in the Alternative, for an Extension of Time to Respond to the Second Amended Complaint [ECF No. 114]. The Plaintiffs filed a Partial Opposition to the motion. The Court has reviewed the parties' arguments and finds that a stay of this matter is appropriate. Accordingly,

IT IS ORDERED THAT the Defendants' Motion to Stay District Court Proceedings Pending Appeal or, in the Alternative, for an Extension of Time to Respond to the Second Amended Complaint [ECF No. 114] is GRANTED and the current proceeding is STAYED pending resolution of the appeal in this matter. This stay shall have no impact on the Preliminary Injunction [ECF No. 91] entered by the Court on May 20, 2022 which is currently on appeal. In the event that circumstances warrant, any party may seek leave to modify the stay for good cause.

THUS DONE in Chambers on this 4th day of October, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE