IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW <br> ) |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF SEPTEMBER PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION**

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of September 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of September 1–30, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| **OFO** | AFGHANISTAN | 0 | 3 | 3 |
| | ALGERIA | 0 | 1 | 1 |
| | ANGOLA | 2 | 0 | 2 |
| | ARGENTINA | 1 | 0 | 1 |
| | ARMENIA | 0 | 131 | 131 |
| | AZERBAIJAN | 0 | 14 | 14 |
| | BAHAMAS | 0 | 1 | 1 |
| | BELARUS | 0 | 66 | 66 |
| | BELIZE | 0 | 15 | 15 |
| | BRAZIL | 1 | 8 | 9 |
| | CANADA | 3 | 3 | 6 |
| | CHILE | 1 | 3 | 4 |
| | CHINA (MAINLAND) | 7 | 7 | 14 |
| | COLOMBIA | 8 | 26 | 34 |
| | COSTA RICA | 0 | 2 | 2 |
| | CUBA | 8 | 14 | 22 |
| | DOMINICAN REPUBLIC | 1 | 7 | 8 |
| | ECUADOR | 1 | 3 | 4 |
| | EL SALVADOR | 10 | 199 | 209 |
| | EQUATORIAL GUINEA | 0 | 1 | 1 |
| | ETHIOPIA | 0 | 2 | 2 |

| | | | |
|---|---|---|---|
| FRANCE | 0 | 1 | **1** |
| GEORGIA | 3 | 18 | **21** |
| GERMANY | 1 | 3 | **4** |
| GHANA | 0 | 14 | **14** |
| GUADELOUPE | 1 | 0 | **1** |
| GUATEMALA | 21 | 125 | **146** |
| GUINEA | 0 | 2 | **2** |
| HAITI | 4 | 2,897 | **2,901** |
| HONDURAS | 16 | 582 | **598** |
| HUNGARY | 0 | 2 | **2** |
| INDIA | 1 | 1 | **2** |
| IRAN | 0 | 1 | **1** |
| ITALY | 0 | 2 | **2** |
| JAMAICA | 2 | 5 | **7** |
| JAPAN | 0 | 1 | **1** |
| KAZAKHSTAN | 0 | 3 | **3** |
| KYRGYZSTAN | 0 | 73 | **73** |
| LATVIA | 0 | 1 | **1** |
| LEBANON | 0 | 1 | **1** |
| LITHUANIA | 0 | 1 | **1** |
| MALI | 0 | 1 | **1** |
| MEXICO | 1,515 | 3,039 | **4,554** |
| MOLDOVA | 0 | 7 | **7** |
| MYANMAR (BURMA) | 2 | 0 | **2** |
| NICARAGUA | 6 | 18 | **24** |
| PALESTINE | 0 | 1 | **1** |
| PERU | 3 | 6 | **9** |
| PHILIPPINES | 0 | 1 | **1** |
| PORTUGAL | 0 | 1 | **1** |
| ROMANIA | 0 | 4 | **4** |
| RUSSIA | 2 | 827 | **829** |
| SENEGAL | 0 | 3 | **3** |
| SERBIA | 0 | 1 | **1** |
| SOMALIA | 0 | 3 | **3** |
| SPAIN | 2 | 3 | **5** |
| SWEDEN | 0 | 1 | **1** |
| SYRIA | 0 | 5 | **5** |
| TAJIKISTAN | 0 | 32 | **32** |
| TUNISIA | 0 | 1 | **1** |
| TURKEY | 0 | 4 | **4** |

|  | | | | |
|---|---|---|---|---|
|  | UKRAINE | 2 | 7 | 9 |
|  | UNITED KINGDOM | 0 | 2 | 2 |
|  | UNITED STATES OF AMERICA | 0 | 1 | 1 |
|  | UNKNOWN | 3 | 4 | 7 |
|  | URUGUAY | 0 | 1 | 1 |
|  | UZBEKISTAN | 0 | 19 | 19 |
|  | VENEZUELA | 19 | 23 | 42 |
|  | YEMEN | 0 | 2 | 2 |
| **OFO Total** | | **1,646** | **8,256** | **9,902** |
| **USBP** | AFGHANISTAN | 0 | 180 | **180** |
|  | ALBANIA | 0 | 16 | **16** |
|  | ALGERIA | 0 | 1 | **1** |
|  | ANGOLA | 0 | 51 | **51** |
|  | ARGENTINA | 0 | 22 | **22** |
|  | ARMENIA | 0 | 8 | **8** |
|  | AZERBAIJAN | 0 | 24 | **24** |
|  | BANGLADESH | 0 | 271 | **271** |
|  | BELARUS | 0 | 11 | **11** |
|  | BELIZE | 1 | 28 | **29** |
|  | BENIN | 0 | 6 | **6** |
|  | BOLIVIA | 0 | 55 | **55** |
|  | BRAZIL | 0 | 557 | **557** |
|  | BURKINA FASO | 0 | 29 | **29** |
|  | BURMA | 1 | 0 | **1** |
|  | CAMEROON | 0 | 199 | **199** |
|  | CENTRAL AFRICAN REPUBLIC | 0 | 2 | **2** |
|  | CHILE | 0 | 7 | **7** |
|  | CHINA, PEOPLES REPUBLIC OF | 0 | 362 | **362** |
|  | COLOMBIA | 1,395 | 5,554 | **6,949** |
|  | CONGO | 0 | 29 | **29** |
|  | COSTA RICA | 0 | 37 | **37** |
|  | CUBA | 68 | 18,629 | **18,697** |
|  | DEM REP OF THE CONGO | 0 | 15 | **15** |
|  | DOMINICA | 0 | 2 | **2** |
|  | DOMINICAN REPUBLIC | 2 | 1,475 | **1,477** |
|  | ECUADOR | 77 | 1,695 | **1,772** |
|  | EGYPT | 0 | 15 | **15** |
|  | EL SALVADOR | 2,980 | 386 | **3,366** |
|  | EQUATORIAL GUINEA | 0 | 6 | **6** |
|  | ERITREA | 0 | 76 | **76** |

| | | | |
|---|---:|---:|---:|
| ETHIOPIA | 0 | 27 | **27** |
| FRANCE | 0 | 1 | **1** |
| GAMBIA | 0 | 10 | **10** |
| GEORGIA | 0 | 791 | **791** |
| GHANA | 0 | 197 | **197** |
| GUADELOUPE | 6 | 0 | **6** |
| GUATEMALA | 8,574 | 459 | **9,033** |
| GUINEA | 0 | 42 | **42** |
| GUINEA-BISSAU | 0 | 2 | **2** |
| GUYANA | 0 | 1 | **1** |
| HAITI | 18 | 98 | **116** |
| HONDURAS | 6,740 | 596 | **7,336** |
| INDIA | 0 | 1,431 | **1,431** |
| IRAN | 0 | 21 | **21** |
| IRAQ | 0 | 6 | **6** |
| ISRAEL | 0 | 4 | **4** |
| ITALY | 0 | 2 | **2** |
| IVORY COAST | 0 | 9 | **9** |
| JAMAICA | 0 | 218 | **218** |
| JORDAN | 0 | 4 | **4** |
| KAZAKHSTAN | 0 | 18 | **18** |
| KENYA | 0 | 2 | **2** |
| KOSOVO | 0 | 8 | **8** |
| KYRGYZSTAN | 0 | 32 | **32** |
| LEBANON | 0 | 9 | **9** |
| LIBERIA | 0 | 1 | **1** |
| MALI | 0 | 42 | **42** |
| MAURITANIA | 1 | 101 | **102** |
| MEXICO | 46,788 | 4,234 | **51,022** |
| MOLDOVA | 0 | 9 | **9** |
| MOROCCO | 0 | 12 | **12** |
| NEPAL | 0 | 318 | **318** |
| NETHERLANDS | 0 | 1 | **1** |
| NICARAGUA | 39 | 14,846 | **14,885** |
| NIGER | 0 | 6 | **6** |
| NIGERIA | 0 | 55 | **55** |
| PAKISTAN | 0 | 32 | **32** |
| PANAMA | 0 | 42 | **42** |
| PARAGUAY | 0 | 7 | **7** |
| PERU | 1 | 4,261 | **4,262** |

| | | | | |
|---|---|---|---|---|
| | PHILIPPINES | 0 | 2 | 2 |
| | POLAND | 0 | 4 | 4 |
| | PORTUGAL | 0 | 2 | 2 |
| | ROMANIA | 2 | 90 | 92 |
| | RUSSIA | 0 | 248 | 248 |
| | RWANDA | 0 | 1 | 1 |
| | SAUDI ARABIA | 0 | 1 | 1 |
| | SENEGAL | 0 | 180 | **180** |
| | SERBIA | 0 | 3 | 3 |
| | SIERRA LEONE | 0 | 5 | 5 |
| | SOMALIA | 0 | 235 | **235** |
| | SOUTH AFRICA | 0 | 2 | 2 |
| | SOUTH SUDAN | 0 | 1 | 1 |
| | SPAIN | 0 | 3 | 3 |
| | SRI LANKA | 0 | 21 | 21 |
| | SUDAN | 0 | 8 | 8 |
| | SYRIA | 0 | 21 | 21 |
| | TAJIKISTAN | 0 | 35 | 35 |
| | THAILAND | 0 | 1 | 1 |
| | TOGO | 0 | 3 | 3 |
| | TRINIDAD AND TOBAGO | 0 | 1 | 1 |
| | TURKEY | 0 | 1,042 | **1,042** |
| | TURKMENISTAN | 0 | 3 | 3 |
| | UGANDA | 0 | 1 | 1 |
| | UKRAINE | 0 | 9 | 9 |
| | URUGUAY | 0 | 2 | 2 |
| | UZBEKISTAN | 0 | 202 | **202** |
| | VENEZUELA | 63 | 24,745 | **24,808** |
| | VIETNAM | 0 | 147 | **147** |
| | YEMEN | 0 | 2 | 2 |
| **USBP Total** | | | 66,756 | 84,723 | 151,479 |
| **CBP Total** | | | 68,402 | 92,979 | 161,381 |

**2. The number of recidivist border crossers for whom DHS has applied expedited removal.**

From September 1–30, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 1,110 single adults who attempted to unlawfully enter the United States

between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

### 3. The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.

From September 1–30, 2022, CBP's Office of Field Operations processed 13,221 Title 42 exceptions at the 8 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.

- Brownsville, TX: 794
- Hidalgo, TX: 4,002
- Laredo, TX: 750
- Eagle Pass, TX: 1,742
- Paso del Norte, El Paso, TX: 824
- Nogales, AZ: 374
- Calexico, CA: 318
- San Ysidro, CA: 4,417

### 4. Any material changes to policy regarding DHS's application of the Title 42 process.

DHS reports that it has made no material changes to its policy on application of the Title 42 process.[1]

---

[1] As noted in Defendants' prior reports, on August 15, 2022, the plaintiffs in *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100 (D.D.C.), a class action challenging the application of the Title 42 policy to family units, filed a motion for partial summary judgment on their claim that the Title 42 policy is arbitrary and capricious. The *Huisha-Huisha* plaintiffs seek entry of an order vacating and setting aside Defendants' "Title 42 policy," declaring that the Title 42 policy is arbitrary and capricious, and permanently enjoining Defendants from applying the Title 42 policy to class members. Plaintiffs' motion for partial summary judgment is fully briefed.

Date: October 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
JONATHAN D. KOSSAK (DC #991478)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
Jonathan.kossak@usdoj.gov
John.j.robinson@usdoj.gov

Attorneys for Defendants