IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**[Proposed] Order to Show Cause**

The Court has considered Plaintiff States' Motion for Order to Show Cause and the applicable law. The States' Motion is hereby granted.

**IT IS HEREBY ORDERED** that Defendants shall file within 14 days a brief explaining why they should not be held on contempt.

**IT IS FURTHER ORDERED** that

1) Defendants shall file a report with this Court explaining in detail all policy changes, both written and unwritten, that may have contributed to the drastic changes in how Title 42 is applied to citizens of Haiti and the increased granting of humanitarian exceptions;

2) Defendants shall produce to Plaintiffs all documents and communications related to these policy changes;

1

3) Defendants shall produce to Plaintiffs any internal planning documents or communications that might be the "internal planning document" about processing of citizens Haiti that was referred to in press reports;

4) Defendants shall produce to Plaintiffs numbers broken down by nationality of all grants of humanitarian exceptions to the Title 42 Policy;

5) Either the Assistant Secretary for Border and Immigration Policy or the Secretary of Homeland Security shall attest to the veracity and completeness of all future reports under penalty of perjury; and

6) Plaintiffs are permitted to take up to five depositions of DHS officials relating to the matters raised in Plaintiffs' Motion.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE