UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Presently before the Court is the Plaintiff States' Motion for Order to Show Cause [ECF No. 160].

IT IS ORDERED THAT within seven (7) days, the Defendants shall file a response to the Motion for Order to Show Cause; and if Plaintiff States wish to reply to the response, it shall be filed within seven (7) days thereafter.

THUS DONE in Chambers on this 3rd day of November, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE