IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA,<br>By and through its Attorney General, Mark Brnovich, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-00885-RRS-CBW |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

The Plaintiff States hereby respectfully request an extension of time to file their Reply in Support of Plaintiffs' Motion for Order to Show Cause. (Doc. 160.) The current deadline is November 17, 2022. (Doc. 161.) Plaintiffs request an extension because of the press of business in a number of other matters, including several briefs due in this next week. Additionally, in Defendants' Opposition to Plaintiffs' Motion, DHS promised to provide to Plaintiffs "no later than November 16, 2022" "numbers broken down by nationality of all grants of humanitarian exceptions to the Title 42 policy ... from May 2022 to October 2022." (Doc. 162-1 ¶ 24.) A short extension of time will permit Plaintiffs sufficient time to review and analyze this forthcoming data. Plaintiffs therefore request a modest extension of five days (three business days) so that their Reply would be due on Tuesday, November 22.

Defendants consent to this extension request.

1

Respectfully submitted,

Dated: November 15, 2022

By: */s/J. Scott St. John*

MARK BRNOVICH
  Attorney General
BRUNN ("BEAU") W. ROYSDEN III *
  Solicitor General
DREW C. ENSIGN *
  Deputy Solicitor General
JAMES K. ROGERS *
  Senior Litigation Counsel
ANTHONY R. NAPOLITANO
  Assistant Attorney General
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov

*Counsel for Plaintiff State of Arizona*

STEVE MARSHALL
  Alabama Attorney General
EDMUND G. LACOUR JR.*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
  Attorney General
D. JOHN SAUER *
  Solicitor General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

TREG R. TAYLOR
  Attorney General of Alaska
CORI M. MILLS*
  Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON*
  Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov

*Counsel for Plaintiff State of Alaska*

2

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY*
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

DEREK SCHMIDT
  Attorney General
DWIGHT R. CARSWELL*
  Deputy Solicitor General
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
  Attorney General
BRIAN KANE*
  Chief Deputy Attorney General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
  Attorney General of Kentucky
MARC MANLEY*
  Associate Attorney General
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

AUSTIN KNUDSEN
  Attorney General
DAVID M.S. DEWHIRST*
  Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
  Attorney General
JAMES A. CAMPBELL*
  Solicitor General
OFFICE OF THE NEBRASKA
ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

JOHN M. O'CONNOR
  Attorney General of Oklahoma
BRYAN CLEVELAND*
  Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

LYNN FITCH
  Attorney General of Mississippi
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DREW H. WRIGLEY
  Attorney General
MATTHEW SAGSVEEN*
  Solicitor General
OFFICE OF THE NORTH DAKOTA
ATTORNEY GENERAL
500 N. 9th St.
Bismarck, ND 58501-4509
masagsve@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVE YOST
  Ohio Attorney General
BENJAMIN M. FLOWERS*
  Solicitor General
OFFICE OF THE OHIO ATTORNEY GENERAL
30 E. Broad St., 17th Fl.
Columbus, OH 43215
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

JONATHAN SKRMETTI
   Attorney General and Reporter of Tennessee
 ANDRÉE S. BLUMSTEIN
   Solicitor General
 CLARK L. HILDABRAND*
 BRANDON J. SMITH*
   Assistant Solicitors General
 OFFICE OF THE TENNESSEE ATTORNEY GENERAL AND REPORTER
 P.O. Box 20207
 Nashville, TN 37202-0207
 (615) 253-5642
 Clark.Hildabrand@ag.tn.gov
 Brandon.Smith@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

JASON S. MIYARES
   Attorney General
 ANDREW N. FERGUSON*
   Solicitor General
 LUCAS W.E. CROSLOW*
   Deputy Solicitor General
 OFFICE OF THE VIRGINIA ATTORNEY GENERAL
 202 North 9th Street
 Richmond, Virginia 23219
 (804) 786-7704
 AFerguson@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

PATRICK MORRISEY
   Attorney General
 LINDSAY SEE*
   Solicitor General
 OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
 State Capitol, Bldg 1, Room E-26
 Charleston, WV 25305
 (681) 313-4550
 Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

ALAN WILSON
   South Carolina Attorney General
 THOMAS T. HYDRICK*
   Assistant Deputy Solicitor General
 Post Office Box 11549
 Columbia, SC 29211
 (803) 734-4127
 thomashydrick@scag.gov

*Counsel for the State of South Carolina*

KEN PAXTON
   Attorney General of Texas
 AARON F. REITZ*
   Deputy Attorney General for Legal Strategy
 LEIF A. OLSON*
   Special Counsel
 OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 P.O. Box 12548
 Austin, Texas 78711-2548
 (512) 936-1700
 Aaron.Reitz@oag.texas.gov
 Leif.Olson@oag.texas.gov

*Counsel for Plaintiff State of Texas*

SEAN D. REYES
   Utah Attorney General
 MELISSA HOLYOAK*
   Utah Solicitor General
 350 N. State Street, Suite 230
 P.O. Box 142320
 Salt Lake City, UT 84114-2320
 (801) 538-9600
 melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

\* Pro hac vice application granted or forthcoming

BRIDGET HILL
  Attorney General of Wyoming
RYAN SCHELHAAS\*
  Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*