IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION; et al.,<br><br>Defendants. | Civil Action No. 6:22-cv-00885-RRS-CBW |

**[Proposed] Order**

The Court has considered Plaintiff States' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Order to Show Cause. The States' Motion is hereby granted.

**IT IS HEREBY ORDERED** that Plaintiffs' Reply in Support of Their Motion for Order to Show Cause shall be due on November 22, 2022.

Dated: November 17, 2022

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA