# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW ) |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF NOVEMBER PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of November 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of November 1–30, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| OFO | AFGHANISTAN | 0 | 2 | 2 |
| | ARGENTINA | 1 | 1 | 2 |
| | ARMENIA | 0 | 126 | 126 |
| | AUSTRALIA | 0 | 2 | 2 |
| | AZERBAIJAN | 0 | 8 | 8 |
| | BANGLADESH | 0 | 4 | 4 |
| | BELARUS | 0 | 48 | 48 |
| | BELGIUM | 0 | 1 | 1 |
| | BELIZE | 0 | 10 | 10 |
| | BOLIVIA | 0 | 2 | 2 |
| | BRAZIL | 0 | 4 | 4 |
| | CAMEROON | 0 | 1 | 1 |
| | CANADA | 2 | 3 | 5 |
| | CHILE | 4 | 6 | 10 |
| | CHINA, PEOPLES REPUBLIC OF | 0 | 11 | 11 |
| | COLOMBIA | 7 | 63 | 70 |
| | COSTA RICA | 0 | 1 | 1 |
| | CUBA | 7 | 26 | 33 |
| | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 2 | 2 |
| | DOMINICAN REPUBLIC | 0 | 9 | 9 |
| | ECUADOR | 5 | 7 | 12 |
| | EGYPT | 0 | 1 | 1 |
| | EL SALVADOR | 11 | 259 | 270 |
| | FINLAND | 1 | 0 | 1 |

| | | | |
|---|---:|---:|---:|
| FRANCE | 5 | 7 | **12** |
| GEORGIA | 0 | 11 | **11** |
| GERMANY | 4 | 4 | **8** |
| GHANA | 0 | 7 | **7** |
| GREECE | 0 | 2 | **2** |
| GUATEMALA | 10 | 158 | **168** |
| GUINEA | 0 | 1 | **1** |
| GUYANA | 0 | 1 | **1** |
| HAITI | 2 | 3,566 | **3,568** |
| HONDURAS | 17 | 920 | **937** |
| INDIA | 0 | 6 | **6** |
| IRAN | 0 | 3 | **3** |
| IRELAND | 0 | 1 | **1** |
| ITALY | 5 | 5 | **10** |
| JAMAICA | 0 | 8 | **8** |
| JAPAN | 1 | 3 | **4** |
| KAZAKHSTAN | 0 | 10 | **10** |
| KYRGYZSTAN | 0 | 34 | **34** |
| LEBANON | 0 | 1 | **1** |
| MALI | 0 | 1 | **1** |
| MEXICO | 1,568 | 3,216 | **4,784** |
| MOLDOVA | 0 | 4 | **4** |
| MOROCCO | 0 | 2 | **2** |
| NEPAL | 0 | 2 | **2** |
| NETHERLANDS | 2 | 0 | **2** |
| NEW ZEALAND | 0 | 3 | **3** |
| NICARAGUA | 9 | 21 | **30** |
| NORWAY | 0 | 1 | **1** |
| PALESTINE | 0 | 2 | **2** |
| PANAMA | 0 | 2 | **2** |
| PARAGUAY | 1 | 0 | **1** |
| PERU | 8 | 11 | **19** |
| PORTUGAL | 1 | 0 | **1** |
| REPUBLIC OF SOUTH AFRICA | 0 | 1 | **1** |
| RUSSIA | 16 | 1,955 | **1,971** |
| SOMALIA | 0 | 4 | **4** |
| SOUTH KOREA | 1 | 4 | **5** |
| SPAIN | 20 | 28 | **48** |
| SUDAN | 0 | 2 | **2** |
| SWITZERLAND | 1 | 2 | **3** |
| SYRIA | 0 | 1 | **1** |
| TAJIKISTAN | 0 | 20 | **20** |
| TRINIDAD AND TOBAGO | 1 | 0 | **1** |
| TURKEY | 0 | 17 | **17** |
| UGANDA | 0 | 1 | **1** |
| UKRAINE | 1 | 4 | **5** |

|  | | | | |
|---|---|---|---|---|
| | UNITED KINGDOM | 2 | 2 | 4 |
| | UNITED STATES OF AMERICA | 1 | 0 | 1 |
| | UNKNOWN | 3 | 2 | 5 |
| | UZBEKISTAN | 0 | 52 | 52 |
| | VENEZUELA | 9 | 861 | 870 |
| | YEMEN | 0 | 2 | 2 |
| **OFO Total** | | 1,726 | 11,568 | 13,294 |
| **USBP** | AFGHANISTAN | 0 | 172 | 172 |
| | ALBANIA | 0 | 24 | 24 |
| | ANGOLA | 0 | 35 | 35 |
| | ARGENTINA | 0 | 29 | 29 |
| | ARMENIA | 0 | 10 | 10 |
| | AZERBAIJAN | 0 | 4 | 4 |
| | BAHAMAS | 0 | 1 | 1 |
| | BANGLADESH | 0 | 57 | 57 |
| | BELARUS | 0 | 11 | 11 |
| | BELIZE | 0 | 75 | 75 |
| | BENIN | 0 | 1 | 1 |
| | BOLIVIA | 0 | 70 | 70 |
| | BRAZIL | 0 | 136 | 136 |
| | BURKINA FASO (UPPER VOLTA) | 0 | 21 | 21 |
| | CAMBODIA | 0 | 1 | 1 |
| | CAMEROON | 0 | 172 | 172 |
| | CANADA | 1 | 0 | 1 |
| | CHILE | 0 | 8 | 8 |
| | CHINA, PEOPLES REPUBLIC OF | 0 | 448 | 448 |
| | COLOMBIA | 768 | 6,863 | 7,631 |
| | COSTA RICA | 1 | 40 | 41 |
| | CUBA | 41 | 24,649 | 24,690 |
| | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 17 | 17 |
| | DJIBOUTI | 0 | 1 | 1 |
| | DOMINICAN REPUBLIC | 1 | 5,876 | 5,877 |
| | ECUADOR | 623 | 3,632 | 4,255 |
| | EGYPT | 0 | 11 | 11 |
| | EL SALVADOR | 2,346 | 303 | 2,649 |
| | EQUATORIAL GUINEA | 0 | 1 | 1 |
| | ERITREA | 0 | 44 | 44 |
| | ETHIOPIA | 0 | 34 | 34 |
| | FINLAND | 0 | 1 | 1 |
| | FRANCE | 0 | 1 | 1 |
| | GAMBIA | 0 | 1 | 1 |
| | GEORGIA | 0 | 659 | 659 |
| | GHANA | 1 | 70 | 71 |
| | GUADELOUPE | 5 | 0 | 5 |
| | GUATEMALA | 6,741 | 554 | 7,295 |

| | | | |
|---|---:|---:|---:|
| GUINEA | 0 | 15 | **15** |
| GUINEA-BISSAU | 0 | 2 | **2** |
| GUYANA | 0 | 3 | **3** |
| HAITI | 0 | 25 | **25** |
| HONDURAS | 4,837 | 551 | **5,388** |
| HONG KONG | 0 | 1 | **1** |
| HUNGARY | 0 | 1 | **1** |
| INDIA | 0 | 1,599 | **1,599** |
| INDONESIA | 0 | 1 | **1** |
| IRAN | 0 | 20 | **20** |
| IRAQ | 0 | 3 | **3** |
| ISRAEL | 0 | 1 | **1** |
| IVORY COAST | 0 | 6 | **6** |
| JAMAICA | 0 | 319 | **319** |
| JORDAN | 0 | 3 | **3** |
| KAZAKHSTAN | 0 | 33 | **33** |
| KENYA | 0 | 3 | **3** |
| KOSOVO | 0 | 6 | **6** |
| KYRGYZSTAN | 0 | 22 | **22** |
| LEBANON | 0 | 9 | **9** |
| MALI | 0 | 27 | **27** |
| MAURITANIA | 0 | 206 | **206** |
| MAURITIUS | 0 | 1 | **1** |
| MEXICO | 38,996 | 4,508 | **43,504** |
| MOLDOVA | 0 | 6 | **6** |
| MOROCCO | 0 | 2 | **2** |
| MOZAMBIQUE | 0 | 2 | **2** |
| NEPAL | 0 | 206 | **206** |
| NICARAGUA | 41 | 27,328 | **27,369** |
| NIGER | 0 | 2 | **2** |
| NIGERIA | 0 | 75 | **75** |
| PAKISTAN | 0 | 35 | **35** |
| PANAMA | 0 | 63 | **63** |
| PARAGUAY | 0 | 8 | **8** |
| PERU | 1 | 4,640 | **4,641** |
| PHILIPPINES | 0 | 1 | **1** |
| POLAND | 0 | 1 | **1** |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 0 | 4 | **4** |
| REPUBLIC OF SOUTH AFRICA | 0 | 2 | **2** |
| ROMANIA | 3 | 74 | **77** |
| RUSSIA | 0 | 332 | **332** |
| SENEGAL | 0 | 112 | **112** |
| SERBIA | 0 | 4 | **4** |
| SIERRA LEONE | 0 | 14 | **14** |
| SOMALIA | 0 | 188 | **188** |

| | | | |
|---|---|---:|---:|
| | SPAIN | 0 | 2 | 2 |
| | SRI LANKA | 0 | 30 | 30 |
| | SUDAN | 0 | 9 | 9 |
| | SWEDEN | 0 | 1 | 1 |
| | SYRIA | 0 | 9 | 9 |
| | TAJIKISTAN | 0 | 21 | 21 |
| | TANZANIA | 0 | 3 | 3 |
| | TOGO | 0 | 5 | 5 |
| | TRINIDAD AND TOBAGO | 0 | 1 | 1 |
| | TURKEY | 0 | 935 | 935 |
| | UKRAINE | 0 | 3 | 3 |
| | UNITED ARAB EMIRATES | 0 | 1 | 1 |
| | URUGUAY | 0 | 4 | 4 |
| | UZBEKISTAN | 0 | 286 | 286 |
| | VENEZUELA | 3,015 | 498 | 3,513 |
| | VIETNAM | 0 | 174 | 174 |
| | WESTERN SAHARA | 0 | 3 | 3 |
| | YEMEN | 0 | 5 | 5 |
| | ZIMBABWE | 0 | 1 | 1 |
| **USBP Total** | | 57,421 | 86,487 | 143,908 |
| **CBP Total** | | 59,147 | 98,055 | 157,202 |

2. **The number of recidivist border crossers for whom DHS has applied expedited removal.**

From November 1–30, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 871 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

3. **The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From November 1–30, 2022, CBP's Office of Field Operations processed 20,696 Title 42 exceptions at the 8 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.

- Brownsville, TX: 4,983
- Hidalgo, TX: 5,061
- Laredo, TX: 0

5

- Eagle Pass, TX: 1,913
- Paso del Norte, El Paso, TX: 1,743
- Nogales, AZ: 537
- Calexico, CA: 708
- San Ysidro, CA: 5,751

**4. Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports that it has made no material changes to its policy on application of the Title 42 process. As noted in Defendants' Notice of Decision Vacating Title 42 Orders, ECF No. 164, on November 15, 2022, the U.S. District Court for the District of Columbia entered an order that, among other things, "vacat[ed] and set[] aside the Title 42 policy." *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100, ECF Nos. 164, 165 (D.D.C. Nov. 15, 2022). Thereafter, that court granted the government's emergency motion to stay the order for five weeks until December 20, 2022, and also entered final judgment pursuant to Federal Rule of Civil Procedure 54(b). The government appealed.

Nineteen States, all of whom are parties in this case, have sought a stay of the *Huisha-Huisha* judgment pending appeal, in addition to seeking intervention. *Huisha-Huisha*, No. 22-5325, Doc. No. 1977323 (D.C. Cir. Dec. 12, 2022). Unless the *Huisha-Huisha* court's judgment is further stayed, DHS will begin processing all noncitizens entering the United States pursuant to Title 8 of the U.S. Code at 12 A.M. EST on December 21.

Date: December 16, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
Jean.lin@doj.gov
John.j.robinson@usdoj.gov

Attorneys for Defendants