IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF DECEMBER
PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION**

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of December 2022, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of December 1–31, 2022.

| Component | Citizenship | Title 42 | Title 8 | Total |
|---|---|---|---|---|
| OFO | AFGHANISTAN | 0 | 1 | 1 |
| | ARGENTINA | 3 | 3 | 6 |
| | ARMENIA | 0 | 231 | 231 |
| | AUSTRALIA | 0 | 1 | 1 |
| | AZERBAIJAN | 0 | 4 | 4 |
| | BANGLADESH | 0 | 1 | 1 |
| | BELARUS | 0 | 40 | 40 |
| | BELGIUM | 0 | 1 | 1 |
| | BELIZE | 0 | 15 | 15 |
| | BHUTAN | 0 | 2 | 2 |
| | BRAZIL | 0 | 2 | 2 |
| | CAMEROON | 0 | 3 | 3 |
| | CANADA | 3 | 4 | 7 |
| | CHILE | 2 | 8 | 10 |
| | CHINA, PEOPLES REPUBLIC OF | 5 | 14 | 19 |
| | COLOMBIA | 9 | 65 | 74 |
| | CROATIA | 0 | 1 | 1 |
| | CUBA | 4 | 27 | 31 |
| | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 1 | 1 |
| | DJIBOUTI | 0 | 1 | 1 |
| | DOMINICAN REPUBLIC | 6 | 10 | 16 |
| | ECUADOR | 15 | 20 | 35 |
| | EGYPT | 1 | 1 | 2 |
| | EL SALVADOR | 11 | 236 | 247 |

| Country | | | |
|---|---:|---:|---:|
| ETHIOPIA | 0 | 1 | 1 |
| FRANCE | 6 | 3 | 9 |
| GEORGIA | 0 | 6 | 6 |
| GERMANY | 8 | 7 | 15 |
| GHANA | 0 | 3 | 3 |
| GREECE | 1 | 0 | 1 |
| GUATEMALA | 34 | 184 | 218 |
| HAITI | 2 | 3,061 | 3,063 |
| HONDURAS | 27 | 933 | 960 |
| INDIA | 0 | 3 | 3 |
| IRAN | 0 | 3 | 3 |
| IRELAND | 2 | 1 | 3 |
| ITALY | 3 | 9 | 12 |
| JAMAICA | 0 | 8 | 8 |
| JAPAN | 0 | 1 | 1 |
| KAZAKHSTAN | 0 | 15 | 15 |
| KENYA | 0 | 1 | 1 |
| KYRGYZSTAN | 0 | 52 | 52 |
| LUXEMBOURG | 1 | 0 | 1 |
| MEXICO | 1,499 | 3,552 | 5,051 |
| MOLDOVA | 0 | 3 | 3 |
| MOROCCO | 0 | 1 | 1 |
| NEPAL | 0 | 1 | 1 |
| NETHERLANDS | 2 | 2 | 4 |
| NICARAGUA | 9 | 10 | 19 |
| NIGERIA | 0 | 4 | 4 |
| PANAMA | 0 | 1 | 1 |
| PERU | 6 | 13 | 19 |
| PHILIPPINES | 0 | 1 | 1 |
| PORTUGAL | 1 | 1 | 2 |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 0 | 1 | 1 |
| ROMANIA | 1 | 2 | 3 |
| RUSSIA | 15 | 1,899 | 1,914 |
| SAUDI ARABIA | 0 | 1 | 1 |
| SOMALIA | 0 | 1 | 1 |
| SOUTH KOREA | 0 | 3 | 3 |
| SPAIN | 27 | 33 | 60 |
| SWITZERLAND | 0 | 2 | 2 |
| SYRIA | 0 | 1 | 1 |
| TAJIKISTAN | 0 | 25 | 25 |
| TURKEY | 0 | 1 | 1 |
| TURKMENISTAN | 0 | 1 | 1 |
| UKRAINE | 5 | 5 | 10 |
| UNITED KINGDOM | 0 | 2 | 2 |
| UNKNOWN | 3 | 1 | 4 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | UZBEKISTAN | 0 | 22 | 22 |
|  | VENEZUELA | 7 | 792 | 799 |
|  | VIETNAM | 0 | 2 | 2 |
|  | YEMEN | 0 | 1 | 1 |
|  | ZAMBIA | 1 | 0 | 1 |
|  | ZIMBABWE | 1 | 0 | 1 |
| **OFO Total** |  | **1,720** | **11,367** | **13,087** |
| **USBP** | AFGHANISTAN | 0 | 470 | 470 |
|  | ALBANIA | 0 | 11 | 11 |
|  | ALGERIA | 0 | 2 | 2 |
|  | ANGOLA | 1 | 88 | 89 |
|  | ARGENTINA | 0 | 21 | 21 |
|  | ARMENIA | 0 | 36 | 36 |
|  | AZERBAIJAN | 0 | 27 | 27 |
|  | BANGLADESH | 0 | 166 | 166 |
|  | BELARUS | 0 | 18 | 18 |
|  | BELIZE | 1 | 142 | 143 |
|  | BENIN | 0 | 5 | 5 |
|  | BOLIVIA | 0 | 137 | 137 |
|  | BRAZIL | 0 | 356 | 356 |
|  | BULGARIA | 0 | 1 | 1 |
|  | BURKINA FASO (UPPER VOLTA) | 0 | 82 | 82 |
|  | CAMEROON | 0 | 240 | 240 |
|  | CAPE VERDE, REPUBLIC OF | 0 | 2 | 2 |
|  | CENTRAL AFRICAN REPUBLIC | 0 | 1 | 1 |
|  | CHAD | 0 | 1 | 1 |
|  | CHILE | 0 | 11 | 11 |
|  | CHINA, PEOPLES REPUBLIC OF | 0 | 848 | 848 |
|  | COLOMBIA | 610 | 8,127 | **8,737** |
|  | COMOROS | 0 | 1 | 1 |
|  | COSTA RICA | 0 | 48 | 48 |
|  | CUBA | 30 | 29,570 | **29,600** |
|  | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 0 | 30 | 30 |
|  | DOMINICAN REPUBLIC | 2 | 8,427 | **8,429** |
|  | ECUADOR | 462 | 5,206 | **5,668** |
|  | EGYPT | 0 | 18 | 18 |
|  | EL SALVADOR | 1,970 | 340 | **2,310** |
|  | EQUATORIAL GUINEA | 0 | 11 | 11 |
|  | ERITREA | 0 | 148 | 148 |
|  | ETHIOPIA | 2 | 79 | 81 |
|  | GAMBIA | 0 | 4 | 4 |
|  | GEORGIA | 0 | 822 | 822 |
|  | GHANA | 0 | 114 | 114 |
|  | GUADELOUPE | 2 | 0 | 2 |
|  | GUATEMALA | 6,986 | 544 | **7,530** |

3

| | | | |
|---|---:|---:|---:|
| GUINEA | 0 | 100 | **100** |
| GUINEA-BISSAU | 0 | 7 | **7** |
| GUYANA | 0 | 7 | **7** |
| HAITI | 0 | 25 | **25** |
| HONDURAS | 4,737 | 516 | **5,253** |
| INDIA | 0 | 2,481 | **2,481** |
| IRAN | 0 | 21 | **21** |
| IRAQ | 0 | 7 | **7** |
| ISRAEL | 0 | 3 | **3** |
| IVORY COAST | 0 | 3 | **3** |
| JAMAICA | 0 | 348 | **348** |
| JORDAN | 0 | 5 | **5** |
| KAZAKHSTAN | 0 | 66 | **66** |
| KENYA | 0 | 1 | **1** |
| KOSOVO | 0 | 5 | **5** |
| KYRGYZSTAN | 0 | 110 | **110** |
| LEBANON | 0 | 3 | **3** |
| LIBERIA | 0 | 1 | **1** |
| LIBYA | 0 | 2 | **2** |
| MALI | 0 | 18 | **18** |
| MAURITANIA | 1 | 212 | **213** |
| MEXICO | 21,900 | 9,552 | **31,452** |
| MOLDOVA | 0 | 28 | **28** |
| MOROCCO | 0 | 8 | **8** |
| NEPAL | 0 | 310 | **310** |
| NICARAGUA | 79 | 28,599 | **28,678** |
| NIGER | 0 | 5 | **5** |
| NIGERIA | 0 | 118 | **118** |
| PAKISTAN | 0 | 89 | **89** |
| PANAMA | 1 | 98 | **99** |
| PAPUA NEW GUINEA | 0 | 1 | **1** |
| PARAGUAY | 0 | 5 | **5** |
| PERU | 3 | 6,242 | **6,245** |
| PHILIPPINES | 0 | 1 | **1** |
| POLAND | 0 | 1 | **1** |
| PORTUGAL | 0 | 1 | **1** |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 0 | 18 | **18** |
| REPUBLIC OF SOUTH AFRICA | 0 | 4 | **4** |
| ROMANIA | 0 | 69 | **69** |
| RUSSIA | 0 | 912 | **912** |
| RWANDA | 0 | 1 | **1** |
| SENEGAL | 1 | 255 | **256** |
| SERBIA | 0 | 3 | **3** |
| SIERRA LEONE | 0 | 23 | **23** |
| SOMALIA | 0 | 261 | **261** |

| | | | |
|---|---|---:|---:|---:|
| | SPAIN | 0 | 2 | 2 |
| | SRI LANKA | 0 | 61 | 61 |
| | SUDAN | 0 | 11 | 11 |
| | SYRIA | 0 | 21 | 21 |
| | TAJIKISTAN | 0 | 71 | 71 |
| | TANZANIA | 0 | 5 | 5 |
| | THAILAND | 0 | 1 | 1 |
| | TOGO | 0 | 7 | 7 |
| | TRINIDAD AND TOBAGO | 0 | 3 | 3 |
| | TURKEY | 0 | 913 | 913 |
| | TURKMENISTAN | 0 | 4 | 4 |
| | UGANDA | 0 | 1 | 1 |
| | UKRAINE | 0 | 5 | 5 |
| | URUGUAY | 0 | 3 | 3 |
| | USSR | 0 | 1 | 1 |
| | UZBEKISTAN | 0 | 513 | 513 |
| | VENEZUELA | 2,738 | 648 | 3,386 |
| | VIETNAM | 0 | 218 | 218 |
| | WESTERN SAHARA | 0 | 1 | 1 |
| | YEMEN | 0 | 3 | 3 |
| | ZAMBIA | 0 | 1 | 1 |
| | ZIMBABWE | 0 | 3 | 3 |
| **USBP Total** | | 39,526 | 109,195 | 148,721 |
| **CBP Total** | | 41,246 | 120,562 | 161,808 |

**2. The number of recidivist border crossers for whom DHS has applied expedited removal.**

From December 1–31, 2022, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 841 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

**3. The number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process.**

From December 1–31, 2022, CBP's Office of Field Operations processed 23,025 Title 42 exceptions at the 8 ports of entry that utilize the above-referenced NGO-supported humanitarian exception process. The below shows the data broken down by port.

- Brownsville, TX: 6,843

- Hidalgo, TX: 4,759
- Laredo, TX: 0
- Eagle Pass, TX: 1,860
- Paso del Norte, El Paso, TX: 1,931
- Nogales, AZ: 791
- Calexico, CA: 728
- San Ysidro, CA: 6,113

**4. Any material changes to policy regarding DHS's application of the Title 42 process.**

DHS reports the following developments relating to its application of the Title 42 process.

In their last monthly report, DHS informed the Court of the November 15, 2022, partial summary judgment ruling in *Huisha-Huisha v. Mayorkas*, No. 21-cv-00100 (D.D.C.), vacating and setting aside CDC's "Title 42 Policy," and the entry of final judgment under Federal Rule of Civil Procedure 54(b) in that case. Defendants indicated that unless the *Huisha-Huisha* judgment is stayed beyond an initial brief period, DHS would begin processing all noncitizens entering the United States pursuant to Title 8 of the U.S. Code on December 21, 2022. Thereafter, 19 states, all of whom are plaintiffs in this case, sought to intervene in *Huisha-Huisha*. On December 27, 2022, the Supreme Court stayed the *Huisha-Huisha* judgment pending resolution of the question "[w]hether the State applicants may intervene to challenge the District Court's summary judgment order." *Arizona v. Mayorkas*, 143 S. Ct. 478 (2022). DHS will accordingly continue to implement the Title 42 policy pending the outcome of legal proceedings, consistent with the Supreme Court's stay and the preliminary injunction in this case.

DHS also reports that beginning on January 12, 2023, covered noncitizens who seek to travel to the United States through southwest border land ports of entry (POEs) and who believe they meet certain vulnerability criteria may use the CBP One mobile application to schedule an appointment to present themselves for inspection at participating POEs to seek a humanitarian exception from the

Title 42 order. Appointments will be available up to 14 days in advance. The use of CBP One is expected to streamline processing and help ensure safe and orderly processing, but it does not guarantee that an individual will be granted an exception to the Title 42 order. Rather, processing determinations will continue to be made on a case-by-case basis by a CBP officer at the POE when the noncitizen presents himself or herself at a POE at the appointed time. As recognized in Section 3 above, NGOs previously have scheduled such appointments on behalf of covered noncitizens. Such direct assistance will cease on January 25, 2023. While the number of appointments on a given date will vary by POE, DHS does not expect to increase the maximum number of humanitarian exceptions granted per day by POEs at the southern border.

DHS also reports that, beginning January 6, 2023, DHS established new parole processes for Cubans, Haitians, and Nicaraguans, modeled on similar programs for Venezuelans and Ukrainians. DHS also continued the existing process with respect to Venezuelans. These processes, which rely on DHS' parole authority under Title 8 of the U.S. Code, provide a lawful pathway for such individuals to enter the United States. Nationals from Cuba, Haiti, Nicaragua, and Venezuela, who do not avail themselves of this process, attempt to enter the United States without authorization, and cannot establish a legal basis to remain will be returned to Mexico. Mexico, in turn, has agreed to accept returns of 30,000 Cubans, Haitians, Nicaraguans, and Venezuelans per month who fail to use these new pathways.

Date: January 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorney
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
jean.lin@doj.gov
john.j.robinson@usdoj.gov

Attorneys for Defendants

Date: January 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorney
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
jean.lin@doj.gov
john.j.robinson@usdoj.gov

Attorneys for Defendants