IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATION OF MONTHLY REPORT**

I, Blas Nuñez-Neto, Acting Assistant Secretary for Border and Immigration Policy at the Department of Homeland Security ("DHS"), pursuant to 28 U.S.C. § 1746, certify that DHS's monthly report for the month of January 2023 is true and complete to the best of my knowledge, based on documents and information made known or available to me from official records and reasonably relied upon in the course of my employment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 15th day of February, 2023.

_____
Blas Nuñez-Neto
Acting Assistant Secretary for Border and Immigration Policy
Department of Homeland Security