IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| STATE OF LOUISIANA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF CORRECTION TO DEFENDANTS'
MONTHLY REPORT FOR THE MONTH OF JANUARY 2023**

Defendants respectfully provide notice of a correction to Section 3 of their monthly report for January 2023 regarding the number of noncitizens who have been excepted from Title 42 for humanitarian reasons. ECF No. 177. The report described the data as representing the number of humanitarian exceptions that CBP's Office of Field Operations (OFO) processed for "noncitizens who applied through the CBP One mobile application." *Id.* at 6. Because appointments through the mobile application were not available until January 18, however, many of the exceptions included in the report (*e.g.*, those processed before January 18) were for noncitizens who applied through the prior, NGO-supported process, not the CBP One application. Additionally, after January 18, while individuals granted humanitarian exceptions by OFO generally applied for the exception through the CBP One application, that was not universally the case. Accordingly, the data in Section 3 generally reflects those individuals who applied to present at one of the eight designated ports of entry and were granted humanitarian exceptions, including those noncitizens who applied through the CBP One mobile application.

Dated: March 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
 U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorneys
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Program Branch
(202) 616-8489
jean.lin@usdoj.gov
john.j.robinson@usdoj.gov

*Attorneys for Defendants*