# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

|  |  |
|---|---|
| STATE OF LOUISIANA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW |
| CENTERS FOR DISEASE CONTROL<br>& PREVENTION, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF FEBRUARY 2023
PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION**

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of February 2023, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of noncitizens that have been excepted from Title 42 under the CBP One supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

1. **The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of February 1–28, 2023.

| Component | Citizenship | Title 8 | Title 42 | Total |
|---|---|---|---|---|
| **OFO** | AFGHANISTAN | 3 | 0 | 3 |
| | ARGENTINA | 4 | 1 | 5 |
| | ARMENIA | 88 | 1 | 89 |
| | AZERBAIJAN | 10 | 0 | 10 |
| | BELARUS | 71 | 0 | 71 |
| | BELGIUM | 1 | 0 | 1 |
| | BELIZE | 6 | 0 | 6 |
| | BOLIVIA | 4 | 0 | 4 |
| | BOTSWANA | 1 | 0 | 1 |
| | BRAZIL | 12 | 1 | 13 |
| | BULGARIA | 0 | 1 | 1 |
| | CAMEROON | 3 | 0 | 3 |
| | CANADA | 5 | 4 | 9 |
| | CHILE | 10 | 3 | 13 |
| | CHINA, PEOPLES REPUBLIC OF | 18 | 4 | 22 |
| | COLOMBIA | 86 | 1 | 87 |
| | COSTA RICA | 3 | 0 | 3 |
| | CUBA | 478 | 1 | 479 |
| | DOMINICA | 1 | 0 | 1 |
| | DOMINICAN REPUBLIC | 22 | 4 | 26 |
| | ECUADOR | 40 | 4 | 44 |
| | EGYPT | 1 | 0 | 1 |

| | | | |
|---|---|---|---|
| EL SALVADOR | 137 | 5 | 142 |
| ESTONIA | 1 | 0 | 1 |
| ETHIOPIA | 0 | 1 | 1 |
| FRANCE | 0 | 4 | 4 |
| GEORGIA | 2 | 0 | 2 |
| GERMANY | 4 | 3 | 7 |
| GUATEMALA | 100 | 20 | 120 |
| HAITI | 5,468 | 34 | 5,502 |
| HONDURAS | 550 | 9 | 559 |
| INDIA | 1 | 0 | 1 |
| INDONESIA | 1 | 0 | 1 |
| IRAN | 3 | 0 | 3 |
| ISRAEL | 0 | 1 | 1 |
| ITALY | 2 | 0 | 2 |
| JAMAICA | 2 | 0 | 2 |
| JAPAN | 1 | 0 | 1 |
| JORDAN | 1 | 0 | 1 |
| KAZAKHSTAN | 29 | 0 | 29 |
| KYRGYZSTAN | 198 | 1 | 199 |
| LIBYA | 0 | 2 | 2 |
| MACAO (MACAU) | 0 | 1 | 1 |
| MARSHALL ISLANDS | 0 | 1 | 1 |
| MEXICO | 3,012 | 1,495 | 4,507 |
| MOLDOVA | 12 | 1 | 13 |
| NICARAGUA | 201 | 4 | 205 |
| NIGERIA | 3 | 0 | 3 |
| PANAMA | 2 | 0 | 2 |
| PERU | 13 | 2 | 15 |
| PORTUGAL | 0 | 1 | 1 |
| ROMANIA | 2 | 0 | 2 |
| RUSSIA | 2,113 | 2 | 2,115 |
| SOUTH KOREA | 3 | 0 | 3 |
| SPAIN | 20 | 7 | 27 |
| SURINAME | 1 | 0 | 1 |
| SWEDEN | 1 | 0 | 1 |
| SWITZERLAND | 1 | 0 | 1 |
| TAIWAN - REPUBLIC OF CHINA | 0 | 1 | 1 |
| TAJIKISTAN | 25 | 0 | 25 |
| TURKEY | 8 | 0 | 8 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | TURKMENISTAN | 3 | 0 | 3 |
|  | UKRAINE | 4 | 4 | 8 |
|  | UNITED KINGDOM | 2 | 2 | 4 |
|  | UNKNOWN | 8 | 4 | 12 |
|  | UZBEKISTAN | 33 | 0 | 33 |
|  | VENEZUELA | 3,049 | 26 | 3,075 |
|  | VIETNAM | 6 | 0 | 6 |
|  | **OFO Total** | **15,889** | **1,656** | **17,545** |
| **USBP** | AFGHANISTAN | 168 | 0 | 168 |
|  | ALBANIA | 20 | 0 | 20 |
|  | ANGOLA | 224 | 3 | 227 |
|  | ARGENTINA | 8 | 0 | 8 |
|  | ARMENIA | 16 | 2 | 18 |
|  | AZERBAIJAN | 16 | 0 | 16 |
|  | BANGLADESH | 99 | 0 | 99 |
|  | BELARUS | 1 | 0 | 1 |
|  | BELIZE | 229 | 0 | 229 |
|  | BENIN | 3 | 0 | 3 |
|  | BOLIVIA | 105 | 0 | 105 |
|  | BRAZIL | 665 | 0 | 665 |
|  | BULGARIA | 1 | 0 | 1 |
|  | BURKINA FASO (UPPER VOLTA) | 30 | 0 | 30 |
|  | BURUNDI | 3 | 0 | 3 |
|  | CAMEROON | 195 | 0 | 195 |
|  | CANADA | 2 | 0 | 2 |
|  | CAPE VERDE, REPUBLIC OF | 2 | 0 | 2 |
|  | CHAD | 4 | 0 | 4 |
|  | CHILE | 5 | 0 | 5 |
|  | CHINA, PEOPLES REPUBLIC OF | 1,117 | 6 | 1,123 |
|  | COLOMBIA | 5,655 | 1,294 | 6,949 |
|  | COSTA RICA | 29 | 0 | 29 |
|  | CUBA | 53 | 92 | 145 |
|  | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 63 | 0 | 63 |
|  | DJIBOUTI | 6 | 0 | 6 |
|  | DOMINICAN REPUBLIC | 2,654 | 6 | 2,660 |
|  | ECUADOR | 1,719 | 1,090 | 2,809 |
|  | EGYPT | 29 | 0 | 29 |
|  | EL SALVADOR | 335 | 2,739 | 3,074 |
|  | EQUATORIAL GUINEA | 10 | 0 | 10 |

| | | | |
|---|---|---|---|
| ERITREA | 117 | 0 | 117 |
| ETHIOPIA | 98 | 0 | 98 |
| FRANCE | 1 | 0 | 1 |
| GABON | 1 | 0 | 1 |
| GAMBIA | 13 | 0 | 13 |
| GEORGIA | 372 | 0 | 372 |
| GERMANY | 1 | 0 | 1 |
| GHANA | 174 | 0 | 174 |
| GUATEMALA | 663 | 7,710 | 8,373 |
| GUINEA | 58 | 0 | 58 |
| GUINEA-BISSAU | 6 | 0 | 6 |
| GUYANA | 1 | 0 | 1 |
| HAITI | 6 | 7 | 13 |
| HONDURAS | 592 | 5,766 | 6,358 |
| INDIA | 1,472 | 0 | 1,472 |
| IRAN | 30 | 0 | 30 |
| IRAQ | 2 | 0 | 2 |
| ISRAEL | 1 | 0 | 1 |
| ITALY | 1 | 0 | 1 |
| IVORY COAST | 7 | 0 | 7 |
| JAMAICA | 175 | 0 | 175 |
| JORDAN | 13 | 0 | 13 |
| KAZAKHSTAN | 118 | 0 | 118 |
| KENYA | 1 | 0 | 1 |
| KOSOVO | 14 | 0 | 14 |
| KYRGYZSTAN | 13 | 0 | 13 |
| LITHUANIA | 1 | 0 | 1 |
| MALI | 18 | 0 | 18 |
| MAURITANIA | 354 | 1 | 355 |
| MEXICO | 6,169 | 43,914 | 50,083 |
| MICRONESIA, FEDERATED STATES OF | 0 | 1 | 1 |
| MOLDOVA | 3 | 0 | 3 |
| MOROCCO | 9 | 0 | 9 |
| MOZAMBIQUE | 3 | 0 | 3 |
| NEPAL | 93 | 0 | 93 |
| NICARAGUA | 67 | 238 | 305 |
| NIGER | 4 | 0 | 4 |
| NIGERIA | 55 | 1 | 56 |
| PAKISTAN | 74 | 0 | 74 |

| | | | | |
|---|---|---|---|---|
| | PANAMA | 29 | 0 | 29 |
| | PARAGUAY | 13 | 0 | 13 |
| | PERU | 2,836 | 159 | 2,995 |
| | PHILIPPINES | 1 | 0 | 1 |
| | REPUBLIC OF CONGO (BRAZZAVILLE) | 37 | 0 | 37 |
| | REPUBLIC OF SOUTH AFRICA | 2 | 0 | 2 |
| | ROMANIA | 103 | 1 | 104 |
| | RUSSIA | 83 | 0 | 83 |
| | SAO TOME AND PRINCIPE | 1 | 0 | 1 |
| | SENEGAL | 192 | 0 | 192 |
| | SERBIA | 1 | 0 | 1 |
| | SIERRA LEONE | 5 | 1 | 6 |
| | SOMALIA | 160 | 0 | 160 |
| | SOUTH KOREA | 1 | 0 | 1 |
| | SPAIN | 3 | 0 | 3 |
| | SRI LANKA | 41 | 0 | 41 |
| | SUDAN | 9 | 0 | 9 |
| | SWEDEN | 2 | 0 | 2 |
| | SYRIA | 24 | 0 | 24 |
| | TAJIKISTAN | 59 | 0 | 59 |
| | TANZANIA | 3 | 0 | 3 |
| | TOGO | 5 | 0 | 5 |
| | TURKEY | 928 | 0 | 928 |
| | UGANDA | 2 | 0 | 2 |
| | UKRAINE | 2 | 0 | 2 |
| | URUGUAY | 1 | 0 | 1 |
| | UZBEKISTAN | 503 | 0 | 503 |
| | VENEZUELA | 169 | 491 | 660 |
| | VIETNAM | 160 | 0 | 160 |
| | YEMEN | 13 | 0 | 13 |
| | ZIMBABWE | 1 | 0 | 1 |
| | **USBP SBO Total** | **29,655** | **63,522** | **93,177** |
| | **CBP SBO Total** | **45,544** | **65,178** | **110,722** |

2. **The number of recidivist border crossers for whom DHS has applied expedited removal.**

From February 1–28, 2023, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 1,477 single adults who attempted to unlawfully enter the United States between a

5

port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

### 3. The number of Title 42 exceptions under the CBP One supported humanitarian exception process.

From February 1–28, 2023, CBP's Office of Field Operations processed 20,778 Title 42 exceptions under the CBP One supported humanitarian exception process. The below shows the data broken down by port.

- Brownsville, TX: 5,234
- Hidalgo, TX: 3,785
- Laredo, TX: 1,150
- Eagle Pass, TX: 1,093
- Paso del Norte, El Paso, TX: 2,170
- Nogales, AZ: 1,086
- Calexico, CA: 760
- San Ysidro, CA: 5,500

### 4. Any material changes to policy regarding DHS's application of the Title 42 process.

As previously reported, CDC's August 2021 Title 42 order provides that it "shall remain effective" until "the expiration of the Secretary of HHS' declaration that COVID-19 constitutes a public health emergency." 86 Fed. Reg. at 42,841. On February 9, 2023, the HHS Secretary renewed the declaration of public health emergency until May 11, 2023. *See* Renewal of Determination that a Public Health Emergency Exists (Feb. 9, 2023), https://perma.cc/M7F7-C4AY; *see also* 42 U.S.C. § 247d. The Administration has further stated that "at present," its plan is for the public health emergency to end on May 11, 2023. OMB, *Statement of Administration Policy: H.R. 382 and H.J. Res. 7* (Jan. 30, 2023), https://perma.cc/LPQ4-TC3Y. Accordingly, absent other relevant developments, the operative Title 42 order will terminate automatically on May 11, 2023, when the public health emergency ends.

Date: March 16, 2023               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

JEAN LIN
Special Litigation Counsel (NY #4074530)

/s/ John Robinson
JOHN ROBINSON (DC #1044072)
Trial Attorney
1100 L St. N.W.
Washington, DC 20530
U.S. Department of Justice, Civil Division
Federal Programs Branch
(202) 616-8489
jean.lin@doj.gov
john.j.robinson@usdoj.gov

Attorneys for Defendants