# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00885-RRS-CBW |
| | ) |
| CENTERS FOR DISEASE CONTROL | ) |
| & PREVENTION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MONTHLY REPORT FOR THE MONTH OF APRIL 2023 PURSUANT TO THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's May 20, 2022 preliminary injunction order, ECF No. 91, Defendants herein provide, subject to the caveats discussed below, data showing, for the month of April 2023, (1) the number of single adults processed under Title 42 and Title 8 by country, (2) the number of recidivist border crossers for whom the U.S. Customs and Border Protection ("CBP"), Department of Homeland Security ("DHS"), has applied expedited removal, (3) the number of noncitizens that have been excepted from Title 42 under the CBP One supported humanitarian exception process, and (4) any material changes to policy regarding DHS's application of the Title 42 process.

**1. The number of single adults processed under Title 42 and Title 8 by country.**

Below is the data for single adult encounters by CBP at the Southwest land border for the period of April 1–30, 2023.

| Component | Citizenship | Title 8 | Title 42 | Total |
|---|---|---|---|---|
| **OFO** | AFGHANISTAN | 3 | 0 | 3 |
| | ARGENTINA | 7 | 0 | 7 |
| | ARMENIA | 49 | 0 | 49 |
| | AUSTRIA | 1 | 0 | 1 |
| | AZERBAIJAN | 13 | 0 | 13 |
| | BAHRAIN | 1 | 0 | 1 |
| | BELARUS | 54 | 1 | 55 |
| | BELGIUM | 1 | 0 | 1 |
| | BELIZE | 4 | 0 | 4 |
| | BOLIVIA | 9 | 0 | 9 |
| | BRAZIL | 8 | 13 | 21 |
| | CANADA | 2 | 3 | 5 |
| | CHILE | 3 | 3 | 6 |
| | CHINA, PEOPLES REPUBLIC OF | 19 | 4 | 23 |
| | COLOMBIA | 260 | 5 | 265 |
| | COSTA RICA | 1 | 0 | 1 |
| | CUBA | 919 | 9 | 928 |
| | DOMINICAN REPUBLIC | 28 | 1 | 29 |
| | ECUADOR | 94 | 4 | 98 |
| | EGYPT | 1 | 0 | 1 |
| | EL SALVADOR | 98 | 7 | 105 |
| | FRANCE | 5 | 4 | 9 |

| | | | |
|---|---:|---:|---:|
| FRENCH GUIANA | 1 | 0 | 1 |
| GEORGIA | 6 | 0 | 6 |
| GERMANY | 0 | 4 | 4 |
| GHANA | 1 | 0 | 1 |
| GREECE | 0 | 1 | 1 |
| GUATEMALA | 69 | 29 | 98 |
| HAITI | 3,895 | 47 | 3,942 |
| HONDURAS | 411 | 18 | 429 |
| INDIA | 1 | 0 | 1 |
| IRAN | 1 | 0 | 1 |
| IRELAND | 1 | 0 | 1 |
| ITALY | 4 | 3 | 7 |
| JAMAICA | 2 | 0 | 2 |
| JAPAN | 0 | 1 | 1 |
| KAZAKHSTAN | 28 | 0 | 28 |
| KYRGYZSTAN | 244 | 0 | 244 |
| MEXICO | 2,979 | 1,629 | 4,608 |
| MOLDOVA | 9 | 0 | 9 |
| MONGOLIA | 2 | 1 | 3 |
| NAMIBIA | 1 | 0 | 1 |
| NETHERLANDS | 0 | 1 | 1 |
| NICARAGUA | 86 | 2 | 88 |
| NIGERIA | 1 | 0 | 1 |
| PANAMA | 4 | 0 | 4 |
| PERU | 23 | 0 | 23 |
| PORTUGAL | 1 | 0 | 1 |
| ROMANIA | 9 | 0 | 9 |
| RUSSIA | 978 | 5 | 983 |
| SOMALIA | 1 | 0 | 1 |
| SOUTH KOREA | 6 | 2 | 8 |
| SOUTH SUDAN | 1 | 0 | 1 |
| SPAIN | 17 | 15 | 32 |
| TAJIKISTAN | 68 | 0 | 68 |
| TOGO | 2 | 0 | 2 |
| TRINIDAD AND TOBAGO | 0 | 2 | 2 |
| TURKMENISTAN | 2 | 0 | 2 |
| UKRAINE | 10 | 0 | 10 |
| UNITED KINGDOM | 3 | 1 | 4 |
| UNKNOWN | 8 | 0 | 8 |

|  | | | | |
|---|---|---|---|---|
|  | URUGUAY | 1 | 1 | 2 |
|  | UZBEKISTAN | 226 | 2 | 228 |
|  | VENEZUELA | 3,392 | 186 | 3,578 |
|  | VIETNAM | 1 | 0 | 1 |
|  | **OFO Total** | **14,075** | **2,004** | **16,079** |
| **USBP** | AFGHANISTAN | 434 | 0 | 434 |
|  | ALBANIA | 18 | 0 | 18 |
|  | ANGOLA | 352 | 3 | 355 |
|  | ARGENTINA | 18 | 0 | 18 |
|  | ARMENIA | 29 | 0 | 29 |
|  | AZERBAIJAN | 62 | 0 | 62 |
|  | BANGLADESH | 146 | 0 | 146 |
|  | BELARUS | 6 | 0 | 6 |
|  | BELGIUM | 1 | 0 | 1 |
|  | BELIZE | 82 | 0 | 82 |
|  | BENIN | 3 | 0 | 3 |
|  | BOLIVIA | 207 | 1 | 208 |
|  | BRAZIL | 1,605 | 0 | 1,605 |
|  | BURKINA FASO (UPPER VOLTA) | 75 | 0 | 75 |
|  | BURUNDI | 1 | 0 | 1 |
|  | CAMEROON | 231 | 0 | 231 |
|  | CAPE VERDE, REPUBLIC OF | 2 | 0 | 2 |
|  | CENTRAL AFRICAN REPUBLIC | 4 | 0 | 4 |
|  | CHAD | 48 | 0 | 48 |
|  | CHILE | 13 | 0 | 13 |
|  | CHINA, PEOPLES REPUBLIC OF | 2,612 | 3 | 2,615 |
|  | COLOMBIA | 8,523 | 607 | 9,130 |
|  | COSTA RICA | 149 | 0 | 149 |
|  | CUBA | 155 | 88 | 243 |
|  | DEMOCRATIC REPUBLIC OF CONGO (ZAIRE) | 70 | 0 | 70 |
|  | DJIBOUTI | 23 | 0 | 23 |
|  | DOMINICA | 1 | 0 | 1 |
|  | DOMINICAN REPUBLIC | 1,572 | 1 | 1,573 |
|  | ECUADOR | 2,320 | 744 | 3,064 |
|  | EGYPT | 139 | 0 | 139 |
|  | EL SALVADOR | 588 | 2,173 | 2,761 |
|  | EQUATORIAL GUINEA | 7 | 0 | 7 |
|  | ERITREA | 145 | 0 | 145 |
|  | ETHIOPIA | 464 | 0 | 464 |

| | | | |
|---|---|---|---|
| GAMBIA | 14 | 0 | 14 |
| GEORGIA | 513 | 0 | 513 |
| GHANA | 435 | 0 | 435 |
| GUATEMALA | 1,521 | 5,727 | 7,248 |
| GUINEA | 177 | 0 | 177 |
| GUINEA-BISSAU | 3 | 1 | 4 |
| GUYANA | 1 | 0 | 1 |
| HAITI | 101 | 16 | 117 |
| HONDURAS | 799 | 6,524 | 7,323 |
| HONG KONG | 2 | 0 | 2 |
| INDIA | 7,038 | 111 | 7,149 |
| IRAN | 32 | 0 | 32 |
| IRAQ | 1 | 0 | 1 |
| ISRAEL | 4 | 0 | 4 |
| IVORY COAST | 9 | 0 | 9 |
| JAMAICA | 300 | 0 | 300 |
| JORDAN | 2 | 0 | 2 |
| KAZAKHSTAN | 51 | 0 | 51 |
| KENYA | 22 | 0 | 22 |
| KOSOVO | 12 | 0 | 12 |
| KYRGYZSTAN | 130 | 0 | 130 |
| LEBANON | 11 | 0 | 11 |
| LIBERIA | 1 | 0 | 1 |
| MADAGASCAR | 1 | 0 | 1 |
| MALI | 35 | 0 | 35 |
| MAURITANIA | 1,622 | 0 | 1,622 |
| MEXICO | 4,982 | 43,757 | 48,739 |
| MOLDOVA | 10 | 0 | 10 |
| MONGOLIA | 2 | 0 | 2 |
| MOROCCO | 20 | 0 | 20 |
| MOZAMBIQUE | 4 | 0 | 4 |
| NEPAL | 252 | 0 | 252 |
| NETHERLANDS | 1 | 0 | 1 |
| NICARAGUA | 141 | 81 | 222 |
| NIGER | 2 | 0 | 2 |
| NIGERIA | 154 | 0 | 154 |
| PAKISTAN | 115 | 0 | 115 |
| PANAMA | 41 | 1 | 42 |
| PARAGUAY | 133 | 0 | 133 |

| | | | |
|---|---|---|---|
| PERU | 4,440 | 449 | 4,889 |
| PHILIPPINES | 2 | 0 | 2 |
| PORTUGAL | 0 | 1 | 1 |
| REPUBLIC OF CONGO (BRAZZAVILLE) | 33 | 0 | 33 |
| REPUBLIC OF SOUTH AFRICA | 2 | 0 | 2 |
| ROMANIA | 40 | 1 | 41 |
| RUSSIA | 116 | 0 | 116 |
| RWANDA | 4 | 0 | 4 |
| SAMOA | 1 | 0 | 1 |
| SENEGAL | 492 | 0 | 492 |
| SERBIA | 1 | 0 | 1 |
| SIERRA LEONE | 51 | 0 | 51 |
| SOMALIA | 412 | 0 | 412 |
| SPAIN | 3 | 0 | 3 |
| SRI LANKA | 83 | 0 | 83 |
| STATELESS | 6 | 0 | 6 |
| SUDAN | 26 | 0 | 26 |
| SWEDEN | 3 | 0 | 3 |
| SYRIA | 36 | 0 | 36 |
| TAIWAN - REPUBLIC OF CHINA | 1 | 0 | 1 |
| TAJIKISTAN | 76 | 0 | 76 |
| TANZANIA | 1 | 0 | 1 |
| TOGO | 25 | 0 | 25 |
| TRINIDAD AND TOBAGO | 1 | 0 | 1 |
| TURKEY | 1,500 | 0 | 1,500 |
| TURKMENISTAN | 1 | 0 | 1 |
| UGANDA | 1 | 0 | 1 |
| UKRAINE | 7 | 0 | 7 |
| UNITED KINGDOM | 1 | 0 | 1 |
| URUGUAY | 1 | 0 | 1 |
| UZBEKISTAN | 893 | 0 | 893 |
| VENEZUELA | 13,765 | 3,113 | 16,878 |
| VIETNAM | 350 | 0 | 350 |
| WESTERN SAHARA | 4 | 0 | 4 |
| YEMEN | 11 | 0 | 11 |
| ZAMBIA | 1 | 0 | 1 |
| ZIMBABWE | 8 | 0 | 8 |
| **USBP Total** | **61,197** | **63,402** | **124,599** |
| **CBP SBO Total** | **75,272** | **65,406** | **140,678** |

**2. The number of recidivist border crossers for whom DHS has applied expedited removal.**

From April 1–30, 2023, U.S. Border Patrol ("USBP") applied expedited removal, 8 U.S.C. § 1225(b)(1), to 1,317 single adults who attempted to unlawfully enter the United States between a port of entry and who had previously been encountered by USBP and processed under Title 42 or Title 8 at least one time since March 20, 2020.

**3. The number of Title 42 exceptions under the CBP One supported humanitarian exception process.**

From April 1–30, 2023, CBP's Office of Field Operations processed 22,284 Title 42 exceptions under the CBP One supported humanitarian exception process. The below shows the data broken down by port.

- Brownsville, TX: 5,874
- Hidalgo, TX: 3,623
- Laredo, TX: 1,274
- Eagle Pass, TX: 1,305
- Paso del Norte, El Paso, TX: 2,247
- Nogales, AZ: 1,227
- Calexico, CA: 911
- San Ysidro, CA: 5,823

**4. Any material changes to policy regarding DHS's application of the Title 42 process.**

As previously noted, CDC's August 2021 Title 42 order provided that it "shall remain effective" until "the expiration of the Secretary of HHS' declaration that COVID-19 constitutes a public health emergency." 86 Fed. Reg. at 42,841. On May 11, 2023, the Secretary's declaration of a public health emergency expired. *See* U.S. Department of Health and Human Services, COVID-19 Public Health Emergency (PHE), www.hhs.gov/coronavirus/covid-19-public-health-emergency/

index.html. As a result, the Title 42 order has expired by its own terms, and Plaintiffs' challenge to CDC's April 2022 termination order is now moot. Accordingly, on May 12, Defendants filed a motion in the Court of Appeals to vacate this Court's preliminary injunction and remand with instructions to dismiss this case as moot. Plaintiffs (except for the State of Arizona) oppose both of Defendants' requests, with Arizona taking no position.

Date: May 16, 2023                            Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General
                                              U.S. Department of Justice, Civil Division

                                              JEAN LIN
                                              Special Litigation Counsel (NY #4074530)

                                              /s/ John Robinson
                                              JOHN ROBINSON (DC #1044072)
                                              Trial Attorney
                                              1100 L St. N.W.
                                              Washington, DC 20530
                                              U.S. Department of Justice, Civil Division
                                              Federal Programs Branch
                                              (202) 616-8489
                                              jean.lin@doj.gov
                                              john.j.robinson@usdoj.gov

                                              Attorneys for Defendants