# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

May 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-30303   State of LA v. Centers for Disease  
                    USDC No. 6:22-CV-885

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Whitney M. Jett, Deputy Clerk  
                            504-310-7772

Mr. Ahilan T. Arulanantham  
Mr. Charles F. Capps  
Mr. Bryan Cleveland  
Mr. David Cohen  
Mr. Matt A. Crapo  
Mr. Joshua Dos Santos  
Mr. Drew C. Ensign  
Mr. James Joseph Fitzpatrick III  
Ms. Laura Hill  
Mr. Thomas T. Hydrick  
Ms. Talia Inlender  
Ms. Monika Y. Langarica  
Mr. Anton Metlitsky  
Mr. Tony R. Moore  
Ms. Elizabeth Baker Murrill  
Ms. Victoria Neilson  
Mr. Leif A. Olson  
Ms. Breanna Philips  
Mr. John Robinson  
Mr. Peter Schey  
Ms. Lindsay Sara See  
Mr. Gerson H. Smoger  
Mr. Joseph Scott St. John  
Ms. Jessica Elizabeth Hart Steinmann  
Ms. Esther Sung  
Ms. Sharon Swingle  
Ms. Karen Cassandra Tumlin  
Mr. Matthew Vogel  
Mr. Henry Charles Whitaker  
Mr. Eric B. Wolff  
Ms. Mary Catherine Yanik  
Mr. Walter S. Zimolong III

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-30303

———————

State of Louisiana; State of Arizona; State of Missouri; State of West Virginia; State of South Carolina, *Et al.*,

*Plaintiffs—Appellees*,

*versus*

Centers for Disease Control and Prevention; Rochelle Walensky; United States Department of Health and Human Services; Xavier Becerra; United States Department of Homeland Security, *Et al.*,

*Defendants—Appellants*,

Innovation Law Lab,

*Movant—Appellant.*

———————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-885

———————

ORDER:

IT IS ORDERED that Appellees' unopposed motion for an extension of 7 days, or to noon May 26, 2023, to file the Court-directed

No. 22-30303

response to the Government Appellants' motion to vacate the preliminary injunction and remand is GRANTED.

IT IS FURTHER ORDERED that Appellees' unopposed motion for the same extension to be granted for Appellant Innovation Law Lab is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT