# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

June 13, 2023

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

  No. 22-30303   State of LA v. Centers for Disease
           USDC No. 6:22-CV-885

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Allison G. Lopez, Deputy Clerk
           504-310-7702

cc w/encl:
    Mr. Ahilan T. Arulanantham
    Mr. Charles F. Capps
    Mr. Bryan Cleveland
    Mr. David Cohen
    Mr. Matt A. Crapo
    Mr. Joshua Dos Santos
    Mr. Drew C. Ensign
    Mr. James Joseph Fitzpatrick III
    Ms. Laura Hill
    Mr. Thomas T. Hydrick
    Ms. Talia Inlender
    Ms. Monika Y. Langarica
    Mr. Anton Metlitsky
    Ms. Elizabeth Baker Murrill

```
Ms. Victoria Neilson
Mr. Leif A. Olson
Ms. Breanna Philips
Mr. John Robinson
Mr. Peter Schey
Ms. Lindsay Sara See
Mr. Gerson H. Smoger
Mr. Joseph Scott St. John
Ms. Jessica Elizabeth Hart Steinmann
Ms. Esther Sung
Ms. Sharon Swingle
Ms. Karen Cassandra Tumlin
Mr. Matthew Vogel
Mr. Henry Charles Whitaker
Mr. Eric B. Wolff
Ms. Mary Catherine Yanik
Mr. Walter S. Zimolong III
```

# United States Court of Appeals
## for the Fifth Circuit

A True Copy
Certified order issued Jun 13, 2023

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-30303

STATE OF LOUISIANA; STATE OF ARIZONA; STATE OF MISSOURI; STATE OF WEST VIRGINIA; STATE OF SOUTH CAROLINA, *Et al.*,

*Plaintiffs—Appellees,*

*versus*

CENTERS FOR DISEASE CONTROL AND PREVENTION; ROCHELLE WALENSKY; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *Et al.*,

*Defendants—Appellants,*

INNOVATION LAW LAB,

*Movant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-885

---

### UNPUBLISHED ORDER

Before RICHMAN, *Chief Judge*, and HAYNES and GRAVES, *Circuit Judges*.

PER CURIAM:

No. 22-30303

In light of subsequent events, the district court's preliminary injunction has now become moot. *See, e.g.*, *Arizona v. Mayorkas*, 143 S. Ct. 1312 (2023) (mem.). Accordingly, the Defendant-Appellants' motion to VACATE the district court's preliminary injunction and REMAND the case to the district court with instructions to dismiss the case as moot, to which the Plaintiffs-Appellees "take no position," is GRANTED.