UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 6:22-CV-00885 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CENTERS FOR DISEASE CONTROL & PREVENTION | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

Pursuant to the Order dated June 13, 2023 from the United States Court of Appeals for the Fifth Circuit,[1]

IT IS ORDERED THAT the above-captioned case is hereby DISMISSED AS MOOT.

THUS DONE in Chambers on this 14th day of June, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 189.